UNITED STATES DISTRICT COURT 
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
GMA ACCESSORIES, INC.

           Plaintiff,       <u>RULE 7.1 STATEMENT</u>

                                Civil Action No.: 

   - against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.,

           Defendants.
-------------------------------------------------X

     Pursuant to Local Civil Rule 7.1, to evaluate possible disqualification or recusal, the undersigned counsel for GMA ACCESSORIES, INC. (a private non-govermental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

     None.


DATE: New York, New York
       April 20, 2007

                                              _____
                                              JOHN P. BOSTANY (JB 1986)