| | |
|---|---|
| GMA ACCESSORIES, INC.<br>　　　　　　　　　　　　　　　　Plaintiff<br>vs.<br>BOP, LLC, GIRLSHOPL, INC., SHOWROOM SEVEN STUDIOS, INC.,<br>JONATHAN SOLNICKI, BELMONDO AND EMINENT, INC.<br>　　　　　　　　　　　　　　　　Defendant | Superior Court Of New Jersey<br>DISTRICT COURT OF NEW YORK Venue<br>Docket Number: 07 CV 3219 |

**Person to be served** (Name and Address):
BELMONDO
605 HWY. 35
SHREWSBURY NJ 07702
**By serving:** BELMONDO

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:** JOHN P. BOSTANY, ESQ

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

**Papers Served:** SUMMONS AND COMPLAINT,

**Service Data:** [X] Served Successfully    [ ] Not Served

**Date/Time:** 04/24/2007  11:04AM    _____

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Attempts:   Date/Time: _____
            Date/Time: _____
            Date/Time: _____

Name of Person Served and relationship/title:

BRIDGET BEGGANS

MANAGING AGENT

**Description of Person Accepting Service:**

SEX: F    AGE: 21-35    HEIGHT: 5'4"-5'8"    WEIGHT: 100-130 LBS.    SKIN: WHITE    HAIR: BLONDE    OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:    Date/Time: _____
                      Date/Time: _____
                      Date/Time: _____

**Other:**

**Served Data:**
Subscribed and Sworn to me this

24 _____ day of April _____, 2007

Notary Signature: _[signature]_

ROBYN NETTLES
Name of Notary    NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 8, 2011

I, PETER CERRUTO _____, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_    4/24/2007
Signature of Process Server    Date

Name of Private Server: PETER CERRUTO   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (908) 687-0056