DANE COUNTY LEGAL NOTICE
139 West Wilson Street, Suite 106
Madison, Wisconsin 53703

STATE OF WISCONSIN  )
                    ) SS.
COUNTY OF DANE      )

AFFIDAVIT OF SERVICE

Case No.

Katrina K. Grosse, an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath deposes and says that on April 24, 2007, at 3:45 P.M., in the City of Madison, Dane County, Wisconsin, **BOP, LLC** was served with the attached Summons and Complaint by leaving an authenticated copy of same at 101 East Badger Road with Cassandra Belcher, person authorized to accept service of said Corporation. Such copies were endorsed with my name, the date and time of service.

_Katrina K. Grosse_
Katrina K. Grosse
Process Server

Subscribed and sworn to before me
The 25th day of April, 2007.

_signature_
Notary Public, Dane County, WI
My Commission expires: 9/20/09