ORIGINAL

```
JOHN P. BOSTANY           (212) 530-4411
40 WALL ST, 61ST FLOOR                        FOR COURT USE ONLY
NEW YORK, NEW YORK  10005
Attorney:    PLAINTIFF
------------------------------------------
UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK
------------------------------------------
GMA ACCESSORIES, INC vs BOP,LLC,GIRLSHOP,INC,JONATHAN SOLNICKI, BELMONDO and
------------------------------------------
PROOF OF SERVICE    | Date:    | Time:   |Dept/Div|Case Number:
SUMMONS IN A CIVIL CASE                              07 CV 3219
```

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
   SUMMONS, COMPLAINT and Jury Demand

2. a. Party served:
      EMINENT, INC.

   b. Person served
      PARTY IN ITEM 2A by service on MICHELLE SILVERMAN, Authorized Agent
      (FEMALE,CAUC,28, 5'5",135LBS, BROWN HAIR)        OFFICE MANAGER
   c. Address:
      16000 CANARY AVENUE
      LA MIRADA, CA  90638

3. I served the party named in item 2
   a. BY PERSONALLY DELIVERING THE COPIES   (1) on: 4/23/2007   (2) at: 3:10PM

4. The "Notice to the Person Served" (on the SUMMONS) was completed as follows:
   C. ON BEHALF OF (SPECIFY)
                   EMINENT, INC.

Person serving:
CHRIS HUTCHINSON                    a. Fee for service:  $75.00
MARATHON ATTORNEY SERVICE           d. Registered California process server.
PO BOX 666
LAKEWOOD, CA  90714                    (2) Registration No.:    355I
(562) 429-3145                         (3) County:    LOS ANGELES

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 23-APRIL-2007                 Signature: _____
                                               CHRIS HUTCHINSON
Jud. Coun. Form, POS-010 (REV JULY 1, 2004 Code Civ. Proc., 417.10(f)

State of California County of
Los Angeles
Subscribed and sworn to (or affirmed)
Before me on this 25 day of April, 2007, by
Chris Hutchinson
personally known to me or proved to me on
the basis of satisfactory evidence to be the
person(s) who appeared before me.
Signature Christine M Hutchinson
(Seal)



CHRISTINE M. HUTCHINSON
Commission # 1665039
Notary Public — California
Los Angeles County
My Comm. Expires Jun 5, 2010