CORPORATION SERVICE COMPANY

864417

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
INDEX #07 Cv 3219

---

GMA ACCESSORIES, INC,    PLAINTIFF

VS.

BOP, LLC,    DEFENDANT

---

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY    ss:


Minard Carkner being duly sworn, deposes and says that she is over the age of eighteen (18) years; That on the 24th day of April, 2007 at 10:20 am she served the annexed Summons In A Civil Case And Complaint, Index# 07 Cv 3219, filed 04/20/2007, endorsed thereto on SHOWROOM SEVEN STUDIOS, INC the defendant in this action, by delivering to and leaving with Carol Vogt an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that she/he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

_____
Minard Carkner

Sworn to before me this
1st day of May, 2007.

_____
Johanna A. Burkhartt, Notary Public
t/v

```
State of New York - Department of State
            Receipt for Service

Receipt #:  200704260041
Date of Service:  04/24/2007              Cash #:  20070426011
Service Company:  45 CORPORATION SERVICE COMPANY - 45    Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  SHOWROOM SEVEN STUDIOS, INC.

Plaintiff/Petitioner:
    GMA ACCESSORIES, INC.

Service of Process Address:
SHOWROOM SEVEN STUDIOS, INC.
ATTN  MARIA CASO
498 7TH AVE  24TH FL
NEW YORK,  NY 10018

                                    Secretary of State
                                    By CAROL VOGT
```