CORPORATION SERVICE COMPANY
864417

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
INDEX   #07 Cv 3219

---

GMA ACCESSORIES, INC,          PLAINTIFF

         VS.

BOP, LLC,          DEFENDANT

---

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                 ss:


Minard Carkner being duly sworn, deposes and says that she is over the age of eighteen (18) years; That on the 24th day of April, 2007 at 10:20 am she served the annexed Summons In A Civil Case And Complaint, Index# 07 Cv 3219, filed 04/20/2007, endorsed thereto on GIRLSHOP, INC
the defendant in this action, by delivering to and leaving with Carol Vogt an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that she/he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

_____
Minard Carkner

Sworn to before me this
1st day of May, 2007.

_____
Johanna A. Burkhartt, Notary Public
ty

[Notary seal: JOHANNA A. BURKHARTT, NOTARY PUBLIC, ID# 01BU6150209, Commission Expires July 24, 2010, ALBANY COUNTY, NEW YORK]

```
State of New York - Department of State
            Receipt for Service

Receipt #: 200704260044                    Cash #: 200704260012
Date of Service: 04/24/2007            Fee Paid: $40 - DRAWDOWN
Service Company: 45 CORPORATION SERVICE COMPANY - 45

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served: GIRLSHOP, INC.

Plaintiff/Petitioner:
            GMA ACCESSORIES, INC.

Service of Process Address:
LAURA EISMAN
154 W 14TH ST
NEW YORK, NY 10011

                                    Secretary of State
                                    By CAROL VOGT
```