FROM FRIEDMAN KAPLAN SEILER & ADELMAN LLP      (FRI) 5.11'07 16:43/ST. 16:42/NO. 4860644222 P 2

Swain, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
GMA ACCESSORIES, INC.

        Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.,

        Defendants.
-------------------------------------X

**STIPULATION AND ORDER**

Civil Action No.: 07CV3219 (LTS)

It is hereby Ordered on consent of plaintiff, that the time for defendant BOP, LLC to answer or otherwise respond to the Amended Complaint is hereby extended to June 4, 2007.

_____
Jeffrey R. Wang (JW 0406)
Friedman Kaplan Seiler & Adelman LLP
Attorney for Defendant BOP, LLC
1633 Broadway
New York, NY 10019

_____
Andrew T. Sweeney  AS-0724
The Bostany Law Firm
Attorney for Plaintiff
40 Wall Street
New York, New York 10005

Dated: New York, New York
      May 11, 2007

SO ORDERED: _____  5/16/2007
      Hon. Laura Taylor Swain, U.S.D.J.