UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
------------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS)

REQUEST FOR CERTIFICATE OF DEFAULT

    I represent the plaintiff in this case and respectfully ask that the default of defendant GIRLSHOP, INC. be noted pursuant to Fed.R.Civ.P. 55(a). According to the docket entries this defendant was served with the summons and complaint on April 24, 2007 and an amended complaint was served on May 8, 2007 and the time within which this defendant should have answered or otherwise moved with respect to the Complaint and/or Amended Complaint in this action has expired and no extension of time to answer has been granted or requested.

Dated: New York, New York
       May 29, 2007

                                    THE BOSTANY LAW FIRM

                                    By: _____
                                    Andrew T. Sweeney (AS-0724)
                                    Attorney for Plaintiff
                                    40 Wall Street
                                    New York, New York 10005
                                    (212) 530-4400