```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
GMA ACCESSORIES INC.,                            CASE NO. 07-CV-3219

                    Plaintiff,

        -against-                                **ANSWER OF EILEEN
                                                 COSTANZO d/b/a
                                                 BELMONDO**

BOP, LLC, GIRLSHOP, INC., SHOWROOM               **DEFENDANT BELMONDO
SEVEN STUDIOS, INC., JONATHAN                    DEMANDS TRIAL BY
SOLNICKI, BELMONDO and EMINENT, INC.,            JURY OF ALL ISSUES**.

                    Defendants.
-----------------------------------------X
```

Defendant **EILEEN COSTANZO d/b/a BELMONDO**, answering the Complaint of the plaintiff herein, by her undersigned attorneys, respectfully alleges:

   1.   The defendant Belmondo admits the allegations of paragraph 7 of the Complaint and that business is conducted by the answering defendant Eileen Costanzo at the address indicated.

   2.   The answering defendant denies the allegations contained in paragraphs numbered 12, 29, 30, 31, 32 and 33 of the Complaint.

   3.   As to the remaining allegations of the Complaint, the answering defendant denies any knowledge or information sufficient to form a belief with respect to all of the same.

## AS AND FOR A FIRST SEPARATE AND AFFIRMATIVE DEFENSE

4.  The Court lacks jurisdiction over the answering defendant.

**WHEREFORE,** answering defendant demands judgment dismissing the Complaint, with costs.

**DATED:**   **New York, New York**
             **May 21, 2007**

                                  Respectfully submitted,

                                  **NOEL W. HAUSER AND ASSOCIATES**
                                  **Attorneys for Defendant**
                                  **EILEEN COSTANZO d/b/a BELMONDO**
                                  **270 Madison Avenue - 13th Floor**
                                  **New York, New York 10016**
                                  **212    688-6400**

**TO:**
   **JOHN P. BOSTANY, ESQ.**
   **THE BOSTANY LAW FIRM**
   **Attorneys for Plaintiff**
   **40 Wall Street - 61st Floor**
   **New York, New York 10005**