UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

| | | |
|---|---|---|
| GMA ACCESSORIES, INC., | : | |
| | : | |
| Plaintiff, | : | 07 Civ. 3219 (LTS) |
| | : | **ECF Case** |
| - against - | : | |
| | : | |
| BOP, LLC, GIRLSHOP, INC., | : | **NOTICE OF APPEARANCE** |
| SHOWROOM SEVEN STUDIOS, INC., | : | |
| JONATHAN SOLNICKI, | : | |
| BELMONDO and EMINENT, INC. | : | |
| | : | |
| Defendants. | : | |
| | : | |

----------------------------------------------------------------------x

PLEASE TAKE NOTICE that I, Jeffrey R. Wang, hereby appear as counsel for defendant Bop LLC, and request that I hereinafter be served with all papers. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        June 4, 2007

                    FRIEDMAN KAPLAN SEILER &
                       ADELMAN LLP


                         /s/ Jeffrey R. Wang
                    Robert D. Kaplan (RK 3627)
                    Jeffrey R. Wang (JW 0406)
                    1633 Broadway, 46th Floor
                    New York, NY 10019
                    (212) 833-1100

                    *Attorneys for defendant Bop LLC*