UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | | |
|---|---|---|
| GMA ACCESSORIES, INC., | : | |
| | : | |
| Plaintiff, | : | 07 Civ. 3219 (LTS) |
| | : | **ECF Case** |
| - against - | : | |
| | : | |
| BOP, LLC, GIRLSHOP, INC., | : | **STATEMENT PURSUANT TO** |
| SHOWROOM SEVEN STUDIOS, INC., | : | **FED. R. CIV. P. 7.1** |
| JONATHAN SOLNICKI, | : | |
| BELMONDO and EMINENT, INC. | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------------------x

       Pursuant to Fed R. Civ. P. 7.1, defendant Bop LLC states that its parent corporation is Amazon.com, Inc., and that the following company owns 10 percent or more of Amazon.com, Inc.'s stock:

       Legg Mason Inc. and affiliated funds.

Dated:   New York, New York
             June 4, 2007

                                      FRIEDMAN KAPLAN SEILER &
                                          ADELMAN LLP

                                          /s/ Jeffrey R. Wang
                                          Robert D. Kaplan (RK 3627)
                                          Jeffrey R. Wang (JW 0406)
                                          1633 Broadway, 46th Floor
                                          New York, NY 10019
                                          (212) 833-1100

                                          *Attorneys for defendant Bop LLC*