UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | | |
|---|---|---|
| GMA ACCESSORIES, INC., | : | |
| | : | |
| Plaintiff, | : | 07 Civ. 3219 (LTS) |
| | : | **ECF Case** |
| - against - | : | |
| | : | |
| BOP, LLC, GIRLSHOP, INC., | : | **DEFENDANT BOP LLC'S** |
| SHOWROOM SEVEN STUDIOS, INC., | : | **ANSWER TO THE** |
| JONATHAN SOLNICKI, | : | **AMENDED COMPLAINT** |
| BELMONDO and EMINENT, INC. | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------------------x

Defendant Bop LLC ("Bop"), by its undersigned attorneys, for its answer to the Amended Complaint (the "Amended Complaint"):

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2.

3. Admits the allegations set forth in paragraph 3.

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4.

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6.

       7.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7.

       8.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8.

       9.      Denies the allegations of paragraph 9 insofar as they concern Bop, except admits that clothing identified as "Charlotte Solnicki" is offered for sale on Bop's website. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 with regard to all defendants other than Bop.

       10.      Denies the allegations of paragraph 10 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10.

       11.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11.

       12.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12.

       13.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13.

       14.      Denies the allegations of paragraph 14, except admits that Bop operates a website with the address www.shopbop.com.

       15.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15.

       16.      States that paragraph 16 states conclusions of law to which no response is required.

17. States that paragraph 17 states conclusions of law to which no response is required.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 18.

19. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 19.

20. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 20.

21. States that paragraph 21 states conclusions of law to which no response is required.

22. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22.

23. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 23.

24. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 24.

25. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 25.

26. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26.

27. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27, and notes that "Opposer" is an unidentified entity or undefined term in the Amended Complaint.

28. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28.

29. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 29.

30. Denies the allegations of paragraph 30 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 30.

31. Denies the allegations of paragraph 31 insofar as they concern Bop, except admits that clothing identified as "Charlotte Solnicki" is offered for sale on Bop's website. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31 with regard to all defendants other than Bop.

32. Denies the allegations of paragraph 32 insofar as they concern Bop, except admits that clothing identified as "Charlotte Solnicki" is offered for sale on Bop's website. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32 with regard to all defendants other than Bop.

33. Denies the allegations of paragraph 33 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33.

34. Denies the allegations of paragraph 34 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34.

35. Repeats its response to paragraph 31, denies the allegations of paragraph 35 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35.

36. Repeats its response to paragraph 31, denies the allegations of paragraph 36 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 36.

37. States that to the extent the allegations of paragraph 37 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 37 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37.

38. States that to the extent the allegations of paragraph 38 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 38 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 38.

39. Repeats its response to paragraph 31, denies the allegations of paragraph 39 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39.

40. Denies the allegations of paragraph 40 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40.

41. States that to the extent the allegations of paragraph 41 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 41 insofar as they

concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 41.

42. States that to the extent the allegations of paragraph 42 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 42 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 42.

43. States that to the extent the allegations of paragraph 43 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 43 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 43.

44. Repeats its responses to paragraphs 1 through 43 of the Amended Complaint.

45. States that to the extent the allegations of paragraph 45 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 45 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 45.

46. Denies the allegations of paragraph 46 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 46.

47. Denies the allegations of paragraph 47 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 47.

48. Denies the allegations of paragraph 48 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48.

49. Denies the allegations of paragraph 49 insofar as they concern Bop, except admits that clothing identified as "Charlotte Solnicki" is offered for sale on Bop's website. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 49 with regard to all defendants other than Bop.

50. States that to the extent the allegations of paragraph 50 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 50 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 50.

51. Denies the allegations of paragraph 51 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 51.

52. Admits that Bop has never sought any authorization or consent from GMA, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52.

53. Denies the allegations of paragraph 53 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53.

54. States that to the extent the allegations of paragraph 54 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 54 insofar as they

concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 54.

55. States that to the extent the allegations of paragraph 55 state conclusions of law, no response is required. Otherwise, repeats its responses to paragraphs 1 through 54 of the Amended Complaint.

56. States that paragraph 56 states conclusions of law to which no response is required.

57. States that to the extent the allegations of paragraph 57 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 57 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 57.

