UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

    Plaintiff,

                 Civil Action No.: 07CV3219 (LTS)

- against -

                 **AFFIDAVIT OF SERVICE**

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

    Defendants.
-------------------------------------------------------X

STATE OF NEW YORK  )
            ) ss.:
COUNTY OF NEW YORK )

    Raza Hafeez, being sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and works at 67 Vestry St., New York, NY 10013-1734. On May 29, 2007, deponent personally served the SUMMONS and AMENDED COMPLAINT upon:

Party         Address

Jonathan Solnicki    108 West 15th Street
             Apt. 6C
             New York, NY 10011-6714

by delivering a copy of each by hand to Melina Solnicki at said address. A copy of her signed receipt is attached.

                       */s/ Raza*
                       Raza Hafeez

Sworn to before me this
29th day of May, 2007

_____
Notary Public

                JOHN P. BOSTANY
            Notary Public, State of New York
               No. 02B05072359
             Qualified in Kings County
          Commission Expires Jan. 27, 2010

**SUMMONS** *(handwritten)*

SUPERHOT MESSENGER SER., INC.　**AMENDED COMPLAINT** *(handwritten)*　DATE: 5/29/07
　　　　MESS　　　　　　　　　　　　　　　　　　　　　　　TK 10:56
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TICKET # 380350
SERVICE FOR: JOHN BOSTANY LAW FIRM　　　　　　BOL #
ATTENTION OF JOHN　　　　　　　　　　　　　　　REFERENCE/JOB #
　　　　　　　　　　　　　　　　　　　　　　　　　PCS
PICK UP: SUPERHOT　　　　　　　　　　　　　　　WGT
　　　　 75 PARK PL　　　　RM
　　　　 NEW YORK　　　　　NY　　　　　　　　　DECLARED VALUE _____
　　　　　　　　　　　　　　　　　　　　　　　　　LIMIT OF LIABILITY IS $100.00
SIGNATURE _Ms Melino Solnick_ *(handwritten)*　　PER SHIPPMENT UNLESS OTHER-
　　　　　　　　　　　　　　　　　　　　　　　　　WISE DECLARED.
DEL. TO: JONATHAN SOLNICKI　　　　　　　　　　ADDITIONAL INSURANCE .50 PER
　　　　 108 W 15TH ST　　　　　RM APT 6C　　　$100.00 OF DECLARED VALUE.
　　　　 NEW YORK　　　　　NY
　　　　　　　　　　　　　　　　　　　　　　　　　RE-DEL
　　　　　　　　　　　　　　EXT
SIGNATURE _____　　　　　　　OLD TK #380256

PRINT _____

TIME _9-5_ / FLOOR _6_

SIGNATURE _____