UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC.<br><br>          Plaintiff,<br><br>v.<br><br>BOP, LLC, GIRLSHOP, INC., SHOWROOM SEVEN STUDIOS, INC., JONATHAN SOLNICKI, BELMONDO, and EMINENT, INC.<br><br>          Defendants. | No. 07 CIV 3219 (LTS)<br><br>NOTICE OF APPEARANCE ON BEHALF OF EMINENT, INC. |

PLEASE TAKE NOTICE that I, Roberto Carrillo, of Garvey Schubert Barer, hereby appear as counsel for Defendant Eminent, Inc., and request that I hereinafter be served with all papers. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       June 8, 2007

                                              GARVEY SCHUBERT BARER

                                              By   /s/   Roberto Carrillo
                                                  Roberto Carrillo (RC-0721)
                                                  100 Wall Street, 20th Floor
                                                  New York, New York 10005
                                                  (212) 431-8700

                                                  Attorneys for Defendant
                                                  Eminent, Inc.

David Gerard, under penalty of perjury, declares and says:

1. I am over eighteen years of age and I am not a party to this action.

2. On June 8, 2007, I served the following documents:

- ANSWER of DEFENDANT EMINENT, INC.

- NOTICE OF APPEARANCE

- RULE 7.1 DISCLOSURE STATEMENT

by sending a copy by first class mail, postage prepaid, to:

**Andrew Thomas Sweeney**
The Bostany Law Firm
40 Wall Street
New York, NY 10005

**Jeffrey Ross Wang**
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019

**Noel W. Hauser and Associates**
415 Madison Avenue
New York, NY 10017

I declare under penalty of perjury that the foregoing is correct and true.

Dated:   New York, New York
         June 8, 2007

_____
David Gerard