UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC.<br><br>            Plaintiff,<br><br>v.<br><br>BOP, LLC, GIRLSHOP, INC., SHOWROOM SEVEN STUDIOS, INC., JONATHAN SOLNICKI, BELMONDO, and EMINENT, INC.<br><br>           Defendants. | No. 07 CIV 3219 (LTS)<br><br>RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT EMINENT, INC. |

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Eminent, Inc. ("Eminent") (a private non-governmental party) certifies the following:

1. Eminent does not have a parent corporation.

2. No publicly held corporations hold 10% or more of Eminent's stock.

Dated: New York, New York
       June 8, 2007

                                              GARVEY SCHUBERT BARER

                                              By   /s/   Roberto Carrillo
                                                  Roberto Carrillo (RC-0721)
                                                  100 Wall Street, 20th Floor
                                                  New York, New York 10005
                                                  (212) 431-8700

                                                  Attorneys for Defendant
                                                  Eminent, Inc.

David Gerard, under penalty of perjury, declares and says:

1. I am over eighteen years of age and I am not a party to this action.

2. On June 8, 2007, I served the following documents:

- ANSWER of DEFENDANT EMINENT, INC.

- NOTICE OF APPEARANCE

- RULE 7.1 DISCLOSURE STATEMENT

by sending a copy by first class mail, postage prepaid, to:

**Andrew Thomas Sweeney**
The Bostany Law Firm
40 Wall Street
New York, NY 10005

**Jeffrey Ross Wang**
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019

**Noel W. Hauser and Associates**
415 Madison Avenue
New York, NY 10017


I declare under penalty of perjury that the foregoing is correct and true.

Dated:   New York, New York
         June 8, 2007

_____
David Gerard