```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
GMA ACCESSORIES, INC.

      Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

      Defendants.
---------------------------------------X

**CONSENT JUDGMENT
AS TO BELMONDO**

Civil Action No.: 07CV3219 (LTS)

WHEREAS, plaintiff has brought an action against BELMONDO, (hereinafter "BELMONDO") seeking a permanent injunction and damages for the claims contained in the amended complaint; on consent and for good cause shown,

IT IS hereby ORDERED, ADJUDGED and DECREED that BELMONDO, its owners, agents, employees and all those acting in concert or active participation with them are hereby permanently enjoined from the use of the word mark CHARLOTTE or any marks similar thereto or substantially indistinguishable therefrom, including CHARLOTTE SOLNICKI, in connection with the sale, purchase, transfer, marketing, advertising or distribution of any unauthorized goods. All other claims as to BELMONDO are dismissed with prejudice on consent. The Clerk is directed to enter Judgment as to BELMONDO accordingly, there being no just reason for delay.

Dated: New York, New York
       June ___, 2007

_____
Noel W. Hauser, Esq.
Attorney for Defendant Belmondo
270 Madison Avenue – 13th Floor
New York, New York 10016
212-688-6400

_____
Andrew T. Sweeney (AS – 0724)
Attorney for Plaintiff
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005
(212) 530-4400

SO ORDERED: _____ 6/11/2007
Hon. Laura Taylor Swain
United States District Judge