```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 1 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GMA ACCESSORIES, INC.

        Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

        Defendants.
------------------------------------------------------X

**STIPULATION**

Civil Action No.: 07CV3219 (LTS)

It is hereby Ordered on consent of plaintiff, that the time for defendant EMINENT, INC. to answer or otherwise respond to the Amended Complaint is hereby extended to June 8, 2007.

Dated: New York, New York
      June 5, 2007

GARVEY SCHUBERT BARER

_____
Andrew J. Goodman, Esq. (AG-3406)
Attorneys for Defendant Eminent, Inc.
100 Wall Street, 20th Floor
New York, NY 10005
(212) 431-8700

THE BOSTANY LAW FIRM

_____
Andrew T. Sweeney (AS-0724)
Attorneys for Plaintiff
40 Wall Street, 61ST Floor
New York, New York 10005
(212) 530-4400

SO ORDERED: _____ 6/11/2007
        Hon. Laura Taylor Swain, U.S.D.J.