UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

               Plaintiff,              **DECLARATION of WILLIAM MALOOF**

- against -

BOP, LLC, GIRLSHOP, INC.,            Civil Action No.:  07CV3219 (LTS)
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

              Defendants.
-------------------------------------------------------X

WILLIAM MALOOF, hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Financial Officer of GMA Accessories, Inc. and hereby verify the accuracy of the allegations contained in the amended complaint. The same is true to my knowledge except as to the matters stated to be alleged on information and belief and as to those matters I believe them to be true.

2. GMA does business as "Capelli New York."

3. CHARLOTTE is an important brand name for GMA.

4. GMA sells its CHARLOTTE brand clothing to numerous retail outlets, including boutiques, specialty stores and department stores.

5. GMA relied upon the knowledge that it had the exclusive right to use the CHARLOTTE mark for clothing in its decision to invest substantial resources to the promotion of the CHARLOTTE brand.

6. Copies of some advertising of the CHARLOTTE brand on GMA's goods is respectfully attached as Exhibit A.

7. Advertising dollars have approached $900,000 for the CHARLOTTE brand consisting of showroom exhibition in the fashion district of New York City, print advertising and retail store showcasing of CHARLOTTE items in catalogues and brochures.

8. GMA has sold over $13 million dollars of its products under the CHARLOTTE mark.

I respectfully urge this honorable Court to stop the defendants here from continuing to identify their similar goods with the names CHARLOTTE and/or CHARLOTTE SOLNICKI.

Dated:      Secaucus, New Jersey
            June 18, 2007

                                    William Maloof