UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GMA ACCESSORIES, INC.

                   Plaintiff,                        **DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO GIRLSHOP, INC. AND SHOWROOM SEVEN STUDIOS, INC.**

                                                                Civil Action No.: 07CV3219 (LTS)

   - against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                   Defendants.
-----------------------------------------------------------X

    ANDREW T. SWEENEY, hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am attorney for plaintiff in this proceeding.

2. Girlshop, Inc. has been marketing and selling CHARLOTTE brand clothing without permission from the trademark owner since at least early this year. A copy of a printout from its website is respectfully annexed as **Exhibit A**.

3. A purchase of the item advertised revealed that the merchandise was manufactured by a "Charlotte Solnicki," which upon information and belief is a partnership based out of Argentina of which defendant Jonathan Solnicki is a general partner. A copy of the label on the merchandise is respectfully annexed

as **Exhibit B**. A copy of the purchase receipt is respectfully annexed as **Exhibit C.**

4. Plaintiff GMA is the owner of the trademark CHARLOTTE with respect to clothing and this mark ahs become incontestable pursuant to Section 15 of the Lanham Act. A copy each of the Certificate of Registration and the current title and status of ownership are annexed as **Exhibits D and E** respectfully.

5. Showroom Seven Studios, Inc. is listed as the principle contact and U.S. Headquarters for Charlotte Solnicki. A copy of a printout from www.charlottesolnicki.com is respectfully annexed as **Exhibit F**.

6. Showroom Seven Studios, Inc. is the supplier of the merchandise sold to all U.S. companies. Before filing this action, I placed a call to the Buenos Aires phone number on the website and was informed that all Charlotte goods can be purchased through Showroom Seven Studios, Inc.

7. The complaint and amended complaint annexed hereto as **Exhibits G and H** were served upon both defendants. The original complaint under Rule 4 by serving the Secretary of State (See **Exhibits I and J**) and the amended complaint by mail under Rule 5 (See **Exhibit K**).

8. Defendants responded to neither pleading. The Entries of Default for defendants Girlshop, Inc. and Showroom Seven Studios, Inc. are respectfully annexed as **Exhibits L and M.**

9. These defendants were also copied on a May 29 letter to your honor requesting permission to make this motion, as well as the Order dated June 1 granting permission.

10. Nobody on behalf of these defendants has contacted the Court or counsel and it is almost 2 months since the action was served.

We therefore request a default judgment as to liability, an injunction and leave to brief the damages issue. A form injunction is respectfully annexed.

Dated: New York, New York
      June 19, 2007

Respectfully Submitted,

By: _____
ANDREW T. SWEENEY (AS-0724)