

Thanks,

Jaime

Jaime Rheingold
Capelli New York
Marketing Department Manager
T: 212 684 3344 ext 516
F: 212 684 5857
Jaime.Rheingold@capellinewyork.com
www.capellinewyork.com

This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address. Thank You.

1/19/2007