# girlshop

Ground

PACKING SLIP

**Order Number:** 183427

**Order Date:** Friday, January 19, 2007

*Billing Information:*
Julie Yoo
The Bostany Law Firm
40 Wall Street
New York, NY  10005 US
Phone: 212-530-4412
E-mail: julie.yoo@bozlaw.com

*Shipping Information:*
Julie Yoo
The Bostany Law Firm
40 Wall Street
New York, NY  10005 US
Phone: 212-530-4412

*Ordering Instructions:*
ship with 183428

| Qty. | Item Description | SKU | Style No. | Price | Sub-Total |
|---|---|---|---|---|---|
| 1 | Charlotte Gaucho Pant White Small | chr80 | CHS6401 | $39.00 | $39.00 |

|  |  |
|---|---|
| Product Total: | $39.00 |
| Discount: | $0.00 |
| Tax Total: | $0.00 |
| Shipping and Handling (Ground): | $8.00 |
| Gift Wrapping: | $0.00 |
| **Grand Total:** | **$47.00** |

*Payment Type:* American Express

Ground



RETURN/EXCHANGE FORM

*Return Policy:*

We will be glad to make an exchange or credit the credit card account used for any items you are not completely happy with. The item MUST be returned to Girlshop by Friday, February 09, 2007, unworn and in perfect condition (including protective shields on bathing suit bottoms and original packaging). Ship prepaid and insured with the box securely wrapped. Returns which arrive after 21 days are subject to a 50% restocking fee. Shipping and handling on returned merchandise is non-refundable.

*Order Number:*   183427

*Shipping Date:*  Friday, January 19, 2007

*Billing Information:*

Julie Yoo
The Bostany Law Firm
40 Wall Street
New York, NY  10005 US
Phone: 212-530-4412
E-mail: julie.yoo@bozlaw.com

To make a return, include this completed form and the merchandise you would like to return to:
Girlshop Returns, 154 West 14th Street, 9th Floor, New York, NY 10011, USA.

RETURNS  Please fill out the following information for each item being returned. (reason codes below)

| Reason Code | Item Name | SKU | Price |
|---|---|---|---|
| | Charlotte Gaucho Pant White Small | chr80 | $39.00 |

*Reason Codes:*  **A** not as pictured  **B** not as described  **C** too small  **D** too large  **E** didn't like color  **F** didn't like style  **G** just didn't like  **H** not worth the money  **I** wrong item shipped  **J** arrived too late  **K** Other_____

EXCHANGES  Complete ONLY if you would like to order additional items in exchange for the above returns. We will not charge you shipping for exchange purchases.

| Designer Name | Item Description | Color | Size | Price |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Different Shipping:* Complete ONLY if you want your exchanges shipped differently than the original order.

Shipping Method: _____
Name: _____   Company Name: _____
Street Address: _____   Floor / Apt #: _____
City: _____   State/Providence: _____   Postal Code: _____   Country: _____

Girlshop Inc., 154 West 14th Street, 9th Floor  New York, NY 10011  Phone 888-450-shop  Fax 212-645-5554    girlshop.com    guyshop.com    totshop.com