CORPORATION SERVICE COMPANY
864417

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
INDEX #07 Cv 3219

---

GMA ACCESSORIES, INC,     PLAINTIFF

VS.

BOP, LLC,     DEFENDANT

---

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY     SS:

Minard Carkner being duly sworn, deposes and says that she is over the age of eighteen (18) years; That on the 24th day of April, 2007 at 10:20 am she served the annexed Summons In A Civil Case And Complaint, Index# 07 Cv 3219, filed 04/20/2007, endorsed thereto on SHOWROOM SEVEN STUDIOS, INC the defendant in this action, by delivering to and leaving with Carol Vogt an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that she/he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

Minard Carkner

Sworn to before me this
1st day of May, 2007.

Johanna A. Burkhartt, Notary Public
ty

ID# 01BU6150209
Commission Expires
July 24, 2010

```
State of New York - Department of State
           Receipt for Service

Receipt #:  200704260041              Cash #: 200704260011
Date of Service: 04/24/2007           Fee Paid: $40 - DRAWDOWN
Service Company: 45 CORPORATION SERVICE COMPANY - 45

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS
CORPORATION LAW

Party Served:  SHOWROOM SEVEN STUDIOS, INC.

Plaintiff/Petitioner:
           GMA ACCESSORIES, INC.

Service of Process Address:
SHOWROOM SEVEN STUDIOS, INC.
ATTN MARIA CASO
498 7TH AVE 24TH FL
NEW YORK, NY 10018

                              Secretary of State
                              BY CAROL VOGT
```