STATE OF NEW YORK          )
                           )   ss.:
COUNTY OF NEW YORK         )

        Andrew T. Sweeney, an attorney duly licensed to practice in the state of New York, hereby affirms under penalty of perjury: deponent is not a party to the action, is over 18 years of age and works at 40 Wall Street, New York, New York 10005. On May 8, 2007, deponent served the within AMENDED COMPLAINT and Jury Demand upon:

| Party(s) | Address |
|---|---|
| Bop, LLC | 101 East Badger Road<br>Madison, WI 53713 |
| Girlshop, Inc. | 154 West 14th Street<br>9th Floor<br>New York, NY 10011 |
| Showroom Seven Studios, Inc. | 498 7th Avenue<br>24th Floor<br>New York, NY 10018 |
| Belmondo | 605 Hwy 35<br>Shrewsbury, NJ 07702 |
| Eminent, Inc. | 16000 Canary Avenue<br>La Mirada, CA 90638 |
| Jonathan Solnicki | Martin Lezica 3098 – B1642GJB<br>San Isidro – Buenos Aires, Argentina |

the said address(es) for that purpose by depositing the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                */s/ Andrew T. Sweeney*
                                                Andrew T. Sweeney