UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GMA ACCESSORIES, INC.

                  Plaintiff,                      **CERTIFICATE OF DEFAULT**

                                                                  Civil Action No.: 07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                  Defendants.
----------------------------------------------------------X

I, ~~James M. Parkison~~ *S. Michael McMahon*, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the defendant GIRLSHOP, INC. was served with a copy of a Summons and Complaint on April 24, 2007 and Amended Complaint on May 8, 2007. I further certify that the docket entries indicate that this defendant has not appeared, has not filed an answer or otherwise moved with respect to the Complaint or Amended complaint herein.

The default of defendant GIRLSHOP, INC. is hereby noted.

Dated: New York, New York
       ~~May~~ ____, 2007
       June 8, 2007

                                                       *S. Michael McMahon*
                                                       Clerk

                                                         Deputy Clerk