UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
------------------------------------------------------X

**CERTIFICATE OF DEFAULT**

Civil Action No.: 07CV3219 (LTS)

I, ~~James M. Parkison~~ J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the defendant SHOWROOM SEVEN STUDIOS, INC. was served with a copy of a Summons and Complaint on April 24, 2007 and Amended Complaint on May 8, 2007. I further certify that the docket entries indicate that this defendant has not appeared, has not filed an answer or otherwise moved with respect to the Complaint or Amended complaint herein.

The default of defendant SHOWROOM SEVEN STUDIOS, INC. is hereby noted.

Dated: New York, New York
      ~~May____, 2007~~
      June 8, 2007

                                              J. Michael McMahon
                                              Clerk

                                              Deputy Clerk