UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

               Plaintiff,                    **DEFAULT JUDGMENT AS TO GIRLSHOP, INC. AND SHOWROOM SEVEN STUDIOS, INC.**

                                                      Civil Action No.: 07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

               Defendants.
-------------------------------------------------------X

        Upon the default of defendants Girlshop, Inc. and Showroom Seven Studios, Inc., the plaintiff's motion for Default Judgment and for good cause shown, it is

        ORDERED, ADJUDGED and DECREED that Girlshop, Inc. and Showroom Seven Studios, Inc. are liable under 15 U.S.C. 1114(1) for infringing upon the plaintiff's registered trademark CHARLOTTE; and it is

        FURTHER ORDERED that Girlshop, Inc. and Showroom Seven Studios, Inc., their owners, agents, employees and all those acting in concert or active participation with them are hereby permanently enjoined from the use of the word mark CHARLOTTE or any marks similar thereto or substantially indistinguishable therefrom, including CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of any unauthorized goods; it is

        FURTHER ORDERED that plaintiff may brief the issue of damages against these defaulting parties.

Dated:  New York, New York
           July___, 2007

                                          SO ORDERED: _____
                                                 Hon. Laura Taylor Swain
                                                 United States District Judge