UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,                          **AFFIRMATION OF SERVICE**

                                                            Civil Action No.: 07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
-------------------------------------------------------X

STATE OF NEW YORK    )
                               )  ss.:
COUNTY OF NEW YORK )

        Andrew T. Sweeney, an attorney duly licensed to practice in the state of New York, hereby affirms under penalty of perjury: deponent is not a party to the action, is over 18 years of age and works at 40 Wall Street, New York, New York 10005. On June 19, 2007, deponent served the NOTICE OF MOTION, DECLARATION IN SUPPORT and EXHIBITS, DECLARATION OF WILLIAM MALOOF and EXHIBIT, PROPOSED ORDER and MEMORANDUM OF LAW upon:

| Party(s) | Address |
|---|---|
| Girlshop, Inc. | 154 West 14th Street<br>9th Floor<br>New York, NY 10011 |
| Showroom Seven Studios, Inc. | 498 7th Avenue<br>24th Floor<br>New York, NY 10018 |

the said address(es) for that purpose by depositing the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                            _____
                                                                            Andrew T. Sweeney