UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,           **CERTIFICATE OF DEFAULT**

                                                    Civil Action No.: 07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
------------------------------------------------------X

I, S. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the defendant JONATHAN SOLNICKI was served with a copy of a Summons and Amended Complaint on May 29, 2007. I further certify that the docket entries indicate that this defendant has not appeared, has not filed an answer or otherwise moved with respect to the Amended complaint herein.

The default of defendant JONATHAN SOLNICKI is hereby noted.

Dated: New York, New York
       June ____, 2007

                                                           <u>S. Michael McMahon</u>
                                        Clerk

                                        _____
                                        Deputy Clerk