UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>BOP, LLC, GIRLSHOP, INC., SHOWROOM SEVEN STUDIOS, INC., JONATHAN SOLNICKI, BELMONDO, and EMINENT, INC.<br><br>Defendants. | No. 07 CIV 3219 (LTS)<br><br>MOTION TO ADMIT MORGAN EVANS AS COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert Carrillo, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Morgan R. Evans
Bartel & Evans LLP
4695 MacArthur Court, Suite 310
Newport Beach, CA 92660
Tel. No. 949.752.3700
Fax No. 949.752.3701

Morgan R. Evans is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Morgan R. Evans in any State or Federal court.

Dated: New York, New York
       June 25, 2007

                                               GARVEY SCHUBERT BARER

                                               By_____
                                               Roberto Carrillo (RC-0721)
                                               100 Wall Street, 20th Floor
                                               New York, New York 10005
                                               (212) 431-8700
                                               Attorneys for Defendant Eminent, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMA ACCESSORIES, INC.

                  Plaintiff,

v.

BOP, LLC, GIRLSHOP, INC., SHOWROOM SEVEN STUDIOS, INC., JONATHAN SOLNICKI, BELMONDO, and EMINENT, INC.

                  Defendants.

No. 07 CIV 3219 (LTS)

AFFIDAVIT OF ROBERT CARRILLO IN SUPPORT OF MOTION TO ADMIT MORGAN EVANS AS COUNSEL PRO HAC VICE

State of New York   )
                        )   SS:
County of New York )

Robert Carrillo, being duly sworn, hereby deposes and says as follows:

    1. I am an associate at Garvey Schubert Barer, counsel for Defendant Eminent, Inc. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Morgan R. Evans as counsel *pro hac vice* to represent Defendant Eminent, Inc. in this matter.

    2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law July 21, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3. I have known Morgan R. Evans since June 22, 2007.

    4. Mr. Evans is a partner at Bartel & Evans LLP in Newport Beach, California.

5. Based on my discussions with him and his partner, Marvin Bartel, I have found Mr. Evans to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Morgan R. Evans, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Morgan R. Evans, *pro hac vice*, which is attached hereto as Exhibit A.

8. I also respectfully submit a certificate of good standing for the state of California, which is attached hereto as Exhibit B. Mr. Evans is not admitted to practice law in any other state.

WHEREFORE it is respectfully requested that the motion to admit Morgan R. Evans, *pro hac vice*, to represent Defendant Eminent, Inc. in the above captioned matter, be granted.

Dated: June 25, 2007
City, State: New York, NY
Notarized:

AMY B. JONES
Notary Public, State of New York
No. 02JO6112484
Qualified in New York County
Commission Expires July 6, 2009

Respectfully submitted,

ROBERT CARRILLO
RC-0721

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMA ACCESSORIES, INC.

                Plaintiff,

v.

BOP, LLC, GIRLSHOP, INC., SHOWROOM SEVEN STUDIOS, INC., JONATHAN SOLNICKI, BELMONDO, and EMINENT, INC.

                Defendants.

No. 07 CIV 3219 (LTS)

ORDER FOR ADMISSION OF MORGAN EVANS PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Robert Carrillo, attorney for Defendant Eminent, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Morgan R. Evans
Bartel & Evans LLP
4695 MacArthur Court, Suite 310
Newport Beach, CA 92660
Tel. No. 949.752.3700
Fax No. 949.752.3701

is admitted to practice *pro hac vice* as counsel for Defendant Eminent, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2007
City, State:   New York, NY

_____
United States District Judge

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 11, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MORGAN RAYMOND EVANS, #198278 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*J. Robert McPhail*

J. Robert McPhail
Custodian of Membership Records

David Gerard, under penalty of perjury, declares and says:

1. I am over eighteen years of age and I am not a party to this action.

2. On June 25, 2007, I served the following documents:

- MOTION TO ADMIT MORGAN EVANS AS COUNSEL PRO HAC VICE

- MOTION TO ADMIT MARVIN BARTEL AS COUNSEL PRO HAC VICE

by sending a copy by first class mail, postage prepaid, to:

**Andrew Thomas Sweeney**
The Bostany Law Firm
40 Wall Street
New York, NY 10005

**Jeffrey Ross Wang**
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019

**Noel W. Hauser and Associates**
415 Madison Avenue
New York, NY 10017

I declare under penalty of perjury that the foregoing is correct and true.

Dated:   New York, New York
         June 25, 2007

_____
David Gerard