UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,                 **CERTIFICATION**

                                                      Civil Action No.: 07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
-------------------------------------------------------X

        Andrew T. Sweeney, an attorney duly licensed to practice in the state of New York, hereby affirms under penalty of perjury: deponent is not a party to the action, is over 18 years of age and works at 40 Wall Street, New York, New York 10005. On July 6, 2007 deponent served the MEMO ENDORSED ORDER dated July 6, 2007 upon:

| Attorney | Address | Party |
|---|---|---|
| Jeffrey R. Wang, Esq.<br>Friedman Kaplan Seiler & Adelman LLP | 1633 Broadway<br>New York, NY 10019-6708 | BOP, LLC |
| Roberto Carrillo, Esq.<br>Garvey Schubert Barer | 100 Wall Street<br>20th Floor<br>New York, NY 10005 | Eminent, Inc. |

the said address(es) for that purpose by facsimile and the Rule 26(f) conference was held on July 10, 2007.

Dated: New York, New York
       July 10, 2007

                                                                 Andrew T. Sweeney