UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

                 Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                 Defendants.
------------------------------------------------------X

**NOTICE OF MOTION FOR DEFAULT JUDGMENT AS TO JONATHAN SOLNICKI**

Civil Action No.: 07CV3219 (LTS)

**PLEASE TAKE NOTICE** upon the Declaration of Andrew T. Sweeney, dated July 19, 2007, and the exhibits annexed thereto, the Declaration of William Maloof, dated June 18, 2007 and the exhibits annexed thereto, and the Memorandum of Law dated June 18, 2007, the undersigned hereby moves this Honorable Court, before Hon. Laura Taylor Swain, U.S.D.J., at 500 Pearl Street, New York, New York for an Order (1) granting plaintiff Default Judgment as to defendant JONATHAN SOLNICKI on the issue of liability for infringement of the CHARLOTTE trademark; (2) issuing a permanent injunction; and for such other relief as this court deems just and proper.

Dated: New York, New York
       July 19, 2007

By: _____
Andrew T. Sweeney (AS – 0724)
The Bostany Law Firm
Attorneys for Plaintiff
40 Wall Street, 61st Floor
New York, New York 10005
(212) 530-4400