UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

      Plaintiff,     **DECLARATION IN SUPPORT**
                **OF PLAINTIFF'S MOTION**
                **FOR DEFAULT JUDGMENT**
                **AS TO JONATHAN SOLNICKI**

                Civil Action No.: 07CV3219 (LTS)

 - against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

      Defendants.
-----------------------------------------------------X

ANDREW T. SWEENEY, hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am attorney for plaintiff in this proceeding.

2. The amended complaint a copy of which is annexed as **Exhibit A** was served with a summons upon defendant Jonathan Solnicki's partner on May 29, 2007. A copy of the affidavit of service is annexed as **Exhibit B**. Defendant failed to answer and a default was entered on June 27, 2007. A copy of the certificate of default is annexed as **Exhibit C**.

3. Upon information and belief Jonathan Solnicki is a partner of the entity manufacturing clothing that it calls Charlotte and Charlotte Solnicki. *See* **Exhibits D and E**.

4. Plaintiff GMA is the owner of the trademark CHARLOTTE with respect to clothing and this mark has become incontestable pursuant to Section 15 of the Lanham Act. A copy each of the Certificate of Registration and the current title and status of ownership are annexed as **Exhibits F and G** respectfully.

5. Defendant Solnicki continues to advertise infringing merchandise on the internet in violation of 15 U.S.C. 1114. Portions of the website are annexed as **Exhibits H, I and J**, illustrating that unless enjoined, Jonathan Solnicki will continue to blatantly infringe upon the CHARLOTTE mark causing irreparable harm as discussed further in the Declaration of William Maloof and the Memorandum of Law dated June 18, 2007.

6. Furthermore upon information and belief, defendant Jonathan Solnicki is importing this infringing merchandise from Argentina in violation of 15 U.S.C. § 1125(b).

Wherefore we respectfully ask that the default judgment be entered against defendant Jonathan Solnicki on the issue of liability, that an injunction be issued in the form annexed hereto and that the issue of damages be referred to Hon. Debra C. Freeman pursuant to the Court's July 10 order.

Dated: New York, New York
July 19, 2007

Respectfully Submitted,

By: _____
ANDREW T. SWEENEY (AS-0724)