UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

        Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

        Defendants.
-------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

        Raza Hafeez, being sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and works at 67 Vestry St., New York, NY 10013-1734. On May 29, 2007, deponent personally served the SUMMONS and AMENDED COMPLAINT upon:

Party                        Address

Jonathan Solnicki          108 West 15th Street
                                  Apt. 6C
                                  New York, NY 10011-6714

by delivering a copy of each by hand to Melina Solnicki at said address. A copy of her signed receipt is attached.

                                                      _____
                                                      Raza Hafeez

Sworn to before me this
29th day of May, 2007

_____
Notary Public

JOHN P. BOSTANY
Notary Public, State of New York
No. 02BO5072359
Qualified in Kings County
Commission Expires Jan. 27, 2010

*SUMMONS* *AMENDED COMPLAINT*

```
SUPERHOT MESSENGER SER., INC.              DATE: 5/29/07
        MESS                               TK  10:56
                                           TICKET #   380350
SERVICE FOR: JOHN BOSTANY LAW FIRM         BOL #
ATTENTION OF JOHN                          REFERENCE/JOB #
                                           PCS
PICK UP: SUPERHOT                          WGT
         75 PARK PL            RM
         NEW YORK         NY               DECLARED VALUE _____
                                           LIMIT OF LIABILITY IS $100.00
SIGNATURE ____Ms Melino Solnick____        PER SHIPPMENT UNLESS OTHER-
                                           WISE DECLARED.
DEL. TO: JONATHAN SOLNICKI                 ADDITIONAL INSURANCE .50 PER
         108 W 15TH ST         RM APT6C    $100.00 OF DECLARED VALUE.
         NEW YORK         NY
                                           RE-DEL
                     EXT
SIGNATURE _____           OLD TK #380256

PRINT _____

TIME  9-5  FLOOR  6

SIGNATURE _____
```