

FindLaw | For Legal Professionals | For Corporate Counsel | For Law Students
Register/login
My current location: New York, NY | Change Location

| Home | Practice Area & Industry | News | CLE | Research Tools | Market Center | Research a Lawyer | MY |

Law Firm Articles    Legal Commentary    Breaking Docs    Newsletters    Legal Technology Center

**Research a Lawyer**

Use the Thomson Legal Record to access a lawyer's litigation record, articles and more!

- Search by Name
- Search by Experience

Search FindLaw

[Corporate Counsel ▼]

[          ]

[Search!]

Mar. 23, 2007            Print This | Email This

PR Newswire
United Business Media

## LA Fashion Week Models Surprise Argentine Designer With Birthday Cake After her Monday Show Was Postponed due to the Northeastern Storm

LOS ANGELES, Mar. 23 /PRNewswire/ --

LOS ANGELES, March 23 /PRNewswire/ -- Argentine designer Melina Solnicki debuted her Charlotte Solnicki Fall/Winter 2007 Collection on her birthday, Thursday, March 22, 2007 at 3:00PM in the Lightbox during Mercedes Benz Fashion Week at Smashbox Studios.

The show, which was originally scheduled for March 19th, was postponed when a severe snowstorm hit New York causing cancellations including the flight containing her collection.

The fall collection was inspired by the legendary Studio 54 era, and contained brocades, patent leather and bright bold colors. Dark, moody make-up by Aveda was reminiscent of icons such as Twiggy and Eddie Sedwick.

**Browse Industries**

| Aerospace & Defense |
| Construction |
| Consumer Products |
| Drugs & Biotech |
| Energy |
| Financial Services |
| Food & Agriculture |
| Health Care |
| Insurance |
| Media & Entertainment |
| Real Estate |
| Retail |
| Services |

For the shows

| Technology |
|---|
| Telecommunications |
| Transportation |
| Travel & Leisure |
| More Centers... |

**Browse Practice Areas**

| ADR |
|---|
| Advertising |
| Antitrust |
| Bankruptcy |
| Class Action Defense |
| Corporate Finance |
| Corporate Governance |
| E-Business & Internet |
| Environmental |
| Government Relations |
| Intellectual Property |
| International |
| Labor & Employment |
| Litigation |
| Mergers & Acquisitions |
| Outsourcing |
| Privacy & Security |
| Securities |
| Securities Litigation |
| Tax |
| Tax-Exempt Organizations |
| White Collar Crime |
| More Centers... |

finale, Solnicki's eighteen models celebrated her birthday in style by parading down the runway carrying birthday cakes to the tune of "Happy Birthday" by Altered Images.

Company Information



In 2002 Melina, Jessica and Jonathan Solnicki started the Charlotte Solnicki collection. The brand has grown into a multi-million dollar business selling worldwide at stores including Saks, Lisa Kline, Planet Blue, Intermix, Talulah G, Harvey Nichols Riyah, Shop Bop ... Celebrities including Jennifer Lopez, Lindsay Lohan, Nicole Richie, Eva Longoria and Jessica Simpson have all been seen wearing Charlotte Solnicki.

Charlotte Solnicki

CONTACT: Matt Kays of Seventh House, +1-646-619-6842, matt@seventhhousepr.com



**STRATIFY**

Extensive Experience

Reliable, Scalable Service

In-depth Legal Knowledge

Technology Leadership

High-productivity Solution

Discover what AmLaw 100 firms already know. Contact Stratify today.

STRATIFY
LEGAL
DISCOVERY™

Sponsored Links

**In-House Counsel Resources**
Turn to the Association of Corporate Counsel for specialized training, time-saving tools/resources and more. Visit ACC.com.

**FindLaw Career Center**
Legal job listings, legal discussion forums, salary information, and more. Visit today!

**Lawyer Marketing**
Web sites, attorney written custom content, visibility on FindLaw.com, search engine optimization.

**FREE Opinion Summaries!**
Get daily case summaries via email. Make life easier with hassle-free delivery. Sign-up now!

**Find a Lawyer**
Our free service locates Bankruptcy, Criminal, DUI, Family, Immigration, Personal Injury, Real Estate, or Trademark lawyers in your area.

Help | Site Map | Contact Us | Media Kit | About Us | FindLaw Local | Disclaimer | Privacy Policy