

# GEN ART

EVENTS: INFO & TICKETS

The Leading Arts & Entertainment Organization
Dedicated to Showcasing the Best Emerging Talent...

Home
Tickets
Memberships
Event Photos
About Gen Art
Applications

Search

## fashion

Select → - Alumni Designers (NYC) - → Charlotte (February 2005)

**Charlotte**

Contact:
**Press:** Seventh House PR 212.643.4810
**Sales:** Showroom Seven 212.643.4810
www.charlotteba.com

The Charlotte collection is feminine with a touch of Rock N' Roll, offset by a sophisticated flair. Charlotte is a line that treats a diverse collection of fabrics in a way never seen before. It is a mixture of textures and materials that combine leather, chiffon, silk and satin to create an ideal design for the Contemporary woman. Charlotte is versatile and wearable appealing to the type of woman that is not afraid to try new things. Our ultimate goal is to allow the Charlotte woman to feel confident and ready no matter what her setting.

In almost two years of life, Charlotte has developed a strong celebrity following, with loyal fans such as the stylish Gwen Stefani, Claire Danes, and Paris Hilton. Charlotte is sold in prestigious retailers across the country and internationally, including Saks Fifth Avenue, Harvey Nichols, Fred Segal, and Barney's in Japan and Harrods.

Head Designer, Melina (26), was born and raised in Buenos Ares, Argentina and moved to New York City when she was 18 years old after attending a year of fashion school in her native country. Originally intending to be a performer, she opted to continue her studies in fashion at FIT in New York City. During this time, Melina's sister, Jessica (19) began presenting Melina's original designs to a variety of buyers. Through her sister's efforts and Melina's original designs, the line of Charlotte began to evolve. As demand increased and the business grew, Melina and Jessica's brother, Jonathan (24) saw that it was necessary to lend his considerable business expertise to the company and leave a promising career in the banking industry. With these three equally different but important people working together, Charlotte has become what it is today.