





# Fall 07 / 08

   

   

HOME - COLLECTION - PRESS - CELEBRITIES - CAMPAIGN - STORES - NEXT SHOWS - CONTACT     << Back