
   
   
   








**CLASSIC DRESS**
CHSUM7 622 RUSTIC COTTON

**HELLENIC CATSUIT SHORT**
CHSUM7 800 RUSTIC COTTON
CHSUM7 801 GAUZE COTTON

**MYKONOS CATSUIT SHORT**
CHSUM7 832 RUSTIC COTTON
CHSUM7 833 GAUZE COTTON







**ROMAN TUNIC**
CHSUM7 825 RUSTIC COTTON

**HELLENIC LONG STRAPLESS**
CHSUM7 320 RUSTIC COTTON
CHSUM7 321 GAUZE COTTON

**ROMAN TOP**
CHSUM7 828 RUSTIC COTTON
CHSUM7 829 GAUZE COTTON

**HELLENIC SHORT**
CHSUM7 705 RUSTIC COTTON
CHSUM7 706 GAUZE COTTON

**STREAP TEASE VEST**
CHSUM7 1015 LEATHER

**HELLENIC CAPRI**
CHSUM7 720 RUSTIC COTTON
CHSUM7 721 GAUZE COTTON

**FLORE CATSUIT PANT**
CHSUM7 877 GAUZE COTTON







**MARGO TOP**
CHSUM7 835 GAUZE COTTON

**CATSUIT RAPPER**
CHSUM7 1306 FLEECE

**ZEUS VEST**
CHSUM7 1005 LEATHER

**RAPPER SHORT**
CHSUM7 1306 FLEECE

**ALICIA VEST**
CHSUM7 1006 LEATHER

**RAPPER MINI SKIRT**
CHSUM7 1310 FLEECE

**RIBBON MINI DRESS**
CHSUM7 630 JERSEY VISCOSE POLYESTER