UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

              Plaintiff,              **DEFAULT JUDGMENT AS TO**
                                                          **JONATHAN SOLNICKI**

                                                      Civil Action No.: 07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

              Defendants.
-------------------------------------------------------X

    Upon the default of defendant Jonathan Solnicki, the plaintiff's motion for Default Judgment and for good cause shown, it is

    ORDERED, ADJUDGED and DECREED that Jonathan Solnicki is liable under 15 U.S.C. 1114(1) for infringing upon the plaintiff's registered trademark CHARLOTTE; and it is

    FURTHER ORDERED that Jonathan Solnicki, his partners, employees, agents and all those acting in concert or active participation with him are hereby permanently enjoined from the use of the word mark CHARLOTTE or any marks similar thereto or substantially indistinguishable therefrom, including CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of any unauthorized goods; and it is

    FURTHER ORDERED that plaintiff may brief the issue of damages which is referred to Hon. Debra C. Freeman, U.S.M.J.

Dated: New York, New York
          August____, 2007

                                      SO ORDERED: _____
                                                   Hon. Laura Taylor Swain
                                                   United States District Judge