UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GMA ACCESSORIES, INC.,

                            Plaintiff,              07 Civ. 3219 (LTS)(DCF)

                                                  **ECF Case**

              - against -

BOP, LLC, GIRLSHOP, INC.,                              **CERTIFICATE OF SERVICE**
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                            Defendants.
------------------------------------------------------------------x

        Jeffrey Wang, an attorney duly admitted to the practice of law in this Court, hereby affirms, under the penalties of perjury, as follows:

        1.      On August 20, 2007, I served true copies of the attached memo-endorsed Order, by facsimile, on the following individuals:

        Andrew Sweeney, Esq.
        THE BOSTANY LAW FIRM
        40 Wall Street
        New York, New York 10005-1304
        Fax # 212-530-4488
        *Attorneys for plaintiff*

        Robert Carrillo, Esq.
        GARVEY SCHUBERT BARER
        100 Wall Street, 20th Floor
        New York, New York 10005
        Fax # 212-334-1278
        *Attorneys for defendant Eminent, Inc.*

Dated:  August 20, 2007
          New York, New York

                                                                 JEFFREY WANG

501670.1

## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
HAL NEIER
PHILIPPE ADLER
MATTHEW S. HAIKEN
PAUL J. FISHMAN
RICHARD M. HOFFMAN
SCOTT M. BERMAN
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS

1633 BROADWAY
NEW YORK, NY 10019-6708
TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM
WRITER'S DIRECT DIAL
(212) 833-1176
WRITER'S DIRECT FAX
(212) 373-7976
E-MAIL
JWANG@FKLAW.COM

NORMAN ALPERT
MARC N. EPSTEIN
SNEHA DEVAGASON
ANDREW A. QUARTNER
CRAIG J. GOBLIN
COUNSEL

KENT K. ANKER
AMY C. BROWN
HALA AHUJA HARKER
HEATHER WINOT
LISA E. GETSON
GAURAV I. SHAH
ASAF REINDEL
JOHN N. ORSINI
JEFFREY R. WANG
VANESSA RICHARDS
CHAD B. PIMENTEL
MYRIAM GAUTHIER
JOSHUA D. JACOBSON
CHAD M. LEICHT
JONATHAN GOTTFRIED
BARBARA J. GRAVES
MICHAEL A. GORDON
SCOTT J. BOWMAN
DANYA SHOCAIR REDA
DANIEL R. GREENBERG
DAVID N. SLARSKEY
KEVIN E. HAEBERLE

August 17, 2007

BY FACSIMILE (212) 805-0426

Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: *GMA Accessories, Inc. v. Bop LLC, et al.*
    Case No. 07 CV 3219 (LTS)(DCF)

Dear Judge Swain:

We represent defendant Bop LLC ("Bop") in the above-captioned matter. We write to request a pre-motion conference to request a protective order pursuant to Rule 26(c) directed at plaintiff's Rule 30(b)(6) deposition notice (attached hereto), which is returnable at plaintiff's offices in New York City on Wednesday, August 22. In the alternative, Bop requests that the deposition be adjourned *sine die* pending discussion of the issue at the scheduled conference with Your Honor on Thursday, August 23.   [ granted ]

Bop's anticipated motion for a protective order will be based primarily on the fact that the deposition notice is returnable in New York, while Bop is located in Wisconsin (and its parent Amazon.com, Inc. is located in Seattle, Washington). Accordingly, Bop will request an order that the deposition be held in Wisconsin and/or Washington. In addition, Bop believes that the deposition notice does not sufficiently identify the topics of deposition testimony sought to allow Bop to designate the appropriate individuals for testimony. (This is so whether or not plaintiff's letter of August 15 – in which plaintiff attempts to "amend" the deposition notice to omit the sentence which calls for testimony "with respect to all matters contained in the amended

500780.1

PAGE 2/3 * RCVD AT 8/20/2007 3:29:22 PM [Eastern Daylight Time] * SVR:NYRFAX01/4 * DNIS:4 * CSID: * DURATION (mm-ss):01-34

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Honorable Laura Taylor Swain     - 2 -     August 17, 2007

complaint" – is a valid amendment to the 30(b)(6) notice.) Regardless, Bop fully expects that any individual(s) it identifies will be located in either Wisconsin or Washington.

Bop has informed plaintiff of its objections to the deposition notice, and has used its best efforts to resolve the matter in controversy informally, both by phone and in writing. Despite due inquiry by Bop, plaintiff has not informed Bop whether it will agree to adjourn the deposition pending the Court conference on August 23.

Accordingly, Bop requests that the Court schedule a pre-motion conference to address Bop's request to make a motion for a protective order; in the alternative, Bop requests that the deposition be adjourned *sine die* pending discussion of the issue at the scheduled conference with Your Honor on Thursday, August 23.

Respectfully,

Jeffrey Wang

Attachment

cc: Andrew Sweeney, Esq. (by facsimile)
(counsel for plaintiff GMA Accessories, Inc.)
Robert Carrillo, Esq. (by facsimile)
(counsel for defendant Emment Inc.)

*The deposition notice is adjourned pending further order of the court. The discovery dispute will be discussed at the conference on 8/23/07.*

SO ORDERED.

8/20/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

500750.1

PAGE 3/3 * RCVD AT 8/20/2007 3:29:22 PM [Eastern Daylight Time] * SVR:NYRFAX01/4 * DNIS:4 * CSID: * DURATION (mm-ss):01-34

TOTAL P.03