UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

  - against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
----------------------------------------------------X

Civil Action No.: 07CV3219 (LTS)

I respectfully submit an appearance in this case as additional counsel for the Plaintiff.

Dated: New York, New York
       August 22, 2007

By: _____
John P. Bostany (JB 1986)
THE BOSTANY LAW FIRM
Attorneys for Plaintiff
40 Wall Street
New York, New York 10005