UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMA ACCESSORIES, INC.

                Plaintiff,

v.

BOP, LLC, GIRLSHOP, INC., SHOWROOM SEVEN STUDIOS, INC., JONATHAN SOLNICKI, BELMONDO, and EMINENT, INC.

                Defendants.

No. 07 CIV 3219 (LTS)

ORDER FOR ADMISSION OF MARVIN BARTEL PRO HAC VICE ON WRITTEN MOTION



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2007

Upon the motion of Robert Carrillo, attorney for Defendant Eminent, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

Marvin Bartel
Bartel & Evans LLP
4695 MacArthur Court, Suite 310
Newport Beach, CA 92660
Tel. No. 949.752.3700
Fax No. 949.752.3701

is admitted to practice *pro hac vice* as counsel for Defendant Eminent, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 8/20/2007 , 2007
City, State:   New York, NY

_____
United States District Judge