UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC.<br><br>               Plaintiff,<br><br>v.<br><br>BOP, LLC, GIRLSHOP, INC., SHOWROOM SEVEN STUDIOS, INC., JONATHAN SOLNICKI, BELMONDO, and EMINENT, INC.<br><br>               Defendants. | No. 07 CIV 3219 (LTS)<br><br>NOTICE OF APPEARANCE ON BEHALF OF EMINENT, INC. |

PLEASE TAKE NOTICE that I, Morgan R. Evans, of Bartel & Evans LLP, hereby appear as counsel for Defendant Eminent, Inc., and request that I, along with Roberto Carrillo who has already appeared in this action, hereinafter be served with all papers. I certify that I am admitted to practice before this Court pro hac vice.

Dated: Newport Beach, California
       August 24, 2007

                                                  BARTEL & EVANS LLP

                                                  By   /s/ Morgan R. Evans
                                                        Morgan R. Evans (198278)
                                                        4695 MacArthur Court, Suite 310
                                                        Newport Beach, CA 92660
                                                        (949) 752-3700
                                                  Attorneys for Defendant Eminent, Inc.

Bobbi Lauer, under penalty of perjury, declares and says:

1. I am over eighteen years of age and I am not a party to this action.

2. On August 24, 2007, I served the following documents:

- NOTICE OF APPEARANCE ON BEHALF OF EMINENT, INC.

by sending a copy by first class mail, postage prepaid, to:

**Andrew Thomas Sweeney, Esq.**
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005

**Jeffrey Ross Wang, Esq.**
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019

I declare under penalty of perjury that the foregoing is correct and true.

Dated:   Newport Beach, California
         August 24, 2007

_____
Bobbi Lauer