UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

              Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

              Defendants.
------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Civil Action No.: 07CV3219 (LTS)

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

        Alan Marin, being sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and works at 67 Vestry St., New York, NY 10013-1734. On August 30, 2007, deponent personally served the ORDER upon:

Party                                Address

Showroom Seven Studios, Inc.    498 7th Avenue
                                            24th Floor
                                            New York, NY 10018

by delivering a copy by hand at said address to a female secretary, approximately 35-40 years old and approximately 5'8" tall.

*Alan Marin* (signature)

Sworn to before me this
5th day of September, 2007

_____
Notary Public

SAMAPTI RAHMAN
Notary Public, State of New York
No. 01RA6155050
Qualified in Queens County
Commission Expires Oct. 23, 2011