UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,                    **AFFIDAVIT OF SERVICE**

                                                  Civil Action No.: 07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
--------------------------------------------------------X

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF NEW YORK  )

        Alan Marin, being sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and works at 67 Vestry St., New York, NY 10013-1734. On August 30, 2007, deponent personally served the INJUNCTION and JUDGMENT dated August 29, 2007 with NOTICE of ENTRY upon:

Party                                   Address

Showroom Seven Studios, Inc.     498 7th Avenue
                                               24th Floor
                                             New York, NY 10018

by delivering a copy by hand at said address to a female secretary, approximately 35-40 years old and approximately 5'8" tall.

                                                               _Alan Marin_

Sworn to before me this
11th day of September, 2007

_____
Notary Public

                                     SAMAPTI RAHMAN
                              Notary Public, State of New York
                                    No. 01RA6155050
                                Qualified in Queens County
                           Commission Expires Oct. 23, 2011