UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                     Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                     Defendants.
-------------------------------------------------------X

**NOTICE OF ENTRY**

Civil Action No.: 07CV3219 (LTS)

      Please take notice that the within Order and Injunction signed by United States District Judge Laura Taylor Swain was entered in the Office of the Clerk of the United States District Court for the Southern District of New York on August 29, 2007.

Dated: New York, New York
        August 30, 2007

                                        THE BOSTANY LAW FIRM

                            By: _____
                                   Andrew T. Sweeney
                                   Attorneys for Plaintiff
                                   40 Wall Street, 61st Floor
                                   New York, New York 10005

Showroom Seven Studios, Inc.
Jonathan Solnicki
498 7th Avenue
24th Floor
New York, NY 10018