UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,                          ACCEPTANCE OF OFFER OF JUDGMENT
                                                    as to BOP, LLC

                                                      Civil Action No.: 07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
-------------------------------------------------------X

      Pursuant to F.R.C.P. 68, Plaintiff GMA ACCESSORIES, INC., by its attorneys, THE BOSTANY LAW FIRM, hereby accepts the defendant BOP LLC's attached offer of judgment in the amount of $15,000 plus costs and injunction.

Dated: New York, New York
        September 17, 2007

                                                    THE BOSTANY LAW FIRM
                                                    By: _____
                                                       Andrew T. Sweeney (AS 0724)
                                                       Attorneys for Plaintiff
                                                       40 Wall Street, 61st Floor
                                                       New York, New York 10005
                                                       (212) 530-4400