UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

            Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

           Defendants.
-------------------------------------------------------X

**AMENDED ACCEPTANCE OF OFFER OF JUDGMENT as to BOP, LLC**

Civil Action No.: 07CV3219 (LTS)

    Pursuant to F.R.C.P. 68, Plaintiff GMA ACCESSORIES, INC., by its attorneys, THE BOSTANY LAW FIRM, hereby accepts the defendant BOP LLC's attached offer of judgment.

Dated: New York, New York
       September 18, 2007

                                    THE BOSTANY LAW FIRM
                                    By: _____
                                        Andrew T. Sweeney (AS 0724)
                                        Attorneys for Plaintiff
                                        40 Wall Street, 61st Floor
                                        New York, New York 10005
                                        (212) 530-4400