UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GMA ACCESSORIES, INC.,

                        Plaintiff,

        - against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                      Defendants.
-----------------------------------------------------------------x

07 Civ. 3219 (LTS) (DCF)
<u>ECF Case</u>

<u>OFFER OF JUDGMENT
PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 68</u>

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Bop, LLC ("Bop"), by its attorneys, hereby makes an offer of judgment in the above-captioned action as follows:

        1.     Judgment shall be entered in favor of plaintiff and against Bop in the amount of fifteen thousand dollars ($15,000), inclusive of costs accrued to the date of this offer and exclusive of attorneys' fees, if any, awarded by the Court.

        2.     An injunction shall be entered permanently enjoining Bop from using the mark CHARLOTTE or any marks similar to or substantially indistinguishable therefrom, including the mark CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of unauthorized clothing or related merchandise.

        This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission that Bop is liable in this action or that plaintiff has suffered any injury.

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, this offer may be accepted by written notice served on or before September 21, 2007, after which this offer shall be deemed rejected.

507990.1

Dated:  New York, New York
        September 7, 2007

                FRIEDMAN KAPLAN SEILER &
                ADELMAN LLP

                Robert D. Kaplan
                Jeffrey R. Wang
                1633 Broadway
                New York, New York 10019-6708
                (212) 833-1100

                *Attorneys for Defendant Bop, LLC*

TO:  Adrienne Raps, Esq.
     THE BOSTANY LAW FIRM
     40 Wall Street, 61st Floor
     New York, New York  10005-1304
     (212) 531-4400

     *Attorneys for plaintiff*