USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **OCT 0 9 2007**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GMA ACCESSORIES, INC.

   Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

   Defendants.
----------------------------------------X

**STIPULATION TO AMEND**

Civil Action No.: 07CV3219 (LTS)

  It is hereby stipulated and agreed by and between the parties hereto that plaintiff may amend its first amended complaint to add the following parties as defendants: CoCo & Delilah; Intermix; Lisa Kline, Inc.; Saks Fifth Avenue, Inc.; Singer 22 and Wink NYC Inc. with allegations against them no different than those presently alleged against defendant Eminent, Inc.

Dated: September 25, 2007

_____
Marvin Bartel, Esq.
Bartel & Evans LLP
Attorney for Defendant Eminent, Inc.
4695 MacArthur Court, Suite 310
Newport Beach, CA 92660

_____
Andrew T. Sweeney (AS 0724)
The Bostany Law Firm
Attorney for Plaintiff
40 Wall Street, 61st Floor
New York, NY 10005

SO ORDERED.

_____ 10/5/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE