AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/10/07 |
| NAME OF SERVER (PRINT) Edwin Izaguirre | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Place of business: 115 Saint Mark's Place, New York, NY 10009 Name of Person with whom the summons and complaint were left: Cynthia (clerk)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/11/07
              Date

Signature of Server: Edwin Izaguirre

Address of Server: 33-44 Junction Blvd, Jackson Heights, NY 11372

ANNEI LI
Notary Public, State of New York
No. 01LI6161335
Qualified in Queens County
Commission Expires 02/26/20-11-

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.