CORPORATION SERVICE COMPANY

258746

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
U.S. DISTRICT COURT, SOUTHERN DIST. OF NEW YORK
INDEX #07cv3219

---

GMA ACCESSORIES, INC,    PLAINTIFF

VS.

EMINENT, INC,    DEFENDANT

---

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY    ss:

Cathy Krieger being duly sworn, deposes and says that she is over the age of eighteen (18) years; That on the 4th day of October, 2007 at 12:00 pm she served the annexed Summons In A Civil Action and Second Amended Complaint, Index# 07cv3219 filed 09/28/2007, endorsed thereto on WINK NYC INC the defendant in this action, by delivering to and leaving with Chad Matice an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that she/he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

_____
Cathy Krieger

Sworn to before me this
5th day of October, 2007.

_____
Johanna A. Burkhartt, Notary Public

ID# 01BU6150209
Commission Expires
July 24, 2010