UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
GMA ACCESSORIES, INC.,

                                  Plaintiff,    07 Civ. 3219 (LTS)

          - against -    ECF Case

BOP, LLC, GIRLSHOP, INC.,    **NOTICE OF APPEARANCE**
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.,

                                 Defendants.
-----------------------------------------------------------------------x

       PLEASE TAKE NOTICE that I, Robert J. Lack, hereby appear as counsel for defendant Bop, LLC, and request that I hereinafter be served with all papers. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
           October 19, 2007

                                            FRIEDMAN KAPLAN SEILER &
                                              ADELMAN LLP

                                              s/ Robert J. Lack
                                              Robert J. Lack
                                              Jeffrey R. Wang
                                              1633 Broadway
                                              New York, NY 10019-6708
                                              (212) 833-1100

                                              Attorneys for Defendant Bop, LLC