UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

GMA ACCESSORIES, INC.

        Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

        Defendants.
-------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED    OCT 1 9 2007

**ORDER and JUDGMENT as to BOP, LLC**

Civil Action No.: 07CV3219 (LTS)

WHEREAS, plaintiff has accepted the offer of Judgment pursuant to Rule 68 as to BOP,
LLC, (hereinafter "BOP") and for good cause shown,

IT IS hereby ORDERED, ADJUDGED and DECREED that a $15,000 judgment be
entered in favor of the plaintiff GMA Accessories, Inc. and against defendant BOP, LLC and, it is

FURTHER ORDERED and ADJUDGED that BOP is permanently enjoined from using
the mark CHARLOTTE or any marks similar to or substantially indistinguishable therefrom,
including the mark CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for
sale, display, transfer, marketing, advertising or distribution of unauthorized clothing or related
merchandise.

The Clerk is directed to enter Judgment as to BOP accordingly, there being no just
reason for delay.

Dated:  New York, New York
      October  18 , 2007

SO ORDERED:

Hon. Laura Taylor Swain
United States District Judge