UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                             :

GMA ACCESSORIES, INC.,                           :

                                    Plaintiff,        :    07 Civ. 3219 (LTS)(DCF)

                 - against -                 :    ECF Case

BOP, LLC, GIRLSHOP, INC.,                 :
SHOWROOM SEVEN STUDIOS, INC.,     :    **NOTICE OF MOTION**
JONATHAN SOLNICKI,                      :
BELMONDO and EMINENT, INC.,       :    **ORAL ARGUMENT REQUESTED**

                                  Defendants.  :
-------------------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the affidavit of Jeffrey R. Wang, sworn to October 19, 2007, and the exhibits thereto, the accompanying memorandum of law, and all prior pleadings and proceedings in this action, defendant Bop, LLC ("Bop") will move this Court, pursuant to Federal Rules of Civil Procedure 60 and 68, before the Honorable Laura Taylor Swain at the United States District Court, Southern District of New York, Courtroom 17C, 500 Pearl Street, New York, New York 10007, for an order withdrawing, vacating, or modifying Bop's offer of judgment and the resulting Order and Judgment as to Bop, LLC filed October 19, 2007 (Document 79).

       Pursuant to the direction of Magistrate Judge Freeman, plaintiff's opposition papers are due on October 26, 2007, and Bop's reply papers, if any, are due on October 30, 2007.

521088.3

Dated: New York, New York
October 19, 2007

        FRIEDMAN KAPLAN SEILER &
          ADELMAN LLP

        <u>s/ Robert J. Lack</u>
        Robert J. Lack
        Jeffrey R. Wang
        1633 Broadway
        New York, NY 10019-6708
        (212) 833-1100

        Attorneys for Defendant Bop, LLC