# EXHIBIT A

# THE BOSTANY LAW FIRM

**BROOKLYN OFFICE**

ONE 74TH STREET
BROOKLYN, NY 11209

40 WALL STREET

NEW YORK, NEW YORK 10005-1315

TEL: 212-530-4400

FAX: 212-530-4488

**NEW JERSEY OFFICE**

ONE GATEWAY CENTER
NEWARK, NJ 07102

July 7, 2006

**AIR MAIL**

HoDAP

BOP, LLC
101 East Badger Road
Madison, WI 53713

Re:   Charlotte® Trademark Infringement

Dear Sir or Madam:

We represent GMA Accessories, Inc. the owner of the registered trademark CHARLOTTE® in various classes including casual attire. A copy of that registration is attached. It has come to our attention that your division Revolve Clothing is marketing and selling counterfeit CHARLOTTE® apparel, such as Charlotte Beach Tube Dress (Item No. CHARL1002710654115), under your own label without permission from the trademark owner. A copy of your hang tag is enclosed.

We demand that you immediately cease and desist this blatant copying of the CHARLOTTE® brand name. Provide me with certification within 5 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark. Within seven days of your receipt of this letter we demand that you provide us:

(1)   a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's Charlotte® brand name;
(2)   the quantity sold; and your inventory

Obviously, the information requested herein pertains not only to the apparel that we have discovered infringe upon the Charlotte® mark, but to any products that involve the brand name. If you refuse to cooperate with our informal demands we will have no alternative but to commence a lawsuit in the United States District Court seeking, *inter alia,* a preliminary injunction, permanent injunction, recovery of all profits that you have made, recovery of GMA's damages, attorney's fees, costs and statutory damages as allowed by law for your infringement.



Sincerely,

John P. Bostany

BOP 0001



BOP 0002



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



Director of the United States Patent and Trademark Office

BOP 0003

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**  Reg. No. 2,535,454
Registered Feb. 5, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## CHARLOTTE

GMA ACCESSORIES, INC. (NEW YORK CORPORATION)
1 EAST 33RD STREET, 9TH FLOOR
NEW YORK, NY 10016

FOR: CLOTHING, FOOTWEAR AND HEADGEAR, NAMELY HATS, SCARVES, GLOVES AND SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-15-1996; IN COMMERCE 11-15-1996.

OWNER OF U.S. REG. NOS. 221,405 AND 2,217,341.

SER. NO. 75-857,222, FILED 11-24-1999.

ELLIOTT ROBINSON, EXAMINING ATTORNEY