# Exhibit B

# amazon.com.

| ADRIAN GARVER<br>PARALEGAL/COPYRIGHT AGENT<br>DIRECT DIAL: 206/266.1404<br>FACSIMILE: 206/266.7010<br>EMAIL: AGARVER@AMAZON.COM | MAILING ADDRESS:<br>P.O. BOX 81226<br>SEATTLE, WA 98108-1226 |
|---|---|

July, 27, 2006

<u>Via U.S. Mail</u>

John P. Bostony
40 Wall Street
New York, NY 10005-1315

  Re: *Charlotte*

Dear Mr. Bostony:

  Thank you for your letter. Without any admission of wrongdoing, please be advised that we have changed the allegedly trademark infringing product titles to their correct name "Charlotte Solnicki". We trust that this will bring this matter to a close.

  This letter is written without prejudice to any rights, remedies or defenses to which Amazon.com and its affiliates may be entitled, all of which are expressly reserved.

           Sincerely,

           Adrian Garver
           Copyright/Trademark Agent
           Amazon.com, Inc.