# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

              Plaintiff,

**DEFAULT JUDGMENT AS TO
GIRLSHOP, INC. AND SHOWROOM
SEVEN STUDIOS, INC.**

Civil Action No.:  07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

              Defendants.
-----------------------------------------------------X

Upon the default of defendants Girlshop, Inc. and Showroom Seven Studios, Inc., the plaintiff's motion for Default Judgment and for good cause shown, it is

ORDERED, ADJUDGED and DECREED that Girlshop, Inc. and Showroom Seven Studios, Inc. are liable under 15 U.S.C. 1114(1) for infringing upon the plaintiff's registered trademark CHARLOTTE; and it is

FURTHER ORDERED that Girlshop, Inc. and Showroom Seven Studios, Inc., their owners, agents, employees and all those acting in concert or active participation with them are hereby permanently enjoined from the use of the word mark CHARLOTTE or any marks similar thereto or substantially indistinguishable therefrom, including CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of any unauthorized goods; it is

FURTHER ORDERED that plaintiff may brief the issue of damages against these defaulting parties.

Dated:  New York, New York
       July___, 2007

                   SO ORDERED: _____
                            Hon. Laura Taylor Swain
                            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

                                            **DEFAULT JUDGMENT AS TO**
                                            **JONATHAN SOLNICKI**

                                            Civil Action No.:  07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
--------------------------------------------------------X

      Upon the default of defendant Jonathan Solnicki, the plaintiff's motion for Default

Judgment and for good cause shown, it is

      ORDERED, ADJUDGED and DECREED that Jonathan Solnicki is liable under 15

U.S.C. 1114(1) for infringing upon the plaintiff's registered trademark CHARLOTTE; and it is

      FURTHER ORDERED that Jonathan Solnicki, his partners, employees, agents and all

those acting in concert or active participation with him are hereby permanently enjoined from the

use of the word mark CHARLOTTE or any marks similar thereto or substantially

indistinguishable therefrom, including CHARLOTTE SOLNICKI, in connection with the sale,

purchase, offering for sale, display, transfer, marketing, advertising or distribution of any

unauthorized goods; and it is

      FURTHER ORDERED that plaintiff may brief the issue of damages which is referred to

Hon. Debra C. Freeman, U.S.M.J.


Dated:  New York, New York
         August___, 2007


                         SO ORDERED:  _____
                                        Hon. Laura Taylor Swain
                                        United States District Judge