# EXHIBIT G

CASREF, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03219-LTS-DCF

| | |
|---|---|
| GMA Accessories, Inc. v. Bop, LLC et al<br>Assigned to: Judge Laura Taylor Swain<br>Referred to: Magistrate Judge Debra C. Freeman<br>Demand: $1,000,000<br>Cause: 15:1114 Trademark Infringement | Date Filed: 04/20/2007<br>Jury Demand: Both<br>Nature of Suit: 840 Trademark<br>Jurisdiction: Federal Question |

**Plaintiff**

**GMA Accessories, Inc.**     represented by **Andrew Thomas Sweeney**
The Bostany Law Firm
40 Wall Street
New York, NY 10005
(212)530-4411
Fax: (212)530-4488
Email: Andrew.Sweeney@Bozlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Peter Bostany**
The Bostany Law Firm
40 Wall Street
New York, NY 10005
212-504-5620
Fax: 212-504-6090
Email: John@Bozlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bop, LLC**     represented by **Jeffrey Ross Wang**
*TERMINATED: 09/26/2007*     Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019
(212)-833-1175
Fax: (212)-373-7975
Email: jwang@fklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Girlshop, Inc.

**Defendant**

**Showroom Seven Studios, Inc.**

**Defendant**

**Jonathan Solnicki**

**Defendant**

**Belmondo**
*TERMINATED: 06/12/2007*

represented by **Noel W. Hauser**
Noel W. Hauser and Associates
415 Madison Avenue
New York, NY 10017
(212) 688-6400
Fax: (212) 688-6457
Email: nohauser@verizon.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eminent, Inc.**

represented by **Roberto Clemente Carrillo**
Garvey Schubert Barer
100 Wall Street
20th Floor
New York, NY 10005
(212)-965-4511
Fax: (212)-334-1278
Email: rcarrillo@gsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marvin Ivan Bartel**
Bartel & Evans LLP
4695 Macarthur Court
Suite 310
Newport Beach, CA 92660
(949)-752-3703
Fax: (949)-752-3701
Email: mbartel@bartelevans.com
*ATTORNEY TO BE NOTICED*

**Morgan R. Evans**
Bartel & Evans, L.L.P.
4695 MacAtrhur Court
Suite 310
Newport Beach, CA 92660
(949) 752-3707
Fax: (949) 752-3701
Email: mevans@bartelevans.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Saks Fifth Avenue, Inc.**

**Defendant**

**Intermix, Inc.**

**Defendant**

**Wink NYC, Inc.**

**Defendant**

**Lisa Kline, Inc.**

**Defendant**

**Jonathan Singer**

**Defendant**

**Lewis Tierney**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2007 | 1 | COMPLAINT against Bop, LLC, Girlshop, Inc., Showroom Seven Studios, Inc., Jonathan Solnicki, Belmondo, Eminent, Inc.. (Filing Fee $ 350.00, Receipt Number 612975)Document filed by GMA Accessories, Inc..(jpo) Additional attachment(s) added on 4/25/2007 (Becerra, Maribel). (Entered: 04/23/2007) |
| 04/20/2007 | | SUMMONS ISSUED as to Bop, LLC, Girlshop, Inc., Showroom Seven Studios, Inc., Jonathan Solnicki, Belmondo, Eminent, Inc.. (jpo) . (Entered: 04/23/2007) |
| 04/20/2007 | | Case Designated ECF. (jpo) (Entered: 04/23/2007) |
| 04/20/2007 | | CASE REFERRED TO Judge Gerard E. Lynch as possibly related to 06cv6236. (jpo) (Entered: 04/23/2007) |
| 04/20/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by GMA Accessories, Inc..(jpo) Additional attachment(s) added on 5/1/2007 (tro) (Entered: 04/23/2007) |
| 04/20/2007 | | Mailed notice to Commissioner of Patents and Trademarks to report the filing of this action. (jpo) (Entered: 04/23/2007) |
| 04/27/2007 | 3 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Belmondo served on 4/24/2007, answer due 5/14/2007. Service was accepted by Bridget Beggans, Managing Agent. Document filed by GMA Accessories, Inc.. (Bostany, John) (Entered: 04/27/2007) |
| 04/30/2007 | 4 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Bop, LLC served on 4/24/2007, answer due 5/14/2007. Service was accepted by Cassandra Belcher, Authorized Agent. Document filed |

