# Exhibit H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GMA ACCESSORIES, INC.,

                        Plaintiff,         07 Civ. 3219 (LTS) (DCF)
                                             **ECF Case**

      - against -

BOP, LLC, GIRLSHOP, INC.,                         **OFFER OF JUDGMENT**
SHOWROOM SEVEN STUDIOS, INC.,            **PURSUANT TO FEDERAL RULE**
JONATHAN SOLNICKI,                                 **OF CIVIL PROCEDURE 68**
BELMONDO and EMINENT, INC.

                        Defendants.
------------------------------------------------------------------x

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Bop, LLC ("Bop"), by its attorneys, hereby makes an offer of judgment in the above-captioned action as follows:

       1.     Judgment shall be entered in favor of plaintiff and against Bop in the amount of fifteen thousand dollars ($15,000), inclusive of costs accrued to the date of this offer and exclusive of attorneys' fees, if any, awarded by the Court.

       2.     An injunction shall be entered permanently enjoining Bop from using the mark CHARLOTTE or any marks similar to or substantially indistinguishable therefrom, including the mark CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of unauthorized clothing or related merchandise.

       This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission that Bop is liable in this action or that plaintiff has suffered any injury.

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, this offer may be accepted by written notice served on or before September 21, 2007, after which this offer shall be deemed rejected.

507990.1

Dated: New York, New York
September 7, 2007

        FRIEDMAN KAPLAN SEILER &
        ADELMAN LLP

        _____
        Robert D. Kaplan
        Jeffrey R. Wang
        1633 Broadway
        New York, New York 10019-6708
        (212) 833-1100

        *Attorneys for Defendant Bop, LLC*

TO: Adrienne Raps, Esq.
     THE BOSTANY LAW FIRM
     40 Wall Street, 61st Floor
     New York, New York 10005-1304
     (212) 531-4400

     *Attorneys for plaintiff*

507990.1          2