# Exhibit J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
GMA ACCESSORIES, INC.

        Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

        Defendants.
-------------------------------------------------X

**AMENDED ACCEPTANCE OF
OFFER OF JUDGMENT
as to BOP, LLC**

Civil Action No.: 07CV3219 (LTS)

Pursuant to F.R.C.P. 68, Plaintiff GMA ACCESSORIES, INC., by its attorneys, THE BOSTANY LAW FIRM, hereby accepts the defendant BOP LLC's attached offer of judgment.

Dated: New York, New York
      September 18, 2007

                              THE BOSTANY LAW FIRM
                              By: _____
                                 Andrew T. Sweeney (AS 0724)
                                 Attorneys for Plaintiff
                                 40 Wall Street, 61st Floor
                                 New York, New York 10005
                                 (212) 530-4400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GMA ACCESSORIES, INC.,

                               Plaintiff,

          - against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                               Defendants.
------------------------------------------------------------x

07 Civ. 3219 (LTS) (DCF)
**ECF Case**

**OFFER OF JUDGMENT
PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 68**

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Bop, LLC ("Bop"), by its attorneys, hereby makes an offer of judgment in the above-captioned action as follows:

        1.     Judgment shall be entered in favor of plaintiff and against Bop in the amount of fifteen thousand dollars ($15,000), inclusive of costs accrued to the date of this offer and exclusive of attorneys' fees, if any, awarded by the Court.

        2.     An injunction shall be entered permanently enjoining Bop from using the mark CHARLOTTE or any marks similar to or substantially indistinguishable therefrom, including the mark CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of unauthorized clothing or related merchandise.

        This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission that Bop is liable in this action or that plaintiff has suffered any injury.

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, this offer may be accepted by written notice served on or before September 21, 2007, after which this offer shall be deemed rejected.

507990.1

Dated: New York, New York
September 7, 2007

          FRIEDMAN KAPLAN SEILER &
          ADELMAN LLP

          _____
          Robert D. Kaplan
          Jeffrey R. Wang
          1633 Broadway
          New York, New York 10019-6708
          (212) 833-1100

          *Attorneys for Defendant Bop, LLC*

TO:  Adrienne Raps, Esq.
    THE BOSTANY LAW FIRM
    40 Wall Street, 61st Floor
    New York, New York 10005-1304
    (212) 531-4400

    *Attorneys for plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,                      **AFFIRMATION OF SERVICE**

                                                          Civil Action No.: 07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
------------------------------------------------------X

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

        Andrew T. Sweeney, an attorney duly licensed to practice in the state of New York, hereby affirms under penalty of perjury: deponent is not a party to the action, is over 18 years of age and works at 40 Wall Street, New York, New York 10005. On September 18, 2007, deponent served the within AMENDED ACCEPTANCE OF OFFER OF JUDGMENT as to BOP, LLC dated September 18, 2007 upon:

| Attorney(s) | Address | Party |
|---|---|---|
| Jeffrey R. Wang, Esq. Friedman Kaplan Seiler & Adelman LLP | 1633 Broadway New York, NY 10019-6708 | BOP, LLC |
| Robert Carrillo, Esq. Garvey Schubert Barer | 100 Wall Street 20th Floor New York, NY 10005 | Eminent, Inc. |

the said address(es) for that purpose by depositing the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                       Andrew T. Sweeney