# EXHIBIT L

# THE BOSTANY LAW FIRM

40 WALL STREET
61ST FLOOR
NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

**NEW JERSEY OFFICE**

ONE GATEWAY CENTER
NEWARK, NJ 07102

September 28, 2007

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *GMA v. BOP, LLC, et. al*
             Docket No.: 07 CV 3219 (LTS)

Your Honor:

      Pursuant to your Honor's Order, the parties conferred with Judge Freeman on September 20 regarding BOP's expressed intention to file a motion to vacate offer of judgment accepted by plaintiff on September 18. Another conference is scheduled for October 2.

      Although the judgment is effectively in force as of the date of the plaintiff's acceptance, *see e.g. Kapoor v. Rosenthal*, 269 F.Supp.2d 408, 412 (S.D.N.Y 2003), we respectfully ask that for purposes of completeness, that the judgment be entered by the Court. See Rule 68 (the court "shall enter judgment" after the offer is accepted).

      Whether or not BOP files a motion to vacate and whether or not the motion is successful is of course a separate matter and is not impacted by this procedural step.

      A copy of the form judgment which mirrors BOP's offer is respectfully attached. I appreciate the Court's consideration.

Respectfully,

Andrew T. Sweeney

Enclosure
cc: Jeffrey R. Wang, Esq. (via fax with enclosure)
    Robert Carillo, Esq. (via fax with enclosure)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
GMA ACCESSORIES, INC.

               Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

               Defendants.
-------------------------------------------------X

**ORDER and JUDGMENT
AS TO BOP, LLC**

Civil Action No.: 07CV3219 (LTS)

WHEREAS, plaintiff has accepted the offer of Judgment pursuant to Rule 68 as to BOP, LLC, (hereinafter "BOP") and for good cause shown,

IT IS hereby ORDERED, ADJUDGED and DECREED that a $15,000 judgment be entered in favor of the plaintiff GMA Accessories, Inc. and against defendant BOP, LLC and that BOP, its owners, agents, employees and all those acting in concert or active participation with them are hereby permanently enjoined from the use of the word mark CHARLOTTE or any marks similar to or substantially indistinguishable therefrom, including the mark CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of unauthorized clothing or related merchandise. The Clerk is directed to enter Judgment as to BOP accordingly, there being no just reason for delay.

Dated: New York, New York
       September ___, 2007

                                            SO ORDERED: _____
                                                       Hon. Laura Taylor Swain
                                                       United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GMA ACCESSORIES, INC.

        Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

        Defendants.
-----------------------------------------------------------X

**AMENDED ACCEPTANCE OF OFFER OF JUDGMENT**
**as to BOP, LLC**

Civil Action No.: 07CV3219 (LTS)

    Pursuant to F.R.C.P. 68, Plaintiff GMA ACCESSORIES, INC., by its attorneys, THE BOSTANY LAW FIRM, hereby accepts the defendant BOP LLC's attached offer of judgment.

Dated: New York, New York
       September 18, 2007

                         THE BOSTANY LAW FIRM
                         By: _____
                              Andrew T. Sweeney (AS 0724)
                              Attorneys for Plaintiff
                              40 Wall Street, 61st Floor
                              New York, New York 10005
                              (212) 530-4400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GMA ACCESSORIES, INC.,

                    Plaintiff,

    - against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                    Defendants.
------------------------------------------------------------x

07 Civ. 3219 (LTS) (DCF)
**ECF Case**

**OFFER OF JUDGMENT
PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 68**

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Bop, LLC ("Bop"), by its attorneys, hereby makes an offer of judgment in the above-captioned action as follows:

        1.    Judgment shall be entered in favor of plaintiff and against Bop in the amount of fifteen thousand dollars ($15,000), inclusive of costs accrued to the date of this offer and exclusive of attorneys' fees, if any, awarded by the Court.

        2.    An injunction shall be entered permanently enjoining Bop from using the mark CHARLOTTE or any marks similar to or substantially indistinguishable therefrom, including the mark CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of unauthorized clothing or related merchandise.

        This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission that Bop is liable in this action or that plaintiff has suffered any injury.

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, this offer may be accepted by written notice served on or before September 21, 2007, after which this offer shall be deemed rejected.

507990.1

Dated: New York, New York
       September 7, 2007

                                        FRIEDMAN KAPLAN SEILER &
                                        ADELMAN LLP

                                        Robert D. Kaplan
                                        Jeffrey R. Wang
                                        1633 Broadway
                                        New York, New York 10019-6708
                                        (212) 833-1100

                                        *Attorneys for Defendant Bop, LLC*

TO:   Adrienne Raps, Esq.
       THE BOSTANY LAW FIRM
       40 Wall Street, 61st Floor
       New York, New York 10005-1304
       (212) 531-4400

       *Attorneys for plaintiff*

507990.1                    2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GMA ACCESSORIES, INC.

                Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
----------------------------------------------------------X

**AFFIRMATION OF SERVICE**

Civil Action No.: 07CV3219 (LTS)

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

        Andrew T. Sweeney, an attorney duly licensed to practice in the state of New York, hereby affirms under penalty of perjury: deponent is not a party to the action, is over 18 years of age and works at 40 Wall Street, New York, New York 10005. On September 18, 2007, deponent served the within AMENDED ACCEPTANCE OF OFFER OF JUDGMENT as to BOP, LLC dated September 18, 2007 upon:

| Attorney(s) | Address | Party |
|---|---|---|
| Jeffrey R. Wang, Esq.<br>Friedman Kaplan Seiler &<br>Adelman LLP | 1633 Broadway<br>New York, NY 10019-6708 | BOP, LLC |
| Robert Carrillo, Esq.<br>Garvey Schubert Barer | 100 Wall Street<br>20th Floor<br>New York, NY 10005 | Eminent, Inc. |

the said address(es) for that purpose by depositing the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                   Andrew T. Sweeney