| | | |
|---|---|---|
| *Attorney of Party with out Attorney:*<br>Andrew T. Sweeney 0724<br>The Bostonany Law Firm   801-328-1707<br>40 Wall Street 51st Street<br>New York New York 10005 | *Telephone No.:*<br>801-553-9800 | *For Court Use Only :* |

*Attorney for (Name):* GMA Accessories, Inc.

*Insert name of court, and judicial district and branch court if any:*
United States District Court - Southern District New York

SHORT TITLE OF CASE:
GMA Accessories, Inc. V. Eminent Inc. Saks Fifth Avenue, Inc. Intermix Inc., Wink NYC Inc., Lisa Kline Inc., Jonathan Singer, Lewis Tierney

| PROOF OF SERVICE<br>(Summons in a civil case) | HEARING DATE | TIME: | CASE NUMBER:<br>~~2:07-CV-00740-DB~~<br>07 CV 3219 (LTS) |
|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the: Summons Second Amended Complaint, Memorandum Order Granting Default Judgment Motions and Injunction

2. A. Party Served:        Lisa Kline Inc.,
   B. Person Served:       Lisa Kline Agent Agent for service of process
   C. Address:             7207 Melrose Avenue
                           Los Angeles CA 90046

3. Manner served in compliance of with
   A. California Code of civil Procedure

4. I served the party named in item 2
   A.   By personally delivering the copies
        (1) On: October 10, 2007
        (2) At: 2:15 PM

5. Person serving:                              Recoverable Costs Per CCP 1033.5(a)(4)(b)
   Jeff Levine                                  a. Fee for service: $95.00
   Ace Process Service                          d. Registered
   5981 W. 76th Street                             California process server
   Los Angeles, Ca 90045                           (2) Registration No.: 2655
   310/641-8864                                    (3) County: Los Angeles

6. **I declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 11, 2007

_____
(Signature)