Ira S. Sacks
Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100
*Attorneys for Defendant/Counterclaim*
*Plaintiff Saks Fifth Avenue, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

GMA ACCESSORIES, INC.,

        Plaintiff,

    -against-

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP. INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

        Defendants.
_____x

SAKS FIFTH AVENUE, INC.,

        Counterclaim Plaintiff,

    -against-

GMA ACCESSORIES, INC.,

        Counterclaim Defendant.
_____x

Civil Action No.:
07 CV 3219 (LTS)

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for Defendant/Counterclaim Plaintiff Saks Fifth Avenue, Inc. ("SAKS") certifies that it

is a wholly owned subsidiary of Saks Incorporated, a publicly held corporation incorporated in

Tennessee.

Dated: New York, New York
      October 24, 2007　　　　　　　　　　DREIER LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Ira S. Sacks
　　　　　　　　　　　　　　　　　　　　　　　Ira S. Sacks
　　　　　　　　　　　　　　　　　　　　　　　Robert J. Grand
　　　　　　　　　　　　　499 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　(212) 328-6100
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for*
　　　　　　　　　　　　　　　　　　　　　　　*Defendant/Counterclaim*
　　　　　　　　　　　　　　　　　　　　　　　*Plaintiff Saks Fifth Avenue, Inc.*