Ira S. Sacks
Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100
*Attorneys for Defendant/Counterclaim*
*Plaintiff Intermix, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

GMA ACCESSORIES, INC.

     Plaintiff,

   -against-

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP. INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

     Defendants.
_____x

INTERMIX, INC.,

     Counterclaim Plaintiff,

   -against-

GMA ACCESSORIES, INC.,

     Counterclaim Defendant.
_____x

Civil Action No.:
07 CV 3219 (LTS)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate

Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for

Defendant/Counterclaim Plaintiff Intermix, Inc. (a private non-governmental party) certifies that it has no parents, subsidiaries or affiliates which are publicly held.

Dated: New York, New York
October 24, 2007

DREIER LLP

By: /s/ Ira S. Sacks
Ira S. Sacks
Robert J. Grand
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for
Defendant/Counterclaim
Plaintiff Intermix, Inc.*