Ira S. Sacks
Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Charlotte B LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

GMA ACCESSORIES, INC.,,

                    Plaintiffs,

           -against-

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,  LISA KLINE,
INC., GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., JONATHAN SINGER, LEWIS
TIERNEY and JONATHAN SOLNICKI,

                    Defendant.

------------------------------------------------------------------- x

07 CV 3219 (LTS)

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE THAT upon the accompanying Declaration of Melina Solnicki and the exhibits attached thereto, the accompanying Memorandum of Law, and the pleadings and all prior proceedings had herein, the undersigned will move this Court before the Honorable Laura T. Swain, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court directs, for an Order, pursuant to

Rule 24 of the Federal Rules of Civil Procedure granting Charlotte B LLC's motion to intervene and for such other relief as the Court deems just and proper.

Dated: New York, New York
    October 24, 2007

                                          DREIER LLP

                              By: /s/ Ira S. Sacks
                                  Ira S. Sacks
                                  Robert J. Grand
                                  499 Park Avenue
                                  New York, New York 10022
                                  (212) 328-6100

                                  *Attorneys for Charlotte B LLC*