# Exhibit B

Ira S. Sacks
Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100
*Attorneys for Intervening Defendant/Counterclaim Plaintiff Charlotte B, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――x
GMA ACCESSORIES, INC.

    Plaintiff,

  -against-

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP. INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI and CHARLOTTE
B, LLC,

    Defendants.
―――――――――――――――――――――――x
CHARLOTTE B, LLC,

    Counterclaim Plaintiff,

  -against-

GMA ACCESSORIES, INC.,

    Counterclaim Defendant.
―――――――――――――――――――――――x

Civil Action No.
07 CV 3219 (LTS)

**PROPOSED RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for

Intervening Defendant/Counterclaim Plaintiff Charlotte B, LLC (a private non-governmental party) certifies that it has no parents, subsidiaries or affiliates which are publicly held.

Dated: New York, New York
      October 24, 2007

DREIER LLP

By: _____
Ira S. Sacks
Robert J. Grand
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Intervening Defendant/Counterclaim Plaintiff Charlotte B, LLC*