Ira S. Sacks
Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Defendant Jonathan Solnicki*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

|  |  |
|---|---|
| GMA ACCESSORIES, INC., | Civil Action No. |
| Plaintiff, | |
|  | 07 CV 3219 (LTS) |
| -against- | |
|  | |
| EMINENT, INC., SAKS FIFTH AVENUE, INC., INTERMIX, INC., WINK NYC, INC., LISA KLINE, INC., GIRLSHOP, INC., SHOWROOM SEVEN STUDIOS, INC., JONATHAN SINGER, LEWIS TIERNEY and JONATHAN SOLNICKI, | **NOTICE OF MOTION** |
|  | |
| Defendants. | |

-------------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT upon the accompanying Declarations of Jonathan Solnicki, Melina Solnicki and Mary Grieco, Esq., the exhibits annexed thereto, the accompanying Memorandum of Law, and the pleadings and all prior proceedings had herein, the undersigned will move this Court before the Honorable Laura T. Swain, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court directs, for an Order, pursuant to Rules 55(c) and 60(b) of the Federal Rules of Civil Procedure (i) granting Jonathan Solnicki's motion to vacate the Order of default judgment and permanent injunction entered in this case on August 29, 2007, (ii) permitting Jonathan Solnicki

to file a Rule 7.1 Statement and Answer and Counterclaims, and (iii) for such other relief as the

Court deems just and proper.

Dated: New York, New York
       October 25, 2007

                                       DREIER LLP

                           By: /s/ Ira S. Sacks
                              Ira S. Sacks
                              Robert J. Grand
                              499 Park Avenue
                              New York, New York 10022
                              (212) 328-6100

                              *Attorneys for Defendant*
                              *Jonathan Solnicki*