# Exhibit 1-a





[pt actualidad]

## DISEÑADORAS
### ARGENTINA *FOR EXPORT*

Empiezan a pisar fuerte en pasarelas del exterior, se colocan a la par de importantes marcas extranjeras y venden –venden mucho– posicionando una "marca Argentina" que, paso a paso, va copando las vidrieras de Europa y Estados Unidos. En esta nota, la proyeccion internacional de cuatro marcas – Trosman, Charlotte Solnicki, Cora Groppo y Sibilia– que por estos dias dieron una vuelta por el Primer Mundo del mercado fashion

[ ............... Dolores Esposito ........... Claudio Martínez/Mariana Ruddock/Gustavo Sancricca ]




**CHARLOTTE SOLNICKI**

Su primer impacto en las grandes tiendas de NY fue 100% cuero. Hoy su hit es una linea de playa. Entre sus clientas están J.Lo, Cate Blanchett y Winona Ryder



**TROSMAN**

Participó del Fashion Week de Paris, entre los diseñadores de vanguardia. Abre mercados sin parar y las editoriales más prestigiosas del mundo de la moda le auguran una inmensa proyección





# Pasarela al exterior

ANTICIPO COLECCIONES





JESICA TROSMAN







# B R O W N B A B I E $



FRIDAY, MARCH 30, 2007

## Goodbye LA Fashion Week

Here are a few pic's from my top designers representing Los Angeles. Unfortunately our fashion week ain't insane as New York, Milan, Paris, and London. But Los Angeles definitely contributes to a major part of the fashion industry. Such as the leading resort wear and casual apparel in the entire market. We carry hundreds of manufacturing centers in the heart of the LA garment district. Thats why I love this city, you can always get cheap fabric and manufacture products at a great price. LA will forever live and breathe for fashion.

Amazing looks for fall
-Inverted Pleats
- Bold graphic prints
- Lovely Lace
- Sequined cocktail dresses
- Mod looks
- Rocker chic... excluding (Ed Hardy)...Not our taste what so EVER.

A sophisticated palette of black and ivory started off the Charlotte Solnicki runway show on March 22 at Mercedes-Benz Fashion Week at Smashbox Studios.



B R O W N B A B I E $

# The Beautiful Truth

Beautiful News You Can Use

**Home    Directory**

Filipino Vets in U.S. Miss Families                Expert: Palestinian occupation is like apartheid

**Mar 24**  LA Fashion Week Models Surprise Argentine Designer With Birthday Cake After her Monday Show Was Postponed due to the ...

Fashion and Beauty                                                    Add comments

Argentine designer Melina Solnicki debuted her Charlotte Solnicki Fall/Winter 2007 Collection on her birthday, Thursday, March 22, 2007 at 3:00PM in the Lightbox during Mercedes Benz Fashion Week at Smashbox Studios.

Comments are closed.

WP Theme & Icons by N.Design Studio

[pt actualidad]

## DISEÑADORAS ARGENTINA *FOR EXPORT*

Empiezan a pisar fuerte en pasarelas del exterior, se colocan a la par de importantes marcas extranjeras y venden –venden mucho–, posicionando una "marca Argentina" que, paso a paso, va copando las vidrieras de Europa y Estados Unidos. En esta nota, la proyección internacional de cuatro marcas –*Trosman, Charlotte Solnicki, Cora Groppo y Sibilia*– que por estos días dieron una vuelta por el Primer Mundo del mercado *fashion*.

[ Texto Dolores Espósito Fotos Claudia Martinez/Mariana Ruddock/Gustavo Sancricca ]

# Pasarela al al exte







## CHARLOTTE SOLNICKI

Su primer impacto en las grandes tiendas de NY fue 100 % cuero. Hoy su hit es una línea de playa. Entre sus clientas están JLo. Cate Blanchett y Winona Ryder



# WWD MONDAY

## MONDAY, MARCH 26, 2007



Thrive | Charlotte Solnicki | Monarchy Collection | Grail | Samora | Oligo Tissew

# more from the shows...

**Thrive:** Creative director Diane Moss-Martin went cool and avant-garde for fall, playing with pleats and leaving edges raw on simple dresses and separates.

