# Exhibit 1-b

# Lucky.

January 2006



**where to give**

## clean out for a cause

Prepare for the new year by purging your apartment and helping these worthy organizations.

**Project 234**

Attention iconoclasts: This Nolita shop is your resource for hard-to-find lines like Buddhist Punk, Designers Remix, and Charlotte Solnicki. The stock—which includes a smattering of vintage goods—rotates regularly. The deal applies to any one item. 234 Mulberry St., 212-334-6431.

**save 20%**

YURI KIM JACQUELINE DRESS

May 2006

**LUCIRE FASHION THE CIRCUIT**

Agent Provocateur

# California dreaming

Mercedes-Benz Los Angeles Fall 2006 Fashion Week's expo of West Coast Fall fashion presented the upside to dressing down and the lowdown of Hollywood dressing up.

TEXT AND PHOTOGRAPHS BY **JUDI ECOCHARD** & **ELYSE GLICKMAN**


Agent Provocateur


Anthony Franco


Agent Provocateur


Anthony Franco

Yet another beautiful sunny day afforded an early pit stop at Showroom Seven's Chateau Marmont's 'boutique' for a bird's eye view of Akiko Ogawa's worldly sophisticated collection of black/white/grey separates (as seen on the NY runways), and Charlotte Solnicki's cute t shirts for BrightLab's product tie in with Asia Argento's movie "The Heart is Deceitful Above All Things" by now outed fictional author, JT Leroy.



February 6, 2005

## La moda se viste de rojo

RED DRESS COLLECTION 2005
- Desfile que forma parte de la Semana de la Moda en Nueva York
- Cantantes, actrices y deportistas fueron los modelos.

Aunque no es roja, la alfombra del Bryant Park de Manhattan, espera a actores, cantantes, políticos, empresarios y demás personalidades hasta el próximo viernes 11 de febrero.

¿El motivo? Más de 60 distintas colecciones de ropa serán presentadas en Nueva York, las cuales marcarán las tendencias del otoño/invierno 2005.

Este año son más los diseñadores hispanos que participan en el evento, entre ellos, Gustavo Arango, Custo Barcelona, Narciso Rodríguez, Oscar de la Renta, Esteban Cortázar, Carmen Marc Valvo, Carolina Herrera, Melina Solnicki, Alvin Valley y la cantante y actriz de ascendencia puertorriqueña Jennifer López, quien por primera vez presentará su colección de ropa en "7th on Sixth" y cerrará el evento.



# Esquire
October 2007

esquire•style

Dress by Charlotte Solnicki



★ **(Below)** ON JOSEPH GORDON-LEVITT: Cashmere cardigan ($295), cotton shirt ($95), silk tie ($60), and wool trousers ($195) by DKNY. ON MAMIE GUMMER: Dress by Charlotte Solnicki. **(Opposite, top)** ON RYAN PHILLIPPE: Two-button three-piece suit ($5,495) by Ralph Lauren Purple Label; cotton shirt ($90); Polo by Ralph Lauren. ON CHANNING TATUM: Two-button wool-flannel suit ($695) by DKNY; cotton shirt ($270) by Dunhill; silk tie ($95) by Jack Spade. ON ABBIE CORNISH: Coat by Robin. **(Opposite, bottom)** ON RYAN PHILLIPPE: Two-button wool-and-cashmere suit ($1,450) and silk tie ($125) by Calvin Klein Collection; cotton shirt ($95) by DKNY.



*Esquire* October 2007

# COSMOPOLITAN

February 2007

**Just White** An unblushing and bold shade of white makes a simple tank dress or superskinny pants stand out.

(from left) Dress, 3.1 Phillip Lim; top, Jill Stuart, $248; pants, Charlotte Solnicki, $207; hair ribbon, M&J Trimming, $4 per yard; earrings, Laura M. at Fragments

# InStyle

February 2007

## la propuesta — Color

**La mejor selección/** El color es una excelente manera de añadir un sentimiento moderno y fresco a una silueta sencilla. Además favorece a texturas como el satén, el algodón y a los acabados laqueados.



DKNY · Lacoste · Issey Miyake



Charlotte Solinicki, 70 dólares; revolveclothing.com.

# InStyle

September, 2007

**style file | trend watch**

## Patently Obvious

From a graphic trim on pants to a chic coat, glistening leather is everywhere this season

Patent-leather belt, Theory, $325; theory.com for stores.

Wool jacket with patent-leather trim, CHAROLLASONGH, $414; at Outlet 7, 212-529-0766.

Wool-and-cotton pants with patent-leather details, Tracy Reese, $275; 212-807-0505.

Patent-leather jacket, Poleci, $964; 310-278-7058.

Patent-leather shoes, Michel Perry, $620; at Capitol, 704-

HEIDI KLUM



# lasolas
June 2007

Charlotte Solnicki purple Poseidon tank, $138, and Charlotte Solnicki White Du Maurier Bikini, $138, at Intermix stores. Erickson Beamon necklace, $430; available by special order at Oxygene Boutique, Bal Harbour Shops. Cole Haan Amina Sandal in yellow patent, $295, and Cole Haan G Series Beach Reversible Tote in orange print/khaki, $375; both at Cole Haan, The Galleria, Fort Lauderdale.



# Four Seasons

HOTELS AND RESORTS MAGAZINE

Spring 2004

## Escapes from Buenos Aires
BY SUZY BUCKLEY

### Ushuaia

**WHO GOES THERE AND WHY:** Sophisticated nature-lovers, ski enthusiasts, and eco-tourism fans go to this capital city of Tierra del Fuego.

**WHEN TO ARRIVE:** Any day of the week, but try to stay four days to maximize your time on the mountains. Ski from June through mid-September and hike, ride horses, and fish March to May.

**HOW TO ARRIVE:** A three-and-a-half hour flight from Buenos Aires to Ushuaia's Islas Malvinas airport.

**BIG NAMES:** Fashion designer Roberto Piazza, models Dolores Barreiro and Daniela Cardone, Nelson Mandela, U.S. ambassador to Argentina James Walsh.

**MOOD** Romantic, adventurous, sporty.

**MAKE SURE TO PACK** Sleek leather jackets by Buenos Aires label Charlotte Solnicki-Bargemann, Salomon ski and outdoor wear.

**ACTION SPOTS:** Visitors tend to rise early and go to sleep early, so nightlife is not a major priority. Dine on *merluza negra* (an indigenous, rich, white fish) at **TEMAUKEL** (Av. Luis Fernando Martial 2355; 02901/430-640, ARS117/€32) or Patagonian lamb at **KAUPÉ** (Roca 470, 02901/422-704, ARS176). Mingle over cocktails at **ST. CHRISTOPHER** (Miapu Av. 822, 02901/422-423) or **EL NAUTICO** (Miapu Av. 1210, 02901/430-415).

**CHECK OUT:** Duty-free stores such as **ATLÁNTICO SUR** (San Martín 702, 02901/437-123), which sells Burberry, Barbour, Gucci, and Fendi

*Ushuaia's port*

*Mandela*

*The Beban house museum in downtown Ushuaia*

*Dolores Barreiro*

*Kaupé restaurant*

*Crab crêpe from Kaupé*

*Viña del Mar's Pacific coast*