# Exhibit 1-c

# ELLE

July 2006

## kelis

The Harlem-bred hip-hop chanteuse loves clothes that are as racy as her music. ELLE takes a peek inside Kelis's fabulously eclectic wardobe. By Kerry Potter

Black and Purple Jacket by Charlotte Solnicki





LA | Splash Magazines Worldwide

### Style And Fashion

Email this Article
Printer Friendly Page

## Charlotte Solnicki Fall/Winter Collection 2007 - Fabulous Femininity

By Kate Aucella

Although I haved lived in LA for over six years, I had never been to a fashion show, let alone to Fashion Week, and was lucky enough to attend four shows at Smashbox Studios for Mercedes-Benz Fashion Week. My fabulous day of fashion firsts began with Charlotte Solnicki's 3 pm show. By the time the third model neared the end of the catwalk, I was observing with a half-open mouth a collection that seemed to be full of what fashion magazines like to refer to as 'must-have items.' I say this because I love clothes (particularly dresses) that are both fun and functional, with an easy-to-wear edginess that seemed to be the mantra of this collection.



The drool-worthy designs managed to embody both a sexy sophistication and a prim-and-proper playfulness, alternating between slinky strapless and v-neck creations. There were high-necked dresses and tailored jackets, adorned with ultra feminine accents in the form of cap sleeves, lace, tiny buttons, and ruffles. Shown over black tights and velvet leggings, Solnicki successfully produced that rare and righteous blend of 'polished rock-n-roll.'



Standout pieces included a halter-neck black pantsuit that I would consider cutting out carbs in order to wear, and two splurge-worthy leather pieces, including a distressed jacket with a gathered waist, and a fitted vest that was modeled by 'America's next Top Model' runner-up Jade, who, although famously left her mark as "the girl everyone loved to hate," looked every bit the top model as she strutted her stuff in what was most definitely a top design. Breaking up the predominantly black and neutral line were playful hot pink and metallic-patterned dresses, lending just the right amount of color and contrast to a collection that I would classify as high-style simplicity.



The show's finale consisted of the models doing a final walk down the runway each with a birthday cake in hand, to celebrate the designer's birthday. The Solnicki family has more than just birthdays to celebrate these days; Started in 2002 by brother-and-sister partners Melina, Jessica, and Jonathan, the Charlotte Solnicki line has since become a multi-million dollar business. Their collection, which is a mix of the family's native Argentina-meets-New York City, is sold worldwide at stores such as Saks, Lisa Kline, Planet Blue, Intermix, and more. Many A-list celebrities have been seen wearing the designer's creations, including Jennifer Lopez, Lindsay Lohan, Nicole Richie, Eva Longoria and Jessica Simpson. I also spotted the lovely ladies of The Hill's cast (Lauren Conrad, Heidi Montag, Audrina Partridge) getting photographed after the show, where Lauren Conrad was snapped wearing a hot-pink Charlotte Solnicki dress.



The fall collection was inspired by the Studio 54 era, and the dark, moody make-up paid homage to legendary fashionistas such as Twiggy and Edie Sedgwick. This was my first and favorite show, and I hope to see (and wear!) much more of Charlotte Solnicki in my fashion future.



# Reporter's Notebooks: LA Fashion Week ends with a Bang

Sunday, March 25th, 2007

## Our three fashionistas find the best and brightest in Fall 2007 Fashion Week collections

*By Karen Ostlund, Lesa Amoore and Michelle Foody*



Runway takeoff at hall
photo by Lalie Katavazi

HOLLYWOOD, CA (Hollywood Today) 3/25/07 — LA Fashion Week ended on a high note with parties all over Hollywood and a glam slam of runway shows at Smashbox in Culver City. With 23 showcases in the official Mercedes Benz Fashion Week and an equal number in LA Fashion Fortnight, we barely had a chance to highlight enough great designers and their cool fall collections. So we present a dozen more highlights from our Fashion Reporter's notebooks and encourage readers to discover their own favorite fall looks from the hundred-plus photos in the slideshows and videos we are running in current and upcoming pages.

Charlotte Solnicki finally got to show her collection on closing day after three days of delay for technical reasons, perhaps a shortage of razors. Hers is a young fresh line for women who don't mind showing off their legs. It's all about the blouson and tulip effect of dresses and tunics. They are cut well above the knee with matching stockings. She gave a presentation of lace or silk dresses with low V-cut front cleavage. Also above the knee black wool-jersey dresses with thin black vinyl borders and belts.

Thrive's Fall 2007 combined modernism and romanticism. Fabrics include chiffon, metallic satin and wool-cashmere gabardine as well as French lace, Italian sweater knits and Japanese woolens. The colors for this season are taupe, blush brown and midnight blue with basic colors shades in black and heather grey.

**LA Fashion Week Models Surprise Argentine Designer With Birthday Cake After her Monday Show Was Postponed due to the ... (PR Newswire via Yahoo! Finance) by Birthday cake**

Sun, 25 Mar 2007 19:13:17 -0400

**LA Fashion Week Models Surprise Argentine Designer With Birthday Cake After her Monday Show Was Postponed due to the ... (PR Newswire via Yahoo! Finance)**

by Birthday cake (birthday-cake) @ Sun, 25 Mar 2007 19:13:17 -0400

Argentine designer Melina Solnicki debuted her Charlotte Solnicki Fall/Winter 2007 Collection on her birthday, Thursday, March 22, 2007 at 3:00PM in the Lightbox during Mercedes Benz Fashion Week at Smashbox Studios.

Original post: LA Fashion Week Models Surprise Argentine Designer With Birthday Cake After her Monday Show Was Postponed due to the ... (PR Newswire via Yahoo! Finance) by Copyright (c) 2004 Yahoo! Inc. All rights reserved. at Yahoo! News Search Results for birthday cake



# ELLE

August 2006



**VALERIA:** Top de tul bordado, $462, Miss Sixty. Falda de lamé, $850. Maiú y Fiorella Ricciardi
**ELIZABETH:** Vestido strapless, $900, Charlotte Solnicki.
Estilismo: Josefina Bugallo. Maquillaje: Bettina Frimboli con productos Lancôme. Peinado: Estudio I



ELLE
August 2006

ENCAJES

IZQUIERDA
Bolero de encaje,
$280, Charlotte
Solnicki.
Minifalda de
encaje y
lentejuelas, $350,
Charlotte Solnicki.
Zapatos con
encaje, $212,
Mishka

DERECHA
Polera estampada
sin mangas,
$265, Adolfo
Domínguez. Aros
*Trinity*, Cartier.

CUELLO CHIMENEA



▶ **SOLNICKI**

Negro sobre negro. Diferentes texturas y materiales para un equipo de noche audaz y *sexy*: maxi pollera que combina gasa, terciopelo, encaje y seda en franjas y se combina con un *top* de satén y un chaleco escotado.

## EL ENCAJE

**Paula:** vestido con corte debajo del busto y volado en el ruedo ($ 438, *System Basic*) y torera de encaje ($ 280, *Charlotte Solnicki*). Aros con borlas ($ 70, *Mai Cassal*).







Saco cruzado de lana ($95, Portsaid), corset de satén con trazos de terciopelo ($450) y falda drapeada con enagua de encaje ($180, Charlotte Soinick).





