# Exhibit 2-a







# Star
### October, 2006

## Star Style
### Celebrity-inspired shopping starts here

### TALKING SHOP!
### Who Bought What

*Desperate Housewives* star Eva Longoria, 31, is a fan of Lia Sophia jewelry, company reps tell *Star*. (Necklace, $180, liasophia.com)



Eva Longoria



### Star Celeb Dream Item Of The Week

Lindsay Lohan loves Charlotte Solnicki's leather jackets, company reps say. (Jacket, $550, nessaleestyle.com)



Lindsay Lohan

### Best Buy Of The Week

TakePride tees, $20, takepride.com. The company, co-founded by a third generation U.S. Marine, is donating 20 percent of profits to military-related charities.




# WEEKLY IN TOUCH

July 16, 2007

## Are 50 Cent and Ciara dating?

Ciara put rumors about her romance with 50 Cent to rest when the pair arrived and left together at the BET Awards in LA on June 26.

They've reportedly been dating quietly after meeting to work on her latest single, "Can't Leave 'Em Alone." He even brought Ciara back to his old neighborhood in Queens, N.Y., but the 21-year-old allegedly hid out in the backseat of his SUV when she thought fans had spotted them. There have been various sightings of the couple sharing romantic dinners in NYC and LA.

The 32-year-old rapper was most recently linked to *The Young and the Restless* star Victoria Rowell. But he tells *In Touch*, "We never dated." Ciara and rapper Bow Wow split last year.

▶ It turns out there was real chemistry between 50 Cent and Ciara in the steamy video for "Can't Leave 'Em Alone."



Ciara's dress By Charlotte Solnicki

# WEEKLY
# IN TOUCH

April 30, 2007



**SIMPLE SOLUTION**
A flattering waist-cinching sash reins in the abundant, flowing fabric of Lauren Conrad's Grecian-inspired Charlotte Solnicki gown.

# IN TOUCH WEEKLY

## styleshowdown
# Who wore it better?

These outfits sizzle on one celeb and fizzle on another



**Tasteful trend**
Singer Brooke's short Charlotte Solnicki dress looks tawdry when paired with flashy shoes and a neon bag. *The Hills'* Audrina covers up a little more with fashionable boots and also coordinates her accents for a more polished style.

SHE DID

BROOKE HOGAN

AUDRINA PATRIDGE



April 9, 2007
**US WEEKLY**



HOT PICS!

**More L.A. Fashion Week!**

"Style is about making your own trends and personalizing everything," LAUREN CONRAD (left, with *The Hills* pal AUDRINA PATRIDGE, showing off photos at Smashbox Studios March 22) told *Us*.

"I love their clothes! They are comfortable and sexy at the same time," 2BFree model PARIS HILTON said of the casual fashions March 19.

Lauren Conrad's Dress by: Charlotte Solnicki







