# Exhibit 2-b













February 19, 2007

# Who Wore it Best?

**RED CARPET**



**Brooke Hogan** 53%

**Audrina Patridge** 47%

No shrinking violets! Hogan dared to bare in **Charlotte Solnicki's** mini-dress in Miami. The *Hills* actress showed some leg at an L.A. bash.

# Reel-Style.com
### Hollywood Fashion at Your Fingertips

« Naomi Watts: Walking in New York
Hilary Swank: Vacationing in Italy's Lake Como »

## Lauren Conrad: At LA Fashion Week

**Lauren Conrad**
Seen at: LA Fashion Week
Description: Jade Halter Dress    Brand: Charlotte Solnicki

Available At:    Price:

Photo Source: gettyimages

 

This entry was posted on Saturday, April 7th, 2007 at 6:37 pm

Reel-Style.com is proudly powered by WordPress
Entries (RSS) and Comments (RSS).



June/July 2007

# People EXTRA
## Style Watch

Eva's Dress By Charlotte Solnicki

**CHEAP CHIC**



One of our fave cover-ups! Get one in every color.

$50 each
**J.Crew**
"Seaside" linen/cotton ruffle cover up:
800-562-0258; jcrew.com

Eva Longoria in L.A.

$50



Case 1:07-cv-03219-LTS-DCF    Document 96-6    Filed 10/25/2007    Page 12 of 13



