# Exhibit A




HAIR ACCESSORIES
Women
Kids

FASHION JEWELRY
Women

BELTS
Women
Men
Kids

HATS
Women
Men
Kids

BAGS
Women
Men
Kids

COLD WEATHER
Women
Men
Kids

WRAPS
Women




FASHION SOCKS
Women
Men

NOVELTY SOCKS
Women
Men
Kids

SLIPPER SOCKS
Women
Kids

LEGWEAR
Women
Kids

LEGWARMERS
Women
Kids




FLIP-FLOPS
Women
Men
Kids

SANDALS
Women
Men
Kids

CASUAL SHOES
Women
Men
Kids

FASHION BOOTS
Women

RAIN BOOTS
Women
Kids

SLIPPERS
Women
Men
Kids



SLEEPWEAR
Women
Kids

ROBES
Women
Men
Kids

SLIPPERS
Women
Men
Kids






capelli
new york

ABOUT US | NOVELTY GIFTS



NOVELTY ITEMS
ROOM DÉCOR
PET ACCESSORIES


