# Exhibit C-1

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 24 04:06:48 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Handbags, carry-on bags, backpacks, change purses, cosmetics cases sold empty, purses, travel bags, and wallets. FIRST USE: 19910226. FIRST USE IN COMMERCE: 19910226 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539040 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 16, 1999 |
| **Registration Number** | **2416268** |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lisa M. Martens |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |



|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-10-24 10:21:23 ET

**Serial Number:** 75539040 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2416268

**Mark (words only):** CHARLOTTE RUSSE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2007-02-28

**Filing Date:** 1998-08-19

**Transformed into a National Application:** No

**Registration Date:** 2000-12-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-02-28

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Charlotte Russe Merchandising, Inc.

**Address:**
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
San Diego, CA 92117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

### GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active

Handbags, carry-on bags, backpacks, change purses, cosmetics cases sold empty, purses, travel bags, and wallets
**Basis:** 1(a)
**First Use Date:** 1991-02-26
**First Use in Commerce Date:** 1991-02-26

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name does not identify a living individual.

**Prior Registration Number(s):**
1485692

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-02-28 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-02-22 - Assigned To Paralegal

2006-12-26 - Section 8 (6-year) filed

2006-12-26 - TEAS Section 8 & 15 Received

2006-07-21 - Case File In TICRS

2000-12-26 - Registered - Principal Register

2000-10-26 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-20 - Statement of use processing complete

2000-08-14 - Amendment to Use filed

2000-02-15 - Notice of allowance - mailed

1999-11-16 - Published for opposition

1999-10-15 - Notice of publication

1999-07-22 - Approved for Pub - Principal Register (Initial exam)

1999-07-21 - Examiner's amendment mailed

1999-04-14 - Non-final action mailed

1999-04-02 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lisa M. Martens

**Correspondent**
Patti Shields
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
SAN DIEGO, CA 92117

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 24 04:06:48 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely dresses, pants, shorts, skirts, blouses, jumpers, overalls, knit and woven tops, sweaters, t-shirts, pajamas, nightgowns, robes, loungewear, lingerie, slips, undergarments, panties, casual and dressy shoes, sandals, boots, sweatpants, sweatshirts, sweatsuits, tights, leggings, and socks; performance wear, namely jerseys, bicycle pants and gymnastic suits; sportswear, namely pants and shirts, swimwear, swimsuit cover-ups and leotards, tights, socks, shorts; outerwear, namely jackets, vests, coats, shells; and headgear, namely hats, caps, headbands, visors, and belts. FIRST USE: 19910226. FIRST USE IN COMMERCE: 19910226 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539417 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 30, 1999 |
| **Registration Number** | **2416273** |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DOUG LIPSTONE |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Affidavit Text**   SECT 15. SECT 8 (6-YR).

**Other Data**   The name does not identify a living individual.

**Live/Dead Indicator**   LIVE

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-10-24 10:21:42 ET

**Serial Number:** 75539417 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2416273

**Mark (words only):** CHARLOTTE RUSSE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2007-03-02

**Filing Date:** 1998-08-19

**Transformed into a National Application:** No

**Registration Date:** 2000-12-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-03-02

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Charlotte Russe Merchandising, Inc.

**Address:**
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
San Diego, CA 92117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

### GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

clothing, namely dresses, pants, shorts, skirts, blouses, jumpers, overalls, knit and woven tops, sweaters, t-shirts, pajamas, nightgowns, robes, loungewear, lingerie, slips, undergarments, panties, casual and dressy shoes, sandals, boots, sweatpants, sweatshirts, sweatsuits, tights, leggings, and socks; performance wear, namely jerseys, bicycle pants and gymnastic suits; sportswear, namely pants and shirts, swimwear, swimsuit cover-ups and leotards, tights, socks, shorts; outerwear, namely jackets, vests, coats, shells; and headgear, namely hats, caps, headbands, visors, and belts

**Basis:** 1(a)
**First Use Date:** 1991-02-26
**First Use in Commerce Date:** 1991-02-26

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name does not identify a living individual.

**Prior Registration Number(s):**
1485692

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-04-02 - Undeliverable Mail - No Action Taken

2007-03-02 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-12-26 - Section 8 (6-year) and Section 15 Filed

2006-12-26 - TEAS Section 8 & 15 Received

2006-07-27 - Case File In TICRS

2000-12-26 - Registered - Principal Register

2000-10-26 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-23 - Statement of use processing complete

2000-08-14 - Amendment to Use filed

2000-02-22 - Notice of allowance - mailed

1999-11-30 - Published for opposition

1999-10-29 - Notice of publication

1999-07-22 - Approved for Pub - Principal Register (Initial exam)

1999-07-21 - Examiner's amendment mailed

1999-04-22 - Non-final action mailed

1999-04-13 - Assigned To Examiner

1999-04-02 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DOUG LIPSTONE

**Correspondent**
DOUG LIPSTONE
COOLEY GODWARD LLP
4365 EXECUTIVE DR STE 1100
SAN DIEGO, CA 92121-2128

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 24 04:06:48 EDT 2007*

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ]

