# Exhibit C-2

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-10-24 10:22:26 ET

**Serial Number:** 75539155 Assignment Information       Trademark Document Retrieval

**Registration Number:** 2414477

**Mark (words only):** CHARLOTTE RUSSE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2007-02-17

**Filing Date:** 1998-08-19

**Transformed into a National Application:** No

**Registration Date:** 2000-12-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-02-17

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Charlotte Russe Merchandising, Inc.

**Address:**
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
San Diego, CA 92117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 042
**Class Status:** Active

Retail store services specializing in women's apparel and accessories
**Basis:** 1(a)
**First Use Date:** 1975-09-04
**First Use in Commerce Date:** 1975-09-04

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name does not identify a living individual.

**Prior Registration Number(s):**
1485692

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-03-16 - Undeliverable Mail - No Action Taken

2007-02-17 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-02-16 - Assigned To Paralegal

2006-12-18 - Section 8 (6-year) and Section 15 Filed

2006-12-18 - TEAS Section 8 & 15 Received

2006-07-28 - Case File In TICRS

2000-12-19 - Registered - Principal Register

2000-10-23 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-17 - Statement of use processing complete

2000-10-17 - Extension 1 granted

2000-08-14 - Amendment to Use filed

2000-08-14 - Extension 1 filed

2000-02-15 - Notice of allowance - mailed

1999-11-16 - Published for opposition

1999-10-15 - Notice of publication

1999-07-22 - Approved for Pub - Principal Register (Initial exam)

1999-07-21 - Examiner's amendment mailed

1999-04-22 - Non-final action mailed

1999-04-12 - Assigned To Examiner

1999-04-05 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LISA M MARTENS

**Correspondent**
LISA M MARTENS
COOLEY GODWARD LLP
4365 EXECUTIVE DR STE 1100
SAN DIEGO CA 92121-2128

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Oct 24 04:06:48 EDT 2007

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    BOTTOM    HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status    ASSIGN Status    TDR    TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 026. US 037 039 040 042 050. G & S: hair ornaments, namely, clips, pins, ribbons, barrettes, bands, and scrunchies. FIRST USE: 19950804. FIRST USE IN COMMERCE: 19950804 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539156 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 23, 1999 |
| **Registration Number** | 2416270 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DOUG LIPSTONE |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-10-24 10:22:38 ET

**Serial Number:** 75539156 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2416270

**Mark (words only):** CHARLOTTE RUSSE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2007-03-02

**Filing Date:** 1998-08-19

**Transformed into a National Application:** No

**Registration Date:** 2000-12-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-03-02

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Charlotte Russe Merchandising, Inc.

**Address:**
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
San Diego, CA 92117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 026
**Class Status:** Active

hair ornaments, namely, clips, pins, ribbons, barrettes, bands, and scrunchies
**Basis:** 1(a)
**First Use Date:** 1995-08-04
**First Use in Commerce Date:** 1995-08-04

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name does not identify a living individual.

**Prior Registration Number(s):**
1485692

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-03-29 - Undeliverable Mail - No Action Taken

2007-03-02 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-12-26 - Section 8 (6-year) and Section 15 Filed

2006-12-26 - TEAS Section 8 & 15 Received

2006-07-28 - Case File In TICRS

2000-12-26 - Registered - Principal Register

2000-10-26 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-20 - Statement of use processing complete

2000-08-14 - Amendment to Use filed

2000-02-15 - Notice of allowance - mailed

1999-11-23 - Published for opposition

1999-10-22 - Notice of publication

1999-07-22 - Approved for Pub - Principal Register (Initial exam)

1999-07-21 - Examiner's amendment mailed

1999-04-14 - Non-final action mailed

1999-04-02 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DOUG LIPSTONE

**Correspondent**
DOUG LIPSTONE
COOLEY GODWARD LLP
4365 EXECUTIVE DR STE 1100
SAN DIEGO, CA 92121-2128

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Oct 24 04:06:48 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

*Charlotte Russe*

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 042. US 101. G & S: RETAIL STORE SERVICES IN THE FIELD OF WOMEN'S CLOTHING AND ACCESSORIES. FIRST USE: 19750904. FIRST USE IN COMMERCE: 19750904 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73662755 |
| **Filing Date** | May 26, 1987 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 26, 1988 |
| **Registration Number** | 1485692 |
| **Registration Date** | April 19, 1988 |
| **Owner** | (REGISTRANT) LAWRENCE MERCHANDISING CORPORATION CORPORATION CALIFORNIA 5015 SHOREHAM PLACE SAN DIEGO CALIFORNIA 92122 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | STANLEY W. SOKOLOFF, ESQ. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |

| | |
|---|---|
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-10-24 10:22:48 ET

**Serial Number:** 73662755 Assignment Information       Trademark Document Retrieval

**Registration Number:** 1485692

**Mark**



**(words only):** CHARLOTTE RUSSE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1993-09-28

**Filing Date:** 1987-05-26

**Transformed into a National Application:** No

**Registration Date:** 1988-04-19

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-05-29

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LAWRENCE MERCHANDISING CORPORATION

**Address:**
LAWRENCE MERCHANDISING CORPORATION
5015 SHOREHAM PLACE

SAN DIEGO, CA 92122
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 042
**Class Status:** Active
RETAIL STORE SERVICES IN THE FIELD OF WOMEN'S CLOTHING AND ACCESSORIES
**Basis:** 1(a)
**First Use Date:** 1975-09-04
**First Use in Commerce Date:** 1975-09-04

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-05-29 - Case File In TICRS

1993-09-28 - Section 8 (6-year) accepted & Section 15 acknowledged

1993-06-14 - Section 8 (6-year) and Section 15 Filed

1988-04-19 - Registered - Principal Register

1988-01-26 - Published for opposition

1987-12-26 - Notice of publication

1987-11-03 - Approved for Pub - Principal Register (Initial exam)

1987-11-03 - Examiner's amendment mailed

1987-10-05 - Communication received from applicant

1987-08-11 - Non-final action mailed

1987-08-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
STANLEY W. SOKOLOFF, ESQ.

**Correspondent**
STANLEY W. SOKOLOFF, ESQ.
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
SEVENTH FLOOR
12400 WILSHIRE BOULEVARD
LOS ANGELES, CA 90025


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 25 04:04:22 EDT 2007

**TESS HOME**  **NEW USER**  **STRUCTURED**  **FREE FORM**  **BROWSE DICT**  **SEARCH OG**  **BOTTOM**  **HELP**

**Logout**  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**TARR Status**  **ASSIGN Status**  **TDR**  **TTAB Status**  ( Use the "Back" button of the Internet Browser to return to TESS)

## CHARLOTTE TARANTOLA

| | |
|---|---|
| **Word Mark** | **CHARLOTTE TARANTOLA** |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely t-shirts, shirts, tops, blouses, sweaters, tank-tops, loungewear, lingerie, undergarments, underwear, pants, shorts, bottoms, dresses and skirts. FIRST USE: 19960127. FIRST USE IN COMMERCE: 19960127 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78532984 |
| **Filing Date** | December 15, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 25, 2005 |
| **International Registration Number** | 0893696 |
| **Owner** | (APPLICANT) Daily Sparkle, LLC Christina Tarantola Charlotte Tarantola LTD LIAB CO CALIFORNIA 10459 W. Jefferson Blvd. Culver City CALIFORNIA 90232 |
| **Attorney of Record** | Darin Margules |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Charlotte Tarantola, whose consent(s) to register is submitted. |
| **Live/Dead Indicator** | LIVE |



|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-10-25 14:31:55 ET

**Serial Number:** 78532984 Assignment Information        Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** CHARLOTTE TARANTOLA

**Standard Character claim:** Yes

**Current Status:** An opposition is now pending at the Trademark Trial and Appeal Board.

**Date of Status:** 2005-12-20

**Filing Date:** 2004-12-15

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
IM JEAN H Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-09-16

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Daily Sparkle, LLC

**Composed Of:**
Christina Tarantola Charlotte Tarantola
**Address:**

Daily Sparkle, LLC
10459 W. Jefferson Blvd.
Culver City, CA 90232
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** California

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Clothing, namely t-shirts, shirts, tops, blouses, sweaters, tank-tops, loungewear, lingerie, undergarments, underwear, pants, shorts, bottoms, dresses and skirts
**Basis:** 1(a)
**First Use Date:** 1996-01-27
**First Use in Commerce Date:** 1996-01-27

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark identifies Charlotte Tarantola, whose consent(s) to register is submitted.

## MADRID PROTOCOL INFORMATION

**USPTO Reference Number:** A0005401
**International Registration Number:** 0893696
**International Registration Date:** 2006-07-27
**Original Filing Date with USPTO:** 2006-07-27
**International Registration Status:** Application For IR Registered By IB
**Date of International Registration Status:** 2006-09-14
**International Registration Renewal Date:** 2016-07-27
**Irregularity Reply by Date:** (DATE NOT AVAILABLE)

**Madrid History:**
09-14-2006 - 16:26:45 - Application For IR Registered By IB
08-28-2006 - 09:08:09 - Irregularity Notice Received From IB
08-23-2006 - 09:14:29 - Irregularity Notice Received From IB
07-27-2006 - 21:00:37 - IR Certified And Sent To IB
07-27-2006 - 17:25:59 - Automatically Certified
07-27-2006 - 17:25:59 - New Application For IR Received

## PROSECUTION HISTORY

2005-12-20 - Opposition instituted for Proceeding

2005-11-25 - Extension Of Time To Oppose Received

2005-10-25 - Published for opposition

2005-10-05 - Notice of publication

2005-07-22 - Law Office Publication Review Completed

2005-07-22 - Assigned To LIE

2005-07-20 - Approved for Pub - Principal Register (Initial exam)

2005-07-20 - Assigned To Examiner

2004-12-28 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Darin Margules

**Correspondent**
DARIN MARGULES
TYRE KAMINS KATZ GRANOF & MENES
1880 CENTURY PARK E STE 300
LOS ANGELES, CA 90067-1631
Phone Number: 310-553-6822
Fax Number: 310-552-9024