# Exhibit D

We've been remodeling. Come take a look.

Hello, **KRISTEN E ZECHA**. We have recommendations for you. (Not KRISTEN?)

KRISTEN's Amazon.com

Your Account | Help

| Today's Deals | Gifts & Wish Lists | Gift Certificates | | Seller Directory | On Sale Now |

**Apparel & Accessories**

You qualify for a FREE trial of Amazon Prime

*Prime*

Apparel

Women    Men    Teens    Kids & Baby    Shoes    Accessories    Luggage



Share your own customer images

See larger image and other views

## Charlotte French Terry Hoodie

Other products by HYP

No customer reviews yet. Be the first. | More about this product

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

Price: ~~$60.49~~
**Sale: $37.49**
**You Save:** $23.00 (38%)

Loading...

**Size: (choose one)**

Small    Medium    Large    X-Large

**Color: (choose one)**

**Availability:** Select Size and Color to view (or, see the complete pricing and availability chart.)

See merchant's sizing charts

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List ▼

Add to Shopping List

Add to Wedding Registry

Add to Baby Registry

Tell a friend

**Hello, KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)

**We've been remodeling.** Come take a look.

KRISTEN's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Certificates | Your Account | Help

| Apparel | Women | Men | Teens | Kids & Baby | Shoes | Accessories | Luggage | Seller Directory | On Sale Now |

**Apparel & Accessories**

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

See larger image and other views

Share your own customer images

## GUESS Houston/Dark Rinse Charlotte Jean

Other products by Guess

★★★☆☆ (1 customer review) | More about this product

**Price:** **$89.00**

✺ Special Offers Available

Loading...

**Color: Denim**

Denim

**Size: (choose one)**

23 | 24 | 26 | 27 | 28 | 29

See merchant's sizing charts

**Availability:** Select Size to view (or, see the complete pricing and availability chart.)

**Quantity:** 1

🛒 Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List | ▼

Add to Shopping List

Add to Wedding Registry

Add to Baby Registry

Tell a friend

Zappos Sites:   **Zappos.com**   Couture   RideShop   Running   Outdoor

# Zappos.com
POWERED by SERVICE™

**Free Overnight Shipping**
(Business Days Only)
Learn more

Click to visit
canada.zappos.com

24/7 Customer Service 1.800.927.7671 (Español 1.888.927.4104)

Shoes | Clothing | Bags | Accessories | Men | Women | Kids | Brands | Gift Ideas | New Styles

On Sale | Search

Shopping Cart | My Account | My Favorites | Help

Why Shop at Zappos.com?

Search [          ] Go!

**Way to Pay! No Wallet. No Wait. No Worries.** ® with **Bill Me Later**

⇐ Back to Browsing

Do you own this product? ** Be the first one to review it! **

Notify Me If My Size Becomes Available! ☺

Browse More Styles...

← Previous

SKU #7343456
MULTI
✳ VIEW

Next →

Tell a Friend ✉

View another color:
Caviar

Add to My Favorites



# ROXY

**Roxy**
**Charlotte Hoodie**

SKU #7343456

$ 58.00

FREE SHIPPING BOTH WAYS!

**Free Overnight Shipping**

COLOR
Caviar

SIZE
Select Women's Size

In Stock!

Add to Shopping Cart 🛒

Select to Create Approval
Details >

▶ **Buy Fast, Feel Secure, Pay Later!™**
Bill Me Later Details

▶ A little breezy outside? Then you better have this hoodie to keep you warm.

▶ Super cute houndstooth print with the Roxy® logo incorporated into the design.





Contact Us - open 24 hours!
800-927-7671
help@zappos.com
24/7, 365 days a year!
(or, order by fax)

Customer Testimonials ▼

FREE SHIPPING
BOTH WAYS!
365 DAY
Return Policy

10% Price
Protection

Zappos Rewards
Visa Card®
Apply Now
Earn 1,500 points with first use

BBB RELIABILITY PROGRAM

BizRate 2007

Click here for Live Support

Home
Brand List
Latest Styles

**Hello, KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)

KRISTEN's Amazon.com

**We've been remodeling.** Come take a look.

Your Account | Help

| Today's Deals | Gifts & Wish Lists | Gift Certificates | | | Seller Directory | On Sale Now |

**Apparel & Accessories**

Apparel

Women    Men    Teens    Kids & Baby    Shoes    Accessories    Luggage

You quality for a FREE trial of Amazon Prime

See larger image and other views

Share your own customer images

## Roxy Charlotte Military Cap - Women's

Other products by Roxy

No customer reviews yet. Be the first. | More about this product

**Price: $19.95**

✹ Special Offers Available

This item is not eligible for Amazon Prime, but over a million other items are: **Try Amazon Prime for FREE today.**

**Select Color**

**Size: One Size**

One Size

See merchant's sizing charts

**Color: (choose one)**

Black    Snow White    Chocolate Brown

**Availability:** In Stock. See pricing and availability chart for details. Ships from and sold by Backcountry.

Only 5 left in stock--order soon.

**To buy, select Color**
(Choose from options to the left)

**Size:** One Size

**Quantity:** [ 1 ]

[ Add to Shopping Cart ]

or

Sign in to turn on 1-Click ordering.

[ Add to Wish List | ▾ ]

[ Add to Shopping List ]

[ Add to Wedding Registry ]

[ Add to Baby Registry ]

[ Tell a friend ]

**ebay** ®

*Sneak* **VICTORIA'S**

Sign in

Categories ▼  Motors  Express  Stores  Sneak Peek: See what's changing on eBay

Buy  Sell  My eBay  Community  Help

Search  | Advanced Search

Site Map

Get rewards with eBay MasterCard!

# J JILL CHARLOTTE SWEATER LARGE PET NWT SILK POINTELLE

Back to home page

View larger picture

maxwellcuddles

Buyer or seller of this item? Sign in for your status

Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Sweaters

Item number: 220117833586

Watch this item in My eBay

**=Buy It Now** price: **US $49.00**     Buy It Now >

**=Get It Fast** As soon as October 22

Shipping costs: **US $6.95**
US Postal Service Priority Mail®
Service to United States
(more services)
(conditions)

Ships to: United States, Europe, Asia, Canada, Australia

Item location: Edmonds, WA, United States

You can also:  Watch This Item

Get mobile or IM alerts | Email to a friend

Payment methods: **PayPal** (preferred), Money order/Cashiers check

Listing and payment details:  **Hide**



## Meet the seller

Seller:  maxwellcuddles ( 1637 ★ ) 🌟 Power Seller
Feedback: 100% Positive
Member:  since Mar-10-04 in United States

Read feedback comments
Ask seller a question
Add to Favorite Sellers
View seller's other items: Store | List
Visit seller's Store:
🔳 PRINCESS and THE PEA in ME

## Buy safely

1. **Check the seller's reputation**
   Score: 1637 | 100% Positive
   Read feedback comments

2. **Check how you're protected**
   **PayPal** Up to $2,000 in buyer protection.
   See eligibility.

Returns: Seller accepts returns.
14 Days Money Back

# J.CREW

men | women | crewcuts (for kids 2-10) | accessories | shoes | holiday looks | sale

HELP • ORDER STATUS • YOUR ACCOUNT • STORE LOCATOR • SHOP BY ITEM# • SHOPPING BAG

Welcome.
Register.  Sign in

## THE women's SHOP

### FEATURES

sweaters ›
knits & tees ›
**shirts & tops** ‹
see all
long-sleeve shirts
three-quarter-sleeve shirts
short-sleeve shirts
**camis & halters** •
dresses ›
jackets & vests ›
outerwear ›
pants ›
denim ›
skirts ›
suiting ›
swim ›
lounge & beach cover-ups ›
shoes ›
accessories ›
hats, scarves & gloves ›

**VISIT OUR SALE ›**
fall sale ›



previous 1 next



VIEW LARGER IMAGE ›

CLICK TO VIEW ANOTHER COLOR

**FEATURE COLOR: DEEP AUBERGINE**

## Charlotte tank in solid silk chiffon

Lightweight silk with a delicate crinkled texture. Scoop
neck tank with pintuck details at center front. Side zip.
Picot-edge finishing at hem. Fully lined. Hits at hip.
Import. Catalog/jcrew.com only.

was $78.00     item 78577

now $49.99

was $78.00
now $49.99

### STEP 1: choose options

First, choose size          size charts

Then, choose color

(colors and sizes not listed are sold out)

1   Qty

### STEP 2: ship to

My Shipping
sign in for saved addresses

**ADD TO SHOPPING BAG**



# couturecandy
the sweetest fashions on earth

USE COUPON CODE "FRSTTIME"
**10% OFF**

Search  GO

Toll Free: 866-399-2263
Newsletter Signup  Wish List  My Account

Our Designers | New Arrivals | StyleCast | Celebrity Style Blog | Sweet Sounds | Personal Stylists | Help Desk | Highlight My Size

Home > Brette Sandler > Summary

## Shop By Category
Accessories
Denim
Dresses
Jackets
Pants and Trousers
Shoes
Shorts
Skirts
Swimwear
Tee Shirts
Tops

## Shop by Designer
1690 Swimwear
3J Workshop
7 for All Mankind
Aaneta
Accessories & Beyond
Antik Denim
Antoinette Lee Designs
Aristocrat
Belleкal
Betsey Johnson
Bill Adler Design
Biya
Black Halo
Brette Sandler
Brian Nagourney Jewelry
Cake Couture
Carla Mancini
Castaway Jewelry
Christie Martin Jewelry
Citizens of Humanity
Crispin & Basilio
Danielle Stevens Jewelry
Deener
Dutchy Handbags
E.D.E. Studio
Ecoganik
Elizabeth Gillett Ltd
Ella Moss
Erica Anenberg

## Brette Sandler

Shop | Summary | Biography | Celebrities

Alternate Views 1 | 2 | 3 | 4

AUTHENTIC



⊡ Enlarge

◄ Previous Item      All Items      Next Item ▼

## Charlotte Button Front Bikini in Black

**Price:** $159.00

**Color:** BLACK/PEARL



**Size:** XS

 Add to Shopping Cart >>

 Live Chat Help

 See Size Chart

 Add to Wish List

 Send to a Friend

Brette Sandler makes their mark with truly unique swimwear. Very chic silhouette bandeau bikini with contrast binding in shimmery pearl, center front features three pearl button closure and removable gold rope chain strap, side boning for added support. The bottoms are a side tie string bottom which allows the option of adjustable coverage. Complete with contrast binding in shimmery pearl.

■ Size Conversion XS: 0-2 S: 2-4 M: 4-6 L: 6-8
■ Fabric Content: 80% polymide 20% elastine
■ Coverage: medium to little
■ Designer Style No. charlotteblk

Need help? Email our stylists at stylists@couturecandy.com. Always Free!

**ebay** ®

Sign in

| Categories ▼ | Motors | Express | Stores | Sneak Peek: See what's changing on eBay |

Buy | Sell | My eBay | Community | Help

Site Map

[Search] [Advanced Search]

[Get rewards with eBay MasterCard!]

Back to list of items

Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Pants

Seller of this item? Sign in for your status

# Lilly Pulitzer Charlotte Capri Pants Navy Blue NWT SZ 6

View larger picture

Item number: 1101808514473

**Watch this item** in My eBay

| | |
|---|---|
| Starting bid: | **US $24.99**  Place Bid > |
| Buy It Now price: | **US $48.99**  Buy It Now > |
| End time: | Oct-21-07 11:04:37 PDT (2 days 19 hours) |
| Shipping costs: | **US $8.55** Standard Flat Rate Shipping Service Service to United States (more services) |
| Ships to: | Worldwide |
| Item location: | Get it Fast, United States |
| History: | 0 bids |
| You can also: | [Watch This Item] |

Get mobile or IM alerts | Email to a friend

## Meet the seller

Seller: citygirlauctions ( 3487 ⭐ ) ❄ Power Seller 

Feedback: **99.7% Positive**

Member:  since Sep-18-99 in United States

- Read feedback comments
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit sellers Store:
- ⭐ CityGirlAuctions

## Buy safely

1. **Check the seller's reputation**
   Score: 3487 | 99.7% Positive
   Read feedback comments

2. **Check how you're protected**
   *PayPal* Up to $2,000 in buyer protection. See eligibility.

Categories ▼    Motors    Express    Stores    Sneak Peek: See what's changing on eBay

Buy    Sell    My eBay    Community    Help

Site Map

Get rewards with eBay MasterCard!

Search    Advanced Search

Buyer or seller of this item? Sign in for your status

🏠 Back to home page

Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Intimates > Bras, Bra Sets

# FELINA CHARLOTTE BLACK PUSH UP BRA/BRIEF SET 32B SMALL

Item number: 160130872927

View larger picture

Watch this item in My eBay

**Meet the seller**

Seller: joelle_cyan ( 3513 ⭐ ) 🔶 Power Seller me
Feedback: **100% Positive**
Member: since Dec-18-01 in United States

Read feedback comments
Ask seller a question
Add to Favorite Sellers
View seller's other items: Store | List
Visit seller's Store:
🔴 Rose Desir

🔥Buy It Now price: **US $28.00**    Buy It Now >

You can also:    Watch This Item

Get mobile or IM alerts | Email to a friend

Item location:    San Jose, California, United States

Ships to:    Worldwide

Shipping costs: **US $7.00 (discount available)**
US Postal Service Priority Mail®
Service to United States
(more services)

**Buy safely**

1. **Check the seller's reputation**
   Score: 3513 | 100% Positive
   Read feedback comments

2. **Check how you're protected**
   **PayPal** Up to **$2,000** in buyer protection.
   See eligibility.

**Listing and payment details:**    Hide

Payment methods: **PayPal**,
Money order/Cashiers
check,
Other - See Payment
Instructions for payment
methods accepted
See details



**NJC**
**live natty.**

sort by category

brands

525 America
7 For All Mankind
Adina Reyter
Alisha Levine
Alpha Industries
Amalialiad
Amanda Uprichard
American Vintage
Anlo
Aristocrat
Aude
Belt
Beliskat
Black Halo
Bordeaux
Bread And Butter
Brown Label
C&C California
Cassette
Castings
Catherine Rapetti
Charlotte Ronson
Cheap Monday
Chip and Pepper
Citizens Of Humanity
Clone
Clu
Crash and Burn
David Kahn
Ella Moss

national jean company.

My Account   View Cart   Wish List   Customer Service   About Us   Store Locations   Con

new items_   sale_   blog_   trends_   as seen in_   fit guide_   car

women's



enlarge view (+)



## 7 For All Mankind
### Penny Short in Charlotte

**$120.00**
Reg: $152.00

add to wishlist
email to a friend
customer service
returns / exchanges

Color: Charlotte

Size:   select size

fit guide

Qty::   1

add to cart   checkout

First select color, then select from available sizes.

**Seven introduces your new favorite short**

Get acquainted with the Charlotte penny patch shorts. Light wash with fading throughout and light pink reinforced stitching throughout. Deep front pockets and rear flap closure pockets and cute and




Voile Plaid Top
Free People





Search | Advanced Search    **Buy**  **Sell**  **My eBay**  **Commun**

Sign in

**Categories ▼**   Motors   Express   Stores    Sneak Peek: See what's changing on eBay        Get rewa eBay Mas

**Welcome to eBay!**                                                     Need help?
Find more items similar to: Earnest Sewn Charlotte Pencil Skirt in Hyper Dark    Take a tour to learn more
Sz 24

See all items in: Women's Clothing > Skirts

Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Skirts

# Earnest Sewn Charlotte Pencil Skirt in Hyper Dark Sz 24

Item number: 120172624986

**Seller of this item?** Sign in for your status          Watch this item in My eBay

| | | |
|---|---|---|
| Starting bid: | **US $89.00** | Place Bid > |
| End time: | **Oct-22-07 19:12:03 PDT** (4 days 5 hours) | |
| Shipping costs: | **US $9.50** US Postal Service Priority Mail® Service to United States (more services) | |
| Ships to: | Worldwide | |
| Item location: | LA Premium Denim - Authentic & Not Irregular, United States | |
| History: | 0 bids | |

1 of 8

View larger picture

You can also:  [ Watch This Item ]

Get mobile or IM alerts | Email to a friend

**Meet the selle**
Seller:  runwa
Feedback: **100%**
Member:  since
United

Read feedbac
Ask seller a qu
Add to Favorit
View seller's o
Store | List
Visit seller's S
RunwayG

**Buy safely**
1. **Check the sel**
Score: 258 | 1
Read feedbac

2. **Check how yo**
**PayPal** Up
bu
Se

Returns:  Sell
retu
3 D

**Listing and payment details:**  Hide

| | | | |
|---|---|---|---|
| Starting time: | Oct-15-07 19:12:03 PDT | Payment methods: | **PayPal** (preferred) |
| Starting bid: | US $89.00 | | See details |
| Duration: | 7-day listing | | |

**No Payments Until 2008** on your first purchase over $50 with the new eBay MasterCard! Plus, earn rewards toward future eBay purchases wherever you shop. See Details | Apply Now

# Description



# lisakline.com

MEN    WOMEN    KIDS    CUSTOMER SERVICE    CONTACT US    log in    my shopping bag

You are currently shopping in: **new** / lily mcneal-charlotte tie waist

home
shop by produ
what's new
what's hot
pre-orders
on sale
in the press
store locations
ask a question
need help
newsletters
about lisa
checkout

Search

shop by brand

american retro
amo & bretti
andrea brueckner
andrew marc
autumn cashmere
bailey 44
bill wall leather
botkier
by francine
c&c california
chip & pepper
chrissa
classic hardware
cyn
daftbird
danang
diane samandi
dini's
dittos
elijah
ella moss
fleur* lingerie
foley & corinna
fresh karma
fresh scents terri
galpal
garcon
genera
gogo voyage
gold hawk
gorjana
hat attack
her look enterprises
hera



Email to a friend >

You Might Also Like....

Additional View >

## LILY MCNEAL-CHARLOTTE TIE WAIST

A rich cardigan perfect for snuggling up in high style.
46% Cotton/ 27% Silk/ 15% Cashmere/ 12%
Viscose. Hand wash or dry clean only.

SKU: 2C15

$412

Pre-orders ship upon arrival.
Products are shipped in 3-5 business days.

Color:    <-- Color -->

Select Size:    <-- Size -->

Quantity:    1

# pinkMASCARA

WHATS NEW    SALE    LOOK BOOK    CUSTOMER SERVICE    SEARCH

 

Live Chat Offline

VIEW CART    MAILING LIST

FREE GROUND SHIPPING

LaROK · Jackets

## Shop by Category:

- Clothing
- Shoes
- Handbags
- Jewelry & Accessories
- Candles
- Trends
- Pre-Orders
- Popular Searches

## Shop by Designer:

- 3.1 Phillip Lim
- Adina
- Alex Gaines
- Alexis Hudson
- Anna Corinna
- Boudoir by Disaya
- BURN Candles
- CC Skye
- Charlotte Ronson
- Cheap Monday
- Citizens of Humanity
- CLU
- Demylee
- Development
- Diane Von Furstenberg
- Dittos
- Dogeared
- Dolce Vita
- Ella Moss
- Erotokritos








Zoom In

## LaROK Charlotte Cropped Jacket

- 100% Polyester
- Dry Clean
- Imported

Look stunning in this LaROK Charlotte Cropped Jacket. Gorgeous short sleeve cream jacket with allover gold pattern. Cute gold buttons in front and on sleeves. Wear LaROK jacket with your favorite jeans.

**Availability:** Usually ships the next business day.

AJ 13952(XS) 13953(S) 13954(M) 13955(L)

Price: $286.00

Size:  XS    Color: Ecru

Quantity: 1    ORDER

« Jackets

TELL A FRIEND

YOU MAY ALSO BE INTERESTED IN THESE ITEMS

ebay

Categories ▼    Motors    Express    Stores    Sneak Peek: See what's changing on eBay

Buy    Sell    My eBay    Community    Help

Search    Advanced Search

Get rewards with eBay MasterCard!

Site Map



Back to list of items    Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Intimates > Bras, Bra Sets

NWT La Perla Malizia Charlotte Silk Soft Cup Bra 1 36B

Buyer or seller of this item? Sign in for your status

View larger picture

Item number: 270160734177

Watch this item in My eBay

≡Buy It Now≡ price: US $26.95    Buy It Now >

You can also:    Watch This Item
Get mobile or IM alerts | Email to a friend

Item location:    Los Gatos, CA, United States

Ships to:    Worldwide

Shipping costs:    US $5.00
Standard Flat Rate Shipping Service
Service to United States
(more services)

Listing and payment details:    Hide

Payment methods:    PayPal (preferred),
Other - See Payment
Instructions for payment
methods accepted
See details

Meet the seller

Seller:    le-papillon-lingerie ( 7668 ⭐ )
Feedback:    99.9% Positive
Member:    since Jul-08-99 in United States

Read feedback comments
Ask seller a question
Add to Favorite Sellers
View seller's other items: Store | List
Visit seller's Store:
📦 Le-Papillon-Lingerie

Buy safely

1. Check the seller's reputation
Score: 7668 | 99.9% Positive
Read feedback comments

2. Check how you're protected
PayPal  Up to $2,000 in buyer protection.
See eligibility.

No Payments Until 2008 on your first purchase over $50 with the new eBay MasterCard! Plus, earn rewards toward future eBay purchases wherever you shop. See Details | Apply Now

Returns:    Seller accepts returns.

# KOHLS.com
expect great things

search: [        ] go

Home ▶ Juniors' ▶ School Uniforms ▶ Bottoms ▶ Joe Benbasset Charlotte Pant - Black

▶FREE Standard Shipping when you spend $75 or more! Get the details

| Women's | Juniors' | Intimates | Men's | Young Men's | Kids' | Baby | Toys | Shoes | Jewelry |
| Bed & Bath | Kitchen & Dining | | Furniture & Home Decor | Home Care | Luggage & Backpacks | | Electronics & Games | | Clea |

Gift Shop | Home for the Holidays | Gift Cards | Gift Registry | Today's Ad | Sign In | My Account | Order Status | My Kohl's Charge | Store Locator

🛒 shopping bag & checkout

+ Zoom

✉ E-mail to a friend

## Joe Benbasset Charlotte Pant - Black

**orig. $36.00**
**sale $12.99**

Select Size:

| 1 AVG/REG | 3AVG/REG |
| 5AVG/REG | 7AVG/REG |
| 9AVG/REG | 11 AVG/REG |
| 13 AVG/REG | 15 AVE/REG |
| 17 AVE/REG | 3 T/L | 5 T/L |
| 7 T/L | 9 T/L | 11 T/L | 13 T/L |
| 15 T/L |

Quantity: [ 1 ]

**Add to Bag**

**You'll amaze everyone** in these trendy pants! Featuring a classy tonal-striped pattern that's perfect for a dressy occasion. And a permanent crease down the leg. With slightly flared leg openings. Extended-tab styling gives you a fabulous fit around the waist. A low-rise cut sits on



gift cards
good in-store & online

always FREE standard

0 ite
estimated sh

# EQUESTRIAN
## COLLECTIONS

Shop By: Ladies | Men | Young Riders | Horses | Barn

Apparel | Footwear | Health & Beauty | Helmets & Safety | Gift Certificates | Gifts

Shop By: Discipline | Collections | Special Collections | Sales

Horse Supplies | Car & Travel | Horse Apparel | Tack & Strap | Horse Grooming | Barn Supplies

Search



## Hobby Horse Charlotte Rhinestone Show Slinky

Hobby Horse Charlotte Rhinestone Show Slinky - It's Show Time - are you ready to win? Large Swarovski crystals shimmer on sleeves and necks. Classic comfort in form-fitted show slinky.

**HOBBY HORSE**
CLOTHING COMPANY

**Hobby Horse Charlotte Rhinestone Show Slinky**

Retail Price: $78.95
**Your Price: $70.95**
You Save: $8.00

Item Code:           HH00048

BaseSKU:             HH18986152

WebadminID:          9015

Select Color        Select Size

Qty:

 Add to Wish List

BUY NOW



# lisaKline.com

MEN   WOMEN   KIDS   customer service   contact us   log in   my shopping bag

You are currently shopping in: **jainesse** / jainesse - charlotte jean

shop by brand

american retro
amo & bretti
andrea brueckner
andrew marc
autumn cashmere
bailey 44
bill wall leather
botkier
by francine
c&c california
chip & pepper
chrissa
classic hardware
cyn
dattbird
danang
diane samandi
dini's
dittos
elijah
ella moss
fleur't lingerie
foley & corinna
fresh karma
fresh scents terri
galpal
garcon
generra
gogo voyage
gold hawk
gorjana
hat attack
her look enterprises
hera



Email to a friend >



## JAINESSE - CHARLOTTE JEAN

Super high waist lines and sweeping wide legs are
what new L.A. based denim line Jainesse is all about
and so are their celebrity fans which already include
Jessica Alba and Mandy Moore.

99% Cotton, 1% lycra Inseam: 35" Rise: 13"

SKU: J1002HLB

**$216**

Pre-orders ship upon arrival.
Products are shipped in 3-5 business days.

Color:                <-- Color -->

Select Size:          <-- Size -->

Quantity:   | 1 |

home
shop by produ
what's new
what's hot
pre-orders
on sale
in the press
store locations
ask a question
need help
newsletters
about lisa
checkout

Search

# tobi

MY TOBI | LOOKBOOK | ECO-TOBI | EDITORIAL

Shop by? | Brand | Category | Beauty Bar | New Arrivals | Sale

**WOMEN**

**MEN**

SONI & CINDY

All Categories

**DRESSES**
Casual

**JACKETS**
Casual
Outerwear

**TOPS**
Casual

Back to All Brands

+1.866.344.7231 | M-F 9am-6pm PST | (Empty) | CHECKOUT

BACK | ◄ PREVIOUS | NEXT ►

# soni & cindy















**CHARLOTTE COAT**
$462    SNCIVJKT3002

Color    Stone

Size    2    Qty    1    SIZE CHART

ADD TO SHOPPING BAG

### SONI & CINDY

Sisters Sonia and Cindy Huang started their soni & cindy label after a lifelong passion for all things cute and girly. With some design experience under their belts, they fused this sensibility with superior construction, resulting in a collection we adore.

This Charlotte Coat blends just the right amount of refined structure with feminine detail. In touchable pure wool, this double-breasted coat has puffed sleeves and a crossover high neck. Bow detailing adorns the pockets and punctuates the center back with a bit of pleating underneath for a cool trompe l'oeil effect. Open the coat and get a glimpse of the fun star print lining in a cotton and silk blend.

The narrow seaming keeps this coat fitted--a perfectly demure layer for the colder months ahead. Wear with denim trousers to balance this look.

- Exterior: 100% wool
- Lining: 52% cotton, 48% silk
- Color: Stone

# shopepic.com

Log In | View Bag ( 0 ) | Customer Service

order by phone
(866) 491-EPIC

FREE Ground Shipping
on any purchase over $100

all products guaranteed
100% Authentic

Search  [go]

Leave a message for a stylist

shop by brand

WOMEN
2 B Free
7 For All Mankind Jeans
BCBG
Big Buddha
C & C California
Chamak by Priya Kakkar
Chinese Laundry
Citrine by the Stones
Citizens of Humanity Jeans
Da-Nang
Deux Lux
Diesel
Diesel Accessories
Diesel Jeans
Diesel T-Shirts
Dolce Vita
Ella Moss
Epic
Fetching
Fornarina
Free People
French Connection
Fresh
Gorjana
Hale Bob
Hanky Panky
Havaianas
Hudson Jeans
Joe Bush Hollywood
Joe's Jeans
Johnson
Juicy Couture
Juicy Couture Accessories
Juicy Couture Jeans

Shop by Brand

Back to True Religion Jeans



front     back     side     detail

You may also like:

## TRUE RELIGION JEANS CHARLOTTE PENCIL SKIRT IN SOFT/RIGID

Price $196.00

Select From:
Size

add to bag

add to wishlist

share with a friend



Bella Blu maternity.com

*An online maternity clothing boutique*

**Free Shipping on orders over $100 - Call for Express Shipping***

VERIFIED: 18OCT
VERIFIED SECURE
CONTROL SCAN .COM

Shopping Cart
View Cart | Checkout
View Cart

**Products**

- After the Baby Wear
- Baby Clothes
- Baby Furniture
- Diaper Bags
- Gifts for Baby
- Gifts for Dad
- Gifts for Mom
- Gifts for Siblings
- Maternity Dresses
- ❀ Maternity Jeans
- Maternity Pajamas
- Maternity Pants
- Maternity Skirts
- Maternity Swimwear
- Maternity Tops
- Maternity Underwear
- Mother's Jewelry and Accessories
- Nursing Bras

Home > Maternity Jeans > Charlotte Maternity Jean in Dark Denim by Serena Maternity
More >>

Order Now: 866-406-4135

Search for: [ ] Go

# Charlotte Maternity Jean in Dark Denim by Serena Maternity

~~$93.00~~ Your cost: **$72.00**

SIZE: LARGE [ ]

Add To Cart

Add to Registry

 Email to a Friend

The Charlotte Maternity Jean in Dark Denim

Form fitting flared cropped maternity jean by exclusive designer Serena.

Under the belly fit.

Elastic in the waistband above the 2 front pockets.

Two back pockets.

Read Reviews
Write a Review

~~$93.00~~ Your cost: **$72.00**
SIZE: LARGE [ ]

Add To Cart

**Your cost: $72.00**


⊕ enlarge

**Clearance Sale!**
Click HERE!

❀ Gift Certificate

❀ Sizing Charts

**Bestsellers**

1. Pink Dream Pjs By Olian
2. Black Mod Dress
3. Baby Burrito Blanket & Hat Set in Pink, Blue, Yellow, or Gr
4. Japanese Weekend Lux Jersey Flare P.
5. Lucy Gown By dearjohnnies
6. Chiffon Black Dres
7. Organic Oh Baby! Belly Butter by mi amore
8. Quinn Stripe Stret Sling
9. Precious Jeans By Momzee
10. Family Tree Maternity Tee
11. Cha Cha Jeans By mamablack
12. "Father to be" dad Shirt

**Latest Products**

REVOLVEClothing.com

Women | Handbags | Shoes | Jewelry & Accessories | Men | Kids | My Account

Shopping Bag: 0 items - subt
Contact Us: 1-888-
› FREE 2-3 day shipping, › FREE no hass
Sign up on our mailing list for a chance to win a $20(
Find it fast

View by:
**Brand** | Category

Kirilik
Kyumi
L'ecole Des Femmes
LA Made
La Maison de la Vanille
Lamb
LaROK
Lauren Moffatt
Laurie B
Le Magnifique
Leila
Lewis Cho
Life & Death
Lily McNeal
Lips
Lisa Levine
Literature Noir
LnA
Loomstate Jeans
Lorun
Louis Verdad
Love & Eight
Love From Australia
Love Luggage Joint
Love Yaya

Sign up to win a shopping spree!
**Email Address**
Lumileren & Windimer

Submit

### Plenty Frock Charlotte Classic Lace Dress in Black

Details | More Views | Fit Guide | Reviews

prev    Zoom    next



*plenty frock*

Why not frolic around this spring in the dainties of frocks?

Reg: $264.00

- Color - Black
- Self: 68% cotton 32% nylon
- Lining: 100% rayon
- Dry clean only
- Invisible side zipper
- Pleated waistband
- Front button closure with key hole
- Revolve Style No. FROC-WD4
- Manufacturer Style No. WIN4C7
- *Can't find your size?* If your size is not in stock, it may be available for special order. To place a **Special Order Inquiry,** or for more information on how special orders work, click **here.**

**summarize:** All Customer Reviews (0)

sizing:    --
look:      --            comfort:    --
fit:                     overall:    --

Shipping : Returns : Guarantee : Contact Us : Security : Privacy : Legal : Account

Customer Reviews
*There are currently no reviews for this product.*
**Be the first to write a review for this product!**

Black
Select Size






add to
bag

Free 2-
priority

30 day
match

Free Re

Ask Cus

Live Ch
E-mail
1-888-44
Phone
1-888-44
FAQs

All content copyright Eminent, Inc. 2007. All

# DESIGNER EXPOSURE



home    log in    create account    shopping cart    checkout    help    policies

SHOP    FREE    CUSTOMER    NEW ARRIVES    PAST SEASON    SALE ITEMS

SHOP BY CATEGORY

Belts
Boots
Cashmere
Coats
Designer Bags
Dresses
Evening Wear
Fab Accessories
Fab Fall
Hats, Gloves,Wraps,Scarfs
Hot Handbags
Jackets
Jeans & Denim
Jewelry
Knits
Knits
Leather & Fur
Lingerie
Musthave\'s
Shirts
Shoes
Shorts
Skirts
Spring 2007
Suits
Sunglasses
Sweaters
Swimwear
Tops
Trousers
Vests
Wallets
Wraps

SEARCH

Results show my size only:

○ Yes    ○ No

go

Create a size profile

Select a category:

x   Jeans & Denim

**Meli' Melo'**

## Meli-Melo Jeans - Brand New Charlotte Bootcut Jeans in Cinnamon Wash - Laid Back Must-Have!!!

Item No : It947
Category : Jeans & Denim
Measurement : low rise waist 31" hip 36"
Inseam 35" length 43"
Size: 27"waist
Condition : New 
Location : New York

Price : US$145.95 currency converter

add to cart    back

Brand new "Charlotte" bootcut 5-pocket jeans
in cinnamon wash. Low-rise finished waist
closes with one signature metal button and
concealed zipper. Eye-catching orange and
beige back-pocket stitching. A laid back must-
have pair of jeans!!!



Click images below to view other angles.

# jacqueline
Jewelry & Accessories





0
0 items

## JACQUELINE JARROT



HOME

NEWEST TRENDS....

AS SEEN IN MAGAZINES....

JUARROT HANDBAGS

WOMENSWEAR
MENSWEAR
ACCESSORIES
HANDBAGS
JEWELRY
GIFTS
DOG STUFF

Popular Searches

Search

## Joe's Jeans Honey in Charlotte

**$165.00**

Choose a size: 24 25 26 28 29 30 32
○ ○ ○ ○ ○ ○ ○

**Honey in Charlotte.** The Honey - [n:booty fit] Curvy., Voluptuous and sexy are just a few ways to describe this silhouette's show-stopping effect. Fitted at the waist and contoured for the ultra feminine physique. Voluptuous never had it so good.

enlarge picture



- Color - Charlotte
- 34" Inseam
- 8" Rise



Quantity 1

Add to Order        Check Out

INK INK

FALL 2007

**Felicity Knit** - Hip length, butter jersey cap sleeve tee with silver foil print detail from shoulder seam to bust line. 100% pima cotton. Mist heather grey (B75). XS-L Imported. **7270M811** $48

**Charlotte Skirt** - Wide pleated wool tartan plaid mini skirt, with wide waist cut on the bias. 45% Cotton 18% wool 35% poly 2% polynide. Vintage Blue (N97). 0-12 Imported. **7270M803** $88

PURCHASE ONLINE



