# Exhibit E

**Hello, KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)   **We've been remodeling.** Come take a look.

KRISTEN's Amazon.com   Today's Deals   Gifts & Wish Lists   Gift Certificates   Your Account | Help

**Apparel & Accessories**   Women   Men   Teens   Kids & Baby   Shoes   Accessories   Luggage   Seller Directory   On Sale Now

Apparel

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

### Charlotte, Blk 4" Gen. Satin Sandal With Swarovski Crystal Stones

Other products by **The Highest Heel**

No customer reviews yet. Be the first. | More about this product

**Price:** ~~$37.47~~
**Sale: $24.98**
**You Save:** $12.49 (33%)

**Select Size**

**Size:** (choose one)

| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

See merchant's sizing charts

**Availability:** Select Size to view (or, see the complete pricing and availability chart.)

See larger image

Share your own customer images

**To buy, select Size**
(Choose from options to the left)

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

**Special Offer:** Spend $25 or more in our Apparel Store, and receive a 1-year subscription to one of the following magazines: *Lucky*, *TeenVogue*, or *Details*,

**Hello, KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)    **We've been remodeling.** Come take a look.

KRISTEN's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates    Your Account | Help

Apparel

**Apparel & Accessories**    Women    Men    Teens    Kids & Baby    Shoes    Accessories    Luggage    Seller Directory    On Sale Now



You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

### Sam Edelman Women's Charlotte Ballet Flat

Other products by Sam Edelman

No customer reviews yet. Be the first. | More about this product

**Price: $43.90 - $66.99**
💲 Special Offers Available

**Select Size and Color**

**Size: (choose one)**

| 6 M | 6.5 M | 7 M | 7.5 M | 8 M | 8.5 M | 9 M |
| --- | --- | --- | --- | --- | --- | --- |
| 9.5 M | 10 M | | | | | |

**Color: (choose one)**

See merchant's sizing charts



⊕ ZOOM

See larger image and other views (with zoom)

Share your own customer images

**To buy, select Size and Color**
(Choose from options to the left)

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List ▼
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

Hello, **KRISTEN E ZECHA**. We have recommendations for you. (Not KRISTEN?)

We've been remodeling. Come take a look.

KRISTEN's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Certificates

Your Account | Help

Apparel

Women | Men | Teens | Kids & Baby | Shoes | Accessories | Luggage | Seller Directory | On Sale Now

**Apparel & Accessories**

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

## Carolina - Womens - Charlotte Steel Toe

Other products by Carolina

No customer reviews yet. Be the first. | More about this product

**Price: $66.00**

**Select Size**

**Size: (choose one)**

| 5.5 W | 6 W  | 7 M   | 7 W   | 7.5 M | 7.5 W | 8 W  |
|-------|------|-------|-------|-------|-------|------|
| 8.5 W | 9 W  | 9.5 M | 9.5 W | 10 M  | 10 W  | 11 M |
| 11 W  |      |       |       |       |       |      |

**Color: Black Nytek**

See larger image and other views

Share your own customer images

See merchant's sizing charts

**To buy, select Size**
(Choose from options to the left)

**Color:** Black Nytek

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

Hello, **KRISTEN E ZECHA**. We have recommendations for you. (Not KRISTEN?)    **We've been remodeling.** Come take a look.

KRISTEN's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates    Seller Directory    On Sale Now    Your Account | Help

**Apparel & Accessories**    Apparel    Women    Men    Teens    Kids & Baby    Shoes    Accessories    Luggage

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**



### Dexter Bowling - Womens - Charlotte
Other products by Dexter

★★★★☆ ▼ (2 customer reviews) | More about this product

**List Price:** ~~$64.99~~
**Price: $35.95**
**You Save: $16.04 (30%)**

**Select Size**

**Size: (choose one)**

| 5 M | 5.5 M | 6 M | 6.5 M | 7 M | 7.5 M | 8 M |
| 8.5 M | 9 M |

**Color: White/Black**

See larger image and other views

Share your own customer images

See merchant's sizing charts

**To buy, select Size**
(Choose from options to the left)
**Color:** White/Black

**Quantity:** 

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List ▼

Add to Shopping List

Add to Wedding Registry

Add to Baby Registry

Tell a friend

**Hello, KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)   **We've been remodeling.** Come take a look.

KRISTEN's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates    Seller Directory    On Sale Now    Your Account | Help

**Apparel & Accessories**    Women    Men    Teens    Kids & Baby    Shoes    Accessories    Luggage

Apparel

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

### Charlotte by Touch Ups

Other products by Touch Ups

No customer reviews yet. Be the first. | More about this product

**Price: $55.00**

Loading...

**Size: (choose one)**
Select

**Color: White**
White

**Availability:** Select Size to view (or, see the complete pricing and availability chart.)

See merchant's sizing charts

See larger image

Share your own customer images

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List ▼
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

**Special Offer:** Spend $25 or more in our Apparel Store, and receive a 1-year subscription to one of the following magazines: *Lucky*, *TeenVogue*, or *Details*, (valued from $8.00 to $12.00) with your purchase. Here's how (restrictions apply).

Zappos Sites: zappos.com  Couture  RideShop  Running  Outdoor

# Zappos.com
POWERED by SERVICE™

Free Overnight Shipping (Business Days Only) [Learn more](#)

24/7 Customer Service **1.800.927.7671** (Español 1.888.927.4104)

Way to Pay! No Wallet. No Wait. No Worries.® with **BillMeLater®** Subject to Credit Approval Details >

Shopping Cart | My Account | My Favorites | Help

Why Shop at Zappos.com?

Shoes | Clothing | Bags | Women | Men | Accessories | Kids | Brands | Gift Ideas | On Sale | New Styles | Search

[Go!]

Search

Click to visit canada.zappos.com

← Back to Browsing

Kid Express

Do you own this product? ** Be the first one to review it! **

Click here for Suggested Sizing

**Kid Express Charlotte (Toddler)**

SKU #7318386

$ 54.95

SIZE  Select Your Size
WIDTH  M (standard)

In Stock!  [Add to Shopping Cart]

FREE SHIPPING BOTH WAYS!

Free Overnight Shipping

**BillMeLater** Buy Fast. Feel Secure. Pay Later!℠ Details

COLOR  Light Blue Nubuck

View another color:
Light Blue Nubuck

Notify Me If My Size Becomes Available!

Browse More Styles...

Tell a Friend

Add to My Favorites

← Previous    SKU #7318386    MULTI VIEW ✱    Next →

▼ Sweet mary jane with a sassy side.
▼ Soft nubuck upper with all over polka dot print.

> Home
> Brand List
> Latest Styles

Contact Us - open 24 hours!
800-927-7671
help@zappos.com
24/7 · 365-Day a year!
(or, order by fax)

[Click here for Live Support]

Customer Testimonials

BBB Reliability Program
BizRate 2007

Zappos Rewards VisaCard® Apply Now Earn 1,500 points with first use

FREE SHIPPING BOTH WAYS!
110% Price Protection
365-DAY Return Policy

Zappos Sites: Zappos.com  Couture  RideShop  Running  Outdoor

# Zappos.com
POWERED by SERVICE™

**Free Overnight Shipping** (Business Days Only) Learn more

Shopping Cart | My Account | My Favorites | Help

Click to visit canada.zappos.com

Shoes | Clothing | Bags | Women | Men | Accessories | Kids | Brands | Gift Ideas | On Sale | New Styles | Search

Why Shop at Zappos.com?

Search [    ] Go!

110% Price Protection
365-DAY Return Policy

FREE SHIPPING BOTH WAYS!

Zappos Rewards VisaCard® Apply Now — Earn 1,500 points with first use

BBB RELIABILITY PROGRAM

Customer Testimonials ▼

BizRate 2007

Contact Us - open 24 hours!
**800-927-7671**
help@zappos.com
24/7, 365 day a year!
(or, order by fax)

Click here for Live Support

> Home
> Brand List
> Latest Styles

24/7 Customer Service **1.800.927.7671** (Español 1.888.927.4104)

Way to Pay! No Wallet. No Wait. No Worries.® with **BillMeLater**® Subject to Credit Approval Details >

← Back to Browsing   Browse More Styles...

**Customer Ratings/Reviews** (Number of Reviews: 33)
Overall: ★★★★★   Look: ★★★★★
Comfort: ★★★★★

Do you own this product? **Write an online review** and share your thoughts!
Notify Me If My Size Becomes Available! ☺

Read Reviews Below!

Tell a Friend   Add to My Favorites



FRYE

**Frye**
**Charlotte Ring**
SKU #7197345

**Sale!**
**10% off**
(was $133.95)
**$ 120.56**

COLOR
Black [■]

SIZE
Select Women's Size [ ▼ ]   WIDTH M (standard)

In Stock?   Add to Shopping Cart 🛒

FREE SHIPPING BOTH WAYS!

**Free** Overnight Shipping

 **BillMe Later**℠ Buy Fast. Feel Secure. Pay Later!℠ Details

> **Read customer reviews!**
> Step out in style with this must have mule.

SKU #7197345

Zappos Sites: Zappos.com    Couture    RideShop    Running    Outdoor



# Zappos.com
POWERED by SERVICE™

**Free Overnight Shipping** (Business Days Only) [Learn more](#)

24/7 Customer Service **1.800.927.7671** (Español 1.888.927.4104)

Shopping Cart | My Account | My Favorites | Help

Shoes | Clothing | Bags | Accessories | Men | Kids | Brands | Gift Ideas | On Sale | New Styles | Search

Why Shop at Zappos.com? — [Go!]

Click to visit canada.zappos.com

Way to Pay! No Wallet. No Wait. No Worries.® with **BillMeLater**® Subject to Credit Approval [Details >](#)

← Back to Browsing    Browse More Styles...

### Rock & Republic
### Charlotte

SKU #7330733

**Sale!**
**36% off**
(was $393.95)
**$ 255.00**

SIZE  Select Women's Size

WIDTH  M (standard)

COLOR  Blue Shirting Fabric

 In Stock?

 Add to Shopping Cart

**FREE SHIPPING BOTH WAYS!**

*Free* Overnight Shipping

 **BillMeLater** Buy Fast. Feel Secure. Pay Later!℠ [Details](#)

▼ **Read customer reviews!**
Get an edgy look in these strappy sandals.

 ROCK & REPUBLIC
View another color!
Blue Shirting Fabric

Tell a Friend 😊    Add to My Favorites

Do you own this product?   Notify Me If My Size Becomes Available!

**Customer Ratings/Reviews** (Number of Reviews: 1)
Overall: ★★★★★
Comfort: ★★★★½
Look: ★★★★★

**Write an online review** and share your thoughts!

Read Reviews Below!

> Home
> Brand List
> Latest Styles

 Click here for Live Support

Contact Us - open 24 hours!
**800-927-7671**
help@zappos.com
24/7, 365-Days a year!
(or, order by fax)

 Customer Testimonials ▼

 BBB ONLINE RELIABILITY PROGRAM

 BizRate 2007

 FREE SHIPPING BOTH WAYS! 365-DAY Return Policy

 Zappos Rewards Visa Card® Apply Now — Earn 1,500 points with first use · 10% Price Protection






Zappos Sites: Zappos.com | Couture | RideShop | Running | Outdoor

**Zappos.com** POWERED by SERVICE™

24/7 Customer Service **1.800.927.7671** (Español 1.888.927.4104)

**Free Overnight Shipping** (Business Days Only) Learn more

Shopping Cart | My Account | My Favorites | Help

Shoes | Clothing | Bags | Accessories | Men | Women | Kids | Brands | Gift Ideas | On Sale | New Styles | Search

Why Shop at Zappos.com?  Search [ ] Go!

CLICK to visit canada.zappos.com

← Back to Browsing
Way to Pay! No Wallet. No Wait. No Worries.® with **BillMeLater*** Subject to Credit Approval Details »

← Previous
Browse More Styles...
Do you own this product? ** Be the first one to review it! **
Notify Me If My Size Becomes Available!

**FIORUCCI**
Tell a Friend
Add to My Favorites

SKU #7353109
MULTI VIEW

**Fiorucci Kids**
**Charlotte**
**Stivaletto Strass**
**(Toddler)**    $ 129.95

SKU #7353109

Click here for Suggested Sizing

FREE SHIPPING BOTH WAYS!

**SIZE** Select Your Size
**COLOR** Suede Nero (Black Suede)
**WIDTH** M (standard)

In Stock!  [Add to Shopping Cart]

**Free Overnight Shipping**

**Buy Fast. Feel Secure. Pay Later!**℠
BillMeLater Details

▼ Bling it on!
▼ Premium leather upper features colorful crystals.

> Home
> Brand List
> Latest Styles

Contact Us - open 24 hours!
**800-927-7671**
help@zappos.com
24/7, 365 Day a year!
(or, order by fax)

[Click here for Live Support]

Customer Testimonials ▼

BBB ONLINE RELIABILITY PROGRAM

BizRate 2007

FREE SHIPPING BOTH WAYS! 365 DAY Return Policy

Zappos Rewards VisaCard® Apply Now
Earn 1,500 points with first use

10% Price Protection

Hello, **KRISTEN E ZECHA**. We have recommendations for you. (Not KRISTEN?) We've been remodeling. Come take a look.

KRISTEN's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Certificates | Your Account | Help

**Apparel & Accessories** — Apparel

Women | Men | Teens | Kids & Baby | Shoes | Accessories | Luggage | Seller Directory | On Sale Now



See larger image and other views

Share your own customer images



You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

## Flojos Charlotte Sandal

Other products by Flojos

No customer reviews yet. Be the first. | More about this product

**Price: $25.00**

**Select Size and Color**

**Size: (choose one)**
9 | 10 | 5 | 6 | 7 | 8

**Color: (choose one)**
Black | Brown

See merchant's sizing charts

**Availability:** Select Size and Color to view (or, see the complete pricing and availability chart.)

**To buy, select Size and Color**
(Choose from options to the left)

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

**Apparel & Accessories**

Hello, **KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)    We've been remodeling. Come take a look.

KRISTEN's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates    Your Account | Help

Apparel    Women    Men    Teens    Kids & Baby    Shoes    Accessories    Luggage    Seller Directory    On Sale Now

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

Share your own customer images

See larger image

### Charlotte by Salon Shoes
Other products by Salon Shoes

No customer reviews yet. Be the first. | More about this product

Price: ~~$78.00~~
**Sale: $50.00**
You Save: $28.00 (35%)

Loading...

**Size: (choose one)**

| 10 | 7.5 |

**Color: (choose one)**

| White | Violet |

See merchant's sizing charts

**Availability:** Select Size and Color to view (or, see the complete pricing and availability chart.)

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List | ▼
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

**Hello, KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)    **We've been remodeling.** Come take a look.

KRISTEN's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates    Your Account | Help

**Apparel & Accessories** | Women | Men | Teens | Kids & Baby | Shoes | Accessories | Luggage | Seller Directory | On Sale Now

Apparel

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

### Born Charlotte Green sandals

Other products by Born

No customer reviews yet. Be the first. | More about this product

Price: ~~$85.00~~
**Sale: $59.99**
**You Save:** $25.01 (29%)

Loading...

**Size:** 9 M

9 M

**Color: Green**

Green

See merchant's sizing charts

**Availability:** In Stock. See pricing and availability chart for details. Ships from and sold by Gotham City Online.

See larger image and other views

Share your own customer images

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

Hello, **KRISTEN E ZECHA**. We have recommendations for you. (Not KRISTEN?)   **We've been remodeling.** Come take a look.

KRISTEN's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Certificates | Your Account | Help

Apparel

**Apparel & Accessories**  Women  Men  Teens  Kids & Baby  Shoes  Accessories  Luggage  Seller Directory  On Sale Now



You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**



See larger image

Share your own customer images

# Yves Saint Laurent black stamped leather 'Charlotte' pump

Other products by Yves Saint Laurent

No customer reviews yet. Be the first. | More about this product

---

**Availability:** This item is currently not available.

**Special Offer:** Spend $25 or more in our Apparel Store, and receive a 1-year subscription to one of the following magazines: *Lucky*, *TeenVogue*, or *Details*, (valued from $8.00 to $12.00) with your purchase. Here's how (restrictions apply).

Currently unavailable. We don't know when or if this item will be back in stock.

Add to Wish List | ▼

Add to Shopping List

Add to Wedding Registry

Add to Baby Registry

Tell a friend

**Product Features**