# Exhibit F

**Hello, KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)   **We've been remodeling.** Come take a look.

KRISTEN's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates    Your Account | Help

**Apparel & Accessories**    Women    Men    Teens    Kids & Baby    Shoes    Accessories    Luggage    Seller Directory    On Sale Now

Apparel



See larger image and other views (with zoom)

Share your own customer images

**You qualify for a FREE trial of Amazon Prime**

You've qualified: *Two-Day shipping* on this item is **FREE** with a free trial of Amazon Prime.

## JILL STUART Charlotte Handbag

Other products by JILL STUART

No customer reviews yet. Be the first. | More about this product

**Price: $325.00** & this item ships for **FREE with Super Saver Shipping**. Details

**Select Color**

**Color:** (choose one)

**Availability:** Select Color to view (or, see the complete pricing and availability chart.)

**To buy, select Color**
(Choose from options to the left)

1-Click ordering is not available for this item.

**Quantity:** 1

Add to Shopping Cart

Add to Wish List | ▼
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

**Special Shipping Information:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues.

Hello, **KRISTEN E ZECHA**. We have recommendations for you. (Not KRISTEN?)   We've been remodeling. Come take a look.

KRISTEN's Amazon.com   Today's Deals   Gifts & Wish Lists   Gift Certificates   Your Account | Help

**Apparel & Accessories**   Women   Men   Teens   Kids & Baby   Shoes   Accessories   Luggage   Seller Directory   On Sale Now

Apparel

**Prime**

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

See larger image

Share your own customer images

# Miquel Rius Jordi Labanda Charlotte Coin Purse

Other products by Miquel Rius

No customer reviews yet. Be the first. | More about this product

**Price: $16.95**
Special Offers Available

Loading...

**Size: None**
None

**Color: Red**

**Availability:** In Stock. See pricing and availability chart for details. Ships from and sold by LuggagePoint.

See merchant's sizing charts

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List | ◄
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

Hello, **KRISTEN E ZECHA**. We have recommendations for you. (Not KRISTEN?)    **We've been remodeling.** Come take a look.

KRISTEN's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates    Your Account | Help

| Apparel & Accessories | Women | Men | Teens | Kids & Baby | Shoes | Accessories | Luggage | Seller Directory | On Sale Now |

Apparel

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

See larger image

Share your own customer images

## JP Tods Charlotte handbag 706

Other products by JP Tod's

No customer reviews yet. Be the first. | More about this product

**Price: $395.00**

**Availability:** In Stock. Ships from and sold by **DellaModa**.

Only 1 left in stock--order soon.

**Special Offer:** Spend $25 or more in our Apparel Store, and receive a 1-year subscription to one of the following magazines: *Lucky*, *TeenVogue*, or *Details*, (valued from $8.00 to $12.00) with your purchase. Here's how (restrictions apply).

**Price: $395.00**
In Stock
Ships from and sold by DellaModa

**Quantity:** 1

[Add to Shopping Cart]

or

Sign in to turn on 1-Click ordering.

[Add to Wish List ▼]

[Add to Shopping List]

[Add to Wedding Registry]

[Add to Baby Registry]

[Tell a friend]

## Product Description

**Product Description**

J.P Tod's " Charlotte " shopper in pebbled leather; turqoise color. Made with the finest qualities of Italian leather. Zipper opens into a fully lined inner cavity; There is a zippered pocket inside. 100% Authentic or your money back. Retail value of $850.00. Brand new; it will arrive with it's signature dust bag; Made in Italy, Approximate size: 7" height; 16" width; 6" base; this will perfectly fit

Zappos Sites: Zappos.com   Couture   RideShop   Running   Outdoor   Click to visit canada.zappos.com

# zappos.com
POWERED by SERVICE™

**Free Overnight Shipping** (Business Days Only) Learn more

24/7 Customer Service **1.800.927.7671** (Español 1.888.927.4104)

Shopping Cart | My Account | My Favorites | Help

Shoes | Clothing | Bags | Women | Men | Accessories | Kids | Brands | Gift Ideas | On Sale | New Styles

Why Shop at Zappos.com?   Search [ Go! ]

Way to Pay! No Wallet. No Wait. No Worries.® with **BillMeLater®**   Subject to Credit Approval Details »

Back to Browsing

Browse More Styles...

Do you own this product? Notify Me If My Size Becomes Available! **Be the first one to review it!**

## GUESS
BY MARCIANO

### GUESS Charlotte Half Flap    $ 68.95

SKU #7241034

FREE SHIPPING BOTH WAYS!

In Stock?  [ Add to Shopping Cart 🛒 ]

**Free** Overnight Shipping

**SIZE** One Size
**COLOR** Gold

**Buy Fast. Feel Secure. Pay Later!℠** BillMeLater Details

- Shoulder bag made of metallic synthetic leather with metallic croco embossed synthetic leather trim.
- Single shoulder strap.
- Silver tone hardware.
- Cone stud details.

← Previous

SKU #7241034
✱ MULTI VIEW

Tell a Friend ✉
Add to My Favorites

Next →



Contact Us - open 24 hours!
**800-927-7671**
help@zappos.com
24/7 365-Day a year!
(or, order by fax)

 Customer Testimonials ▼

 BBB ONLINE RELIABILITY PROGRAM

 BizRate 2007

 FREE SHIPPING BOTH WAYS! 365-DAY Return Policy

 Zappos Rewards VisaCard® Apply Now — Earn 1,500 points with first use

110% Price Protection

 Click here for Live Support

> Home
> Brand List
> Latest Styles

Hello, **KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)  **We've been remodeling.** Come take a look.

KRISTEN's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates    Your Account | Help

**Apparel & Accessories**    Women    Men    Teens    Kids & Baby    Shoes    Accessories    Luggage    Seller Directory    On Sale Now

Apparel

You qualify for a FREE trial of Amazon Prime 

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**



See larger image and other views

Share your own customer images

### Women's Latico Charlotte Wide Mouth Satchel L3511

Other products by Latico

No customer reviews yet. Be the first. | More about this product

**Price: $157.95**

Loading...

**Color: (choose one)**

Black w/Pale Mauve Leather

**Availability:** Select Color to view (or, see the complete pricing and availability chart.)

**Special Offer:** Spend $25 or more in our Apparel Store, and receive a 1-year subscription to one of the following magazines: *Lucky, TeenVogue,* or *Details,* (valued from $8.00 to $12.00) with your purchase. Here's how (restrictions apply).

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

Hello, **KRISTEN E ZECHA**. We have recommendations for you. (Not KRISTEN?) We've been remodeling. Come take a look.

KRISTEN's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates    Your Account | Help

Apparel

**Apparel & Accessories**    Women    Men    Teens    Kids & Baby    Shoes    Accessories    Luggage    Seller Directory    On Sale Now

You qualify for a FREE trial of Amazon Prime

See larger image and other views (with zoom)
⊕ ZOOM

Share your own customer images

To get this item by **Monday**, Oct 22 order within 4hr 29min.

Buy now and get FREE Two-Day Shipping
(Learn more)

## Charles David Charlotte Small Satchel

Other products by Charles David

No customer reviews yet. Be the first. | More about this product

**Price: $195.00**  This item ships for **FREE with Super Saver Shipping**. Details

Loading...

**Color: Bone**

**Availability:** In Stock. See pricing and availability chart for details. Ships from and sold by Amazon.com.

Only 2 left in stock--order soon.

**Want it delivered Friday, October 19?** Order it in the next **4 hours and 29 minutes**, and choose **One-Day Shipping** at checkout. See details

Quantity: 1
Add to Shopping Cart

or
Sign in to turn on 1-Click ordering.

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

Hello, **KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)   We've been remodeling. Come take a look.

KRISTEN's Amazon.com   Today's Deals   Gifts & Wish Lists   Gift Certificates   Your Account | Help

**Apparel & Accessories**   Women   Men   Teens   Kids & Baby   Shoes   Accessories   Luggage   Seller Directory   On Sale Now

Apparel



You qualify for a FREE trial of Amazon Prime



See larger image and other views (with zoom)

Share your own customer images

### Aaneta Charlotte Large Tote

Other products by Aaneta

No customer reviews yet. Be the first. | More about this product

**Price: $398.00** & this item ships for **FREE with Super Saver Shipping**. Details

**To Buy, Add to Shopping Cart**

**Color: Black**

**Availability:** In Stock. See pricing and availability chart for details. Ships from and sold by Amazon.com.

Only **1 left in stock--order soon**.

**Want it delivered Friday, October 19?** Order it in the next **4 hours and 19 minutes**, and choose **One-Day Shipping** at checkout. See details

To get this item by **Monday,** Oct 22 order within 4hr 19min.

Buy now and get FREE Two-Day Shipping

(Learn more)

**Ready to buy?**
**Price: $398.00** & eligible for **FREE Super Saver Shipping** on orders over $25

**Color:** Black
In Stock. Ships from and sold by Amazon.com

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

Hello, **KRISTEN E ZECHA**. We have recommendations for you. (Not KRISTEN?)    We've been remodeling. Come take a look.

KRISTEN's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Certificates    Seller Directory    On Sale Now    Your Account | Help

**Apparel & Accessories**    Apparel    Women    Men    Teens    Kids & Baby    Shoes    Accessories    Luggage

*Prime*

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**



See larger image and other views

Share your own customer images

## XOXO Charlotte Patent Leather Doctor's Satchel Handbag

Other products by XOXO

No customer reviews yet. Be the first. | More about this product

**List Price:** ~~$57.00~~
**Price: $24.99**
**You Save: $32.01 (56%)**

Loading...

**Color: (choose one)**
Pink    Purple    Red

**Availability:** Select Color to view (or, see the complete pricing and availability chart.)

**Special Offer:** Spend $25 or more in our Apparel Store, and receive a 1-year subscription to one of the following magazines: *Lucky, TeenVogue,* or *Details,* (valued from $8.00 to $12.00) with your purchase. Here's how (restrictions apply).

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List | ▼
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

# GIANNI RINI

## FALL 2007



**Charlotte Tote**

**Colors:** Purple
**Materials:** Shiny glass patent leather
**Retail Price:** $179
**Features:** Tote silhouette with double shoulder strap and custom spin-heart hardware in antique gold finish. Quilted puff fleur de lis embroidered on front of bag. Interior zip pocket and inner organizational pockets; signature lining.

PURCHASE ONLINE

# THE PURSE PAGE



ADS BY GLAM

Purse Handbags    Rent Purse    Purse Bags    Louis    =>**Buy & Sell Bags** | Our Chat Board | Contact us

**Welcome to The Purse Page**, one of the most comprehensive designer bag review sites on the Internet. We offer thousands of original handbag reviews, with fresh, new and stylish additions every day of the week. If you enjoy our site please tell others and help spread the word. If you have a web site please use our feed to gain access to thousands of original reviews. Thank you!;-) - Marco

Designer purses and handbag reviews.

SUBSCRIBE    BOOKMARK

Over 1,500 Members in our Purse Page Forum!

Ads by Google    Charlotte Handbags    Charlotte Purses    Purses Handbags    Handbags Wholesalers    Clutch Handbags

Ads by Google

- **Handbag Categories**
    - Celebrity Purses
    - Coach Handbags
    - Balenciaga Handbags
    - Bottega Veneta Bags
    - Burberry Handbags
    - Chanel Handbags
    - Chloe Purses
    - Dior Handbag
    - DKNY Handbags
    - Dolce and Gabbana Handbags
    - Donna Karan Handbags
    - Fashion Runway Reports
    - Fendi Handbags
    - Gucci Handbags
    - Hermes Handbags
    - Isabella Fiore Bags
    - Jimmy Choo Purses
    - Juicy Couture Purses

# Lauren Merkin Charlotte Patent Clutch

**By: Tanya**

Filed Under: Other designer Handbags

★★★★☆ 7 votes, average: **4** out of 5
Loading ...



Sometimes it's really all about color. If you've invested in plenty of neutrals to keep your wardrobe in check this fall, you might want to consider a pop of color in the form of this mouthwatering **Lauren Merkin Charlotte Patent Clutch purse**. Merkin is one of my favorites - she constantly reinvents her classic shapes to keep them fresh and relevant. Charlotte is a great example. It's a roomy, textured **purse**, and its delicious magenta hue will brighten up any mute outfit. Available for $220 at Neiman Marcus.

Shop for more designer purses by Laura Merkin

Give your opinion of this Lauren Merkin Charlotte Patent Clutch in our Purse Page forum

October 10th, 2007

**Hello, KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)     We've been remodeling. Come take a look.

KRISTEN's Amazon.com     Today's Deals     Gifts & Wish Lists     Gift Certificates     Your Account | Help

Apparel     Women     Men     Teens     Kids & Baby     Shoes     Accessories     Luggage     Seller Directory     On Sale Now





You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

See larger image
Share your own customer images

### Dana Reed, Charlotte Handbag
Other products by Cecil & Reed

No customer reviews yet. Be the first. | More about this product

**Price: $110.00**

**Availability:** In Stock. Ships from and sold by **Cecil & Reed**.

Only 1 left in stock--order soon.

**Special Offer:** Spend $25 or more in our Apparel Store, and receive a 1-year subscription to one of the following magazines: *Lucky*, *TeenVogue*, or *Details*, (valued from $8.00 to $12.00) with your purchase. Here's how (restrictions apply).

**Apparel & Accessories**

### Product Features
- Dark aged denim handbag
- Antique Brass Trims
- Ball & Chain handle

**Price: $110.00**
In Stock
Ships from and sold by **Cecil & Reed**

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

**Hello, KRISTEN E ZECHA.** We have recommendations for you. (Not KRISTEN?)    **We've been remodeling.** Come take a look.

KRISTEN's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Certificates | Your Account | Help

Apparel

| Apparel & Accessories | Women | Men | Teens | Kids & Baby | Shoes | Accessories | Luggage | Seller Directory | On Sale Now |

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

See larger image

Share your own customer images

# VOLCOM Charlotte's Web Purse - Black

Other products by Volcom

No customer reviews yet. Be the first. | More about this product

**Price: $31.99**

**To Buy, Add to Shopping Cart**

**Size: One Size**
- One Size

**Color: Black**
- Black

See merchant's sizing charts

**Availability:** In Stock. See pricing and availability chart for details. Ships from and sold by Tilly's.

Only 2 left in stock--order soon.

**Ready to buy?**
Price: **$31.99**
Size: One Size
Color: Black
In Stock. Ships from and sold by Tilly's

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

- Add to Wish List
- Add to Shopping List
- Add to Wedding Registry
- Add to Baby Registry
- Tell a friend