# Exhibit G-1

# Ceramic Jewelry by Charlotte Rufenacht



## Raku Wishkeeper by Charlotte Rufenacht

Reference Number: 02-005CR
Price: $45.00
Shipped Priority Mail: $45.00 + 4.85

[BuyNow]

# CHARLOTTE SINGLETON
### SILVER WEAR

- **JEWELRY**
  - Charms
  - Crosses
  - Mother of Pearl
  - Chains
  - Prayer Boxes
  - Pendants
  - Antique Inspired
  - Collections
- **ABOUT**
  - History
  - Quality
  - Contact



Welcome to Charlotte Singleton

**Featured Items**



Jerusalem
$19

Medium Santorini
$40

Filagree & Roses
$99

Sweet Greek Cross
$55

Charlotte's Web Radiant Bracelet - SHOPINTUITION

# SHOPINTUITION
877-210-8142   INFO@SHOPINTUITION.COM



0 items
$0.00

Today's Popular Searches

< Go Back | **Home** > **Jewelry** > **Bracelets** > Charlotte's Web Radiant Bracelet

What's New?
As Seen In...
Gift Cards
On Sale!

Accessories
Baby & Kids
Beauty
Body
Charlotte's Web
Denim & Cords
Dresses
Gifts
Handbags & Totes
Home
Jackets & Vests
**Jewelry**
- Bracelets
- Earrings
- Jewelry Organization
- Miscellaneous
- Necklaces
- Rings
- Watches
Lingerie
Maternity
Men
Pants
Personalized Items
Pets

AS SEEN IN:

## Charlotte's Web Radiant Bracelet

Get Charlotte's Web jewelry exclusively at Intuition!

The Charlotte's Web movie is a live action adaptation of author E.B. White's beloved children's book about a frightened pig who doesn't want to end up on the dinner table and a kindly spider, Charlotte, who lives in his pen and assists him in a bold attempt to escape to freedom. With an all star cast of vocal contributors Charlotte's Web brings a classic children's story to life for a whole new generation.

Catch everyone's attention when wearing this exclusive Charlotte's Web bracelet. Rhodium plated with Swarovski crystals.

$60.00

Quantity  1

[Add to Order]


click for alternate views

CHECK OUT THESE INTUITION MUST-HAVES...



### SHIPPING INFORMATION
Ships within 7 - 10 business days upon placing your order.

# Penfield Gallery of Indian Arts

## Charlotte Dishta - Zuni Pueblo Jewelry Artist



Charlotte Dishta - Zuni Pueblo

This Zuni inlay bolo tie is 20 inches long. The slide is 1 3/4 inches long by 1 3/4 inches wide.

Charlotte Dishta - Zuni Pueblo



This Zuni inlay bolo tie is 20 1/2 inches long. The slide is 1 3/4 inches long by 1 3/4 inches wide with

mother of pearl, black marble, turquoise & coral. The price is $140.

Item# CD 2



Select Another Jewelry Artist

Zuni Fetishes   Pueblo Pottery   Navajo Sandpaintings   Jewelry

Navajo Rugs   Pueblo Storytellers   Baskets

Navajo Folk Art   Gourds   Portrait Gallery   Links   News

Photographs   Home

*Penfield Gallery of Indian Arts*
*2043 South Plaza NW*
*Albuquerque, NM 87104*
*505-242-9696*
*Toll Free: 1-877-242-9696*
*info@penfieldgallery.com*

© 2004 Penfield Gallery of Indian Arts



# Charlotte Richardson



When Charlotte Richardson grew up in Greenup County, her Native American heritage was never mentioned. The 1940s was "not an era of finding your roots," she remembers. Instead, embarrassment led her family to hide their ancestry.

Her father's family was Cherokee and her mother's family was Creek, and when she applied for tribal identity she received Creek papers. "I had finally found my soul," she says with deep satisfaction. She fervently wishes people would learn to listen to the earth and teach their children to do the same. She spends time in schools educating students by giving them a more accurate portrait of her forebears through telling Native American myths and legends. She also makes authentic clothing and silver jewelry creating her own designs from Cherokee and Creek traditions.



Richardson has been a member of Governor Paul Patton's Native American Heritage Commission, which works to pass state laws that protect Native American burial grounds and artifacts.

Visit the Cherokee Nation Web site and learn about the history of the Nation. Learn more about the history of the Creek Nation.

http://www.womeninkentucky.com/site/reform/C_Richardson.html

Ronson 00473

Etsy :: Charlotte Earrings -- Swarovski crystal



login | Register

Search

Home > lazycat's shop > Jewelry > Charlotte Earrings -- Swarovski crystal

Shopping Cart 0 items

Buy   Sell   Alchemy   Forums   Your Etsy   Help

items: tags, titles

## Charlotte Earrings -- Swarovski crystal



$6.00   1 in stock

ADD TO CART

**seller info**

lazycat
shop · profile · contact

rating:    16 / 100% pos.
joined:    Jan 15, 2007
location:  Ann Arbor & Philadelphia

**seller's other items**



48 items for sale

**page tools**

 Add item to favorites
 Add seller to favorites
   See who hearts this seller
   See who hearts this item

**Description**

She'll be the belle of the ball with these earrings! The Charlotte earrings

Etsy :: Charlotte Earrings -- Swarovski crystal

are crafted from gold jewelry wire, elegant glass beads, and Swarovski crystals. They measure 1 inch in length and feature iridescent green butterflies, brimming with youthful charm!

Added on Feb 18, 2007

 Tags    jewelry, earring, bead, glass, wire, swarovski, crystal, children, butterfly, green, blue, iridescent, gold, girl

 Materials    bead, glass, butterflies, wire

**Shipping**

Item ships from: United States

ship to:
- United States:     $2.00 ($1.00 if shipped with another item)
- Everywhere Else:   $5.00 ($2.00 if shipped with another item)

**Payment Methods**

lazycat accepts the following forms of payment:



- PayPal
- Money Order
- Other (see description)

**Got a question about this item?**
contact the seller

About | Press | Blog | Team
Terms of Use | Privacy Policy | Copyright Policy

© 2007 Etsy Inc.

Page 2 of 2



**$6.00**  1 in stock
ADD TO CART

additional item info

✉ Email this to a friend

Listed on Feb 18, 2007
Listing # 5409146
Viewed 62 times
Report this item to Etsy

Ronson 00476

NorthCoast Artists - Charlotte Healy - Jewelry

# NorthCoast Artists Gallery

[Email]

Jewelry    members

## Charlotte Healy

These photos represent a small part of my work. "My interests vary and I like to explore other directions too." I accept commissions.

Each piece differs due to availability of stones and materials.

Prices do not include tax, shipping and handling. Please allow 4-6 weeks for delivery.

#1

Moss agate pendant with fozzilized ivory, Citrine and picasso marble. Approx. 3 1/2" x 1 1/2"

Ronson 00491

NorthCoast Artists - Charlotte Healy - Jewelry



#2

$240.

NorthCoast Artists - Charlotte Healy - Jewelry

Grapeleaf brooch with amethyst.
Approx. 1 1/2"x3/4"
$85.





NorthCoast Artists - Charlotte Healy - Jewelry

#3

Rainbow hematite brooch with amethyst
Approx. 2 3/4"x1 1/4"
$120.

NorthCoast Artists - Charlotte Healy - Jewelry



#4

Carnelian pendant with fossilized ivory. Approx. 2 1/2"x1"

Ronson 00495

NorthCoast Artists - Charlotte Healy - Jewelry



$200.

#5
Callalily brooch with freshwater pearl.
Approx. 2"x1 1/4"
$165.

#6
Tibetian turquoise leaf brooch.
Approx. 2 1/4"x1 1/2"
$120.



Charlotte obtained an art education degree from the University of Denver and went on to do graduate work at San Francisco State University. She has been working in precious metals ever since, exhibiting in California, Oregon and Washington. She moved to the coastal mountain area of Northern California in 1974. Her experience of living close to nature has remained very important to her. Her contemporary designs have been inspired by our human connectedness to all living things.

Ronson 00497

# NorthCoast Artists - Charlotte Healy - Jewelry

## members



healy@pacific.net
Email

Or please call the gallery:
**707-964-8266**

## jewelry

© North Coast Artists 2002
North Coast Artists - 362 North Main Street - Fort Bragg, CA 95437 - 707-964-8266 - Contact Webmaster by e-mail

## info



Mike Barnard & Charlotte Barnard Fine Jewelry

http://www.mcbarnard.com/

Ronson 00448

3/12/2007

Page 1 of 1