# Exhibit G-2

# Beads by Charlotte

Charlotte Thomas, one of Northern Virginia's premier bead artists and jewelry designers presents her Fall Baubles & Beads Collection

*Necklaces*        *Bracelets*        *Earrings*        *One of A Kind*        *About Us*



See us live at some of Northern Virginia's and Washington D.C.'s top craft and open air markets:

**Saturday, July 30, 2005:** The Four Shabby Chicks Antique Market, Leesburg, Virginia

**Sunday, July 31, 2005:** The Markets Farm & Flea, Leesburg, Virginia

**Contact:** *sales@beadsbycharlotte.com*

**Telephone: 703.555.6666**

© All rights reserved. Do not copy or duplicate without the expressed written permission of Beads by Charlot webmaster@nova-antiques.com

Ads by Google

# Charlottes
## Jewelry Store

| October 19, 2007 |

Vintage Jewelry    Antique Jewelry    Wedding Jewelry    Estate Jewelry    Period Jewelry

**Earrings    Rings    Products**

### Welcome to our site :

Jewelry is an important part of your fashion statement. Wearing jewelry can add such an important flair to your finished look. Whether your outfit is casual, business-like or for evening, jewelry adds to your overall appearance. The most popular jewelry to wear are earrings, necklaces, bracelets and rings. Most women love their jewelry. Earrings seem like the most essential part of the jewelry box.

**Bracelets & Rings**    **Earrings & Necklaces**    **Pins / Broaches & Watches**

more    more    more

Copyright 2003-2007 by charlottes.org
Our name is also a registered service-mark - All Rights reserved

| **Charlotte's Web Artwork** | **Wholesale costume jewelry** | **Fashion Jewelry Wholesale** | **Jewelry Sale at HSN** |
|---|---|---|---|
| Limited Edition Lithograph by Garth Williams. For Serious Collectors. www.EveryPicture.com/CharlottesW | Wholesale quality fashion jewelry earrings, Necklaces, bracelets, set www.rich29.com | Wholesale in women fashion jewelry necklaces bracelets earrings etc www.jsworldtrading.com | Rings, Necklaces, Watches, Earrings & More - Buy More & Save Today! www.hsn.com |

☒ email: properties@gmail.com
PO BOX 74187 Phoenix AZ 85087-4187

CARRIED MADER.COM

THE JEWELRY YOU WEAR FOR LIFE.

View Basket | About Us | Press | Materials | FAQs | Contact Us | Home

**EMAIL NEWS**
Sign up for *All That Glitters*, the CDM newsletter.
JOIN

**COLLECTIONS**
- Current
- Bridal
- CDM Classics

**CATEGORIES**
- Bracelet
- Earrings
- Necklace

**FEATURES**
- What's New
- Samples
- Custom Design
- Gift Certificates
- CDM Brides
- Dish

Bridal > Charlotte



NEXT ITEM ▶

## Charlotte

This necklace is absolutely stunning. The design is so delicate, yet it really stands out when you wear it. It is the perfect bridal necklace for the bride wanting a simple dress who wants a bit of added sparkle around the neck.

Materials: white topaz

**Size: Adjustable from 14"-16"**

*Ships within 5-7 business days*

**Price:** $591.00

**Metal:**
Silver



Why upgrade?

**ADD TO BASKET**
ADD TO WISH LIST
TELL A FRIEND

complete the look:


Charlotte

Charlotte

Charlotte



© 2001-2007 Carrie D. Mader - all rights reserved
To protect your personal information, our store employs the best technology available for secure commerce transactions.

Privacy Policy | Site Map

**NEXT ITEM ▼**

# AlaskaNativeArtists.com

## Artists ▲
## Charlotte McConnell
See: Beadwork ● Jewelry





Charlotte McConnell is an Eagle-Bear Bear (Teikweidí) from the Bear House (Xootś hít) in Angoon.

Her mother is from Angoon and her father is from Juneau.

Charlotte taught herself to bead in the 1990s.

As a young girl, she attended school at Mt. Edgecumbe and Wrangell Institute. She now makes her home in Douglas, Alaska.

Copyright 2003 Sealaska Heritage Institute
Webmaster    Links

# Celtic Jewelry
by Reflective Images, Inc.

This piece features our sita knot, symbolic of growth in relationship, in the center of a web-like pattern. A good choice for both men and women, it was designed in the winter of 2006 and comes with a sterling silver snake chain. Click for insights into the sita knot used in this piece.

< **Previous**    18k Gold over Silver Pendants 1    **Next >**



Advanced Search

[Go] [?]

- Home
- About Us
- Ordering
- Contact Us
- Shows
- Press
- Articles
- Links
- Gemstones
- Birthstones
- Celtic Knots
- Showcases
- Site Map
- Trade
- Testimonials

< Previous    View All    Next >

**Charlotte Pendant**

Size: 1" x 7/8"



- **Studio Tour**
- **Cart**

**Chain Length:** 16 inch

**Price: $298.00**   [Add To Order]

Solid 18k gold, overlaid on sterling silver. Sterling silver chain.

**Polishing Cloth: $4.00**   [Add To Order]

We antique the sterling silver behind our solid gold Celtic knot motifs, which makes the gold knot work stand out. Our jewelry should not be cleaned with liquid cleaner because it takes out the antiquing. This special polishing cloth that will help keep our jewelry looking perfect.

Please read this important information before placing your order.

These original and unique Celtic pendants have a classic elegance that is timeless. Ideal for the woman who appreciates exquisite 18k gold over sterling jewelry. These gold laid upon silver pieces are handmade in our studio, and signed by the designer, depending upon whose design it is. Perfect for birthdays, Valentine's Day, Mother's Day, Christmas, anniversaries, or any other occasion that calls for something unique and wonderful.

See our Wedding Rings at: ArtisanWeddingRings.com

**Reflective Images, Inc.**

*Designs that sail the ages*

Questions? 1-888-733-5238, 9am-6pm, Mon-Fri MST, info@celticjewelry.com

See our Earth Charms at: EarthCharms.com

| About Us | Contact Us | Ordering | Return Policy | Shows | Press | Articles | Studio Tour | Site Map |
| Jewelry Showcases | Celtic Knots | Gemstones | Birthstones | Testimonials | Links | Privacy/Security Policy |

Celtic Jewelry: Celtic Wedding Rings, Celtic Crosses, Celtic Rings, Celtic Watches & more

# Charlotte's Fine Jewelry
### Rare and Unique Jewelry Designs

- About us
- Hand Engraved
- Estate Jewelry
- Celtic Designs
- Unusual Designs
- Repairs
- Our Staff
- Sierra Madre, CA
- Contact Us
- email

## About Us



Come visit Charlotte's Fine Jewelry. You'll discover a collection the most rare and unique designs found anywhere. We specialize in hand engraved designs of platinum, 14k white and yellow gold, and 18k gold. Our diamonds are of the finest quality and precision cuts. We also have a collection of rare antique jewelry, along with our collection of unique Celtic designs. See for yourself why jewelry from Charlotte's will set you apart from the rest.

**Sierra Madre Store**
40 N. Baldwin Ave
Sierra Madre, CA 91024
626.355.2818

**Hours:**
Wednesday to Saturday
12:00-6:00

Sierra Madre Store Map

About us   Hand Engraved   Estate Jewelry   Celtic Designs   Repairs   Our Staff   Sierra Madre

Site Design Comments

Copyright Charlotte's Fine Jewelry, April, 2005. All rights reserved.



# CHARLOTTE SINGLETON
SILVER·WEAR

- JEWELRY
  - Antique Inspired
  - Crosses
  - Charms
  - Collections
  - Mother Of Pearl
  - Chains
  - Pendants
  - Prayer Boxes
- ABOUT
  - History
  - Quality/Guarantee
  - Contact



*Welcome to Charlotte Singleton*

Sale Items



Cross Cuff Sterling Silver Bracelet
Regular price: $300.00
Sale price: **$150.00**



Russian Center Cross
Regular price: $35.00
Sale price: **$20.00**



Santorini (L)
Regular price: $80.00
Sale price: **$40.00**



4 Chain w/ Antique Medals
Regular price: $200.00
Sale price: **$150.00**

Copyright © 2006 Charlotte Singleton All rights Reserved.

Home | Antique Inspired | Crosses | Charms | Collections | Mother Of Pearl | Chains | Pendants | Prayer Boxes | History | Quality/Guarantee | Contact

# ELLE.com

## FASHION STYLE REPORT

‹PREVIOUS : Delphine-Charlotte Parmentier Jewelry : NEXT›

### DELPHINE-CHARLOTTE PARMENTIER JEWELRY

Like a character out of a fashion fairytale, Delphine-Charlotte Parmentier (even the name is picturesque) learned to love jewelry assisting her grandparents at their button and fashion-accessory workshop (the French equivalent of a mom and pop shop). She went on to pursue a higher aesthetic education steeped in ancient—and increasingly rare—techniques such as cloisonné (an enameling process) and cire perdue (that's bronze casting to the rest of us) before taking over and transforming her grandparents' workshop into a personal fantasy factory. Launching in the starkly minimalist early-O90s, Parmentier was anything but: with her intricate, couture-quality craftsmanship and wildly creative designs she soon attracted the attention of like-minded, envelope-pushing designers who began commissioning collaborations for the runway. This closely guarded A-list clientele exists to this day: even a cursory survey of Parmentier's current catalogue with its extravagant, navel-grazing, charm-bedecked chain necklaces, among other designs, brings certain iconic fashion houses immediately to mind. It's no surprise, then, that no style-setter's trip to Paris is complete without a pilgrimage to her cozy boutique located just beneath that very same workshop in the city's boho-chic Le Marais district. Not hopping the pond anytime soon? Just click here for photos.



VIEW MORE PHOTOS ▼

FASHION
- RUNWAY
- FASHION
  - Designer Diaries
  - Fashion Spotlight
  - Style Scout
  - Having a Moment
  - Street Chic
  - First Trend
  - Blog: Elle Tell All
  - Paris Trends
  - Milan Trends
  - London Trends
  - New York Trends
  - Runway ABCs
  - Style Report
  - More Style Report
  - Fashion Videos
  - Fashion Forum
- SHOPPING
- BEAUTY
- ASTROLOGY
- IN THE MAGAZINE

More Style Report
Lanvin Book Rizzoli :: Matthew Williamson London Design Museum :: Princess Grace of Monaco Exhibit Sotheby's :: Chicago Fashion Week spring 2008 :: Archive







It's just 3 minutes to great skin.

Search [ ] GO

SUBSCRIBE TO ELLE
- CLICK HERE TO SUBSCRIBE
- GIVE ELLE AS A GIFT
- CUSTOMER SERVICE

ELLE.COM NEWSLETTER
Enter email address
SIGN UP ▸

LIFE WITHOUT PASSION IS UNFORG[ETTABLE]
CLICK TO LI[VE]

MOBILE

ELLE RUNWAY COLLECTIONS — SEE THE COMPLETE COVERAGE

PROMOS/EVENTS    FORUMS    SWEEPSTAKES    ABOUT US

Copyright © 2007 Hachette Filipacchi Media U.S., Inc. / Terms & Conditions / Privacy Policy – Your Privacy Rights / Site Map / Fashion Designers / Fashion Models / New York Fashion Week / Recent Se



# Etsy

Login | Register | Help

Buy    Sell    Alchemy    Forums    Storque    Your Etsy

charlottenarunsky's shop

Search

Home > charlottenarunsky.etsy.com



charlotte narunsky designs

**Shop Announcement**

**\*\*\*\*** I will be away from the 19th to the 26th of October. Any items purchased in that time will be shipped on my return. Thanks **\*\*\*\***

I love custom orders! If there is something you would like in another colour or size, please convo me.

Please visit my blog at www.charlotte-narunsky.blogspot.com

See my profile for important shipping information.

34 items · 1 2 3 ▲ ▼

FEATURED ITEMS

view: gallery / list

**Sections in this shop:**

« Shop home (all items)

Totally one of a kind (2)

Felt flower brooches (12)

Bags (5)

Quilts (5)

Notecards and prints (1)

For pretty hair (5)

Needlecraft accessories (1)

Cosy things (3)





charlottenarunsky

- Profile
- Favorites
- Feedback  41, 100% pos.

**user info**
rating: 41, 100% pos.
joined: May 03, 2007
location: London
contact charlottenarunsky

**shop info**
34 items for sale
30 items sold

**page tools**
Add seller to favorites
See who hearts this shop
Email this to a friend

sort by: Most Recently Listed

Pretty little beade...
charlottenarunsky
$3.50


Pretty flower hair ...
charlottenarunsky
$8.00


Cute heart hair cli...
charlottenarunsky
$4.00


Hand knitted toddle...
charlottenarunsky
$12.00

Strawberries and cr...
charlottenarunsky
$45.00

Pretty flower hair ...
charlottenarunsky
$8.00


Felt rose of the De...
charlottenarunsky
$20.00

Gorgeous pink handb...
charlottenarunsky
$40.00

Cute applique tote ...
charlottenarunsky
$18.00






Sweet handmade felt...
charlottenarunsky
$15.00



All things bright a...
charlottenarunsky
$150.00



Multi-layered handm...
charlottenarunsky
$18.00



Crazy flower corsag...
charlottenarunsky
$25.00



Multi-layered handm...
charlottenarunsky
$18.00



Patchwork applique ...
charlottenarunsky
$40.00



Intense orange flow...
charlottenarunsky
$25.00

 

The doctor prescrib...
charlottenarunsky
$35.00



Autumn tones stacke...
charlottenarunsky
$160.00

Pages: 1 2 3  Jump to:  Go