# Exhibit H


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 25 04:04:22 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:        OR [Jump] to record:     **Record 6 out of 15**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | **CHARLOTTE RUSSE** |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Handbags, carry-on bags, backpacks, change purses, cosmetics cases sold empty, purses, travel bags, and wallets. FIRST USE: 19910226. FIRST USE IN COMMERCE: 19910226 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539040 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 16, 1999 |
| **Registration Number** | 2416268 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lisa M. Martens |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |

| | |
|---|---|
| Other Data | The name does not identify a living individual. |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 25 04:04:22 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:      OR [Jump] to record:      **Record 3 out of 15**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **CHARLOTTE RUSSE** |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely dresses, pants, shorts, skirts, blouses, jumpers, overalls, knit and woven tops, sweaters, t-shirts, pajamas, nightgowns, robes, loungewear, lingerie, slips, undergarments, panties, casual and dressy shoes, sandals, boots, sweatpants, sweatshirts, sweatsuits, tights, leggings, and socks; performance wear, namely jerseys, bicycle pants and gymnastic suits; sportswear, namely pants and shirts, swimwear, swimsuit cover-ups and leotards, tights, socks, shorts; outerwear, namely jackets, vests, coats, shells; and headgear, namely hats, caps, headbands, visors, and belts. FIRST USE: 19910226. FIRST USE IN COMMERCE: 19910226 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539417 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 30, 1999 |
| **Registration Number** | 2416273 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DOUG LIPSTONE |
| **Prior** | |

| | |
|---|---|
| **Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 25 04:04:22 EDT 2007

Logout   Please logout when you are done to release system resources allocated for you.

Start  List At:         OR  Jump  to record:       **Record 10 out of 15**

( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: cosmetics, namely, lipsticks and lip glosses, lip liner, face powder, foundation, concealer, bronzer, eye shadow, mascara, eyebrow pencil and eyeliner; soaps, perfumes, and body and face care products, namely, face and body lotions, body oils, body powder, face and body scrubs, face and body creams, astringents for cosmetic purposes and facial and body masks. FIRST USE: 19890810. FIRST USE IN COMMERCE: 19890810 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539045 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 1, 1999 |
| **Registration Number** | 2451427 |
| **Registration Date** | May 15, 2001 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LISA M. MARTENS, ESQ. |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| Register | PRINCIPAL |
| Other Data | "CHARLOTTE RUSSE" does not identify a living individual. |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 25 04:04:22 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start] List At:        OR [Jump] to record:        **Record 5 out of 15**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **CHARLOTTE RUSSE** |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: costume jewelry, namely bracelets for wrists and ankles, belly chains, earrings, body jewelry, broaches, necklaces, pendants, pins, rings, watch bands and straps, and wristwatches. FIRST USE: 19950104. FIRST USE IN COMMERCE: 19950104 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539043 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 16, 1999 |
| **Registration Number** | 2416269 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lisa M. Martens |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 25 04:04:22 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:       OR [Jump] to record:       **Record 7 out of 15**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 042. US 100 101. G & S: Retail store services specializing in women's apparel and accessories. FIRST USE: 19750904. FIRST USE IN COMMERCE: 19750904 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539155 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 16, 1999 |
| **Registration Number** | 2414477 |
| **Registration Date** | December 19, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LISA M MARTENS |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 25 04:04:22 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:    OR [Jump] to record:    **Record 4 out of 15**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 026. US 037 039 040 042 050. G & S: hair ornaments, namely, clips, pins, ribbons, barrettes, bands, and scrunchies. FIRST USE: 19950804. FIRST USE IN COMMERCE: 19950804 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75539156 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 23, 1999 |
| **Registration Number** | 2416270 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DOUG LIPSTONE |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name does not identify a living individual. |

| Live/Dead Indicator | LIVE |
|---|---|





United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 25 04:04:22 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:    OR [Jump] to record:    **Record 12 out of 15**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

*Charlotte Russe*

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 042. US 101. G & S: RETAIL STORE SERVICES IN THE FIELD OF WOMEN'S CLOTHING AND ACCESSORIES. FIRST USE: 19750904. FIRST USE IN COMMERCE: 19750904 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73662755 |
| **Filing Date** | May 26, 1987 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 26, 1988 |
| **Registration Number** | 1485692 |
| **Registration Date** | April 19, 1988 |
| **Owner** | (REGISTRANT) LAWRENCE MERCHANDISING CORPORATION CORPORATION CALIFORNIA 5015 SHOREHAM PLACE SAN DIEGO CALIFORNIA 92122 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | STANLEY W. SOKOLOFF, ESQ. |
| **Type of Mark** | SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Oct 24 04:06:48 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

*Charlotte*

| | |
|---|---|
| **Word Mark** | CHARLOTTE |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: jewelry made of natural, precious and nonprecious materials, namely, of gold, silver, platinum, iron, wood, leather, gemstones, ivory; jewelry, namely, pins, cuff links, earrings, necklaces; jewelry in the nature of hand, arm and leg ornaments made of the above material, namely, rings, bracelets, pins and broaches; watches |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 75144106 |
| **Filing Date** | August 2, 1996 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Published for Opposition** | September 9, 1997 |
| **Registration Number** | 2117619 |
| **Registration Date** | December 2, 1997 |
| **Owner** | (REGISTRANT) Schwarz, Wolf-Peter DBA Otto Ehinger INDIVIDUAL FED REP GERMANY Marktplatz 20 D-89073 Ulm FED REP GERMANY<br><br>(LAST LISTED OWNER) EHINGER-SCHWARZGMBH & CO. KG CORPORATION BY ASSIGNMENT FED REP GERMANY MARKTPLATZ 20 D-89073 ULM FED REP GERMANY |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | PATRICIA A. WILCZYNSKI |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Oct 24 04:06:48 EDT 2007

**TESS HOME**   **NEW USER**   **STRUCTURED**   **FREE FORM**   **BROWSE DICT**   **SEARCH OG**   **BOTTOM**   **HELP**

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**TARR Status**   **ASSIGN Status**   **TDR**   **TTAB Status**   ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | CHARLOTTE CORDAY |
| Goods and Services | IC 025. US 022 039. G & S: men's, women's, and children's clothing, namely sweaters, blouses, dresses, pants, jackets, skirts, undergarments, bathing suits, coats, overcoats, headwear, and footwear. FIRST USE: 20020201. FIRST USE IN COMMERCE: 20020405 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78108725 |
| Filing Date | February 14, 2002 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | December 31, 2002 |
| Registration Number | 2754463 |
| Registration Date | August 19, 2003 |
| Owner | (REGISTRANT) JJJ International LLC LTD LIAB CO DELAWARE 18 Desbrosses Street Suite 5 New York NEW YORK 10013 |
| Attorney of Record | Robert A. Rossi, Esq |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Other Data | The name "CHARLOTTE CORDAY" does not identify a living individual. |
| Live/Dead Indicator | LIVE |

**TESS HOME**   **NEW USER**   **STRUCTURED**   **FREE FORM**   **BROWSE DICT**   **SEARCH OG**   **TOP**   **HELP**