# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
PAUL J. FISHMAN
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS

1633 BROADWAY

NEW YORK, NY 10019-6708

TELEPHONE (212) 833-1100

FACSIMILE (212) 833-1250

WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1175

WRITER'S DIRECT FAX
(212) 373-7975

E-MAIL
JWANG@FKLAW.COM

NORMAN ALPERT
MARC N. EPSTEIN
SNEHA DEVADASON
ANDREW A. QUARTNER
COUNSEL

KENT K. ANKER
AMY C. BROWN
MALA AHUJA HARKER
HEATHER WINDT
LISA S. GETSON
GAURAV I. SHAH
ASAF REINDEL
JOHN N. ORSINI
JEFFREY R. WANG
VANESSA RICHARDS
CHAD B. PIMENTEL
MYRIAM FORD
JOSHUA D. JACOBSON
CHAD M. LEICHT
JONATHAN GOTTFRIED
BARBARA J. GRAVES
MICHAEL A. GORDON
DANYA SHOCAIR REDA
ROBERT S. LANDY
DANIEL R. GREENBERG
DAVID N. SLARSKEY
KEVIN S. HAEBERLE

September 17, 2007

Andrew Sweeney, Esq.
The Bostany Law Firm
40 Wall St.
61st Floor
New York, NY 10005-1304

   Re: *GMA v. Bop LLC et al.*, No. 07 Civ. 3219 (LTS)

Dear Andrew:

   I received the e-filing notification of plaintiff's Acceptance of Offer of Judgment as to Bop, LLC. I note, however, that your purported acceptance is of judgment "in the amount of $15,000 *plus costs* and injunction," whereas the Rule 68 Offer of Judgment explicitly stated that Bop's offer was in the amount of $15,000 "*inclusive of costs* accrued to the date of this offer."

   As you are probably aware, partial acceptance of an offer of judgment is invalid. Accordingly, please advise whether you will amend your acceptance of Bop's offer of judgment to eliminate the addition of costs.

             Sincerely,

             Jeffrey R. Wang

510454.1