| | |
|---|---|
| To: | C. Ronson, Inc. (mgrieco@dreierllp.com) |
| Subject: | TRADEMARK APPLICATION NO. 78507248 - CHARLOTTE RONSON - RO003 USA A1 |
| Sent: | 11/21/05 9:37:21 AM |
| Sent As: | ECOM111@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO:     78/507248

APPLICANT:     C. Ronson, Inc.

**\*78507248\***

CORRESPONDENT ADDRESS:
    Steven R. Gursky, Mary L. Grieco
    Dreier LLP
    499 Park Avenue
    New York NY 10022

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

MARK:     CHARLOTTE RONSON

CORRESPONDENT'S REFERENCE/DOCKET NO:   RO003 USA A1

CORRESPONDENT EMAIL ADDRESS:
    mgrieco@dreierllp.com

If no fees are enclosed, the address should include the words
"Box Responses - No Fee."

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address..

Serial Number 78/507248

Applicant is requesting reconsideration of a final refusal dated September 23, 2005.

After careful consideration of the law and facts of the case, the examining attorney must deny the request for reconsideration and adhere to the final action as written since no new facts or reasons have been presented that are significant and compelling with regard to the point at issue.

Accordingly, applicant's request for reconsideration is *denied*. The time for appeal runs from the date the final action was mailed. 37 C.F.R. Section 2.64(b); TMEP Section 715.03(c).

/Inga Ervin/

Trademark Examining Attorney

United States Patent & Trademark Office

Law Office 111

571 272-9379