UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

GMA ACCESSORIES, INC.,

                                Plaintiff,      :  07 Civ. 3219 (LTS)(DCF)

                  - against -      :  ECF Case

BOP, LLC, GIRLSHOP, INC.,      :  **REPLY AFFIDAVIT OF**
SHOWROOM SEVEN STUDIOS, INC.,    :  **JEFFREY R. WANG**
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.,

                              Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK  )

        JEFFREY R. WANG, being duly sworn, deposes and says:

        1.     I am a member of the bar of this Court and am associated with Friedman Kaplan Seiler & Adelman LLP, counsel in this action for defendant Bop, LLC ("Bop"). I submit this affidavit in further support of Bop's motion to withdraw, vacate, or modify Bop's offer of judgment and the resulting judgment.

        2.     Attached hereto as Exhibit A is a true and correct copy of C. Ronson, Inc.'s Memorandum of Law in Support of its Opposition to Opposer's Motion for Reconsideration, without exhibits, dated December 19, 2006 and filed with the United States Patent and Trademark Office, Trademark Trial and Appeal Board ("TTAB") in *GMA Accessories, Inc. v. C. Ronson, Inc.*, Opposition Nos. 91167353, 91168148, 91172177.

528992.1

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Mary L. Grieco in Support of Applicant's Opposition to Opposer's Motion for Summary Judgment, without exhibits, dated July 31, 2006 and filed with the TTAB in *GMA Accessories, Inc. v. C. Ronson, Inc.*, Opposition Nos. 91167353, 91168148, 91172177.

4. Attached hereto as Exhibit C is a true and correct copy of the Complaint filed in *Sanei Charlotte Ronson LLC v. GMA Accessories, Inc.*, No. 07 Civ. 9578 (CM) (S.D.N.Y. filed Oct. 26, 2007).

WHEREFORE, it is respectfully requested that defendant Bop's motion be granted.

_____
Jeffrey R. Wang

Sworn to before me this
30th day of October, 2007

_____
Notary Public

BARBARA J. GRAVES
Notary Public, State of New York
No. 02GR6154917
Qualified in New York County
Commission Expires October 23, 2010

2

528992.1