# EXHIBIT B

### Certificate of Mailing by First Class Mail

I hereby certify that this correspondence, and all the papers referenced herein, is being deposited with the United States Postal Services as First Class Mail in an envelope addressed to: **Commissioner for Trademarks, Trademark Trial and Appeal Board, P.O. Box 1451, Alexandria, VA 22313-1451,** on this date July 31, 2006

_____    7/31/06
Mary L. Grieco                                       Date

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

Mark: CHARLOTTE RONSON
Serial Nos. 78507242 and 78507236

---

GMA ACCESSORIES, INC.,

        Opposer,

C. RONSON, INC.,

        Applicant.

CONSOLIDATED:
Opposition No. 91167353
Opposition No. 91168148

### DECLARATION OF MARY L. GRIECO AND EXHIBITS
### IN SUPPORT OF APPLICANT'S OPPOSITION TO
### OPPOSER'S MOTION FOR SUMMARY JUDGMENT

Mary L. Grieco, being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18, United States Code, states:

1. I am an attorney licensed to practice law in the States of New York and California and in Washington, D.C. I am an attorney for the Applicant, C. Ronson, Inc. and the assignee to the CHARLOTTE RONSON Trademarks, Sanei Charlotte Ronson, LLC (collectively referred to as "Ronson"). I submit this declaration in support of Ronson's opposition to GMA Accessories, Inc.'s ("GMA") Motion for Summary Judgment.

1

2. I am one of the attorneys responsible for maintaining Ronson's trademarks in the United States.

3. On October 8, 2004, Ronson applied for the mark CHARLOTTE RONSON in class 25 for use on clothing, namely, tops, pants, skirts, dresses, hats, caps, jackets, coats, headwear, underwear, sleepwear, and footwear, Serial No. 78/507,236.

4. On October 11, 2005, Ronson applied for the mark CHARLOTTE RONSON in class 14 for use on jewelry, namely, necklaces, bracelets, earrings, rings, pins, and watches, Serial No. 78/507,242. The class 14 mark and the class 25 mark are collectively referred to as the "CHARLOTTE RONSON Marks" or the "Ronson Marks".

5. I believe that it is very common in the fashion industry for designers to have the same first or last names as other designers. Thus, there are dozens of trademark registrations that share a common name just as GMA's Marks and the CHARLOTTE RONSON Marks share the name CHARLOTTE. In this regard, I conducted an online search of the United States Patent and Trademark Office ("PTO") records, and below are just a few examples of trademarks I found in the PTO database that share common names in related classes:

## LAUREN

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| LAUREN | 2419959 | PRL USA Holdings, Inc. (Ralph Lauren) | Classes 14, 18. |
| LAUREN | 2246900 | PRL USA Holdings, Inc. (Ralph Lauren) | Class 25. |
| RALPH LAUREN | 2207011 | PRL USA Holdings, Inc. (Ralph Lauren) | Class 25. |

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| RALPH LAUREN | 1835393<br>1972538 | PRL USA Holdings, Inc. (Ralph Lauren) | Class 14. |
| CHAPS RALPH LAUREN | 2966823 | PRL USA Holdings, Inc. (Ralph Lauren) | Class 25. |
| RALPH RALPH LAUREN | 1969298 | PRL USA Holdings, Inc. (Ralph Lauren) | Class 25. |
| LAUREN SCOTT | 2971539 | Knight Textile Corporation | Class 25. |
| DENA LAUREN Stylized | 2410220 | Lawrence Stevens Fashions, Ltd. | Class 25. |
| JENNIFER LAUREN Stylized | 2410215 | Lawrence Stevens Fashions, Inc. | Class 25. |
| SAGE LAUREN | 1419281 | Grand Knitting Mills, Inc. | Class 25. |
| LAUREN LEE | 1901806 | Rhoda Lee, Inc. | Class 25. |
| LAUREN SARA | 1601004 | Lauren Sara, Ltd. | Class 25. |
| LAUREN GUINOT | 2945272 | Lauren Guinot | Class 14. |
| LAUREN-SPENCER | 2837985 | OTC, Inc. | Class 14. |
| LAUREN G. ADAMS | 2719826 | JJ Gold, Inc. | Class 14. |

## GIORGIO

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| GIORGIO BEVERLY HILLS | 1008097 | Giorgio Beverly Hills, Inc. | Classes 18, 25. |
| GIORGIO BEVERLY HILLS & Design | 1050608 | Giorgio Beverly Hills, Inc. | Class 14. |
| GIANI-GIORGIO | 2600385 | Giani-Giorgio (Montres) Ltd. | Class 14. |
| GIORGIO VISCONTI Stylized | 2542196 | GIORGIO VISCONTI S.P.A. | Class 14. |
| GIORGIO | 1428310 | Giorgio Beverly Hills, Inc. | Class 14. |

3

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| GIORGIO ARMANI | 1156891 | GA Modefine S.A. | Class 14 |
| GIORGIO ARMANI | 2890116 | GA Modefine S.A. | Class 25. |
| GIORGIO MORETTO and Design | 1422851 | Calzaturificio Giorgio Moretto & C. S.A.S. | Classes 18, 25. |
| GIORGIO KAUTEN | 2221039 | Progetti Kauten SpA | Classes 18, 25. |
| GIORGIO FERRARO | 3063355 | Gloria Kim | Class 25. |
| GIORGIO COSANI | 2736790 | Hovsep Kouzouyan | Class 25. |
| GIORGIO BY GIORGIO COSANI | 2724391 | Hovsep Kouzouyan | Class 25. |
| GIORGIO BISSONI | 2510490 | Steven Shapiro | Class 25. |
| GIORGIO EBENNI | 2959266 | M.E.R. Enterprises, Inc. | Class 25. |
| GIORGIO SANETTI Stylized | 2907738 | Sami Marina, Inc. d/b/a Marina Imports | Class 25. |
| GIORGIO REGGIANI | 2786060 | Mabro S.p.A. | Class 25 |
| GIORGIO BRUTINI | 2715464 | Harbor Footwear Group, Ltd. | Class 25. |
| GIORGIO ZILLIONI | 2490699 | Paul Jardin of USA, Inc. | Class 25. |

## LIZ

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| LIZ THOMAS | 2507659 | Branded LLC | Class 14. |
| LIZ CORD | 2564172 | Elisabeth Cord | Class 14. |
| LIZ GATTA | 2423434 | Liz Gatta | Class 14. |
| LIZ SOTO | 1562095 | Elizabeth M. Soto | Classes 14, 26. |
| LIZ PALACIOS | 2653325 | Liz Palacios Designs | Class 14. |
| LIZ CLAIBORNE & Design | 2784512 | L.C. Licensing, Inc. (Liz Claiborne) | Classes 9, 18, 25, 35. |

4

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| LIZ CLAIBORNE | 1573265 | L.C. Licensing, Inc. (Liz Claiborne) | Class 14. |
| LIZ | 2841408 | L.C. Licensing, Inc. (Liz Claiborne) | Class 25. |
| LIZ & CO. | 2765530 | L.C. Licensing, Inc. (Liz Claiborne) | Class 25. |
| LIZ LANGE | 2360437 | Elizabeth Lange, LLC | Class 25. |
| LIZ & ME | 1431256 | Virginia Specialty Stores, Inc. | Class 25. |
| LIZ PHILLIPS | 1429324 | Ada Outerwear, Ltd. | Class 25. |
| LIZ BAKER | 1276301 | J.C. Penney Priviate Brands Inc. | Class 25. |

## KATE

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| KATE SPADE NEW YORK | 3092920 | Kate Spade, LLC | Class 14. |
| KATE SPADE | 2578942 | Kate Spade, LLC | Class 25. |
| KATE LANDRY | 2977007 | Dillard's Inc. | Class 14. |
| KATE LANDRY | 2086397 | Dillard's Inc. | Class 25. |
| KATE MACK | 2903269 | Biscotti, Inc. | Class 18, 25 |
| KATE MILLER | 2998401 | WE s.n.c. Marco Crevani & Roberto Ugolini | Class 25. |
| KATE LORD | 2830925 2925694 | Ahead, Inc. | Class 25. |
| KATE O'CONNOR | 2914228 | Kate O'Connor | Class 25. |
| KATE HILL | 2521282 | Mary Department Stores Company | Class 25. |
| KATE SYLVESTER | 2572808 | Wayne Fraser Conway & Kate Elizabeth Sylvester | Class 25. |
| KATE KANYON | 2370865 | Canyon View Cashmere, LLC | Class 25. |
| KATE COLLINS | 1370260 | El & E Novelty Co., Inc. | Class 25. |

5

## CARLA

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| CARLA CARINI Stylized | 2904276 | Carla Carini S.p.A. | Class 25. |
| CARLA FRACCI | 2706093 | Carla Fracci | Classes 14, 24, 25. |
| CARLA CONTI | 2090658 | Canmi, S.A. De C.V. | Class 25. |
| CARLA | 0868384 | Carla Jewelry Corp. | Class 14. |
| CA CARLA AMORIM Stylized | 2845096 | CK Amorim Ltda. | Class 14. |

## DIANE

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| PRINCESS DIANE (Stylized) | 1387179 | Diane Von Furstenberg Studio | Classes 3, 25. |
| DIANE VON FURSTENBERG | 2877401 | Diane Von Furstenberg Studio | Classes 9, 14, 24. |
| DIANE POITIERS and Design | 3087137 | Emcoltex Ltda. | Class 25. |
| DIANE RAULSTON | 3117663 | Diane Raulston | Class 25. |
| DIANE GILMAN | 2433104 | Diane Gilman | Class 18, 25. |
| KELLY AND DIANE | 2398751 | Maggy London International, Ltd. | Class 25. |
| DIANE'S ESSENTIALS | 2389485 | GMR Fashion, Inc. | Class 25. |
| DIANE PETERSON | 2371620 | Winston Apparel Co., Ltd. | Class 25. |
| DIANE DALIS | 2290791 | Compagnie Des Vosges | Class 25. |
| MAX AND DIANE | 1457584 | Trans Fashion Industries, Inc. | Class 25. |
| DIANE LILLI | 1411387 | Miss Eileen IV, Inc. | Class 25. |
| DIANE FREIS Stylized | 1354293 | Diane Freis | Class 25. |

6

## GIO

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| GIO MORETTI | 1466096 | Bronx S.R.L. | Class 18, 25. |
| GIO CELLINI | 2543722 | DiMauro Srl. | Class 18, 25. |
| GIO' | 2185424 | GA Modefine S.A. | Classes 3, 25. |
| GIO BRASSERO | 1592116 | S&K Famous Brands, Inc.. | Class 25. |
| GIO MONACO & Design | 2829240 | Pietro Ascione | Class 14. |

## CHRISTIAN

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| RALPH CHRISITAN | 3108078 | Timepieces International Inc. | Class 14. |
| CHRISITIAN LACROIX | 2896646 | Christian Lacroix Corporation | Class 8, 14, 21. |
| CHRISITIAN LACROIX | 1499154 | Societe Christian Lacroix Company | Classes 3, 9, 14, 18, 25. |
| CHRISTIAN BERNARD & Design | 2382735 | Christian Bernard Diffusion | Class 14. |
| CHRISTIAN BERNARD | 2508879 | Christian Bernard Stores Corporation | Class 14, 42. |
| CHRISTIAN TSE | 2657542 | Christian Hoa Tse | Class 14. |
| JOHN CHRISTIAN | 2278405 | Worldwide Jr. Wood d/b/a John Christian Company | Class 14. |
| CHRISTIAN DIOR | 1468222 | Christian Dior, S.A. | Class 14. |
| CHRISTIAN DIOR | 0580207 0519367 | Christian Dior Couture, S.A. | Class 14. |
| CHRISTIAN DIOR | 0639714 | Christian Dior Couture, S.A. | Class 25. |
| CHRISTIAN DIOR Stylized | 0592225 | Christian Dior Couture, S.A. | Class 25. |
| CHRISTIAN BERG | 3018056 | Anson's Herrenhaus KG | Classes 3, 18, 25. |

7

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| CHRISTIAN & Design | 2593706 | Gabriel Tennberg d/b/a Christian International | Class 25. |
| CHRISTIAN MICHELE | 2520926 | Group USA | Class 25. |
| CHRISTIAN GIORGIOU | 2434281 | American Design Group, Inc. | Class 25. |
| CHRISTIAN GAINES | 2775941 | Troyal G. Brooks | Class 25. |
| CHRISTIAN ALESSIA | 2443720 | Constantino Congiu Cecchi | Class 25. |
| CHRISTIAN TRAPANI | 2133228 | V.S. Sport, Ltd. | Class 25. |
| CHRISTIAN A. | 1879842 | Christian A. Inc | Class 25. |
| CHRISTIAN DE CASTELNAU | 1475100 | CHRISTIAN SARRAMIA DE CASTELNAU | Class 25. |
| CHRISTIAN LOUBOUTIN Stylized | 1816940 | CHRISTIAN LOUBOUTIN | Class 25. |

## KLEIN

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| ANNE KLEIN | 1006943<br><br>1049090 | Jones Investment Co. Inc. | Class 25. |
| CALVIN KLEIN | 1086041 | Calvin Klein Trademark Trust | Class 25. |
| CALVIN KLEIN | 1226396 | Calvin Klein Trademark Trust | Classes 3, 16, 24, 25. |
| MICHEL KLEIN | 1395833<br><br>2920377 | Michel Klein | Class 25. |
| ANNE KLEIN II | 1425808 | Jones Investment Co. Inc. | Class 25. |
| JULIA KLEIN | 1581671 | Sharilove Fashions | Class 25. |
| CHARLES KLEIN | 1905702 | Burlington Coat Factory Warehouse Corp. | Class 25. |
| FRANKLIN KLEIN | 2354070 | Makalot USA, Inc. | Class 25. |
| KLEIN Stylized | 2801733 | Steven H. Klein d/b/a Klein Acoustic Guitars | Class 15, 25. |

8

## REBECCA

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| REBECCA'S Design | 1431259 | Rebecca C. Temple d/b/a Rebecca's | Class 25. |
| REBECCA MOSES | 1495162 | Studio Enterprises, Inc. | Class 25. |
| REBECCA LYNN | 1482447 | Branded LLC | Class 25. |
| REBECCA STONE | 1618870 | B.N.B. LLC | Class 25. |
| REBECCA TAYLOR | 2132863 | Rebecca Taylor | Class 25. |
| REBECCA TAYLOR | 2919208 | Rebecca Taylor | Class 14. |
| CATHERINE REBECCA | 2281397 | NSR, Inc. | Class 25. |
| REBECCA MALONE | 2821443 | Specialty Retailers, Inc. | Classes 14, 25. |
| REBECCA V. Stylized | 2653238 | The Lunada Bay Corporation | Classes 9, 18, 24, 25. |
| REBECCA JONES | 2617542 | Jeffery Zinn | Class 25. |
| REBECCA JEWELL | 2585184 | Rebecca Jewell | Class 25. |
| REBECCA BEESON | 2994668 | Rebecca Beeson Inc. | Class 25. |
| RGD REBECCA GODSON DESIGN | 3050085 | Rebecca Godson | Class 14. |

## TOMMY

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| TOMMY | 2389024<br><br>2475142 | Tommy Hilfiger Licensing LLC | 25 |
| TOMMY HILFIGER | 1995802 | Tommy Hilfiger Licensing LLC | 3, 18, 25. |
| TOMMY HILFIGER | 2162940 | Tommy Hilfiger Licensing LLC | 14, 25. |
| TOMMY HILL | 1173426 | Tommy Hilfiger Licensing LLC | 25. |
| TOMMY GIRL | 2499283 | Tommy Hilfiger Licensing LLC | 25 |

| MARK | REG. NO. | OWNER | CLASSES |
|---|---|---|---|
| TOMMY SPORT | 2923577 | Tommy Hilfiger Licensing LLC | 25 |
| TOMMY BAHAMA | 1802812 | Tommy Bahama Group, Inc. | 25. |
| TOMMY BAHAMA | 2551210 | Tommy Bahama Group, Inc. | 14. |
| TOMMY BOY | 2478731 | Tommy Boy Music, Inc. | 25. |
| TOMMY-ATO & Design | 2563997 | Joalan Enterprises Ltd. | 25, 28. |
| TOMMY NUTTER | 2297727 | J&J Crombie Limited | 3, 25. |
| TOMMY TUCKER T-SHIRTS & Design | 2683749 | Tommy Tucker T-Shirts, Inc. | 25. |
| TOMMY & OSCAR Design | 2645168 | Rainbow - S.R.L. | 16, 25, 28. |

Attached hereto as Exhibit A are printouts of these marks from the Trademark Electronic Search System ("TESS") and the Trademark Applications and Registrations Retrieval ("TARR") system on the United States Patent and Trademark Office website found at www.uspto.gov.

6. Other uses of the first name, CHARLOTTE, are used in the fashion industry. For example, Charlotte Russe and Charlotte Tarantola sell apparel and jewelry, among other products. Attached hereto as Exhibit B are printouts from the Charlotte Russe and Charlotte Tarantola websites showing the marks are currently being used in commerce.

7. Additionally, numerous third-party registrations for marks incorporating the name "Charlotte" coexist on the principal register for the same or highly related goods, including:

| MARK | REG. NO. | OWNER | CLASSES | REG. DATE |
|---|---|---|---|---|
| CHARLOTTE RUSSE | 2416268 | Charlotte Russe Merchandising, Inc. | Class 18. | 12/26/00 |

10

| | | | | |
|---|---|---|---|---|
| CHARLOTTE RUSSE | 2416273 | Charlotte Russe Merchandising, Inc. | Class 25. | 12/26/00 |
| CHARLOTTE RUSSE | 2451427 | Charlotte Russe Merchandising, Inc. | Class 3. | 5/15/01 |
| CHARLOTTE RUSSE | 2416269 | Charlotte Russe Merchandising, Inc. | Class 14. | 12/26/00 |
| CHARLOTTE RUSSE | 2414477 | Charlotte Russe Merchandising, Inc. | Class 42. | 12/19/00 |
| CHARLOTTE RUSSE | 2416270 | Charlotte Russe Merchandising, Inc. | Class 26. | 12/26/00 |
| CHARLOTTE RUSSE Stylized | 1485692 | Lawrence Merchandising Corporation | Class 42. | 4/19/88 |
| CHARLOTTE Stylized | 2117619 | Ehringer-Schwarz GMBH & Co. KG | Class 14. | 12/2/97 |
| CHARLOTTE STING | 2232708 | WNBA Enterprises, LLC | Class 25. | 3/16/99 |
| CHARLOTTE STING | 2221962 | WNBA Enterprises, LLC | Class 28. | 2/2/99 |
| CHARLOTTE STING | 2464067 | WNBA Enterprises, LLC | Class 18. | 6/26/01 |
| PRINCESS CHARLOTTE | 2905432 | Charlotte Brown | Class 25. | 11/30/04 |
| CHARLOTTE CORDAY | 2754463 | JJJ International LLC | Class 25. | 8/19/03 |
| CHARLOTTE & Design | 2642133 | University of North Carolina at Charlotte | Classes 25, 41. | 10/29/02 |
| UNC CHARLOTTE & Design | 2634578 | University of North Carolina at Charlotte | Classes 6, 16, 21, 25. | 10/15/02 |
| CHARLOTTE CHECKERS | 2090707 | Charlotte Professional Sports Teams, Inc. | Class 25. | 8/26/97 |
| CHARLOTTE BOBCATS & Design | 2973394 | RLJ Basketball, LLC | Class 18. | 7/19/05 |

11

| CHARLOTTE BOBCATS & Design | 2978914 | RLJ Basketball, LLC | Class 9. | 7/26/05 |
|---|---|---|---|---|
| CHARLOTTE BOBCATS & Design | 2919999 | RLJ Basketball, LLC | Class 28. | 1/28/05 |
| CHARLOTTE BOBCATS & Design | 2986222 | RLJ Basketball, LLC | Class 25. | 8/16/05 |
| JOIE DE CHARLOTTE | 2868976 | Joie de Charlotte Ltd. | Class 3. | 8/3/04 |

Attached hereto as Exhibit C are TESS and TARR printouts of the above-referenced marks.

8. Attached hereto as Exhibit D are printouts from the Charlotte Ronson website, www.charlotteronson.com, showing some of the original creations bearing the CHARLOTTE RONSON trademarks.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 31st day of July 2006 at New York, New York.

_____
Mary L. Grieco