Ira S. Sacks
Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100
*Attorneys for Defendant/Counterclaim*
*Plaintiff Lisa Kline*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
GMA ACCESSORIES, INC.

               Plaintiff,

    -against-

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP. INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

               Defendants.
―――――――――――――――――――――x
LISA KLINE,

               Counterclaim Plaintiff,

    -against-

GMA ACCESSORIES, INC.,

               Counterclaim Defendant.
―――――――――――――――――――――x

Civil Action No.:
07 CV 3219 (LTS)

**RULE 7.1 STATEMENT**

TRIAL BY JURY
DEMANDED

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned

counsel for Defendant/Counterclaim Plaintiff Lisa Kline (a private non-governmental party) certifies that it has no parents, subsidiaries or affiliates which are publicly held.

DATED:   October 30, 2007
         New York, New York

                                              DREIER LLP

                                              By: /s/ Ira S. Sacks
                                              Ira S. Sacks
                                              Robert J. Grand
                                              499 Park Avenue
                                              New York, New York 10022
                                              (212) 328-6100
                                              *Attorneys for*
                                              *Defendant/Counterclaim*
                                              *Plaintiff Lisa Kline*