UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

            Plaintiff,

- against -

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

           Defendants.
------------------------------------------------------X

**AFFIRMATION OF SERVICE**

Civil Action No.: 07CV3219 (LTS)

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

        Andrew T. Sweeney, an attorney duly licensed to practice in the state of New York, hereby affirms under penalty of perjury: deponent is not a party to the action, is over 18 years of age and works at 40 Wall Street, New York, New York 10005. Deponent served a subpoena upon JONATHAN SOLNICKI by serving his counsel, firm of Dreier, LLP by hand on October 24, 2007 upon:

| Attorney(s) | Address | Party |
|---|---|---|
| Robert J. Grand, Esq.<br>Dreier LLP | 499 Park Avenue<br>New York, NY 10022 | Jonathan Solnicki |

                                                Andrew T. Sweeney