# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of Southern | United States District Court |

Index Number: 07CV3219 (LTS)   Court Date: 11/20/2007  10:00 am
Date Filed: 10/24/2007

Plaintiff:
**GMA Accesories, Inc**

vs.

Defendant:
**Eminent, Inc., et. al.**

For:
Andrew Sweeney
The Bostany Law Firm
40 Wall St
61st Floor
New York, NY  10005

Received by BASE ENT. INC. DBA/ INFO RETRIEVAL on the 26th day of October, 2007 at 3:59 pm to be served on **Charlotte B, Llc c/o National Registered Agents, Inc, 160 Greentree Dr, Suite 101, Dover, DE 19904.**

I, Ezekiel Wing, being duly sworn, depose and say that on the **29th day of October, 2007 at 4:45 pm**, I:

**CORPORATE - REGISTERED AGENT:** served the within named Entity by delivering a true copy of the Subpoena In a Civil Case to Tina Bonovich/VP & Assistant Secretary as REGISTERED AGENT of the within named, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the state in which the process was served.

Subscribed and Sworn to before me on the 31st day of October, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Kelly Rene Jansen
Notary Public
State of Delaware
Commission Expires 3/12/2011

Ezekiel Wing
Process Server

BASE ENT. INC. DBA/ INFO RETRIEVAL
P.O. Box 268
Georgetown, DE  19947
(302) 337-0548

Our Job Serial Number: 2007000798

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.2c