AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Southern        DISTRICT OF        New York

GMA Accesories, Inc.

V.

Eminent, Inc., et. al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  07CV3219 (LTS)

TO: Showroom Seven Studios, Inc.
498 7th Avenue, 24th Floor
New York, NY 10018

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The Bostany Law Firm, 40 Wall St, 61st Floor New York, NY 10005 | 11/14/2007 10:00 am |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Sales orders, invoices, correspondence and emails concerning CHARLOTTE or any mark similar thereto, including CHARLOTTE SOLNICKI

| PLACE | DATE AND TIME |
|---|---|
| The Bostany Law Firm, 40 Wall St, 61st Floor New York, NY 10005 | 11/14/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *[signature]* Attorney for Plaintiff   DATE 10/24/07

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Andrew T. Sweeney, The Bostany Law Firm, 40 Wall St., 61st Fl.
New York, NY 10005, 212-530-4400

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.