CORPORATION SERVICE COMPANY
294122
AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
INDEX #07CV3219
-----------------------------------------------------------------

GMA ACCESORIES, INC.,            PLAINTIFF

                VS.

SHOWROOM SEVEN STUDIOS, INC.,           DEFENDANT

-----------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                  ss:


Minard Carkner being duly sworn, deposes and says that he is over the age of eighteen (18) years; That on the twentyninth day of October, 2007 at 3:33 pm he served the annexed Subpoena In A Civil Case Index #07cv3219, filed 10/24/2007, endorsed thereto on SHOWROOM SEVEN STUDIOS, INC.
the defendant in this action, by delivering to and leaving with Chad Matice an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

                                    _____
                                    Minard Carkner

Sworn to before me this
thirtyfirst day of October, 2007.

_____
Johanna Burkhartt, Notary Public
knv

[Notary Seal: JOHANNA A BURKHARTT, NOTARY PUBLIC, ALBANY COUNTY, NEW YORK, ID# 01BU6150209, Commission Expires July 24, 2010]

```
                    State of New York - Department of State
                              Receipt for Service

Receipt #:  200710300367                          Cash #:  200710300323
Date of Service:  10/29/2007                      Fee Paid: $40 - DRAWDOWN
Service Company:  45 CORPORATION SERVICE COMPANY - 45

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
   CORPORATION LAW

Party Served:  SHOWROOM SEVEN STUDIOS, INC.



Plaintiff/Petitioner:
         GMA ACCESORIES, INC.




Service of Process Address:
SHOWROOM SEVEN STUDIOS, INC.
ATTN  MARIA CASO
498 7TH AVE  24TH FL
NEW YORK, NY 10018
                                                       Secretary of State
                                                         By  CHAD MATICE
```