*SUMMONS so*

SUPERHOT MESSENGER SER., INC.    *AMENDED*    DATE: 5/29/07
         MESS                    *COMPLAINT*   TK 10:56
                                               TICKET #  300350
SERVICE FOR: JOHN BOSTANY LAW FIRM             BOL #
ATTENTION OF JOHN                              REFERENCE/JOB #
                                               PCS
PICK UP: SUPERHOT                              WGT
         75 PARK PL           RM
         NEW YORK        NY                    DECLARED VALUE _____
                                               LIMIT OF LIABILITY IS $100.00
SIGNATURE  *M. [signature]*                    PER SHIPPMENT UNLESS OTHER-
                                               WISE DECLARED.
DEL. TO: JONATHAN SOLNICKI  *[signature]*      ADDITIONAL INSURANCE .50 PER
         108 W 15TH ST       RM APT 6C         $100.00 OF DECLARED VALUE.
         NEW YORK        NY
                                               RE-DEL
                              EXT
SIGNATURE_____                       OLD TK #300256

PRINT_____

TIME *9-5* / FLOOR *6*


SIGNATURE_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

                                                Civil Action No.: 07CV3219 (LTS)

- against -

                                                **AFFIDAVIT OF SERVICE**

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                Defendants.
-------------------------------------------------------X

STATE OF NEW YORK      )
                                ) ss.:
COUNTY OF NEW YORK  )

        Raza Hafeez, being sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and works at 67 Vestry St., New York, NY 10013-1734. On May 29, 2007, deponent personally served the SUMMONS and AMENDED COMPLAINT upon:

Party                          Address

Jonathan Solnicki          108 West 15th Street
                                    Apt. 6C
                                    New York, NY 10011-6714

by delivering a copy of each by hand to Melina Solnicki at said address. A copy of her signed receipt is attached.

                                                                      _____
                                                                      Raza Hafeez

Sworn to before me this
29th day of May, 2007

_____
          Notary Public

                                                  JOHN P. BOSTANY
                                     Notary Public, State of New York
                                           No. 02B05072359
                                       Qualified in Kings County
                          Commission Expires Jan. 27, 2010