| Technology |
| Telecommunications |
| Transportation |
| Travel & Leisure |
| More Centers... |

**Browse Practice Areas**

| ADR |
| Advertising |
| Antitrust |
| Bankruptcy |
| Class Action Defense |
| Corporate Finance |
| Corporate Governance |
| E-Business & Internet |
| Environmental |
| Government Relations |
| Intellectual Property |
| International |
| Labor & Employment |
| Litigation |
| Mergers & Acquisitions |
| Outsourcing |
| Privacy & Security |
| Securities |
| Securities Litigation |
| Tax |
| Tax-Exempt Organizations |
| White Collar Crime |
| More Centers... |

finale, Solnicki's eighteen models celebrated her birthday in style by parading down the runway carrying birthday cakes to the tune of "Happy Birthday" by Altered Images.

Company Information

In 2002 Melina, Jessica and Jonathan Solnicki started the Charlotte Solnicki collection. The brand has grown into a multi-million dollar business selling worldwide at stores including Saks, Lisa Kline, Planet Blue, Intermix, Talulah G, Harvey Nichols Riyah, Shop Bop ... Celebrities including Jennifer Lopez, Lindsay Lohan, Nicole Richie, Eva Longoria and Jessica Simpson have all been seen wearing Charlotte Solnicki.

Charlotte Solnicki

CONTACT: Matt Kays of Seventh House, +1-646-619-6842, matt@seventhhousepr.com

ACC Association of Corporate Counsel
The in-house bar association℠