Meaghan Kirtley

From: Meaghan Kirtley [meaghan@revolveclothing.com]
Sent: Thursday, July 12, 2007 4:17 PM
To: 'josefina@charlottesolnicki.com'; 'ASHLEY@REVOLVECLOTHING.COM'
Subject: RE: URGENT - CHARLOTTE SOLNICKI

Josephine,

In light of the recent lawsuit we are not going to be able to approve this order. Our legal team has advised us that until the trademark suit is settled, we are not able to continue carrying Charlotte Solnicki products. Doing so further jeopardizes our ability to defend ourselves and could potentially put us in a situation where we are noncompliant with court orders and federal trademark infringements. I'm terribly sorry, but until this is resolved we are not able to approve orders or accept deliveries. I hope you understand.

Best regards,

Meaghan Kirtley
Revolve Clothing Inc.
16000 Canary Ave.
La Mirada, CA 90638
(714) 670-8950
(714) 459-7488 fax
meaghan@revolveclothing.com

-----Original Message-----
From: Josefina Greig [mailto:jousg@hotmail.com]
Sent: Thursday, July 12, 2007 3:38 PM
To: ASHLEY@REVOLVECLOTHING.COM
Subject: URGENT - CHARLOTTE SOLNICKI

To whom it may concern,

Because of a miscommunication between our corporate offices and Showroom Seven your fall order was set for an incorrect shipping window. (Cancel 8/15)
Actually, our first shipping window for this season will be:

**Start Shipment 7/30- Cancel Shipment 8/30**

If you agree with this, please sign this letter and fax it back to us.
We really appreciate your understanding and are really sorry for the inconvenience.
Kind Regards,

Josephine Greig
Customer Service
CHARLOTTE SOLNICKI
Tel 212 561 5513

7/24/2007        **CONFIDENTIAL**        EMINENT000019

Fax 212 656 1805
josefina@charlottesolnicki.com
www.charlottesolnicki.com

---

Tu horóscopo diario, semanal y gratuito. Cartas, tarot y predicciones en MSN Horóscopo