## Meaghan Kirtley

**From:** Michael [michael@charlottesolnicki.com]
**Sent:** Thursday, July 12, 2007 5:27 PM
**To:** meaghan@revolveclothing.com
**Cc:** ashley@revolveclothing.com; 'Josefina Greig'
**Subject:** TRADEMARK INFRIDGEMENT

Dear Meaghan,

We apologise for any inconvenience these letters you received might have caused you.

Attached is a letter of the President of our company; Mr. Jonathan Solnicki. After meeting with the company lawyers, he realised this law firm is making some kind of preasure on us by contacting directly our customrs which, could not receive any legal action against them and never will.

GMA Accesories uses the name "CHARLOTTE" as well as we do and many other companies too. They have no legal support to their claim because we are in process of registration and the Government takes long to close these cases.

We would really appreciate if you can still take your fall orders which are being produced because we are fully responsable against any action this law firm would take. Charlotte Solnicki is possitive this issue will be closed soon with the decision we and other over ten companies know will be; keep using our chosen brand names.

We want to keep doing business how we have been doing for the past years.

Please do not hesitate in get in touch with us. so we can keep doing business how we have been doing for the past years.

Best regards,

| | |
|---|---|
| Michael Bibulich | Insert a catchy tag line here |
| | Charlotte Solnicki |
| michael@charlottesolnicki.com | tel: 212-561-5513 |
| | fax: 212-656-1805 |
| Add me to your address book... | Want a signature like this? |