Meaghan Kirtley

**From:** Josefina Greig [jousg@hotmail.com]
**Sent:** Thursday, July 12, 2007 3:38 PM
**To:** ASHLEY@REVOLVECLOTHING.COM
**Subject:** URGENT - CHARLOTTE SOLNICKI

To whom it may concern,

Because of a miscommunication between our corporate offices and Showroom Seven your fall order was set for an incorrect shipping window. (Cancel 8/15) Actually, our first shipping window for this season will be:

### Start Shipment 7/30- Cancel Shipment 8/30

If you agree with this, please sign this letter and fax it back to us. We really appreciate your understanding and are really sorry for the inconvenience.
Kind Regards,

Josephine Greig
Customer Service
CHARLOTTE SOLNICKI
Tel 212 561 5513
Fax 212 656 1805
josefina@charlottesolnicki.com
www.charlottesolnicki.com

---

Tu horóscopo diario, semanal y gratuito. Cartas, tarot y predicciones en MSN Horóscopo

Hello Ashley,

How are you! I am so sorry about this whole situation with the name. I just e-mailed the corporate office and I am awaiting a reply.

I know that we always use the name Charlotte Solnicki and never had a problem. May I ask who you received this letter from

Thank You,

Michelle

On May 16, 2007, at 3:21 PM, Ashley wrote:

Hi Michelle,

I hope you are doing well. I had a quick question for you regarding Charlotte. Do you happen to know what the deal is with the name. Our accountant has received papers regarding infringement rights on the name and we are not sure what to do about it because we only carry the brand. I know that Shopbop and some others have received them as well. But, we are just wondering what name we are supposed to be using on the site since we cannot use Charlotte or Charlotte solnicki. Either way just let me know because we are trying to get this taken care of asap! Thanks so much for all your help, i hope you have a great rest of the week! ttys =)

--
Best,
Ashley Lowden
P: 714.670.8950
F: 714.459.7488
ashley@revolveclothing.com
www.revolveclothing.com

Michelle Liebman

Showroom Seven

michelle@showroomseven.com

www.showroomseven.com

T - 213.316.0112 ext.104

F - 213.316.0121

Michelle Liebman

Showroom Seven

michelle@showroomseven.com

www.showroomseven.com

T - 213.316.0112 ext.104

F - 213.316.0121

Michelle Liebman
Showroom Seven
michelle@showroomseven.com
www.showroomseven.com
T - 213.316.0112 ext.104
F - 213.316.0121

CONFIDENTIAL

EMINENT000027