

June  , 2007

Ref: "CHARLOTTE SOLNICKI" brand

Dear Sir/Madam,

We are addressing to you concerning the letter sent to you by the firm "The Boastany Law Firm", according to which we are accused of illegal use of our "CHARLOTTE SOLNICKI" brand name.

To that effect, we are informing to you the following facts,

a) There exist in the United States of America an important number of brand registers under the word "CHARLOTTE", for protecting the International Class 25 Products. In this sense, we are able to mention the following products: "CHARLOTTE CHECKERS", Reg. # 2,090,707; "CHARLOTTE RUSSE", Reg. # 2,416,273; "CHARLOTTE STING", Reg. # 2,232,708- 2,234,946; "CHARLOTTE EAGLES SOCCER CLUB", Reg. # 2,370,298; "CHARLOTTE CHECKERS", Reg. # 2,858,880; "CHARLOTTE BOBCATS", Reg # 2,986,222; "CHARLOTTE CORDAY", Reg. # 2,754,463; "CHARLOTTE HORNETS", Reg. # 1,650,195, currently renewed; "PRINCESS CHARLOTTE", Reg. # 2,905,432; "UNC CHARLOTTE", Reg. # 1,727,518, currently renewed; "UNC CHARLOTTE", Reg. # 2,634,578.

b) Under a) item above, the GMA Accessories Inc. firm, is absolutely unable for preventing or interfere with, in no manner, from the free and legal use of other brands composed with the word "CHARLOTTE", such as is the case with our "CHARLOTTE SOLNICKI" brand.

c) By no means, our "CHARLOTTE SOLNICKI" brand, violates the rights of GMA Accessories Inc., derived from his tittle to the "CHARLOTTE", Class 25 trademark in the United States of America.

d) Our firm makes use of "CHARLOTTE SOLNICKI" brand in the United States of America and other countries, in a public and visible manner, since more than 5 years.

e) Our "CHARLOTTE SOLNICKI" brand is currently in the process of registration in the United States of America.

f) We have given instructions to our attorneys at law, to begin with all legal actions available to us, in order to reject the illegal claim begun by GMA Accessories Inc. firm.

g) At last, we make you know that our company shall assume full responsibilities for any difficulty you may suffer from the claim begun by GMA Accessories Inc. firm.



By virtue of the valid statements above, we are inviting you to continue the marketing activities relating to our "CHARLOTTE SOLNICKI" brand, such as we have been doing up to this time, reassuring our commitment of full responsibility for the use of the above mentioned brand.

Your sincerely,
Jonathan Solnicki
President