AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

GMA Accesories, Inc.
V.
Eminent, Inc., et. al.

SUBPOENA IN A CIVIL CASE

Case Number:[1] 07CV3219 (LTS)

TO: Jonathan Solnicki

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The Bostany Law Firm, 40 Wall St, 61st Floor, New York, NY 10005 | 11/20/2007 2:00 pm |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Sales orders, invoices, correspondence and emails concerning CHARLOTTE or any mark similar thereto, including CHARLOTTE SOLNICKI

| PLACE | DATE AND TIME |
|---|---|
| The Bostany Law Firm, 40 Wall St, 61st Floor, New York, NY 10005 | 11/14/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) — Attorney for Plaintiff      DATE 10/24/07

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Andrew T. Sweeney, The Bostany Law Firm, 40 Wall St., 61st Fl.
New York, NY 10005, 212-530-4400

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

               Plaintiff,

- against -

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

               Defendants.
-------------------------------------------------------X

**AFFIRMATION OF SERVICE**

Civil Action No.: 07CV3219 (LTS)

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

       Andrew T. Sweeney, an attorney duly licensed to practice in the state of New York, hereby affirms under penalty of perjury: deponent is not a party to the action, is over 18 years of age and works at 40 Wall Street, New York, New York 10005. Deponent served a subpoena upon JONATHAN SOLNICKI by serving his counsel, firm of Dreier, LLP by hand on October 24, 2007 upon:

| Attorney(s) | Address | Party |
|---|---|---|
| Robert J. Grand, Esq.<br>Dreier LLP | 499 Park Avenue<br>New York, NY 10022 | Jonathan Solnicki |

                                                         Andrew T. Sweeney