AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

GMA Accesories, Inc.
V.
Eminent, Inc., et. al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07CV3219 (LTS)

TO: CHARLOTTE B, LLC

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The Bostany Law Firm, 40 Wall St, 61st Floor, New York, NY 10005 | 11/20/2007 2:00 pm |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Sales orders, invoices, correspondence and emails concerning CHARLOTTE or any mark similar thereto, including CHARLOTTE SOLNICKI

| PLACE | DATE AND TIME |
|---|---|
| The Bostany Law Firm, 40 Wall St, 61st Floor, New York, NY 10005 | 11/14/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Plaintiff | 10/24/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Andrew T. Sweeney, The Bostany Law Firm, 40 Wall St., 61st Fl.
New York, NY 10005, 212-530-4400

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## AFFIDAVIT OF SERVICE

State of New York          County of Southern          United States District Court

Index Number: 07CV3219 (LTS)   Court Date: 11/20/2007  10:00 am
Date Filed: 10/24/2007

Plaintiff:
GMA Accesories, Inc
vs.
Defendant:
Eminent, Inc., et. al.

For:
Andrew Sweeney
The Bostany Law Firm
40 Wall St
61st Floor
New York, NY  10005

Received by BASE ENT. INC. DBA/ INFO RETRIEVAL on the 26th day of October, 2007 at 3:59 pm to be served on Charlotte B, Llc c/o National Registered Agents, Inc, 160 Greentree Dr, Suite 101, Dover, DE 19904.

I, Ezekiel Wing, being duly sworn, depose and say that on the 29th day of October, 2007 at 4:45 pm, I:

**CORPORATE - REGISTERED AGENT:** served the within named Entity by delivering a true copy of the Subpoena in a Civil Case to Tina Bonovich/VP & Assistant Secretary as REGISTERED AGENT of the within named, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the state in which the process was served.

Ezekiel Wing
Process Server

Subscribed and Sworn to before me on the 31st day of October, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Kaily Ryan Jansen
Notary Public
State of Delaware
Commission Expires 3/18/2011

BASE ENT. INC. DBA/ INFO RETRIEVAL
P.O. Box 268
Georgetown, DE  19947
(302) 337-0548

Our Job Serial Number: 2007000798

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c