# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

July 10, 2007

<u>UPS AIR</u>

Sam Edelman
Sam Edelman
1370 Avenue of the Americas, 8th Floor
New York, NY 10019

Re:   CHARLOTTE® Trademark Infringement

Dear Mr. Edelman:

We represent GMA Accessories, Inc., the owner of the registered trademark CHARLOTTE® in various classes including footwear. A copy of the current title and status of this registration is attached. It has come to our attention that you are is marketing and selling shoes named CHARLOTTE without permission from the trademark owner.

We demand that you immediately cease and desist this blatant copying of the CHARLOTTE® brand name. Provide me with certification within 7 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark. Within 14 days of your receipt of this letter we demand that you provide us:

(1)   a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's Charlotte® brand name;

(2)   the quantity sold of each; the purchase and sale price; and your remaining inventory.

If you fail to comply we will be forced to enforce the trademark owner's rights in court.

Very truly yours,

Andrew T. Sweeney

Enclosure

GMA 34715

HIGHLY CONFIDENTIAL

THE BOSTANY LAW FIRM

40 WALL STREET
61ST FLOOR
NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400
FAX: 212-530-4488

NEW JERSEY OFFICE
ONE GATEWAY CENTER
NEWARK, NJ 07102

August 15, 2007

Sam Edelman
Sam Edelman
1370 Avenue of the Americas, 8th Floor
New York, NY 10019

Re: CHARLOTTE® Trademark Infringement

Dear Mr. Edelman:

The demands contained in my July 10, 2007 letter remain unanswered.

It appears that you willfully infringed the mark by using it without regard to the registration and continue to do so. We are attempting to discuss a reasonable settlement with you without the need for a lawsuit. If we are forced to commence litigation, we will seek attorney fees pursuant to 15 U.S.C. 1117(a) along with statutory damages pursuant to 1117(c).

Please comply with the demands contained in our letter of July 10, 2007 within 5 days.

Very truly yours,

Andrew T. Sweeney

GMA 34716

HIGHLY CONFIDENTIAL



August 23, 2007

Mr. Andrew Sweeney, Esq.
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005-1304

    Re: <u>Charlotte Trademark</u>

Dear Mr. Sweeney:

I am in receipt of your cease and desist letters dated July 10, 2007 and August 15, 2007.

Please be advised that our use of the above referenced trademark was unintentional and that the CHARLOTTE name was merely assigned to one of our shoes during the production process. Never the less, we have no intention of infringing on your client's registered mark. The shoe in question was produced in limited quantity for the Fall 2006 season. We no longer produce, market or sell any shoe under the CHARLOTTE name.

I trust that you will accept this letter as confirmation to your request that we cease and desist using the CHARLOTTE name so as not to conflict with your client's registered trademark.

Thank you for your consideration.

Very truly yours,

Stuart Weinberg, CFO

NEW YORK SHOWROOM
130 West 57th Street
Suite 11B
New York, NY 10019
T (212) 245-7993
F (212) 245-7996
www.samedelmanshoe.com
877-932-7726

GMA 34717

HIGHLY CONFIDENTIAL