# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

June 13, 2007

<u>UPS AIR</u>

Paul Schrieber, CEO
Latico Trading Corporation
321 Palmer Road
Denville, NJ 07834

    Re:    CHARLOTTE® Trademark Infringement

Dear Mr. Schrieber:

    We represent GMA Accessories, Inc. the owner of the registered trademark CHARLOTTE® in various classes including handbags. A copy of this registration is attached. It has come to our attention that you are marketing and selling a collection of handbags named CHARLOTTE without permission from the trademark owner.

    We demand that you immediately cease and desist this blatant copying of the CHARLOTTE® brand name. Provide me with certification within 7 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark. Within 14 days of your receipt of this letter we demand that you provide us:

(1)    a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's Charlotte® brand name;

(2)    the quantity sold of each; the purchase and sale price; and your remaining inventory

    If you fail to comply, we will be forced to enforce the trademark owner's rights in court.

Sincerely,

Adrienne S. Raps

Enclosure

GMA 34818

HIGHLY CONFIDENTIAL

AUG. 21. 2007  3:19PM    LATICO LEATHER                           NO. 311   P. 2

8/20/07   2/2



Andrew Sweeney,

We NEVER marked ANY collection physically, IN ANY way, shape or form with what you claim is "charlotte", a trademarked name.

We did however, NOT intentionally simply name ONE, of Appox. 12 new collections per year,... Charlotte, as is the name of my brothers daughter. (It was only called charlotte, after his daughter)

I repeat, We NEVER marked in any way, shape or form ANY bags with this trudmark!!

We had lackluster results with this collection and it was discontinued years ago. I hope this is now clear and acceptable to you and your colleagues. We will NEVER name another collection Charlotte!!

Thank you

HEADQUARTERS
321 Palmer Road ■ Denville, NJ 07834
TELEPHONE 973 442 9622 ■ 800 969 8426
FACSIMILE 973 442 3073

GMA 34819

HIGHLY CONFIDENTIAL

AUG. 21. 2007  3:23PM    LATICO LEATHER                              NO. 312   P. 1



8/20/07

Dear Mr Sweeney,

Please let us know what other demands you have and they will be addressed ASAP. (Letter dated 6/13)

Thank You.

HEADQUARTERS
321 Palmer Road ■ Denville, NJ 07834
TELEPHONE  973 442 9622 ■ 800 969 8426
FACSIMILE  973 442 3073

GMA 34820

HIGHLY CONFIDENTIAL