# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

**NEW JERSEY OFFICE**

ONE GATEWAY CENTER
NEWARK, NJ 07102

August 15, 2007

**UPS AIR**

Grace Young
Salon Shoes
375 Oyster Point Boulevard
South San Francisco, California 94080

Re: CHARLOTTE® Trademark Infringement

Dear Ms. Young:

We represent GMA Accessories, Inc., the owner of the registered trademark CHARLOTTE® in various classes including footwear. A copy of the current title and status of this registration is attached. It has come to our attention that you are marketing and selling shoes named CHARLOTTE without permission from the trademark owner.

We demand that you immediately cease and desist all use of the CHARLOTTE® brand name. Provide me with certification within 7 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark. Within 14 days of your receipt of this letter we demand that you provide us:

(1) a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's Charlotte® brand name;

(2) the quantity sold of each; the purchase and sale price; and your remaining inventory.

If you fail to comply we will be forced to enforce the trademark owner's rights in court.

Very truly yours,

Adrienne S. Raps

Enclosure

GMA 34822

HIGHLY CONFIDENTIAL

# CORPORATE COUNSEL LAW GROUP, LLP

505 SANSOME STREET, SUITE 475
SAN FRANCISCO, CALIFORNIA 94111
TEL. (415) 989-5300 ◊ FAX (415) 788-4315

Writer's E-mail: hnchung@cclg.net
Writer's Direct Dial: (415) 788-1280

August 23, 2007

Adrienne S. Raps, Esq.
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005-1304

Re: Attorney Referrals

Dear Ms. Raps:

This law office represents Grace and Alan Young and Salon Shoes. Reference is made to your cease and desist letter on behalf of GMA Accessories, Inc. dated August 15, 2007, receipt of which is acknowledged. All correspondence regarding this matter should be directed to the undersigned.

Going forward, my client agrees to discontinue the production, marketing and sale of the "Charlotte" line of shoes.

Do not hesitate to contact me regarding this matter.

Yours very truly,

Howard N. Chung

cc: Alan Young

GMA 34823

HIGHLY CONFIDENTIAL