# THE BOSTANY LAW FIRM

40 WALL STREET
61ST FLOOR
NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400
FAX: 212-530-4488

**NEW JERSEY OFFICE**
ONE GATEWAY CENTER
NEWARK, NJ 07102

July 12, 2007

<u>UPS AIR</u>

Benjamin Walk, C.E.O.
Benjamin Walk Corporation
511 Route 125
Barrington, NH 03825

      Re:    CHARLOTTE® Trademark Infringement

Dear Mr. Walk:

    We represent GMA Accessories, Inc., the owner of the registered trademark CHARLOTTE® in various classes including footwear. A copy of the current title and status of this registration is attached. It has come to our attention that your Touch Ups division is marketing and selling shoes named CHARLOTTE without permission from the trademark owner.

    We demand that you immediately cease and desist this blatant copying of the CHARLOTTE® brand name. Provide me with certification within 7 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark. Within 14 days of your receipt of this letter we demand that you provide us:

(1) a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's Charlotte® brand name;
(2) the quantity sold of each; the purchase and sale price; and your remaining inventory.

    If you fail to comply we will be forced to enforce the trademark owner's rights in court.

Very truly yours,

Andrew T. Sweeney

Enclosure

GMA 34824

HIGHLY CONFIDENTIAL

MALCOLM R. McNEILL, JR.
R. PETER TAYLOR*
ROBERT J. GALLO**
FRANCIS X. BRUTON, III †
STEPHEN H. ROBERTS
WILLIAM L. TANGUAY
SIMONE D. MASSE*
ROBERT L. HERMANN, JR.†

OF COUNSEL
LYNNE M. DENNIS

*also admitted in Maine
**also admitted in Maine and Mass.
† also admitted in Mass.



**McNeill Taylor & Gallo**
P.A.
ATTORNEYS AT LAW

Hale Schoolhouse
180 Locust Street
P.O. Box 815
Dover, NH 03821

TEL (603) 749-5535
FAX (603) 749-1187

September 21, 2007

Andrew T. Sweeney, Esquire
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005-1304

Dear Mr. Sweeney:

Effective upon receipt of your letter of July 12, 2007, Benjamin Walk Corporation of Barrington, New Hampshire has not shipped or sold product under the name CHARLOTTE. It has relabeled all of its inventory, deleting the name CHARLOTTE and replacing it with a different name. It has removed the name CHARLOTTE from its website. The name CHARLOTTE no longer exists at Benjamin Walk Corporation.

I advised in my letter of July 24, 2007 that "without admission of liability or trademark infringement, Benjamin Walk Corporation agrees to voluntarily take those reasonable steps necessary to remove the name CHARLOTTE, to the extent that it exists, in any of its product identification materials." That has been done.

Yours truly,

William L. Tanguay

WLT:fsl
cc:    Benjamin Walk Corp.

GMA 34825

HIGHLY CONFIDENTIAL