# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

September 25, 2007

**UPS AIR**

Owner
True Religion Apparel, Inc.
2263 East Vernon Avenue
Vernon, California  90058

Re:     **CHARLOTTE® Trademark Infringement**

To Whom It May Concern:

We represent GMA Accessories, Inc., the owner of the registered trademark CHARLOTTE® in various classes including clothing. A copy of the current title and status of this registration is attached. It has come to our attention that you are marketing and selling apparel under the name CHARLOTTE without permission from the trademark owner.

We demand that you immediately cease and desist all use of the CHARLOTTE® brand name. Provide me with certification within 7 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark. Within 14 days of your receipt of this letter we demand that you provide us:

(1)     a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's Charlotte® brand name;

(2)     the quantity sold of each; the purchase and sale price; and your remaining inventory.

If you fail to comply we will be forced to enforce the trademark owner's rights in court.

Very truly yours,

Andrew T. Sweeney

Enclosure

GMA 34826

HIGHLY CONFIDENTIAL