# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

**NEW JERSEY OFFICE**

ONE GATEWAY CENTER
NEWARK, NJ 07102

July 11, 2007

<u>UPS AIR</u>

Rock & Republic
3525 Eastham Drive
Culver City, California 90232

Re:    CHARLOTTE® Trademark Infringement

To Whom It May Concern:

We represent GMA Accessories, Inc., the owner of the registered trademark CHARLOTTE® in various classes including footwear. A copy of the current title and status of this registration is attached. It has come to our attention that you are is marketing and selling shoes named CHARLOTTE without permission from the trademark owner.

We demand that you immediately cease and desist this blatant copying of the CHARLOTTE® brand name. Provide me with certification within 7 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark. Within 14 days of your receipt of this letter we demand that you provide us:

(1)    a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's Charlotte® brand name;
(2)    the quantity sold of each; the purchase and sale price; and your remaining inventory.

If you fail to comply we will be forced to enforce the trademark owner's rights in court.

Very truly yours,

Andrew T. Sweeney

Enclosure

GMA 34827

HIGHLY CONFIDENTIAL

# DREIER STEIN & KAHAN LLP

ATTORNEYS AT LAW

Gregg R. Sultan
Direct Dial 424 202 6055   Direct Fax 424 202 6255
gsultan@dskllp.com

October 15, 2007

**BY FACSIMILE (212) 530-4488 AND U.S. MAIL**

Andrew T. Sweeney, Esq.
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005-1304

Re:   **GMA Accessories, Inc. – Rock & Republic Enterprises, Inc.**

Dear Mr. Sweeney:

We are in receipt of your letter dated September 17, 2007, regarding the above-referenced matter.

Without admitting liability or the validity of your claim, which we continue to dispute as set forth in my letter to you of July 18, 2007, please be aware that our client is in the process of discontinuing usage of "Charlotte" as a style name and has no plans to resume such use. We trust that this resolves the matter, and we have closed our file accordingly.

This letter is for settlement purposes only, is not to be construed as an admission of liability, and is without prejudice to the rights and remedies of our client, all of which are expressly reserved.

Sincerely,

Gregg R. Sultan

GRS:nb
941775_1.DOC

The Water Garden  1620 26th Street  Sixth Floor  North Tower  Santa Monica, CA 90404
Telephone 310 828 9050  Facsimile 310 828 9101
Century City · New York · Stamford · Albany
www.dskllp.com

GMA 34828

HIGHLY CONFIDENTIAL