# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

October 25, 2007

<u>UPS AIR</u>

HYP Co. Inc.
143-04 Holly Avenue
Flushing, New York 11355

Re:   CHARLOTTE® Trademark Infringement

To Whom It May Concern:

We represent GMA Accessories, Inc. the owner of the registered trademark CHARLOTTE® in various classes including clothing, handbags, hair accessories, and sunglasses. A copy of these registrations are attached. It has come to our attention that you are marketing and selling a CHARLOTTE hoodie without permission from the trademark owner.

We demand that you immediately cease and desist this blatant copying of the CHARLOTTE® brand name. Provide me with certification within 7 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark and provide us with:

(1)   a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's CHARLOTTE® brand name;
(2)   the quantity sold; and your inventory

If you fail to comply, we will be forced to enforce the trademark owner's rights in court.

Sincerely,

Andrew T. Sweeney

Enclosures

GMA 34830

HIGHLY CONFIDENTIAL