# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

September 17, 2007

**UPS AIR**

Jane Siskin, Owner
LaRok Clothing
1407 Broadway
Suite 2000
New York, New York   10018

Re:    CHARLOTTE® Trademark Infringement

Dear Ms. Siskin:

We represent GMA Accessories, Inc., the owner of the registered trademark CHARLOTTE® in various classes including clothing. A copy of the current title and status of this registration is attached. It has come to our attention that you are marketing and selling a jacket named CHARLOTTE without permission from the trademark owner.

We demand that you immediately cease and desist all use of the CHARLOTTE® brand name. Provide me with certification within 7 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark. Within 14 days of your receipt of this letter we demand that you provide us:

(1)    a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's Charlotte® brand name;

(2)    the quantity sold of each; the purchase and sale price; and your remaining inventory.

If you fail to comply we will be forced to enforce the trademark owner's rights in court.

Very truly yours,

Adrienne S. Kosta

Enclosure

GMA 34832

HIGHLY CONFIDENTIAL

# L' Koral, LLC

NEXT ERA • Lovestruck • 

October 17, 2007

Andrew Sweeny
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005-1304

Dear Mr. Sweeny:

This is a follow-up to my letter dated September 27, 2007 and a further response to your letter dated October 10, 2007, regarding the registered trademark CHARLOTTE®.

The only use of the name Charlotte on any LaROK product was on our line sheets and the description showed up in a magazine editorial. No product was shipped with the name 'Charlotte' on it. At this point we have removed it from our line sheets but there is nothing w can do about the editorial.

We shipped 215 units, none of which used the name Charlotte.

If this is not a satisfactory response, please direct any additional inquiries, including specific evidence you may have regarding your belief we may have infringed, to our attorney, Jane Shay Wald, at Irell & Manella in Los Angeles. Ms Wald can be reached at 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067.

Don Lewis, CFO
L'Koral LLC
5175 S Soto Street
Vernon, CA 90058

cc:   Jane Siskin