# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

July 11, 2007

**UPS AIR**

Maurice Marciano, C.E.O.
Guess ?, Inc.
1444 S. Alameda Street
Los Angeles, California 90021

        Re:    CHARLOTTE® Trademark Infringement

Dear Mr. Marciano:

    We represent GMA Accessories, Inc., the owner of the registered trademark CHARLOTTE® in various classes including footwear. A copy of the current title and status of this registration is attached. It has come to our attention that you are is marketing and selling shoes named CHARLOTTE without permission from the trademark owner.

    We demand that you immediately cease and desist this blatant copying of the CHARLOTTE® brand name. Provide me with certification within 7 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark. Within 14 days of your receipt of this letter we demand that you provide us:

(1) a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's Charlotte® brand name;

(2) the quantity sold of each; the purchase and sale price; and your remaining inventory.

    If you fail to comply we will be forced to enforce the trademark owner's rights in court.

Very truly yours,

Andrew T. Sweeney

Enclosure

GMA 34834

HIGHLY CONFIDENTIAL



**KENYON & KENYON LLP**
Intellectual Property Law

Michelle Mancino Marsh
Direct 212.908.6180
mmarsh@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

July 27, 2007

**Via Facsimile to 212-530-4488 and First Class Mail**

Andrew T. Sweeney, Esq.
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005

Re: GMA Accessories, Inc.'s July 11, 2007 Letter

Dear Mr. Sweeney:

We have now had a chance to investigate the allegations of infringement raised in your July 11, 2007 letter on behalf of your client, GMA Accessories, Inc. ("GMA"). While Marc Fisher, LLC ("Marc Fisher") and Guess?, Inc. ("Guess?") respect the intellectual property rights of others, we have concluded that neither has violated any of GMA's intellectual property rights.

Please be advised that Marc Fisher and Guess? are not, and have not been, selling shoes in connection with the name "Charlotte". Marc Fisher created a Guess? branded sample that was initially assigned the sample name "Charlotte," however, this shoe was never manufactured or sold. While it is our position that sample names and model numbers are not trademark uses, neither Marc Fisher nor Guess? have any present plans to use the style name "Charlotte" in connection with footwear. Given this information, we trust that this matter is closed.

This letter is sent without prejudice to all rights that Marc Fisher and Guess? have in this matter, all of which are expressly reserved.

Very truly yours,

Michelle Mancino Marsh

cc: Marc Fisher, LLC
    Guess?, Inc.
    Michael Kelly, Esq.

New York   Washington, DC   Silicon Valley   www.kenyon.com

GMA 34835

HIGHLY CONFIDENTIAL