UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

               Plaintiff,                         **DECLARATION**

                                                 Civil Action No.: 07CV3219 (LTS)

   - against -

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

               Defendants.
---------------------------------------------------------X

    JOHN P. BOSTANY, hereby declares, under penalty of perjury pursuant to 28 U.S.C.

§ 1746, as follows:

1. I am an attorney for plaintiff in this proceeding.

2. I have never spoken to Jonathan Solnicki.


Dated: New York, New York
        November 8, 2007


                                            Respectfully Submitted,


                                            By:_____
                                            John P. Bostany (JB 1986)