# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

      Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

      Defendants.
-----------------------------------------------------X

**AFFIRMATION OF SERVICE**

Civil Action No.: 07CV3219 (LTS)

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NEW YORK )

    Andrew T. Sweeney, an attorney duly licensed to practice in the state of New York, hereby affirms under penalty of perjury: deponent is not a party to the action, is over 18 years of age and works at 40 Wall Street, New York, New York 10005. On July 20, 2007, deponent served the ORDER dated July 10, 2007 granting plaintiff permission to file a motion for a default judgment as to JONATHAN SOLNICKI upon:

| Party(s) | Address |
|---|---|
| Jonathan Solnicki | 108 West 15th Street<br>Apt. 6C<br>New York, NY 10011-6714 |
| | and |
| | Martin Lezica 3098 – B1642GJB<br>San Isidro – Buenos Aires, Argentina |

the said address(es) for that purpose by depositing the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                     _____
                     Andrew T. Sweeney