UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

              Plaintiff,

  - against -

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

              Defendants.
-------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS)

I respectfully submit an appearance in this case as additional counsel for the Plaintiff.

Dated: New York, New York
       January 8, 2008

By: _____
Crystal S. A. Scott (CS5615)
THE BOSTANY LAW FIRM
Attorneys for Plaintiff
40 Wall Street
New York, New York 10005