# DREIER LLP

ATTORNEYS AT LAW

The Gursky Group

Ira S. Sacks *Partner*
Direct 212 652 3730
isacks@dreierllp.com

NOV 30 2007

November 30, 2007

**VIA FAX (212) 805-4258**
Hon. Debra C. Freeman
United States Magistrate Judge
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



**MEMO ENDORSED**

Returned to chambers for scanning on _____
Scanned by chambers on 12/5/07

Re:   *GMA Accessories, Inc. v. Eminent, Inc. et al.*, 07CV3219(LTS)(DCF)

Dear Judge Freeman:

Pursuant to Your Honor's directive issued at the end of the conference call with the Court this past Wednesday, counsel for all parties did confer via telephone conference yesterday afternoon and discussed the various issues raised during the call. With respect to the Pre-Trial Scheduling Order, counsel have agreed to extend the cut-off date for fact discovery from January 15, 2008 through and including February 29, 2008. Counsel have also agreed that further amendments to the Pre-Trial Scheduling Order likely will be necessary if new parties are allowed into the case as a result of the pending motions filed by Bop, LLC, Jonathan Solnicki and/or Charlotte B, LLC.

Respectfully,

Ira S. Sacks

*The requested extension of the fact discovery deadline is granted. Counsel are directed to submit a proposed revised discovery plan covering all dates set out in Judge Swain's case management plan.*

ISS/jd
cc:   John Bostany (by fax) (212-530-4488)
      Robert Carrillo (by fax) (212 334-1278)

SO ORDERED:   DATE: 12/5/07

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

499 Park Avenue  New York, New York 10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00309689.DOC;}

MICROFILMED DEC - 7 2007 -12:00 PM