UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GMA ACCESSORIES, INC.,

                      Plaintiff,

    v.

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,              07 CV 3219 (LTS)(MCF)
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,          **NOTICE OF MOTION**
JONATHAN SINGER, LEWIS TIERNEY and     **TO WITHDRAW AS**
JONATHAN SOLNICKI,                         **ATTORNEYS OF RECORD**

                     Defendants,

------------------------------------------------------------x

       PLEASE TAKE NOTICE, that the law firm of Dreier LLP, counsel for defendants Jonathan Solnicki ("Solnicki"), Saks Fifth Avenue, Inc., Intermix, Inc., Wink NYC, Inc., Lisa Kline, Inc., Jonathan Singer, Lewis Tierney and proposed third party intervenor Charlotte B, LLC ("Charlotte B"), upon filing, *in camera*, of the accompanying Declaration of Steven R. Gursky, dated February 28, 2008, and the exhibits attached thereto, will move this Court before the Honorable Debra C. Freeman, United States Magistrate Judge, United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court directs, for an Order granting Dreier LLP leave to withdraw as counsel for defendant Solnicki and proposed third party intervenor Charlotte B.

Dated: New York, New York
       February 28, 2008

DREIER LLP

_____
Ira S. Sacks
Robert J. Grand
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Defendants Jonathan Solnicki, Saks Fifth Avenue, Inc., Intermix, Inc., Wink NYC, Inc., Lisa Kline, Inc., Jonathan Singer, Lewis Tierney and proposed third party intervenor Charlotte B, LLC*

2