UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                :
GMA ACCESSORIES, INC.,                          :
                                                :
                        Plaintiff,              :
                                                :
        v.                                      :
                                                :
EMINENT, INC., SAKS FIFTH AVENUE, INC.,         :
INTERMIX, INC., WINK NYC, INC.,                 :        07 CV 3219 (LTS)(MCF)
LISA KLINE, INC., GIRLSHOP, INC.,               :
SHOWROOM SEVEN STUDIOS, INC.,                   :
JONATHAN SINGER, LEWIS TIERNEY and              :        **AFFIRMATION OF**
JONATHAN SOLNICKI,                              :        **SERVICE**
                                                :
                        Defendants,             :
                                                :
------------------------------------------------------------------- x

Jennifer T. Daddio, an attorney duly admitted to practice before the Courts of the State of New York, affirms under penalties of perjury, as follows:

I am not a party to this action, am over the age of eighteen (18) and reside in Astoria, New York.

On the 28th day of February, 2008, I served a copy of the Motion to Withdraw as Attorneys of Record by electronic mail upon:

> Karim Kamal
> khklaw@gmail.com; khklaw@verizon.net
> *Attorney for Defendant Showroom Seven Studios, Inc.*

Dated: February 28, 2008
       New York, New York

_____
Jennifer T. Daddio