UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

GMA ACCESSORIES, INC.,

                Plaintiff,

    v.

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

                Defendants,

-------------------------------------------------------------- x

07 CV 3219 (LTS)(MCF)

**AFFIRMATION OF SERVICE**

        Jennifer T. Daddio, an attorney duly admitted to practice before the Courts of the State of New York, affirms under penalties of perjury, as follows:

        I am not a party to this action, am over the age of eighteen (18) and reside in Astoria, New York.

        On the 28th day of February, 2008, I served a copy of the Motion to Withdraw as Attorneys of Record by electronic mail and Federal Express Overnight upon:

                Jonathan Solnicki
                Charlotte B LLC
                Alsina 1237 - 2° A
                Capital Federal - Argentina
                jonathan@charlottesolnicki.com
                melina@charlottesolnicki.com

Dated: February 28, 2008
       New York, New York

                                        _____
                                        Jennifer T. Daddio