AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Pennsylvania

GMA Accesories, Inc.

V.

Eminent, Inc., et. al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  S.D.N.Y.# 07CV3219 (LTS)

TO:

CHARLOTTE B, LLC

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  1650 Market Street, Suite 3600  Philadelphia, PA 19103 | DATE AND TIME  1/4/2008 2:00 pm |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

1) Sales and Purchase orders and invoices concerning CHARLOTTE or any mark similar thereto, including CHARLOTTE SOLNICKI; 2) communications concerning this lawsuit; 3) communication with Showroom Seven or Charlotte Solnicki; and 4) your operating agreement

| PLACE  1650 Market Street, Suite 3600  Philadelphia, PA 19103 | DATE AND TIME  1/3/2008 2:00 pm |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  _Crystal Scott, Associate Attorney for Plaintiff_ | DATE  12/3/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

_Crystal S.A. Scott, The Bostany Law Firm, 40 Wall Street, 61st Floor, NY, NY 10005  212-530-4401_

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

ℜAO88  (Rev. 12/06) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

Southern _____    _____ New York

DISTRICT OF

GMA Accesories, Inc.

V.

Eminent, Inc., et. al.

SUBPOENA IN A CIVIL CASE

Case Number:[1]  07CV3219 (LTS)

TO:

CHARLOTTE B, LLC

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  The Bostany Law Firm, 40 Wall St, 61st Floor  New York, NY 10005 | DATE AND TIME  11/20/2007 2:00 pm |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Sales orders, invoices, correspondence and emails concerning CHARLOTTE or any mark similar thereto, including CHARLOTTE SOLNICKI

| PLACE   The Bostany Law Firm, 40 Wall St, 61st Floor  New York, NY 10005 | DATE AND TIME  11/14/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   Attorney for Plaintiff | DATE  10/24/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Andrew T. Sweeney, The Bostany Law Firm, 40 Wall St., 61st Fl.
New York, NY 10005, 212-530-4400

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.