**From:** Robert Grand [mailto:rgrand@dreierllp.com]
**Sent:** Monday, February 11, 2008 1:05 PM
**To:** john@bozlaw.com
**Cc:** Robert C. Carrillo; crystal.scott@bozlaw.com; Ira S. Sacks; Jennifer Daddio
**Subject:** RE:

John,

As I said on the phone, the time (2/21/08 at 2pm) and place (your office) of the Charlotte B deposition is confirmed and there is no need for a stipulation.

Robert J. Grand
Partner

DREIER LLP
499 Park Avenue
New York, NY 10022
Office (212) 328-6100
Fax    (212) 652-3801
www.dreierllp.com

>     -----Original Message-----
>     **From:** Crystal S. A. Scott [mailto:crystal.scott@bozlaw.com]
>     **Sent:** Monday, February 11, 2008 12:29 PM
>     **To:** Robert Grand; 'Robert C. Carrillo'
>     **Cc:** john@bozlaw.com
>     **Subject:**
>
>     I am glad that we were all able to meet and confer on this case and to address all of defense counsel's discovery questions.
>
>     With regard to the Charlotte B, LLC deposition, please sign and return the enclosed stipulation which I believe captures the agreement we reached on the telephone.
>
>     Crystal S. A. Scott, Esq.
>     The Bostany Law Firm
>     40 Wall Street, 61st Floor
>     New York, New York 10005
>     T: 212-530-4410
>     F: 212-530-4488
>     E: crystal.scott@bozlaw.com