

ATTORNEYS AT LAW

---

Jennifer Daddio
Direct 212 328 6147
jdaddio@dreierllp.com

March 5, 2008

**BY HAND**
Ronald I. Paltrowitz
The Bostany Law Firm
40 Wall Street - 61st Floor
New York, NY 10005

    Re:   *GMA Accessories, Inc. v. Eminent, Inc. et al.*, 07CV3219 (LTS)

Dear Mr. Paltrowitz,

    Enclosed please find documents responsive to GMA's subpoena on Charlotte B, LLC. Those documents are marked "Confidential" and are bates stamped Charlotte 00001 - Charlotte 00339.

                        Sincerely,

                        Jennifer T. Daddio

Enc.