## The Trump Building     Service Request Information



### Create Information:

| | | | | | |
|---|---|---|---|---|---|
| SR #: | 360624559 | Type: | Visitor | Created On: | 3/7/08 12:54 PM |
| Created By: | Carlos Aponte | Phone: | 212 | Company: | 40 Wall Street LLC |
| Created For: | The Bostany Law Firm | On Behalf Of: | | Phone: | |

### Request Information:

Visiting     Harry Batchelder

Visiting On:     03/07/2008

Send To:     6100

### Visitors Information:

| Visitor Name | Company | Schedule Time | Check In Time | Check Out Time | Comments |
|---|---|---|---|---|---|
| M SOLNICTI | | 1:00 PM | 12:54 PM | | |

### Request History:

| Date | Time | Action | Performed By | Company | Request Status |
|---|---|---|---|---|---|
| 03/07/2008 | 12:54 PM | Request Created | Carlos Aponte | 40 Wall Street LLC | NEW |
| 03/07/2008 | 12:54 PM | Visitor Checked In | Carlos Aponte | 40 Wall Street LLC | CLOSED |
| 03/08/2008 | 01:56 AM | Closed by System | System Administrator | WORKSPEED | CLOSED |