UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GMA ACCESSORIES, INC.

              Plaintiff             Civil Action No.: 07CV3219 (LTS) (DCF)

  - against -

EMINENT, INC., SAKS FIFTH AVENUE, INC.,      DECLARATION OF
INTERMIX, INC., WINK NYC, INC.,                 CHAREN KIM
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

              Defendants.
-----------------------------------------------------------X

    Charen Kim, hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am an employee of the The Bostany Law Firm, attorneys for Plaintiff in this proceeding and respectfully make this declaration based upon my personal observations during the deposition of CHARLOTTE B LLC on March 7, 2008.
2. On March 7, 2008, I was present at the time the deposition of CHARLOTTE B LLC broke for lunch.
3. At that time, Mr. Grand left and indicated that he was not going to return.
4. The court reporter was then asked to stay until 1 pm in my presence; however, the court reporter replied that it did not make sense since Mr. Grand indicated he was not returning. Instead, she suggested that if the questioning attorney wanted to place anything on the record at 1 pm, it could be done by sound bite at that time to be inserted at 1 pm if and when Mr. Grand did not return.
5. To my surprise, Mr. Grand and his witness showed up shortly after 1 pm at which time I saw Mr. Grand walking into Mr. Bostany's office where he spoke to Mr. Bostany for approximately 10 seconds.

Dated: New York, New York
       March 19, 2008

                                        By: _____
                                              Charen Kim