.::CHARLOTTE SOLNICKI::. Page 1 of 1



SHOWROOM SEVEN NY
Porsha summerville
Ph. 212 643 4810 /
646 619 6830
Fax. 212 971 6066
porsha@showroomseven.com
498 7th avenue 24th floor NY
NY 10018

SHOWROOM BA
Natalia Lista
Tel. (5411) 4735-4223 / 4230
Móviles. 15-6395-4147 / 4148
Radios. 54*335*3449 / 4782
ventas@bashowroom.com.ar
Martin Lezica 3098 - B1642GJB
San Isidro - Buenos Aires
Argentina

CORPORATE OFFICE USA
Ph. 212 561 5513 / 5148 / 5284
Fax. 212 656 1805

CORPORATE OFFICE ARGENTINA
(005411) 5219 3447 / 8 / 9
Alsina 1237 2A

info@charlottesolnicki.com
www.charlottesolnicki.com

HOME - COLLECTION - PRESS - CELEBRITIES - CAMPAIGN - STORES - NEXT SHOWS - CONTACT          << Back



info@charlottesolnicki.com

| Showroom BA - Argentina | Corporate Office USA |
|---|---|
| *Leandra Montagna*<br>Ph. 15 5248 1565<br>Nextel. 54*335*3443 | Ph. 212 561 5513 / 5148 / 5284<br>Fax. 212 656 1805 |
| Martin Lezica 3098 – B1642GJB<br>San Isidro – Buenos Aires - Argentina | Showroom Greece |
| Showroom New York | Rakas Ltd<br>28 Sorou str.<br>Athens 151 25, Greece |
| *Porsha Summerville*<br>Ph. 212 643 4810<br>    646 619 6830 | Zoe Laspa<br>RAKAS Ltd |
| 498 7th. Avenue 24th. floor NY<br>NY 10018 | T.+30 210 6100615<br>F.+30 210 6100411 |
| Corporate Office Argentina | |
| Ph. (5411) 5219 3447 / 8 / 9<br>Alsina 1237 - 2° A<br>Capital Federal – Argentina | |





info@charlottesolnicki.com

| Showroom BA - Argentina | Corporate Office USA |
|---|---|
| *Leandra Montagna*<br>Ph. 15 5248 1565<br>Nextel. 54*335*3443 | Ph. 212 561 5513 / 5148 / 5284<br>Fax. 212 656 1805 |
| Martin Lezica 3098 – B1642GJB<br>San Isidro – Buenos Aires - Argentina | Showroom Greece |
| Showroom New York | Rakas Ltd<br>28 Sorou str.<br>Athens 151 25, Greece |
| *Porsha Summerville*<br>Ph. 212 643 4810<br>      646 619 6830 | Zoe Laspa<br>RAKAS Ltd |
| 498 7th. Avenue 24th. floor NY<br>NY 10018 | T.+30 210 6100615<br>F.+30 210 6100411 |
| Corporate Office Argentina | |
| Ph. (5411) 5219 3447 / 8 / 9<br>Alsina 1237 - 2° A<br>Capital Federal – Argentina | |







HARVEY NICHOLS IN LONDON
SAKS FIFTH AVENUE IN USA
INTERMIX NY MIAMI
BARNEY'S JAPAN
LISA KLINE USA

HOME - COLLECTION - PRESS - CELEBRITIES - VIDEO - STORES - NEXT SHOWS - CONTACT   << Back



### Story

**Charlotte Solnicki Story (English)**



Although Charlotte Solnicki is a sexy, vivacious, intelligent, strong, ambitious woman who loves to travel and lives life to the fullest, she is a fictitious character conceived by Argentine sisters Melina and Jessica Solnicki of their ideal woman.

In 2002, the Solnicki sisters arrived in the United States with a few samples of their contemporary collection, appropriately named Charlotte Solnicki. From only three rushed perforated leather jackets and fun, colorful cotton beach pants, the collection became an instant success with stores Intermix, Saks Fifth Ave., Barney's and Shopbop.com, and graced the covers of Women's Wear Daily, New York Times, and Blackbook within the first three months.

Celebrities began to take notice and before long style icons from Lindsay Lohan, Jessica Simpson, Nicole Richie, and Paris Hilton were spotted running around town in the Solnicki sisters' comfortable and stylish designs.



With their brother and business partner, Jonathan, the Solnicki family has strategically created a collection perfect for the jet-set traveler and party girl motif, naturally a lifestyle the girls subscribe to.

The styles are versatile and free-spirited, the wardrobe for all women who desire to capture the essence of Charlotte Solnicki.

While Melina attended FIT to refine her design skills, Jessica studied architecture at the University of Buenos Aires. The melding of these art mediums can be seen in their collection from satin column dresses to brocade dome tops infused with an mélange of flirty edginess and Latin passion. Melina has been a former dancer trained and actress in her late teens when she arrived in New York.

