| Technology |
| Telecommunications |
| Transportation |
| Travel & Leisure |
| More Centers... |

**Browse Practice Areas**

| ADR |
| Advertising |
| Antitrust |
| Bankruptcy |
| Class Action Defense |
| Corporate Finance |
| Corporate Governance |
| E-Business & Internet |
| Environmental |
| Government Relations |
| Intellectual Property |
| International |
| Labor & Employment |
| Litigation |
| Mergers & Acquisitions |
| Outsourcing |
| Privacy & Security |
| Securities |
| Securities Litigation |
| Tax |
| Tax-Exempt Organizations |
| White Collar Crime |
| More Centers... |

finale, Solnicki's eighteen models celebrated her birthday in style by parading down the runway carrying birthday cakes to the tune of "Happy Birthday" by Altered Images.

Company Information



In 2002 Melina, Jessica and Jonathan Solnicki started the Charlotte Solnicki collection. The brand has grown into a multi-million dollar business selling worldwide at stores including Saks, Lisa Kline, Planet Blue, Intermix, Talulah G, Harvey Nichols Riyah, Shop Bop ... Celebrities including Jennifer Lopez, Lindsay Lohan, Nicole Richie, Eva Longoria and Jessica Simpson have all been seen wearing Charlotte Solnicki.

Charlotte Solnicki

CONTACT: Matt Kays of Seventh House, +1-646-619-6842, matt@seventhhousepr.com



FindLaw | For Legal Professionals | For Corporate Counsel | For Law Students
Register/login
My current location: New York, NY | Change Location

Home | Practice Area & Industry | News | CLE | Research Tools | Market Center | Research a Lawyer | MY
Law Firm Articles | Legal Commentary | Breaking Docs | Newsletters | Legal Technology Center

**Research a Lawyer**

Use the Thomson Legal Record to access a lawyer's litigation record, articles and more!

- Search by Name
- Search by Experience

**Search FindLaw**

Corporate Counsel ▼

Search!

Thomson Legal Record
View litigation records, presiding judges, published articles and much more.
View Records!

**Browse Industries**
Aerospace & Defense
Construction
Consumer Products
Drugs & Biotech
Energy
Financial Services
Food & Agriculture
Health Care
Insurance
Media & Entertainment
Real Estate
Retail
Services

Mar. 23, 2007                    Print This | Email This



## LA Fashion Week Models Surprise Argentine Designer With Birthday Cake After her Monday Show Was Postponed due to the Northeastern Storm

LOS ANGELES, Mar. 23 /PRNewswire/ --

LOS ANGELES, March 23 /PRNewswire/ -- Argentine designer Melina Solnicki debuted her Charlotte Solnicki Fall/Winter 2007 Collection on her birthday, Thursday, March 22, 2007 at 3:00PM in the Lightbox during Mercedes Benz Fashion Week at Smashbox Studios.

The show, which was originally scheduled for March 19th, was postponed when a severe snowstorm hit New York causing cancellations including the flight containing her collection.

The fall collection was inspired by the legendary Studio 54 era, and contained brocades, patent leather and bright bold colors. Dark, moody make-up by Aveda was reminiscent of icons such as Twiggy and Eddie Sedwick.

For the shows

Related from The Practice Location

Scott
New Y
View Th

Steve
New Y
View Th

Samu
New Y
View Th

Berna
New Y
View Th

Se

Relat

"Neve an Ex
by Ro

"Elect Unde Rules
by Wa Maslo Brand

"Serv Abroa Conv
by An

Sea

# GEN ART

EVENTS: INFO & TICKETS

The Leading Arts & Entertainment Organization
Dedicated to Showcasing the Best Emerging Talent...

- Home
- Tickets
- Memberships
- Event Photos
- About Gen Art
- Applications
- Search

# fashion

Select → - Alumni Designers (NYC) - ↠ Charlotte (February 2005)

**Charlotte**

Contact:
**Press:** Seventh House PR 212.643.4810
**Sales:** Showroom Seven 212.643.4810
www.charlotteba.com

The Charlotte collection is feminine with a touch of Rock N' Roll, offset by a sophisticated flair. Charlotte is a line that treats a diverse collection of fabrics in a way never seen before. It is a mixture of textures and materials that combine leather, chiffon, silk and satin to create an ideal design for the Contemporary woman. Charlotte is versatile and wearable appealing to the type of woman that is not afraid to try new things. Our ultimate goal is to allow the Charlotte woman to feel confident and ready no matter what her setting.

In almost two years of life, Charlotte has developed a strong celebrity following, with loyal fans such as the stylish Gwen Stefani, Claire Danes, and Paris Hilton. Charlotte is sold in prestigious retailers across the country and internationally, including Saks Fifth Avenue, Harvey Nichols, Fred Segal, and Barney's in Japan and Harrods.

Head Designer, Melina (26), was born and raised in Buenos Ares, Argentina and moved to New York City when she was 18 years old after attending a year of fashion school in her native country. Originally intending to be a performer, she opted to continue her studies in fashion at FIT in New York City. During this time, Melina's sister, Jessica (19) began presenting Melina's original designs to a variety of buyers. Through her sister's efforts and Melina's original designs, the line of Charlotte began to evolve. As demand increased and the business grew, Melina and Jessica's brother, Jonathan (24) saw that it was necessary to lend his considerable business expertise to the company and leave a promising career in the banking industry. With these three equally different but important people working together, Charlotte has become what it is today.

FADER

June 2004

## CHARLOTTE >
### PIGMENT OF THE IMAGINATION

I played phone tag with Melina Solnicki-Baregman, the main gal behind fashion label Charlotte, for about a week. Then suddenly the game ended; Melina had packed up her collection and headed off to Europe, leaving me with a blank computer screen and a looming deadline. From voicemails I learned that Charlotte is run by sisters Melina and Jessica and their brother Jonathan. But who is Charlotte?

Later Jessica picked up the slack and explained that Charlotte, as well dressed as she may be, is just a figment of the designers' imaginations. "Charlotte is the quintessential sophisticated woman inside all of us," says Jessica. "She's a rock-star or she's a mom. She's 20 or she's 40. Charlotte is discovering herself as we discover ourselves."

Uh, sounds great, but how does that translate into clothes? Charlotte is a smart suit in hot pink velvet. It's a leather jacket twisted with elastic thread. It's a pair of trousers that defies geometric rule. "Many designers have their style; they put themselves into their clothes without any exceptions," says Jessica. "But we listen to what people say about Charlotte and then vary the line accordingly." Which means that Charlotte is a woman unbound by constancy. What truly sophisticated woman is ever bound by anything?

*Available at Fred Segal, 8100 Melrose Ave LA, 310 458 6365*
JULIE RAGOLIA

Ronson 00168

# LUXURY LIFESTYLE
## LIVE THE GOOD LIFE



- Login - Register
- Arts & Culture
- Automotive
- Aviation
- Beauty & Grooming
- Boating
- Cigars & Spirits
- Collectables
- Design & Decor
- Electronics
- Entertainment
- Fashion
- Finance
- Food & Wine
- Gifts
- Health & Fitness
- Jewelry & Watches
- Real Estate
- Services
- Vacation & Travel

- LUXURY NEWS
- ARTICLES
- EVENT CALENDAR
- SURVEY
- GLOSSARY
- NEWSLETTER

- Printer friendly version
- Email to a friend
- Request Info
- Add to favorites

[RETURN TO LISTINGS]



Prev Listing | Next Listing
World Wide

## Charlotte Solnicki
### A Chic Label

Please be sure to tell Charlotte Solnicki that you found their listing on LuxuryLifestyle.com

Visit Website
Email Company
Phone: 212-561-5513

### DESCRIPTION

Charlotte, a chic label designed by Buenos Aires born FIT graduate Melina Solnicki, along with siblings Jessica and Jonathan, held their Summer 2004 preview this week at the rooftop pool of NY's latest hot spot for locals and tourists alike, the Gansevoort Hotel. Located in the uber hip Meatpacking District, the fashion show's guests were treated to 360-degree views of Manhattan. The show featured sexy bronzed models with electric pink lips and big hair. Charlotte's collection - whose celebrity followers include Claire Danes, Paris Hilton and Gwen Stefani - included sequin chiffon drop-waist frocks and vintage inspired, multi-colored tube and halter dresses. Steamy looks included barely-there swimsuit bottoms paired with chunky knits, rabbit fur or ruched leather jackets. Just before sunset, the models, fully-clothed, jumped straight into the pool at the end of the runway. Charlotte offered something for every girl, feminine, flirtatious, sophisticated and strong.

[RETURN TO LISTINGS]



Prev Listing | Next Listing
World Wide

Home | Suggestion Box | Advertising Info | Contact Us | Link To Us | Policy | Authors

All Copyright, trademarks, trade names, logos and any other intellectual property rights on this web-site are the property of said company.

Bookmark  
LUXURYLIFESTYLE.COM

LASPLASH.COM: Style and Fashion

# Charlotte Solnicki 2007 Fall/Winter Collection - Fabulous Femininity

By Kate Aucella

Although I haved lived in LA for over six years, I had never been to a fashion show, let alone to Fashion Week, and was lucky enough to attend four shows at Smashbox Studios for Mercedes-Benz Fashion Week. My fabulous day of fashion firsts began with Charlotte Solnicki's 3 pm show. By the time the third model neared the end of the catwalk, I was observing with a half-open mouth a collection that seemed to be full of what fashion magazines like to refer to as 'must-have items.' I say this because I love clothes (particularly dresses) that are both fun and functional, with an easy-to-wear edginess that seemed to be the mantra of this collection.



The drool-worthy designs managed to embody both a sexy sophistication and a prim-and-proper playfulness, alternating between slinky strapless and v-neck creations. There were high-necked dresses and tailored jackets, adorned with ultra feminine accents in the form of cap sleeves, lace, tiny buttons, and ruffles. Shown over black tights and velvet leggings, Solnicki successfully produced that rare and righteous blend of 'polished rock-n-roll.'



Standout pieces included a halter-neck black pantsuit that I would consider cutting out carbs in order to wear, and two splurge-worthy leather pieces, including a distressed jacket with a gathered waist, and a fitted vest that was modeled by 'America's next Top Model' runner-up Jade, who, although famously left her mark as 'the girl everyone loved to hate,' looked every bit the top model as she strutted her stuff in what was most definitely a top design. Breaking up the predominantly black and neutral line were playful hot pink and metallic-patterned dresses, lending just the right amount of color and contrast to a collection that I would classify as high-style simplicity.

Case 1:07-cv-03219-LTS-DCF   Document 155-3   Filed 03/20/2008   Page 7 of 7



The show's finale consisted of the models doing a final walk down the runway each with a birthday cake in hand, to celebrate the designer's birthday. The Solnicki family has more than just birthdays to celebrate these days; Started in 2002 by brother-and-sister partners Melina, Jessica, and Jonathan, the Charlotte Solnicki line has since become a multi-million dollar business. Their collection, which is a mix of the family's native Argentina-meets-New York City, is sold worldwide at stores such as Saks, Lisa Kline, Planet Blue, Intermix, and more. Many A-list celebrities have been seen wearing the designer's creations, including Jennifer Lopez, Lindsay Lohan, Nicole Richie, Eva Longoria and Jessica Simpson. I also spotted the lovely ladies of The Hill's cast (Lauren Conrad, Heidi Montag, Audrina Partridge) getting photographed after the show, where Lauren Conrad was snapped wearing a hot-pink Charlotte Solnicki dress.



The fall collection was inspired by the Studio 54 era, and the dark, moody make-up paid homage to legendary fashionistas such as Twiggy and Edie Sedgwick. This was my first and favorite show, and I hope to see (and wear!) much more of Charlotte Solnicki in my fashion future.

(photos courtesy of Dan Lecca)

Published May 25, 2007
© Copyright 2003-2004 by LA Splash.com