Meaghan Kirtley

From: Michael [michael@charlottesolnicki.com]
Sent: Thursday, July 12, 2007 5:27 PM
To: meaghan@revolveclothing.com
Cc: ashley@revolveclothing.com; 'Josefina Greig'
Subject: TRADEMARK INFRIDGEMENT

Dear Meaghan,

We apologise for any inconvenience these letters you received might have caused you.

Attached is a letter of the President of our company; Mr. Jonathan Solnicki. After meeting with the company lawyers, he realised this law firm is making some kind of preasure on us by contacting directly our customrs which, could not receive any legal action against them and never will.

GMA Accesories uses the name "CHARLOTTE" as well as we do and many other companies too. They have no legal support to their claim because we are in process of registration and the Government takes long to close these cases.

We would really appreciate if you can still take your fall orders which are being produced because we are fully responsable against any action this law firm would take. Charlotte Solnicki is possitive this issue will be closed soon with the decision we and other over ten companies know will be; keep using our chosen brand names.

We want to keep doing business how we have been doing for the past years.

Please do not hesitate in get in touch with us. so we can keep doing business how we have been doing for the past years.

Best regards,

| | Insert a catchy tag line here |
|---|---|
| Michael Bibulich | Charlotte Solnicki |
| | tel: 212-561-5513 |
| michael@charlottesolnicki.com | fax: 212-656-1805 |
| Add me to your address book... | Want a signature like this? |

Meaghan Kirtley

From: Meaghan Kirtley [meaghan@revolveclothing.com]
Sent: Thursday, July 12, 2007 4:17 PM
To: 'josefina@charlottesolnicki.com'; 'ASHLEY@REVOLVECLOTHING.COM'
Subject: RE: URGENT - CHARLOTTE SOLNICKI

Josephine,

In light of the recent lawsuit we are not going to be able to approve this order. Our legal team has advised us that until the trademark suit is settled, we are not able to continue carrying Charlotte Solnicki products. Doing so further jeopardizes our ability to defend ourselves and could potentially put us in a situation where we are noncompliant with court orders and federal trademark infringements. I'm terribly sorry, but until this is resolved we are not able to approve orders or accept deliveries. I hope you understand.

Best regards,

Meaghan Kirtley
Revolve Clothing Inc.
16000 Canary Ave.
La Mirada, CA 90638
(714) 670-8950
(714) 459-7488 fax
meaghan@revolveclothing.com

-----Original Message-----
From: Josefina Greig [mailto:jousg@hotmail.com]
Sent: Thursday, July 12, 2007 3:38 PM
To: ASHLEY@REVOLVECLOTHING.COM
Subject: URGENT - CHARLOTTE SOLNICKI

To whom it may concern,

Because of a miscommunication between our corporate offices and Showroom Seven your fall order was set for an incorrect shipping window. (Cancel 8/15)
Actually, our first shipping window for this season will be:

Start Shipment 7/30- Cancel Shipment 8/30

If you agree with this, please sign this letter and fax it back to us.
We really appreciate your understanding and are really sorry for the inconvenience.
Kind Regards,

Josephine Greig
Customer Service
CHARLOTTE SOLNICKI
Tel 212 561 5513

7/24/2007                    CONFIDENTIAL                    EMINENT000019

Fax 212 656 1805
josefina@charlottesolnicki.com
www.charlottesolnicki.com

---

Tu horóscopo diario, semanal y gratuito. Cartas, tarot y predicciones en MSN Horóscopo

7/24/2007                           CONFIDENTIAL                           EMINENT000020