**NetworkSolutions**

Login

Your cart is empty

HACKER SAFE
TESTED 16-APR

## WHOIS Search Results

WHOIS Record For

**charlottesolnicki.com**
Services from Network Solutions:

IMAGE NOT AVAILABLE

Certified Offer Service - Let us help you get this domain name!
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

Need More Info?
Contact us today!
CALL 1-800-361-5712
CONTACT me

Visit AboutUs.org for more information about CHARLOTTESOLNICKI.COM AboutUs: CHARLOTTESOLNICKI.COM

Make this info private

Registrant:
Charlotte
Jose hernandez 1789
piso 18
Buenos Aires, Buenos Aires 1426
AR

Search

Domain Name: CHARLOTTESOLNICKI.COM

Administrative Contact , Technical Contact :
Charlotte
jsolnicki@hotmail.com
Jose hernandez 1789
piso 18
Buenos Aires, Buenos Aires 1426
AR
Phone: 4784-9724

Record expires on 13-Apr-2008
Record created on 13-Apr-2005
Database last updated on 15-Oct-2006

Domain servers in listed order:       Manage DNS

NS1.CORPAX.COM                        200.32.3.90
NS3.CORPAX.COM                        200.32.3.123

Show underlying registry data for this record

Go

Current Registrar:   NETWORK SOLUTIONS, LLC.
IP Address:          200.32.3.90 (ARIN & RIPE IP search)

BUY THE AVAILABLE
EXTENSIONS

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that

| | |
|---|---|
| IP Location: | AR(ARGENTINA)-BUENOS AIRES-BUENOS AIRES |
| Record Type: | Domain Name |
| Server Type: | IIS 5 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | .:CHARLOTTE SOLNICKI:. |
| Meta Description: | CHARLOTTE SOLNICKI |
| Meta Keywords: | CHARLOTTE SOLNICKI |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 2 |
| Data as of: | 14-Jun-2005 |

FOR THIS DOMAIN NAME

- charlotteso... ☑ .net
- charlotteso... ☑ .org
- charlotteso... ☑ .info
- charlotteso... ☑ .biz
- charlotteso... ☑ .tv
- charlotteso... ☑ .us
- charlotteso... ☑ .cc
- charlotteso... ☑ .ws
- charlotteso... ☑ .bz
- charlotteso... ☑ .vg
- charlotteso... ☑ .gs
- charlotteso... ☑ .tc
- charlotteso... ☑ .ms

Continue »

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
- ⦿ Domain Name
- ○ NIC Handle
- ○ IP Address

Search »


Need to get your business online?
Our professional designers can build a custom Web site for your business.
$49.95/month, plus a $399.00 design fee
Go »


PerformanceClicks™ from Network Solutions
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee
Go »

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics