UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff                Civil Action No.: 07CV3219 (LTS) (DF)

   - against -

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

                Defendants.
-------------------------------------------------------X

**AMENDED DECLARATION OF CRYSTAL S. A. SCOTT IN RESPONSE TO MOTION BY DREIER LLP TO WITHDRAW AS COUNSEL**

Crystal S. A. Scott, hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am counsel to The Bostany Law Firm, attorneys for Plaintiff in this proceeding, and respectfully make this declaration based upon my review of the files maintained in the firm's offices.

2. I note only that the Declaration by Mr. Gursky to withdraw as counsel makes several statements concerning liability in paragraph 4 as if they are fact. Rather than turn this motion to withdraw into an unnecessary contest as to the accuracy of the factual statements concerning liability issues, we simply state that the documents and information exchanged so far cast into question these issues. I hereby withdraw the original response to this motion dated March 20, 2008 and filed on March 20, 2008.

- 2 -

      Plaintiff intends to seek permission to add CHARLOTTE B LLC as a defendant so that discovery can be had on its claim that it is the party responsible for the alleged infringement here and its role judicially determined.

Dated: New York, New York
       March 25, 2008

                                              Respectfully Submitted,

                                      By: _____
                                            Crystal S. A. Scott  (CS-5615)