# DREIER LLP

ATTORNEYS AT LAW

The Gursky Group

Ira S. Sacks *Partner*
Direct 212 652 3730
isacks@dreierllp.com

March 20, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 3 1 2008

*Via Facsimile (212) 805-0426*
The Honorable Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

MEMO ENDORSED

Re:   *GMA Accessories, Inc. v. Eminent, Inc. et al.*, 07 CV 3219 (LTS)

Dear Judge Swain:

Pursuant to a conversation with your chambers of this afternoon, please accept this letter as a motion for permission to withdraw the pending motion of Charlotte B LLC for leave to intervene in this matter (docket #91). Because the reasons for this motion would require the disclosure of client communications, we are not including those reasons in this letter but can provide them to the Court in camera if the Court so requires.

Thus, we respectfully request that the motion to intervene be withdrawn, without prejudice.

Respectfully,

Ira S. Sacks

ISS/es
Encl.
cc:   Hon. Debra C. Freeman (*via fax*)
      Jonathan Solnicki (*via email*)
      John Bostany (*via fax*)

SO ORDERED.

3/31/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

{00339590.DOC;}

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com