Swain, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GMA ACCESSORIES, INC.,

                Plaintiff,

    v.

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

                Defendants,

------------------------------------------------------------X

07 CV 3219 (LTS)(DCF)

STIPULATION AND ORDER

It is hereby stipulated and agreed by and between counsel for the parties set forth below that plaintiff may amend its second amended complaint hereto to add additional parties so long as all existing discovery dates remain unchanged. Other than the foregoing, the parties hereto and any added parties reserve all of their rights and defenses with respect to such amendment.

Dated: New York, NY
March 24, 2008

_____
Ira S. Sacks
Dreier LLP
499 Park Avenue
New York, New York 10022
Attorneys for Defendants Saks Fifth Avenue, Inc.
Intermix, Inc., Wink NYC, Inc.,
Lisa Kline, Inc., Jonathan Singer and Lewis Tierney

_____
Ronald I. Paltrowitz
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005
Attorneys for Plaintiff GMA Accessories, Inc.

SO ORDERED:
March 31, 2008

_____