UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMA ACCESSORIES, INC.
               Plaintiff,

v.

EMINENT, INC., et al.
               Defendants.

No. 07 CIV 3219 (LTS) (DCF)

STIPULATION AND
PROPSED ORDER FOR
SUBSTITUTION OF
COUNSEL

IT IS HEREBY STIPULATED and that Robert J. Grand of Dreier LLP, shall

replace Garvey Schubert Barer and Bartel & Evans, LLP as counsel of record for

defendant Eminent, Inc. On the effective date of this Order, the firms of Garvey Schubert

Barer and Bartel and Evans, LLP are hereby released and discharged of any further

responsibility in the matter.

**Bartel & Evans, LLP**
4695 MacArthur Court, Suite 310,
Newport Beach, CA 92660
(949) 752.-700

Marvin Bartel

Morgan Evans

**Dreier LLP**
499 Park Avenue
New York, NY 10022
(212) 328-6100

Robert J. Grand

**Garvey Schubert Barer**
100 Wall Street, 20th Floor
New York, NY 10005-3708
(212) 431-8700

Roberto Carrillo, Esq. (RC0721)

**Eminent, Inc.**
16000 Canary Ave.
La Mirada, CA, 90638

Michael Karanikolas, CEO

**SO ORDERED:**

Honorable Laura T. Swain, U.S.D.J.