```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

# DREIER LLP

ATTORNEYS AT LAW

The Gursky Group

Ira S. Sacks *Partner*
Direct 212 652 3730
isacks@dreierllp.com

APR - 3 2008

**MEMO ENDORSED**

April 3, 2008

<u>*Via Fax (212) 805-4258*</u>
Hon. Debra C. Freeman
United States Magistrate Judge
United States District Court for the
    Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *GMA Accessories, Inc. v. Eminent, Inc. et al.*, 07 CV 3219 (LTS)

Dear Judge Freeman:

    This is to advise the Court that Dreier LLP believes that its motion to be permitted to withdraw as counsel to Jonathan Solnicki and Charlotte B LLC has been rendered moot. We were retained by Jonathan Solnicki in connection with his motion to vacate the default; we were retained by Charlotte B LLC in connection with its motion to intervene. Both those motions have been resolved and our retention by Jonathan Solnicki and Charlotte B LLC is, thus, concluded.

Respectfully,

Ira S. Sacks

ISS/es
cc:    Hon. Laura Taylor Swain (*via fax*)
        John Bostany (*via email*)
        Jonathan Solnicki (*via email*)

*The motion to withdraw as counsel (Dkt. 134) is deemed withdrawn, based on counsel's representations herein.*

SO ORDERED:    DATE: 4/8/08

Debra Freeman
**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**

499 Park Avenue  New York, New York 10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00343424.DOC;}