UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
GMA ACCESSORIES, INC., :
:
                         Plaintiff, :
:
   v. :
:
CHARLOTTE SOLNICKI, CHARLOTTE B, LLC, :
EMINENT, INC., SAKS FIFTH AVENUE, INC., :
INTERMIX, INC., WINK NYC, INC., : 07 CV 3219 (LTS)(DCF)
LISA KLINE, INC., GIRLSHOP, INC., :
SHOWROOM SEVEN STUDIOS, INC., :
ELECTRIC WONDERLAND, INC., : **NOTICE OF MOTION**
SHOWROOM SEVEN INT'L, : **TO SEVER AND STAY**
SHOWROOM SEVEN, JONATHAN SINGER, :
GOSI ENTERPRISES, LTD., LEWIS TIERNEY, :
TIERNEY DIRECT LLC and :
JONATHAN SOLNICKI, :
:
                        Defendants. :
:
------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Sanei Charlotte Ronson LLC ("Ronson"), upon filing of the accompanying Declaration of Mary L. Grieco, dated April 11, 2008, the Declaration of Charlotte Ronson, dated April 10, 2008, the exhibits attached thereto, and the accompanying memorandum of law, will move this Court before the Honorable Debra C. Freeman, United States Magistrate Judge, United States Courthouse, 500 Pearl Street, New York, New York, at

such time as the Court directs, for an Order severing and staying GMA Accessories' Motion for

Contempt against Ronson.

Dated: New York, New York
April 11, 2008

                                          DREIER LLP

                                          _/s/ Ira S. Sacks_____
Ira S. Sacks
Mary L. Grieco
Safia A. Anand
499 Park Avenue
New York, New York 10022
(212) 328-6100

Lisa T. Simpson
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(212) 506-5100

*Attorneys for Sanei Charlotte Ronson LLC*