# EXHIBIT A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | EMILIO |
| **Goods and Services** | IC 025. US 039. G & S: DRESSES, [ SCARVES, ] SKIRTS, SLACKS, BATHING SUITS, AND SUN SUITS. FIRST USE: 19490000. FIRST USE IN COMMERCE: 19490000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 72248029 |
| **Filing Date** | June 14, 1966 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0850256 |
| **Registration Date** | June 4, 1968 |
| **Owner** | (REGISTRANT) EMILIO PUCCI SOCIETA A RESPONSABILITA LIMITATA CORPORATION ITALY VIA DEI PUCCI 6 FLORENCE ITALY |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | HOPGOOD CALIMAFDE KALIL BLAUSTEIN ETAL |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. |
| **Renewal** | 1ST RENEWAL 19880604 |
| **Live/Dead** | LIVE |

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.2.1 4/9/2008

Indicator

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.2.1 4/9/2008

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:36:41 ET

**Serial Number:** 72248029 Assignment Information Trademark Document Retrieval

**Registration Number:** 850256

**Mark**

**(words only):** EMILIO

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1988-10-19

**Filing Date:** 1966-06-14

**Transformed into a National Application:** No

**Registration Date:** 1968-06-04

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-11-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. EMILIO PUCCI SOCIETA A RESPONSABILITA LIMITATA

**Address:**
EMILIO PUCCI SOCIETA A RESPONSABILITA LIMITATA
VIA DEI PUCCI 6

FLORENCE
Italy
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Italy

---

## GOODS AND/OR SERVICES

---

**U.S. Class:** 039 (International Class 025)
**Class Status:** Active
DRESSES, SKIRTS, SLACKS, BATHING SUITS, AND SUN SUITS
**Basis:** 1(a)
**First Use Date:** 1949-00-00
**First Use in Commerce Date:** 1949-00-00

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-08-03 - Review Of Correspondence Complete

2004-10-13 - PAPER RECEIVED

2003-01-28 - PAPER RECEIVED

2003-02-02 - TEAS Change Of Correspondence Received

1988-06-04 - First renewal

1988-05-23 - Section 9 filed/check record for Section 8

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
HOPGOOD CALIMAFDE KALIL BLAUSTEIN ETAL

**Correspondent**
Theodore C. Max
Mintz Levin Cohn Ferris Glovsky & Popeo

666 Third Avenue
New York NY 10017
Phone Number: (212) 935-3000
Fax Number: (212) 983-3115

**Domestic Representative**
HOPGOOD CALIMAFDE KALIL BLAUSTEIN ETAL

---

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | EMILIO PUCCI |
| **Goods and Services** | IC 025. US 022 039. G & S: CHILDREN'S CLOTHING; NAMELY, [CLOTH DIAPER PANTS, ROMPERS,] LOUNGE ROBES, BLOUSES, SHIRTS, PANTS, DRESSES, [RAINCOATS], JACKETS [AND SUITS]. FIRST USE: 19780901. FIRST USE IN COMMERCE: 19780901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73195742 |
| **Filing Date** | December 6, 1978 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 26, 1991 |
| **Registration Number** | 1675914 |
| **Registration Date** | February 18, 1992 |
| **Owner** | (REGISTRANT) EMILIO PUCCI S.R.L. CORPORATION ITALY VIA DE PUCCI 6 FIRENZE ITALY<br><br>(LAST LISTED OWNER) EMILIO PUCCI S.R.L. CORPORATION BY ASSIGNMENT ITALY VIA DE PUCCI 6 FIRENZE ITALY |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | THEODORE C. MAX |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020415. |
| **Renewal** | 1ST RENEWAL 20020415 |
| **Other Data** | THE NAME "EMILIO PUCCI" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF |

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.3.1 4/9/2008

| | |
|---|---|
| | RECORD. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.3.1 4/9/2008

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:36:58 ET

**Serial Number:** 73195742 Assignment Information Trademark Document Retrieval

**Registration Number:** 1675914

**Mark (words only):** EMILIO PUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-04-15

**Filing Date:** 1978-12-06

**Transformed into a National Application:** No

**Registration Date:** 1992-02-18

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 15

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-04-16

---

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

---

1. EMILIO PUCCI S.R.L.

**Address:**
EMILIO PUCCI S.R.L.
VIA DE PUCCI 6
FIRENZE
Italy
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Italy

---

**GOODS AND/OR SERVICES**

---

**International Class:** 025
**Class Status:** Active

CHILDREN'S CLOTHING; NAMELY, LOUNGE ROBES, BLOUSES, SHIRTS, PANTS, DRESSES,, JACKETS
**Basis:** 1(a)
**First Use Date:** 1978-09-01
**First Use in Commerce Date:** 1978-09-01

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** THE NAME "EMILIO PUCCI" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-08-03 - Review Of Correspondence Complete

2004-10-13 - PAPER RECEIVED

2002-04-15 - First renewal 10 year

2002-04-15 - Section 8 (10-year) accepted/ Section 9 granted

2002-02-15 - Combined Section 8 (10-year)/Section 9 filed

1997-12-31 - Section 8 (6-year) accepted & Section 15 acknowledged

1997-12-01 - Section 8 (6-year) and Section 15 Filed

1992-02-18 - Registered - Principal Register

1991-11-26 - Published for opposition

1991-10-25 - Notice of publication

1991-06-03 - Approved for Pub - Principal Register (Initial exam)

1991-05-21 - Examiner's amendment mailed

1991-04-12 - Communication received from applicant

1991-05-15 - Assigned To Examiner

1989-09-05 - Letter of suspension mailed

1989-07-12 - Communication received from applicant

1989-05-15 - Final refusal mailed

1989-02-27 - Communication received from applicant

1988-06-29 - Letter of suspension mailed

1987-10-14 - Final refusal mailed

1987-05-22 - Letter of suspension mailed

1987-04-20 - Communication received from applicant

1987-04-03 - Non-final action mailed

1986-11-24 - Letter of suspension mailed

1986-10-20 - Communication received from applicant

1986-10-01 - Non-final action mailed

1986-05-22 - Letter of suspension mailed

1986-04-10 - Non-final action mailed

1985-11-26 - Letter of suspension mailed

1985-10-08 - Communication received from applicant

1985-10-03 - Non-final action mailed

1985-04-24 - Letter of suspension mailed

1985-03-28 - Communication received from applicant

1985-03-21 - Letter of suspension mailed

1984-11-27 - Communication received from applicant

1984-11-21 - Non-final action mailed

1984-10-30 - Assigned To Examiner

1984-05-15 - Assigned To Examiner

1984-01-11 - Letter of suspension mailed

1983-12-19 - Assigned To Examiner

1983-10-14 - Communication received from applicant

1983-09-30 - Inquiry as to suspension mailed

1979-11-23 - Non-final action mailed

1979-06-05 - Assigned To Examiner

1979-03-26 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
THEODORE C. MAX

**Correspondent**
THEODORE C. MAX
MINTZ LEVIN FERRIS GLOVSKY AND POPEO PC
CHRYSLER CENTER, 666 THIRD AVENUE
NEW YORK NY 10017

**Domestic Representative**
THEODORE C. MAX

---

 Trademark Electronic Search System (TESS)

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

## Typed Drawing

| | |
|---|---|
| **Word Mark** | EMILIO PUCCI |
| **Goods and Services** | IC 025. US 022 039. G & S: LADIES' TAILORED APPAREL; NAMELY, DRESSES, SCARVES, LINGERIE, HATS, BATHING SUITS, SKIRTS, BLOUSES, SLACKS AND [ FOOTWEAR ]. FIRST USE: 19500101. FIRST USE IN COMMERCE: 19500101<br><br>(CANCELLED) IC 033. US 047 049. G & S: [ WINES ]. FIRST USE: 19640101. FIRST USE IN COMMERCE: 19640101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73446081 |
| **Filing Date** | October 26, 1977 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 10, 1991 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1687909** |
| **Registration Date** | May 19, 1992 |
| **Owner** | (REGISTRANT) EMILIO PUCCI S.R.L. CORPORATION ITALY VIA DEI PUCCI 6 FIRENZO ITALY |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | THEODORE C MAX |
| **Prior Registrations** | 0838931;0850256 |
| **Type of Mark** | TRADEMARK |

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.4.1 4/9/2008

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). SECTION 8(10-YR) 20030313. |
| **Renewal** | 1ST RENEWAL 20030313 |
| **Other Data** | "EMILIO PUCCI" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:37:14 ET

**Serial Number:** 73446081 Assignment Information Trademark Document Retrieval

**Registration Number:** 1687909

**Mark (words only):** EMILIO PUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-03-13

**Filing Date:** 1977-10-26

**Transformed into a National Application:** No

**Registration Date:** 1992-05-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 10

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-10-11

---

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

---

1. EMILIO PUCCI S.R.L.

**Address:**
EMILIO PUCCI S.R.L.
VIA DEI PUCCI 6
FIRENZO
Italy
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Italy

---

**GOODS AND/OR SERVICES**

---

**International Class:** 025
**Class Status:** Active

LADIES' TAILORED APPAREL; NAMELY, DRESSES, SCARVES, LINGERIE, HATS, BATHING SUITS, SKIRTS, BLOUSES, SLACKS AND
**Basis:** 1(a)
**First Use Date:** 1950-01-01
**First Use in Commerce Date:** 1950-01-01

**International Class:** 033
**Class Status:** Section 8 - Cancelled
**Basis:** 1(a)
**First Use Date:** 1964-01-01
**First Use in Commerce Date:** 1964-01-01

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** "EMILIO PUCCI" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

**Prior Registration Number(s):**
838931
850256

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-10-11 - Case File In TICRS

2007-03-05 - Review Of Correspondence Complete

2006-09-18 - PAPER RECEIVED

2006-08-03 - Review Of Correspondence Complete

2004-10-13 - PAPER RECEIVED

2003-03-13 - First renewal 10 year

2003-03-13 - Section 8 (10-year) accepted/ Section 9 granted

2003-01-27 - Response received to Post Registration action - Sections 8 & 9

2003-01-27 - PAPER RECEIVED

2002-07-26 - Post Registration action mailed Sections 8 & 9

2002-05-16 - Combined Section 8 (10-year)/Section 9 filed

2002-05-16 - PAPER RECEIVED

1997-08-21 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1997-08-04 - Section 8 (6-year) and Section 15 Filed

1992-05-19 - Registered - Principal Register

1991-12-10 - Published for opposition

1991-11-08 - Notice of publication

1991-08-22 - Approved for Pub - Principal Register (Initial exam)

1989-08-31 - Assigned To Examiner

1989-03-02 - Letter of suspension mailed

1989-02-22 - Communication received from applicant

1989-03-01 - Assigned To Examiner

1989-01-23 - Letter of suspension mailed

1989-01-03 - Reinstated

1988-10-03 - Abandonment - Failure To Respond Or Late Response

1988-03-08 - Inquiry as to suspension mailed

1987-08-31 - Letter of suspension mailed

1987-08-17 - Communication received from applicant

1987-07-28 - Inquiry as to suspension mailed

1984-10-16 - Inquiry as to suspension mailed

1984-04-04 - Letter of suspension mailed

1984-03-27 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
THEODORE C MAX

**Correspondent**
THEODORE C MAX
MINTZ LEVIN COHN FERRIS ET AL
CHRYSLER CENTER
666 THIRD AVE
NEW YORK, NEW YORK 10017

**Domestic Representative**
MINTZ LEVIN COHN RERRIS GLOVSKY AND POPE
O, P.C.

---



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | EMILIO PUCCI |
| **Goods and Services** | IC 025. US 022 039. G & S: Footwear. FIRST USE: 20030401. FIRST USE IN COMMERCE: 20030401 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters |
| **Serial Number** | 76480947 |
| **Filing Date** | January 7, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 28, 2004 |
| **Registration Number** | 3029721 |
| **Registration Date** | December 13, 2005 |
| **Owner** | (REGISTRANT) Emilio Pucci Int. BV COMPANY NETHERLANDS Cattenhagestraat 8a 1411 CT Naarden NETHERLANDS |
| **Attorney of Record** | Julia Anne Matheson |
| **Prior Registrations** | 0838931;0850256;1675914;1687909;1689743;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name in the mark does not identify a living individual. |

Trademark Electronic Search System (TESS) Page 2 of 2

| **Live/Dead Indicator** | LIVE |
| --- | --- |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.5.1 4/9/2008

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:37:33 ET

**Serial Number:** 76480947 Assignment Information Trademark Document Retrieval

**Registration Number:** 3029721

**Mark**

Emilio Pucci

**(words only):** EMILIO PUCCI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2005-12-13

**Filing Date:** 2003-01-07

**Transformed into a National Application:** No

**Registration Date:** 2005-12-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-11-04

---

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

---

1. Emilio Pucci Int. BV

**Address:**
Emilio Pucci Int. BV
Cattenhagestraat 8a

1411 CT Naarden
Netherlands
**Legal Entity Type:** Company
**State or Country Where Organized:** Netherlands

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Footwear
**Basis:** 1(a)
**First Use Date:** 2003-04-01
**First Use in Commerce Date:** 2003-04-01

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name in the mark does not identify a living individual.

**Design Search Code(s):**
**26.17.13** - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters

**Prior Registration Number(s):**
838931
850256
1675914
1687909
1689743

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2005-12-13 - Registered - Principal Register

2005-11-03 - Law Office Registration Review Completed

2005-10-28 - Assigned To LIE

2005-10-22 - Allowed for Registration - Principal Register (SOU accepted)

2005-09-15 - Statement of use processing complete

2005-09-15 - Extension 1 granted

2005-09-14 - FAX RECEIVED

2005-06-20 - Amendment to Use filed

2005-06-20 - Extension 1 filed

2005-06-20 - PAPER RECEIVED

2004-12-21 - Notice of allowance - mailed

2004-10-21 - Amendment From Applicant Entered

2004-10-13 - Communication received from applicant

2004-10-13 - PAPER RECEIVED

2004-09-28 - Published for opposition

2004-09-08 - Notice of publication

2004-07-29 - Law Office Publication Review Completed

2004-07-28 - Assigned To LIE

2004-07-26 - Approved for Pub - Principal Register (Initial exam)

2004-01-06 - Letter of suspension mailed

2003-09-17 - Communication received from applicant

2003-09-22 - PAPER RECEIVED

2003-07-09 - Non-final action mailed

2003-07-08 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Julia Anne Matheson

**Correspondent**
JULIA ANNE MATHESON
FINNEGAN HENDERSON FARABOW GARRETT ET AL
901 NEW YORK AVE NW
WASHINGTON DC 20001-4413
Phone Number: 212/935-3000
Fax Number: 212/983-3115

**Domestic Representative**
Finnegan, Henderson, Farabow, Garrett &
Dunner L.L.P.
Phone Number: 212/935-3000
Fax Number: 212/983-3115

---



Trademark Electronic Search System (TESS) Page 1 of 2

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

EMILIO SACCI

| | |
|---|---|
| **Word Mark** | E EMILIO SACCI |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, pullovers, skirts, dresses, blouses, jeans, trousers, jackets, coats, raincoats, anoraks, shirts, t-shirts, sweatshirts, beach clothes, namely, bathing suits, beach cover-ups, beach footwear, shorts, overalls, underwear, bodices, brassieres, camisoles, underpants, dressing gowns, bath robes, pyjamas, clothing gloves, ski suits; headgear, namely, hats, caps, knitted caps, berets; footwear, namely, shoes excluding orthopaedic shoes, slippers, boots, sandals, beach shoes, sports shoes, lace boots and parts thereof, shoe parts namely heelpieces, heels, footwear uppers; stockings; clothing belts; ties, foulards, neckties, shawls, scarves, mufflers, neck scarves, sarongs, collars for dresses, maniples, muffs, clothing wristbands, suspenders, braces for clothing, garters, bandanas, headbands; clothing for babies, namely, babies' diapers of textile |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 79016688 |
| **Filing Date** | May 24, 2005 |
| **Current Filing Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | December 26, 2006 |
| **Registration Number** | 3218199 |
| **International Registration Number** | 0865778 |
| **Registration Date** | March 13, 2007 |

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.6.1 4/9/2008

| | |
|---|---|
| **Owner** | (REGISTRANT) KOÇ TEKSTIL SANAYI VE TICARET LIMITED SIRKETI LIMITED COMPANY TURKEY Rami Kisla Caddesi Altindag Is Merkezi No. 91/14; Topçular Eyüp Istanbul TURKEY |
| **Attorney of Record** | JOHN S EGBERT |
| **Priority Date** | May 10, 2005 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:37:49 ET

**Serial Number:** 79016688 Assignment Information Trademark Document Retrieval

**Registration Number:** 3218199

**Mark**

**(words only):** E EMILIO SACCI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2007-03-13

**Filing Date:** 2005-05-24

**Transformed into a National Application:** No

**Registration Date:** 2007-03-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-03-13

---

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

---

1. KOÇ TEKSTIL SANAYI VE TICARET LIMITED SIRKETI

**Address:**
KOÇ TEKSTIL SANAYI VE TICARET LIMITED SIRKETI
Rami Kisla Caddesi Altindag Is Merkezi No. 91/14; Topçular Eyüp

Istanbul
Turkey
**Legal Entity Type:** LIMITED COMPANY
**State or Country Where Organized:** Turkey

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Clothing, namely, pullovers, skirts, dresses, blouses, jeans, trousers, jackets, coats, raincoats, anoraks, shirts, t-shirts, sweatshirts, beach clothes, namely, bathing suits, beach cover-ups, beach footwear, shorts, overalls, underwear, bodices, brassieres, camisoles, underpants, dressing gowns, bath robes, pyjamas, clothing gloves, ski suits; headgear, namely, hats, caps, knitted caps, berets; footwear, namely, shoes excluding orthopaedic shoes, slippers, boots, sandals, beach shoes, sports shoes, lace boots and parts thereof, shoe parts namely heelpieces, heels, footwear uppers; stockings; clothing belts; ties, foulards, neckties, shawls, scarves, mufflers, neck scarves, sarongs, collars for dresses, maniples, muffs, clothing wristbands, suspenders, braces for clothing, garters, bandanas, headbands; clothing for babies, namely, babies' diapers of textile
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

---

## MADRID PROTOCOL INFORMATION

---

**International Registration Number:** 0865778
**International Registration Date:** 2005-05-24
**Priority Claimed:** Yes
**Date of Section 67 Priority Claim:** 2005-05-10
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2005-11-17
**International Registration Renewal Date:** 2015-05-24
**Notification of Designation Date:** 2005-11-17
**Date of Automatic Protection:** 2007-05-17
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** Yes

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-09-17 - Final Disposition Notice Sent To IB

2007-09-17 - Final Disposition Processed

2007-09-10 - Final Disposition Notice Created, To Be Sent To IB

2007-03-13 - Registered - Principal Register

2006-12-26 - Published for opposition

2006-12-06 - Notice of publication

2006-11-01 - Law Office Publication Review Completed

2006-11-01 - Assigned To LIE

2006-10-20 - Approved for Pub - Principal Register (Initial exam)

2006-10-10 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-09-28 - PAPER RECEIVED

2006-09-25 - Teas/Email Correspondence Entered

2006-09-21 - Communication received from applicant

2006-09-21 - TEAS Response to Office Action Received

2006-09-21 - Petition To Revive-Granted

2006-09-21 - TEAS Petition To Revive Received

2006-07-31 - Abandonment Notice Mailed - Failure To Respond

2006-07-29 - Abandonment - Failure To Respond Or Late Response

2006-01-06 - Refusal Processed By IB

2005-12-21 - Non-Final Action Mailed - Refusal Sent To IB

2005-12-20 - Non-Final Action (Ib Refusal) Prepared For Review

2005-12-19 - Non-Final Action Written

2005-12-16 - Assigned To Examiner

2005-11-18 - New Application Entered In Tram

2005-11-17 - Sn Assigned For Sect 66a Appl From IB

---

**ATTORNEY/CORRESPONDENT INFORMATION**

---

**Attorney of Record**
JOHN S EGBERT

**Correspondent**
JOHN S EGBERT
412 MAIN ST FL 7
HOUSTON, TX 77002-1838
Phone Number: 713-224-8080
Fax Number: 713-223-4873

---



Trademark Electronic Search System (TESS) Page 1 of 2

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

## Typed Drawing

| | |
|---|---|
| **Word Mark** | EMILIO PUCCI |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Perfumes and lotions. FIRST USE: 20070815. FIRST USE IN COMMERCE: 20070815<br><br>IC 009. US 021 023 026 036 038. G & S: Eyeglasses and eyeglass cases. FIRST USE: 20071003. FIRST USE IN COMMERCE: 20071003<br><br>IC 014. US 002 027 028 050. G & S: Jewelry and items made of precious metal, namely, necklaces, bracelets. FIRST USE: 20060928. FIRST USE IN COMMERCE: 20070510 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76480948 |
| **Filing Date** | January 7, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 7, 2004 |
| **Registration Number** | 3382298 |
| **Registration Date** | February 12, 2008 |
| **Owner** | (REGISTRANT) Emilio Pucci Int. BV COMPANY NETHERLANDS Oude Utrechtseweg 22-24 3743 KN Baarn NETHERLANDS |
| **Attorney of Record** | JULIE ANNE MATHESON |
| **Prior Registrations** | 0838931;1675914;1689743;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name EMILIO PUCCI identifies a living individual whose consent is of record. |

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.7.1 4/9/2008

| **Live/Dead Indicator** | LIVE |
| --- | --- |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:38:14 ET

**Serial Number:** 76480948 Assignment Information Trademark Document Retrieval

**Registration Number:** 3382298

**Mark (words only):** EMILIO PUCCI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2008-02-12

**Filing Date:** 2003-01-07

**Transformed into a National Application:** No

**Registration Date:** 2008-02-12

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-01-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Emilio Pucci Int. BV

**Address:**
Emilio Pucci Int. BV
Oude Utrechtseweg 22-24
3743 KN Baarn
Netherlands
**Legal Entity Type:** Company
**State or Country Where Organized:** Netherlands

---

## GOODS AND/OR SERVICES

---

**International Class:** 003
**Class Status:** Active

Perfumes and lotions
**Basis:** 1(a)
**First Use Date:** 2007-08-15
**First Use in Commerce Date:** 2007-08-15

**International Class:** 009
**Class Status:** Active
Eyeglasses and eyeglass cases
**Basis:** 1(a)
**First Use Date:** 2007-10-03
**First Use in Commerce Date:** 2007-10-03

**International Class:** 014
**Class Status:** Active
Jewelry and items made of precious metal, namely, necklaces, bracelets
**Basis:** 1(a)
**First Use Date:** 2006-09-28
**First Use in Commerce Date:** 2007-05-10

---

**ADDITIONAL INFORMATION**

---

**Name Portrait Consent:** The name EMILIO PUCCI identifies a living individual whose consent is of record.

**Prior Registration Number(s):**
838931
1675914
1689743

---

**MADRID PROTOCOL INFORMATION**

---

(NOT AVAILABLE)

---

**PROSECUTION HISTORY**

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-02-29 - TEAS Section 7 Request Received

2008-02-12 - Registered - Principal Register

2008-02-11 - TEAS Response to Office Action Received

2008-01-05 - Law Office Registration Review Completed

2008-01-03 - Allowed for Registration - Principal Register (SOU accepted)

2007-12-19 - Statement of use processing complete

2007-11-30 - Amendment to Use filed

2007-11-30 - TEAS Statement of Use Received

2007-03-14 - Extension 5 granted

2007-03-14 - Extension 5 filed

2007-03-14 - TEAS Extension Received

2007-01-09 - Extension 4 granted

2006-11-13 - Extension 4 filed

2006-11-13 - PAPER RECEIVED

2006-05-25 - Extension 3 granted

2006-05-05 - Extension 3 filed

2006-05-05 - PAPER RECEIVED

2005-11-30 - Extension 2 granted

2005-11-10 - Extension 2 filed

2005-11-10 - PAPER RECEIVED

2005-06-08 - Extension 1 granted

2005-05-20 - Extension 1 filed

2005-05-20 - PAPER RECEIVED

2004-11-30 - Notice of allowance - mailed

2004-11-04 - Data Modification Completed

2004-11-04 - Legal Instrument Examiner (LIE) - Correction

2004-11-04 - Amendment From Applicant Entered

2004-10-13 - Communication received from applicant

2004-11-04 - Assigned To LIE

2004-10-13 - PAPER RECEIVED

2004-09-07 - Published for opposition

2004-08-18 - Notice of publication

2004-02-21 - Approved for Pub - Principal Register (Initial exam)

2004-01-05 - Communication received from applicant

2004-01-05 - PAPER RECEIVED

2003-07-03 - Non-final action mailed

2003-06-20 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
JULIE ANNE MATHESON

**Correspondent**
JULIE ANNE MATHESON
FINNEGAN HENDERSON FARABOW GARRETT ET AL
901 NEW YORK AVE, N.W.
WASHINGTON DC 20001-4413
Phone Number: 202.408.4000
Fax Number: 202.408.4400

**Domestic Representative**
FINNEGAN HENDERSON FARABOW GARRETT & DUN
NER L.L.P.

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | EMILIO FRANCO |
| **Goods and Services** | IC 025. US 039. G & S: footwear. FIRST USE: 19811100. FIRST USE IN COMMERCE: 19811100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74076805 |
| **Filing Date** | June 4, 1990 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 23, 1991 |
| **Registration Number** | **1650826** |
| **Registration Date** | July 16, 1991 |
| **Owner** | (REGISTRANT) EMILIO FRANCO IMPORTS INC. CORPORATION CONNECTICUT 3308 WHITNEY AVE HAMDEN CONNECTICUT 06518<br><br>(LAST LISTED OWNER) PELAR, INC. CORPORATION CONNECTICUT 3308 WHITNEY AVENUE HAMDEN CONNECTICUT 06518 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BARRY L KELMACHTER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010601. |
| **Renewal** | 1ST RENEWAL 20010601 |
| **Other Data** | "EMILIO FRANCO" is not the name of a living individual, but rather a combination of the first names of two individuals. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

Trademark Electronic Search System (TESS)

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.8.1 4/9/2008

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:38:29 ET

**Serial Number:** 74076805 Assignment Information Trademark Document Retrieval

**Registration Number:** 1650826

**Mark (words only):** EMILIO FRANCO

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2001-06-01

**Filing Date:** 1990-06-04

**Transformed into a National Application:** No

**Registration Date:** 1991-07-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 15

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-11-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. PELAR, INC.

**Address:**
PELAR, INC.
3308 WHITNEY AVENUE
HAMDEN, CT 06518
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Connecticut

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active

footwear
**Basis:** 1(a)
**First Use Date:** 1981-11-00
**First Use in Commerce Date:** 1981-11-00

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "EMILIO FRANCO" is not the name of a living individual, but rather a combination of the first names of two individuals.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-01-16 - Automatic Update Of Assignment Of Ownership

2007-11-08 - Case File In TICRS

2001-06-01 - First renewal 10 year

2001-06-01 - Section 8 (10-year) accepted/ Section 9 granted

2001-02-27 - Combined Section 8 (10-year)/Section 9 filed

1997-05-08 - Section 8 (6-year) accepted & Section 15 acknowledged

1997-04-09 - Section 8 (6-year) and Section 15 Filed

1991-07-16 - Registered - Principal Register

1991-04-23 - Published for opposition

1991-03-22 - Notice of publication

1991-01-16 - Approved for Pub - Principal Register (Initial exam)

1991-01-15 - Examiner's amendment mailed

1990-12-27 - Non-final action mailed

1990-11-16 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
BARRY L KELMACHTER

**Correspondent**
BARRY L KELMACHTER
BACHMAN & LAPOINTE, P.C.
SUITE 1201
900 CHAPEL STREET
NEW HAVEN, CT 06510-2802



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

## Typed Drawing

| | |
|---|---|
| **Word Mark** | EMILIO FRANCO |
| **Goods and Services** | IC 025. US 022 039. G & S: Jackets, leather jackets, coats, vests, belts, shirts, pants, socks, ties and hats. FIRST USE: 19990400. FIRST USE IN COMMERCE: 19990400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75708638 |
| **Filing Date** | May 18, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 28, 1999 |
| **Registration Number** | 2500779 |
| **Registration Date** | October 23, 2001 |
| **Owner** | (REGISTRANT) Emilio Franco, Inc. CORPORATION CONNECTICUT 3308 Whitney Avenue Hamden CONNECTICUT 06518<br><br>(LAST LISTED OWNER) PELAR, INC. CORPORATION CONNECTICUT 3308 WHITNEY AVENUE HAMDEN CONNECTICUT 06518 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BARRY L KELMACHTER |
| **Prior Registrations** | 1650826 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | "EMILIO FRANCO" is not the name of a living individual but rather is a combination of the first names of two individuals. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:38:47 ET

**Serial Number:** 75708638 Assignment Information Trademark Document Retrieval

**Registration Number:** 2500779

**Mark (words only):** EMILIO FRANCO

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2007-11-01

**Filing Date:** 1999-05-18

**Transformed into a National Application:** No

**Registration Date:** 2001-10-23

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-11-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. PELAR, INC.

**Address:**
PELAR, INC.
3308 WHITNEY AVENUE
HAMDEN, CT 06518
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Connecticut

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active

Jackets, leather jackets, coats, vests, belts, shirts, pants, socks, ties and hats
**Basis:** 1(a)
**First Use Date:** 1999-04-00
**First Use in Commerce Date:** 1999-04-00

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** "EMILIO FRANCO" is not the name of a living individual but rather is a combination of the first names of two individuals.

**Prior Registration Number(s):**
1650826

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-01-16 - Automatic Update Of Assignment Of Ownership

2007-11-01 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-10-29 - Assigned To Paralegal

2007-10-22 - TEAS Section 8 & 15 Received

2007-01-19 - Case File In TICRS

2001-10-23 - Registered - Principal Register

2001-08-28 - Allowed for Registration - Principal Register (SOU accepted)

2001-06-26 - Communication received from applicant

2001-01-18 - Non-final action mailed

2000-11-09 - Statement of use processing complete

2000-09-08 - Amendment to Use filed

2000-03-21 - Notice of allowance - mailed

1999-12-28 - Published for opposition

1999-11-26 - Notice of publication

1999-09-30 - Approved for Pub - Principal Register (Initial exam)

1999-09-28 - Examiner's amendment mailed

1999-09-24 - Assigned To Examiner

---

**ATTORNEY/CORRESPONDENT INFORMATION**

---

**Attorney of Record**
BARRY L KELMACHTER

**Correspondent**
BARRY L KELMACHTER
BACHMAN & LAPOINTE PC
900 CHAPEL ST STE 1201
NEW HAVEN CT 06510-2802
Phone Number: 203-777-6628
Fax Number: 203-865-0297

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | EMILIO FRANCO |
| **Goods and Services** | IC 025. US 022 039. G & S: JACKETS, LEATHER JACKETS, COATS, VESTS, BELTS, SHIRTS, PANTS, SOCKS, TIES AND HATS. FIRST USE: 19990400. FIRST USE IN COMMERCE: 19990400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.13 - Gladiators; Men, Roman, Greek and other ancient soldiers, gladiators and Vikings; Vikings<br>02.01.31 - Men, stylized, including men depicted in caricature form<br>02.09.11 - Humans engaged in other work; Humans, including men, women and children, depicted engaged in other work<br>03.05.01 - Horses<br>03.05.24 - Stylized horses, donkeys, zebras<br>18.01.01 - Chariots |
| **Serial Number** | 75733603 |
| **Filing Date** | June 22, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 11, 2000 |
| **Registration Number** | 2488618 |
| **Registration Date** | September 11, 2001 |
| **Owner** | (REGISTRANT) EMILIO FRANCO, INC. CORPORATION CONNECTICUT 3308 Whitney Avenue Hamden CONNECTICUT 06518 |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Attorney of Record** | BARRY L KELMACHTER |
| **Prior Registrations** | 1650826 |
| **Description of Mark** | The mark consists of the wording EMILIO FRANCO, and below that, a stylized depiction of a charioteer with two horses pulling the chariot. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "EMILIO FRANCO" is not the name of a living individual but rather is a combination of the first names of two individuals. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.10.1 4/9/2008

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:39:02 ET

**Serial Number:** 75733603 Assignment Information Trademark Document Retrieval

**Registration Number:** 2488618

**Mark**

**(words only):** EMILIO FRANCO

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-09-11

**Filing Date:** 1999-06-22

**Transformed into a National Application:** No

**Registration Date:** 2001-09-11

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-01-30

---

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

---

1. EMILIO FRANCO, INC.

**Address:**
EMILIO FRANCO, INC.
3308 Whitney Avenue

Hamden, CT 06518
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Connecticut

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
JACKETS, LEATHER JACKETS, COATS, VESTS, BELTS, SHIRTS, PANTS, SOCKS, TIES AND HATS
**Basis:** 1(a)
**First Use Date:** 1999-04-00
**First Use in Commerce Date:** 1999-04-00

## ADDITIONAL INFORMATION

**Description of Mark:** The mark consists of the wording EMILIO FRANCO, and below that, a stylized depiction of a charioteer with two horses pulling the chariot.

**Name Portrait Consent:** "EMILIO FRANCO" is not the name of a living individual but rather is a combination of the first names of two individuals.

**Design Search Code(s):**
**02.01.13** - Gladiators; Men, Roman, Greek and other ancient soldiers, gladiators and Vikings; Vikings
**02.01.31** - Men, stylized, including men depicted in caricature form
**02.09.11** - Humans engaged in other work; Humans, including men, women and children, depicted engaged in other work
**03.05.01** - Horses
**03.05.24** - Stylized horses, donkeys, zebras
**18.01.01** - Chariots

**Prior Registration Number(s):**
1650826

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-01-30 - Case File In TICRS

2001-09-11 - Registered - Principal Register

2001-05-07 - Allowed for Registration - Principal Register (SOU accepted)

2001-05-03 - Examiners Amendment -Written

2001-03-31 - Assigned To Examiner

2001-02-27 - Statement of use processing complete

2001-02-27 - Amendment to Use filed

2000-12-09 - Extension 1 granted

2000-09-12 - Extension 1 filed

2000-04-04 - Notice of allowance - mailed

2000-01-11 - Published for opposition

1999-12-10 - Notice of publication

1999-10-07 - Approved for Pub - Principal Register (Initial exam)

1999-09-28 - Examiner's amendment mailed

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
BARRY L KELMACHTER

**Correspondent**
BARRY L KELMACHTER
BACHMAN & LAPOINTE PC
900 CHAPEL ST STE 1201
NEW HAVEN CT 06510-2802

---



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

| | |
|---|---|
| **Word Mark** | EMILIO FRANCO |
| **Goods and Services** | IC 025. US 022 039. G & S: Shoes, Boots, and Sandals. FIRST USE: 19990400. FIRST USE IN COMMERCE: 19990400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.03.22 - Busts of women in profile; Heads of women in profile; Portraiture of women in profile; Women - head, portraiture or busts in profile<br>02.03.24 - Women, stylized, including women depicted in caricature form<br>02.09.17 - Humans, including men, women and children, depicted riding horses and other animals; Riding animals, humans<br>18.01.02 - Carriages, horsedrawn (two wheels); Other horse-drawn carriages with two wheels |
| **Serial Number** | 76216547 |
| **Filing Date** | February 27, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 4, 2001 |
| **Registration Number** | 2512573 |
| **Registration Date** | November 27, 2001 |
| **Owner** | (REGISTRANT) EMILIO FRANCO, INC. CORPORATION CONNECTICUT 3308 Whitney Avenue Hamden CONNECTICUT 06518 |
| **Attorney of Record** | BARRY L. KELMACHTER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.11.1 4/9/2008

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:39:19 ET

**Serial Number:** 76216547 Assignment Information    Trademark Document Retrieval

**Registration Number:** 2512573

**Mark**



**(words only):** EMILIO FRANCO

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-11-27

**Filing Date:** 2001-02-27

**Transformed into a National Application:** No

**Registration Date:** 2001-11-27

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-01-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. EMILIO FRANCO, INC.

**Address:**
EMILIO FRANCO, INC.
3308 Whitney Avenue

Hamden, CT 06518
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Connecticut

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Shoes, Boots, and Sandals
**Basis:** 1(a)
**First Use Date:** 1999-04-00
**First Use in Commerce Date:** 1999-04-00

---

## ADDITIONAL INFORMATION

---

**Design Search Code(s):**
**02.03.22** - Busts of women in profile; Heads of women in profile; Portraiture of women in profile; Women - head, portraiture or busts in profile
**02.03.24** - Women, stylized, including women depicted in caricature form
**02.09.17** - Humans, including men, women and children, depicted riding horses and other animals; Riding animals, humans
**18.01.02** - Carriages, horsedrawn (two wheels); Other horse-drawn carriages with two wheels

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-01-05 - Case File In TICRS

2001-11-27 - Registered - Principal Register

2001-09-04 - Published for opposition

2001-08-15 - Notice of publication

2001-06-30 - Approved for Pub - Principal Register (Initial exam)

2001-06-22 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
BARRY L. KELMACHTER

**Correspondent**
BARRY L. KELMACHTER
BACHMAN & LAPOINTE, P.C
SUITE 1201, 900 CHAPEL STREET
NEW HAVEN, CT 06510-2802

---



Trademark Electronic Search System (TESS)

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

Emilio Robba

**Word Mark** EMILIO ROBBA

**Goods and Services** IC 003. US 001 004 006 050 051 052. G & S: COSMETICS AND TOILETRIES; NAMELY, PERFUME, TOILET WATER, SKIN MOISTURIZING AND CLEANSING CREAMS, HAND AND BODY LOTIONS, LIPSTICK, SOAP, SHAMPOO, HAIR CONDITIONERS, HAIR SPRAY, [ EYE LINER, EYE SHADOW, MASCARA, FACIAL MAKEUP, BODY AND FACE POWDER, ] TALCS [, DENTIFRICE, ROUGE, COMPACTS, AND VANITY SETS CONTAINING COSMETIC ITEMS; NAMELY, LIPSTICKS, POWDER, AND ROUGE ]

(CANCELLED) IC 008. US 023 028 044. G & S: [ knives, forks, and spoons ]. FIRST USE: 19920105. FIRST USE IN COMMERCE: 19920105

IC 011. US 013 021 023 031 034. G & S: electrical lighting fixtures. FIRST USE: 19870100. FIRST USE IN COMMERCE: 19920105

IC 014. US 027 028. G & S: JEWELRY; NAMELY, NECKLACES, PENDANTS, EARRINGS, BRACELETS, BROOCHES, RINGS, PINS, AND WATCHES

IC 018. US 003 041. G & S: HANDBAGS, TRAVELLING BAGS, TOTE BAGS, BREIFCASES, SUITCASES, WALLETS, PURSES, UMBRELLAS, CANES, AND PARASOLS, INCLUDING STRUCTURAL PARTS AND ACCESSORIES

IC 020. US 032. G & S: FURNITURE; NAMELY, DESKS, CHESTS, TABLES, CHAIRS, MIRRORS, BOOKCASES, BOOKSHELVES, BEDS, PILLOWS, POCKET MIRRORS, AND PICTURE FRAMES

IC 021. US 002 013 023 029 030 033 040 050. G & S: [ HAIR BRUSHES, TOOTHBRUSHES, SOAP DISHES, POWDER COMPACTS SOLD EMPTY, CREAM CONTAINERS SOLD EMPTY, DINNERWARE; NAMELY, DINNER AND SALAD PLATES, SOUP AND VEGETABLE BOWLS, CUPS ] AND SAUCERS, [ CREAMERS, MUGS, SUGAR BOWLS, PITCHERS, BUTTER

http://tess2.uspto.gov/bin/showfield?f=doc&state=n7m4hh.12.1 4/9/2008

DISHES ],AND TABLE ACCESSORIES; NAMELY, [ SALT AND PEPPER SHAKERS, GLASS BEVERAGE WARE AND STEMWARE, TEA SETS, ] FLOWER BASES [ , NAPKIN RINGS NOT OF PRECIOUS METAL ]

IC 024. US 042 050. G & S: BEDDING; NAMELY, [ QUILTS, COVERS, SPREADS, ] LINENS [ , SHEETS, AND CLOTH HANDKERCHIEFS ]

IC 025. US 022 039. G & S: CLOTHING; NAMELY, [ SUITS, DRESSES, JACKETS, SKIRTS, PANTS, SWEATERS, SHIRTS, T-SHIRTS, BLOUSES, SHORTS, UNDERWEAR, FOUNDATION GARMENTS, BELTS, COATS, RAINCOATS, HOSIERY, NIGHTGOWNS, GLOVES, ] SCARVES [ , AND NECKTIES ]

IC 026. US 037 039 040 042 050. G & S: [ LACE AND EMBROIDERY, ] RIBBONS, [ BRAID, ] BUTTONS FOR CLOTHING, HOOKS [ AND EYELETS, NEEDLES, ] AND ARTIFICIAL FLOWERS

IC 027. US 019 020 037 042 050. G & S: floor coverings; namely, carpets, rugs, mats, and matting made of textile or reed. FIRST USE: 19890100. FIRST USE IN COMMERCE: 19920105

IC 028. US 022 023 038 050. G & S: games and playthings; namely, game cards and chess boardgames, and decorations for Christmas trees. FIRST USE: 19941215. FIRST USE IN COMMERCE: 19941215

| | |
|---|---|
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 74097488 |
| **Filing Date** | September 14, 1990 |
| **Current Filing Basis** | 1A;44E |
| **Original Filing Basis** | 1B;44E |
| **Published for Opposition** | December 31, 1991 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1933336 |
| **Registration Date** | November 7, 1995 |
| **Owner** | (REGISTRANT) Emilio Robba S.A.R.L. CORPORATION FRANCE 34 Avenue Des Champs-Elysees 75008 Paris FRANCE |
| **Attorney of Record** | Meredith D. Pikser |
| **Prior Registrations** | 1621323 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). SECTION 8(10-YR) 20060816. |
| **Renewal** | 1ST RENEWAL 20060816 |
| **Other Data** | The name "EMILIO ROBBA" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

Case 1:07-cv-03219-LTS-DCF    Document 170-2    Filed 04/11/2008    Page 59 of 64

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:39:32 ET

**Serial Number:** 74097488 Assignment Information Trademark Document Retrieval

**Registration Number:** 1933336

**Mark**

Emilio Robba

**(words only):** EMILIO ROBBA

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-08-16

**Filing Date:** 1990-09-14

**Transformed into a National Application:** No

**Registration Date:** 1995-11-07

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-06-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Emilio Robba S.A.R.L.

**Address:**
Emilio Robba S.A.R.L.
34 Avenue Des Champs-Elysees

75008 Paris
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

**GOODS AND/OR SERVICES**

---

**International Class:** 003
**Class Status:** Active
COSMETICS AND TOILETRIES; NAMELY, PERFUME, TOILET WATER, SKIN MOISTURIZING AND CLEANSING CREAMS, HAND AND BODY LOTIONS, LIPSTICK, SOAP, SHAMPOO, HAIR CONDITIONERS, HAIR SPRAY, TALCS
**Basis:** 1(a), 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 008
**Class Status:** Section 8 - Cancelled
**Basis:** 1(a), 44(e)
**First Use Date:** 1992-01-05
**First Use in Commerce Date:** 1992-01-05

**International Class:** 011
**Class Status:** Active
electrical lighting fixtures
**Basis:** 1(a), 44(e)
**First Use Date:** 1987-01-00
**First Use in Commerce Date:** 1992-01-05

**International Class:** 014
**Class Status:** Active
JEWELRY; NAMELY, NECKLACES, PENDANTS, EARRINGS, BRACELETS, BROOCHES, RINGS, PINS, AND WATCHES
**Basis:** 1(a), 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
HANDBAGS, TRAVELLING BAGS, TOTE BAGS, BREIFCASES, SUITCASES, WALLETS, PURSES, UMBRELLAS, CANES, AND PARASOLS, INCLUDING STRUCTURAL PARTS AND ACCESSORIES
**Basis:** 1(a), 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 020
**Class Status:** Active
FURNITURE; NAMELY, DESKS, CHESTS, TABLES, CHAIRS, MIRRORS, BOOKCASES, BOOKSHELVES, BEDS, PILLOWS, POCKET MIRRORS, AND PICTURE FRAMES

**Basis:** 1(a), 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 021
**Class Status:** Active
AND SAUCERS,,AND TABLE ACCESSORIES; NAMELY, FLOWER BASES
**Basis:** 1(a), 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 024
**Class Status:** Active
BEDDING; NAMELY, LINENS
**Basis:** 1(a), 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
CLOTHING; NAMELY, SCARVES
**Basis:** 1(a), 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 026
**Class Status:** Active
RIBBONS, BUTTONS FOR CLOTHING, HOOKS AND ARTIFICIAL FLOWERS
**Basis:** 1(a), 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 027
**Class Status:** Active
floor coverings; namely, carpets, rugs, mats, and matting made of textile or reed
**Basis:** 1(a), 44(e)
**First Use Date:** 1989-01-00
**First Use in Commerce Date:** 1992-01-05

**International Class:** 028
**Class Status:** Active
games and playthings; namely, game cards and chess boardgames, and decorations for Christmas trees
**Basis:** 1(a), 44(e)
**First Use Date:** 1994-12-15
**First Use in Commerce Date:** 1994-12-15

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name "EMILIO ROBBA" identifies a living individual whose consent is of record.

**Prior Registration Number(s):**
1621323

**Foreign Registration Number:** 1406313
**Foreign Registration Date:** 1987-04-17
**Country:** France
**Foreign Expiration Date:** 1997-04-17

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-06-15 - Case File In TICRS

2006-08-16 - First renewal 10 year

2006-08-16 - Section 8 (10-year) accepted/ Section 9 granted

2006-08-01 - Assigned To Paralegal

2006-05-04 - Combined Section 8 (10-year)/Section 9 filed

2006-05-04 - TEAS Section 8 & 9 Received

2002-03-04 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

2002-01-28 - Response received to Post Registration action - Sections 8 & 15

2001-12-07 - Post Registration action mailed Section 8 & 15

2001-11-06 - Section 8 (6-year) and Section 15 Filed

1997-05-21 - Reprinting Registration Certificate

1996-08-05 - Section 7 amendment filed

1995-11-07 - Registered - Principal Register

1995-08-10 - Allowed for Registration - Principal Register (SOU accepted)

1995-08-03 - Assigned To Examiner

1995-07-25 - Statement of use processing complete

1995-07-25 - Extension 1 granted

1995-06-19 - Extension 1 filed

1995-06-19 - Amendment to Use filed

1994-12-20 - Notice of allowance - mailed

1994-05-10 - Abandonment - After inter partes decision (Initial exam)

1994-06-29 - Opposition terminated for Proceeding

1994-05-10 - Opposition dismissed for Proceeding

1992-06-01 - Opposition instituted for Proceeding

1991-12-31 - Published for opposition

1991-11-29 - Notice of publication

1991-06-27 - Approved for Pub - Principal Register (Initial exam)

1991-03-14 - Communication received from applicant

1991-01-31 - Non-final action mailed

1991-01-23 - Assigned To Examiner

1991-01-16 - Assigned To Examiner

---

**ATTORNEY/CORRESPONDENT INFORMATION**

---

**Attorney of Record**
Meredith D. Pikser

**Correspondent**
Meredith D. Pikser
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022

**Domestic Representative**
REED SMITH, LLP

---