# EXHIBIT A

Continued

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| | |
|---|---|
| **Word Mark** | EMILIO VISCONTI EV |
| **Goods and Services** | IC 025. US 022 039. G & S: men's and women's clothing, namely, suits, pants, jackets, shirts, coats, sweaters, skirts, blouses, sport coats, dresses, neckties and scarves; leather clothing, namely, jackets, overcoats, pants, skirts and shearling coats. FIRST USE: 19960710. FIRST USE IN COMMERCE: 19960710 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.02 - Ovals, plain single line; Plain single line ovals |
| **Serial Number** | 75176032 |
| **Filing Date** | September 19, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 20, 1997 |
| **Registration Number** | 2160957 |
| **Registration Date** | May 26, 1998 |
| **Owner** | (REGISTRANT) European Classic, Ltd. CORPORATION NEW YORK 48 West 37th Street New York NEW YORK 10018 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20071113. |

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20071113 |
| **Other Data** | The name shown in the mark does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:39:44 ET

**Serial Number:** 75176032 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2160957

**Mark**



**(words only):** EMILIO VISCONTI EV

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2007-11-13

**Filing Date:** 1996-09-19

**Transformed into a National Application:** No

**Registration Date:** 1998-05-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-11-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. European Classic, Ltd.

**Address:**
European Classic, Ltd.
48 West 37th Street

New York, NY 10018
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
men's and women's clothing, namely, suits, pants, jackets, shirts, coats, sweaters, skirts, blouses, sport coats, dresses, neckties and scarves; leather clothing, namely, jackets, overcoats, pants, skirts and shearling coats
**Basis:** 1(a)
**First Use Date:** 1996-07-10
**First Use in Commerce Date:** 1996-07-10

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name shown in the mark does not identify a living individual.

**Design Search Code(s):**
**26.03.02** - Ovals, plain single line; Plain single line ovals

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-11-13 - First renewal 10 year

2007-11-13 - Section 8 (10-year) accepted/ Section 9 granted

2007-11-09 - Assigned To Paralegal

2007-10-31 - Combined Section 8 (10-year)/Section 9 filed

2007-10-31 - PAPER RECEIVED

2007-08-17 - Case File In TICRS

2004-04-10 - Section 8 (6-year) accepted

2004-04-02 - Post Registration action mailed - Section 8

2004-01-09 - Section 8 (6-year) filed

1998-05-26 - Registered - Principal Register

1998-03-27 - Allowed for Registration - Principal Register (SOU accepted)

1998-03-26 - Assigned To Examiner

1998-03-16 - Statement of use processing complete

1998-01-29 - Amendment to Use filed

1997-08-12 - Notice of allowance - mailed

1997-05-20 - Published for opposition

1997-04-18 - Notice of publication

1997-03-17 - Approved for Pub - Principal Register (Initial exam)

1997-03-13 - Examiner's amendment mailed

1997-03-10 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Correspondent**
LEONID MAKHNEVICH
EUROPEAN CLASSIC LTD.
48 WEST 37TH STREET, 11TH FLOOR
NEW YORK, NY 10018

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | Y EMILIO YUSTE |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING FOR MEN, NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, COATS, RAINCOATS, BLAZERS, SUITS AND SPORTCOATS. FIRST USE: 19880907. FIRST USE IN COMMERCE: 19880907 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 09.01.02 - Embroidery; Labels, clothing; Stitching, not on clothing pockets 26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 76400798 |
| **Filing Date** | April 26, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 25, 2003 |
| **Registration Number** | 2717284 |
| **Registration Date** | May 20, 2003 |
| **Owner** | (REGISTRANT) Gonzalez, Emilio Yuste INDIVIDUAL SPAIN Doctor Fleming, 10-12 Poligono Industrial El Montalvo Salamanca SPAIN 37008 |
| **Attorney of Record** | G. Franklin Rothwell |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| **Other Data** | The name in the mark identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2008-04-09 10:39:57 ET**

**Serial Number:** 76400798 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2717284

**Mark**



**(words only):** Y EMILIO YUSTE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-05-20

**Filing Date:** 2002-04-26

**Transformed into a National Application:** No

**Registration Date:** 2003-05-20

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-05-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Gonzalez, Emilio Yuste

**Address:**
Gonzalez, Emilio Yuste
Doctor Fleming, 10-12 Poligono Industrial El Montalvo

Salamanca 37008
Spain
**Legal Entity Type:** Individual
**Country of Citizenship:** Spain

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
CLOTHING FOR MEN, NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, COATS, RAINCOATS,
BLAZERS, SUITS AND SPORTCOATS
**Basis:** 1(a)
**First Use Date:** 1988-09-07
**First Use in Commerce Date:** 1988-09-07

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name in the mark identifies a living individual whose consent is of
record.

**Design Search Code(s):**
**09.01.02** - Embroidery; Labels, clothing; Stitching, not on clothing pockets
**26.11.21** - Rectangles that are completely or partially shaded

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2003-05-20 - Registered - Principal Register

2003-02-25 - Published for opposition

2003-02-05 - Notice of publication

2003-01-02 - Approved for Pub - Principal Register (Initial exam)

2002-12-09 - Communication received from applicant

2002-12-09 - PAPER RECEIVED

2002-10-30 - Assigned To Examiner

2002-09-10 - Non-final action mailed

2002-08-29 – Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
G. Franklin Rothwell

**Correspondent**
G. FRANKLIN ROTHWELL
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K STREET, N.W. SUITE 800
WASHINGTON D.C. 20005
Phone Number: 202-783-6040
Fax Number: 202-783-6031

**Domestic Representative**
G. Franklin Rothwell
Phone Number: 202-783-6040
Fax Number: 202-783-6031

---

| | |
|---|---|
| **Owner** | (REGISTRANT) KOÇ TEKSTIL SANAYI VE TICARET LIMITED SIRKETI LIMITED COMPANY TURKEY Rami Kisla Caddesi Altindag Is Merkezi No. 91/14; Topçular Eyüp Istanbul TURKEY |
| **Attorney of Record** | JOHN S EGBERT |
| **Priority Date** | May 10, 2005 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

This page was generated by the TARR system on 2008-04-09 10:40:16 ET

**Serial Number:** 79016688 Assignment Information        Trademark Document Retrieval

**Registration Number:** 3218199

**Mark**





**(words only):** E EMILIO SACCI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2007-03-13

**Filing Date:** 2005-05-24

**Transformed into a National Application:** No

**Registration Date:** 2007-03-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-03-13

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. KOÇ TEKSTIL SANAYI VE TICARET LIMITED SIRKETI

**Address:**
KOÇ TEKSTIL SANAYI VE TICARET LIMITED SIRKETI
Rami Kisla Caddesi Altindag Is Merkezi No. 91/14; Topçular Eyüp

Istanbul
Turkey
**Legal Entity Type:** LIMITED COMPANY
**State or Country Where Organized:** Turkey

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Clothing, namely, pullovers, skirts, dresses, blouses, jeans, trousers, jackets, coats, raincoats, anoraks, shirts, t-shirts, sweatshirts, beach clothes, namely, bathing suits, beach cover-ups, beach footwear, shorts, overalls, underwear, bodices, brassieres, camisoles, underpants, dressing gowns, bath robes, pyjamas, clothing gloves, ski suits; headgear, namely, hats, caps, knitted caps, berets; footwear, namely, shoes excluding orthopaedic shoes, slippers, boots, sandals, beach shoes, sports shoes, lace boots and parts thereof, shoe parts namely heelpieces, heels, footwear uppers; stockings; clothing belts; ties, foulards, neckties, shawls, scarves, mufflers, neck scarves, sarongs, collars for dresses, maniples, muffs, clothing wristbands, suspenders, braces for clothing, garters, bandanas, headbands; clothing for babies, namely, babies' diapers of textile
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

---

## MADRID PROTOCOL INFORMATION

---

**International Registration Number:** 0865778
**International Registration Date:** 2005-05-24
**Priority Claimed:** Yes
**Date of Section 67 Priority Claim:** 2005-05-10
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2005-11-17
**International Registration Renewal Date:** 2015-05-24
**Notification of Designation Date:** 2005-11-17
**Date of Automatic Protection:** 2007-05-17
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** Yes

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-09-17 - Final Disposition Notice Sent To IB

2007-09-17 - Final Disposition Processed

2007-09-10 - Final Disposition Notice Created, To Be Sent To IB

2007-03-13 - Registered - Principal Register

2006-12-26 - Published for opposition

2006-12-06 - Notice of publication

2006-11-01 - Law Office Publication Review Completed

2006-11-01 - Assigned To LIE

2006-10-20 - Approved for Pub - Principal Register (Initial exam)

2006-10-10 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-09-28 - PAPER RECEIVED

2006-09-25 - Teas/Email Correspondence Entered

2006-09-21 - Communication received from applicant

2006-09-21 - TEAS Response to Office Action Received

2006-09-21 - Petition To Revive-Granted

2006-09-21 - TEAS Petition To Revive Received

2006-07-31 - Abandonment Notice Mailed - Failure To Respond

2006-07-29 - Abandonment - Failure To Respond Or Late Response

2006-01-06 - Refusal Processed By IB

2005-12-21 - Non-Final Action Mailed - Refusal Sent To IB

2005-12-20 - Non-Final Action (Ib Refusal) Prepared For Review

2005-12-19 - Non-Final Action Written

2005-12-16 - Assigned To Examiner

2005-11-18 - New Application Entered In Tram

2005-11-17 - Sn Assigned For Sect 66a Appl From IB

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
JOHN S EGBERT

**Correspondent**
JOHN S EGBERT
412 MAIN ST FL 7
HOUSTON, TX 77002-1838
Phone Number: 713-224-8080
Fax Number: 713-223-4873

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ERNIE REYES |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely athletic uniforms, tops, bottoms, jackets, rank belts and sashes, and footwear. FIRST USE: 19740300. FIRST USE IN COMMERCE: 19740300 |
| | IC 041. US 100 101 107. G & S: Providing instruction in the field of physical fitness, martial arts and distributing instruction manuals in connection therewith; providing entertainment in the nature of martial arts tournaments and athletic competitions. FIRST USE: 19740300. FIRST USE IN COMMERCE: 19740300 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76177829 |
| **Filing Date** | December 8, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 25, 2002 |
| **Registration Number** | 2620042 |
| **Registration Date** | September 17, 2002 |
| **Owner** | (REGISTRANT) REYES, ERNIE INDIVIDUAL UNITED STATES 2434 El Camino Real Santa Clara CALIFORNIA 95050 |
| **Attorney of Record** | ROBERT O WHYTE |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2008-04-09 10:40:31 ET**

**Serial Number:** 76177829 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2620042

**Mark (words only):** ERNIE REYES

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-09-17

**Filing Date:** 2000-12-08

**Transformed into a National Application:** No

**Registration Date:** 2002-09-17

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-12-11

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. REYES, ERNIE

**Address:**
REYES, ERNIE
2434 El Camino Real
Santa Clara, CA 95050
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

Clothing, namely athletic uniforms, tops, bottoms, jackets, rank belts and sashes, and footwear
**Basis:** 1(a)
**First Use Date:** 1974-03-00
**First Use in Commerce Date:** 1974-03-00

**International Class:** 041
**Class Status:** Active
Providing instruction in the field of physical fitness, martial arts and distributing instruction manuals in connection therewith; providing entertainment in the nature of martial arts tournaments and athletic competitions
**Basis:** 1(a)
**First Use Date:** 1974-03-00
**First Use in Commerce Date:** 1974-03-00

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-12-11 - Case File In TICRS

2002-12-20 - TEAS Change Of Correspondence Received

2002-09-17 - Registered - Principal Register

2002-06-25 - Published for opposition

2002-06-05 - Notice of publication

2002-03-16 - Approved for Pub - Principal Register (Initial exam)

2001-11-06 - Communication received from applicant

2001-11-16 - Communication received from applicant

2001-05-16 - Non-final action mailed

2001-05-07 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ROBERT O WHYTE

**Correspondent**
Jon Michaelson
Coudert Brothers LLP
530 Lytton Avenue, Suite 300
Palo Alto CA 94301-1541
Phone Number: (650) 470-2900
Fax Number: (650) 470-2901



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

# RÉYES

| | |
|---|---|
| **Word Mark** | RÉYES |
| **Goods and Services** | IC 025. US 022 039. G & S: * LUXURY WOMEN'S * CLOTHING, * EXCLUDING ATHLETIC APPAREL, SOLD EXCLUSIVELY IN SPECIALTY BOUTIQUES * NAMELY, [ SHIRTS, ] T-SHIRTS, POLO SHIRTS, SWEATERS, JACKETS, PANTS, JEANS, SHORTS, SKIRTS, DRESSES, SWIMSUITS, PARKAS, COATS, TRENCH-COATS, RAIN COATS, PANTIES, BRAS, CAMISOLES, BRIEFS, BOXERS, PANTYHOSE, SOCKS, SCARVES, SHOES, AND BELTS. FIRST USE: 20020200. FIRST USE IN COMMERCE: 20020200 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76249005 |
| **Filing Date** | May 1, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Supplemental Register Date** | November 20, 2003 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2940953 |
| **Registration Date** | April 12, 2005 |
| **Owner** | (REGISTRANT) REMA GROUP, LLC LTD LIAB CO FLORIDA 1390 BRICKELL AVE. STE 200 MIAMI FLORIDA 33131 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | ANNE M. STERBA |
| **Type of Mark** | TRADEMARK |
| **Register** | SUPPLEMENTAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2008-04-09 10:40:43 ET**

**Serial Number:** 76249005 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2940953

**Mark**

# RÉYES

**(words only):** RÉYES

**Standard Character claim:** No

**Current Status:** A cancellation proceeding has been filed at the Trademark Trial and Appeal Board and is now pending.

**Date of Status:** 2006-04-28

**Filing Date:** 2001-05-01

**Transformed into a National Application:** No

**Registration Date:** 2005-04-12

**Register:** Supplemental

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-12-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. REMA GROUP, LLC

**Address:**
REMA GROUP, LLC

1390 BRICKELL AVE. STE 200
MIAMI, FL 33131
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Florida

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
LUXURY WOMEN'S CLOTHING, EXCLUDING ATHLETIC APPAREL, SOLD EXCLUSIVELY IN SPECIALTY BOUTIQUES NAMELY, T-SHIRTS, POLO SHIRTS, SWEATERS, JACKETS, PANTS, JEANS, SHORTS, SKIRTS, DRESSES, SWIMSUITS, PARKAS, COATS, TRENCH-COATS, RAIN COATS, PANTIES, BRAS, CAMISOLES, BRIEFS, BOXERS, PANTYHOSE, SOCKS, SCARVES, SHOES, AND BELTS
**Basis:** 1(a)
**First Use Date:** 2002-02-00
**First Use in Commerce Date:** 2002-02-00

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-10-12 - Section 7 amendment issued

2007-10-12 - Assigned To Paralegal

2006-04-28 - Cancellation Instituted No. 999999

2005-04-12 - Registered - Supplemental Register

2004-05-13 - Registration canceled - Restored to pendency

2004-04-20 - Registered - Supplemental Register

2004-02-02 - APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER

2004-02-02 - Amendment to Use approved

2004-01-30 - Amendment to use processing complete

2003-11-20 - Amendment to Use filed

2003-11-20 - Communication received from applicant

2003-11-20 - PAPER RECEIVED

2003-07-09 - Non-final action mailed

2003-04-16 - Communication received from applicant

2003-04-16 - PAPER RECEIVED

2002-10-17 - Non-final action mailed

2002-10-10 - Assigned To Examiner

2002-05-24 - Communication received from applicant

2002-05-06 - Assigned To Examiner

2001-12-06 - Communication received from applicant

2001-08-14 - Non-final action mailed

2001-08-06 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ANNE M. STERBA

**Correspondent**
ANNE M. STERBA
ROTHWELL, FIGG, ERNST & MANBECK, PC
1425 K STREET nw SUITE 800
WASHINGTON, DC 20005
Phone Number: 202-783-6040
Fax Number: 202-783-6031

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | REYES THOMPSON ABSOLUTE POWER |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, athletic uniforms, tops, bottoms, jackets, rank belts and sashes, and footwear. FIRST USE: 19980300. FIRST USE IN COMMERCE: 19980300 |
| | IC 041. US 100 101 107. G & S: Providing instruction in the field of physical fitness, martial arts and distributing instruction manuals in connection therewith; providing entertainment in the nature of martial arts tournaments and athletic competitions. FIRST USE: 19980300. FIRST USE IN COMMERCE: 19980300 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.11.01 - Full moons (not a moon with craters)<br>02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men<br>02.07.01 - Groups, males<br>02.09.15 - Humans, including men, women and children, depicted playing musical instruments; Playing musical instruments, humans<br>02.11.07 - Arms; Fingers; Hands; Human hands, fingers, arms<br>22.01.04 - Cymbals; Drums (musical instrument); Gongs; Tambourines; Triangles, musical instrument; Xylophone<br>26.01.17 - Circles, two concentric; Concentric circles, two; Two concentric circles<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 76177821 |
| **Filing Date** | December 8, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for** | February 11, 2003 |

| | |
|---|---|
| **Opposition** | |
| **Registration Number** | 2712598 |
| **Registration Date** | May 6, 2003 |
| **Owner** | (REGISTRANT) REYES WEST COAST MARTIAL ARTS ASSOCIATION UNICORPORATED ASSOCIATION CALIFORNIA 2434 El Camino Real Santa Clara CALIFORNIA 95050 |
| **Attorney of Record** | Robert O. Whyte |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:40:57 ET

**Serial Number:** 76177821 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2712598

**Mark**



**(words only):** REYES THOMPSON ABSOLUTE POWER

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-05-06

**Filing Date:** 2000-12-08

**Transformed into a National Application:** No

**Registration Date:** 2003-05-06

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-02-26

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. REYES WEST COAST MARTIAL ARTS ASSOCIATION

**Address:**
REYES WEST COAST MARTIAL ARTS ASSOCIATION
2434 El Camino Real

Santa Clara, CA 95050
United States
**Legal Entity Type:** UNICORPORATED ASSOCIATION
**State or Country Where Organized:** California

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Clothing, namely, athletic uniforms, tops, bottoms, jackets, rank belts and sashes, and footwear
**Basis:** 1(a)
**First Use Date:** 1998-03-00
**First Use in Commerce Date:** 1998-03-00

**International Class:** 041
**Class Status:** Active
Providing instruction in the field of physical fitness, martial arts and distributing instruction manuals in connection therewith; providing entertainment in the nature of martial arts tournaments and athletic competitions
**Basis:** 1(a)
**First Use Date:** 1998-03-00
**First Use in Commerce Date:** 1998-03-00

---

## ADDITIONAL INFORMATION

---

**Design Search Code(s):**
**01.11.01** - Full moons (not a moon with craters)
**02.01.02** - Men depicted as shadows or silhouettes of men; Silhouettes of men
**02.07.01** - Groups, males
**02.09.15** - Humans, including men, women and children, depicted playing musical instruments; Playing musical instruments, humans
**02.11.07** - Arms; Fingers; Hands; Human hands, fingers, arms
**22.01.04** - Cymbals; Drums (musical instrument); Gongs; Tambourines; Triangles, musical instrument; Xylophone
**26.01.17** - Circles, two concentric; Concentric circles, two; Two concentric circles
**26.01.21** - Circles that are totally or partially shaded.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-02-26 - Case File In TICRS

2003-05-06 - Registered - Principal Register

2003-02-11 - Published for opposition

2003-01-22 - Notice of publication

2002-12-16 - Approved for Pub - Principal Register (Initial exam)

2002-12-12 - TEAS Change Of Correspondence Received

2002-12-02 - Examiner's amendment mailed

2002-12-02 - Previous allowance count withdrawn

2002-11-14 - Approved for Pub - Principal Register (Initial exam)

2002-11-04 - Assigned To Examiner

2002-10-24 - Communication received from applicant

2002-09-30 - Assigned To Examiner

2002-09-09 - Communication received from applicant

2002-09-09 - PAPER RECEIVED

2002-03-06 - Final refusal mailed

2001-11-16 - Communication received from applicant

2001-05-16 - Non-final action mailed

2001-05-07 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Robert O. Whyte

**Correspondent**
Jon Michaelson
Coudert Brothers LLP
530 Lytton Avenue, Suite 300
Palo Alto CA 94301-1541
Phone Number: (650) 470-2900
Fax Number: (650) 470-2901

---



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    BOTTOM    HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status    ASSIGN Status    TDR    TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CYNTHIA STEFFE |
| **Goods and Services** | IC 025. US 039. G & S: WOMEN'S WEARING APPAREL; NAMELY, BLOUSES AND JACKETS. FIRST USE: 19890308. FIRST USE IN COMMERCE: 19890308 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73795157 |
| **Filing Date** | April 24, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 12, 1989 |
| **Registration Number** | 1569876 |
| **Registration Date** | December 5, 1989 |
| **Owner** | (REGISTRANT) CYNTHIA STEFFE INC. CORPORATION NEW YORK 1410 BROADWAY NEW YORK NEW YORK 10018 |
| | (LAST LISTED OWNER) BERNARD CHAUS, INC. CORPORATION 530 SEVENTH AVENUE NEW YORK NEW YORK 10169 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Keely L. Herrick, Karen Artz Ash, Jan Tamulewicz, Simon Bock, Bret J. Danow, Linda S. Chan, Robert J. Ross |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010122. |
| **Renewal** | 1ST RENEWAL 20010122 |
| **Other Data** | "CYNTHIA STEFFE" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |

**Live/Dead Indicator**    LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2008-04-09 10:42:43 ET**

**Serial Number:** 73795157 Assignment Information          Trademark Document Retrieval

**Registration Number:** 1569876

**Mark (words only):** CYNTHIA STEFFE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2001-01-22

**Filing Date:** 1989-04-24

**Transformed into a National Application:** No

**Registration Date:** 1989-12-05

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-01-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. BERNARD CHAUS, INC.

**Address:**
BERNARD CHAUS, INC.
530 SEVENTH AVENUE
NEW YORK, NY 10169
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** (NOT AVAILABLE)

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

WOMEN'S WEARING APPAREL; NAMELY, BLOUSES AND JACKETS
**Basis:** 1(a)
**First Use Date:** 1989-03-08
**First Use in Commerce Date:** 1989-03-08

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** "CYNTHIA STEFFE" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-03-07 - Attorney Revoked And/Or Appointed

2006-03-07 - TEAS Revoke/Appoint Attorney Received

2005-03-24 - TEAS Change Of Correspondence Received

2001-01-22 - First renewal 10 year

2001-01-22 - Section 8 (10-year) accepted/ Section 9 granted

2000-06-02 - Combined Section 8 (10-year)/Section 9 filed

1996-06-17 - Section 8 (6-year) accepted & Section 15 acknowledged

1995-12-01 - Section 8 (6-year) and Section 15 Filed

1989-12-05 - Registered - Principal Register

1989-09-12 - Published for opposition

1989-09-12 - Published for opposition

1989-08-12 - Notice of publication

1989-06-19 - Approved for Pub - Principal Register (Initial exam)

1989-06-15 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Keely L. Herrick, Karen Artz Ash, Jan Tamulewicz, Simon Bock, Bret J. Danow, Linda S. Chan, Robert J. Ross

**Correspondent**
Keely L. Herrick, Karen Artz Ash, Jan Ta
Katten Muchin Rosenman LLP
575 Madison Avenue
New York NY 10022-2585
Phone Number: 212.940.8800
Fax Number: 212.940.8776



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CYNTHIA MAX |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely shirts, T-shirts, sweat shirts, tops, tights, shorts, pants, trousers, skirts, dresses, jackets, suits, jumpsuits, hats, caps, visors, suits, warmup suits, jogging suits, ski-suits, underwear, coordinated ensembles, namely tops and bottoms, sportswear, namely blouses, sweaters, pullovers, lingerie, jeans, skirts and dresses. FIRST USE: 19970125. FIRST USE IN COMMERCE: 19970125 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74671703 |
| **Filing Date** | May 9, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 16, 1996 |
| **Registration Number** | 2072392 |
| **Registration Date** | June 17, 1997 |
| **Owner** | (REGISTRANT) CALIFORNIA APPAREL, INC. CORPORATION CALIFORNIA 9640 E. KLINGERMAN ST. South El Monte CALIFORNIA 91733 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20061205. |
| **Renewal** | 1ST RENEWAL 20061205 |
| **Other Data** | The name "CYNTHIA MAXX" is fictitious, and does not correspond to any known real person. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2008-04-09 10:43:00 ET**

**Serial Number:** 74671703 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2072392

**Mark (words only):** CYNTHIA MAX

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-12-05

**Filing Date:** 1995-05-09

**Transformed into a National Application:** No

**Registration Date:** 1997-06-17

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-12-11

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CALIFORNIA APPAREL, INC.

**Address:**
CALIFORNIA APPAREL, INC.
9640 E. KLINGERMAN ST.
South El Monte, CA 91733
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

clothing, namely shirts, T-shirts, sweat shirts, tops, tights, shorts, pants, trousers, skirts, dresses, jackets, suits, jumpsuits, hats, caps, visors, suits, warmup suits, jogging suits, ski-suits, underwear, coordinated ensembles, namely tops and bottoms, sportswear, namely blouses, sweaters, pullovers, lingerie, jeans, skirts and dresses
**Basis:** 1(a)
**First Use Date:** 1997-01-25
**First Use in Commerce Date:** 1997-01-25

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "CYNTHIA MAXX" is fictitious, and does not correspond to any known real person.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-12-11 - Case File In TICRS

2006-12-05 - First renewal 10 year

2006-12-05 - Section 8 (10-year) accepted/ Section 9 granted

2006-09-28 - Combined Section 8 (10-year)/Section 9 filed

2006-09-28 - TEAS Section 8 & 9 Received

2003-09-10 - Section 8 (6-year) accepted & Section 15 acknowledged

2003-06-18 - Section 8 (6-year) and Section 15 Filed

2003-06-18 - PAPER RECEIVED

1997-06-17 - Registered - Principal Register

1997-04-24 - Allowed for Registration - Principal Register (SOU accepted)

1997-04-08 - Statement of use processing complete

1997-03-06 - Amendment to Use filed

1997-01-07 - Notice of allowance - mailed

1996-11-20 - Opposition terminated for Proceeding

1996-11-15 - Opposition dismissed for Proceeding

1996-03-04 - Opposition instituted for Proceeding

1996-02-13 - Opposition papers filed

1996-01-16 - Published for opposition

1995-12-15 - Notice of publication

1995-09-28 - Approved for Pub - Principal Register (Initial exam)

1995-09-20 - Examiner's amendment mailed

1995-09-18 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
CALIFORNIA APPAREL, INC.
ATTN: DAVID CHAU
9640 E. KLINGERMAN STREET
SOUTH EL MONTE, CA 91733

---



**United States Patent and Trademark Office**

Home│Site Index│Search│FAQ│Glossary│Guides│Contacts│eBusiness│eBiz alerts│News│Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout │ Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CYNTHIA CYNTHIA STEFFE |
| **Goods and Services** | IC 025. US 022 039. G & S: women's wearing apparel, namely, blouses, jackets, shirts and pants. FIRST USE: 19970730. FIRST USE IN COMMERCE: 19970730 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75234102 |
| **Filing Date** | January 31, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 2, 1997 |
| **Registration Number** | 2224693 |
| **Registration Date** | February 16, 1999 |
| **Owner** | (REGISTRANT) STEFFE, CYNTHIA INDIVIDUAL UNITED STATES 550 SEVENTH AVENUE NEW YORK NEW YORK 10018 |
| | (LAST LISTED OWNER) BERNARD CHAUS, INC. CORPORATION 530 SEVENTH AVENUE NEW YORK NEW YORK 10169 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Keely L. Herrick, Karen Artz Ash, Jan Tamulewicz, Simon Bock, Bret J. Danow, Linda S. Chan, Robert J. Ross |
| **Prior Registrations** | 1569876 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name shown in the mark identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:43:26 ET

**Serial Number:** 75234102 Assignment Information    Trademark Document Retrieval

**Registration Number:** 2224693

**Mark (words only):** CYNTHIA CYNTHIA STEFFE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2005-04-18

**Filing Date:** 1997-01-31

**Transformed into a National Application:** No

**Registration Date:** 1999-02-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2005-04-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. BERNARD CHAUS, INC.

**Address:**
BERNARD CHAUS, INC.
530 SEVENTH AVENUE
NEW YORK, NY 10169
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:**(NOT AVAILABLE)

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

women's wearing apparel, namely, blouses, jackets, shirts and pants
**Basis:** 1(a)
**First Use Date:** 1997-07-30
**First Use in Commerce Date:** 1997-07-30

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name shown in the mark identifies a living individual whose consent is of record.

**Prior Registration Number(s):**
1569876

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-03-07 - Attorney Revoked And/Or Appointed

2006-03-07 - TEAS Revoke/Appoint Attorney Received

2005-04-18 - Section 8 (6-year) accepted & Section 15 acknowledged

2005-04-16 - Assigned To Paralegal

2005-03-24 - Section 8 (6-year) and Section 15 Filed

2005-03-24 - TEAS Section 8 & 15 Received

2005-03-24 - TEAS Change Of Correspondence Received

1999-02-16 - Registered - Principal Register

1998-12-02 - Allowed for Registration - Principal Register (SOU accepted)

1998-11-12 - Assigned To Examiner

1998-11-06 - Statement of use processing complete

1998-11-06 - Extension 1 granted

1998-10-16 - Amendment to Use filed

1998-10-16 - Extension 1 filed

1998-05-19 - Notice of allowance - mailed

1997-12-02 - Published for opposition

1997-10-31 - Notice of publication

1997-09-26 - Approved for Pub - Principal Register (Initial exam)

1997-09-16 - Assigned To Examiner

1997-09-12 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Keely L. Herrick, Karen Artz Ash, Jan Tamulewicz, Simon Bock, Bret J. Danow, Linda S. Chan, Robert J. Ross

**Correspondent**
Keely L. Herrick, Karen Artz Ash, Jan Ta
Katten Muchin Rosenman LLP
575 Madison Avenue
New York NY 10022-2585
Phone Number: 212.940.8800
Fax Number: 212.940.8776



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CYNTHIA TAYLOR |
| **Goods and Services** | IC 025. US 022 039. G & S: dresses, pants, trousers, jackets, coats, blouses, shirts, sweaters, vests, shorts, skirts, T-shirts, scarves and footwear. FIRST USE: 20000825. FIRST USE IN COMMERCE: 20000825 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75919247 |
| **Filing Date** | February 15, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 26, 2000 |
| **Registration Number** | 2470599 |
| **Registration Date** | July 17, 2001 |
| **Owner** | (REGISTRANT) Home Shopping Club LP HSN General Partner LLC, Delware, U.S.A.. PARTNERSHIP DELAWARE 1 HSN Drive St. Petersburg FLORIDA 33729 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan D. Weis |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "CYNTHIA TAYLOR" does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

].HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-09 10:43:38 ET

**Serial Number:** 75919247 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2470599

**Mark (words only):** CYNTHIA TAYLOR

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-07-17

**Filing Date:** 2000-02-15

**Transformed into a National Application:** No

**Registration Date:** 2001-07-17

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-02-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Home Shopping Club LP

**Composed Of:**
HSN General Partner LLC, Delware, U.S.A..
**Address:**
Home Shopping Club LP
1 HSN Drive
St. Petersburg, FL 33729
United States
**Legal Entity Type:** Partnership
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
dresses, pants, trousers, jackets, coats, blouses, shirts, sweaters, vests, shorts, skirts, T-shirts, scarves and footwear
**Basis:** 1(a)
**First Use Date:** 2000-08-25
**First Use in Commerce Date:** 2000-08-25

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "CYNTHIA TAYLOR" does not identify a particular living individual.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-02-22 - Case File In TICRS

2001-07-17 - Registered - Principal Register

2001-04-05 - Allowed for Registration - Principal Register (SOU accepted)

2001-03-29 - Statement of use processing complete

2001-02-09 - Amendment to Use filed

2000-12-19 - Notice of allowance - mailed

2000-09-26 - Published for opposition

2000-08-25 - Notice of publication

2000-07-27 - Approved for Pub - Principal Register (Initial exam)

2000-07-18 - Examiner's amendment mailed

2000-07-12 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Susan D. Weis

**Correspondent**
SUSAN D. WEIS
HOME SHOPPING CLUB LP
1 HSN DRIVE
ST. PETERSBURG FL 33729



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | CYNTHIA K. CANTER |
| **Goods and Services** | IC 025. US 022 039. G & S: Athletic shoes; Bandanas; Bathing suits; Beanies; Belts; Bikinis; Blouses; Boots; Boxer shorts; Capris; Caps; Coats; Dresses; Footwear; Gloves; Golf shirts; Halter tops; Hats; Headwear; Jackets; Jeans; Jerseys; Jumpers; Leggings; Overalls; Pajamas; Pants; Robes; Sandals; Shirts; Shoes; Shorts; Skirts; Slacks; Slippers; Socks; Sport coats; Sweat pants; Sweat shirts; Sweatbands; Sweaters; Swim wear; T-shirts; Tank tops; Ties; Trousers; Underwear; Visors. FIRST USE: 20060701. FIRST USE IN COMMERCE: 20060701 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Trademark Search Facility Classification Code** | LETS-1 K A single letter, multiples of a single letter or in combination with a design NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 77057396 |
| **Filing Date** | December 5, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 23, 2007 |
| **Registration Number** | 3364407 |
| **Registration Date** | January 8, 2008 |
| **Owner** | (REGISTRANT) Canter, Cynthia K. INDIVIDUAL UNITED STATES 27758 Santa Margarita Pkwy., #155 Mission Viejo CALIFORNIA 92691 |

| | |
|---|---|
| **Attorney of Record** | Karla C. Shippey |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Cynthia K. Canter, whose consent(s) to register is made of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2008-04-09 10:43:51 ET**

**Serial Number:** 77057396 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3364407

**Mark**



**(words only):** CYNTHIA K. CANTER

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2008-01-08

**Filing Date:** 2006-12-05

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** 2008-01-08

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 116

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-01-08

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Canter, Cynthia K.

**Address:**
Canter, Cynthia K.
27758 Santa Margarita Pkwy., #155
Mission Viejo, CA 92691
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Athletic shoes; Bandanas; Bathing suits; Beanies; Belts; Bikinis; Blouses; Boots; Boxer shorts; Capris; Caps; Coats; Dresses; Footwear; Gloves; Golf shirts; Halter tops; Hats; Headwear; Jackets; Jeans; Jerseys; Jumpers; Leggings; Overalls; Pajamas; Pants; Robes; Sandals; Shirts; Shoes; Shorts; Skirts; Slacks; Slippers; Socks; Sport coats; Sweat pants; Sweat shirts; Sweatbands; Sweaters; Swim wear; T-shirts; Tank tops; Ties; Trousers; Underwear; Visors
**Basis:** 1(a)
**First Use Date:** 2006-07-01
**First Use in Commerce Date:** 2006-07-01

---

## ADDITIONAL INFORMATION

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark identifies Cynthia K. Canter, whose consent(s) to register is made of record.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-01-08 - Registered - Principal Register

2007-10-23 - Published for opposition

2007-10-03 - Notice of publication

2007-06-15 - Withdrawn From Pub - Og Review Query

2007-05-01 - Law Office Publication Review Completed

2007-05-01 - Assigned To LIE

2007-04-11 - Approved for Pub - Principal Register (Initial exam)

2007-03-29 - Assigned To Examiner

2006-12-08 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Karla C. Shippey

**Correspondent**
KARLA C. SHIPPEY
LAW OFFICES OF KARLA SHIPPEY
4848 LAKEVIEW AVE STE B
YORBA LINDA, CA 92886-3452
Phone Number: 714-693-9110
Fax Number: 714-693-7980

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

# CYNTHIA BRADLEY

| | |
|---|---|
| **Word Mark** | CYNTHIA BRADLEY |
| **Goods and Services** | IC 025. US 022 039. G & S: Women's clothing, namely, anoraks; blazers; coats; parkas; raincoats; jackets; jerseys; jumpers; pants; shirts; blouses; knit tops; woven tops; halter tops; golf shirts; sweaters; T-shirts; tank tops; turtlenecks; skirts; shorts; miniskirts; dresses; gowns; slacks; jeans; trousers; sweat shirts; sweat pants; warm-up suits; swimwear; bikinis; overalls; gloves; scarves; hosiery; socks; leggings; sleepwear; pajamas; nightgowns; robes; lingerie; bras; panties; briefs; girdles; slips; camisoles; hats; caps; visors; shoes; boots; sandals; sneakers; and slippers. FIRST USE: 20031031. FIRST USE IN COMMERCE: 20031031 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78348458 |
| **Filing Date** | January 6, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 29, 2005 |
| **Registration Number** | 3059966 |
| **Registration Date** | February 21, 2006 |
| **Owner** | (REGISTRANT) Caspian Casuals Corporation CORPORATION FLORIDA 6991 N. State Rd 7 2nd Floor Parkland FLORIDA 33073 |

| **Attorney of Record** | Stephen W. Screnci |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Cynthia Bradley, whose consent(s) to register is submitted. |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:44:06 ET

**Serial Number:** 78348458 Assignment Information          Trademark Document Retrieval

**Registration Number:** 3059966

**Mark**

CYNTHIA BRADLEY

**(words only):** CYNTHIA BRADLEY

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-02-21

**Filing Date:** 2004-01-06

**Transformed into a National Application:** No

**Registration Date:** 2006-02-21

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-02-21

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Caspian Casuals Corporation

**Address:**
Caspian Casuals Corporation
6991 N. State Rd 7 2nd Floor

Parkland, FL 33073
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Florida
**Phone Number:** 561-997-7778
**Fax Number:** 561-997-8737

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Women's clothing, namely, anoraks; blazers; coats; parkas; raincoats; jackets; jerseys; jumpers; pants; shirts; blouses; knit tops; woven tops; halter tops; golf shirts; sweaters; T-shirts; tank tops; turtlenecks; skirts; shorts; miniskirts; dresses; gowns; slacks; jeans; trousers; sweat shirts; sweat pants; warm-up suits; swimwear; bikinis; overalls; gloves; scarves; hosiery; socks; leggings; sleepwear; pajamas; nightgowns; robes; lingerie; bras; panties; briefs; girdles; slips; camisoles; hats; caps; visors; shoes; boots; sandals; sneakers; and slippers
**Basis:** 1(a)
**First Use Date:** 2003-10-31
**First Use in Commerce Date:** 2003-10-31

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark identifies Cynthia Bradley, whose consent(s) to register is submitted.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-03-15 - TEAS Change Of Correspondence Received

2007-01-15 - Applicant/Correspondence Changes (Non-Responsive) Entered

2007-01-15 - TEAS Change Of Owner Address Received

2006-02-21 - Registered - Principal Register

2005-11-29 - Published for opposition

2005-11-09 - Notice of publication

2005-10-06 - Law Office Publication Review Completed

2005-09-27 - Approved for Pub - Principal Register (Initial exam)

2005-09-21 - Teas/Email Correspondence Entered

2005-09-16 - Communication received from applicant

2005-09-20 - Assigned To LIE

2005-09-16 - TEAS Response to Office Action Received

2005-09-16 - Petition To Revive-Granted

2005-09-16 - TEAS Petition To Revive Received

2005-09-14 - TEAS Change Of Correspondence Received

2005-08-24 - Abandonment Notice Mailed - Failure To Respond

2005-08-24 - Abandonment - Failure To Respond Or Late Response

2005-02-17 - Assigned To Examiner

2005-01-25 - Final refusal e-mailed

2005-01-25 - Final Refusal Written

2005-01-25 - Assigned To Examiner

2005-01-25 - Amendment From Applicant Entered

2005-01-17 - Communication received from applicant

2005-01-17 - TEAS Response to Office Action Received

2004-07-22 - Non-final action e-mailed

2004-07-22 - Assigned To Examiner

2004-01-13 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Stephen W. Screnci

**Correspondent**
Randee Sibul-Gelbert
Meitus Gelbert Rose LLP
Suite 400

47 S. Meridian Street
Indianapolis IN 46204
Phone Number: 317-464-5366
Fax Number: 317-464-5111