# EXHIBIT A

Continued



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| Word Mark | RALPH LAUREN |
| Goods and Services | IC 025. US 022 039. G & S: intimate wear, namely, hosiery, pantyhose, brassieres, panties, foundation garments, slips and bodysuits. FIRST USE: 19960600. FIRST USE IN COMMERCE: 19960600 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Design Search Code | |
| Serial Number | 75357272 |
| Filing Date | September 15, 1997 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 8, 1998 |
| Registration Number | 2207011 |
| Registration Date | December 1, 1998 |
| Owner | (REGISTRANT) PRL USA HOLDINGS, INC. CORPORATION DELAWARE 103 Foulk Road, Suite 254 Wilmington DELAWARE 19803 |
| Attorney of Record | G. ROXANNE ELINGS, |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Other Data | The mark identifies a living individual whose consent is of record. |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 15:12:02 ET

Serial Number: 75357272 <u>Assignment Information</u>

Registration Number: 2207011

Mark (words only): RALPH LAUREN

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2005-04-07

Filing Date: 1997-09-15

Transformed into a National Application: No

Registration Date: 1998-12-01

Register: Principal

Law Office Assigned: LAW OFFICE 104

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 834 -Post Registration

Date In Location: 2005-04-07

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PRL USA HOLDINGS, INC.

**Address:**
PRL USA HOLDINGS, INC.
103 Foulk Road, Suite 254
Wilmington, DE 19803
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

intimate wear, namely, hosiery, pantyhose, brassieres, panties, foundation garments, slips and bodysuits
Basis: 1(a)
First Use Date: 1996-06-00
First Use in Commerce Date: 1996-06-00

## ADDITIONAL INFORMATION

Name Portrait Consent: The mark identifies a living individual whose consent is of record.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-04-07 - Section 8 (6-year) accepted & Section 15 acknowledged

2005-04-07 - Assigned To Paralegal

2004-12-01 - Section 8 (6-year) and Section 15 Filed

2004-12-01 - TEAS Section 8 & 15 Received

1998-12-01 - Registered - Principal Register

1998-09-08 - Published for opposition

1998-08-07 - Notice of publication

1998-06-23 - Approved for Pub - Principal Register (Initial exam)

1998-06-22 - Assigned To Examiner

1998-06-08 - Assigned To Examiner

1998-06-03 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
G. ROXANNE ELINGS, (Attorney of record)

G. ROXANNE ELINGS,
GREENBERG TRAURIG, LLP
MET LIFE BUILDING, 200 PARK AVENUE
NEW YORK, NY 10166



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | RALPH LAUREN |
| **Goods and Services** | IC 014. US 028. G & S: jewelry. FIRST USE: 19900400. FIRST USE IN COMMERCE: 19900400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74406898 |
| **Filing Date** | June 28, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 15, 1994 |
| **Registration Number** | 1835393 |
| **Registration Date** | May 10, 1994 |
| **Owner** | (REGISTRANT) Polo Ralph Lauren Corporation CORPORATION NEW YORK 650 Madison Avenue New York NEW YORK 10022 |
| | (LAST LISTED OWNER) PRL USA HOLDINGS, INC. CORPORATION BY ASSIGNMENT DELAWARE 103 FOULK ROAD, SUITET 254 WILMINGTON DELAWARE 19803 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | G. ROXANNE ELINGS |
| **Prior Registrations** | 1057453;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040628. |
| **Renewal** | 1ST RENEWAL 20040628 |

| Other Data | "RALPH LAUREN" is a living individual whose consent is of record. |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2006-07-26 15:12:24 ET**

**Serial Number:** 74406898 <u>Assignment Information</u>

**Registration Number:** 1835393

**Mark (words only):** RALPH LAUREN

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-06-28

**Filing Date:** 1993-06-28

**Transformed into a National Application:** No

**Registration Date:** 1994-05-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 15

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-06-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PRL USA HOLDINGS, INC.

**Address:**
PRL USA HOLDINGS, INC.
103 FOULK ROAD, SUITET 254
WILMINGTON, DE 19803
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active

jewelry
**Basis:** 1(a)
**First Use Date:** 1990-04-00
**First Use in Commerce Date:** 1990-04-00

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "RALPH LAUREN" is a living individual whose consent is of record.

**Prior Registration Number(s):**
1057453

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-06-28 - First renewal 10 year

2004-06-28 - Section 8 (10-year) accepted/ Section 9 granted

2004-04-23 - Combined Section 8 (10-year)/Section 9 filed

2004-04-23 - TEAS Section 8 & 9 Received

2000-07-06 - Section 8 (6-year) accepted & Section 15 acknowledged

2000-05-01 - Section 8 (6-year) and Section 15 Filed

1994-05-10 - Registered - Principal Register

1994-02-15 - Published for opposition

1994-01-14 - Notice of publication

1993-11-27 - Approved for Pub - Principal Register (Initial exam)

1993-11-24 - Assigned To Examiner

1993-11-12 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
G. ROXANNE ELINGS (Attorney of record)

G. ROXANNE ELINGS

GREENBERG TRAURIG, LLP
200 PARK AVENUE
NEW YORK, NY 10166



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   **SEARCH OG**   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | RALPH LAUREN |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: jewelry. FIRST USE: 19940601. FIRST USE IN COMMERCE: 19940601 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74625083 |
| **Filing Date** | January 24, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 24, 1995 |
| **Registration Number** | 1972538 |
| **Registration Date** | May 7, 1996 |
| **Owner** | (REGISTRANT) POLO RALPH LAUREN, L.P. LIMITED PARTNERSHIP DELAWARE 650 Madison Avenue New York NEW YORK 10022 |
| | (LAST LISTED OWNER) PRL USA HOLDINGS, INC. CORPORATION BY ASSIGNMENT DELAWARE 103 FOULK ROAD WILMINGTON DELAWARE 19803 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Anthony F. Lo Cicero |
| **Prior Registrations** | 1067651;1624989;1835393 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name "RALPH LAUREN" is the name of a living individual whose consent is of record. |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:12:45 ET

Serial Number: 74625083 Assignment Information

Registration Number: 1972538

Mark (words only): RALPH LAUREN

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2002-06-27

Filing Date: 1995-01-24

Transformed into a National Application: No

Registration Date: 1996-05-07

Register: Principal

Law Office Assigned: LAW OFFICE 104

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2006-05-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PRL USA HOLDINGS, INC.

Address:
PRL USA HOLDINGS, INC.
103 FOULK ROAD
WILMINGTON, DE 19803
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

jewelry
**Basis:** 1(a)
**First Use Date:** 1994-06-01
**First Use in Commerce Date:** 1994-06-01

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "RALPH LAUREN" is the name of a living individual whose consent is of record.

**Prior Registration Number(s):**
1067651
1624989
1835393

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-05-08 - Combined Section 8 (10-year)/Section 9 filed

2006-05-08 - TEAS Section 8 & 9 Received

2002-06-27 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-05-02 - Section 8 (6-year) and Section 15 Filed

1996-05-07 - Registered - Principal Register

1995-10-24 - Published for opposition

1995-10-24 - Published for opposition

1995-09-22 - Notice of publication

1995-08-03 - Approved for Pub - Principal Register (Initial exam)

1995-07-07 - Communication received from applicant

1995-06-26 - Non-final action mailed

1995-06-21 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=74625083

Latest Status Info

Anthony F. Lo Cicero (Attorney of record)

Anthony F. Lo Cicero
Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# CHAPS RALPH LAUREN

| | |
|---|---|
| **Word Mark** | CHAPS RALPH LAUREN |
| **Goods and Services** | IC 025. US 022 039. G & S: Sportswear, namely, pants, sweaters, sweatshirts, T-shirts, shorts and jackets. FIRST USE: 19880900. FIRST USE IN COMMERCE: 19880900 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78383535 |
| **Filing Date** | March 12, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 19, 2005 |
| **Registration Number** | 2966823 |
| **Registration Date** | July 12, 2005 |
| **Owner** | (REGISTRANT) PRL USA Holdings, Inc. CORPORATION DELAWARE 103 Foulk Road Wilmington DELAWARE 19803 |
| **Attorney of Record** | G. Roxanne Elings |
| **Prior** | |

| | |
|---|---|
| **Registrations** | 1016955;1222279;1649559;2067922;2137833;2296547;2505790;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Ralph Lauren, whose consent(s) to register is submitted. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:14:17 ET

Serial Number: 78383535 Assignment Information

Registration Number: 2966823

Mark

# CHAPS RALPH LAUREN

(words only): CHAPS RALPH LAUREN

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2005-07-12

**Filing Date:** 2004-03-12

**Transformed into a National Application:** No

**Registration Date:** 2005-07-12

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

**Date In Location:** 2005-07-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PRL USA Holdings, Inc.

**Address:**
PRL USA Holdings, Inc.
103 Foulk Road

Wilmington, DE 19803
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Sportswear, namely, pants, sweaters, sweatshirts, T-shirts, shorts and jackets
**Basis:** 1(a)
**First Use Date:** 1988-09-00
**First Use in Commerce Date:** 1988-09-00

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark identifies
Ralph Lauren, whose consent(s) to register is submitted.

**Prior Registration Number(s):**
1016955
1222279
1649559
2067922
2137833
2296547
2505790

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2005-07-12 - Registered - Principal Register

2005-04-19 - Published for opposition

2005-03-30 - Notice of publication

2005-01-24 - Law Office Publication Review Completed

2004-10-15 - Assigned To LIE

2004-10-12 - Approved for Pub - Principal Register (Initial exam)

2004-09-16 - Teas/Email Correspondence Entered

2004-08-19 - Communication received from applicant

2004-08-19 - TEAS Response to Office Action Received

2004-04-26 - Non-final action mailed

2004-04-16 - Assigned To Examiner

2004-03-25 - New Application Entered In Tram

---

### CORRESPONDENCE INFORMATION

---

**Correspondent**
G. Roxanne Elings (Attorney of record)

G. ROXANNE ELINGS
GREENBERG TRAURIG LLP
200 PARK AVE FL 14
NEW YORK NY 10166-1400

**Phone Number:** 212-801-9200
**Fax Number:** 212-801-6400

---

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | RALPH RALPH LAUREN |
| **Goods and Services** | IC 025. US 039. G & S: women's shirts, vests, jackets, skirts, pants, blouses, coats and dresses. FIRST USE: 19940101. FIRST USE IN COMMERCE: 19940101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74539089 |
| **Filing Date** | June 17, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 6, 1995 |
| **Registration Number** | 1969298 |
| **Registration Date** | April 23, 1996 |
| **Owner** | (REGISTRANT) POLO RALPH LAUREN, L.P. assignee of CORPORATION NEW YORK 650 Madison Avenue New York NEW YORK 10022 |
| | (LAST LISTED OWNER) PRL USA HOLDINGS, INC. CORPORATION BY ASSIGNMENT DELAWARE 103 FOULK OAD WILMINGTON DELAWARE 19803 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Anthony F. Lo Cicero |
| **Prior Registrations** | 1269952;1624989;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | "RALPH LAUREN" identifies a living individual whose consent is of record. |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:14:36 ET

Serial Number: 74539089 Assignment Information

Registration Number: 1969298

Mark (words only): RALPH RALPH LAUREN

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2002-06-15

Filing Date: 1994-06-17

Transformed into a National Application: No

Registration Date: 1996-04-23

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-06-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PRL USA HOLDINGS, INC.

Address:
PRL USA HOLDINGS, INC.
103 FOULK OAD
WILMINGTON, DE 19803
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

women's shirts, vests, jackets, skirts, pants, blouses, coats and dresses
**Basis:** 1(a)
**First Use Date:** 1994-01-01
**First Use in Commerce Date:** 1994-01-01

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** "RALPH LAUREN" identifies a living individual whose consent is of record.

**Prior Registration Number(s):**
1269952
1624989

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2002-06-15 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-04-23 - Section 8 (6-year) and Section 15 Filed

1996-04-23 - Registered - Principal Register

1995-06-06 - Published for opposition

1995-05-05 - Notice of publication

1995-01-18 - Approved for Pub - Principal Register (Initial exam)

1995-01-09 - Examiner's amendment mailed

1994-12-30 - Assigned To Examiner

1994-12-09 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
Anthony F. Lo Cicero (Attorney of record)

Anthony F. Lo Cicero
Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | LAUREN SCOTT |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely trousers, pants, shorts, shirts, jeans, jackets, pullovers, blouses, skirts, skorts, capri pants, sweaters, sweater twin set comprised of a sweater and knit top, and dresses. FIRST USE: 19950100. FIRST USE IN COMMERCE: 19950100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76447465 |
| **Filing Date** | September 5, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 2, 2003 |
| **Registration Number** | 2971539 |
| **Registration Date** | July 19, 2005 |
| **Owner** | (REGISTRANT) Knight Textile Corporation CORPORATION DELAWARE 310 South Main Street Saluda SOUTH CAROLINA 29138 |
| **Attorney of Record** | Bernard R. Gans, |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name on the drawing is not the name of a particular living Individual. |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 15:14:52 ET

Serial Number: 76447465 <u>Assignment Information</u>

Registration Number: 2971539

Mark (words only): LAUREN SCOTT

Standard Character claim: No

Current Status: Registered.

Date of Status: 2005-07-19

Filing Date: 2002-09-05

Transformed into a National Application: No

Registration Date: 2005-07-19

Register: Principal

Law Office Assigned: LAW OFFICE 101

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 650 -Publication And Issue Section

Date In Location: 2005-06-10

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Knight Textile Corporation

**Address:**
Knight Textile Corporation
310 South Main Street
Saluda, SC 29138
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

Clothing, namely trousers, pants, shorts, shirts, jeans, jackets, pullovers, blouses, skirts, skorts, capri pants, sweaters, sweater twin set comprised of a sweater and knit top, and dresses
**Basis:** 1(a)
**First Use Date:** 1995-01-00
**First Use in Commerce Date:** 1995-01-00

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name on the drawing is not the name of a particular living individual.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-07-19 - Registered - Principal Register

2005-05-23 - Law Office Registration Review Completed

2005-04-19 - Assigned To LIE

2005-04-13 - Allowed for Registration - Principal Register (SOU accepted)

2005-02-24 - Statement of use processing complete

2005-02-24 - Amendment to Use filed

2005-03-01 - PAPER RECEIVED

2004-08-24 - Extension 1 granted

2004-08-24 - Extension 1 filed

2004-08-26 - PAPER RECEIVED

2004-06-21 - Case File In TICRS

2004-02-24 - Notice of allowance - mailed

2003-11-24 - PAPER RECEIVED

2003-12-02 - Published for opposition

2003-11-12 - Notice of publication

2003-09-29 - Approved for Pub - Principal Register (Initial exam)

2003-09-12 - Examiner's amendment mailed

2003-02-28 - Non-final action mailed

2003-02-21 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Bernard R. Gans, (Attorney of record)

BERNARD R. GANS,
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067-4301

**Phone Number:** (310) 201-3574
**Fax Number:** (310) 7785-5318

---



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## *Dena Lauren*

| | |
|---|---|
| **Word Mark** | DENA LAUREN |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, Namely, Women's Sport Coats, Blouses, Skirts, Slacks, Shirts, T-shirts, Jackets, Coats, Dresses, Scarves, and Belts. FIRST USE: 19990500. FIRST USE IN COMMERCE: 19990500 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 75743564 |
| **Filing Date** | July 2, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 12, 2000 |
| **Registration Number** | 2410220 |
| **Registration Date** | December 5, 2000 |
| **Owner** | (REGISTRANT) Lawrence Stevens Fashions, Ltd. CORPORATION NEW YORK 500 Seventh Avenue New York NEW YORK 10018 |
| **Attorney of Record** | JEAN VOUTSINAS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "DENA LAUREN" identifies a living individual whose consent is of record. |

| Live/Dead Indicator | LIVE |
|---|---|

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:15:09 ET

Serial Number: 75743564 Assignment Information

Registration Number: 2410220

Mark

# *Dena Lauren*

(words only): DENA LAUREN

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-12-05

Filing Date: 1999-07-02

Transformed into a National Application: No

Registration Date: 2000-12-05

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-11-03

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Lawrence Stevens Fashions, Ltd.

Address:
Lawrence Stevens Fashions, Ltd.
500 Seventh Avenue

New York, NY 10018
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Clothing, Namely, Women's Sport Coats, Blouses, Skirts, Slacks, Shirts, T-shirts, Jackets, Coats, Dresses, Scarves, and Belts
**Basis:** 1(a)
**First Use Date:** 1999-05-00
**First Use in Commerce Date:** 1999-05-00

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name "DENA LAUREN" identifies a living individual whose consent is of record.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2000-12-05 - Registered - Principal Register

2000-09-12 - Published for opposition

2000-08-11 - Notice of publication

2000-07-25 - Approved for Pub - Principal Register (Initial exam)

2000-06-02 - Communication received from applicant

1999-12-02 - Non-final action mailed

1999-10-07 - Assigned To Examiner

1999-10-07 - Assigned To Examiner

1999-09-29 - Assigned To Examiner

1999-09-28 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
JEAN VOUTSINAS (Attorney of record)

JEAN VOUTSINAS
FRANKFURT GARBUS LKEIN & SELZ, PC
488 MADISON AVENUE
NEW YORK, N.Y. 10022



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Jennifer Lauren

| | |
|---|---|
| **Word Mark** | JENNIFER LAUREN |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, Namely, Women's Sport Coats, Blouses Skirts, Slacks, Shirts, T-shirts, Jackets, Coats, Dresses, Scarves, and Belts. FIRST USE: 19990500. FIRST USE IN COMMERCE: 19990500 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 75742478 |
| **Filing Date** | July 2, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 12, 2000 |
| **Registration Number** | 2410215 |
| **Registration Date** | December 5, 2000 |
| **Owner** | (REGISTRANT) Lawrence Stevens Fashions, Inc. CORPORATION NEW YORK 500 Seventh Avenue New York NEW YORK 10018 |
| **Attorney of Record** | JEAN VOUTSINAS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The mark does not identify a living individual. |

**Live/Dead
Indicator**     LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:15:33 ET

Serial Number: 75742478 Assignment Information

Registration Number: 2410215

Mark

*Jennifer Lauren*

(words only): JENNIFER LAUREN

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-12-05

Filing Date: 1999-07-02

Transformed into a National Application: No

Registration Date: 2000-12-05

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-11-03

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Lawrence Stevens Fashions, Inc.

Address:
Lawrence Stevens Fashions, Inc.
500 Seventh Avenue

New York, NY 10018
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Clothing, Namely, Women's Sport Coats, Blouses Skirts, Slacks, Shirts, T-shirts, Jackets, Coats, Dresses, Scarves, and Belts
**Basis:** 1(a)
**First Use Date:** 1999-05-00
**First Use in Commerce Date:** 1999-05-00

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The mark does not identify a living individual.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2000-12-05 - Registered - Principal Register

2000-09-12 - Published for opposition

2000-08-11 - Notice of publication

2000-07-25 - Approved for Pub - Principal Register (Initial exam)

2000-06-02 - Communication received from applicant

1999-12-02 - Non-final action mailed

1999-10-07 - Assigned To Examiner

1999-10-07 - Assigned To Examiner

1999-09-28 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
JEAN VOUTSINAS (Attorney of record)

JEAN VOUTSINAS
FRANKFURT, GARBUS, KLEIN & SELZ, P.C.
488 MADISON AVENUE
NEW YORK, NEW YORK 10022



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] SEARCH OG [BOTTOM] [HELP]

[Logout]   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SAGE LAUREN |
| **Goods and Services** | IC 025. US 039. G & S: SWEATERS. FIRST USE: 19840900. FIRST USE IN COMMERCE: 19850300 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73592237 |
| **Filing Date** | April 8, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 9, 1986 |
| **Registration Number** | 1419281 |
| **Registration Date** | December 2, 1986 |
| **Owner** | (REGISTRANT) GRAND KNITTING MILLS, INC. CORPORATION NEW YORK 7050 NEW HORIZON BOULEVARD NORTH AMITYVILLE NEW YORK 11701 |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20060418. |
| **Renewal** | 1ST RENEWAL 20060418 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] SEARCH OG [TOP] [HELP]

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 15:15:50 ET

**Serial Number:** 73592237 <u>Assignment Information</u>

**Registration Number:** 1419281

**Mark (words only):** SAGE LAUREN

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-04-18

**Filing Date:** 1986-04-08

**Transformed into a National Application:** No

**Registration Date:** 1986-12-02

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-06-14

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GRAND KNITTING MILLS, INC.

**Address:**
GRAND KNITTING MILLS, INC.
7050 NEW HORIZON BOULEVARD
NORTH AMITYVILLE, NY 11701
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

SWEATERS
Basis: 1(a)
First Use Date: 1984-09-00
First Use in Commerce Date: 1985-03-00

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-06-14 - Initial Review Action Mailed - Sect 8 & 9

2006-04-18 - First renewal 10 year

2006-04-18 - Section 8 (10-year) accepted/ Section 9 granted

2006-04-18 - Assigned To Paralegal

2006-04-17 - Assigned To Paralegal

2006-03-31 - Assigned To Paralegal

2006-01-27 - Combined Section 8 (10-year)/Section 9 filed

2006-01-24 - Combined Section 8 (10-year)/Section 9 filed

2006-01-24 - PAPER RECEIVED

2006-01-27 - TEAS Section 8 & 9 Received

2000-11-01 - Cancellation terminated for Proceeding

2000-11-01 - Cancellation dismissed for Proceeding

1998-12-03 - Cancellation Instituted No. 999999

1992-11-24 - Section 8 (6-year) accepted

1992-08-31 - Section 8 (6-year) filed

1992-11-24 - Post Registration action correction

1992-08-31 - Post Registration action correction

1986-12-02 - Registered - Principal Register

1986-09-09 - Published for opposition

1986-08-10 - Notice of publication

1986-06-10 - Approved for Pub - Principal Register (Initial exam)

1986-06-09 - Examiner's amendment mailed

1986-06-02 - Non-final action mailed

## CORRESPONDENCE INFORMATION

**Correspondent**
LAWRENCE E. APOLZON (Attorney of record)

LAWRENCE E. ABELMAN,
ABELMAN FRYNE & SCHWAB
666 THIRD AVENUE
NEW YORK, NY 10017-5621



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | LAUREN LEE |
| **Goods and Services** | IC 025. US 022 039. G & S: ladies' blouses, shirts, dresses, skirts, [ shorts ] and jackets. FIRST USE: 19830500. FIRST USE IN COMMERCE: 19830500 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74538227 |
| **Filing Date** | June 6, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 4, 1995 |
| **Registration Number** | 1901806 |
| **Registration Date** | June 27, 1995 |
| **Owner** | (REGISTRANT) RHODA LEE, INC. CORPORATION NEW YORK 525 Seventh Avenue New York NEW YORK 10018 |
| **Attorney of Record** | JOSEPH J. PREVITO |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040920. |
| **Renewal** | 1ST RENEWAL 20040920 |
| **Other Data** | The name "LAUREN LEE" does not identify any particular living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 15:16:09 ET**

**Serial Number:** 74538227 Assignment Information

**Registration Number:** 1901806

**Mark (words only):** LAUREN LEE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-09-20

**Filing Date:** 1994-06-06

**Transformed into a National Application:** No

**Registration Date:** 1995-06-27

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 10

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-09-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. RHODA LEE, INC.

**Address:**
RHODA LEE, INC.
525 Seventh Avenue
New York, NY 10018
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

ladies' blouses, shirts, dresses, skirts, and jackets
**Basis:** 1(a)
**First Use Date:** 1983-05-00
**First Use in Commerce Date:** 1983-05-00

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name "LAUREN LEE" does not identify any particular living individual.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2004-09-20 - First renewal 10 year

2004-09-20 - Section 8 (10-year) accepted/ Section 9 granted

2004-08-02 - Combined Section 8 (10-year)/Section 9 filed

2000-11-08 - Section 8 (6-year) accepted & Section 15 acknowledged

2000-07-24 - Section 8 (6-year) and Section 15 Filed

1995-06-27 - Registered - Principal Register

1995-04-04 - Published for opposition

1995-03-03 - Notice of publication

1994-11-09 - Approved for Pub - Principal Register (Initial exam)

1994-10-26 - Examiner's amendment mailed

1994-10-24 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
JOSEPH J. PREVITO (Attorney of record)

JOSEPH J. PREVITO
1070 NORTHERN BLVD
ROSLYN NY 11576-1618



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `SEARCH OG` `BOTTOM` `HELP`

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

`TARR Status` `ASSIGN Status` `TDR` `TTAB Status` *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LAUREN SARA |
| **Goods and Services** | IC 025. US 039. G & S: WOMEN'S WEARING APPAREL, NAMELY DRESSES, SKIRTS, JACKETS, TOPS, BLOUSES, PANTS, SHORTS, JUMPSUITS, COATS AND RAINWEAR. FIRST USE: 19870900. FIRST USE IN COMMERCE: 19880300 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73830727 |
| **Filing Date** | October 11, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 20, 1990 |
| **Registration Number** | 1601004 |
| **Registration Date** | June 12, 1990 |
| **Owner** | (REGISTRANT) LAUREN SARA, LTD. CORPORATION PENNSYLVANIA ONE PRESIDENTIAL BOULEVARD BALA CYNWYD PENNSYLVANIA 19004 |
| **Attorney of Record** | JAY K. MEADWAY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20001230. |
| **Renewal** | 1ST RENEWAL 20001230 |
| **Other Data** | "LAUREN SARA" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:16:28 ET

**Serial Number:** 73830727 Assignment Information

**Registration Number:** 1601004

**Mark (words only):** LAUREN SARA

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2000-12-30

**Filing Date:** 1989-10-11

**Transformed into a National Application:** No

**Registration Date:** 1990-06-12

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-01-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LAUREN SARA, LTD.

**Address:**
LAUREN SARA, LTD.
ONE PRESIDENTIAL BOULEVARD
BALA CYNWYD, PA 19004
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Pennsylvania

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

WOMEN'S WEARING APPAREL, NAMELY DRESSES, SKIRTS, JACKETS, TOPS, BLOUSES, PANTS, SHORTS, JUMPSUITS, COATS AND RAINWEAR
**Basis:** 1(a)
**First Use Date:** 1987-09-00
**First Use in Commerce Date:** 1988-03-00

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "LAUREN SARA" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2000-12-30 - First renewal 10 year

2000-12-30 - Section 8 (10-year) accepted/ Section 9 granted

2000-05-09 - Combined Section 8 (10-year)/Section 9 filed

1996-07-08 - Section 8 (6-year) accepted & Section 15 acknowledged

1996-02-01 - Section 8 (6-year) and Section 15 Filed

1996-02-01 - Section 8 (6-year) and Section 15 Filed

1990-06-12 - Registered - Principal Register

1990-03-20 - Published for opposition

1990-02-17 - Notice of publication

1990-01-10 - Approved for Pub - Principal Register (Initial exam)

1989-12-15 - Communication received from applicant

1989-12-18 - Non-final action mailed

1989-11-15 - Examiner's amendment mailed

1989-11-14 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**

JAY K. MEADWAY (Attorney of record)

JAY K. MEADWAY
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE COMMERCE SQ
2005 MARKET ST FL 22
PHILDELPHIA PA 91903-7086

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | LAUREN GUINOT |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: necklaces, bracelets, earrings. FIRST USE: 20041201. FIRST USE IN COMMERCE: 20041201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78313817 |
| **Filing Date** | October 15, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 21, 2004 |
| **Registration Number** | 2945272 |
| **Registration Date** | April 26, 2005 |
| **Owner** | (REGISTRANT) Guinot, Magda, Lauren INDIVIDUAL UNITED STATES 540 Brickell Key Drive, #500 Miami FLORIDA 33131 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "Lauren Guinot" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 15:16:57 ET

Serial Number: 78313817 <u>Assignment Information</u>

Registration Number: 2945272

Mark (words only): LAUREN GUINOT

Standard Character claim: No

Current Status: Registered.

Date of Status: 2005-04-26

Filing Date: 2003-10-15

Transformed into a National Application: No

Registration Date: 2005-04-26

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 650 -Publication And Issue Section

Date In Location: 2005-03-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Guinot, Magda, Lauren

**Address:**
Guinot, Magda, Lauren
540 Brickell Key Drive, #500
Miami, FL 33131
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States
**Phone Number:** 305 379 5471
**Fax Number:** 305 379 5471

---

## GOODS AND/OR SERVICES

---

International Class: 014
Class Status: Active
necklaces, bracelets, earrings
Basis: 1(a)
First Use Date: 2004-12-01
First Use in Commerce Date: 2004-12-01

## ADDITIONAL INFORMATION

Name Portrait Consent: The name "Lauren Guinot" identifies a living individual whose consent is of record.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-04-26 - Registered - Principal Register

2005-02-04 - Law Office Registration Review Completed

2005-02-03 - Assigned To LIE

2005-01-12 - Allowed for Registration - Principal Register (SOU accepted)

2005-01-11 - Statement of use processing complete

2004-12-21 - Amendment to Use filed

2004-12-21 - TEAS Statement of Use Received

2004-12-14 - Notice of allowance - mailed

2004-09-21 - Published for opposition

2004-09-01 - Notice of publication

2004-03-30 - Approved for Pub - Principal Register (Initial exam)

2004-03-30 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Guinot, Magda, Lauren
540 Brickell Key Drive, #500
Miami, FL 33131

**Phone Number:** 305 379 5471
**Fax Number:** 305 379 5471



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | LAUREN-SPENCER |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: COSTUME JEWELRY. FIRST USE: 20030101. FIRST USE IN COMMERCE: 20030101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76488499 |
| **Filing Date** | February 10, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 10, 2004 |
| **Registration Number** | 2837985 |
| **Registration Date** | May 4, 2004 |
| **Owner** | (REGISTRANT) OTC, Inc. CORPORATION OHIO 40 Clairedan Drive Powell OHIO 43065 |
| **Attorney of Record** | Susan D. Rector |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

---

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:17:16 ET

Serial Number: 76488499 Assignment Information

Registration Number: 2837985

Mark (words only): LAUREN-SPENCER

Standard Character claim: No

Current Status: Registered.

Date of Status: 2004-05-04

Filing Date: 2003-02-10

Transformed into a National Application: No

Registration Date: 2004-05-04

Register: Principal

Law Office Assigned: LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-05-25

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. OTC, Inc.

**Address:**
OTC, Inc.
40 Clairedan Drive
Powell, OH 43065
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Ohio

---

## GOODS AND/OR SERVICES

---

International Class: 014
Class Status: Active

COSTUME JEWELRY
Basis: 1(a)
First Use Date: 2003-01-01
First Use in Commerce Date: 2003-01-01

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-05-04 - Registered - Principal Register

2004-02-10 - Published for opposition

2004-01-21 - Notice of publication

2003-11-30 - Approved for Pub - Principal Register (Initial exam)

2003-11-26 - Assigned To Examiner

2003-10-25 - TEAS Change Of Correspondence Received

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Susan D. Rector (Attorney of record)

Susan D. Rector
Schottenstein Zox & Dunn
P.O. Box 165020
Columbus OH 43216-5020

**Phone Number:** 614/462-2219
**Fax Number:** 614/462-5135

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Wed Jul 26 04:17:03 EDT 2006

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | LAUREN G. ADAMS |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: COSTUME JEWELRY. FIRST USE: 20010300. FIRST USE IN COMMERCE: 20010300 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76205715 |
| **Filing Date** | February 6, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 16, 2002 |
| **Registration Number** | 2719826 |
| **Registration Date** | May 27, 2003 |
| **Owner** | (REGISTRANT) JJ GOLD, INC. CORPORATION FLORIDA 20227 NE 15TH COURT N. MIAMI BEACH FLORIDA 33179 |
| **Attorney of Record** | H William Larson |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DIGITAL VIDEOS OF AMERICA" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The mark does not Identify a living Individual and is fictitious. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:17:36 ET

Serial Number: 76205715 Assignment Information

Registration Number: 2719826

Mark (words only): LAUREN G. ADAMS

Standard Character claim: No

Current Status: Registered.

Date of Status: 2003-05-27

Filing Date: 2001-02-06

Transformed into a National Application: No

Registration Date: 2003-05-27

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-06-02

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JJ GOLD, INC.

**Address:**
JJ GOLD, INC.
20227 NE 15TH COURT
N. MIAMI BEACH, FL 33179
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Florida

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

COSTUME JEWELRY
Basis: 1(a)
First Use Date: 2001-03-00
First Use in Commerce Date: 2001-03-00

## ADDITIONAL INFORMATION

Disclaimer: "DIGITAL VIDEOS OF AMERICA"

Name Portrait Consent: The mark does not identify a living individual and is fictitious.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-05-27 - Registered - Principal Register

2003-04-02 - PAPER RECEIVED

2003-03-31 - Allowed for Registration - Principal Register (SOU accepted)

2003-01-03 - Statement of use processing complete

2002-12-20 - Amendment to Use filed

2002-12-23 - PAPER RECEIVED

2002-07-09 - Notice of allowance - mailed

2002-04-16 - Published for opposition

2002-03-27 - Notice of publication

2001-11-02 - Approved for Pub - Principal Register (Initial exam)

2001-06-08 - Communication received from applicant

2001-06-11 - Non-final action mailed

2001-06-06 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

Correspondent
H William Larson (Attorney of record)

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=76205715

7/26/2006

H WILLIAM LARSON
LARSON & LARSON PA
11199 - 69TH ST N
LARGO, FL 33773

**Phone Number:** (727) 546-0660