# EXHIBIT A

Continued

**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# GIORGIO EBENNI

| | |
|---|---|
| **Word Mark** | GIORGIO EBENNI |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, footwear, headgear, namely, shirts, tee-shirts, sweaters, coats, jackets, shorts, slacks, pants, overalls, suits, ties, neckwears, socks, underwear, hats, caps, swimsuits, shoes for men, ladies, and kids. FIRST USE: 20031201. FIRST USE IN COMMERCE: 20031201 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 76590109 |
| **Filing Date** | May 3, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 15, 2005 |
| **Registration Number** | 2959266 |
| **Registration Date** | June 7, 2005 |
| **Owner** | (REGISTRANT) M.E.R. ENTERPRISES, INC. CORPORATION CALIFORNIA P.O BOX 811912 Los Angeles CALIFORNIA 90081 |
| **Prior** | 2794460 |

**Registrations**

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name GIORGIO EBENNI is not a living individual. |
| **Live/Dead Indicator** | LIVE |

  

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:25:59 ET

Serial Number: 76590109 Assignment Information

Registration Number: 2959266

Mark

# GIORGIO EBENNI

(words only): GIORGIO EBENNI

Standard Character claim: Yes

Current Status: Registered.

Date of Status: 2005-06-07

Filing Date: 2004-05-03

Transformed into a National Application: No

Registration Date: 2005-06-07

Register: Principal

Law Office Assigned: LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2005-06-07

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. M.E.R. ENTERPRISES, INC.

Address:
M.E.R. ENTERPRISES, INC.
P.O BOX 811912

Los Angeles, CA 90081
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California
**Phone Number:** 213-892-0892

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Clothing, footwear, headgear, namely, shirts, tee-shirts, sweaters, coats, jackets, shorts, slacks, pants, overalls, suits, ties, neckwears, socks, underwear, hats, caps, swimsuits, shoes for men, ladies, and kids
**Basis:** 1(a)
**First Use Date:** 2003-12-01
**First Use in Commerce Date:** 2003-12-01

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name GIORGIO EBENNI is not a living individual.

**Prior Registration Number(s):**
2794460

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-06-07 - Registered - Principal Register

2005-03-15 - Published for opposition

2005-02-23 - Notice of publication

2004-12-30 - Law Office Publication Review Completed

2004-12-27 - Assigned To LIE

2004-12-22 - Examiner's amendment mailed

2004-12-21 - Approved for Pub - Principal Register (Initial exam)

2004-12-21 - Examiners Amendment -Written

2004-12-21 - Previous allowance count withdrawn

2004-12-03 - Law Office Publication Review Completed

2004-12-03 - Assigned To LIE

2004-12-01 - Approved for Pub - Principal Register (Initial exam)

2004-11-30 - Assigned To Examiner

2004-05-18 - New Application Entered In Tram

---

## CORRESPONDENCE INFORMATION

**Correspondent**
M.E.R. ENTERPRISES, INC.
P.O. BOX 811912
LOS ANGELES, CALIFORNIA 90081
213-892-0892

**Phone Number:** 213-892-0892

---

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  BOTTOM  HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status  ASSIGN Status  TDR  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# GIORGIO SANETTI

| | |
|---|---|
| **Word Mark** | GIORGIO SANETTI |
| **Goods and Services** | IC 025. US 022 039. G & S: MEN'S SUITS, JACKETS, SPORTS COATS, PANTS AND SHIRTS. FIRST USE: 19950807. FIRST USE IN COMMERCE: 19950807 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS·IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 76519687 |
| **Filing Date** | May 19, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 14, 2004 |
| **Registration Number** | 2907738 |
| **Registration Date** | December 7, 2004 |
| **Owner** | (REGISTRANT) SAMI MARINA, INC. DBA MARINA IMPORTS CORPORATION CALIFORNIA 110 East 9th Street, Suite B471 Los Angeles CALIFORNIA 90079 |
| **Attorney of Record** | Robert J. Schaap |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name Giorgio Sanetti is not the name of a known individual. |
| **Live/Dead** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:26:16 ET

Serial Number: 76519687 Assignment Information

Registration Number: 2907738

Mark

# GIORGIO SANETTI

(words only): GIORGIO SANETTI

Standard Character claim: No

Current Status: Registered.

Date of Status: 2004-12-07

Filing Date: 2003-05-19

Transformed into a National Application: No

Registration Date: 2004-12-07

Register: Principal

Law Office Assigned: LAW OFFICE 116

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2004-12-07

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. SAMI MARINA, INC.

**Address:**
SAMI MARINA, INC.
110 East 9th Street, Suite B471

Case 1:07-cv-03219-LTS-DCF    Document 170-7    Filed 04/11/2008    Page 9 of 59

Los Angeles, CA 90079
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
MEN'S SUITS, JACKETS, SPORTS COATS, PANTS AND SHIRTS
**Basis:** 1(a)
**First Use Date:** 1995-08-07
**First Use in Commerce Date:** 1995-08-07

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name Giorgio Sanetti is not the name of a known individual.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-12-07 - Registered - Principal Register

2004-09-14 - Published for opposition

2004-08-25 - Notice of publication

2004-06-17 - Approved for Pub - Principal Register (Initial exam)

2004-05-17 - Communication received from applicant

2004-05-17 - PAPER RECEIVED

2003-11-17 - Non-final action mailed

2003-11-14 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Robert J. Schaap (Attorney of record)

ROBERT J. SCHAAP
21241 VENTURA BLVD STE 188

WOODLAND HILLS CA 91364-2196

**Phone Number:** (818) 346-6555
**Fax Number:** (818) 346-2041



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ]

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[ TARR Status ] [ ASSIGN Status ] [ TDR ] [ TTAB Status ] *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | GIORGIO REGGIANI |
| **Goods and Services** | IC 025. US 022 039. G & S: Jackets, dresses, suits, overcoats, trousers, raincoats. FIRST USE: 19780901. FIRST USE IN COMMERCE: 19821109 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76476945 |
| **Filing Date** | December 18, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 2, 2003 |
| **Registration Number** | 2786060 |
| **Registration Date** | November 25, 2003 |
| **Owner** | (REGISTRANT) MABRO S.p.A. CORPORATION ITALY Via Senese 195 Grosseto ITALY |
| **Attorney of Record** | ROBERT ALPERT |
| **Prior Registrations** | 1215916 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "GIORGIO REGGIANI" does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ TOP ] [ HELP ]

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Case 1:07-cv-03219-LTS-DCF   Document 170-7   Filed 04/11/2008   Page 12 of 59

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:26:43 ET

**Serial Number:** 76476945 Assignment Information

**Registration Number:** 2786060

**Mark (words only):** GIORGIO REGGIANI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-11-25

**Filing Date:** 2002-12-18

**Transformed into a National Application:** No

**Registration Date:** 2003-11-25

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-01-20

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MABRO S.p.A.

**Address:**
MABRO S.p.A.
Via Senese 195
Grosseto
Italy
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Italy

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

Jackets, dresses, suits, overcoats, trousers, raincoats
Basis: 1(a)
First Use Date: 1978-09-01
First Use in Commerce Date: 1982-11-09

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "GIORGIO REGGIANI" does not identify a living individual.

**Prior Registration Number(s):**
1215916

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-11-25 - Registered - Principal Register

2003-09-02 - Published for opposition

2003-08-13 - Notice of publication

2003-07-07 - Approved for Pub - Principal Register (Initial exam)

2003-06-27 - Examiner's amendment mailed

2003-06-24 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
ROBERT ALPERT (Attorney of record)

ROBERT ALPERT
LADAS & PARRY
26 WEST 61ST STREET
NEW YORK, NEW YORK 10023

**Phone Number:** (212) 708-1800
**Fax Number:** (212) 246-8959

**Domestic Representative**
LADAS & PARRY
**Phone Number:** (212) 708-1800
**Fax Number:** (212) 246-8959

Case 1:07-cv-03219-LTS-DCF    Document 170-7    Filed 04/11/2008    Page 14 of 59

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `SEARCH OG` `BOTTOM` `HELP`

`Logout` Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

`TARR Status` `ASSIGN Status` `TDR` `TTAB Status` *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GIORGIO BRUTINI |
| **Goods and Services** | IC 025. US 022 039. G & S: Shirts and Ties. FIRST USE: 20010713. FIRST USE IN COMMERCE: 20010713 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76405135 |
| **Filing Date** | May 10, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 18, 2003 |
| **Registration Number** | 2715464 |
| **Registration Date** | May 13, 2003 |
| **Owner** | (REGISTRANT) HARBOR FOOTWEAR GROUP, LTD. CORPORATION NEW YORK 55 Harbor Park Drive Port Washington NEW YORK 11050 |
| **Attorney of Record** | Rocco S. Barrese |
| **Prior Registrations** | 1159243;1182214;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "GIORGIO BRUTINI" does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `SEARCH OG` `TOP` `HELP`

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 15:27:03 ET**

**Serial Number:** 76405135 Assignment Information

**Registration Number:** 2715464

**Mark (words only):** GIORGIO BRUTINI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-05-13

**Filing Date:** 2002-05-10

**Transformed into a National Application:** No

**Registration Date:** 2003-05-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-05-19

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. HARBOR FOOTWEAR GROUP, LTD.

**Address:**
HARBOR FOOTWEAR GROUP, LTD.
55 Harbor Park Drive
Port Washington, NY 11050
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

Shirts and Ties
**Basis:** 1(a)
**First Use Date:** 2001-07-13
**First Use in Commerce Date:** 2001-07-13

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "GIORGIO BRUTINI" does not identify a living individual.

**Prior Registration Number(s):**
1159243
1182214

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-05-13 - Registered - Principal Register

2003-02-18 - Published for opposition

2003-01-29 - Notice of publication

2002-12-24 - Approved for Pub - Principal Register (Initial exam)

2002-12-23 - Previous allowance count withdrawn

2002-09-28 - Approved for Pub - Principal Register (Initial exam)

2002-09-25 - Examiner's amendment mailed

2002-09-20 - Assigned To Examiner

2002-09-05 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Rocco S. Barrese (Attorney of record)

ROCCO S. BARRESE
DILWORTH & BARRESE, LLP
333 EARLE OVINGTON BLVD.
UNIONDALE, NEW YORK 11553

**Phone Number:** (516) 228-8484

**Fax Number:** (516) 228-8516



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ]

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[ TARR Status ] [ ASSIGN Status ] [ TDR ] [ TTAB Status ]  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GIORGIO ZILLIONI |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely shirts, sport coats, slacks, tuxedos, shoes, suits, ties and belts. FIRST USE: 19970900. FIRST USE IN COMMERCE: 19970900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76137277 |
| **Filing Date** | September 26, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 26, 2001 |
| **Registration Number** | 2490699 |
| **Registration Date** | September 18, 2001 |
| **Owner** | (REGISTRANT) Paul Jardin of USA, Inc. CORPORATION CALIFORNIA 6415 De Soto Ave. Woodland Hills CALIFORNIA 91367 |
| **Attorney of Record** | Linda A. Heban |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "GIORGIO ZILLIONI" does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ TOP ] [ HELP ]

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:27:16 ET

**Serial Number:** 76137277 Assignment Information

**Registration Number:** 2490699

**Mark (words only):** GIORGIO ZILLIONI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-09-18

**Filing Date:** 2000-09-26

**Transformed into a National Application:** No

**Registration Date:** 2001-09-18

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-10-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Paul Jardin of USA, Inc.

**Address:**
Paul Jardin of USA, Inc.
6415 De Soto Ave.
Woodland Hills, CA 91367
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

clothing, namely shirts, sport coats, slacks, tuxedos, shoes, suits, ties and belts
**Basis:** 1(a)
**First Use Date:** 1997-09-00
**First Use in Commerce Date:** 1997-09-00

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "GIORGIO ZILLIONI" does not identify a living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2001-09-18 - Registered - Principal Register

2001-06-26 - Published for opposition

2001-06-13 - Notice of publication

2001-04-02 - Approved for Pub - Principal Register (Initial exam)

2001-03-28 - Examiner's amendment mailed

2001-03-21 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Linda A. Heban (Attorney of record)

LINDA A. HEBAN
JONES DAY REAVIS & POGUE
77 W WACKER DRIVE
CHICAGO IL 60601-1692



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ THOMAS |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: watches. FIRST USE: 19990930. FIRST USE IN COMMERCE: 19990930 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75709288 |
| **Filing Date** | May 18, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 7, 2000 |
| **Registration Number** | 2507659 |
| **Registration Date** | November 13, 2001 |
| **Owner** | (REGISTRANT) AMES MERCHANDISING CORPORATION CORPORATION DELAWARE 2418 MAIN STREET ROCKY HILL CONNECTICUT 06067 |
| | (LAST LISTED OWNER) BRANDED LLC LTD LIAB CO GEORGIA 956 HIGHLAND VIEW NE ATLANTA GEORGIA 30306 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Deborah M Lodge |
| **Prior Registrations** | 1360692;1869588 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "LIZ THOMAS" does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2006-07-26 15:44:28 ET**

**Serial Number:** 75709288 <u>Assignment Information</u>

**Registration Number:** 2507659

**Mark (words only):** LIZ THOMAS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-11-13

**Filing Date:** 1999-05-18

**Transformed into a National Application:** No

**Registration Date:** 2001-11-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-12-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. BRANDED LLC

**Address:**
BRANDED LLC
956 HIGHLAND VIEW NE
ATLANTA, GA 30306
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Georgia

---

## GOODS AND/OR SERVICES

---

**International Class:** 014
**Class Status:** Active

watches
**Basis:** 1(a)
**First Use Date:** 1999-09-30
**First Use in Commerce Date:** 1999-09-30

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "LIZ THOMAS" does not identify a living individual.

**Prior Registration Number(s):**
1360692
1869588

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2001-11-13 - Registered - Principal Register

2001-03-04 - Allowed for Registration - Principal Register (SOU accepted)

2001-03-04 - Assigned To Examiner

2000-11-29 - Statement of use processing complete

2000-11-29 - Amendment to Use filed

2000-05-30 - Notice of allowance - mailed

2000-03-07 - Published for opposition

2000-02-04 - Notice of publication

1999-12-30 - Approved for Pub - Principal Register (Initial exam)

1999-12-23 - Examiner's amendment mailed

1999-09-27 - Non-final action mailed

1999-09-24 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Deborah M Lodge (Attorney of record)

DEBORAH M LODGE
PATTON BOGGS LLP
2550 M ST NW
WASHINGTON DC 20037-1350

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ CORD |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry made wholly or in part of precious metals; namely, rings, earrings, necklaces, bracelets, pendants, cuff links, lapel pins and watches. FIRST USE: 20011110. FIRST USE IN COMMERCE: 20011110 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75782898 |
| **Filing Date** | August 25, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 13, 2001 |
| **Registration Number** | 2564172 |
| **Registration Date** | April 23, 2002 |
| **Owner** | (REGISTRANT) Cord, Elisabeth A.J. INDIVIDUAL UNITED STATES 119 West 40th Street New York NEW YORK 10018 |
| | (REGISTRANT) Cord, Barry S.K. INDIVIDUAL UNITED STATES 119 West 40th Street New York NEW YORK 10018 |
| **Attorney of Record** | Afschineh Latifi |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "LIZ CORD" identifies a living individual whose consent is of record. |
| **Live/Dead** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ CORD |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry made wholly or in part of precious metals; namely, rings, earrings, necklaces, bracelets, pendants, cuff links, lapel pins and watches. FIRST USE: 20011110. FIRST USE IN COMMERCE: 20011110 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75782898 |
| **Filing Date** | August 25, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 13, 2001 |
| **Registration Number** | 2564172 |
| **Registration Date** | April 23, 2002 |
| **Owner** | (REGISTRANT) Cord, Elisabeth A.J. INDIVIDUAL UNITED STATES 119 West 40th Street New York NEW YORK 10018 |
| | (REGISTRANT) Cord, Barry S.K. INDIVIDUAL UNITED STATES 119 West 40th Street New York NEW YORK 10018 |
| **Attorney of Record** | Afschineh Latifi |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "LIZ CORD" identifies a living individual whose consent is of record. |
| **Live/Dead** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:51:18 ET

Serial Number: 75782898 Assignment Information

Registration Number: 2564172

Mark (words only): LIZ CORD

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-04-23

Filing Date: 1999-08-25

Transformed into a National Application: No

Registration Date: 2002-04-23

Register: Principal

Law Office Assigned: LAW OFFICE 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-05-06

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Cord, Barry S.K.

Address:
Cord, Barry S.K.
119 West 40th Street
New York, NY 10018
United States
Legal Entity Type: Individual
Country of Citizenship: United States

2. Cord, Elisabeth A.J.

Address:
Cord, Elisabeth A.J.
119 West 40th Street

New York, NY 10018
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Jewelry made wholly or in part of precious metals; namely, rings, earrings, necklaces, bracelets, pendants, cuff links, lapel pins and watches
**Basis:** 1(a)
**First Use Date:** 2001-11-10
**First Use in Commerce Date:** 2001-11-10

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "LIZ CORD" identifies a living individual whose consent is of record.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2002-04-23 - Registered - Principal Register

2002-01-09 - Allowed for Registration - Principal Register (SOU accepted)

2001-12-27 - Assigned To Examiner

2001-12-20 - Statement of use processing complete

2001-12-04 - Amendment to Use filed

2001-06-05 - Notice of allowance - mailed

2001-03-13 - Published for opposition

2001-02-28 - Notice of publication

2000-08-28 - Approved for Pub - Principal Register (Initial exam)

2000-08-28 - Assigned To Examiner

2000-06-09 - Communication received from applicant

1999-12-29 - Non-final action mailed

1999-12-28 - Assigned To Examiner

1999-12-10 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Afschineh Latifi (Attorney of record)

AFSCHINEH LATIFI
TUCKER & LATIFI, LLP
160 E 84TH ST
NEW YORK NY 10028-2008



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ GATTA |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry. FIRST USE: 19960101. FIRST USE IN COMMERCE: 19960101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75932048 |
| **Filing Date** | February 29, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 31, 2000 |
| **Registration Number** | 2423434 |
| **Registration Date** | January 23, 2001 |
| **Owner** | (REGISTRANT) Gatta, Liz INDIVIDUAL UNITED STATES 27 Farm Street Cranston RHODE ISLAND 02920 |
| **Attorney of Record** | Stephen J. Holmes |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "LIZ GATTA" is the name of a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:52:56 ET

Serial Number: 75932048 Assignment Information

Registration Number: 2423434

Mark (words only): LIZ GATTA

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-01-23

Filing Date: 2000-02-29

Transformed into a National Application: No

Registration Date: 2001-01-23

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2006-07-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Gatta, Liz

Address:
Gatta, Liz
27 Farm Street
Cranston, RI 02920
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

Jewelry
Basis: 1(a)
First Use Date: 1996-01-01
First Use in Commerce Date: 1996-01-01

---

## ADDITIONAL INFORMATION

Name Portrait Consent: The name "LIZ GATTA" is the name of a living individual whose consent is of record.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-07-13 - Case File In TICRS

2001-01-23 - Registered - Principal Register

2000-10-31 - Published for opposition

2000-09-29 - Notice of publication

2000-09-07 - Approved for Pub - Principal Register (Initial exam)

2000-08-08 - Non-final action mailed

2000-08-01 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Stephen J. Holmes (Attorney of record)

STEPHEN J. HOLMES
BARLOW, JOSEPHS & HOLMES
101 DYER STREET
5TH FLOOR
PROVIDENCE RI 02903-3908

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ SOTO |
| **Goods and Services** | IC 026. US 040. G & S: ORNAMENTAL HAIR BOWS AND CLIPS AND ORNAMENTAL SHOE CLIPS. FIRST USE: 19840600. FIRST USE IN COMMERCE: 19840600 |
| | IC 014. US 028. G & S: JEWELRY. FIRST USE: 19840600. FIRST USE IN COMMERCE: 19840600 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73782668 |
| **Filing Date** | February 24, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 1, 1989 |
| **Registration Number** | 1562095 |
| **Registration Date** | October 24, 1989 |
| **Owner** | (REGISTRANT) SOTO, ELIZABETH M. INDIVIDUAL UNITED STATES 2950 NEBRASKA AVENUE SANTA MONICA CALIFORNIA 90404 |
| **Attorney of Record** | ANTHONY M. KEATS |
| **Prior Registrations** | 1439112 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 15:53:28 ET

Serial Number: 73782668 <u>Assignment Information</u>

Registration Number: 1562095

Mark (words only): LIZ SOTO

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1996-06-05

Filing Date: 1989-02-24

Transformed into a National Application: No

Registration Date: 1989-10-24

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 1996-07-02

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. SOTO, ELIZABETH M.

Address:
SOTO, ELIZABETH M.
2950 NEBRASKA AVENUE
SANTA MONICA, CA 90404
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

JEWELRY
Basis: 1(a)
First Use Date: 1984-06-00
First Use in Commerce Date: 1984-06-00

International Class: 026
Class Status: Active
ORNAMENTAL HAIR BOWS AND CLIPS AND ORNAMENTAL SHOE CLIPS
Basis: 1(a)
First Use Date: 1984-06-00
First Use in Commerce Date: 1984-06-00

---

## ADDITIONAL INFORMATION

Prior Registration Number(s):
1439112

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1996-06-05 - Section 8 (6-year) accepted & Section 15 acknowledged

1995-10-24 - Section 8 (6-year) and Section 15 Filed

1989-10-24 - Registered - Principal Register

1989-08-01 - Published for opposition

1989-07-20 - Notice of publication

1989-07-04 - Notice of publication

1989-07-03 - Notice of publication

1989-07-02 - Notice of publication

1989-05-23 - Approved for Pub - Principal Register (Initial exam)

1989-05-16 - Examiner's amendment mailed

1989-04-19 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

Correspondent

ANTHONY M. KEATS (Attorney of record)

ANTHONY M. KEATS
BAKER & HOSTETLER
600 WILSHIRE BOULEVARD, 12TH FLOOR
LOS ANGELES, CA 90017



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ PALACIOS |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: FASHION JEWELRY, NAMELY, EARRINGS, NECKLACES, BRACELETS, HAIR ORNAMENTS, PINS AND RINGS. FIRST USE: 19980101. FIRST USE IN COMMERCE: 19980101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76126957 |
| **Filing Date** | September 8, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 3, 2002 |
| **Registration Number** | 2653325 |
| **Registration Date** | November 26, 2002 |
| **Owner** | (REGISTRANT) LIZ PALACIOS DESIGNS CORPORATION CALIFORNIA 1251 HOWARD STREET SAN FRANCISCO CALIFORNIA 94103 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "LIZ PALACIOS" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 15:53:51 ET**

**Serial Number:** 76126957 Assignment Information

**Registration Number:** 2653325

**Mark (words only): LIZ PALACIOS**

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-11-26

**Filing Date:** 2000-09-08

**Transformed into a National Application:** No

**Registration Date:** 2002-11-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-01-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LIZ PALACIOS DESIGNS

**Address:**
LIZ PALACIOS DESIGNS
1251 HOWARD STREET
SAN FRANCISCO, CA 94103
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California



---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active

FASHION JEWELRY, NAMELY, EARRINGS, NECKLACES, BRACELETS, HAIR ORNAMENTS, PINS AND RINGS
Basis: 1(a)
First Use Date: 1998-01-01
First Use in Commerce Date: 1998-01-01

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "LIZ PALACIOS" identifies a living individual whose consent is of record.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2002-11-26 - Registered - Principal Register

2002-09-03 - Published for opposition

2002-08-14 - Notice of publication

2002-04-24 - Assigned To Examiner

2002-02-27 - Approved for Pub - Principal Register (Initial exam)

2002-02-26 - Examiner's amendment mailed

2001-09-17 - Communication received from applicant

2001-03-20 - Non-final action mailed

2001-03-05 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
LIZ PALACIOS DESIGNS, LTD.
1251 HOWARD ST
SAN FRANCISCO CA 94103-2711



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



# LIZ CLaIBORNE

| | |
|---|---|
| **Word Mark** | LIZ CLAIBORNE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: SUNGLASSES, EYEGLASSES, EYEGLASS FRAMES, EYEGLASS CASES AND EYEGLASS CORDS; AND CELLULAR PHONE CASES. FIRST USE: 20020730. FIRST USE IN COMMERCE: 20000730 |
| | IC 018. US 001 002 003 022 041. G & S: HANDBAGS, WALLETS, CHANGE PURSES, CLUTCH PURSES BRIEF-CASE TYPE PORTFOLIOS, COSMETIC AND TOILETRY CASES SOLD EMPTY, BRIEFCASES, KEY CASES, LEATHER KEY FOBS AND ATTACHE CASES. FIRST USE: 20000525. FIRST USE IN COMMERCE: 20000525 |
| | IC 025. US 022 039. G & S: CLOTHING, NAMELY, SKIRTS, SHIRTS, BLOUSES, PANTS, JACKETS, VESTS, SWEATERS, DRESSES, JUMP SUITS, SHORTS, JEANS, JERSEYS CULOTTES, SCARVES, TUNICS, BLAZERS, NECKWEAR, BELTS, COATS, HATS, CAPS, HOODS, GLOVES; PANTYHOSE, DRESS HOSIERY, SPORT HOSIERY, SOCKS; UNDERWEAR; BODY WEAR, NAMELY, LEOTARDS AND TIGHTS; NECKWEAR, NAMELY, MUFFLERS, BOW TIES, COLLARS AND DICKIES; SHOES, SANDALS, SLIPPERS, BOOTS AND SNEAKERS; RAINWEAR; SWIMSUITS AND COVER UPS. FIRST USE: 20000430. FIRST USE IN COMMERCE: 20000430 |
| | IC 035. US 100 101 102. G & S: RETAIL STORE SERVICES AND MAIL ORDER SERVICES FEATURING COSMETICS, EYEWEAR, JEWELRY, EXECUTIVE STATIONERY ACCESSORIES, HANDBAGS, HOUSEHOLD FURNISHINGS, HOUSEHOLD TEXTILES, CLOTHING, HAIR ACCESSORIES AND CIGARETTE CASES. FIRST USE: 20000730. FIRST USE IN COMMERCE: 20000730 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.05.25 - Triangles with one or more curved sides |

| | |
|---|---|
| Serial Number | 75716980 |
| Filing Date | June 1, 1999 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | March 28, 2000 |
| Registration Number | 2784512 |
| Registration Date | November 18, 2003 |
| Owner | (REGISTRANT) L.C. LICENSING, INC. CORPORATION DELAWARE 1441 Broadway New York NEW YORK 10018 |
| Attorney of Record | David B. Kirschstein |
| Prior Registrations | 1167434;1213969;1317038;1422446;1426189;1442825;1529086;AND OTHERS |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Other Data | The name "LIZ CLAIBORNE" identifies a living individual whose consent is of record. |
| Live/Dead Indicator | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

This page was generated by the TARR system on 2006-07-26 15:54:16 ET

Serial Number: 75716980 Assignment Information

Registration Number: 2784512

**Mark**



# LIZ claiborne

(words only): LIZ CLAIBORNE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2003-11-18

Filing Date: 1999-06-01

Transformed into a National Application: No

Registration Date: 2003-11-18

Register: Principal

Law Office Assigned: LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-01-20

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. L.C. LICENSING, INC.

Address:
L.C. LICENSING, INC.
1441 Broadway

New York, NY 10018
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

**International Class: 009**
**Class Status: Active**
SUNGLASSES, EYEGLASSES, EYEGLASS FRAMES, EYEGLASS CASES AND EYEGLASS
CORDS; AND CELLULAR PHONE CASES
**Basis:** 1(a)
**First Use Date:** 2002-07-30
**First Use in Commerce Date:** 2000-07-30

**International Class: 018**
**Class Status: Active**
HANDBAGS, WALLETS, CHANGE PURSES, CLUTCH PURSES BRIEF-CASE TYPE
PORTFOLIOS, COSMETIC AND TOILETRY CASES SOLD EMPTY, BRIEFCASES, KEY CASES,
LEATHER KEY FOBS AND ATTACHE CASES
**Basis:** 1(a)
**First Use Date:** 2000-05-25
**First Use in Commerce Date:** 2000-05-25

**International Class: 025**
**Class Status: Active**
CLOTHING, NAMELY, SKIRTS, SHIRTS, BLOUSES, PANTS, JACKETS, VESTS, SWEATERS,
DRESSES, JUMP SUITS, SHORTS, JEANS, JERSEYS CULOTTES, SCARVES, TUNICS,
BLAZERS, NECKWEAR, BELTS, COATS, HATS, CAPS, HOODS, GLOVES; PANTYHOSE,
DRESS HOSIERY, SPORT HOSIERY, SOCKS; UNDERWEAR; BODY WEAR, NAMELY,
LEOTARDS AND TIGHTS; NECKWEAR, NAMELY, MUFFLERS, BOW TIES, COLLARS AND
DICKIES; SHOES, SANDALS, SLIPPERS, BOOTS AND SNEAKERS; RAINWEAR; SWIMSUITS
AND COVER UPS
**Basis:** 1(a)
**First Use Date:** 2000-04-30
**First Use in Commerce Date:** 2000-04-30

**International Class: 035**
**Class Status: Active**
RETAIL STORE SERVICES AND MAIL ORDER SERVICES FEATURING COSMETICS,
EYEWEAR, JEWELRY, EXECUTIVE STATIONERY ACCESSORIES, HANDBAGS,
HOUSEHOLD FURNISHINGS, HOUSEHOLD TEXTILES, CLOTHING, HAIR ACCESSORIES
AND CIGARETTE CASES
**Basis:** 1(a)
**First Use Date:** 2000-07-30
**First Use in Commerce Date:** 2000-07-30

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "LIZ CLAIBORNE" identifies a living individual whose consent is of record.

**Design Search Code(s):**
26.05.21 - Triangles that are completely or partially shaded
26.05.25 - Triangles with one or more curved sides

**Prior Registration Number(s):**
1167434
1213969
1317038
1422446
1426189
1442825
1529086

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-07-24 - TEAS Change Of Correspondence Received

2003-11-18 - Registered - Principal Register

2003-09-10 - Allowed for Registration - Principal Register (SOU accepted)

2003-08-25 - Communication received from applicant

2003-08-26 - Email Received

2003-08-21 - Non-final action mailed

2003-08-19 - Assigned To Examiner

2003-08-18 - Case File In TICRS

2003-08-08 - Statement of use processing complete

2003-06-20 - Amendment to Use filed

2003-06-23 - PAPER RECEIVED

2003-02-10 - Extension 5 granted

2002-12-19 - Extension 5 filed

2002-12-19 - TEAS Extension Received

2002-06-04 - Extension 4 granted

2002-05-20 - Extension 4 filed

2002-05-20 - PAPER RECEIVED

2002-01-14 - Extension 3 granted

2001-12-19 - Extension 3 filed

2001-06-26 - Extension 2 granted

2001-06-13 - Extension 2 filed

2000-08-30 - Extension 1 granted

2000-07-07 - Extension 1 filed

2000-06-20 - Notice of allowance - mailed

2000-03-28 - Published for opposition

2000-02-25 - Notice of publication

2000-01-12 - Approved for Pub - Principal Register (Initial exam)

2000-01-11 - Examiner's amendment mailed

2000-01-10 - Previous allowance count withdrawn

1999-12-19 - Approved for Pub - Principal Register (Initial exam)

1999-11-12 - Communication received from applicant

1999-09-13 - Non-final action mailed

1999-09-09 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
David B. Kirschstein (Attorney of record)

Gene Bolmarcich
Liz Claiborne Inc.
One Claiborne Avenue
North Bergen NJ 07047

**Fax Number:** 201-295-7851

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ CLAIBORNE |
| **Goods and Services** | IC 014. US 027 028. G & S: NECKLACES, EARRINGS, BRACELETS, PINS, RINGS AND WATCHES. FIRST USE: 19890418. FIRST USE IN COMMERCE: 19890418 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73801126 |
| **Filing Date** | May 19, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 3, 1989 |
| **Registration Number** | 1573265 |
| **Registration Date** | December 26, 1989 |
| **Owner** | (REGISTRANT) LIZ CLAIBORNE, INC. CORPORATION DELAWARE 1441 BROADWAY NEW YORK NEW YORK 10018 |
| | (LAST LISTED OWNER) L.C. LICENSING, INC. CORPORATION BY ASSIGNMENT DELAWARE 1441 BROADWAY NEW YORK NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID B. KIRSCHSTEIN |
| **Prior Registrations** | 1167434;1213969;1317038;1442824;1442825;1467266;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19990902 |
| **Other Data** | THE NAME "LIZ CLAIBORNE" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:54:39 ET

Serial Number: 73801126 Assignment Information

Registration Number: 1573265

Mark (words only): LIZ CLAIBORNE

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 1999-09-02

Filing Date: 1989-05-19

Transformed into a National Application: No

Registration Date: 1989-12-26

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-06-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. L.C. LICENSING, INC.

Address:
L.C. LICENSING, INC.
1441 BROADWAY
NEW YORK, NY 10018
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

NECKLACES, EARRINGS, BRACELETS, PINS, RINGS AND WATCHES
Basis: 1(a)
First Use Date: 1989-04-18
First Use in Commerce Date: 1989-04-18

## ADDITIONAL INFORMATION

Name Portrait Consent: THE NAME "LIZ CLAIBORNE" IDENTIFIES A LIVING INDIVIDUAL
WHOSE CONSENT IS OF RECORD.

Prior Registration Number(s):
1167434
1213969
1317038
1442824
1442825
1467266

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-07-24 - TEAS Change Of Correspondence Received

2006-07-19 - TEAS Change Of Correspondence Received

1999-09-02 - First renewal 10 year

1999-07-12 - Section 9 filed/check record for Section 8

1996-08-02 - Section 8 (6-year) accepted & Section 15 acknowledged

1995-09-05 - Post Registration action mailed Section 8 & 15

1995-01-11 - Section 8 (6-year) and Section 15 Filed

1989-12-26 - Registered - Principal Register

1989-10-03 - Published for opposition

1989-09-05 - Notice of publication

1989-07-18 - Approved for Pub - Principal Register (Initial exam)

1989-07-12 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
DAVID B. KIRSCHSTEIN (Attorney of record)

Gene Bolmarcich
Liz Claiborne Inc.
One Claiborne Avenue
North Bergen NJ 07047

**Fax Number:** 201-295-7851



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ |
| **Goods and Services** | IC 025. US 022 039. G & S: SKIRTS, SHIRTS, BLOUSES, PANTS, JACKETS, VESTS, SWEATERS, DRESSES. FIRST USE: 20031001. FIRST USE IN COMMERCE: 20031001 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76976488 |
| **Filing Date** | June 24, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 4, 2003 |
| **Registration Number** | 2841408 |
| **Registration Date** | May 11, 2004 |
| **Owner** | (REGISTRANT) L.C. Licensing, Inc. CORPORATION DELAWARE 1441 Broadway New York NEW YORK 10018 |
| **Attorney of Record** | David B. Kirschstein, |
| **Prior Registrations** | 1167434;1213969;1317038;1422446;1426489;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 15:54:59 ET

Serial Number: 76976488 <u>Assignment Information</u>

Registration Number: 2841408

Mark (words only): LIZ

Standard Character claim: No

Current Status: Registered.

Date of Status: 2004-05-11

Filing Date: 2002-06-24

Transformed into a National Application: No

Registration Date: 2004-05-11

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-06-02

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. L.C. Licensing, Inc.

Address:
L.C. Licensing, Inc.
1441 Broadway
New York, NY 10018
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=76976488                7/26/2006

SKIRTS, SHIRTS, BLOUSES, PANTS, JACKETS, VESTS, SWEATERS, DRESSES
Basis: 1(a)
First Use Date: 2003-10-01
First Use in Commerce Date: 2003-10-01

## ADDITIONAL INFORMATION

Prior Registration Number(s):
1167434
1213969
1317038
1422446
1426489

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-07-21 - TEAS Change Of Correspondence Received

2004-05-11 - Registered - Principal Register

2004-02-27 - Allowed for Registration - Principal Register (SOU accepted)

2004-02-20 - Statement of use processing complete

2004-01-12 - Amendment to Use filed

2004-02-20 - Divisional processing completed

2004-01-12 - Divisional request received

2004-01-12 - PAPER RECEIVED

2003-12-04 - Extension 1 granted

2003-11-25 - Extension 1 filed

2003-11-25 - TEAS Extension Received

2003-05-27 - Notice of allowance - mailed

2003-03-04 - Published for opposition

2003-02-12 - Notice of publication

2003-01-09 - Approved for Pub - Principal Register (Initial exam)

2003-01-06 - Examiner's amendment mailed

2003-01-02 - Assigned To Examiner

2002-12-24 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
David B. Kirschstein, (Attorney of record)

Gene Bolmarcich
Liz Claiborne Inc.
One Claiborne Avenue
North Bergen NJ 07047

**Fax Number: 201-295-7851**

---

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ & CO. |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING, NAMELY, SKIRTS, SHIRTS, BLOUSES, PANTS, JACKETS, VESTS, SWEATERS, DRESSES, JUMPSUITS, SHORTS, JEANS, JERSEYS, CULOTTES, SCARVES, TUNICS, BLAZERS, NECKWEAR, BELTS, COATS, HATS, CAPS, HOODS, GLOVES AND MITTENS; PANTYHOSE, DRESS HOSIERY, SPORT HOSIERY AND SOCKS. FIRST USE: 19890202. FIRST USE IN COMMERCE: 19890202 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76975739 |
| **Filing Date** | December 17, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 17, 2002 |
| **Registration Number** | 2765530 |
| **Registration Date** | September 16, 2003 |
| **Owner** | (REGISTRANT) L.C. LICENSING, INC. CORPORATION DELAWARE 1441 Broadway New York NEW YORK 10018 |
| **Attorney of Record** | David B. Kirschstein |
| **Prior Registrations** | 1602413 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CO." APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

This page was generated by the TARR system on 2006-07-26 15:55:23 ET

**Serial Number:** 76975739 Assignment Information

**Registration Number:** 2765530

**Mark (words only):** LIZ & CO.

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-09-16

**Filing Date:** 2001-12-17

**Transformed into a National Application:** No

**Registration Date:** 2003-09-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 116

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-09-26

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. L.C. LICENSING, INC.

**Address:**
L.C. LICENSING, INC.
1441 Broadway
New York, NY 10018
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

### GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

CLOTHING, NAMELY, SKIRTS, SHIRTS, BLOUSES, PANTS, JACKETS, VESTS, SWEATERS,
DRESSES, JUMPSUITS, SHORTS, JEANS, JERSEYS, CULOTTES, SCARVES, TUNICS,
BLAZERS, NECKWEAR, BELTS, COATS, HATS, CAPS, HOODS, GLOVES AND MITTENS;
PANTYHOSE, DRESS HOSIERY, SPORT HOSIERY AND SOCKS
Basis: 1(a)
First Use Date: 1989-02-02
First Use in Commerce Date: 1989-02-02

## ADDITIONAL INFORMATION

Disclaimer: "CO."

Prior Registration Number(s):
1602413

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-07-21 - TEAS Change Of Correspondence Received

2003-09-16 - Registered - Principal Register

2003-07-22 - Allowed for Registration - Principal Register (SOU accepted)

2003-07-11 - Assigned To Examiner

2003-07-07 - Statement of use processing complete

2003-06-10 - Amendment to Use filed

2003-07-07 - Divisional processing completed

2003-06-10 - Divisional request received

2003-07-07 - Extension 1 granted

2003-06-10 - Extension 1 filed

2003-06-10 - PAPER RECEIVED

2002-12-10 - Notice of allowance - mailed

2002-09-17 - Published for opposition

2002-08-28 - Notice of publication

2002-06-11 - Approved for Pub - Principal Register (Initial exam)

2002-05-10 - Communication received from applicant

2002-05-10 - PAPER RECEIVED

2002-03-22 - Non-final action mailed

2002-03-07 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
David B. Kirschstein (Attorney of record)

Gene Bolmarcich
Liz Claiborne Inc.
One Claiborne Avenue
North Bergen NJ 07047

**Fax Number:** 201-295-7851

---