# EXHIBIT A
Continued



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | KATE SYLVESTER |
| **Goods and Services** | IC 025. US 022 039. G & S: Womenswear, namely, knitted and woven jackets including suit type, blouses and wind-resistant jackets, coats including rain coats, vests including waistcoats, padded vests and padded waistcoats, dresses, shirts, skirts including divided trousers, pants, t-shirts including sleeveless, long sleeve and short sleeve, leotards and bodysuits, underwear including bras and panties, knitwear; namely, hand and machine knitted dresses, skirts, pullovers, tank tops, jumpers, sweaters and cardigans. FIRST USE: 19980500. FIRST USE IN COMMERCE: 19991001 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76025335 |
| **Filing Date** | April 13, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A;44D |
| **Published for Opposition** | March 5, 2002 |
| **Registration Number** | 2572808 |
| **Registration Date** | May 28, 2002 |
| **Owner** | (REGISTRANT) Wayne Fraser Conway & Kate Elizabeth Sylvester Composed of Wayne Fraser Conway and Kate Elizabeth Sylvester PARTNERSHIP NEW ZEALAND 6 Central Road Kingsland Auckland NEW ZEALAND |
| **Attorney of Record** | Mark N. Mutterperl |
| **Priority Date** | October 13, 1999 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Other Data** | The name "KATE SYLVESTER" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 16:04:40 ET**

**Serial Number:** 76025335 Assignment Information

**Registration Number:** 2572808

**Mark (words only):** KATE SYLVESTER

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-05-28

**Filing Date:** 2000-04-13

**Transformed into a National Application:** No

**Registration Date:** 2002-05-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-06-10

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Wayne Fraser Conway & Kate Elizabeth Sylvester

**Composed Of:**
Composed of Wayne Fraser Conway and Kate Elizabeth Sylvester
**Address:**
Wayne Fraser Conway & Kate Elizabeth Sylvester
6 Central Road Kingsland
Auckland
New Zealand
**Legal Entity Type:** Partnership
**State or Country Where Organized:** New Zealand

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Womenswear, namely, knitted and woven jackets including suit type, blouses and wind-resistant jackets, coats including rain coats, vests including waistcoats, padded vests and padded waistcoats, dresses, shirts, skirts including divided trousers, pants, t-shirts including sleeveless, long sleeve and short sleeve, leotards and bodysuits, underwear including bras and panties, knitwear; namely, hand and machine knitted dresses, skirts, pullovers, tank tops, jumpers, sweaters and cardigans
**Basis:** 1(a)
**First Use Date:** 1998-05-00
**First Use in Commerce Date:** 1999-10-01

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "KATE SYLVESTER" identifies a living individual whose consent is of record.

**Foreign Application Number:** 600687
**Country:** New Zealand
**Foreign Filing Date:** 1999-10-13

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2002-05-28 - Registered - Principal Register

2002-03-05 - Published for opposition

2002-02-13 - Notice of publication

2001-09-04 - Approved for Pub - Principal Register (Initial exam)

2001-04-03 - Communication received from applicant

2000-10-03 - Non-final action mailed

2000-09-19 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Mark N. Mutterperl (Attorney of record)

MARK N. MUTTERPERL
FULBRIGHT & JAWORSKI L.L.P.
666 FIFTH AVENUE

NEW YORK, NEW YORK 10103


**Domestic Representative**
Mark N. Mutterperl



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

**WARNING:** AFTER **SEARCHING** THE USPTO DATABASE, EVEN IF **YOU** THINK THE RESULTS ARE "O.K.," DO **NOT** ASSUME THAT YOUR MARK CAN BE REGISTERED AT THE USPTO. AFTER YOU FILE AN APPLICATION, THE USPTO MUST DO ITS OWN SEARCH AND OTHER REVIEW, AND MIGHT **REFUSE TO REGISTER** YOUR MARK.

**View Search History:** [                    ]

◉ Plural and Singular   ○ Singular

◉ Live and Dead   ○ Live   ○ Dead

**Search Term:**  2370865

**Field:**  Serial or Registration Number

**Result Must Contain:**  All Search Terms (AND)

[ Submit Query ]   [ Clear Query ]

[ Logout ]  *Please logout when you are done to release system resources allocated for you.*

This *New User (Basic)* search form allows for searching of the most commonly searched fields: word marks, serial or registration numbers, and owners.

The **Combined Word Mark** is the default search field and includes the **word mark** and **translation**.

Use the $ for truncation in any field. For **Combined Word Mark** searches, the * is a more efficient truncation operator for left and/or right truncation. For example, the search term *DOG* with the **Combined Word Mark** will retrieve marks with common variations of the word DOG in the word mark or translation statements. Use of the $ truncation operator sometimes results in a truncated hit list.

For serial number or registration number searches, enter the 8-digit serial number (e.g. 75123456) or 7-digit registration number (e.g., 1234567) and select *Serial or Registration Number* as the *Field* for the search. If multiple serial or registration numbers are searched, separate the numbers by spaces and change the *Results Must Contain* value to Any Search Terms (OR). (Alternatively, separate the number by the Boolean OR operator without adjusting the *Result Must Contain* value.)

Do **NOT** include the apostrophe for contractions. For example, search for the word DON'T by searching DON T. Including Boolean operators (e.g., AND, OR, NOT) or proximity operators (e.g., ADJ, NEAR, SAME, WITH) in your search will override the *Result Must Contain* setting for the search. To actually search for these Boolean or proximity operators, include quotes around the operator.

[TESS HOME] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | KATE KANYON |
| **Goods and Services** | IC 025. US 022 039. G & S: shawls, scarves. FIRST USE: 19980501. FIRST USE IN COMMERCE: 19980501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75747056 |
| **Filing Date** | July 6, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 2, 2000 |
| **Registration Number** | 2370865 |
| **Registration Date** | July 25, 2000 |
| **Owner** | (REGISTRANT) CANYON VIEW CASHMERE, LLC LTD LIAB CO DELAWARE 152 South Lasky Drive Beverly Hills CALIFORNIA 90212 |
| **Attorney of Record** | PETER M. EICHLER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "KATE KANYON" in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP |

Trademark Electronic Search System (TESS)                                Page 1 of 2

---

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |
|---|---|---|---|---|---|---|---|

Logout. Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*

*Browser to return to TESS)*

## Typed Drawing

| Word Mark | KATE COLLINS |
|---|---|
| Goods and Services | IC 025. US 039. G & S: CLOTHING- NAMELY, SWEATERS, KNIT TOPS, BLOUSES, JOGGING SUITS AND PANTS SETS. FIRST USE: 19550000. FIRST USE IN COMMERCE: 19550000 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Design Search Code | |
| Serial Number | 73534839 |
| Filing Date | April 29, 1985 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 3, 1985 |
| Registration Number | 1370260 |
| Registration Date | November 12, 1985 |
| Owner | (REGISTRANT) EL & EL NOVELTY CO., INC. CORPORATION NEW YORK 152 WEST 36TH STREET NEW YORK NEW YORK 10016 |
| Attorney of Record | JAY A. BONDELL |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 16:05:28 ET

**Serial Number:** 73534839 Assignment Information

**Registration Number:** 1370260

**Mark (words only):** KATE COLLINS

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1992-03-10

**Filing Date:** 1985-04-29

**Transformed into a National Application:** No

**Registration Date:** 1985-11-12

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the **Trademark Assistance Center** at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** M4D -TMO Law Office 113 - Docket Clerk

**Date In Location:** 2006-01-09

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. EL & EL NOVELTY CO., INC.

**Address:**
EL & EL NOVELTY CO., INC.
152 WEST 36TH STREET
NEW YORK, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

CLOTHING- NAMELY, SWEATERS, KNIT TOPS, BLOUSES, JOGGING SUITS AND PANTS
SETS
**Basis: 1(a)**
**First Use Date: 1955-00-00**
**First Use in Commerce Date: 1955-00-00**

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-01-06 - Case File In TICRS

1992-03-10 - Section 8 (6-year) accepted & Section 15 acknowledged

1991-10-29 - Section 8 (6-year) and Section 15 Filed

1985-11-12 - Registered - Principal Register

1985-09-03 - Published for opposition

1985-08-04 - Notice of publication

1985-07-03 - Approved for Pub - Principal Register (Initial exam)

1985-06-24 - Examiner's amendment mailed

1985-06-17 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
JAY A. BONDELL (Attorney of record)

JAY A. BONDELL
SCHWEITZER CORNMAN & GROSS
230 PARK AVENUE
NEW YORK, NY 10169



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# CARLA CARINI

| | |
|---|---|
| **Word Mark** | CARLA CARINI |
| **Goods and Services** | IC 025. US 022 039. G & S: Ladies', gents', and children's clothing, namely, shirts; blouses; skirts; jackets; trousers; shorts; vests; jerseys; pajamas; stockings; singlets; corsets; garter belts; pants; bras; petticoats; hats; scarves; neck-ties; rain-coats; overcoats; great-coats; bathing suits; sports overalls; wind-resistant jackets; ski-pants; belts; fur coats; excluding any type of footwear |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 76513770 |
| **Filing Date** | May 12, 2003 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Published for Opposition** | August 31, 2004 |
| **Registration Number** | 2904276 |
| **Registration Date** | November 23, 2004 |
| **Owner** | (REGISTRANT) CARLA CARINI S.p.A. CORPORATION ITALY Via IV Novembre, 47 46024 Moglia, Mantova ITALY |
| **Attorney of Record** | James V. Costigan |
| **Prior** | 2751532 |

**Registrations**

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:11:18 ET

Serial Number: 76513770 Assignment Information

Registration Number: 2904276

Mark

# CARLA CARINI

(words only): CARLA CARINI

Standard Character claim: No

Current Status: Registered.

Date of Status: 2004-11-23

Filing Date: 2003-05-12

Transformed into a National Application: No

Registration Date: 2004-11-23

Register: Principal

Law Office Assigned: LAW OFFICE 105

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2004-11-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CARLA CARINI S.p.A.

Address:
CARLA CARINI S.p.A.
Via IV Novembre, 47

46024 Moglia, Mantova
Italy
Legal Entity Type: Corporation
State or Country of Incorporation: Italy

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Ladies', gents', and children's clothing, namely, shirts; blouses; skirts; jackets; trousers; shorts; vests; jerseys; pajamas; stockings; singlets; corsets; garter belts; pants; bras; petticoats; hats; scarves; neckties; rain-coats; overcoats; great-coats; bathing suits; sports overalls; wind-resistant jackets; ski-pants; belts; fur coats; excluding any type of footwear
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2751532

**Foreign Registration Number:** 00810014
**Foreign Registration Date:** 1997-07-17
**Country:** Italy
**Foreign Expiration Date:** 2007-07-17

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-11-23 - Registered - Principal Register

2004-08-31 - Published for opposition

2004-08-11 - Notice of publication

2004-06-03 - Approved for Pub - Principal Register (Initial exam)

2004-05-17 - Communication received from applicant

2004-05-17 - PAPER RECEIVED

2003-11-24 - PAPER RECEIVED

2003-11-19 - Non-final action mailed

2003-11-18 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
James V. Costigan (Attorney of record)

JAMES V. COSTIGAN
HEDMAN, & COSTIGAN, P.C.
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2601

**Phone Number:** (212) 302-8989

**Domestic Representative**
James V. Costigan
**Phone Number:** (212) 302-8989



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ( *Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CARLA FRACCI |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: ashtrays of precious metal, tea balls of precious metal, belt buckles of precious metal for clothing, decorative boxes made of precious metal, jewelry boxes of precious metal, ankle bracelets, wrist bracelets, bracelets of precious metal, brooches, candle holders of precious metal, jewelry cases of precious metal, jewelry chains, chronometers, cigarette cases made of precious metal, cigarette holders of precious metal, cigarette lighters of precious metal, tie clips, coffee pots of precious metal, non-electric coffee servers of precious metal, coffee services of precious metal, cuff-links, ear clips, earrings, necktie fasteners, tie fasteners, jewelry and costume jewelry, necklaces, ornamental pins, pearls, pendants, serving platters of precious metal, pocket watches, rings being jewelry, candle rings of precious metal, napkin rings of precious metal, serviette rings of precious metal, sculptures made of precious metal, tea pots of precious metal, tea services of precious metal, tie pins, serving trays of precious metal, watches, wristwatches; non-electric candelabras made of precious metal, statues of precious metal, vases of precious metal <br><br> IC 024. US 042 050. G & S: bath linen, fabric bath mats, bed blankets, bed linen, bed sheets, bed spreads, table cloths not of paper, table linen, table linen namely coasters, curtains, window curtains, duvet covers, handkerchiefs, pillow cases, tapestries of textile, towels, kitchen towels, tea towels, mattress covers, dish cloths, textile bath mats <br><br> IC 025. US 022 039. G & S: pullovers, gloves, cardigans, jerseys, neckwear, sweaters, socks, stockings, tights, trousers, leggings, skirts, jackets, jerkins, shirts; vests, waistcoats, jumpers, track suits, blouses, blousons, jeans, sweat pants, gym suits, knickers, pants, shorts, T-shirts, sweat-shirts, suits and dresses, overcoats, coats, anoraks, raincoats, belts, suspenders, loungewear, underwear, beachwear, sleepwear, footwear, headwear, body suits, knit shirts, leg warmers, lingerie, mantles, mufflers, neckties, negligees, scarves, shawls, shoes, athletic shoes, wedding gowns, wedding dresses, dancing shoes, ballet shoes, ballet tutus, sweat bands, bras, brassieres, gym shorts, hosiery, jogging suits, neckerchiefs, panty hoses, sport shirts, leotards |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76206314 |

| | |
|---|---|
| Filing Date | February 7, 2001 |
| Current Filing Basis | 44E |
| Original Filing Basis | 1B;44E |
| Published for Opposition | July 23, 2002 |
| Registration Number | 2706093 |
| Registration Date | April 15, 2003 |
| Owner | (REGISTRANT) FRACCI, CARLA INDIVIDUAL ITALY Via San Damiano, 83 FIRENZE ITALY |
| Attorney of Record | HERBERT DUBNO |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

Latest Status Info

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 16:11:38 ET

Serial Number: 76206314 <u>Assignment Information</u>

Registration Number: 2706093

Mark (words only): CARLA FRACCI

Standard Character claim: No

Current Status: Registered.

Date of Status: 2003-04-15

Filing Date: 2001-02-07

Transformed into a National Application: No

Registration Date: 2003-04-15

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-04-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. FRACCI, CARLA

Address:
FRACCI, CARLA
Via San Damiano, 83
FIRENZE
Italy
Legal Entity Type: Individual
Country of Citizenship: Italy

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

ashtrays of precious metal, tea balls of precious metal, belt buckles of precious metal for clothing,
decorative boxes made of precious metal, jewelry boxes of precious metal, ankle bracelets, wrist
bracelets, bracelets of precious metal, brooches, candle holders of precious metal, jewelry cases of
precious metal, jewelry chains, chronometers, cigarette cases made of precious metal, cigarette holders
of precious metal, cigarette lighters of precious metal, tie clips, coffee pots of precious metal, non-
electric coffee servers of precious metal, coffee services of precious metal, cuff-links, ear clips, earrings,
necktie fasteners, tie fasteners, jewelry and costume jewelry, necklaces, ornamental pins, pearls,
pendants, serving platters of precious metal, pocket watches, rings being jewelry, candle rings of
precious metal, napkin rings of precious metal, serviette rings of precious metal, sculptures made of
precious metal, tea pots of precious metal, tea services of precious metal, tie pins, serving trays of
precious metal, watches, wristwatches; non-electric candelabras made of precious metal, statues of
precious metal, vases of precious metal
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 024
**Class Status:** Active
bath linen, fabric bath mats, bed blankets, bed linen, bed sheets, bed spreads, table cloths not of paper,
table linen, table linen namely coasters, curtains, window curtains, duvet covers, handkerchiefs, pillow
cases, tapestries of textile, towels, kitchen towels, tea towels, mattress covers, dish cloths, textile bath
mats
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
pullovers, gloves, cardigans, jerseys, neckwear, sweaters, socks, stockings, tights, trousers, leggings,
skirts, jackets, jerkins, shirts, vests, waistcoats, jumpers, track suits, blouses, blousons, jeans, sweat
pants, gym suits, knickers, pants, shorts, T-shirts, sweat-shirts, suits and dresses, overcoats, coats,
anoraks, raincoats, belts, suspenders, loungewear, underwear, beachwear, sleepwear, footwear,
headwear, body suits, knit shirts, leg warmers, lingerie, mantles, mufflers, neckties, negligees, scarves,
shawls, shoes, athletic shoes, wedding gowns, wedding dresses, dancing shoes, ballet shoes, ballet tutus,
sweat bands, bras, brassieres, gym shorts, hosiery, jogging suits, neckerchiefs, panty hoses, sport shirts,
leotards
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Foreign Registration Number:** 695.029
**Foreign Registration Date:** 1996-12-12
**Country:** Italy
**Foreign Expiration Date:** 2004-04-19

---

## MADRID PROTOCOL INFORMATION

Latest Status Info

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-04-15 - Registered - Principal Register

2003-02-28 - ITU claim deleted

2003-02-28 - Notice of Allowance canceled

2002-10-15 - Notice of allowance - mailed

2002-07-23 - Published for opposition

2002-07-03 - Notice of publication

2002-05-06 - Approved for Pub - Principal Register (Initial exam)

2002-05-06 - Previous allowance count withdrawn

2002-04-30 - Approved for Pub - Principal Register (Initial exam)

2001-11-30 - Communication received from applicant

2001-06-11 - Non-final action mailed

2001-06-07 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
HERBERT DUBNO (Attorney of record)

HERBERT DUBNO
THE FIRM OF KARL F ROSS PC
5676 RIVERDALE AVE # 900
BRONX NY 10471-2138

**Phone Number:** (718) 884-6600
**Fax Number:** (718) 601-1099

**Domestic Representative**
THE FIRM OF KARL F ROSS PC

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CARLA CONTI |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, footwear, headwear, underwear, hosiery and pantyhose |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75066087 |
| **Filing Date** | March 1, 1996 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 1B;44E |
| **Published for Opposition** | June 3, 1997 |
| **Registration Number** | 2090658 |
| **Registration Date** | August 26, 1997 |
| **Owner** | (REGISTRANT) Grupo Synkro, S.A. de C.V. CORPORATION MEXICO Blvd. Manuel Avila Camacho 191, 2 Piso Col. Chapultepec Morales, 11560 MEXICO D.F.

(LAST LISTED OWNER) CANMI, S.A. DE C.V. CORPORATION BY ASSIGNMENT MEXICO NEGRA MODELO NO. 38 FRACC. INDUSTRIAL ALCO BLANCO NAUCALPAN DE JUAREZ EDO. DE MEXICO MEXICO C.P. 5337 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | WILLIAM J SPATZ |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Affidavit Text**    SECT 15. SECT 8 (6-YR).

**Other Data**        "CARLA CONTI" does not identify any particular living individual.

**Live/Dead**         LIVE
**Indicator**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:11:59 ET

**Serial Number:** 75066087 <u>Assignment Information</u>

**Registration Number:** 2090658

**Mark (words only):** CARLA CONTI

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2003-10-25

**Filing Date:** 1996-03-01

**Transformed into a National Application:** No

**Registration Date:** 1997-08-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-10-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. CANMI, S.A. DE C.V.

**Address:**
CANMI, S.A. DE C.V.
NEGRA MODELO NO. 38 FRACC. INDUSTRIAL ALCO BLANCO
NAUCALPAN DE JUAREZ EDO. DE MEXICO C.P. 5337
Mexico
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Mexico

---

### GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active

clothing, namely, footwear, headwear, underwear, hosiery and pantyhose
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

Name Portrait Consent: "CARLA CONTI" does not identify any particular living individual.

Foreign Registration Number: 421018
Foreign Registration Date: 1992-03-26
Country: Mexico
Foreign Expiration Date: 2002-03-26

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-10-25 - Section 8 (6-year) accepted & Section 15 acknowledged

2003-09-04 - Section 8 (6-year) and Section 15 Filed

2003-09-04 - PAPER RECEIVED

2003-09-02 - TEAS Change Of Correspondence Received

1997-08-26 - Registered - Principal Register

1997-06-03 - Published for opposition

1997-05-02 - Notice of publication

1997-03-28 - Approved for Pub - Principal Register (Initial exam)

1997-03-21 - Examiner's amendment mailed

1997-03-21 - Assigned To Examiner

1997-02-07 - Communication received from applicant

1997-02-07 - ITU claim deleted

1996-08-08 - Non-final action mailed

1996-07-26 - Assigned To Examiner

1996-07-22 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
WILLIAM J SPATZ (Attorney of record)

VIRGINIA R. RICHARD
WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK NY 10166-4193

**Phone Number:** 212 294 6700
**Fax Number:** 212 294 4700

**Domestic Representative**
William J. Spatz

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CARLA |
| **Goods and Services** | IC 014. US 028. G & S: JEWELRY MADE OF PRECIOUS METALS, INCLUDING EARRINGS, BRACELETS, AND PINS. FIRST USE: 19651001. FIRST USE IN COMMERCE: 19651001 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 72295109 |
| **Filing Date** | April 8, 1968 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0868384 |
| **Registration Date** | April 22, 1969 |
| **Owner** | (REGISTRANT) CARLA JEWELRY CORP. CORPORATION RHODE ISLAND 270 BROADWAY PROVIDENCE RHODE ISLAND 02903 |
| | (LAST LISTED OWNER) CARLA CORP. CORPORATION BY CHANGE OF NAME FROM RHODE ISLAND 33 SUTTON AVENUE EAST PROVIDENCE RHODE ISLAND 02914 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | SALTER & MICHAELSON |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. |
| **Renewal** | 1ST RENEWAL 19890422 |
| **Live/Dead** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:12:17 ET

Serial Number: 72295109 Assignment Information

Registration Number: 868384

Mark (words only): CARLA

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 1989-05-16

Filing Date: 1968-04-08

Transformed into a National Application: No

Registration Date: 1969-04-22

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-11-26

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CARLA CORP.

Address:
CARLA CORP.
33 SUTTON AVENUE
EAST PROVIDENCE, RI 02914
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Rhode Island

---

## GOODS AND/OR SERVICES

U.S. Class: 028 (International Class 014)
Class Status: Active

JEWELRY MADE OF PRECIOUS METALS, INCLUDING EARRINGS, BRACELETS, AND PINS
Basis: 1(a)
First Use Date: 1965-10-01
First Use in Commerce Date: 1965-10-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1989-04-22 - First renewal

1989-03-31 - Section 9 filed/check record for Section 8

## CORRESPONDENCE INFORMATION

**Correspondent**
SALTER & MICHAELSON (Attorney of record)

SALTER & MICHAELSON
THE HERITAGE BUILDING
321 SOUTH MAIN STREET
PROVIDENCE, RHODE ISLAND 02903



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

   **CARLA AMORIM**

| | |
|---|---|
| **Word Mark** | CA CARLA AMORIM |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry. FIRST USE: 19940101. FIRST USE IN COMMERCE: 20021101 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 75633382 |
| **Filing Date** | February 3, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 25, 2000 |
| **Registration Number** | 2845096 |
| **Registration Date** | May 25, 2004 |
| **Owner** | (REGISTRANT) CK Amorim Ltda. Kelly Pinto De Amorim, and Carla Pinto Amorim both are Brazil citizens LTD LIAB CO BRAZIL Alameda Lorena, 1814/1822 Sao Paulo, SP BRAZIL |
| **Attorney of Record** | PERLA M. KUHN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "CARLA AMORIM" identifies a living individual whose consent is of record. |

**Live/Dead Indicator**          LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:12:37 ET

Serial Number: 75633382 Assignment Information

Registration Number: 2845096

Mark

 CARLA AMORIM

(words only): CA CARLA AMORIM

Standard Character claim: No

Current Status: Registered.

Date of Status: 2004-05-25

Filing Date: 1999-02-03

Transformed into a National Application: No

Registration Date: 2004-05-25

Register: Principal

Law Office Assigned: LAW OFFICE 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-06-07

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CK Amorim Ltda.

**Composed Of:**
Kelly Pinto De Amorim, and Carla Pinto Amorim both are Brazil citizens
**Address:**

CK Amorim Ltda.
Alameda Lorena, 1814/1822
Sao Paulo, SP
Brazil
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Brazil

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Jewelry
**Basis:** 1(a)
**First Use Date:** 1994-01-01
**First Use in Commerce Date:** 2002-11-01

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "CARLA AMORIM" identifies a living individual whose consent is of record.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-05-25 - Registered - Principal Register

2004-03-25 - Allowed for Registration - Principal Register (SOU accepted)

2004-03-25 - Assigned To Examiner

2004-03-01 - Communication received from applicant

2004-03-01 - PAPER RECEIVED

2003-08-29 - Non-final action mailed

2003-08-20 - Assigned To Examiner

2003-08-19 - Case File In TICRS

2003-08-06 - Statement of use processing complete

2003-07-17 - Amendment to Use filed

2003-07-17 - TEAS Statement of Use Received

Latest Status Info

2003-05-28 - Extension 5 granted

2003-01-17 - Extension 5 filed

2003-01-16 - Extension 4 granted

2002-07-18 - Extension 4 filed

2002-02-18 - Extension 3 granted

2003-01-21 - PAPER RECEIVED

2002-01-18 - Extension 3 filed

2002-07-22 - PAPER RECEIVED

2001-07-18 - Extension 2 granted

2001-07-18 - Extension 2 filed

2001-07-18 - Extension 1 granted

2001-01-18 - Extension 1 filed

2002-01-11 - Petition To Revive-Granted

2001-03-20 - Petition To Revive-Received

2001-12-28 - Abandonment - No use statement filed

2000-07-18 - Notice of allowance - mailed

2000-04-25 - Published for opposition

2000-03-24 - Notice of publication

2000-02-28 - Approved for Pub - Principal Register (Initial exam)

2000-01-20 - Communication received from applicant

1999-07-20 - Non-final action mailed

1999-07-15 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
PERLA M. KUHN (Attorney of record)

Latest Status Info

PERLA M. KUHN
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004


**Domestic Representative**
HUGHES HUBBARD & REED LLP

7/26/2006

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout. Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS)*

| Word Mark | PRINCESS DIANE |
|---|---|
| Goods and Services | IC 025. US 039. G & S: Clothing-Namely, Women's Blouses, Shirts, Sweaters, Vests, Tunics, Skirts, Pants, Dresses, Suits, Jackets, Lingerie, Hosiery, Belts, Shoes, and Hats. FIRST USE: 19820826. FIRST USE IN COMMERCE: 19820826 |
| | (CANCELLED) IC 024. US 042. G & S: Towels, Draperies, Table Covers and Tablecloths, Textile Napkins, Curtains and Fabrics Comprised of Silk, Wool, Cotton or Synthetic Materials or a Combination Thereof. FIRST USE: 19820826. FIRST USE IN COMMERCE: 19820826 |
| | (CANCELLED) IC 021. US 029. G & S: COSMETIC BRUSHES, NAMELY, FACE POWDER BRUSHES, BLUSH BRUSHES, LIPSTICK BRUSHES, EYELINER BRUSHES, EYESHADOW BRUSHES, EYEBROW BRUSHES, AND MASCARA BRUSHES. FIRST USE: 19820826. FIRST USE IN COMMERCE: 19820826 |
| | (CANCELLED) IC 018. US 003. G & S: Luggage. FIRST USE: 19820826. FIRST USE IN COMMERCE: 19820826 |
| | (CANCELLED) IC 014. US 028. G & S: Jewelry-Namely, Pendants. FIRST USE: 19820826. FIRST USE IN COMMERCE: 19820826 |
| | (CANCELLED) IC 009. US 026. G & S: Eyeglasses and Frames Therefor. FIRST USE: 19820826. FIRST USE IN COMMERCE: 19820826 |
| | IC 003. US 051. G & S: Perfumes, Colognes, Eau de Colognes and Eau de Toilette. FIRST USE: 19820826. FIRST USE IN COMMERCE: 19820826 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |

| | |
|---|---|
| **Design Search Code** | |
| **Serial Number** | 73383319 |
| **Filing Date** | September 2, 1982 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 7, 1984 |
| **Change in Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1387179 |
| **Registration Date** | March 25, 1986 |
| **Owner** | (REGISTRANT) DIANE VON FURSTENBERG STUDIO PARTNERSHIP CONNECTICUT ASPETUCK ROAD NEW MILFORD CONNECTICUT 06776 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | HOWARD N. ARONSON |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2006-07-26 16:13:03 ET**

**Serial Number: 73383319** <u>Assignment Information</u>

**Registration Number: 1387179**

**Mark**



**(words only): PRINCESS DIANE**

**Standard Character claim: No**

**Current Status: A partial Section 8 affidavit has been accepted.**

**Date of Status: 1994-02-18**

**Filing Date: 1982-09-02**

**Transformed into a National Application: No**

**Registration Date: 1986-03-25**

**Register: Principal**

**Law Office Assigned: (NOT AVAILABLE)**

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location: 900 -File Repository (Franconia)**

**Date In Location: 1994-03-07**

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. DIANE VON FURSTENBERG STUDIO

**Address:**
DIANE VON FURSTENBERG STUDIO
ASPETUCK ROAD

NEW MILFORD, CT 06776
United States
**Legal Entity Type:** Partnership
**State or Country Where Organized:** Connecticut

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
Perfumes, Colognes, Eau de Colognes and Eau de Toilette
**Basis:** 1(a)
**First Use Date:** 1982-08-26
**First Use in Commerce Date:** 1982-08-26

**International Class:** 009
**Class Status:** Section 8 - Cancelled
Eyeglasses and Frames Therefor
**Basis:** 1(a)
**First Use Date:** 1982-08-26
**First Use in Commerce Date:** 1982-08-26

**International Class:** 014
**Class Status:** Section 8 - Cancelled
Jewelry-Namely, Pendants
**Basis:** 1(a)
**First Use Date:** 1982-08-26
**First Use in Commerce Date:** 1982-08-26

**International Class:** 018
**Class Status:** Section 8 - Cancelled
Luggage
**Basis:** 1(a)
**First Use Date:** 1982-08-26
**First Use in Commerce Date:** 1982-08-26

**International Class:** 021
**Class Status:** Section 8 - Cancelled
COSMETIC BRUSHES, NAMELY, FACE POWDER BRUSHES, BLUSH BRUSHES, LIPSTICK
BRUSHES, EYELINER BRUSHES, EYESHADOW BRUSHES, EYEBROW BRUSHES, AND
MASCARA BRUSHES
**Basis:** 1(a)
**First Use Date:** 1982-08-26
**First Use in Commerce Date:** 1982-08-26

**International Class:** 024
**Class Status:** Section 8 - Cancelled
Towels, Draperies, Table Covers and Tablecloths, Textile Napkins, Curtains and Fabrics Comprised of
Silk, Wool, Cotton or Synthetic Materials or a Combination Thereof
**Basis:** 1(a)
**First Use Date:** 1982-08-26

Latest Status Info

First Use in Commerce Date: 1982-08-26

International Class: 025
Class Status: Active
Clothing-Namely, Women's Blouses, Shirts, Sweaters, Vests, Tunics, Skirts, Pants, Dresses, Suits,
Jackets, Lingerie, Hosiery, Belts, Shoes, and Hats
Basis: 1(a)
First Use Date: 1982-08-26
First Use in Commerce Date: 1982-08-26

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-02-06 - TEAS Change Of Correspondence Received

1994-02-18 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1994-01-07 - Section 7 correction issued

1993-05-03 - Response received for Post Registration action

1993-04-21 - Post Registration action mailed - Section 7

1993-02-08 - Section 7 amendment filed

1993-02-08 - Response received for Post Registration action

1992-03-16 - Section 8 (6-year) and Section 15 Filed

1986-03-25 - Registered - Principal Register

1986-01-29 - Opposition terminated for Proceeding

1985-01-09 - Opposition instituted for Proceeding

1984-08-07 - Published for opposition

1984-06-07 - Notice of publication

1984-04-24 - Approved for Pub - Principal Register (Initial exam)

1984-04-24 - Examiner's amendment mailed

Latest Status Info

1984-03-06 - Assigned To Examiner

1984-02-01 - Communication received from applicant

1984-01-25 - Non-final action mailed

1983-11-14 - Communication received from applicant

1983-06-07 - Non-final action mailed

1983-05-23 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
HOWARD N. ARONSON (Attorney of record)

Howard N. Aronson
Lackenbach Siegel LLP
Lackenbach Siegel Building
One Chase Road
Scarsdale NY 10583
Phone Number: 914-723-4300
Fax Number: 914-723-4301

Latest Status Info

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:13:03 ET

Serial Number: 73383319 <u>Assignment Information</u>

Registration Number: 1387179

Mark



(words only): PRINCESS DIANE

Standard Character claim: No

Current Status: A partial Section 8 affidavit has been accepted.

Date of Status: 1994-02-18

Filing Date: 1982-09-02

Transformed into a National Application: No

Registration Date: 1986-03-25

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 1994-03-07

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. DIANE VON FURSTENBERG STUDIO

**Address:**
DIANE VON FURSTENBERG STUDIO
ASPETUCK ROAD

NEW MILFORD, CT 06776
United States
**Legal Entity Type:** Partnership
**State or Country Where Organized:** Connecticut

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
Perfumes, Colognes, Eau de Colognes and Eau de Toilette
**Basis:** 1(a)
**First Use Date:** 1982-08-26
**First Use in Commerce Date:** 1982-08-26

**International Class:** 009
**Class Status:** Section 8 - Cancelled
Eyeglasses and Frames Therefor
**Basis:** 1(a)
**First Use Date:** 1982-08-26
**First Use in Commerce Date:** 1982-08-26

**International Class:** 014
**Class Status:** Section 8 - Cancelled
Jewelry-Namely, Pendants
**Basis:** 1(a)
**First Use Date:** 1982-08-26
**First Use in Commerce Date:** 1982-08-26

**International Class:** 018
**Class Status:** Section 8 - Cancelled
Luggage
**Basis:** 1(a)
**First Use Date:** 1982-08-26
**First Use in Commerce Date:** 1982-08-26

**International Class:** 021
**Class Status:** Section 8 - Cancelled
COSMETIC BRUSHES, NAMELY, FACE POWDER BRUSHES, BLUSH BRUSHES, LIPSTICK
BRUSHES, EYELINER BRUSHES, EYESHADOW BRUSHES, EYEBROW BRUSHES, AND
MASCARA BRUSHES
**Basis:** 1(a)
**First Use Date:** 1982-08-26
**First Use in Commerce Date:** 1982-08-26

**International Class:** 024
**Class Status:** Section 8 - Cancelled
Towels, Draperies, Table Covers and Tablecloths, Textile Napkins, Curtains and Fabrics Comprised of
Silk, Wool, Cotton or Synthetic Materials or a Combination Thereof
**Basis:** 1(a)
**First Use Date:** 1982-08-26

First Use in Commerce Date: 1982-08-26

International Class: 025
Class Status: Active
Clothing-Namely, Women's Blouses, Shirts, Sweaters, Vests, Tunics, Skirts, Pants, Dresses, Suits,
Jackets, Lingerie, Hosiery, Belts, Shoes, and Hats
Basis: 1(a)
First Use Date: 1982-08-26
First Use in Commerce Date: 1982-08-26

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-02-06 - TEAS Change Of Correspondence Received

1994-02-18 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1994-01-07 - Section 7 correction issued

1993-05-03 - Response received for Post Registration action

1993-04-21 - Post Registration action mailed - Section 7

1993-02-08 - Section 7 amendment filed

1993-02-08 - Response received for Post Registration action

1992-03-16 - Section 8 (6-year) and Section 15 Filed

1986-03-25 - Registered - Principal Register

1986-01-29 - Opposition terminated for Proceeding

1985-01-09 - Opposition instituted for Proceeding

1984-08-07 - Published for opposition

1984-06-07 - Notice of publication

1984-04-24 - Approved for Pub - Principal Register (Initial exam)

1984-04-24 - Examiner's amendment mailed

1984-03-06 - Assigned To Examiner

1984-02-01 - Communication received from applicant

1984-01-25 - Non-final action mailed

1983-11-14 - Communication received from applicant

1983-06-07 - Non-final action mailed

1983-05-23 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
HOWARD N. ARONSON (Attorney of record)

Howard N. Aronson
Lackenbach Siegel LLP
Lackenbach Siegel Building
One Chase Road
Scarsdale NY 10583
**Phone Number:** 914-723-4300
**Fax Number:** 914-723-4301



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DIANE VON FURSTENBERG |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: EYEGLASSES, SUNGLASSES, MAGNIFIERS, FRAMES, LENSES, EYEWEAR, ACCESSORIES, NAMELY CASES, CHAINS, CLEANING CLOTHS PACKAGED AS A UNIT WITH EYEGLASSES AND/OR EYEGLASS CASES. FIRST USE: 19900000. FIRST USE IN COMMERCE: 19900000 |
| | IC 014. US 002 027 028 050. G & S: WATCHES, CLOCKS AND JEWELRY, JEWELRY BOXES AND CASES OF PRECIOUS METAL, ORNAMENTS OF PRECIOUS METAL. FIRST USE: 19970900. FIRST USE IN COMMERCE: 19970900 |
| | IC 024. US 042 050. G & S: BED, BATH, HOUSEHOLD AND TABLE LINENS; DRAPERIES AND FABRICS FOR THE MANUFACTURE OF DRAPERIES; BEDSPREADS AND COMFORTERS; SHOWER CURTAINS; AFGHANS, COVER FOR PILLOWS AND CUSHIONS. FIRST USE: 19780627. FIRST USE IN COMMERCE: 19780627 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78259240 |
| **Filing Date** | June 6, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 1, 2004 |
| **Registration Number** | 2877401 |
| **Registration Date** | August 24, 2004 |
| **Owner** | (REGISTRANT) Diane Von Furstenberg Studio Diane Von Furstenberg PARTNERSHIP CONNECTICUT Cloudwalk Farm Aspetuck Road New Milford CONNECTICUT 06776 |

| | |
|---|---|
| **Attorney of Record** | Howard N. Aronson |
| **Prior Registrations** | 1278845;2140258;2234750 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:13:32 ET

Serial Number: 78259240 <u>Assignment Information</u>

Registration Number: 2877401

Mark (words only): DIANE VON FURSTENBERG

Standard Character claim: No

Current Status: Registered.

Date of Status: 2004-08-24

Filing Date: 2003-06-06

Transformed into a National Application: No

Registration Date: 2004-08-24

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact
the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-08-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Diane Von Furstenberg Studio

**Composed Of:**
Diane Von Furstenberg
**Address:**
Diane Von Furstenberg Studio
Cloudwalk Farm Aspetuck Road
New Milford, CT 06776
United States
**Legal Entity Type:** Partnership
**State or Country Where Organized:** Connecticut

---

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
EYEGLASSES, SUNGLASSES, MAGNIFIERS, FRAMES, LENSES, EYEWEAR, ACCESSORIES,
NAMELY CASES, CHAINS, CLEANING CLOTHS PACKAGED AS A UNIT WITH EYEGLASSES
AND/OR EYEGLASS CASES
**Basis:** 1(a)
**First Use Date:** 1990-00-00
**First Use in Commerce Date:** 1990-00-00

**International Class:** 014
**Class Status:** Active
WATCHES, CLOCKS AND JEWELRY, JEWELRY BOXES AND CASES OF PRECIOUS METAL,
ORNAMENTS OF PRECIOUS METAL
**Basis:** 1(a)
**First Use Date:** 1997-09-00
**First Use in Commerce Date:** 1997-09-00

**International Class:** 024
**Class Status:** Active
BED, BATH, HOUSEHOLD AND TABLE LINENS; DRAPERIES AND FABRICS FOR THE
MANUFACTURE OF DRAPERIES; BEDSPREADS AND COMFORTERS; SHOWER CURTAINS;
AFGHANS, COVER FOR PILLOWS AND CUSHIONS
**Basis:** 1(a)
**First Use Date:** 1978-06-27
**First Use in Commerce Date:** 1978-06-27

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1278845
2140258
2234750

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-06-15 - TEAS Change Of Correspondence Received

2004-08-24 - Registered - Principal Register

2004-06-01 - Published for opposition

2004-05-12 - Notice of publication

2004-02-23 - Approved for Pub - Principal Register (Initial exam)

2003-12-24 - Communication received from applicant

2003-12-24 - PAPER RECEIVED

2003-11-14 - Non-final action e-mailed

2003-11-14 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Howard N. Aronson (Attorney of record)

Howard N. Aronson
Lackenbach Siegel LLP
Lackenbach Siegel Building
One Chase Road
Scarsdale NY 10583
**Phone Number:** 914-723-4300
**Fax Number:** 914-723-4301

**Domestic Representative**
Howard N. Aronson
**Phone Number:** 914-723-4300
**Fax Number:** 914-723-4301

Trademark Electronic Search System (TESS)                                Page 1 of 2



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DIANE POITIERS |
| **Goods and Services** | IC 025. US 022 039. G & S: lingerie for women and girls. FIRST USE: 20000601. FIRST USE IN COMMERCE: 20000601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.02 - Ovals, plain single line; Plain single line ovals<br>26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters |
| **Serial Number** | 78105245 |
| **Filing Date** | January 28, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 13, 2004 |
| **Registration Number** | 3087137 |
| **Registration Date** | May 2, 2006 |
| **Owner** | (REGISTRANT) Emcoltex Ltda. CORPORATION COLOMBIA CRA 30 #11-17-Piso 4 Bogota COLOMBIA |
| **Attorney of Record** | Jesus Sanchelima |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 16:13:51 ET

Serial Number: 78105245 <u>Assignment Information</u>

Registration Number: 3087137

**Mark**



(words only): DIANE POITIERS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-05-02

**Filing Date:** 2002-01-28

**Transformed into a National Application:** No

**Registration Date:** 2006-05-02

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-05-02

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Emcoltex Ltda.

**Address:**
Emcoltex Ltda.
CRA 30 #11-17-Piso 4

Bogota
Colombia
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Colombia
**Phone Number:** (305) 447-1617

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
lingerie for women and girls
**Basis:** 1(a)
**First Use Date:** 2000-06-01
**First Use in Commerce Date:** 2000-06-01

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

**Design Search Code(s):**
**26.03.02** - Ovals, plain single line; Plain single line ovals
**26.17.13** - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-05-02 - Registered - Principal Register

2004-09-17 - Assigned To Examiner

2004-07-13 - Published for opposition

2004-06-23 - Notice of publication

2004-03-12 - Approved for Pub - Principal Register (Initial exam)

2004-01-26 - Communication received from applicant

2004-02-13 - Case File In TICRS

2004-01-26 - TEAS Response to Office Action Received

2003-07-25 - Final refusal mailed

2003-06-30 - Communication received from applicant

2003-06-30 - PAPER RECEIVED

2003-03-05 - Non-final action mailed

2003-03-04 - Previous allowance count withdrawn

2002-12-26 - Approved for Pub - Principal Register (Initial exam)

2002-12-20 - Previous allowance count withdrawn

2002-06-12 - Approved for Pub - Principal Register (Initial exam)

2002-06-11 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Jesus Sanchelima (Attorney of record)

Jesus Sanchelima
Sanchelima & Associates, P.A.
235 S.W. Le Jeune road
Miami FL 33134

**Phone Number:** (305) 447-1617

**Domestic Representative**
Jesus Sanchelima
**Phone Number:** (305) 447-1617

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# DIANE RAULSTON

| | |
|---|---|
| **Word Mark** | DIANE RAULSTON |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, women's dresses and gowns. FIRST USE: 20040503. FIRST USE IN COMMERCE: 20040503 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 76589965 |
| **Filing Date** | May 3, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 27, 2005 |
| **Registration Number** | 3117663 |
| **Registration Date** | July 18, 2006 |
| **Owner** | (REGISTRANT) RAULSTON, DIANE INDIVIDUAL UNITED STATES 322 East 61 Street, Apt. B New York NEW YORK 10021 |
| **Attorney of Record** | Scott J. Fields |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:14:11 ET

Serial Number: 76589965 <u>Assignment Information</u>

Registration Number: 3117663

Mark

# DIANE RAULSTON

(words only): DIANE RAULSTON

Standard Character claim: Yes

Current Status: Registered.

Date of Status: 2006-07-18

Filing Date: 2004-05-03

Transformed into a National Application: No

Registration Date: 2006-07-18

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact
the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 650 -Publication And Issue Section

Date In Location: 2006-06-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. RAULSTON, DIANE

Address:
RAULSTON, DIANE
322 East 61 Street, Apt. B

New York, NY 10021
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
clothing, namely, women's dresses and gowns
**Basis:** 1(a)
**First Use Date:** 2004-05-03
**First Use in Commerce Date:** 2004-05-03

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-07-18 - Registered - Principal Register

2006-05-31 - Law Office Registration Review Completed

2006-05-31 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-05-20 - TEAS Change Of Correspondence Received

2006-05-19 - Assigned To LIE

2006-05-18 - Allowed for Registration - Principal Register (SOU accepted)

2006-05-02 - Statement of use processing complete

2006-04-19 - Amendment to Use filed

2006-04-19 - TEAS Statement of Use Received

2005-12-20 - Notice of allowance - mailed

2005-09-27 - Published for opposition

2005-09-07 - Notice of publication

2005-06-07 - Law Office Publication Review Completed

2005-06-03 - Assigned To LIE

2005-05-31 - Examiner's amendment mailed

2005-05-31 - Approved for Pub - Principal Register (Initial exam)

2005-05-31 - Examiners Amendment -Written

2004-12-01 - Non-final action mailed

2004-11-30 - Non-Final Action Written

2004-11-30 - Assigned To Examiner

2004-05-14 - New Application Entered In Tram

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Scott J. Fields (Attorney of record)

diane raulston
322 E. 61 Street, Apt. B
New York NY 10021

**Phone Number:** 212-207-4058
**Fax Number:** 212-750-1516

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DIANE GILMAN |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: HANDBAGS. FIRST USE: 19950100. FIRST USE IN COMMERCE: 19950100 |
| | IC 025. US 022 039. G & S: WOMEN'S WEARING APPAREL, NAMELY, BLOUSES, SHIRTS, SKIRTS, PANTS, SWEATERS, CARDIGANS, BLAZERS, JACKETS, COATS, SUITS, BODYSUITS, DRESSES, NIGHTWEAR, LINGERIE, BATHING SUITS, SCARVES, SHAWLS, GLOVES, BELTS; HEADWEAR, NAMELY, HATS, CAPS AND BERETS; FOOTWEAR, NAMELY, SHOES, BOOTS, SANDALS, THONGS, AND ESPADRILLES. FIRST USE: 19800100. FIRST USE IN COMMERCE: 19800100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75794635 |
| **Filing Date** | September 8, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 12, 2000 |
| **Registration Number** | 2433104 |
| **Registration Date** | March 6, 2001 |
| **Owner** | (REGISTRANT) Gilman, Diane INDIVIDUAL UNITED STATES 1441 Broadway, Suite 2308 New York NEW YORK 10018 |
| **Attorney of Record** | Felicia G. Traub |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:14:30 ET

Serial Number: 75794635 <u>Assignment Information</u>

Registration Number: 2433104

Mark (words only): DIANE GILMAN

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-03-06

Filing Date: 1999-09-08

Transformed into a National Application: No

Registration Date: 2001-03-06

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-03-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Gilman, Diane

**Address:**
Gilman, Diane
1441 Broadway, Suite 2308
New York, NY 10018
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active

HANDBAGS
Basis: 1(a)
First Use Date: 1995-01-00
First Use in Commerce Date: 1995-01-00

International Class: 025
Class Status: Active
WOMEN'S WEARING APPAREL, NAMELY, BLOUSES, SHIRTS, SKIRTS, PANTS, SWEATERS,
CARDIGANS, BLAZERS, JACKETS, COATS, SUITS, BODYSUITS, DRESSES, NIGHTWEAR,
LINGERIE, BATHING SUITS, SCARVES, SHAWLS, GLOVES, BELTS; HEADWEAR, NAMELY,
HATS, CAPS AND BERETS; FOOTWEAR, NAMELY, SHOES, BOOTS, SANDALS, THONGS,
AND ESPADRILLES
Basis: 1(a)
First Use Date: 1980-01-00
First Use in Commerce Date: 1980-01-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-09-03 - PAPER RECEIVED

2001-03-06 - Registered - Principal Register

2000-12-12 - Published for opposition

2000-11-10 - Notice of publication

2000-10-12 - Approved for Pub - Principal Register (Initial exam)

2000-07-05 - Communication received from applicant

2000-01-05 - Non-final action mailed

1999-12-27 - Assigned To Examiner

1999-12-20 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

Correspondent
Felicia G. Traub (Attorney of record)

FELICIA G. TRAUB
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036-6799