# EXHIBIT A

Continued



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    BOTTOM    HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status    ASSIGN Status    TDR    TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Christian Berg

| | |
|---|---|
| **Word Mark** | CHRISTIAN BERG |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Soaps; perfumery, essential oils, hair lotion; dentifrices |
| | IC 018. US 001 002 003 022 041. G & S: Leather and imitations of leather and goods made of these materials and not included in other classes, namely, briefcases, duffel bags, garment bags for travel, handbags, luggage, purses, rucksacks, shoulder bags, sports bags, suitcases, traveling bags, trunks, and wallets |
| | IC 025. US 022 039. G & S: Clothing, footwear, and headgear, namely, ascots, athletic uniforms, bathing suits, bathrobes, belts, caps, coats, dressing gowns, gloves, hats, hosiery, jackets, jeans, jerseys, jogging suits, lingerie, mittens, neckties, pajamas, pants, pullovers, raincoats, robes, scarves, shirts, shoes, shorts, skirts, sleepwear, slips, sneakers, socks, sport coats, sport shirts, stockings, suits, sweatshirts, sweat suits, sweaters, swimwear, T-shirts, ties, trousers, undershirts, underwear, vests, and wind resistant jackets |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 79002483 |
| **Filing Date** | March 24, 2004 |
| **Current Filing Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | August 30, 2005 |
| **Registration Number** | 3018056 |

| | |
|---|---|
| International Registration Number | 0824526 |
| Registration Date | November 22, 2005 |
| Owner | (REGISTRANT) Anson's Herrenhaus KG KG FED REP GERMANY Berliner Allee 2 D-40212 Düsseldorf FED REP GERMANY |
| Attorney of Record | William D. Raman |
| Priority Date | December 2, 2003 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Other Data | The name "CHRISTIAN BERG" does not identify a particular living individual. |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 16:32:37 ET

Serial Number: 79002483 Assignment Information

Registration Number: 3018056

**Mark**

# Christian Berg

**(words only):** CHRISTIAN BERG

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2005-11-22

**Filing Date:** 2004-03-24

**Transformed into a National Application:** No

**Registration Date:** 2005-11-22

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-11-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Anson's Herrenhaus KG

**Address:**
Anson's Herrenhaus KG
Berliner Allee 2 D-40212 Düsseldorf
Fed Rep Germany
**Legal Entity Type:** KG
**State or Country Where Organized:** Fed Rep Germany

---

## GOODS AND/OR SERVICES

**International Class: 003**
**Class Status: Active**
Soaps; perfumery, essential oils, hair lotion; dentifrices
**Basis: 66(a)**
**First Use Date: (DATE NOT AVAILABLE)**
**First Use in Commerce Date: (DATE NOT AVAILABLE)**

**International Class: 018**
**Class Status: Active**
Leather and imitations of leather and goods made of these materials and not included in other classes,
namely, briefcases, duffel bags, garment bags for travel, handbags, luggage, purses, rucksacks, shoulder
bags, sports bags, suitcases, traveling bags, trunks, and wallets
**Basis: 66(a)**
**First Use Date: (DATE NOT AVAILABLE)**
**First Use in Commerce Date: (DATE NOT AVAILABLE)**

**International Class: 025**
**Class Status: Active**
Clothing, footwear, and headgear, namely, ascots, athletic uniforms, bathing suits, bathrobes, belts, caps,
coats, dressing gowns, gloves, hats, hosiery, jackets, jeans, jerseys, jogging suits, lingerie, mittens,
neckties, pajamas, pants, pullovers, raincoats, robes, scarves, shirts, shoes, shorts, skirts, sleepwear,
slips, sneakers, socks, sport coats, sport shirts, stockings, suits, sweatshirts, sweat suits, sweaters,
swimwear, T-shirts, ties, trousers, undershirts, underwear, vests, and wind resistant jackets
**Basis: 66(a)**
**First Use Date: (DATE NOT AVAILABLE)**
**First Use in Commerce Date: (DATE NOT AVAILABLE)**

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "CHRISTIAN BERG" does not identify a particular living
individual.

---

## MADRID PROTOCOL INFORMATION

**International Registration Number:** 0824526
**International Registration Date:** 2004-03-24
**Priority Claimed:** Yes
**Date of Section 67 Priority Claim:** 2003-12-02
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2004-06-10
**International Registration Renewal Date:** 2014-03-24
**Notification of Designation Date:** 2004-06-10
**Date of Automatic Protection:** 2005-12-10
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** Yes

---

## PROSECUTION HISTORY

2006-07-20 - Final Disposition Notice Sent To IB

2006-07-20 - Final Disposition Processed

2006-07-12 - Final Disposition Notice Created, To Be Sent To IB

2005-11-22 - Registered - Principal Register

2005-11-10 - Notification Of Possible Opposition Created, To Be Sent To IB

2005-08-30 - Published for opposition

2005-08-10 - Notice of publication

2005-05-12 - Law Office Publication Review Completed

2005-05-06 - Assigned To LIE

2005-05-04 - Approved for Pub - Principal Register (Initial exam)

2005-04-15 - Final refusal mailed

2005-04-14 - Final Refusal Written

2005-04-14 - Amendment From Applicant Entered

2005-04-07 - Communication received from applicant

2005-04-07 - PAPER RECEIVED

2005-04-06 - TEAS Change Of Correspondence Received

2004-11-04 - Refusal Processed By IB

2004-10-06 - Non-final action mailed

2004-10-04 - Non-Final Action Written

2004-10-04 - Assigned To Examiner

2004-06-10 - New Application Entered In Tram

2004-06-10 - Sn Assigned For Sect 66a Appl From IB

## CORRESPONDENCE INFORMATION

**Correspondent**
William D. Raman (Attorney of record)

William D. Raman
WONG CABELLO
P.O. Box 685108
Austin TX 78768-5108

**Phone Number:** (512) 473-2550
**Fax Number:** (512) 473-2555

**Domestic Representative**
William D. Raman

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CHRISTIAN |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, T-shirts, shirts, shorts, pants, jackets, fleece shirts, fleece pants, sweaters, belts, caps, shoes, socks. FIRST USE: 20000501. FIRST USE IN COMMERCE: 20000501 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.09.06 - Arches<br>26.17.08 - Band, one (geometric); Bar, one; Line, one; One line, band, bar or angle<br>26.17.09 - Bands, curved; Bars, curved ; Curved line(s), band(s) or bar(s); Lines, curved<br>26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters<br>26.17.25 - Other lines, bands or bars |
| **Serial Number** | 76074094 |
| **Filing Date** | June 19, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 23, 2002 |
| **Registration Number** | 2593706 |
| **Registration Date** | July 16, 2002 |
| **Owner** | (REGISTRANT) TENNBERG, GABRIEL DBA CHRISTIAN INTERNATIONAL INDIVIDUAL UNITED STATES 222 5TH STREET #A HUNTINGTON BEACH CALIFORNIA 92648 |
| **Attorney of Record** | GABRIEL TENNBERG |

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "Christian" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:43:21 ET

Serial Number: 76074094 Assignment Information

Registration Number: 2593706

Mark



(words only): CHRISTIAN

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-07-16

Filing Date: 2000-06-19

Transformed into a National Application: No

Registration Date: 2002-07-16

Register: Principal

Law Office Assigned: LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-07-30

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TENNBERG, GABRIEL

Address:
TENNBERG, GABRIEL
222 5TH STREET #A

HUNTINGTON BEACH, CA 92648
United States
Legal Entity Type: Individual
Country of Citizenship: United States

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active
clothing, namely, T-shirts, shirts, shorts, pants, jackets, fleece shirts, fleece pants, sweaters, belts, caps, shoes, socks
Basis: 1(a)
First Use Date: 2000-05-01
First Use in Commerce Date: 2000-05-01

## ADDITIONAL INFORMATION

Disclaimer: "Christian"

Design Search Code(s):
07.09.06 - Arches
26.17.08 - Band, one (geometric); Bar, one; Line, one; One line, band, bar or angle
26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved
26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters
26.17.25 - Other lines, bands or bars

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-07-16 - Registered - Principal Register

2002-04-23 - Published for opposition

2002-04-03 - Notice of publication

2001-10-17 - Approved for Pub - Principal Register (Initial exam)

2001-04-30 - Communication received from applicant

2001-04-02 - Non-final action mailed

2000-12-28 - Assigned To Examiner

2000-12-18 - Assigned To Examiner

# CORRESPONDENCE INFORMATION

**Correspondent**
GABRIEL TENNBERG (Attorney of record)

GABRIEL TENNBERG
222 5TH STREET #A
HUNTINGTON BEACH, CA 92648

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP |

Logout. Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN MICHELE |
| **Goods and Services** | IC 025. US 022 039. G & S: WOMEN'S CLOTHING, NAMELY, SKIRTS, BLOUSES, DRESSES, SWEATERS, SUITS, RAINCOATS, COATS, CAMISOLES, SLIPS, COORDINATED SETS CONSISTING OF SKIRTS, PANTS AND JACKETS; AND CLOTHING ACCESSORIES, NAMELY, SCARVES, GLOVES AND HATS. FIRST USE: 20000501. FIRST USE IN COMMERCE: 20000501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75827830 |
| **Filing Date** | October 20, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 13, 2001 |
| **Registration Number** | 2520926 |
| **Registration Date** | December 18, 2001 |
| **Owner** | (REGISTRANT) GROUP USA CORPORATION NEW JERSEY 25 Enterprise Avenue Secaucus NEW JERSEY 07094 |
| **Attorney of Record** | PASQUALE A. RAZZANO |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The mark "CHRISTIAN MICHELE" does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:43:56 ET

Serial Number: 75827830 Assignment Information

Registration Number: 2520926

Mark (words only): CHRISTIAN MICHELE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-12-18

Filing Date: 1999-10-20

Transformed into a National Application: No

Registration Date: 2001-12-18

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-01-03

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GROUP USA

Address:
GROUP USA
25 Enterprise Avenue
Secaucus, NJ 07094
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New Jersey

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

WOMEN'S CLOTHING, NAMELY, SKIRTS, BLOUSES, DRESSES, SWEATERS, SUITS, RAINCOATS, COATS, CAMISOLES, SLIPS, COORDINATED SETS CONSISTING OF SKIRTS, PANTS AND JACKETS; AND CLOTHING ACCESSORIES, NAMELY, SCARVES, GLOVES AND HATS

**Basis:** 1(a)
**First Use Date:** 2000-05-01
**First Use in Commerce Date:** 2000-05-01

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The mark "CHRISTIAN MICHELE" does not identify a living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2001-12-18 - Registered - Principal Register

2001-08-15 - Allowed for Registration - Principal Register (SOU accepted)

2001-08-01 - Assigned To Examiner

2001-07-28 - Statement of use processing complete

2001-07-05 - Amendment to Use filed

2001-05-08 - Notice of allowance - mailed

2001-02-13 - Published for opposition

2001-01-12 - Notice of publication

2000-11-30 - Approved for Pub - Principal Register (Initial exam)

2000-09-27 - Communication received from applicant

2000-03-27 - Non-final action mailed

2000-03-02 - Assigned To Examiner

2000-02-24 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
PASQUALE A. RAZZANO (Attorney of record)

PASQUALE A. RAZZANO
FITZPATRICK, CELLA, HARPER & SCINTO
30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10112



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN GIORGIOU |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely neckties and belts. FIRST USE: 19820800. FIRST USE IN COMMERCE: 19820800 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75776303 |
| **Filing Date** | August 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 6, 2000 |
| **Registration Number** | 2434281 |
| **Registration Date** | March 6, 2001 |
| **Owner** | (REGISTRANT) American Design Group, Inc. CORPORATION MISSOURI 9835 Manchester Road St. Louis MISSOURI 63119 |
| **Attorney of Record** | Paul M Denk |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "CHRISTIAN GIORGIOU" is not the specific name of any particular individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

---

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 16:44:14 ET**

**Serial Number:** 75776303 Assignment Information

**Registration Number:** 2434281

**Mark (words only):** CHRISTIAN GIORGIOU

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-03-06

**Filing Date:** 1999-08-16

**Transformed into a National Application:** No

**Registration Date:** 2001-03-06

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-03-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. American Design Group, Inc.

**Address:**
American Design Group, Inc.
9835 Manchester Road
St. Louis, MO 63119
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Missouri

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

Clothing, namely neckties and belts
Basis: 1(a)
First Use Date: 1982-08-00
First Use in Commerce Date: 1982-08-00

## ADDITIONAL INFORMATION

Name Portrait Consent: The name "CHRISTIAN GIORGIOU" is not the specific name of any particular individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2001-03-06 - Registered - Principal Register

2000-12-27 - Allowed for Registration - Principal Register (SOU accepted)

2000-12-22 - Assigned To Examiner

2000-12-20 - Statement of use processing complete

2000-10-10 - Amendment to Use filed

2000-08-29 - Notice of allowance - mailed

2000-06-06 - Published for opposition

2000-05-05 - Notice of publication

2000-04-04 - Approved for Pub - Principal Register (Initial exam)

2000-01-27 - Communication received from applicant

2000-01-27 - Communication received from applicant

1999-12-10 - Non-final action mailed

1999-12-06 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

Correspondent
Paul M Denk (Attorney of record)

PAUL M DENK

763 S NEW BALLAS RD
ST LOUIS MO 63141

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN GAINES |
| **Goods and Services** | IC 025. US 022 039. G & S: caps, T-shirts and sweatshirts. FIRST USE: 19990315. FIRST USE IN COMMERCE: 19990315 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75647489 |
| **Filing Date** | February 24, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 8, 2000 |
| **Registration Number** | 2775941 |
| **Registration Date** | October 21, 2003 |
| **Owner** | (REGISTRANT) Brooks, Troyal G. INDIVIDUAL UNITED STATES 1025 16th Avenue South, Suite 202 Nashville TENNESSEE 37212 |
| **Attorney of Record** | RUSSELL A JONES JR |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "CHRISTIAN GAINES" is a fictitious name and does not represent a particular living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:44:33 ET

Serial Number: 75647489 Assignment Information

Registration Number: 2775941

Mark (words only): CHRISTIAN GAINES

Standard Character claim: No

Current Status: Registered.

Date of Status: 2003-10-21

Filing Date: 1999-02-24

Transformed into a National Application: No

Registration Date: 2003-10-21

Register: Principal

Law Office Assigned: LAW OFFICE 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-10-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Brooks, Troyal G.

Address:
Brooks, Troyal G.
1025 16th Avenue South, Suite 202
Nashville, TN 37212
United States
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

caps, T-shirts and sweatshirts
Basis: 1(a)
First Use Date: 1999-03-15
First Use in Commerce Date: 1999-03-15

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "CHRISTIAN GAINES" is a fictitious name and does not represent a particular living individual.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-10-21 - Registered - Principal Register

2003-09-02 - Allowed for Registration - Principal Register (SOU accepted)

2003-07-22 - Communication received from applicant

2003-08-13 - Case File In TICRS

2003-07-22 - PAPER RECEIVED

2003-01-06 - Non-final action mailed

2001-10-19 - Communication received from applicant

2001-04-30 - Non-final action mailed

2001-04-18 - Assigned To Examiner

2001-04-15 - Statement of use processing complete

2001-03-15 - Amendment to Use filed

2000-10-31 - Notice of allowance - mailed

2000-08-08 - Published for opposition

2000-07-07 - Notice of publication

1999-09-30 - Approved for Pub - Principal Register (Initial exam)

1999-09-23 - Examiner's amendment mailed

1999-08-30 - Non-final action mailed

1999-08-17 - Assigned To Examiner

1999-08-10 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
RUSSELL A JONES JR (Attorney of record)

RUSSELL A JONES JR
GORDON MARTIN JONES & HARRIS PA
49 MUSIC SQ W STE 600
NASHVILLE TN 37203

---

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    BOTTOM    HELP

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status    ASSIGN Status    TDR    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN ALESSIA |
| **Goods and Services** | IC 025. US 022 039. G & S: BELTS (GARMENTS), COMPLETE SUITS FOR WOMEN AND MEN, HEAD WEAR, JEANS, SPORT SUITS, WATERPROOF GABARDINES, FOOTWEAR (EXCEPT ORTHOPEDIC), SASHES, SHIRTS, BLOUSES, SKIRTS, TROUSERS, DRESSES, PULLOVERS, BATHING SUITS, T-SHIRTS, STOCKINGS, SOCKS, AND NECKTIES |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75591591 |
| **Filing Date** | November 12, 1998 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 28, 2000 |
| **Registration Number** | 2443720 |
| **Registration Date** | April 17, 2001 |
| **Owner** | (REGISTRANT) Cecchi, Constantino Congiu INDIVIDUAL SPAIN Calle San Carlos, 52 08922, Santa Coloma de Gramanet Barcelona SPAIN |
| **Attorney of Record** | MICHAEL C. GREENBAUM |
| **Prior Registrations** | 1836856;1857738;1868351;1869657;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "CHRISTIAN ALLESSIA" does not identify a living individual. |
| **Live/Dead** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:44:54 ET

Serial Number: 75591591 Assignment Information

Registration Number: 2443720

Mark (words only): CHRISTIAN ALESSIA

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-04-17

Filing Date: 1998-11-12

Transformed into a National Application: No

Registration Date: 2001-04-17

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-05-25

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Cecchi, Constantino Congiu

Address:
Cecchi, Constantino Congiu
Calle San Carlos, 52 08922, Santa Coloma de Gramanet
Barcelona
Spain
Legal Entity Type: Individual
Country of Citizenship: Spain

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

BELTS (GARMENTS), COMPLETE SUITS FOR WOMEN AND MEN, HEAD WEAR, JEANS, SPORT SUITS, WATERPROOF GABARDINES, FOOTWEAR (EXCEPT ORTHOPEDIC), SASHES, SHIRTS, BLOUSES, SKIRTS, TROUSERS, DRESSES, PULLOVERS, BATHING SUITS, T-SHIRTS, STOCKINGS, SOCKS, AND NECKTIES
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

Name Portrait Consent: The name "CHRISTIAN ALLESSIA" does not identify a living individual.

Prior Registration Number(s):
1836856
1857738
1868351
1869657

Foreign Registration Number: 1961641
Foreign Registration Date: 1995-11-03
Country: Spain
Foreign Expiration Date: 2005-04-25

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2001-04-17 - Registered - Principal Register

2001-02-22 - ITU claim deleted

2000-12-19 - Notice of Allowance canceled

2000-06-20 - Notice of allowance - mailed

2000-03-28 - Published for opposition

2000-02-25 - Notice of publication

2000-02-02 - Approved for Pub - Principal Register (Initial exam)

1999-12-27 - Communication received from applicant

1999-06-25 - Non-final action mailed

1999-06-17 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
MICHAEL C. GREENBAUM (Attorney of record)

MICHAEL C. GREENBAUM
BLANK ROME COMISKY & MCCAULEY LLP
900 17TH STREET, N.W.
SUITE 1000
WASHINGTON, DC 20006

**Domestic Representative**
MICHAEL C. GREENBAUM

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Wed Jul 26 04:17:03 EDT 2006

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN TRAPANI |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely shirts, jackets, pants, skirts, blouses, tops, shorts, and dresses. FIRST USE: 19961000. FIRST USE IN COMMERCE: 19961000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75090681 |
| **Filing Date** | April 18, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 28, 1997 |
| **Registration Number** | 2133228 |
| **Registration Date** | January 27, 1998 |
| **Owner** | (REGISTRANT) JAYNE HALL ASSOCIATES, LTD. CORPORATION NEW YORK c/o HBS Ltd. 1400 Broadway (27th fl.) New York NEW YORK 10018 |
| | (LAST LISTED OWNER) V.S. SPORT, LTD. CORPORATION BY ASSIGNMENT DELAWARE 148 WEST 37H STREET, 9TH FLOOR NEW YORK NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | HOWARD NATTER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The name "CHRISTIAN TRAPANI" does not identify a living individual. |

**Live/Dead**
**Indicator**          LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:45:21 ET

Serial Number: 75090681 Assignment Information

Registration Number: 2133228

Mark (words only): CHRISTIAN TRAPANI

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2005-07-30

Filing Date: 1996-04-18

Transformed into a National Application: No

Registration Date: 1998-01-27

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2005-07-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. V.S. SPORT, LTD.

Address:
V.S. SPORT, LTD.
148 WEST 37H STREET, 9TH FLOOR
NEW YORK, NY 10018
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

clothing, namely shirts, jackets, pants, skirts, blouses, tops, shorts, and dresses
Basis: 1(a)
First Use Date: 1996-10-00
First Use in Commerce Date: 1996-10-00

## ADDITIONAL INFORMATION

Name Portrait Consent: The name "CHRISTIAN TRAPANI" does not identify a living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-07-30 - Section 8 (6-year) accepted & Section 15 acknowledged

2005-07-30 - Assigned To Paralegal

2003-06-25 - Section 8 (6-year) and Section 15 Filed

2003-06-25 - PAPER RECEIVED

1998-01-27 - Registered - Principal Register

1997-12-02 - Allowed for Registration - Principal Register (SOU accepted)

1997-11-28 - Statement of use processing complete

1997-10-22 - Amendment to Use filed

1997-04-22 - Notice of allowance - mailed

1997-01-28 - Published for opposition

1996-12-27 - Notice of publication

1996-11-21 - Approved for Pub - Principal Register (Initial exam)

1996-11-01 - Communication received from applicant

1996-09-18 - Non-final action mailed

1996-09-03 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

Correspondent

HOWARD NATTER (Attorney of record)

HOWARD NATTER
NATTER & NATTER
25 West 43 Street
New York, NY 10036-7469

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout. Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN A. |
| **Goods and Services** | IC 025. US 039. G & S: women's wearing apparel and accessories, namely suits, dresses, blouses, skirts, coats and jackets. FIRST USE: 19930900. FIRST USE IN COMMERCE: 19930930 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74471913 |
| **Filing Date** | December 20, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 29, 1994 |
| **Registration Number** | 1879842 |
| **Registration Date** | February 21, 1995 |
| **Owner** | (REGISTRANT) CHRISTIAN A INC CORPORATION NEW YORK 16 EAST 65TH ST NEW YORK NEW YORK 10021 |
| **Attorney of Record** | MICHAEL CASTELLANO |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050127. |
| **Renewal** | 1ST RENEWAL 20050127 |
| **Other Data** | The name "CHRISTIAN A." in the mark consent to applicant's use and registration of his first name and middle initial is of record. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:45:41 ET

Serial Number: 74471913 Assignment Information

Registration Number: 1879842

Mark (words only): CHRISTIAN A.

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2005-01-27

Filing Date: 1993-12-20

Transformed into a National Application: No

Registration Date: 1995-02-21

Register: Principal

Law Office Assigned: LAW OFFICE 15

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2005-01-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. CHRISTIAN A INC

Address:
CHRISTIAN A INC
16 EAST 65TH ST
NEW YORK, NY 10021
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

---

## GOODS AND/OR SERVICES

---

International Class: 025
Class Status: Active

women's wearing apparel and accessories, namely suits, dresses, blouses, skirts, coats and jackets
**Basis:** 1(a)
**First Use Date:** 1993-09-00
**First Use in Commerce Date:** 1993-09-30

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "CHRISTIAN A." in the mark consent to applicant's use and registration of his first name and middle initial is of record.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-01-27 - First renewal 10 year

2005-01-27 - Section 8 (10-year) accepted/ Section 9 granted

2004-12-14 - Combined Section 8 (10-year)/Section 9 filed

2004-12-13 - PAPER RECEIVED

2001-08-07 - Section 8 (6-year) accepted & Section 15 acknowledged

2001-06-14 - Section 8 (6-year) and Section 15 Filed

1995-02-21 - Registered - Principal Register

1994-11-29 - Published for opposition

1994-10-29 - Notice of publication

1994-08-08 - Approved for Pub - Principal Register (Initial exam)

1994-07-27 - Communication received from applicant

1994-07-27 - Non-final action mailed

1994-07-20 - Previous allowance count withdrawn

1994-07-19 - Approved for Pub - Principal Register (Initial exam)

1994-07-18 - Previous allowance count withdrawn

1994-07-08 - Approved for Pub - Principal Register (Initial exam)

1994-06-27 - Examiner's amendment mailed

1994-06-23 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
MICHAEL CASTELLANO (Attorney of record)

MICHAEL CASTELLANO
CHRISTIAN A. INC.
16 EAST 65TH STREET
NEW YORK NY 10021

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN DE CASTELNAU |
| **Goods and Services** | IC 025. US 039. G & S: CLOTHING, NAMELY, WOMEN'S SPORTSWEAR, NAMELY BLOUSES, PANTS, SWEATERS, SUITS, DRESSES AND JACKETS. FIRST USE: 19820101. FIRST USE IN COMMERCE: 19820101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73667226 |
| **Filing Date** | June 17, 1987 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 10, 1987 |
| **Registration Number** | 1475100 |
| **Registration Date** | February 2, 1988 |
| **Owner** | (REGISTRANT) DE CASTELNAU, CHRISTIAN SARRAMIA INDIVIDUAL FRANCE 850 SOUTH BROADWAY LOS ANGELES CALIFORNIA 90015 |
| **Attorney of Record** | W. EDWARD JOHANSEN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 16:46:02 ET

Serial Number: 73667226 Assignment Information

Registration Number: 1475100

Mark (words only): CHRISTIAN DE CASTELNAU

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1994-08-10

Filing Date: 1987-06-17

Transformed into a National Application: No

Registration Date: 1988-02-02

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)   .

Date In Location: 1995-07-06

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. DE CASTELNAU, CHRISTIAN SARRAMIA

Address:
DE CASTELNAU, CHRISTIAN SARRAMIA
850 SOUTH BROADWAY
LOS ANGELES, CA 90015
United States
Legal Entity Type: Individual
Country of Citizenship: France

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

CLOTHING, NAMELY, WOMEN'S SPORTSWEAR, NAMELY BLOUSES, PANTS, SWEATERS,
SUITS, DRESSES AND JACKETS
Basis: 1(a)
First Use Date: 1982-01-01
First Use in Commerce Date: 1982-01-01

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1994-08-10 - Section 8 (6-year) accepted & Section 15 acknowledged

1994-02-01 - Section 8 (6-year) and Section 15 Filed

1988-02-02 - Registered - Principal Register

1987-11-10 - Published for opposition

1987-10-09 - Notice of publication

1987-09-08 - Approved for Pub - Principal Register (Initial exam)

1987-09-01 - Examiner's amendment mailed

---

## CORRESPONDENCE INFORMATION

**Correspondent**
W. EDWARD JOHANSEN (Attorney of record)

CHRISTIAN SARAMIA DE CASTELNAU
850 SOUTH BROADWAY
LOS ANGELES, CA 90015

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | CHRISTIAN LOUBOUTIN |
| **Goods and Services** | IC 025. US 039. G & S: shoes. FIRST USE: 19920700. FIRST USE IN COMMERCE: 19920700 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 74326084 |
| **Filing Date** | October 27, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 26, 1993 |
| **Registration Number** | 1816940 |
| **Registration Date** | January 18, 1994 |
| **Owner** | (REGISTRANT) Christian Louboutin S.A.R.L. CORPORATION FRANCE 19, rue Jean-Jacques Rousseau 75001 Paris FRANCE<br><br>(LAST LISTED OWNER) LOUBOUTIN, CHRISTIAN INDIVIDUAL FRANCE 19 RUE JEAN-JACQUES ROUSSEAU PARIS 75001 FRANCE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID P. CROCKER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20031215. |

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20031215 |
| **Other Data** | "CHRISTIAN LOUBOUTIN" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:46:21 ET

Serial Number: 74326084 Assignment Information

Registration Number: 1816940

Mark



(words only): CHRISTIAN LOUBOUTIN

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2003-12-15

Filing Date: 1992-10-27

Transformed into a National Application: No

Registration Date: 1994-01-18

Register: Principal

Law Office Assigned: LAW OFFICE 10

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-12-16

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LOUBOUTIN, CHRISTIAN

Address:
LOUBOUTIN, CHRISTIAN
19 RUE JEAN-JACQUES ROUSSEAU

PARIS 75001
France
**Legal Entity Type:** Individual
**Country of Citizenship:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
shoes
**Basis:** 1(a)
**First Use Date:** 1992-07-00
**First Use in Commerce Date:** 1992-07-00

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** "CHRISTIAN LOUBOUTIN" identifies a living individual whose consent is of record.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2003-12-15 - First renewal 10 year

2003-12-15 - Section 8 (10-year) accepted/ Section 9 granted

2003-10-03 - Combined Section 8 (10-year)/Section 9 filed

1999-12-30 - Section 8 (6-year) accepted & Section 15 acknowledged

1999-09-14 - Section 8 (6-year) and Section 15 Filed

1994-01-18 - Registered - Principal Register

1993-10-26 - Published for opposition

1993-09-24 - Notice of publication

1993-01-14 - Approved for Pub - Principal Register (Initial exam)

1993-01-06 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
DAVID P. CROCKER (Attorney of record)

DAVID P. CROCKER
RUSSELL HOUSE
158 PLEASANT AVE.
PORTLAND, ME 041033204

**Domestic Representative**
Ladas & Parry



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ANNE KLEIN |
| **Goods and Services** | IC 025. US 022 039. G & S: COATS, SUITS, JACKETS, PANTS, SHIRTS, DRESSES, BLOUSES, SWEATERS AND BELTS. FIRST USE: 19640815. FIRST USE IN COMMERCE: 19640815 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73010286 |
| **Filing Date** | January 7, 1974 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1006943 |
| **Registration Date** | March 18, 1975 |
| **Owner** | (REGISTRANT) ANNE KLEIN STUDIO COMPOSED OF TAKIHYO CORPORATION, A DELWARE CORPORATION, ANNE KLEIN, INC., A NEW YORK CORPORATION AND MR. MATTHEW N. RUBINSTEIN, AN U.S. CITIZEN JOINT VENTURE NEW YORK 340 E. 57TH ST. NEW YORK NEW YORK |
| | (LAST LISTED OWNER) JONES INVESTMENT CO. INC. CORPORATION DELAWARE 200 WEST NINTH STREET PLAZA SUITE 700 WILMINGTON DELAWARE 19801 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | MICHELLE P. FOXMAN |
| **Prior Registrations** | 0826924 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050504. |
| **Renewal** | 2ND RENEWAL 20050504 |
| **Other Data** | "ANNE KLEIN" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:47:22 ET

Serial Number: 73010286 Assignment Information

Registration Number: 1006943

Mark (words only): ANNE KLEIN

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2005-05-04

Filing Date: 1974-01-07

Transformed into a National Application: No

Registration Date: 1975-03-18

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2005-05-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JONES INVESTMENT CO. INC.

Address:
JONES INVESTMENT CO. INC.
200 WEST NINTH STREET PLAZA SUITE 700
WILMINGTON, DE 19801
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

COATS, SUITS, JACKETS, PANTS, SHIRTS, DRESSES, BLOUSES, SWEATERS AND BELTS
Basis: 1(a)
First Use Date: 1964-08-15
First Use in Commerce Date: 1964-08-15

---

## ADDITIONAL INFORMATION

Name Portrait Consent: "ANNE KLEIN" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

Prior Registration Number(s):
826924

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-05-04 - Second renewal 10 year

2005-05-04 - Section 8 (10-year) accepted/ Section 9 granted

2005-05-04 - Assigned To Paralegal

2005-03-21 - Combined Section 8 (10-year)/Section 9 filed

2005-03-21 - PAPER RECEIVED

2003-01-23 - TEAS Change Of Correspondence Received

1995-04-05 - First renewal 10 year

1995-01-23 - Section 9 filed/check record for Section 8

1980-10-27 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## CORRESPONDENCE INFORMATION

Correspondent
MICHELLE P. FOXMAN (Attorney of record)

MICHELLE P. FOXMAN
FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

Phone Number: (212) 813-8200

**Fax Number:** (212) 813-5901

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ANNE KLEIN |
| **Goods and Services** | IC 025. US 039. G & S: SHOES. FIRST USE: 19750716. FIRST USE IN COMMERCE: 19750716 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73079994 |
| **Filing Date** | March 11, 1976 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1049090 |
| **Registration Date** | September 28, 1976 |
| **Owner** | (REGISTRANT) ANNE KLEIN STUDIO COMPOSED OF TAKIHYO, INC., CORPORATION OF DELAWARE, ANNE KLEIN, INC., CORPORATION OF NEW YORK AND MATTHEW N. RUBINSTEIN JOINT VENTURE NEW YORK 205 W. 39TH ST. NEW YORK NEW YORK 10018 |
| | (LAST LISTED OWNER) JONES INVESTMENT CO. INC. CORPORATION DELAWARE 200 WEST NINTH STREET PLAZA, SUITE 700 WILMINGTON DELAWARE 19801 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JEFFREY H EPSTEIN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19961010 |

**Other Data**    "ANNE KLEIN" IS NOT THE NAME OF A LIVING INDIVIDUAL CONNECTED IN ANY WAY WITH APPLICANT.

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:47:43 ET

Serial Number: 73079994 Assignment Information

Registration Number: 1049090

Mark (words only): ANNE KLEIN

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 1996-10-10

Filing Date: 1976-03-11

Transformed into a National Application: No

Registration Date: 1976-09-28

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1999-06-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JONES INVESTMENT CO. INC.

Address:
JONES INVESTMENT CO. INC.
200 WEST NINTH STREET PLAZA, SUITE 700
WILMINGTON, DE 19801
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

SHOES
**Basis:** 1(a)
**First Use Date:** 1975-07-16
**First Use in Commerce Date:** 1975-07-16

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "ANNE KLEIN" IS NOT THE NAME OF A LIVING INDIVIDUAL CONNECTED IN ANY WAY WITH APPLICANT.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-01-23 - TEAS Change Of Correspondence Received

1996-10-10 - First renewal 10 year

1996-06-24 - Section 9 filed/check record for Section 8

1982-10-18 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## CORRESPONDENCE INFORMATION

**Correspondent**
JEFFREY H EPSTEIN (Attorney of record)

Michelle P. Foxman
Fross Zelnick Lehrman & Zissu PC
www.frosszelnick.com
866 UN Plaza, 6th Floor
New York NJ 10019
**Phone Number:** (212) 813-8200
**Fax Number:** (212) 813-5901

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CALVIN KLEIN |
| **Goods and Services** | IC 025. US 022 039. G & S: WOMEN'S WEARING APPAREL-NAMELY, SKIRTS, SHIRTS, BLOUSES, JACKETS, PANTS, COATS, FUR-TRIMMED COATS, (( FURS, )) VESTS, DRESSES, SWEATERS, (( BATHING SUITS, ROBES, BEACH AND SWIMMING COVER-UPS, )) T-SHIRTS, (( TENNIS AND GOLF DRESSES, )) SHORTS, SKIRTS AND SHIRTS, WARM-UP SUITS, RAINWEAR, CAPES, (( PONCHOS, HATS, )) SCARVES, SHAWLS, (( ROBES, )) BELTS, WALKING SHORTS, TANK TOPS AND JUMP SUITS. FIRST USE: 19680600. FIRST USE IN COMMERCE: 19680600 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73080370 |
| **Filing Date** | March 15, 1976 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1086041 |
| **Registration Date** | February 21, 1978 |
| **Owner** | (REGISTRANT) CALVIN KLEIN COMPANY COMPOSED OF CALVIN KLEIN AND BARRY SCHWARTZ, BOTH U.S. CITIZENS. PARTNERSHIP NEW YORK 205 W. 39TH ST. NEW YORK NEW YORK 10018 |
| | (LAST LISTED OWNER) CALVIN KLEIN TRADEMARK TRUST COMPOSED OF WILMINGTON TRUST COMPANY, A DELAWARE CORPORATION BUSINESS TRUST ASSIGNEE OF DELAWARE C/O WILMINGTON TRUST RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DELAWARE 19890 |
| **Assignment** | |

| | |
|---|---|
| **Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BARRY A COOPER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19980323 |
| **Other Data** | THE NAME "CALVIN KLEIN" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:48:03 ET

Serial Number: 73080370 Assignment Information

Registration Number: 1086041

Mark (words only): CALVIN KLEIN

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 1998-03-23

Filing Date: 1976-03-15

Transformed into a National Application: No

Registration Date: 1978-02-21

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-07-28

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CALVIN KLEIN TRADEMARK TRUST

**Composed Of:**
COMPOSED OF WILMINGTON TRUST COMPANY, A DELAWARE CORPORATION
**Address:**
CALVIN KLEIN TRADEMARK TRUST
C/O WILMINGTON TRUST RODNEY SQUARE NORTH1100 NORTH MARKET STREET
WILMINGTON, DE 19890
United States
**Legal Entity Type:** BUSINESS TRUST
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

---

International Class: 025
Class Status: Active
WOMEN'S WEARING APPAREL-NAMELY, SKIRTS, SHIRTS, BLOUSES, JACKETS, PANTS,
COATS, FUR-TRIMMED COATS, (( FURS, )) VESTS, DRESSES, SWEATERS, (( BATHING
SUITS, ROBES, BEACH AND SWIMMING COVER-UPS, )) T-SHIRTS, (( TENNIS AND GOLF
DRESSES, )) SHORTS, SKIRTS AND SHIRTS, WARM-UP SUITS, RAINWEAR, CAPES,
(( PONCHOS, HATS, )) SCARVES, SHAWLS, (( ROBES, )) BELTS, WALKING SHORTS, TANK
TOPS AND JUMP SUITS.
Basis: 1(a)
First Use Date: 1968-06-00
First Use in Commerce Date: 1968-06-00

---

## ADDITIONAL INFORMATION

Name Portrait Consent: THE NAME "CALVIN KLEIN" IS THE NAME OF A LIVING
INDIVIDUAL WHOSE CONSENT IS OF RECORD.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1998-03-23 - First renewal 10 year

1998-01-22 - Post Registration action mailed - Section 9

1997-10-30 - Section 9 filed/check record for Section 8

1984-12-17 - Section 8 (6-year) accepted & Section 15 acknowledged

1984-04-11 - Post Registration action mailed Section 8 & 15

1984-01-30 - Section 8 (6-year) and Section 15 Filed

---

## CORRESPONDENCE INFORMATION

Correspondent
BARRY A COOPER (Attorney of record)

BARRY A COOPER
GOTTLIEB RACKMAN & REISMAN PC
270 MADISON AVE
NEW YORK NY 10016

---