# EXHIBIT A

Continued

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CALVIN KLEIN |
| **Goods and Services** | IC 003. US 051 052. G & S: Perfume, Cologne, Bath Oil, Eye Shadow, Eye Color Pencil, Brow Color Pencil, Skin Conditioning Cream, Mascara, Blusher, Face and Body Powder, Foundation Makeup, Skin Moisturizers, Lipstick, Lip Gloss, Lip Contour Pencil, Nail Enamel, Nail Polish, Soap for Personal Use, Night Cream, Hand Cream, Cosmetic Masques, and Makeup Remover. FIRST USE: 19780228. FIRST USE IN COMMERCE: 19780228 |
| | IC 016. US 038. G & S: Patterns for Sewing. FIRST USE: 19750501. FIRST USE IN COMMERCE: 19750501 |
| | IC 024. US 042. G & S: Sheets, Pillow Cases, Towels, Comforters and Bedspreads. FIRST USE: 19750301. FIRST USE IN COMMERCE: 19750301 |
| | IC 025. US 039. G & S: Men's Wearing Apparel-Namely, Suits, Sports Jackets, Blazers, Dinner Jackets, Pants, Jeans, Outer Coats, Raincoats, Shirts, Vests, Sweaters, Ties, Belts; Women's Wearing Apparel-Namely, Jeans and Gloves; Children's Wearing Apparel-Namely, Dresses, Skirts, Jeans and Shirts. FIRST USE: 19761201. FIRST USE IN COMMERCE: 19761201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73252603 |
| **Filing Date** | March 4, 1980 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 16, 1982 |
| **Registration Number** | 1226396 |
| **Registration** | February 8, 1983 |

| | |
|---|---|
| **Date** | |
| **Owner** | (REGISTRANT) Calvin Klein Company PARTNERSHIP 205 W. 39th St. New York NEW YORK 10018 |
| | (LAST LISTED OWNER) CALVIN KLEIN TRADEMARK TRUST BUSINESS TRUST BY ASSIGNMENT DELAWARE 205 W 39TH ST NEW YORK NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BARRY A. COOPER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030409. |
| **Renewal** | 1ST RENEWAL 20030409 |
| **Other Data** | "Calvin Klein" is a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:48:28 ET

Serial Number: 73252603 Assignment Information

Registration Number: 1226396

Mark (words only): CALVIN KLEIN

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2003-04-09

Filing Date: 1980-03-04

Transformed into a National Application: No

Registration Date: 1983-02-08

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-04-10

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CALVIN KLEIN TRADEMARK TRUST

Address:
CALVIN KLEIN TRADEMARK TRUST
205 W 39TH ST
NEW YORK, NY 10018
United States
Legal Entity Type: BUSINESS TRUST
State or Country Where Organized: Delaware

---

### GOODS AND/OR SERVICES

International Class: 003
Class Status: Active

Perfume, Cologne, Bath Oil, Eye Shadow, Eye Color Pencil, Brow Color Pencil, Skin Conditioning Cream, Mascara, Blusher, Face and Body Powder, Foundation Makeup, Skin Moisturizers, Lipstick, Lip Gloss, Lip Contour Pencil, Nail Enamel, Nail Polish, Soap for Personal Use, Night Cream, Hand Cream, Cosmetic Masques, and Makeup Remover
**Basis:** 1(a)
**First Use Date:** 1978-02-28
**First Use in Commerce Date:** 1978-02-28

**International Class:** 016
**Class Status:** Active
Patterns for Sewing
**Basis:** 1(a)
**First Use Date:** 1975-05-01
**First Use in Commerce Date:** 1975-05-01

**International Class:** 024
**Class Status:** Active
Sheets, Pillow Cases, Towels, Comforters and Bedspreads
**Basis:** 1(a)
**First Use Date:** 1975-03-01
**First Use in Commerce Date:** 1975-03-01

**International Class:** 025
**Class Status:** Active
Men's Wearing Apparel-Namely, Suits, Sports Jackets, Blazers, Dinner Jackets, Pants, Jeans, Outer Coats, Raincoats, Shirts, Vests, Sweaters, Ties, Belts; Women's Wearing Apparel-Namely, Jeans and Gloves; Children's Wearing Apparel-Namely, Dresses, Skirts, Jeans and Shirts
**Basis:** 1(a)
**First Use Date:** 1976-12-01
**First Use in Commerce Date:** 1976-12-01

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "Calvin Klein" is a living individual whose consent is of record.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-04-09 - First renewal 10 year

2003-04-09 - Section 8 (10-year) accepted/ Section 9 granted

2003-01-06 - Combined Section 8 (10-year)/Section 9 filed

2003-01-06 - PAPER RECEIVED

1989-06-29 - Section 8 (6-year) accepted & Section 15 acknowledged

1989-01-30 - Section 8 (6-year) and Section 15 Filed

1983-02-08 - Registered - Principal Register

1982-11-16 - Published for opposition

1982-10-05 - Notice of publication

1982-09-21 - Approved for Pub - Principal Register (Initial exam)

1981-02-06 - Non-final action mailed

---

## CORRESPONDENCE INFORMATION

**Correspondent**
BARRY A. COOPER (Attorney of record)

BARRY A. COOPER
GOTLIEB RACKMAN & REISMAN
270 MADISON AVE
NEW YORK NY 10016-0601

---



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| Field | Value |
|---|---|
| **Word Mark** | MICHEL KLEIN |
| **Goods and Services** | IC 025. US 039. G & S: ARTICLES OF CLOTHING FOR WOMEN NAMELY, BATHING SUITS, DRESSES, SWEATERS, BLOUSES, SKIRTS, PANTS, JACKETS, SHORTS, COATS, RAINCOATS. FIRST USE: 19830300. FIRST USE IN COMMERCE: 19830300 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73548863 |
| **Filing Date** | July 17, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 11, 1986 |
| **Registration Number** | 1395833 |
| **Registration Date** | June 3, 1986 |
| **Owner** | (REGISTRANT) SAMPLE S.A.R.L. CORPORATION FRANCE 39, RUE DE GRENELLE PARIS FRANCE 75007<br><br>(LAST LISTED OWNER) KLEIN, MICHEL INDIVIDUAL ASSIGNEE OF FRANCE LLBIS RUE DU COLISEE 75008 PARIS FRANCE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JAY H. BEGLER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 8 (6-YR). |
| **Other Data** | "MICHEL KLEIN" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | ●BUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:48:47 ET

Serial Number: 73548863 Assignment Information

Registration Number: 1395833

Mark (words only): MICHEL KLEIN

Standard Character claim: No

Current Status: A Section 8 affidavit has been accepted.

Date of Status: 1994-04-29

Filing Date: 1985-07-17

Transformed into a National Application: No

Registration Date: 1986-06-03

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact
the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1994-05-26

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. KLEIN, MICHEL

Address:
KLEIN, MICHEL
LLBIS RUE DU COLISEE
75008 PARIS
France
Legal Entity Type: Individual
Country of Citizenship: France

---

## GOODS AND/OR SERVICES

---

International Class: 025
Class Status: Active

ARTICLES OF CLOTHING FOR WOMEN NAMELY, BATHING SUITS, DRESSES, SWEATERS, BLOUSES, SKIRTS, PANTS, JACKETS, SHORTS, COATS, RAINCOATS
Basis: 1(a)
First Use Date: 1983-03-00
First Use in Commerce Date: 1983-03-00

---

## ADDITIONAL INFORMATION

Name Portrait Consent: "MICHEL KLEIN" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1994-04-29 - Section 8 (6-year) accepted

1994-04-01 - Response received for Post Registration action

1993-09-29 - Post Registration action mailed - Section 8

1993-04-12 - Response received for Post Registration action

1992-10-09 - Post Registration action mailed Section 8 & 15

1992-06-03 - Section 8 (6-year) filed

1986-06-03 - Registered - Principal Register

1986-03-11 - Published for opposition

1986-02-09 - Notice of publication

1986-01-16 - Approved for Pub - Principal Register (Initial exam)

1985-12-12 - Communication received from applicant

1985-10-03 - Non-final action mailed

---

## CORRESPONDENCE INFORMATION

Correspondent
JAY H. BEGLER (Attorney of record)

JAY H. BEGLER
LIDDY SULLIVAN GALWAY & BEGLER, P.C.

41 MADISON AVENUE
NEW YORK, NY 10010


**Domestic Representative**
HEINZ DAWID



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout. Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | MICHEL KLEIN |
| **Goods and Services** | IC 025. US 022 039. G & S: shirts, dresses, jackets, skirts, pants; knitwear namely sweaters, pullovers, vests, cardigans, bonnets, caps, hats, and scarves; t-shirts, sweat-shirts, coats, rain coats, and beach wear. FIRST USE: 19740000. FIRST USE IN COMMERCE: 19740000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76510826 |
| **Filing Date** | April 30, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 2, 2004 |
| **Registration Number** | 2920377 |
| **Registration Date** | January 25, 2005 |
| **Owner** | (REGISTRANT) KLEIN, MICHEL INDIVIDUAL FRANCE NO. 332 RUE SAINT HONORE 75001, PARIS FRANCE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | IRA S. DORMAN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name Michel Klein in the mark identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:49:09 ET

Serial Number: 76510826 Assignment Information

Registration Number: 2920377

Mark (words only): MICHEL KLEIN

Standard Character claim: No

Current Status: Registered.

Date of Status: 2005-01-25

Filing Date: 2003-04-30

Transformed into a National Application: No

Registration Date: 2005-01-25

Register: Principal

Law Office Assigned: LAW OFFICE 112

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2005-01-25

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. KLEIN, MICHEL

**Address:**
KLEIN, MICHEL
NO. 332 RUE SAINT HONORE
75001, PARIS
France
**Legal Entity Type:** Individual
**Country of Citizenship:** France

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

shirts, dresses, jackets, skirts, pants; knitwear namely sweaters, pullovers, vests, cardigans, bonnets, caps, hats, and scarves; t-shirts, sweat-shirts, coats, rain coats, and beach wear
Basis: 1(a)
First Use Date: 1974-00-00
First Use in Commerce Date: 1974-00-00

## ADDITIONAL INFORMATION

Name Portrait Consent: The name Michel Klein in the mark identifies a living individual whose consent is of record.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-01-25 - Registered - Principal Register

2004-11-02 - Published for opposition

2004-10-13 - Notice of publication

2004-09-14 - Amendment From Applicant Entered

2004-07-30 - Communication received from applicant

2004-09-07 - Law Office Publication Review Completed

2004-09-07 - Assigned To LIE

2004-09-02 - Approved for Pub - Principal Register (Initial exam)

2004-09-02 - Amendment From Applicant Entered

2004-07-30 - Communication received from applicant

2004-08-27 - Report Completed Suspension Check Case Still Suspended

2004-07-30 - PAPER RECEIVED

2004-02-05 - Letter of suspension mailed

2003-11-28 - Communication received from applicant

2003-11-28 - PAPER RECEIVED

2003-09-17 - Non-final action mailed

2003-09-16 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
IRA S. DORMAN (Attorney of record)

IRA S. DORMAN
LAW OFFICE OF IRA S DORMAN
330 ROBERTS ST STE 200
EAST HARTFORD CT 06108-3654

**Phone Number:** (860) 528-0772
**Fax Number:** (860) 528-0755

**Domestic Representative**
Ira S. Dorman
**Phone Number:** (860) 528-0772
**Fax Number:** (860) 528-0755



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ANNE KLEIN II |
| **Goods and Services** | IC 025. US 039. G & S: WOMEN'S COATS, SUITS, JACKETS, PANTS, SHIRTS, DRESSES, BLOUSES, SWEATERS AND BELTS. FIRST USE: 19830200. FIRST USE IN COMMERCE: 19830600 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73571125 |
| **Filing Date** | December 2, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 28, 1986 |
| **Registration Number** | 1425808 |
| **Registration Date** | January 20, 1987 |
| **Owner** | (REGISTRANT) ANNE KLEIN & COMPANY COMPOSED OF ANNE KLEIN & COMPANY, INC., TOLARA TRIANGLE, INC., BOTH N.Y. CORPS PARTNERSHIP NEW YORK 205 WEST 39TH STREET NEW YORK NEW YORK 10018<br><br>(LAST LISTED OWNER) JONES INVESTMENT CO. INC. CORPORATION DELAWARE 200 WEST NINTH STREET PLAZA, SUITE 700 WILMINGTON DELAWARE 19801 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JEFFREY H. EPSTEIN |
| **Prior Registrations** | 0826924;1006943;1022721;1369164;AND OTHERS |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   Browse Dict   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:49:50 ET

Serial Number: 73571125 Assignment Information

Registration Number: 1425808

Mark (words only): ANNE KLEIN II

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1992-10-28

Filing Date: 1985-12-02

Transformed into a National Application: No

Registration Date: 1987-01-20

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1999-06-21

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JONES INVESTMENT CO. INC.

Address:
JONES INVESTMENT CO. INC.
200 WEST NINTH STREET PLAZA, SUITE 700
WILMINGTON, DE 19801
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

### GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

WOMEN'S COATS, SUITS, JACKETS, PANTS, SHIRTS, DRESSES, BLOUSES, SWEATERS AND BELTS
**Basis:** 1(a)
**First Use Date:** 1983-02-00
**First Use in Commerce Date:** 1983-06-00

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
826924
1006943
1022721
1369164

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-01-23 - TEAS Change Of Correspondence Received

1992-10-28 - Section 8 (6-year) accepted & Section 15 acknowledged

1992-07-24 - Section 8 (6-year) and Section 15 Filed

1987-01-20 - Registered - Principal Register

1986-10-28 - Published for opposition

1986-09-28 - Notice of publication

1986-08-14 - Approved for Pub - Principal Register (Initial exam)

1986-08-13 - Communication received from applicant

1986-02-27 - Non-final action mailed

---

## CORRESPONDENCE INFORMATION

**Correspondent**
JEFFREY H. EPSTEIN (Attorney of record)

Michelle P. Foxman
Fross Zelnick Lehrman & Zissu PC
www.frosszelnick.com
866 UN Plaza, 6th Floor
New York NJ 10019

**Phone Number:** (212) 813-8200
**Fax Number:** (212) 813-5901



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | JULIA KLEIN |
| **Goods and Services** | IC 025. US 039. G & S: WOMEN'S AND CHILDREN'S COATS AND JACKETS. FIRST USE: 19890526. FIRST USE IN COMMERCE: 19890526 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73811015 |
| **Filing Date** | July 6, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 14, 1989 |
| **Registration Number** | 1581671 |
| **Registration Date** | February 6, 1990 |
| **Owner** | (REGISTRANT) SHARILOVE FASHIONS CORPORATION NEW JERSEY 175 BROADWAY PATERSON NEW JERSEY 07505 |
| **Attorney of Record** | MARVIN N GORDON |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20001103. |
| **Renewal** | 1ST RENEWAL 20001103 |
| **Other Data** | THE NAME "JULIA KLEIN" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:50:11 ET

Serial Number: 73811015 Assignment Information

Registration Number: 1581671

Mark (words only): JULIA KLEIN

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2000-11-03

Filing Date: 1989-07-06

Transformed into a National Application: No

Registration Date: 1990-02-06

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2000-11-06

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. SHARILOVE FASHIONS

Address:
SHARILOVE FASHIONS
175 BROADWAY
PATERSON, NJ 07505
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New Jersey

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

WOMEN'S AND CHILDREN'S COATS AND JACKETS
**Basis:** 1(a)
**First Use Date:** 1989-05-26
**First Use in Commerce Date:** 1989-05-26

## ADDITIONAL INFORMATION

**Name Portrait Consent:** THE NAME "JULIA KLEIN" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2000-11-03 - First renewal 10 year

2000-11-03 - Section 8 (10-year) accepted/ Section 9 granted

2000-10-02 - Response received to Post Registration action - Sections 8 & 9

2000-09-14 - Post Registration action mailed Sections 8 & 9

2000-02-05 - Combined Section 8 (10-year)/Section 9 filed

1996-05-14 - Section 8 (6-year) accepted & Section 15 acknowledged

1995-10-02 - Section 8 (6-year) and Section 15 Filed

1990-02-06 - Registered - Principal Register

1989-11-14 - Published for opposition

1989-10-14 - Notice of publication

1989-09-11 - Approved for Pub - Principal Register (Initial exam)

1989-09-08 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
MARVIN N GORDON (Attorney of record)

MARVIN N GORDON
630 5TH AVE
NEW YORK NY 10111-0100

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLES KLEIN |
| **Goods and Services** | IC 025. US 039. G & S: men's and women's outerwear; namely, coats and jackets. FIRST USE: 19820201. FIRST USE IN COMMERCE: 19820201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74457657 |
| **Filing Date** | November 12, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 19, 1994 |
| **Registration Number** | 1905702 |
| **Registration Date** | July 18, 1995 |
| **Owner** | (REGISTRANT) Burlington Coat Factory Warehouse Corp. CORPORATION DELAWARE 1830 Route 130 North Burlington NEW JERSEY 08016 |
| **Attorney of Record** | KARL S SAWYER JR, |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050907. |
| **Renewal** | 1ST RENEWAL 20050907 |
| **Other Data** | "CHARLES KLEIN" in the mark does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:50:30 ET

Serial Number: 74457657 Assignment Information

Registration Number: 1905702

Mark (words only): CHARLES KLEIN

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2005-09-07

Filing Date: 1993-11-12

Transformed into a National Application: No

Registration Date: 1995-07-18

Register: Principal

Law Office Assigned: LAW OFFICE 10

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2005-09-07

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Burlington Coat Factory Warehouse Corp.

Address:
Burlington Coat Factory Warehouse Corp.
1830 Route 130 North
Burlington, NJ 08016
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

men's and women's outerwear; namely, coats and jackets
Basis: 1(a)
First Use Date: 1982-02-01
First Use in Commerce Date: 1982-02-01

---

## ADDITIONAL INFORMATION

Name Portrait Consent: "CHARLES KLEIN" in the mark does not identify a living individual.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-09-07 - First renewal 10 year

2005-09-07 - Section 8 (10-year) accepted/ Section 9 granted

2005-07-11 - Combined Section 8 (10-year)/Section 9 filed

2005-09-02 - Assigned To Paralegal

2005-07-11 - TEAS Section 8 & 9 Received

2005-04-26 - TEAS Change Of Correspondence Received

2001-08-17 - Section 8 (6-year) accepted & Section 15 acknowledged

2001-07-16 - Section 8 (6-year) and Section 15 Filed

1995-07-18 - Registered - Principal Register

1994-08-09 - Extension Of Time To Oppose Received

1994-07-19 - Published for opposition

1994-06-17 - Notice of publication

1994-03-09 - Approved for Pub - Principal Register (Initial exam)

1994-03-07 - Examiner's amendment mailed

1994-02-16 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**

KARL S SAWYER JR, (Attorney of record)

KARL S. SAWYER, JR.
KENNEDY COVINGTON LOBDELL & HICKMAN, LLP
HEARST TOWER - 47TH FLOOR
214 N. TRYON STREET
CHARLOTTE NC 28202
Phone Number: 704-331-5792
Fax Number: 704-353-3692



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | FRANKLIN KLEIN |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING FOR WOMEN, NAMELY, BLOUSES AND SHIRTS. FIRST USE: 19990728. FIRST USE IN COMMERCE: 19990728 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75488903 |
| **Filing Date** | May 21, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 20, 1999 |
| **Registration Number** | 2354070 |
| **Registration Date** | May 30, 2000 |
| **Owner** | (REGISTRANT) Makalot USA, Inc. CORPORATION NEW YORK 1410 Broadway, Suite 2301 New York NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | PHILIP H GOTTFRIED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "FRANKLIN KLEIN" represents a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 16:50:49 ET

**Serial Number:** 75488903 <u>Assignment Information</u>

**Registration Number:** 2354070

**Mark (words only):** FRANKLIN KLEIN

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2000-05-30

**Filing Date:** 1998-05-21

**Transformed into a National Application:** No

**Registration Date:** 2000-05-30

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-03-24

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Makalot USA, Inc.

**Address:**
Makalot USA, Inc.
1410 Broadway, Suite 2301
New York, NY 10018
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

### GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

CLOTHING FOR WOMEN, NAMELY, BLOUSES AND SHIRTS
Basis: 1(a)
First Use Date: 1999-07-28
First Use in Commerce Date: 1999-07-28

## ADDITIONAL INFORMATION

Name Portrait Consent: The name "FRANKLIN KLEIN" represents a living individual whose consent is of record.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-03-24 - Case File In TICRS

2000-05-30 - Registered - Principal Register

2000-03-20 - Allowed for Registration - Principal Register (SOU accepted)

2000-03-15 - Examiners Amendment -Written

2000-03-14 - Assigned To Examiner

2000-03-06 - Statement of use processing complete

1999-12-23 - Amendment to Use filed

1999-07-13 - Notice of allowance - mailed

1999-04-20 - Published for opposition

1999-03-19 - Notice of publication

1998-12-21 - Approved for Pub - Principal Register (Initial exam)

1998-12-11 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

Correspondent
PHILIP H GOTTFRIED (Attorney of record)

PHILIP H GOTTFRIED
AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVE

NEW YORK NY 10016



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

**WARNING:** AFTER **SEARCHING** THE USPTO DATABASE, EVEN IF **YOU** THINK THE RESULTS ARE "O.K.," DO **NOT** ASSUME THAT YOUR MARK CAN BE REGISTERED AT THE USPTO. AFTER YOU FILE AN APPLICATION, THE USPTO MUST DO ITS OWN SEARCH AND OTHER REVIEW, AND MIGHT **REFUSE TO REGISTER YOUR** MARK.

View Search History:

◉ Plural and Singular  ○ Singular

◉ Live and Dead  ○ Live  ○ Dead

| | |
|---|---|
| **Search Term:** | 2801733 |
| **Field:** | Serial or Registration Number |
| **Result Must Contain:** | All Search Terms (AND) |

[ Submit Query ]  [ Clear Query ]

[ Logout ] *Please logout when you are done to release system resources allocated for you.*

This *New User (Basic)* search form allows for searching of the most commonly searched fields: word marks, serial or registration numbers, and owners.

The **Combined Word Mark** is the default search field and includes the **word mark** and **translation**.

Use the $ for truncation in any field. For **Combined Word Mark** searches, the * is a more efficient truncation operator for left and/or right truncation. For example, the search term *DOG* with the **Combined Word Mark** will retrieve marks with common variations of the word DOG in the word mark or translation statements. Use of the $ truncation operator sometimes results in a truncated hit list.

For serial number or registration number searches, enter the 8-digit serial number (e.g. 75123456) or 7-digit registration number (e.g., 1234567) and select *Serial or Registration Number* as the *Field* for the search. If multiple serial or registration numbers are searched, separate the numbers by spaces and change the *Results Must Contain* value to Any Search Terms (OR). (Alternatively, separate the number by the Boolean OR operator without adjusting the *Result Must Contain* value.)

Do NOT include the apostrophe for contractions. For example, search for the word DON'T by searching DON T. Including Boolean operators (e.g., AND, OR, NOT) or proximity operators (e.g., ADJ, NEAR, SAME, WITH) in your search will override the *Result Must Contain* setting for the search. To actually search for these Boolean or proximity operators, include quotes around the operator.

TESS HOME | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | KLEIN |
| **Goods and Services** | IC 025. US 022 039. G & S: T-SHIRTS. FIRST USE: 19961221. FIRST USE IN COMMERCE: 19961221 |
| | IC 015. US 002 021 036. G & S: MUSICAL INSTRUMENTS, NAMELY ACOUSTIC AND ELECTRIC GUITARS, ACOUSTIC AND ELECTRIC BASS GUITARS; ACCESSORIES, NAMELY CARRYING CASES FOR GUITARS, GUITAR STRINGS; REPLACEMENT PARTS FOR GUITARS, NAMELY NECKS, BODIES, PICK GUARDS, PICKUPS, AND BRIDGES. FIRST USE: 19890120. FIRST USE IN COMMERCE: 19890120 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 76265913 |
| **Filing Date** | June 4, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 14, 2003 |
| **Registration Number** | 2801733 |
| **Registration Date** | January 6, 2004 |
| **Owner** | (REGISTRANT) Klein, Steven H. DBA KLEIN ACOUSTIC GUITARS STEVEN H. KLEIN, U.S. |

CITIZEN INDIVIDUAL UNITED STATES 2560 Knob Hill rd. Sonoma CALIFORNIA 95476

| | |
|---|---|
| Description of Mark | The mark consists of the stylized signature of the applicant's last name KLEIN. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:51:16 ET

Serial Number: 76265913 <u>Assignment Information</u>

Registration Number: 2801733

**Mark**



(words only): KLEIN

Standard Character claim: No

Current Status: Registered.

Date of Status: 2004-01-06

Filing Date: 2001-06-04

Transformed into a National Application: No

Registration Date: 2004-01-06

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-01-12

---

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

---

1. Klein, Steven H.

**Composed Of:**
STEVEN H. KLEIN, U.S. CITIZEN
**Address:**

Klein, Steven H.
2560 Knob Hill rd.
Sonoma, CA 95476
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States
**Phone Number:** (707) 938-4639
**Fax Number:** (707) 938-4639

---

## GOODS AND/OR SERVICES

**International Class:** 015
**Class Status:** Active
MUSICAL INSTRUMENTS, NAMELY ACOUSTIC AND ELECTRIC GUITARS, ACOUSTIC AND
ELECTRIC BASS GUITARS; ACCESSORIES, NAMELY CARRYING CASES FOR GUITARS,
GUITAR STRINGS; REPLACEMENT PARTS FOR GUITARS, NAMELY NECKS, BODIES, PICK
GUARDS, PICKUPS, AND BRIDGES
**Basis:** 1(a)
**First Use Date:** 1989-01-20
**First Use in Commerce Date:** 1989-01-20

**International Class:** 025
**Class Status:** Active
T-SHIRTS
**Basis:** 1(a)
**First Use Date:** 1996-12-21
**First Use in Commerce Date:** 1996-12-21

---

## ADDITIONAL INFORMATION

**Description of Mark:** The mark consists of the stylized signature of the applicant's last name KLEIN.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-01-06 - Registered - Principal Register

2003-10-14 - Published for opposition

2003-09-24 - Notice of publication

2003-08-23 - Approved for Pub - Principal Register (Initial exam)

2003-06-09 - Communication received from applicant

2003-07-02 - Case File In TICRS

2003-06-09 - PAPER RECEIVED

2003-05-19 - Final refusal mailed

2003-03-10 - Communication received from applicant

2003-03-10 - PAPER RECEIVED

2003-02-27 - Non-final action mailed

2002-12-17 - Communication received from applicant

2002-12-17 - PAPER RECEIVED

2002-06-21 - Non-final action mailed

2002-01-11 - Assigned To Examiner

2001-10-05 - Communication received from applicant

2001-08-15 - Non-final action mailed

2001-07-27 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
STEVEN H. KLEIN
KLEIN ACOUSTIC GUITARS
2560 KNOB HILL RD.
SONOMA CA. 95476

**Phone Number:** (707) 938-4639
**Fax Number:** (707) 938-4639

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

*Rebecca's*

| | |
|---|---|
| **Word Mark** | REBECCA'S |
| **Goods and Services** | IC 025. US 039. G & S: LADIES' BRAIDED BELTS AND/OR STITCHED BELTS. FIRST USE: 19820406. FIRST USE IN COMMERCE: 19841126 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.19.18 - Conch shells; Sand dollars ; Shells |
| **Serial Number** | 73614092 |
| **Filing Date** | August 11, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 9, 1986 |
| **Registration Number** | 1431259 |
| **Registration Date** | March 3, 1987 |
| **Owner** | (REGISTRANT) TEMPLE, REBECCA C. DBA REBECCA'S INDIVIDUAL UNITED STATES 2103 WILLIS CIRCLE, SE HUNTSVILLE ALABAMA 35801 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JOHN C. GARMIN, JR. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |

**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:51:55 ET

Serial Number: 73614092 Assignment Information

Registration Number: 1431259

Mark

 *Rebecca's*

(words only): REBECCA'S

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1993-05-03

Filing Date: 1986-08-11

Transformed into a National Application: No

Registration Date: 1987-03-03

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1993-05-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TEMPLE, REBECCA C.

Address:
TEMPLE, REBECCA C.
2103 WILLIS CIRCLE, SE

HUNTSVILLE, AL 35801
United States
Legal Entity Type: Individual
Country of Citizenship: United States

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active
LADIES' BRAIDED BELTS AND/OR STITCHED BELTS
Basis: 1(a)
First Use Date: 1982-04-06
First Use in Commerce Date: 1984-11-26

## ADDITIONAL INFORMATION

Design Search Code(s):
03.19.18 - Conch shells; Sand dollars; Shells

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1993-05-03 - Section 8 (6-year) accepted & Section 15 acknowledged

1993-02-09 - Section 8 (6-year) and Section 15 Filed

1987-03-03 - Registered - Principal Register

1986-12-09 - Published for opposition

1986-12-09 - Published for opposition

1986-11-09 - Notice of publication

1986-10-03 - Approved for Pub - Principal Register (Initial exam)

## CORRESPONDENCE INFORMATION

Correspondent
JOHN C. GARMIN, JR. (Attorney of record)

JOHN C. GARVIN, JR.
SUITE 210
200 W. COURT

HUNTVILLE, AL 35801



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | REBECCA MOSES |
| **Goods and Services** | IC 025. US 039. G & S: WOMEN'S CLOTHING, NAMELY, JACKETS, SKIRTS, COATS, PANTS, DRESSES, BLOUSES, AND RAINCOATS. FIRST USE: 19810000. FIRST USE IN COMMERCE: 19810000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73637200 |
| **Filing Date** | December 24, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 12, 1988 |
| **Registration Number** | 1495162 |
| **Registration Date** | July 5, 1988 |
| **Owner** | (REGISTRANT) MOSES, REBECCA INDIVIDUAL UNITED STATES #11E 31 JANE STREET NEW YORK NEW YORK 10014 |
| | (LAST LISTED OWNER) STUDIO ENTERPRISES, INC. CORPORATION ASSIGNEE OF NEW YORK 117 EAST 35TH ST., APT. 3 NEW YORK NEW YORK 10016 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | MEYER A. GROSS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |

**Live/Dead
Indicator**          LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:52:15 ET

Serial Number: 73637200 Assignment Information

Registration Number: 1495162

Mark (words only): REBECCA MOSES

Standard Character claim: No

Current Status: A Section 8 affidavit has been accepted.

Date of Status: 1995-01-12

Filing Date: 1986-12-24

Transformed into a National Application: No

Registration Date: 1988-07-05

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1995-03-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. STUDIO ENTERPRISES, INC.

Address:
STUDIO ENTERPRISES, INC.
117 EAST 35TH ST., APT. 3
NEW YORK, NY 10016
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

WOMEN'S CLOTHING, NAMELY, JACKETS, SKIRTS, COATS, PANTS, DRESSES, BLOUSES, AND RAINCOATS
Basis: 1(a)
First Use Date: 1981-00-00
First Use in Commerce Date: 1981-00-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-05-21 - TEAS Change Of Correspondence Received

1995-01-12 - Section 8 (6-year) accepted

1994-06-30 - Section 8 (6-year) and Section 15 Filed

1988-07-05 - Registered - Principal Register

1988-04-12 - Published for opposition

1988-03-12 - Notice of publication

1988-02-12 - Approved for Pub - Principal Register (Initial exam)

1988-01-11 - Communication received from applicant

1987-12-28 - Non-final action mailed

1987-12-21 - Allowance/count withdrawn

1987-12-16 - Assigned To Examiner

1987-10-23 - Communication received from applicant

1987-11-02 - Assigned To Examiner

1987-04-22 - Non-final action mailed

## CORRESPONDENCE INFORMATION

**Correspondent**
MEYER A. GROSS (Attorney of record)

Meyer A. Gross
Schweitzer Cornman Gross & Bondell LLP
19th Floor
292 Madison Avenue
New York NY 10017
**Phone Number: 646 424 0770**
**Fax Number: 646 424 0880**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | REBECCA LYNN |
| **Goods and Services** | IC 025. US 039. G & S: SWEATERS. FIRST USE: 19850800. FIRST USE IN COMMERCE: 19850800 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73676596 |
| **Filing Date** | August 5, 1987 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 5, 1988 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1482447 |
| **Registration Date** | March 29, 1988 |
| **Owner** | (REGISTRANT) STOP & SHOP COMPANIES, INC., THE CORPORATION MASSACHUSETTS P.O. BOX 369 BOSTON MASSACHUSETTS 02101 |
| | (LAST LISTED OWNER) BRANDED LLC LTD LIAB CO GEORGIA 956 HIGHLAND VIEW NE ATLANTA GEORGIA 30306 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | THOMAS V. SMURZYNSKI |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | THE NAME "REBECCA LYNNE" IS FANCIFUL AND DOES NOT REFER TO ANY LIVING |

INDIVIDUAL.

**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:52:33 ET

Serial Number: 73676596 <u>Assignment Information</u>

Registration Number: 1482447

Mark (words only): REBECCA LYNN

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1994-01-04

Filing Date: 1987-08-05

Transformed into a National Application: No

Registration Date: 1988-03-29

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 1994-05-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. BRANDED LLC

Address:
BRANDED LLC
956 HIGHLAND VIEW NE
ATLANTA, GA 30306
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: Georgia

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=73676596                                    7/26/2006

SWEATERS
Basis: 1(a)
First Use Date: 1985-08-00
First Use in Commerce Date: 1985-08-00

## ADDITIONAL INFORMATION

Name Portrait Consent: THE NAME "REBECCA LYNNE" IS FANCIFUL AND DOES NOT
REFER TO ANY LIVING INDIVIDUAL.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1994-03-04 - Section 7 amendment issued

1994-01-04 - Section 8 (6-year) accepted & Section 15 acknowledged

1993-08-17 - Section 7 amendment filed

1993-08-17 - Section 8 (6-year) and Section 15 Filed

1988-03-29 - Registered - Principal Register

1988-01-05 - Published for opposition

1987-12-04 - Notice of publication

1987-10-27 - Approved for Pub - Principal Register (Initial exam)

## CORRESPONDENCE INFORMATION

Correspondent
THOMAS V. SMURZYNSKI (Attorney of record)

THOMAS V. SMURZYNSKI
LAHIVE & COCKFIELD
60 STATE STREET
BOSTON, MA 02109-1875

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | REBECCA STONE |
| **Goods and Services** | IC 025. US 039. G & S: Women's clothing namely, vests sweaters, blouses, shorts, skirts, tee shirts, tops and dresses. FIRST USE: 19880615. FIRST USE IN COMMERCE: 19880615 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74014919 |
| **Filing Date** | December 28, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 31, 1990 |
| **Registration Number** | 1618870 |
| **Registration Date** | October 23, 1990 |
| **Owner** | (REGISTRANT) Rebecca Stone, Inc. CORPORATION NEW YORK 1441 Broadway New York NEW YORK 10018 |
| | (LAST LISTED OWNER) B.N.B. LLC LTD LIAB CO BY ASSIGNMENT NEW YORK 1410 BROADWAY NEW YORK NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Robert Stonehill |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010201. |
| **Renewal** | 1ST RENEWAL 20010201 |

**Other Data**      "REBECCA STONE" DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Live/Dead**
**Indicator**      LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:52:54 ET

Serial Number: 74014919 Assignment Information

Registration Number: 1618870

Mark (words only): REBECCA STONE

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2001-02-01

Filing Date: 1989-12-28

Transformed into a National Application: No

Registration Date: 1990-10-23

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-02-06

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. B.N.B. LLC

**Address:**
B.N.B. LLC
1410 BROADWAY
NEW YORK, NY 10018
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: New York

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

Women's clothing namely, vests sweaters, blouses, shorts, skirts, tee shirts, tops and dresses
Basis: 1(a)
First Use Date: 1988-06-15
First Use in Commerce Date: 1988-06-15

---

## ADDITIONAL INFORMATION

Name Portrait Consent: "REBECCA STONE" DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-03-12 - TEAS Change Of Correspondence Received

2001-02-01 - First renewal 10 year

2001-02-01 - Section 8 (10-year) accepted/ Section 9 granted

2000-07-19 - Combined Section 8 (10-year)/Section 9 filed

1996-08-17 - Section 8 (6-year) accepted & Section 15 acknowledged

1996-07-01 - Response received for Post Registration action

1996-06-10 - Post Registration action mailed Section 8 & 15

1995-10-27 - Section 8 (6-year) and Section 15 Filed

1990-10-23 - Registered - Principal Register

1990-07-31 - Published for opposition

1990-06-30 - Notice of publication

1990-04-02 - Approved for Pub - Principal Register (Initial exam)

1990-03-24 - Examiner's amendment mailed

1990-03-10 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

Correspondent
Robert Stonehill (Attorney of record)

ANGELO NOTARO
NOTARO & MICHALOS P.C.
100 Dutch Hill Road, Suite 110
Orangeburg NY 10962-2100

Phone Number: (845) 359-7700
Fax Number: (845) 359-7798