# EXHIBIT B



http://www.charlottetarantola.com/

Ronson 00514

3/14/2007

Page 1 of 1



Ronson 00515

CHARLOTTETARANTOLA.COM

http://www.charlottetarantola.com/

Ronson 00516

3/14/2007

Page 1 of 1



THIS SITE REQUIRES THE FLASH 8 PLAYER, INTERNET EXPLORER 4.0, NETSCAPE 4.0, AND A 800x600 RESOLUTION. IF YOU DO NOT SEE THE FLASH ANIMATION, CLICK BELOW TO DOWNLOAD THE FLASH 8 PLAYER. AFTER INSTALL, CLICK THE "REFRESH" BUTTON OF YOUR BROWSER WINDOW TO VIEW SITE.

FLASH PLAYER

back  next

CHARLOTTE TARANTOLA

ABOUT CHARLOTTE
SHOWROOMS
SPRING 2007
RESORT 2006
FALL 2006
BEBE DUCK
PURCHASE ONLINE
PRESS



http://www.charlottetarantola.com/

# CHARLOTTE TARANTOLA.COM



THIS SITE REQUIRES THE FLASH 8 PLAYER, INTERNET EXPLORER 4.0, NETSCAPE 4.0, AND A 800x600 RESOLUTION. IF YOU DO NOT SEE THE FLASH ANIMATION, CLICK BELOW TO DOWNLOAD THE FLASH 8 PLAYER. AFTER INSTALL, CLICK THE "REFRESH" BUTTON OF YOUR BROWSER WINDOW TO VIEW SITE.

FLASH PLAYER

**Life & Style** SEPTEMBER 4, 2006 — leopard prints — $1.99

PAGE 4
It's Carmen's sweater!
Throw it over a cami and white shorts now or with skinny trousers come fall.
Charlotte Tarantola, $119, Calo, 212-581-2153

PAGE 59

CHARLOTTE TARANTOLA
ABOUT CHARLOTTE
SHOWROOMS
SPRING 2007
RESORT 2006
FALL 2006
SUMMER 2006
PURCHASE ONLINE
PRESS GALLERY
FALL 2006

next
back

Ronson 00518
3/14/2007





CHARLOTTE TARANTOLA.COM

http://www.charlottetarantola.com/

Ronson 00520

3/14/2007

Page 1 of 1



Charlotte Russe
http://www.charlotte-russe.com/
Ronson 00499
3/14/2007
Page 2 of 3



http://www.charlotte-russe.com/

Charlotte Russe

Page 2 of 3

Ronson 00500
3/14/2007