# EXHIBIT C



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    BOTTOM    HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status    ASSIGN Status    TDR    TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Handbags, carry-on bags, backpacks, change purses, cosmetics cases sold empty, purses, travel bags, and wallets. FIRST USE: 19910226. FIRST USE IN COMMERCE: 19910226 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75539040 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 16, 1999 |
| **Registration Number** | 2416268 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lisa M. Martens |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name does not identify a living individual. |
| **Live/Dead** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 10:26:08 ET

Serial Number: 75539040 Assignment Information

Registration Number: 2416268

Mark (words only): CHARLOTTE RUSSE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-12-26

Filing Date: 1998-08-19

Transformed into a National Application: No

Registration Date: 2000-12-26

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2006-07-21

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Charlotte Russe Merchandising, Inc.

**Address:**
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
San Diego, CA 92117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active

Handbags, carry-on bags, backpacks, change purses, cosmetics cases sold empty, purses, travel bags, and wallets
**Basis:** 1(a)
**First Use Date:** 1991-02-26
**First Use in Commerce Date:** 1991-02-26

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name does not identify a living individual.

**Prior Registration Number(s):**
1485692

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-07-21 - Case File In TICRS

2000-12-26 - Registered - Principal Register

2000-10-26 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-20 - Statement of use processing complete

2000-08-14 - Amendment to Use filed

2000-02-15 - Notice of allowance - mailed

1999-11-16 - Published for opposition

1999-10-15 - Notice of publication

1999-07-22 - Approved for Pub - Principal Register (Initial exam)

1999-07-21 - Examiner's amendment mailed

1999-04-14 - Non-final action mailed

1999-04-02 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Lisa M. Martens (Attorney of record)

LISA M. MARTENS
COOLEY GODWARD LLP
4365 EXECUTIVE DRIVE, SUITE 1100
SAN DIEGO, CA 92121-2128



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely dresses, pants, shorts, skirts, blouses, jumpers, overalls, knit and woven tops, sweaters, t-shirts, pajamas, nightgowns, robes, loungewear, lingerie, slips, undergarments, panties, casual and dressy shoes, sandals, boots, sweatpants, sweatshirts, sweatsuits, tights, leggings, and socks; performance wear, namely jerseys, bicycle pants and gymnastic suits; sportswear, namely pants and shirts, swimwear, swimsuit cover-ups and leotards, tights, socks, shorts; outerwear, namely jackets, vests, coats, shells; and headgear, namely hats, caps, headbands, visors, and belts. FIRST USE: 19910226. FIRST USE IN COMMERCE: 19910226 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75539417 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 30, 1999 |
| **Registration Number** | 2416273 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LISA M. MARTENS |
| **Prior Registrations** | 1485692 |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 10:26:33 ET

Serial Number: 75539417 Assignment Information

Registration Number: 2416273

Mark (words only): CHARLOTTE RUSSE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-12-26

Filing Date: 1998-08-19

Transformed into a National Application: No

Registration Date: 2000-12-26

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2006-07-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Charlotte Russe Merchandising, Inc.

**Address:**
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
San Diego, CA 92117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

clothing, namely dresses, pants, shorts, skirts, blouses, jumpers, overalls, knit and woven tops, sweaters, t-shirts, pajamas, nightgowns, robes, loungewear, lingerie, slips, undergarments, panties, casual and dressy shoes, sandals, boots, sweatpants, sweatshirts, sweatsuits, tights, leggings, and socks; performance wear, namely jerseys, bicycle pants and gymnastic suits; sportswear, namely pants and shirts, swimwear, swimsuit cover-ups and leotards, tights, socks, shorts; outerwear, namely jackets, vests, coats, shells; and headgear, namely hats, caps, headbands, visors, and belts

**Basis:** 1(a)
**First Use Date:** 1991-02-26
**First Use in Commerce Date:** 1991-02-26

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name does not identify a living individual.

**Prior Registration Number(s):**
1485692

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2000-12-26 - Registered - Principal Register

2000-10-26 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-23 - Statement of use processing complete

2000-08-14 - Amendment to Use filed

2000-02-22 - Notice of allowance - mailed

1999-11-30 - Published for opposition

1999-10-29 - Notice of publication

1999-07-22 - Approved for Pub - Principal Register (Initial exam)

1999-07-21 - Examiner's amendment mailed

1999-04-22 - Non-final action mailed

1999-04-13 - Assigned To Examiner

1999-04-02 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
LISA M. MARTENS (Attorney of record)

LISA M. MARTENS
COOLEY GODWARD LLP
4365 EXECUTIVE DRIVE, SUITE 1100
SAN DIEGO, CA 92121-2128



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: cosmetics, namely, lipsticks and lip glosses, lip liner, face powder, foundation, concealer, bronzer, eye shadow, mascara, eyebrow pencil and eyeliner; soaps, perfumes, and body and face care products, namely, face and body lotions, body oils, body powder, face and body scrubs, face and body creams, astringents for cosmetic purposes and facial and body masks. FIRST USE: 19890810. FIRST USE IN COMMERCE: 19890810 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75539045 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 1, 1999 |
| **Registration Number** | 2451427 |
| **Registration Date** | May 15, 2001 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LISA M. MARTENS, ESQ. |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| Other Data | "CHARLOTTE RUSSE" does not identify a living individual. |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

[.HOME | SITE INDEX] SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 10:26:54 ET

Serial Number: 75539045 Assignment Information

Registration Number: 2451427

Mark (words only): CHARLOTTE RUSSE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-05-15

Filing Date: 1998-08-19

Transformed into a National Application: No

Registration Date: 2001-05-15

Register: Principal

Law Office Assigned: LAW OFFICE 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-06-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Charlotte Russe Merchandising, Inc

**Address:**
Charlotte Russe Merchandising, Inc
4645 Morena Boulevard
San Diego, CA 92117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

International Class: 003
Class Status: Active

cosmetics, namely, lipsticks and lip glosses, lip liner, face powder, foundation, concealer, bronzer, eye shadow, mascara, eyebrow pencil and eyeliner; soaps, perfumes, and body and face care products, namely, face and body lotions, body oils, body powder, face and body scrubs, face and body creams, astringents for cosmetic purposes and facial and body masks
**Basis:** 1(a)
**First Use Date:** 1989-08-10
**First Use in Commerce Date:** 1989-08-10

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "CHARLOTTE RUSSE" does not identify a living individual.

**Prior Registration Number(s):**
1485692

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2001-05-15 - Registered - Principal Register

2000-10-31 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-31 - Assigned To Examiner

2000-10-23 - Statement of use processing complete

2000-10-12 - Extension 2 granted

2000-08-14 - Amendment to Use filed

2000-08-14 - Extension 2 filed

2000-04-25 - Extension 1 granted

2000-02-23 - Extension 1 filed

1999-08-24 - Notice of allowance - mailed

1999-06-01 - Published for opposition

1999-04-30 - Notice of publication

1999-03-04 - Approved for Pub - Principal Register (Initial exam)

1999-02-12 - Examiner's amendment mailed

1999-01-29 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
LISA M. MARTENS, ESQ. (Attorney of record)

LISA M. MARTENS, ESQ.
COOLEY GODWARD LLP
4365 EXECUTIVE DRIVE, SUITE 1100
SAN DIEGO, CALIFORNIA 92121-2128

---



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: costume jewelry, namely bracelets for wrists and ankles, belly chains, earrings, body jewelry, broaches, necklaces, pendants, pins, rings, watch bands and straps, and wristwatches. FIRST USE: 19950104. FIRST USE IN COMMERCE: 19950104 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75539043 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 16, 1999 |
| **Registration Number** | 2416269 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lisa M. Martens |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name does not identify a living individual. |

**Live/Dead**
**Indicator**          LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 10:27:14 ET

Serial Number: 75539043 Assignment Information

Registration Number: 2416269

Mark (words only): CHARLOTTE RUSSE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-12-26

Filing Date: 1998-08-19

Transformed into a National Application: No

Registration Date: 2000-12-26

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-11-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Charlotte Russe Merchandising, Inc.

**Address:**
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
San Diego, CA 92117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active

costume jewelry, namely bracelets for wrists and ankles, belly chains, earrings, body jewelry, broaches, necklaces, pendants, pins, rings, watch bands and straps, and wristwatches

**Basis:** 1(a)
**First Use Date:** 1995-01-04
**First Use in Commerce Date:** 1995-01-04

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name does not identify a living individual.

**Prior Registration Number(s):**
1485692

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2000-12-26 - Registered - Principal Register

2000-10-26 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-20 - Statement of use processing complete

2000-08-14 - Amendment to Use filed

2000-02-15 - Notice of allowance - mailed

1999-11-16 - Published for opposition

1999-10-15 - Notice of publication

1999-07-22 - Approved for Pub - Principal Register (Initial exam)

1999-07-21 - Examiner's amendment mailed

1999-04-14 - Non-final action mailed

1999-04-02 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Lisa M. Martens (Attorney of record)

LISA M. MARTENS
COOLEY GODWARD LLP

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=75539043          7/27/2006

4365 EXECUTIVE DRIVE, SUITE 100
SAN DIEGO, CA 92121-2128



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| Word Mark | CHARLOTTE RUSSE |
| Goods and Services | IC 042. US 100 101. G & S: Retail store services specializing in women's apparel and accessories. FIRST USE: 19750904. FIRST USE IN COMMERCE: 19750904 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Design Search Code | |
| Serial Number | 75539155 |
| Filing Date | August 19, 1998 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | November 16, 1999 |
| Registration Number | 2414477 |
| Registration Date | December 19, 2000 |
| Owner | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | LISA M MARTENS |
| Prior Registrations | 1485692 |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Other Data | The name does not identify a living individual. |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

This page was generated by the TARR system on 2006-07-27 10:27:34 ET

Serial Number: 75539155 <u>Assignment Information</u>

Registration Number: 2414477

Mark (words only): CHARLOTTE RUSSE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-12-19

Filing Date: 1998-08-19

Transformed into a National Application: No

Registration Date: 2000-12-19

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2000-12-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Charlotte Russe Merchandising, Inc.

Address:
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
San Diego, CA 92117
United States
Legal Entity Type: Corporation
State or Country of Incorporation: California

---

## GOODS AND/OR SERVICES

International Class: 042
Class Status: Active

Retail store services specializing in women's apparel and accessories
**Basis:** 1(a)
**First Use Date:** 1975-09-04
**First Use in Commerce Date:** 1975-09-04

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name does not identify a living individual.

**Prior Registration Number(s):**
1485692

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2000-12-19 - Registered - Principal Register

2000-10-23 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-17 - Statement of use processing complete

2000-10-17 - Extension 1 granted

2000-08-14 - Amendment to Use filed

2000-08-14 - Extension 1 filed

2000-02-15 - Notice of allowance - mailed

1999-11-16 - Published for opposition

1999-10-15 - Notice of publication

1999-07-22 - Approved for Pub - Principal Register (Initial exam)

1999-07-21 - Examiner's amendment mailed

1999-04-22 - Non-final action mailed

1999-04-12 - Assigned To Examiner

1999-04-05 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
LISA M MARTENS (Attorney of record)

LISA M MARTENS
COOLEY GODWARD LLP
4365 EXECUTIVE DR STE 1100
SAN DIEGO CA 92121-2128

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 026. US 037 039 040 042 050. G & S: hair ornaments, namely, clips, pins, ribbons, barrettes, bands, and scrunchies. FIRST USE: 19950804. FIRST USE IN COMMERCE: 19950804 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75539156 |
| **Filing Date** | August 19, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 23, 1999 |
| **Registration Number** | 2416270 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) Charlotte Russe Merchandising, Inc. CORPORATION CALIFORNIA 4645 Morena Boulevard San Diego CALIFORNIA 92117 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LISA M. MARTENS |
| **Prior Registrations** | 1485692 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 10:27:52 ET

Serial Number: 75539156 Assignment Information

Registration Number: 2416270

Mark (words only): CHARLOTTE RUSSE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-12-26

Filing Date: 1998-08-19

Transformed into a National Application: No

Registration Date: 2000-12-26

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-11-18

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Charlotte Russe Merchandising, Inc.

**Address:**
Charlotte Russe Merchandising, Inc.
4645 Morena Boulevard
San Diego, CA 92117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

International Class: 026
Class Status: Active

hair ornaments, namely, clips, pins, ribbons, barrettes, bands, and scrunchies
Basis: 1(a)
First Use Date: 1995-08-04
First Use in Commerce Date: 1995-08-04

---

## ADDITIONAL INFORMATION

---

Name Portrait Consent: The name does not identify a living individual.

Prior Registration Number(s):
1485692

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2000-12-26 - Registered - Principal Register

2000-10-26 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-20 - Statement of use processing complete

2000-08-14 - Amendment to Use filed

2000-02-15 - Notice of allowance - mailed

1999-11-23 - Published for opposition

1999-10-22 - Notice of publication

1999-07-22 - Approved for Pub - Principal Register (Initial exam)

1999-07-21 - Examiner's amendment mailed

1999-04-14 - Non-final action mailed

1999-04-02 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

Correspondent
LISA M. MARTENS (Attorney of record)

LISA M. MARTENS
COOLEY GODWARD LLP
4365 EXECUTIVE DR STE 1100

SAN DIEGO, CA 92121-2128

7/27/2006

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

*Charlotte Russe*

| | |
|---|---|
| **Word Mark** | CHARLOTTE RUSSE |
| **Goods and Services** | IC 042. US 101. G & S: RETAIL STORE SERVICES IN THE FIELD OF WOMEN'S CLOTHING AND ACCESSORIES. FIRST USE: 19750904. FIRST USE IN COMMERCE: 19750904 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 73662755 |
| **Filing Date** | May 26, 1987 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 26, 1988 |
| **Registration Number** | 1485692 |
| **Registration Date** | April 19, 1988 |
| **Owner** | (REGISTRANT) LAWRENCE MERCHANDISING CORPORATION CORPORATION CALIFORNIA 5015 SHOREHAM PLACE SAN DIEGO CALIFORNIA 92122 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | STANLEY W. SOKOLOFF, ESQ. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

**Affidavit Text**         SECT 15. SECT 8 (6-YR).

**Live/Dead
Indicator**         LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 10:28:14 ET

Serial Number: 73662755 Assignment Information

Registration Number: 1485692

Mark



(words only): CHARLOTTE RUSSE

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1993-09-28

Filing Date: 1987-05-26

Transformed into a National Application: No

Registration Date: 1988-04-19

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1999-08-24

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LAWRENCE MERCHANDISING CORPORATION

Address:
LAWRENCE MERCHANDISING CORPORATION
5015 SHOREHAM PLACE

SAN DIEGO, CA 92122
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

---

**International Class:** 042
**Class Status:** Active
RETAIL STORE SERVICES IN THE FIELD OF WOMEN'S CLOTHING AND ACCESSORIES
**Basis:** 1(a)
**First Use Date:** 1975-09-04
**First Use in Commerce Date:** 1975-09-04

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

1993-09-28 - Section 8 (6-year) accepted & Section 15 acknowledged

1993-06-14 - Section 8 (6-year) and Section 15 Filed

1988-04-19 - Registered - Principal Register

1988-01-26 - Published for opposition

1987-12-26 - Notice of publication

1987-11-03 - Approved for Pub - Principal Register (Initial exam)

1987-11-03 - Examiner's amendment mailed

1987-10-05 - Communication received from applicant

1987-08-11 - Non-final action mailed

1987-08-06 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**

STANLEY W. SOKOLOFF, ESQ. (Attorney of record)

STANLEY W. SOKOLOFF, ESQ.
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
SEVENTH FLOOR
12400 WILSHIRE BOULEVARD
LOS ANGELES, CA 90025



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

*Charlotte*

| | |
|---|---|
| **Word Mark** | CHARLOTTE |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: jewelry made of natural, precious and nonprecious materials, namely, of gold, silver, platinum, iron, wood, leather, gemstones, ivory; jewelry, namely, pins, cuff links, earrings, necklaces; jewelry in the nature of hand, arm and leg ornaments made of the above material, namely, rings, bracelets, pins and broaches; watches |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 75144106 |
| **Filing Date** | August 2, 1996 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Published for Opposition** | September 9, 1997 |
| **Registration Number** | 2117619 |
| **Registration Date** | December 2, 1997 |
| **Owner** | (REGISTRANT) Schwarz, Wolf-Peter DBA Otto Ehinger INDIVIDUAL FED REP GERMANY Marktplatz 20 D-89073 Ulm FED REP GERMANY |
| | (LAST LISTED OWNER) EHINGER-SCHWARZGMBH & CO. KG CORPORATION BY ASSIGNMENT FED REP GERMANY MARKTPLATZ 20 D-89073 ULM FED REP GERMANY |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | PATRICIA A. WILCZYNSKI |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER.    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 10:28:33 ET

Serial Number: 75144106 Assignment Information

Registration Number: 2117619

Mark



(words only): CHARLOTTE

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2003-07-12

Filing Date: 1996-08-02

Transformed into a National Application: No

Registration Date: 1997-12-02

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-07-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. EHINGER-SCHWARZGMBH & CO. KG

Address:
EHINGER-SCHWARZGMBH & CO. KG
MARKTPLATZ 20

D-89073 ULM
Fed Rep Germany
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Fed Rep Germany

---

## GOODS AND/OR SERVICES

---

**International Class:** 014
**Class Status:** Active
jewelry made of natural, precious and nonprecious materials, namely, of gold, silver, platinum, iron, wood, leather, gemstones, ivory; jewelry, namely, pins, cuff links, earrings, necklaces; jewelry in the nature of hand, arm and leg ornaments made of the above material, namely, rings, bracelets, pins and broaches; watches
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Foreign Registration Number:** 2091846
**Foreign Registration Date:** 1995-02-13
**Country:** Fed Rep Germany
**Foreign Expiration Date:** 2004-06-30

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2003-07-12 - Section 8 (6-year) accepted & Section 15 acknowledged

2003-04-14 - Section 8 (6-year) and Section 15 Filed

2003-04-14 - PAPER RECEIVED

1997-12-02 - Registered - Principal Register

1997-09-09 - Published for opposition

1997-08-08 - Notice of publication

1997-06-20 - Approved for Pub - Principal Register (Initial exam)

1997-05-07 - Communication received from applicant

1996-11-07 - Non-final action mailed

1996-10-25 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
PATRICIA A. WILCZYNSKI (Attorney of record)

PATRICIA A. WILCZYNSKI
SCULLY SCOTT MURPHY & PRESSER
400 GARDEN CITY PLAZA, SUITE 300
GARDEN CITY NY 11530

**Domestic Representative**
PATRICIA A. WILCZYNSKI

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE CORDAY |
| **Goods and Services** | IC 025. US 022 039. G & S: men's, women's, and children's clothing, namely sweaters, blouses, dresses, pants, jackets, skirts, undergarments, bathing suits, coats, overcoats, headwear, and footwear. FIRST USE: 20020201. FIRST USE IN COMMERCE: 20020405 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78108725 |
| **Filing Date** | February 14, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 31, 2002 |
| **Registration Number** | 2754463 |
| **Registration Date** | August 19, 2003 |
| **Owner** | (REGISTRANT) JJJ International LLC LTD LIAB CO DELAWARE 18 Desbrosses Street Suite 5 New York NEW YORK 10013 |
| **Attorney of Record** | Robert A. Rossi, Esq |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "CHARLOTTE CORDAY" does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 10:30:22 ET

Serial Number: 78108725 Assignment Information

Registration Number: 2754463

Mark (words only): CHARLOTTE CORDAY

Standard Character claim: No

Current Status: A cancellation proceeding has been filed at the Trademark Trial and Appeal Board and is now pending.

Date of Status: 2006-07-05

Filing Date: 2002-02-14

Transformed into a National Application: No

Registration Date: 2003-08-19

Register: Principal

Law Office Assigned: LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-08-25

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JJJ International LLC

Address:
JJJ International LLC
18 Desbrosses Street Suite 5
New York, NY 10013
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: Delaware
Phone Number: 212 343-0587
Fax Number: 212 343-0532

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active
men's, women's, and children's clothing, namely sweaters, blouses, dresses, pants, jackets, skirts, undergarments, bathing suits, coats, overcoats, headwear, and footwear
Basis: 1(a)
First Use Date: 2002-02-01
First Use in Commerce Date: 2002-04-05

---

## ADDITIONAL INFORMATION

Name Portrait Consent: The name "CHARLOTTE CORDAY" does not identify a living individual.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-07-05 - Cancellation Instituted No. 999999

2003-08-19 - Registered - Principal Register

2003-06-20 - Allowed for Registration - Principal Register (SOU accepted)

2003-06-19 - Assigned To Examiner

2003-05-24 - Statement of use processing complete

2003-04-24 - Amendment to Use filed

2003-04-24 - TEAS Statement of Use Received

2003-03-25 - Notice of allowance - mailed

2002-12-31 - Published for opposition

2002-12-11 - Notice of publication

2002-11-04 - Approved for Pub - Principal Register (Initial exam)

2002-10-17 - Communication received from applicant

2002-10-17 - PAPER RECEIVED

2002-10-09 - Assigned To Examiner

2002-06-27 - Non-final action e-mailed

## CORRESPONDENCE INFORMATION

**Correspondent**
Robert A. Rossi, Esq (Attorney of record)

JJJ INTERNATIONAL LLC

18 DESBROSSES STREET SUITE 5
NEW YORK, NY 10013

**Phone Number:** 212 237-1200
**Fax Number:** 212 237-1215