58. States that to the extent the allegations of paragraph 58 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 58 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 58.

59. States that to the extent the allegations of paragraph 59 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 59 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 59.

60. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 60.

61. States that to the extent the allegations of paragraph 61 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 61 insofar as they

concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 61.

62. States that to the extent the allegations of paragraph 62 state conclusions of law, no response is required. Otherwise, repeats its responses to paragraphs 1 through 61 of the Amended Complaint.

63. States that to the extent the allegations of paragraph 63 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 63 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 63.

64. States that to the extent the allegations of paragraph 64 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 64 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 64.

65. States that to the extent the allegations of paragraph 65 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 65 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 65.

66. States that to the extent the allegations of paragraph 66 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 66 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 66.

67. Denies the allegations of paragraph 67 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 67.

68. Denies the allegations of paragraph 68 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 68.

69. Denies the allegations of paragraph 69 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 69.

70. States that to the extent the allegations of paragraph 70 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 70 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 70.

71. States that paragraph 71 states conclusions of law to which no response is required.

72. States that paragraph 72 states conclusions of law to which no response is required.

73. States that to the extent the allegations of paragraph 73 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 73 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 73.

74. Denies the allegations of paragraph 74 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 74.

75. States that to the extent the allegations of paragraph 75 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 75 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 75.

76. States that to the extent the allegations of paragraph 76 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 76 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 76.

77. Repeats its responses to paragraphs 1 through 76 of the Amended Complaint.

78. States that to the extent the allegations of paragraph 78 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 78 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 78.

79. States that the allegations of paragraph 79 do not concern Bop, and thus no response is required.

80. States that to the extent the allegations of paragraph 80 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 80 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 80.

81. States that the allegations of paragraph 81 do not concern Bop, and thus no response is required.

82. States that the allegations of paragraph 82 do not concern Bop, and thus no response is required.

83. States that to the extent the allegations of paragraph 83 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 83 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 83.

84. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 84.

85. States that to the extent the allegations of paragraph 85 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 85 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 85.

86. Repeats its responses to paragraphs 1 through 85 of the Amended Complaint.

87. States that paragraph 87 states conclusions of law to which no response is required.

88. Denies the allegations of paragraph 88 insofar as they concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 88.

89. States that to the extent the allegations of paragraph 89 state conclusions of law, no response is required. Otherwise, denies the allegations of paragraph 89 insofar as they

concern Bop, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 89.

### First Affirmative Defense

90. The Amended Complaint fails to state a claim upon which relief can be granted as against Bop.

### Second Affirmative Defense

91. If Bop infringed or violated any rights of plaintiff (which it expressly denies), it did so innocently and/or without the necessary scienter.

### Third Affirmative Defense

92. Plaintiff's prayer for damages is barred on the ground that the remedy for innocent infringement, if proven, is limited to an injunction against the future printing or publishing of the specific infringing material.

### Fourth Affirmative Defense

93. Plaintiff's state law claims are barred by 47 U.S.C. § 230(c).

### Fifth Affirmative Defense

94. Plaintiff's prayer for treble damages or profits is barred on the ground that plaintiff has failed to allege or prove facts sufficient to show that Bop has intentionally used plaintiff's marks knowing that such marks are counterfeit marks.

### Sixth Affirmative Defense

95. The claims asserted in the Amended Complaint are barred in whole or in part by the doctrines of laches, estoppel, and/or waiver.

WHEREFORE, Bop requests that judgment be entered:

(A)   Dismissing the Amended Complaint in its entirety as against Bop, with prejudice;

(B)   Awarding Bop the costs and disbursements of this action; and

(C)   Awarding Bop such other and further relief as the Court deems just and proper.

Dated:   New York, New York
         June 4, 2007

FRIEDMAN KAPLAN SEILER &
   ADELMAN LLP


By:  /s/ Jeffrey R. Wang _____
     Robert D. Kaplan (RK 3627)
     Jeffrey R. Wang (JW 0406)
     1633 Broadway
     New York, NY 10019-6708
     (212) 833-1100

*Attorneys for defendant Bop LLC*