| | | |
|---|---|---|
| | | by GMA Accessories, Inc.. (Bostany, John) (Entered: 04/30/2007) |
| 04/30/2007 | 5 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Eminent, Inc. served on 4/23/2007, answer due 5/14/2007. Service was accepted by Michelle Silverman, Office Manager. Document filed by GMA Accessories, Inc.. (Bostany, John) (Entered: 04/30/2007) |
| 05/01/2007 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Andrew Thomas Sweeney for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 2 Rule 7.1 Corporate Disclosure Statement to: case_openings@nysd.uscourts.gov. (lb) (Entered: 05/01/2007) |
| 05/01/2007 | | CASE DECLINED AS NOT RELATED. Case referred as related to 06-cv-6236 and declined by Judge Gerard E. Lynch and returned to wheel for assignment. (js) (Entered: 05/04/2007) |
| 05/01/2007 | 8 | NOTICE OF CASE ASSIGNMENT to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (js) (Entered: 05/04/2007) |
| 05/01/2007 | | Magistrate Judge Debra Freeman is so designated. (js) (Entered: 05/04/2007) |
| 05/01/2007 | | Mailed notice to the attorney(s) of record. (js) (Entered: 05/04/2007) |
| 05/03/2007 | 6 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Showroom Seven Studios, Inc. served on 4/24/2007, answer due 5/14/2007. Service was accepted by Carol Vogt, Office of Secretary of State. Document filed by GMA Accessories, Inc.. (Bostany, John) (Entered: 05/03/2007) |
| 05/03/2007 | 7 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Girlshop, Inc. served on 4/24/2007, answer due 5/14/2007. Service was accepted by Carol Vogt, Office of Secretary of State. Document filed by GMA Accessories, Inc.. (Bostany, John) (Entered: 05/03/2007) |
| 05/07/2007 | 9 | AMENDED COMPLAINT amending 1 Complaint, against Bop, LLC, Girlshop, Inc., Showroom Seven Studios, Inc., Jonathan Solnicki, Belmondo, Eminent, Inc.Document filed by GMA Accessories, Inc. Related document: 1 Complaint, filed by GMA Accessories, Inc. (jco) (Entered: 05/10/2007) |
| 05/16/2007 | 10 | STIPULATION AND ORDER, Bop, LLC answer due 6/4/2007. (Signed by Judge Laura Taylor Swain on 5/16/2007) (jmi) (Entered: 05/17/2007) |
| 05/16/2007 | 11 | PRETRIAL ORDER Initial Conference set for 8/23/2007 10:00 AM before Judge Laura Taylor Swain. (Signed by Judge Laura Taylor Swain on 5/16/2007) (jmi) (Entered: 05/17/2007) |
| 05/29/2007 | 12 | REQUEST TO ENTER DEFAULT against Belmondo *pursuant to Rule 55(a)*. Document filed by GMA Accessories, Inc.. (Attachments: # 1 Text of Proposed Order)(Sweeney, Andrew) (Entered: 05/29/2007) |

| Date | # | Description |
|---|---|---|
| 05/29/2007 | 13 | REQUEST TO ENTER DEFAULT against Eminent, Inc. *pursuant to Rule 55(a)*. Document filed by GMA Accessories, Inc.. (Attachments: # 1 Text of Proposed Order)(Sweeney, Andrew) (Entered: 05/29/2007) |
| 05/29/2007 | 14 | REQUEST TO ENTER DEFAULT against Girlshop, Inc. *pursuant to Rule 55(a)*. Document filed by GMA Accessories, Inc.. (Attachments: # 1 Text of Proposed Order)(Sweeney, Andrew) (Entered: 05/29/2007) |
| 05/29/2007 | 15 | REQUEST TO ENTER DEFAULT against Showroom Seven Studios, Inc. *pursuant to Rule 55(a)*. Document filed by GMA Accessories, Inc.. (Attachments: # 1 Text of Proposed Order)(Sweeney, Andrew) (Entered: 05/29/2007) |
| 05/30/2007 | 16 | ANSWER to Complaint. Document filed by Belmondo.(Hauser, Noel) (Entered: 05/30/2007) |
| 06/04/2007 | 17 | NOTICE OF APPEARANCE by Jeffrey Ross Wang on behalf of Bop, LLC (Wang, Jeffrey) (Entered: 06/04/2007) |
| 06/04/2007 | 18 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Amazon.com,Inc. and Legg Mason Inc. as Corporate Parent. Document filed by Bop, LLC.(Wang, Jeffrey) Modified on 6/5/2007 (Lewis, Diahan). (Entered: 06/04/2007) |
| 06/04/2007 | 19 | ANSWER to Amended Complaint. Document filed by Bop, LLC. Related document: 9 Amended Complaint, filed by GMA Accessories, Inc..(Wang, Jeffrey) (Entered: 06/04/2007) |
| 06/04/2007 | 20 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. Jonathan Solnicki served on 5/29/2007, answer due 6/18/2007. Service was accepted by Melina Solnicki, Partner. Document filed by GMA Accessories, Inc.. (Bostany, John) (Entered: 06/04/2007) |
| 06/04/2007 | 21 | ENDORSED LETTER addressed to Judge Swain from Andrew T. Sweeney dated 5/30/07 re: Plaintiff asks permission to submit a proposed default judgment to your Honor as to liability and for the injunctive relief sought in the pleadings...; ENDORSEMENT: In light of Belmondo's May 30, 2007 filing of an answer, the foregoing request for permission to move for a default judgment against Belmondo is denied without prejudice. The parties' attention is directed to item 2B of the undersigned's Individual Practies Rules. (Signed by Judge Laura Taylor Swain on 6/1/07) (djc) (Entered: 06/05/2007) |
| 06/04/2007 | 22 | ORDER;... Plaintiff may make a motion for a default judgment....; such motion for default judgment shall be served on Defendant Girlshop, Inc., and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules. Plaintiff shall serve a copy of this Order on Defendant Girlshop, Inc and file proof of such service within ten days from the date hereof. (Signed by Judge Laura Taylor Swain on 6/1/07) (djc) Modified on 6/5/2007 (Clark, Dolores). Modified on 6/5/2007 (Clark, Dolores). (Entered: 06/05/2007) |

| | | |
|---|---|---|
| 06/04/2007 | 23 | ORDER;... Plaintiff may make a motion for a default judgment....; such motion for default judgment shall be served on Defendant Showroom Seven Studios, Inc and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules. Plaintiff shall serve a copy of this Order on Defendant Showroom Seven Studios, Inc and file proof of such service within ten days from the date hereof. (Signed by Judge Laura Taylor Swain on 6/1/07) (djc) Modified on 6/5/2007 (Clark, Dolores). (Entered: 06/05/2007) |
| 06/04/2007 | 24 | ORDER; that this matter having been commenced by the filing of a complaint and Dft. Emineat, Inc, having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the Plaintiff having sought permission to move for a default judgment, the Court sets forth the briefing schedule for the plaintiffs' motion for default judgment as set forth in this Order. The plaintiff shall serve a copy of this Order on Dft. Eminent, Inc. and file proof of such service within 10 days from the date hereof. (Signed by Judge Laura Taylor Swain on 6/1/07) (pl) (Entered: 06/08/2007) |
| 06/08/2007 | 25 | NOTICE OF APPEARANCE by Roberto Clemente Carrillo on behalf of Eminent, Inc. (Carrillo, Roberto) (Entered: 06/08/2007) |
| 06/08/2007 | 26 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Eminent, Inc..(Carrillo, Roberto) (Entered: 06/08/2007) |
| 06/08/2007 | 27 | ANSWER to Amended Complaint with JURY DEMAND. Document filed by Eminent, Inc.. Related document: 9 Amended Complaint, filed by GMA Accessories, Inc..(Carrillo, Roberto) (Entered: 06/08/2007) |
| 06/11/2007 | 28 | AFFIDAVIT OF SERVICE of ORDER granting permission to file motion for default judgment served on GIRLSHOP, INC. on June, 8 2007. Service was made by mail. Document filed by GMA Accessories, Inc.. (Sweeney, Andrew) (Entered: 06/11/2007) |
| 06/11/2007 | 29 | AFFIDAVIT OF SERVICE of ORDER granting permission to file motion for default judgment served on SHOWROOM SEVEN STUDIOS, INC. on June 8, 2007. Service was made by mail. Document filed by GMA Accessories, Inc.. (Sweeney, Andrew) (Entered: 06/11/2007) |
| 06/11/2007 | 31 | STIPULATION; the time for defendant Eminent, Inc. to answer or otherwise respond to the amended complaint is extended to 6/8/2007. (Signed by Judge Laura Taylor Swain on 6/11/07) (kco) (Entered: 06/12/2007) |
| 06/12/2007 | 30 | CONSENT JUDGMENT as to Belmondo, it's owners, agents, etc are hereby permananently enjoined from the use of the work mark Charlotte or any marks similar thereto as indicated. All other claims as to Belmondo are dismissed with prejudice. (Signed by Judge Laura Taylor Swain on 6/11/07) (Attachments: # 1 notice of right to appeal)(ml) |

| | | |
|---|---|---|
| | | Modified on 7/11/2007 (Lee, Michael). (Entered: 06/12/2007) |
| 06/19/2007 | 32 | MOTION for Default Judgment as to *Girlshop, Inc. and Showroom Seven Studios, Inc.*. Document filed by GMA Accessories, Inc..Responses due by 7/3/2007(Sweeney, Andrew) (Entered: 06/19/2007) |
| 06/19/2007 | 33 | DECLARATION of William Maloof in Support re: 32 MOTION for Default Judgment as to *Girlshop, Inc. and Showroom Seven Studios, Inc.*.. Document filed by GMA Accessories, Inc.. (Sweeney, Andrew) (Entered: 06/19/2007) |
| 06/19/2007 | 34 | DECLARATION of Andrew T. Sweeney in Support re: 32 MOTION for Default Judgment as to *Girlshop, Inc. and Showroom Seven Studios, Inc.*.. Document filed by GMA Accessories, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Text of Proposed Order) (Sweeney, Andrew) (Entered: 06/19/2007) |
| 06/19/2007 | 35 | MEMORANDUM OF LAW in Support re: 32 MOTION for Default Judgment as to *Girlshop, Inc. and Showroom Seven Studios, Inc.*... Document filed by GMA Accessories, Inc.. (Sweeney, Andrew) (Entered: 06/19/2007) |
| 06/19/2007 | 36 | AFFIDAVIT OF SERVICE of Notice of Motion, Declaration in Support and Exhibits, Declaration of William Maloof and Exhibit, Proposed Order and Memorandum of Law served on Girlshop, Inc. on 6/19/07. Service was made by Mail. Document filed by GMA Accessories, Inc.. (Sweeney, Andrew) (Entered: 06/19/2007) |
| 06/19/2007 | 37 | AFFIDAVIT OF SERVICE of Notice of Motion, Declaration in Support and Exhibits, Declaration of William Maloof and Exhibit, Proposed Order and Memorandum of Law served on Showroom Seven Studios, Inc. on 6/19/07. Service was made by Mail. Document filed by GMA Accessories, Inc.. (Sweeney, Andrew) (Entered: 06/19/2007) |
| 06/27/2007 | 38 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION for Entry of Default as to Jonathan Solnicki Pursuant to Rule 55(a). Document filed by GMA Accessories, Inc. (Attachments: # 1 Text of Proposed Order)(Sweeney, Andrew) Modified on 6/28/2007 (KA). (Entered: 06/27/2007) |
| 06/28/2007 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Andrew Thomas Sweeney to RE-FILE Document 38 MOTION for Entry of Default as to Jonathan Solnicki Pursuant to Rule 55(a). MOTION for Entry of Default as to Jonathan Solnicki Pursuant to Rule 55(a). Use the document type Request to Enter Default found under the document list Other Documents. (KA) (Entered: 06/28/2007) |
| 06/28/2007 | 39 | MOTION for Morgan R. Evans to Appear Pro Hac Vice. Document filed by Eminent, Inc.(db) (Entered: 07/03/2007) |

| | | |
|---|---|---|
| 06/28/2007 | 40 | MOTION for Marvin Bartel to Appear Pro Hac Vice. Document filed by Eminent, Inc.(db) (Entered: 07/03/2007) |
| 07/06/2007 | 41 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Andrew T. Sweeney dated 7/5/07 re: Counsel for plaintiff request permission pursuant to Rule 26(d) to commence discovery and ask that the Court rule that the word "parties" for purposes of its Initial Conference Order, means the plaintiff and defendants that are not in default. ENDORSEMENT: Defaulted defendants are not required to participate in preparation of the JPPTS, and defendants' obligations under the Initial Conference Order are not interdependant. The parties shall meet, confer and make their submissions in accordance with the Initial Conference Order and Rule 26(f). The Rule 26(f) conference shall be held promptly. Plaintiff's request for an order permitting discovery in advance of the conference is denied without prejudice. So Ordered. (Signed by Judge Laura Taylor Swain on 7/5/07) (js) (Entered: 07/09/2007) |
| 07/10/2007 | | CASHIERS OFFICE REMARK on 40 Motion to Appear Pro Hac Vice, 39 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 06/28/2007, Receipt Number 619503. (jd) (Entered: 07/10/2007) |
| 07/10/2007 | 42 | ORDER that plaintiff may make a motion for a default judgment; plaintiff's motion shall be accompanied by evidence, in admissible form of such facts as it would have proffered to meet its burden of proof on its direct case had a trial been held in this action; such motion for default judgment shall be served on dft Jonathan Solnicki and shall be accompanied by copies of the Clerk's Judgment as provided by the undersigned's Individual Practices Rules; said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the court; plaintiff shall serve a copy of this order on dft Jonathan Solnicki and file proof of such service within ten days from the date hereof; if the default judgment is granted, this matter will be referred to Magistrate Judge Debra Freeman for the determination of damages, if any. (Signed by Judge Laura Taylor Swain on 7/10/07) (dle) Modified on 7/17/2007 (Lewis, Diahan). (Entered: 07/11/2007) |
| 07/11/2007 | 43 | CERTIFICATE of Counsel by Andrew Thomas Sweeney on behalf of GMA Accessories, Inc.. Re: 41 Endorsed Letter,,,. *certifying that Memo Endorsed Order was served on July 6, 2007 and Rule 26(f) conference held on July 10, 2007* (Sweeney, Andrew) (Entered: 07/11/2007) |
| 07/20/2007 | 44 | AFFIDAVIT OF SERVICE of Order dated July 10 granting plaintiff permission to move for default judgment as to Jonathan Solnicki served on Jonathan Solnicki on July 20, 2007. Service was made by Mail. Document filed by GMA Accessories, Inc.. (Sweeney, Andrew) (Entered: 07/20/2007) |
| 07/20/2007 | 45 | MOTION for Default Judgment as to *Jonathan Solnicki on the issue of liability pursuant to Rule 55(b)(2)*. Document filed by GMA Accessories, Inc..Responses due by 8/6/2007(Sweeney, Andrew) (Entered: |

| | | |
|---|---|---|
| | | 07/20/2007) |
| 07/20/2007 | 46 | DECLARATION of Andrew T. Sweeney in Support re: 45 MOTION for Default Judgment as to *Jonathan Solnicki on the issue of liability pursuant to Rule 55(b)(2)*.. Document filed by GMA Accessories, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Text of Proposed Order Default Judgment as to Jonathan Solnicki)(Sweeney, Andrew) (Entered: 07/20/2007) |
| 07/23/2007 | 47 | AFFIDAVIT OF SERVICE of Notice of motion, Declarations in Support and Exhibits and Memorandum of Law served on Jonathan Solnicki on July 20, 2007. Service was made by Mail. Document filed by GMA Accessories, Inc.. (Sweeney, Andrew) (Entered: 07/23/2007) |
| 08/17/2007 | 48 | JOINT PRELIMINARY PRETRIAL STATEMENT. Document filed by GMA Accessories, Inc..(Sweeney, Andrew) (Entered: 08/17/2007) |
| 08/17/2007 | 49 | ENDORSED LETTER addressed to Judge Kimba M. Wood from Robert Camillo dated 8/2/2007 re: request that plt's deposition notice of Eminent be adjourned until after an 8/23/2007 conference that is scheduled before Judge Swain. ENDORSEMENT: Granted. GMA's Rule 30(b)(6) notice is adjourned until further notice of the Court.. (Signed by Judge Kimba M. Wood (Part 1) on 8/16/2007) Copies mailed by chambers. (jar) (Entered: 08/20/2007) |
| 08/20/2007 | 50 | CERTIFICATE OF SERVICE. Document filed by Bop, LLC. (Wang, Jeffrey) (Entered: 08/20/2007) |
| 08/21/2007 | 51 | CONSENT PROTECTIVE ORDER regarding procedures to be followed that shall govern the handling of confidential material. So Ordered (Signed by Judge Laura Taylor Swain on 8/20/2007) (jmi) (Entered: 08/22/2007) |
| 08/21/2007 | 52 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Jeffery Wang dated August 17, 2007 re: In the alternative, Bop requests that the deposition be adjourned sine die pending discussion of the issue at the schedule conference with Your Honor on Thursday, August 23. ENDORSEMENT: granted. The deposition notice is adjourned pending further order of the Court. The discovery dispute will be discussed at the conference on 8/23/07. (Signed by Judge Laura Taylor Swain on 8/20/2007) (jmi) (Entered: 08/22/2007) |
| 08/22/2007 | 53 | NOTICE OF APPEARANCE by John Peter Bostany on behalf of GMA Accessories, Inc. (Bostany, John) (Entered: 08/22/2007) |
| 08/22/2007 | 54 | ORDER granting 39 Motion for Morgan R. Evans to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 8/20/2007) (jmi) (Entered: 08/23/2007) |
| 08/22/2007 | 55 | ORDER granting 40 Motion for Marvin Bartel to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 8/20/2007) (jmi) (Entered: 08/23/2007) |
| | | |

| | | |
|---|---|---|
| 08/22/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 55 Order on Motion to Appear Pro Hac Vice, 54 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (jmi) (Entered: 08/23/2007) |
| 08/24/2007 | 56 | NOTICE OF APPEARANCE by Marvin Ivan Bartel on behalf of Eminent, Inc. (Bartel, Marvin) (Entered: 08/24/2007) |
| 08/24/2007 | 57 | NOTICE OF APPEARANCE by Morgan R. Evans on behalf of Eminent, Inc. (Evans, Morgan) (Entered: 08/24/2007) |
| 08/24/2007 | 58 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispostive pretrial motions, and settlement). Referred to Magistrate Judge Debra C. Freeman. (Signed by Judge Laura Taylor Swain on 8/23/2007) (jmi) (Entered: 08/27/2007) |
| 08/24/2007 | 59 | PERTRIAL SCHEDULING ORDER:Amended Pleadings due by 9/30/2007.,Joinder of Parties due by 9/30/2007.,Motions due by 6/27/2008.,Discovery due by 1/15/2008., Final Pretrial Conference set for 8/15/2008 at 10:30 AM before Judge Laura Taylor Swain in Courtroom 17C. IT IS SO ORDERED. (Signed by Judge Laura Taylor Swain on 8/23/2007) Copies given to counsel at conference (jmi) Modified on 8/29/2007 (Miles, Janeen). (Entered: 08/27/2007) |
| 08/28/2007 | 60 | NOTICE OF APPEARANCE by Marvin Ivan Bartel on behalf of Eminent, Inc. (Bartel, Marvin) (Entered: 08/28/2007) |
| 08/29/2007 | 61 | MEMORANDUM ORDER GRANTING DEFAULT JUDGMENT MOTIONS AND INJUNCTION: Having considered the uncontroverted factual record and the relevant law, the Court finds that plaintiff has proffered sufficient evidence to prevail on the merits of its trademark infringement claim and is entitled to the entry of a permanent injunction against dfts. Dfts Girlshop, Showroom 7 and Solnicki, their owners, agents, employees and all those acting in concert or active participation with them who receive actual notice of this Order by personal service or otherwise are hereby permanently enjoined from using the word mark Charlotte or any marks similar to or substantially indistinguishable therefrom, including the mark Charlotte Solnicki in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of unauthorized clothing and related merchandise. The issue of damages will be considered by the Court in the context of the resolution of the damages claims against the other dfts insofar as the damages claims against the other dfts relate to the same sales and merchandising activities.(Signed by Judge Laura Taylor Swain on 8/29/07) (dle) (Entered: 08/30/2007) |
| 09/05/2007 | 62 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Robert Carrillo & Jeffrey Wang dated 9/4/07 re: counsel for defendant Eminent Inc. along with counsel for defendant Bop LLC request that the Court's 8/29/07 memorandum Order Granting Default Judgment Motions |

| | | |
|---|---|---|
| | | and Injunction be modified and clarified. ENDORSEMENT: Counsel's attnetion is directed to Rule 1A of the Individual Practices and Rules of the undersigned. If the parties concerned are unable to devise a stipulation addressing the foregoing issue in a manner satisfactory to all, they shall propose a schedule for further submissions. (Signed by Judge Laura Taylor Swain on 9/4/07) Copies Faxed to counsel for defendant Dr. Eminent and Bop.(db) (Entered: 09/05/2007) |
| 09/06/2007 | 63 | CERTIFICATE OF SERVICE of Memo-endorsed Order served on The Bostany Law Firm, Garvey Schubert Barer, Bartel & Evens on September 5, 2007. Service was made by Facsimile. Document filed by Bop, LLC. (Wang, Jeffrey) (Entered: 09/06/2007) |
| 09/06/2007 | 64 | AFFIDAVIT OF SERVICE of Order served on Showroom Seven Studios, Inc. on August 30, 2007. Service was accepted by a Female secretary, approx. 35-40 yrs old and 5'8" tall. Document filed by GMA Accessories, Inc.. (Sweeney, Andrew) (Entered: 09/06/2007) |
| 09/17/2007 | 65 | AFFIDAVIT OF SERVICE of Order and Injunction prohibiting use of word mark CHARLOTTE or any marks substantially similar to or substantially indistinguishable therefrom. served on Showroom Seven Studios, Inc. on August 30, 2007. Document filed by GMA Accessories, Inc.. (Attachments: # 1 Exhibit Notice of Entry of Order and Injunction# 2 Exhibit Order and Injunction dated Aug. 29)(Sweeney, Andrew) (Entered: 09/17/2007) |
| 09/17/2007 | 66 | NOTICE of Acceptance with Offer of Judgment *as to BOP, LLC only*. Document filed by GMA Accessories, Inc.. (Attachments: # 1 Exhibit Offer of Judgment# 2 Affidavit of Service)(Sweeney, Andrew) (Entered: 09/17/2007) |
| 09/18/2007 | 67 | NOTICE of Acceptance with Offer of Judgment *as to BOP, LLC (amended)*. Document filed by GMA Accessories, Inc.. (Attachments: # 1 Exhibit Offer of judgment# 2 Affidavit of Service)(Sweeney, Andrew) (Entered: 09/18/2007) |
| 09/19/2007 | 68 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Jeffrey Wang dated 9/19/07 re: Bop requests that the Court not enter judgment pending resolution of this dispute, and that Court schedule a pre-motion conference at the Court's earliest convenience to consider Bop's request for permission to move for an order withdrawing or vacating the offer of judgment on the docket. ENDORSEMENT: The parties (i.e. Plaintiff and BOP) shall promptly meet with Judge Freeman to seek to resolve their differences as to the scope of the injunction and, failing that, to devise a schedule for briefing on the Motion to Withdraw the Rule 68 offer. (Signed by Judge Laura Taylor Swain on 9/19/07) (tro) (Entered: 09/19/2007) |
| 09/19/2007 | 69 | CERTIFICATE OF SERVICE of Memo-Endorsed Order served on the Bostany Law Firm, Garvey Schubert Barer, and Bartel & Evans on 9/19/07. Service was made by facsimile. Document filed by Bop, LLC. (Wang, Jeffrey) (Entered: 09/19/2007) |

| | | |
|---|---|---|
| 09/20/2007 | 70 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Andrew T. Sweeney dated 9/19/07 re: Counsel for plaintiff request that your Honor preside over any conference on this issue that your Honor requires in advance of the motion. ENDORSEMENT: The request that the undersigned conduct the conference is denied. (Signed by Judge Laura Taylor Swain on 9/20/07) (tro) (Entered: 09/20/2007) |
| 09/26/2007 | 71 | SECOND AMENDED COMPLAINT amending 9 Amended Complaint, against Saks Fifth Avenue, Inc., Intermix, Inc., Wink NYC, Inc., Lisa Kline, Inc., Jonathan Singer, Lewis Tierney, Girlshop, Inc., Showroom Seven Studios, Inc., Jonathan Solnicki, Eminent, Inc. Document filed by GMA Accessories, Inc. Related document: 9 Amended Complaint, filed by GMA Accessories, Inc. (jco) Additional attachment(s) added on 10/5/2007 (Correa, Julie). (Entered: 10/03/2007) |
| 09/26/2007 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Andrew T. Sweeney for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 71 Amended Complaint, to: case_openings@nysd.uscourts.gov. (jco) (Entered: 10/03/2007) |
| 10/09/2007 | 72 | STIPULATION AND ORDER: plaintiff may amend its first amended complaint to add the following parties as defendants: CoCo & Delilah; Intermix; Lisa Kline, Inc.; Saks Fifth Avenue, Inc.; Singer 22 and Wink NYC Inc. with allegations against them no different than those presently alleged against defendant Eminent, Inc. (Signed by Judge Laura Taylor Swain on 10/5/07) (kco) (Entered: 10/09/2007) |
| 10/11/2007 | 73 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. Intermix, Inc. served on 10/4/2007, answer due 10/24/2007. Service was accepted by Secretary of State of NY. Document filed by GMA Accessories, Inc.. (Bostany, John) (Entered: 10/11/2007) |
| 10/12/2007 | 74 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. Saks Fifth Avenue, Inc. served on 10/4/2007, answer due 10/24/2007. Service was accepted by Secretary of State of NY. Document filed by GMA Accessories, Inc.. (Bostany, John) (Entered: 10/12/2007) |
| 10/12/2007 | 75 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. Jonathan Singer served on 10/10/2007, answer due 10/30/2007. Service was accepted by Maytal Ohason, Manager. Document filed by GMA Accessories, Inc.. (Bostany, John) (Entered: 10/12/2007) |
| 10/12/2007 | 76 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. Lewis Tierney served on 10/10/2007, answer due 10/30/2007. Service was accepted by Manager of Coco-Delilah. Document filed by GMA Accessories, Inc.. (Bostany, John) (Entered: 10/12/2007) |

| 10/12/2007 | 77 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. Wink NYC, Inc. served on 10/4/2007, answer due 10/24/2007. Service was accepted by Secretary of State of NY. Document filed by GMA Accessories, Inc.. (Bostany, John) (Entered: 10/12/2007) |
|---|---|---|

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 10/18/2007 13:27:05 ||||
| PACER Login: | fk0006 | Client Code: | 648.001 |
| Description: | Docket Report | Search Criteria: | 1:07-cv-03219-LTS-DCF |
| Billable Pages: | 8 | Cost: | 0.64 |