**Charlotte Solnicki:** Yea to Melina and Jessica Solnicki's flirty frocks and coats, antique lace minidresses and velvet capes, but nay to the silly silk jersey rompers.

**Monarchy Collection:** Eric Kim's mix of utilitarian basics with preppy pieces, including dirty denim, collegiate knits and washed leather jackets with military flourishes, looked strong, but his Army-uniform pencil skirts should have been left back in the barracks.

**Grail:** Adorned with subtle skull-and-rose tattoo art, Peter Ross' fleece hoodies, glen plaid motorcycle jackets and minis oozed casual So-Cal style.

**Oligo Tissew:** While his waxed or painted denim and cozy, deconstructed knits looked great, Kristopher Enuke forgot that final edit, bogging down his show with tiresome repetition.

**Samora:** Samora Olayan worked men's wear fabrics into body-skimming frocks and full-sleeved blouses to feminine, if routine, effect.

**Christian Audigier:** Striking a Caesars Palace vibe, Christian Audigier went overboard with metallic leather jackets and tacky printed silk scarf dresses.

# WWD WEDNESDAY

MARCH 14, 2007

## L.A. Fashion Week Calendar

**Wednesday, March 14**
**8 p.m.:** Bebe Sport and Eva Longoria party, Skybar at Mondrian Hotel, 8440 Sunset Boulevard

**Thursday, March 15**
**6 p.m.:** Lauren Alexander, Kitten Magazine Fashion Week, The Standard Downtown, 550 South Flower Street
**7 p.m.:** Pudel, Kitten: The Standard Downtown
**7 p.m.:** GQ, AG preview with "Entourage" cast, AG Boutique, 107 South Robertson Boulevard
**7:30 p.m.:** Corey Lynn Calter presentation, Marvimon House, 1411 North Broadway
**8 p.m.:** Ziji, Kitten: The Standard Downtown
**9 p.m.:** Kevin Johnn, Kitten: The Standard Downtown

**Friday, March 16**
**6 p.m.:** Krel, Kitten: The Standard Downtown
**7 p.m.:** Gen Art New Garde featuring Mintee, Alms and Hazel Brown Ivar Studio, 1535 Ivar Avenue
**8 p.m.:** BOXeight Fashion Show featuring Kristen Coates, Kit Pistol, Eddie DeBarr, Clare La Faye, Adele Mildred, Goddollars and Passo, Los Angeles Theater, 615 South Broadway
**7 p.m.:** Copenhagen Kasbah, Kitten: The Standard Downtown
**8 p.m.:** Mike Vensel, Kitten: The Standard Downtown
**9 p.m.:** Jared Gold, BOXeight Fashion Week, Los Angeles Theater
**9 p.m.:** Suh-Tahn, Kitten: The Standard Downtown

**Saturday, March 17**
**4 p.m.:** Tatiana Yekmova, Kitten: The Standard Downtown
**5 p.m.:** Octavio Carlin, Kitten: The Standard Downtown
**6 p.m.:** Lorun, Kitten: The Standard Downtown
**7 p.m.:** The Battalion, Kitten: The Standard Downtown
**8 p.m.:** Kushcush, Kitten: The Standard Downtown
**9 p.m.:** Eduardo Lucero, BOXeight Fashion Week, Los Angeles Theater

**Sunday, March 18**
**3 p.m.:** Juan Carlos Obando, Mercedes-Benz Fashion Week at Smashbox Studios: The Lightbox
**4 p.m.:** Sue Wong, Smashbox: The Main Tent
**6 p.m.:** Voom by Joy, Smashbox: Stage One
**7 p.m.:** Dina Bar, Smashbox: The Lightbox
**8 p.m.:** Collection Bebe, Smashbox: The Main Tent

**Monday, March 19**
**1-8 p.m. (through Thursday):** Mercedes-Benz Fashion Week at Smashbox Studios Design Suites
**2 p.m.:** Charlotte Solnicki, Smashbox: Stage One
**4 p.m.:** Ed Hardy, Smashbox: The Main Tent
**6 p.m.:** Tart, Smashbox: Stage One
**7 p.m.:** Joseph Domingo, Smashbox: The Lightbox
**8 p.m.:** Imitation of Christ, Smashbox: Softbox

# WWD WEDNESDAY

WEDNESDAY, MARCH 14, 2007

# West Side Stories

**Strong women, from Harriet Quimby to Victoria Beckham and the Queen of Hearts have inspired some of L.A.'s most intriguing fall collections.**

"We were inspired by the glitz and glamour of Studio 54 in the Seventies: girls in furs and metallic party dresses, but always with an Argentine twist."

— **Melina and Jessica Solnicki, Charlotte Solnicki**



# d-mode

December 2006

www.d-mode.com

## MELINA SOLNIKI, DE CHARLOTTE SOLNIKI

¿Cuál es tu placer culposo?
Estar de holidays.

¿Qué le pediste a Papá Noel?
Ke venga disfrazado por la ventana.

¿Cuál fue tu logro en el 2006?
Ke la gente empieza a conocer Charlotte.

¿Cuál es tu deuda pendiente?
Babys n' bellst

¿Cuál fue tu buena acción del año?
Ser una buena persona.

¿Y cuál fue tu travesura?
Oh, that's a big secret!

Describí el peor corte de pelo que hayas tenido.
Desde los 16 años me corto el pelo yo misma, por los desastres ke me hacían. Siempre me dejaban el pelo corto. En ese momento lo usaba muy largo y lacio.

¿Cómo es el traje de baño que vas a usar este verano?
Always un bikini tras sexy.

¿Tuviste alguna vez un sueño recurrente?
Ajá... con ex-lovers.

¿Cuál es tu receta casera para la resaca?
No tomo alcohol así k no idea.

¿Cuál es tu especialidad en la cocina?
Creo ke hago muy buenas picadas. Pero no las cocino. ¿Vale?

¿Qué canción preferís cantar en el karaoke?
Justo vengo de cantar en el karaoke de mi amiguito Leandrito Luberman. Todos decían si tuviera una voz un pokito mejor podría haber sido una rockstar. Ual Me gustan las canciones latinas; son las más divertidas para hacerse la loca

¿Qué canción querés que suene en tu funeral?
No sé, ojalá nunca muriera. Pero algo muy feliz seguro, tipo "What A Wonderful Life" de Frank Sinatra.

¿Qué esperás de la televisión del verano?
No veo la tele.

¿Qué fue lo último que compraste por Internet?
Plane tickets to secret destinations.

¿De qué canción te hubiese gustado ser el autor?
"Like A Virgin".

¿A qué personalidades pondrías en la lista de tu fiesta ideal?
Madonna, Lindsay, Paris, Einstein, Penélope, Matthew McConaughey, Maria Antoniette, Sofia Coppola, Nicole Ritchie, Bono, Moshe and many more.

¿Cuál es tu viaje favorito?
¡Playa, arror, sports y sol!

¿Qué odiás de vos?
Mi carácter impulsivo y a veces no controlado.

¿Cuál fue tu primer trabajo y cómo lo conseguiste?
Mi primer trabajo fue dar clases de baile a los 14 años.

La gente se sorprendería si supiera que vos...
Soy una adicta al trabajo.

## JESSICA SOLNIKI, DE CHARLOTTE SOLNIKI

¿Qué negocio te gustaría comenzar en el 2007?
Un reality show de nuestras andanzas por los desfiles y eventos del mundo con todas las celebrities.

¿Cuál es tu placer culposo?
Tomarme unos días de vacaciones en los viajes de trabajo.

¿Qué le pediste a Papá Noel?
Que se vista de Charlotte.

¿Cuál fue tu logro en el 2006?
Tomarme el stress con más relax.

¿Cuál es tu deuda pendiente?
Rezar más y ser pianista profesional.

¿Cuál fue tu buena acción del año?
Mi buen humor de todos los días con la gente.

¿Y cuál fue tu travesura?
Enviar a un recital corriendo de colada.

¿Cómo es el traje de baño que vas a usar este verano?
Bikini, con texturas, y buen amigo de la percha sobre todo.

¿Tuviste alguna vez un sueño recurrente?
Sí, mis ex. Siempre.

¿Cuál es tu receta casera para la resaca?
Trabajar sin parar.

¿Cuál es tu especialidad en la cocina?
Pennes rigatti caseros al pomodoro.

¿Qué canción preferís cantar en el karaoke?
"Can't Take My Eyes Out Of You," de Gloria Gaynor.

¿Qué canción querés que suene en tu funeral?
"Don't Cry For Me Argentina".

¿Qué esperás de la televisión del verano?
Que hablen mucho de la apertura de Charlotte en Punta del Este.

¿Qué fue lo último que compraste por Internet?
Una cámara de tamaño credit card con MP3, filmación, foto y grabadora de voz.

¿De qué canción te hubiese gustado ser la autora?
Del "Ave María" de Chopin.

¿A qué personalidades pondrías en la lista de tu fiesta ideal?
A las que hacen el espíritu de Charlotte posible. ¿Sabés lo que me divierto?

¿Qué odiás de vos?
Que no puedo odiar nada.

¿Cuál fue tu primer trabajo y cómo lo conseguiste?
Charlotte, mucha audacia, metiéndome en todas las oficinas de compra de NY.

La gente sorprendería si supiera que vos...
Soy tímida.

# 95

stylelist *part of AOL Living*

# style ★ dash

🔶 **Subscribe via RSS** | **Send us news tips** | **Contact Us** | **Advertise**

# Dress of the Day: Charlotte Solnicki Rustic Roman Dress

✉ | Posted Mar 20th 2007 7:45AM by Sarah J. Gim

Filed under: Casual wear, Dress of the Day, Dresses and Skirts



We may not be quite ready for the beach yet, but it never hurts to plan ahead, and we're inspired by designer Charlotte Solnicki.

Charlotte Solnicki's styling is all about the casual comfort of the beach, with lots of long, flowing clothes that work as coverups and strapless and off-the-shoulder designs to keep those tan lines at bay. The Rustic Roman Dress is made of 100% textured cotton. Though the dress is off-the-shoulder, smocked banding keeps the dress in place. The hemline falls to 31" and features a sweet crochet banding and ruffle. I love the dress in the beige color, but it also comes in black.

The Rustic Roman Dress is $132 at ShopBop.

 **Permalink**     **Comments** [0]

★ ★ ★ ★ ★

# Style Clinic

by astin brown inc

## Trendcentral Report - LA Fashion Week Fall 2007

### The top runway trends



After nearly a week's worth of shows, there were some clear hits and misses at Fall 2007 Mercedes-Benz Fashion Week in Los Angeles. Nevertheless, some clear trends for Fall '07 emerged:

### Shiny Shiny
Seen in almost every show, metallics and shimmery fabrics continued to dominate the runway in both casually chic and dressier ensembles. Who did it: Rami Kashou, Dina Bar-El, Alvin Valley, Anthony Franco, Charlotte Solnicki, Imitation of Christ, Joey Tierney, Joseph Domingo, Juan Carlos Obando, Kevan Hall, Literature Noir, Collection Bebe, Samora

### Bold Prints
From dotted stripes to bright botanicals and geometric patterns, daring prints provided head-turning looks on the runway. These attention-grabbing motifs were interpreted in many different ways, including flouncy dresses, sleek halters and flirty tops. Who did it: VOOM, Sue Wong, Tart, Charlotte Solnicki, Alvin Valley

### Snow White
Wintry white fabrications offered a fresh look for fall in tops, dresses, pants and jackets. Designer Rami Kashou even presented a white cotton voile gown.
Who else did it: Tart, Thrive, Alvin Valley, Anthony Franco, Imitation of Christ, Juan Carlos Obando

### Shades of Grey
We saw a lot grey on the New York runways and this trend continues on the left coast. The somber shade is one of our favorites and looks great dressed up or down.
Who did it: Juan Carlos Obando, Kevan Hall, Literature Noir, Monarchy Collection, Grail, Thrive, Samora, Alvin Valley

### Full Length
Among the plethora of short dresses and tunics, many full-length beauties also emerged exuding old school glamour and high style.
Who did it: Samora, Dina Bar-El, Imitation of Christ, Joey Tierney, Collection BEBE, Tart, Rami Kashou, Kevan Hall, Thrive, Anthony Franco, Juan Carlos Obando, Literature Noir, Sue Wong

### Tailored Silhouettes
Whether oversized or fitted, tailored jackets, pants and dresses provided structure to an otherwise free-flowing aesthetic.
Who did it: Ziji, Alvin Valley, Anthony Franco, Grail, Joseph Domingo, Juan Carlos Obando, Samora

### Bubblicious
Bubble hems and sleeves peppered the runways again this season. Continuing the trend of voluminous frocks, the look was seen in dresses, tunics, and tops. Some designers even went for double bubbles.
Who did it: Samora, Charlotte Solnicki, Literature Noir, Thrive

## la brea

More and more boutique heavyweights have opened along this well-traveled and once nondescript avenue, transforming it into a high-profile destination.



**1 American Rag** Known as much for its outstanding and sanely priced vintage garments as for its brand-new trend-spurring clothing, American Rag has the rare ability to appeal to a broad range of shoppers. We witnessed one woman come in looking for a Polynesian-print dress to wear to a tropical-theme party; her friend, meanwhile, sat down and proudly buckled herself into a pair of the latest Chloé platforms. 150 S. La Brea Ave. 323-935-3154

**2 Apartment 3** A distinct '70s vibe pervades this bungalow-like spot, from the playful new and secondhand clothing to the use of era-specific odds and ends (some for sale, some not)—like the old wrestling trophies and framed soft-focus nude photos—to create a rec-room mood. Taking into account the whole odd-and-fascinating feel of the place, we somehow weren't surprised to learn that the original occupant was a homegrown Ford-era porn studio. 813 N. La Brea Ave. 323-939-3853

**3 Bleu** High ceilings, exposed brick walls, and scattered-about Buddha statues that owner Gabrielle Zuccaro collects on her travels all contribute to the relaxed atmosphere that makes this boutique so compelling. Not surprisingly, the stock, which includes Charlotte Solnicki jersey rompers and bohemian Yu-Ya butterfly-sleeve tops, reflects this easygoing sensibility. 454 S. La Brea Ave. 323-939-2228, bleuclothing.com

**4 Des Kohan** Swing two blocks off La Brea onto an unremarkable residential street and you'll find this shockingly fabulous store. Named after proprietor Desiree Kohan, a onetime trend forecaster for Prada, the spare space has a private, personal feel: Fossils and other found objects serve as decor, while the clothing, which includes asymmetric-seamed Hussein Chalayan smocks and Kohan's own ruffle-yoke organza tops, has a sense of casual refinement. 671 S. Cloverdale Ave. 323-857-0200

**5 Iconology** Former Women's Wear Daily editor Michelle Dalton Tyree has a foolproof instinct for what's stylish, and it's evident not only in the lineup of forward-thinking international labels she and co-owner/sister Jackie Dalton select, but also in the way they've decorated their shop, a decadent amalgam of laser-cut black Lucite chandeliers, pink-velveteen-upholstered wingchairs, and slate gray walls screened with pithy quotes from the likes of Diana Vreeland and Coco Chanel. 353 S. La Brea Ave. 323-965-9666



**6 Maison Midi** This is the best place in town to find bright, Basque-stripe table linens, French wicker bistro chairs, pressed-glass Indian goblets, and other similarly exotic kitchen housewares. 148 S. La Brea Ave. 323-935-3157

**7 The Way We Wore** Legendary vintage dealer Doris Raymond puts only the most trend-focused pieces on her sales floor, and makes sure to pay equal respect to all eras. That means you can expect to unearth anything from a tatted-lace Victorian nightgown to a pair of Dynasty-era Maud Frizon pumps. 334 S. La Brea Ave. 323-932-0878

**8 Yellow** Now six years old, this unpretentious boutique has recently been taken over by two former customers, sisters Monica and Monique Gonzalez. They've set out to ensure that the things that made Yellow so great—a smart mix of clothing, incisive sales help, and a down-to-earth preference for reasonably priced labels—will continue uninterrupted. 605 N. La Brea Ave. 323-525-0362

continued >



THE MAGAZINE ABOUT SHOPPING

www.luckymag.com

SEPTEMBER 2005

# Lucky

**Fall fashion special!**

Your essential shopping guide

**EVA MENDES**
Her glamorous inspirations

**986** GREAT FINDS OF THE SEASON

**The new shapes:** make them work for your body PAGE 217

**BEAUTY UPDATE** FRESH, EASY, GORGEOUS LOOKS

**Free** Win accessories, clothes, jewelry, and more LUCKY BREAKS PAGE 379

Bonus **NEW YORK** Section PAGE 388