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[ TARR Status ] [ ASSIGN Status ] [ TDR ] [ TTAB Status ]  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: cosmetics, namely, lipsticks and lip glosses, lip liner, face powder, foundation, concealer, bronzer, eye shadow, mascara, eyebrow pencil and eyeliner; soaps, perfumes, and body and face care products, namely, face and body lotions, body oils, body powder, face and body scrubs, face and body creams, astringents for cosmetic purposes and facial and body masks. FIRST USE: 19890810. FIRST USE IN COMMERCE: 19890810 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539045 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 1, 1999 |
| **Registration Number** | 2451427 |
| **Registration Date** | May 15, 2001 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LISA M. MARTENS, ESQ. |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "CHARLOTTE RUSSE" does not identify a living individual. |

**Live/Dead
Indicator**     LIVE

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-10-24 10:21:55 ET

**Serial Number:** 75539045 Assignment Information      Trademark Document Retrieval

**Registration Number:** 2451427

**Mark (words only):** CHARLOTTE RUSSE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-05-15

**Filing Date:** 1998-08-19

**Transformed into a National Application:** No

**Registration Date:** 2001-05-15

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-11-06

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Charlotte Russe Merchandising, Inc

**Address:**
Charlotte Russe Merchandising, Inc
4645 Morena Boulevard
San Diego, CA 92117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

### GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active

cosmetics, namely, lipsticks and lip glosses, lip liner, face powder, foundation, concealer, bronzer, eye shadow, mascara, eyebrow pencil and eyeliner; soaps, perfumes, and body and face care products, namely, face and body lotions, body oils, body powder, face and body scrubs, face and body creams, astringents for cosmetic purposes and facial and body masks

**Basis:** 1(a)
**First Use Date:** 1989-08-10
**First Use in Commerce Date:** 1989-08-10

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "CHARLOTTE RUSSE" does not identify a living individual.

**Prior Registration Number(s):**
1485692

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-11-06 - Case File In TICRS

2001-05-15 - Registered - Principal Register

2000-10-31 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-31 - Assigned To Examiner

2000-10-23 - Statement of use processing complete

2000-10-12 - Extension 2 granted

2000-08-14 - Amendment to Use filed

2000-08-14 - Extension 2 filed

2000-04-25 - Extension 1 granted

2000-02-23 - Extension 1 filed

1999-08-24 - Notice of allowance - mailed

1999-06-01 - Published for opposition

1999-04-30 - Notice of publication

1999-03-04 - Approved for Pub - Principal Register (Initial exam)

1999-02-12 - Examiner's amendment mailed

1999-01-29 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LISA M. MARTENS, ESQ.

**Correspondent**
LISA M. MARTENS, ESQ.
COOLEY GODWARD LLP
4365 EXECUTIVE DRIVE, SUITE 1100
SAN DIEGO, CALIFORNIA 92121-2128

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 24 04:06:48 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: costume jewelry, namely bracelets for wrists and ankles, belly chains, earrings, body jewelry, broaches, necklaces, pendants, pins, rings, watch bands and straps, and wristwatches. FIRST USE: 19950104. FIRST USE IN COMMERCE: 19950104 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539043 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 16, 1999 |
| **Registration Number** | **2416269** |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lisa M. Martens |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name does not identify a living individual. |
| **Live/Dead** | LIVE |

**Indicator**

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

**Thank you for your request. Here are the latest results from the** <u>TARR web server.</u>

**This page was generated by the TARR system on** 2007-10-24 10:22:19 ET

**Serial Number:** 75539043 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2416269

**Mark (words only):** CHARLOTTE RUSSE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2007-02-28

**Filing Date:** 1998-08-19

**Transformed into a National Application:** No

**Registration Date:** 2000-12-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-02-28

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Charlotte Russe Merchandising, Inc.

**Address:**
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
San Diego, CA 92117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

---

**International Class:** 014
**Class Status:** Active

costume jewelry, namely bracelets for wrists and ankles, belly chains, earrings, body jewelry, broaches, necklaces, pendants, pins, rings, watch bands and straps, and wristwatches
**Basis:** 1(a)
**First Use Date:** 1995-01-04
**First Use in Commerce Date:** 1995-01-04

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name does not identify a living individual.

**Prior Registration Number(s):**
1485692

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-02-28 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-02-22 - Assigned To Paralegal

2006-12-26 - Section 8 (6-year) filed

2006-12-26 - TEAS Section 8 & 15 Received

2006-07-28 - Case File In TICRS

2000-12-26 - Registered - Principal Register

2000-10-26 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-20 - Statement of use processing complete

2000-08-14 - Amendment to Use filed

2000-02-15 - Notice of allowance - mailed

1999-11-16 - Published for opposition

1999-10-15 - Notice of publication

1999-07-22 - Approved for Pub - Principal Register (Initial exam)

1999-07-21 - Examiner's amendment mailed

1999-04-14 - Non-final action mailed

1999-04-02 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lisa M. Martens

**Correspondent**
Patti Shields
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
SAN DIEGO, CA 92117



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 24 04:06:48 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| Field | Value |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 042. US 100 101. G & S: Retail store services specializing in women's apparel and accessories. FIRST USE: 19750904. FIRST USE IN COMMERCE: 19750904 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539155 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 16, 1999 |
| **Registration Number** | 2414477 |
| **Registration Date** | December 19, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LISA M MARTENS |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY