# EXHIBIT A

Continued



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

Cynthia Wells

| | |
|---|---|
| **Word Mark** | CYNTHIA WELLS |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing for women, namely denim jeans, overalls, skirts, dresses, jackets, coats, vests, suits, shirts, pants, blouses, shorts, capris, jumpsuits, t-shirts, tank tops, halter tops, crop tops, leather and suede coats and jackets, sweaters, scarves, head scarves, gloves, shoes, boots, sandals, sneakers, slippers, sweat suits, sweat pants, sweat shirts, swim wear, bandanas, caps, hats, visors, headbands, sashes, belts, suspenders, ties, socks, underwear, bras, panties, stockings, sleepwear, night gowns, pajamas, robes, lingerie, camisoles, leggings, ponchos, parkas, ski jackets, rainwear, and wind resistant jackets. FIRST USE: 20041127. FIRST USE IN COMMERCE: 20041127 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.05.25 - Daffodils; Iris (flower); Other flowers |
| **Serial Number** | 78566326 |
| **Filing Date** | February 13, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 29, 2005 |
| **Registration Number** | 3060231 |
| **Registration Date** | February 21, 2006 |
| **Owner** | (REGISTRANT) Cynthia Y Wells Cynthia Wells US Citizen SOLE PROPRIETORSHIP NEW JERSEY |

15 Chelsea Avenue Newark NEW JERSEY 07106

**Type of Mark** TRADEMARK

**Register** PRINCIPAL

**Other Data** The name Cynthia Wells identifies a living individual whose consent is of record.

**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|-----------|----------|------------|-----------|-------------|-----------|-----|------|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-09 10:44:26 ET

**Serial Number:** 78566326 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3060231

**Mark**



**(words only):** CYNTHIA WELLS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-02-21

**Filing Date:** 2005-02-13

**Transformed into a National Application:** No

**Registration Date:** 2006-02-21

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-02-21

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Cynthia Y Wells

**Composed Of:**
Cynthia Wells US Citizen
**Address:**

Cynthia Y Wells
15 Chelsea Avenue
Newark, NJ 07106
United States
**Legal Entity Type:** Sole Proprietorship
**State or Country Where Organized:** New Jersey

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Clothing for women, namely denim jeans, overalls, skirts, dresses, jackets, coats, vests, suits, shirts, pants, blouses, shorts, capris, jumpsuits, t-shirts, tank tops, halter tops, crop tops, leather and suede coats and jackets, sweaters, scarves, head scarves, gloves, shoes, boots, sandals, sneakers, slippers, sweat suits, sweat pants, sweat shirts, swim wear, bandanas, caps, hats, visors, headbands, sashes, belts, suspenders, ties, socks, underwear, bras, panties, stockings, sleepwear, night gowns, pajamas, robes, lingerie, camisoles, leggings, ponchos, parkas, ski jackets, rainwear, and wind resistant jackets
**Basis:** 1(a)
**First Use Date:** 2004-11-27
**First Use in Commerce Date:** 2004-11-27

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name Cynthia Wells identifies a living individual whose consent is of record.

**Design Search Code(s):**
**05.05.25** - Daffodils; Iris (flower); Other flowers

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-02-21 - Registered - Principal Register

2005-11-29 - Published for opposition

2005-11-09 - Notice of publication

2005-10-05 - Law Office Publication Review Completed

2005-09-30 - Assigned To LIE

2005-09-27 - Approved for Pub - Principal Register (Initial exam)

2005-09-27 - Teas/Email Correspondence Entered

2005-09-18 - Communication received from applicant

2005-09-18 - TEAS Response to Office Action Received

2005-09-12 - Non-final action e-mailed

2005-09-12 - Non-Final Action Written

2005-09-09 - Assigned To Examiner

2005-02-25 - New Application Entered In Tram

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
WELLS, CYNTHIA Y
15 CHELSEA AVE
NEWARK, NJ 07106-1211

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# CYNTHIA ROWLEY

| | |
|---|---|
| **Word Mark** | CYNTHIA ROWLEY |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing for women and children, namely, shirts, blouses, jackets, dresses, skirts, pants, shorts, blazers, sweaters and sportswear, namely, tops, bottoms, sweat suits and workout suits; clothing for men, namely, shirts, pants, shorts, blazers, sweaters and jackets; belts, gloves and footwear. FIRST USE: 19820101. FIRST USE IN COMMERCE: 19820101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78690986 |
| **Filing Date** | August 11, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 12, 2006 |
| **Registration Number** | 3212424 |
| **Registration Date** | February 27, 2007 |
| **Owner** | (REGISTRANT) Rowley, Cynthia INDIVIDUAL UNITED STATES 376 Bleeker Street New York NEW YORK 10014 |
| **Attorney of Record** | Edward M. Weisz |

| | |
|---|---|
| **Prior Registrations** | 2357781 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | Top | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-09 10:44:41 ET

**Serial Number:** 78690986 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 3212424

**Mark**

# CYNTHIA ROWLEY

**(words only):** CYNTHIA ROWLEY

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-02-27

**Filing Date:** 2005-08-11

**Transformed into a National Application:** No

**Registration Date:** 2007-02-27

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-02-27

---
### LAST APPLICANT(S)/OWNER(S) OF RECORD
---

1. Rowley, Cynthia

**Address:**
Rowley, Cynthia
376 Bleeker Street

New York, NY 10014
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States
**Phone Number:** (212) 242-3803
**Fax Number:** (212) 242-4136

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
clothing for women and children, namely, shirts, blouses, jackets, dresses, skirts, pants, shorts, blazers, sweaters and sportswear, namely, tops, bottoms, sweat suits and workout suits; clothing for men, namely, shirts, pants, shorts, blazers, sweaters and jackets; belts, gloves and footwear
**Basis:** 1(a)
**First Use Date:** 1982-01-01
**First Use in Commerce Date:** 1982-01-01

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
2357781

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-02-27 - Registered - Principal Register

2006-12-12 - Published for opposition

2006-11-22 - Notice of publication

2006-10-23 - Law Office Publication Review Completed

2006-10-20 - Assigned To LIE

2006-10-13 - Approved for Pub - Principal Register (Initial exam)

2006-09-16 - Teas/Email Correspondence Entered

2006-09-07 - Communication received from applicant

2006-09-07 - TEAS Response to Office Action Received

2006-08-29 - Attorney Revoked And/Or Appointed

2006-08-29 - TEAS Revoke/Appoint Attorney Received

2006-03-07 - Non-final action mailed

2006-03-07 - Non-Final Action Written

2006-03-01 - Assigned To Examiner

2005-08-18 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Edward M. Weisz

**Correspondent**
Edward M. Weisz
Cohen, Pontani, Lieberman & Pavane
Suite 1210
551 Fifth Avenue
New York NY 10176
Phone Number: 212-687-2770
Fax Number: 212-972-5487



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    BOTTOM    HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status    ASSIGN Status    TDR    TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# CYNTHIA VINCENT

| | |
|---|---|
| **Word Mark** | CYNTHIA VINCENT |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Fashion accessories, namely purses, handbags, shoulder bags, and leather and cloth pouches. FIRST USE: 19930301. FIRST USE IN COMMERCE: 19930301 |
| | IC 025. US 022 039. G & S: Clothing, namely, blouses, dresses, skirts, evening dresses and gowns, day dresses, jackets, coats, shoes, pants, tops, shirts, jeans, gloves, hats, caps, wraps, scarves and belts. FIRST USE: 19930301. FIRST USE IN COMMERCE: 19930301 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78697691 |
| **Filing Date** | August 22, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 27, 2006 |
| **Registration Number** | 3144969 |
| **Registration Date** | September 19, 2006 |
| **Owner** | (REGISTRANT) Vincent, Cynthia INDIVIDUAL UNITED STATES 11th Floor 818 South Broadway Los Angeles CALIFORNIA 90014 |

| | |
|---|---|
| **Attorney of Record** | K. Andrew Kent |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:44:53 ET

**Serial Number:** 78697691 Assignment Information       Trademark Document Retrieval

**Registration Number:** 3144969

**Mark**

# CYNTHIA VINCENT

**(words only):** CYNTHIA VINCENT

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-09-19

**Filing Date:** 2005-08-22

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** No

**Transformed into a National Application:** No

**Registration Date:** 2006-09-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-09-19

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Vincent, Cynthia

**Address:**
Vincent, Cynthia
11th Floor 818 South Broadway
Los Angeles, CA 90014
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

---

**International Class:** 018
**Class Status:** Active
Fashion accessories, namely purses, handbags, shoulder bags, and leather and cloth pouches
**Basis:** 1(a)
**First Use Date:** 1993-03-01
**First Use in Commerce Date:** 1993-03-01

**International Class:** 025
**Class Status:** Active
Clothing, namely, blouses, dresses, skirts, evening dresses and gowns, day dresses, jackets, coats, shoes, pants, tops, shirts, jeans, gloves, hats, caps, wraps, scarves and belts
**Basis:** 1(a)
**First Use Date:** 1993-03-01
**First Use in Commerce Date:** 1993-03-01

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-09-19 - Registered - Principal Register

2006-06-27 - Published for opposition

2006-06-07 - Notice of publication

2006-05-10 - Law Office Publication Review Completed

2006-05-08 - Assigned To LIE

2006-05-04 - Approved for Pub - Principal Register (Initial exam)

2006-05-03 - Examiner's Amendment Entered

2006-05-03 - EXAMINERS AMENDMENT E-MAILED

2006-05-03 - Examiners Amendment -Written

2006-05-02 - Teas/Email Correspondence Entered

2006-04-06 - Communication received from applicant

2006-04-06 - TEAS Response to Office Action Received

2006-03-10 - Removed From TEAS Plus

2006-03-10 - Non-final action e-mailed

2006-03-10 - Non-Final Action Written

2006-03-08 - Assigned To Examiner

2005-08-30 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
K. Andrew Kent

**Correspondent**
K. ANDREW KENT
RINCON VENTURE LAW GROUP
555 SAINT CHARLES DR STE 107
THOUSAND OAKS, CA 91360-3984
Phone Number: 805-557-0580
Fax Number: 805-557-0480



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

**TESS was last updated on Wed Apr 9 04:10:56 EDT 2008**

| TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

# CYNTHIA ROWLEY

| Word Mark | CYNTHIA ROWLEY |
|---|---|
| Goods and Services | IC 018. US 001 002 003 022 041. G & S: Umbrellas. FIRST USE: 20030723. FIRST USE IN COMMERCE: 20030723 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77084817 |
| Filing Date | January 17, 2007 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | July 24, 2007 |
| Registration Number | 3306021 |
| Registration Date | October 9, 2007 |
| Owner | (REGISTRANT) Cynthia Rowley INDIVIDUAL UNITED STATES 376 Bleecker Street New York NEW YORK 10014 |
| Attorney of Record | Edward M. Weisz |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2008-04-09 10:45:07 ET

**Serial Number:** 77084817 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3306021

**Mark**

# CYNTHIA ROWLEY

**(words only):** CYNTHIA ROWLEY

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-10-09

**Filing Date:** 2007-01-17

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** 2007-10-09

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-10-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Cynthia Rowley

**Address:**
Cynthia Rowley
376 Bleecker Street
New York, NY 10014
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

---

**International Class:** 018
**Class Status:** Active
Umbrellas
**Basis:** 1(a)
**First Use Date:** 2003-07-23
**First Use in Commerce Date:** 2003-07-23

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-10-09 - Registered - Principal Register

2007-08-15 - Applicant/Correspondence Changes (Non-Responsive) Entered

2007-08-15 - TEAS Change Of Owner Address Received

2007-07-24 - Published for opposition

2007-07-04 - Notice of publication

2007-06-19 - Law Office Publication Review Completed

2007-06-14 - Approved for Pub - Principal Register (Initial exam)

2007-06-08 - Teas/Email Correspondence Entered

2007-06-08 - Communication received from applicant

2007-06-08 - Assigned To LIE

2007-05-22 - TEAS Response to Office Action Received

2007-03-09 - Non-final action e-mailed

2007-03-09 - Non-Final Action Written

2007-03-08 - Assigned To Examiner

2007-01-22 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Edward M. Weisz

**Correspondent**
EDWARD M WEISZ
COHEN PONTANI LIEBERMAN & PAVANE LLP
STE 1210
551 FIFTH AVE
NEW YORK NY 10176-1022
Phone Number: 212-687-2770
Fax Number: 212-972-5487

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# CYNTHIA ROWLEY

| | |
|---|---|
| **Word Mark** | CYNTHIA ROWLEY |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Handbags, shoulder tote bags and cosmetic bags sold empty. FIRST USE: 19991101. FIRST USE IN COMMERCE: 19991101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77030126 |
| **Filing Date** | October 26, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 17, 2007 |
| **Registration Number** | 3300792 |
| **Registration Date** | October 2, 2007 |
| **Owner** | (REGISTRANT) Rowley,Cynthia INDIVIDUAL UNITED STATES 376 Bleecker Street New York NEW YORK 10014 |
| **Attorney of Record** | Edward M. Weisz |
| **Prior Registrations** | 2357781 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-09 10:45:21 ET

**Serial Number:** 77030126 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3300792

**Mark**

# CYNTHIA ROWLEY

**(words only):** CYNTHIA ROWLEY

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-10-02

**Filing Date:** 2006-10-26

**Transformed into a National Application:** No

**Registration Date:** 2007-10-02

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-10-02

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Rowley,Cynthia

**Address:**
Rowley,Cynthia
376 Bleecker Street

New York, NY 10014
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Handbags, shoulder tote bags and cosmetic bags sold empty
**Basis:** 1(a)
**First Use Date:** 1999-11-01
**First Use in Commerce Date:** 1999-11-01

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2357781

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-10-02 - Registered - Principal Register

2007-08-15 - Applicant/Correspondence Changes (Non-Responsive) Entered

2007-08-15 - TEAS Change Of Owner Address Received

2007-07-17 - Published for opposition

2007-06-27 - Notice of publication

2007-06-14 - Law Office Publication Review Completed

2007-06-14 - Approved for Pub - Principal Register (Initial exam)

2007-06-08 - Teas/Email Correspondence Entered

2007-06-08 - Communication received from applicant

2007-06-07 - Assigned To LIE

2007-05-22 - TEAS Response to Office Action Received

2007-03-09 - Non-final action e-mailed

2007-03-09 - Non-Final Action Written

2007-03-08 - Assigned To Examiner

2006-10-31 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Edward M. Weisz

**Correspondent**
EDWARD M WEISZ
COHEN PONTANI LIEBERMAN & PAVANE LLP
STE 1210
551 FIFTH AVE
NEW YORK NY 10176-1022
Phone Number: 212-687-2770
Fax Number: 212-972-5487

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# CYNTHIA H DESIGNS

| | |
|---|---|
| **Word Mark** | CYNTHIA H DESIGNS |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Bracelets, made of leather. FIRST USE: 20031030. FIRST USE IN COMMERCE: 20040120 |
| | IC 018. US 001 002 003 022 041. G & S: Handbags, bracelets and belts, all made from leather. FIRST USE: 20031030. FIRST USE IN COMMERCE: 20040120 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-1 H A single letter, multiples of a single letter or in combination with a design |
| **Serial Number** | 78892705 |
| **Filing Date** | May 25, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 12, 2007 |
| **Registration Number** | 3286201 |
| **Registration** | August 28, 2007 |

| | |
|---|---|
| **Date** | |
| **Owner** | (REGISTRANT) Holvey, Cynthia S. INDIVIDUAL UNITED STATES 156 Villa Point Drive Newport Beach CALIFORNIA 92660 |
| **Attorney of Record** | Morland C. Fischer |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE DESIGNS APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name CYNTHIA H identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-09 10:45:42 ET

**Serial Number:** 78892705 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3286201

**Mark**

# CYNTHIA H DESIGNS

**(words only):** CYNTHIA H DESIGNS

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-08-28

**Filing Date:** 2006-05-25

**Transformed into a National Application:** No

**Registration Date:** 2007-08-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**If you are the applicant or applicant's attorney and have questions about this file, please contact
the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-08-28

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Holvey, Cynthia S.

**Address:**
Holvey, Cynthia S.
156 Villa Point Drive

Newport Beach, CA 92660
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Bracelets, made of leather
**Basis:** 1(a)
**First Use Date:** 2003-10-30
**First Use in Commerce Date:** 2004-01-20

**International Class:** 018
**Class Status:** Active
Handbags, bracelets and belts, all made from leather
**Basis:** 1(a)
**First Use Date:** 2003-10-30
**First Use in Commerce Date:** 2004-01-20

---

## ADDITIONAL INFORMATION

**Disclaimer:** DESIGNS

**Name Portrait Consent:** The name CYNTHIA H identifies a living individual whose consent is of record.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-08-28 - Registered - Principal Register

2007-06-12 - Published for opposition

2007-05-23 - Notice of publication

2007-04-12 - Law Office Publication Review Completed

2007-04-10 - Approved for Pub - Principal Register (Initial exam)

2007-04-03 - Teas/Email Correspondence Entered

2007-04-03 - Communication received from applicant

2007-04-03 - Assigned To LIE

2007-02-27 - TEAS Response to Office Action Received

2006-10-27 - Examiner's Amendment/Priority Action E-Mailed

2006-10-27 - Examiners Amendment And/Or Priority Action - Completed

2006-10-27 - Examiner's Amendment/Priority Action E-Mailed

2006-10-27 - Examiners Amendment And/Or Priority Action - Completed

2006-10-26 - Assigned To Examiner

2006-06-01 - New Application Entered In Tram

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Morland C. Fischer

**Correspondent**
MORLAND C. FISCHER
LAW OFFICES OF MORLAND C. FISCHER
2030 MAIN ST STE 1050
IRVINE, CA 92614-7254
Phone Number: (949) 476-0600
Fax Number: (949) 476-0606

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CYNTHIA POWERS |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry. FIRST USE: 19990301. FIRST USE IN COMMERCE: 19990301 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75640237 |
| **Filing Date** | February 12, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 23, 1999 |
| **Registration Number** | 2468264 |
| **Registration Date** | July 10, 2001 |
| **Owner** | (REGISTRANT) Egana of Switzerland (America) Corp. CORPORATION NEW YORK 390 Fifth Avenue, Suite 500 New York NEW YORK 10018 |
| **Attorney of Record** | Jane Linowitz |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "CYNTHIA POWERS" does not identify any particular living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2008-04-09 10:45:53 ET**

**Serial Number:** 75640237 Assignment Information         Trademark Document Retrieval

**Registration Number:** 2468264

**Mark (words only):** CYNTHIA POWERS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-07-10

**Filing Date:** 1999-02-12

**Transformed into a National Application:** No

**Registration Date:** 2001-07-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-10-06

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Egana of Switzerland (America) Corp.

**Address:**
Egana of Switzerland (America) Corp.
390 Fifth Avenue, Suite 500
New York, NY 10018
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active

Jewelry
**Basis:** 1(a)
**First Use Date:** 1999-03-01
**First Use in Commerce Date:** 1999-03-01

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "CYNTHIA POWERS" does not identify any particular living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-10-06 - Case File In TICRS

2001-07-10 - Registered - Principal Register

2001-03-12 - Allowed for Registration - Principal Register (SOU accepted)

2001-03-04 - Statement of use processing complete

2001-01-31 - Amendment to Use filed

2000-10-16 - Extension 1 granted

2000-08-15 - Extension 1 filed

2000-02-15 - Notice of allowance - mailed

1999-11-23 - Published for opposition

1999-10-22 - Notice of publication

1999-07-30 - Approved for Pub - Principal Register (Initial exam)

1999-07-21 - Examiner's amendment mailed

1999-07-21 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Jane Linowitz

**Correspondent**
JANE LINOWITZ
LEVISOHN LERNER BERGER & LANGSAM
757 THIRD AVENUE
NEW YORK, NEW YORK 10017



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CYNTHIA ROWLEY |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry, precious stones, clocks, watches and chronometers. FIRST USE: 19980211. FIRST USE IN COMMERCE: 19980211 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75804401 |
| **Filing Date** | September 21, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 21, 2000 |
| **Registration Number** | 2357781 |
| **Registration Date** | June 13, 2000 |
| **Owner** | (REGISTRANT) Rowley, Cynthia INDIVIDUAL UNITED STATES 376 BLECKER STREET New York NEW YORK 10014 |
| **Attorney of Record** | EDWARD M. WEISZ |
| **Prior Registrations** | 1822914;1905722;2178431 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:46:10 ET

**Serial Number:** 75804401 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2357781

**Mark (words only):** CYNTHIA ROWLEY

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2006-09-06

**Filing Date:** 1999-09-21

**Transformed into a National Application:** No

**Registration Date:** 2000-06-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-09-06

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Rowley, Cynthia

**Address:**
Rowley, Cynthia
376 BLECKER STREET
New York, NY 10014
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active

Jewelry, precious stones, clocks, watches and chronometers
**Basis:** 1(a)
**First Use Date:** 1998-02-11
**First Use in Commerce Date:** 1998-02-11

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1822914
1905722
2178431

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-09-06 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-08-30 - Assigned To Paralegal

2006-06-13 - Section 8 (6-year) and Section 15 Filed

2006-06-13 - TEAS Section 8 & 15 Received

2006-04-12 - FAX RECEIVED

2006-03-22 - Case File In TICRS

2005-04-22 - Attorney Revoked And/Or Appointed

2005-04-22 - TEAS Revoke/Appoint Attorney Received

2000-06-13 - Registered - Principal Register

2000-03-21 - Published for opposition

2000-02-18 - Notice of publication

2000-01-11 - Approved for Pub - Principal Register (Initial exam)

2000-01-06 - Examiner's amendment mailed

2000-01-04 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
EDWARD M. WEISZ

**Correspondent**
EDWARD M. WEISZ
COHEN PONTANI LIEBERMAN & PAVANE
551 FIFTH AVENUE, SUITE 1210
NEW YORK, NY 10176
Phone Number: (303) 685-4800
Fax Number: (303) 685-4869



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## CYNTHIA NASH

| **Word Mark** | CYNTHIA NASH |
|---|---|
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: jewelry. FIRST USE: 20041002. FIRST USE IN COMMERCE: 20041103 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78492425 |
| **Filing Date** | September 30, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 20, 2005 |
| **Registration Number** | 3146560 |
| **Registration Date** | September 19, 2006 |
| **Owner** | (REGISTRANT) Cynthia Nash, Ltd. CORPORATION ILLINOIS 2545 Kenilworth Avenue Wilmette ILLINOIS 60091 |
| **Attorney of Record** | Angelo J. Bufalino |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "CYNTHIA NASH" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:46:25 ET

**Serial Number:** 78492425 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3146560

**Mark**

# CYNTHIA NASH

**(words only):** CYNTHIA NASH

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-09-19

**Filing Date:** 2004-09-30

**Transformed into a National Application:** No

**Registration Date:** 2006-09-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-08-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Cynthia Nash, Ltd.

**Address:**
Cynthia Nash, Ltd.
2545 Kenilworth Avenue

Wilmette, IL 60091
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Illinois

---

### GOODS AND/OR SERVICES

---

**International Class:** 014
**Class Status:** Active
jewelry
**Basis:** 1(a)
**First Use Date:** 2004-10-02
**First Use in Commerce Date:** 2004-11-03

---

### ADDITIONAL INFORMATION

---

**Name Portrait Consent:** "CYNTHIA NASH" identifies a living individual whose consent is of record.

---

### MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-09-19 - Registered - Principal Register

2006-08-03 - Law Office Registration Review Completed

2006-07-31 - Assigned To LIE

2006-07-17 - Allowed for Registration - Principal Register (SOU accepted)

2006-06-23 - Statement of use processing complete

2006-06-08 - Amendment to Use filed

2006-06-08 - TEAS Statement of Use Received

2005-12-13 - Notice of allowance - mailed

2005-09-20 - Published for opposition

2005-08-31 - Notice of publication

2005-08-10 - Law Office Publication Review Completed

2005-08-10 - Assigned To LIE

2005-07-31 - Approved for Pub - Principal Register (Initial exam)

2005-07-08 - Amendment From Applicant Entered

2005-06-23 - Communication received from applicant

2005-06-23 - PAPER RECEIVED

2005-05-05 - Non-final action e-mailed

2005-05-05 - Non-Final Action Written

2005-05-02 - Assigned To Examiner

2004-10-08 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Angelo J. Bufalino

**Correspondent**
ANGELO J. BUFALINO
VEDDER PRICE KAUFMAN & KAMMHOLZ
222 N. LASALLE STREET
CHICAGO, IL 60601
Phone Number: 312 609 7850
Fax Number: 312 609 5005



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CYNTHIA RYBAKOFF |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Fine jewelry made of precious metals, namely sterling silver, 10k gold, 14k gold, 18k gold, platinum and gemstones, namely semi-precious gemstones, precious gemstones, freshwater cultured pearls, saltwater cultured pearls, Tahitian pearls, South Sea pearls, coral, namely, ankle bracelets, bangle bracelets, belt buckles of precious metal for clothing, bib necklaces, bracelets, brooches, buckles for watch straps, chain necklaces, charms, chokers, clip earrings, cocktail rings, cuff bracelets, cuff-links, ear clips, ear studs, earrings, enhancer pendants, engagement rings, French wire earring, hoop earrings, identification bracelets, insignias of precious metal, jewel chains, jewel pendants, jewelry watches, key rings of precious metals, lapel pins, lariat necklaces, lever back earrings, lockets, neck chains, necklaces, ornaments of precious metal, pendants, precious metal money clips, precious metal studs for clothing, pins BEING JEWELRY, rings, slides for bolo ties, slide pendants, tiaras, tie clips, tie tacks, watch bracelets, watch straps, watches, wedding bands, "Y" necklaces. FIRST USE: 20040400. FIRST USE IN COMMERCE: 20041200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.19.18 - Conch shells; Nautilus; Sand dollars; Scallops; Shells, including sand dollars, nautilus, conch shells and scallops<br>17.03.03 - Rings, jewelry |
| **Serial Number** | 78699900 |
| **Filing Date** | August 24, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for** | May 30, 2006 |

**Opposition**

**Registration Number**    3132609

**Registration Date**    August 22, 2006

**Owner**    (REGISTRANT) Shapoff, Cynthia AKA Cynthia Rybakoff INDIVIDUAL UNITED STATES 2 Fifth Avenue #3B New York NEW YORK 10011

**Type of Mark**    TRADEMARK

**Register**    PRINCIPAL

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 10:46:41 ET

**Serial Number:** 78699900 Assignment Information        Trademark Document Retrieval

**Registration Number:** 3132609

**Mark**



**(words only):** CYNTHIA RYBAKOFF

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-08-22

**Filing Date:** 2005-08-24

**Transformed into a National Application:** No

**Registration Date:** 2006-08-22

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-08-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Shapoff, Cynthia

**Address:**
Shapoff, Cynthia
2 Fifth Avenue #3B

New York, NY 10011
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States
**Phone Number:** 212-677-6940
**Fax Number:** 212-677-6940

---

## GOODS AND/OR SERVICES

---

**International Class:** 014
**Class Status:** Active
Fine jewelry made of precious metals, namely sterling silver, 10k gold, 14k gold, 18k gold, platinum and gemstones, namely semi-precious gemstones, precious gemstones, freshwater cultured pearls, saltwater cultured pearls, Tahitian pearls, South Sea pearls, coral, namely, ankle bracelets, bangle bracelets, belt buckles of precious metal for clothing, bib necklaces, bracelets, brooches, buckles for watch straps, chain necklaces, charms, chokers, clip earrings, cocktail rings, cuff bracelets, cuff-links, ear clips, ear studs, earrings, enhancer pendants, engagement rings, French wire earring, hoop earrings, identification bracelets, insignias of precious metal, jewel chains, jewel pendants, jewelry watches, key rings of precious metals, lapel pins, lariat necklaces, lever back earrings, lockets, neck chains, necklaces, ornaments of precious metal, pendants, precious metal money clips, precious metal studs for clothing, pins BEING JEWELRY, rings, slides for bolo ties, slide pendants, tiaras, tie clips, tie tacks, watch bracelets, watch straps, watches, wedding bands, "Y" necklaces
**Basis:** 1(a)
**First Use Date:** 2004-04-00
**First Use in Commerce Date:** 2004-12-00

---

## ADDITIONAL INFORMATION

---

**Design Search Code(s):**
03.19.18 - Conch shells; Nautilus; Sand dollars; Scallops; Shells, including sand dollars, nautilus, conch shells and scallops
17.03.03 - Rings, jewelry

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-08-22 - Registered - Principal Register

2006-05-30 - Published for opposition

2006-05-10 - Notice of publication

2006-04-11 - Law Office Publication Review Completed

2006-03-31 - Assigned To LIE

2006-03-27 - Approved for Pub - Principal Register (Initial exam)

2006-03-27 - Examiner's Amendment Entered

2006-03-27 - EXAMINERS AMENDMENT E-MAILED

2006-03-27 - Examiners Amendment -Written

2006-03-27 - Teas/Email Correspondence Entered

2006-03-21 - Communication received from applicant

2006-03-21 - TEAS Response to Office Action Received

2006-03-13 - Non-final action e-mailed

2006-03-13 - Non-Final Action Written

2006-03-11 - Assigned To Examiner

2005-09-01 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
SHAPOFF, CYNTHIA
2 5TH AVE APT 3B
NEW YORK, NY 10011-8832
Phone Number: 212-677-6940
Fax Number: 212-677-6940

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` **SEARCH OG** `BOTTOM` `HELP`

`LOGOUT` Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

`TARR Status` `ASSIGN Status` `TDR` `TTAB Status` *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LAUREN |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990700 |
| | IC 018. US 001 002 003 022 041. G & S: Handbags, clutches, shoulder bags, tote bags, backpacks, duffle bags, travel bags, suit bags, satchels, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and key cases. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990700 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75658400 |
| **Filing Date** | March 11, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 23, 1999 |
| **Registration Number** | 2419959 |
| **Registration Date** | January 9, 2001 |
| **Owner** | (REGISTRANT) PRL USA Holdings, Inc. CORPORATION DELAWARE 103 Foulk Road, Suite, 254 Wilmington DELAWARE 19803 |
| **Attorney of Record** | Anthony F. Lo Cicero |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 14:53:24 ET

Serial Number: 75658400 Assignment Information

Registration Number: 2419959

Mark (words only): LAUREN

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-01-09

Filing Date: 1999-03-11

Transformed into a National Application: No

Registration Date: 2001-01-09

Register: Principal

Law Office Assigned: LAW OFFICE 103

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2006-07-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PRL USA Holdings, Inc.

**Address:**
PRL USA Holdings, Inc.
103 Foulk Road, Suite, 254
Wilmington, DE 19803
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

Latest Status Info

Jewelry
**Basis:** 1(a)
**First Use Date:** 1999-01-00
**First Use in Commerce Date:** 1999-07-00

**International Class:** 018
**Class Status:** Active
Handbags, clutches, shoulder bags, tote bags, backpacks, duffle bags, travel bags, suit bags, satchels, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and key cases
**Basis:** 1(a)
**First Use Date:** 1999-01-00
**First Use in Commerce Date:** 1999-07-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-07-18 - Case File In TICRS

2001-01-09 - Registered - Principal Register

2000-10-19 - Allowed for Registration - Principal Register (SOU accepted)

2000-10-16 - Assigned To Examiner

2000-10-11 - Statement of use processing complete

2000-08-14 - Amendment to Use filed

2000-02-15 - Notice of allowance - mailed

1999-11-23 - Published for opposition

1999-10-22 - Notice of publication

1999-08-19 - Approved for Pub - Principal Register (Initial exam)

1999-08-19 - Assigned To Examiner

1999-08-16 - Assigned To Examiner

1999-08-12 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Anthony F. Lo Cicero (Attorney of record)

ANTHONY F LO CICERO
AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVE
NEW YORK NY 10016-1301

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| Word Mark | LAUREN |
| Goods and Services | IC 025. US 022 039. G & S: wearing apparel, namely, topcoats, raincoats, jackets, suit jackets, suit coats, sport coats, sport jackets, blazers, blouses, shirts, shirt jackets, pants, skirts, dresses, sweaters, tee shirts, hats and scarves. FIRST USE: 19960700. FIRST USE IN COMMERCE: 19960700 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Design Search Code | |
| Serial Number | 75010264 |
| Filing Date | October 25, 1995 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | June 16, 1998 |
| Registration Number | 2246900 |
| Registration Date | May 25, 1999 |
| Owner | (REGISTRANT) PRL USA HOLDINGS, INC. CORPORATION DELAWARE 103 Foulk Road Suite 254 Wilmington DELAWARE 19803 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | G. ROXANNE ELINGS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL-2(F) |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead | LIVE |

Latest Status Info

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 15:11:12 ET

**Serial Number:** 75010264 <u>Assignment Information</u>

**Registration Number:** 2246900

**Mark (words only):** LAUREN

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2005-06-10

**Filing Date:** 1995-10-25

**Transformed into a National Application:** No

**Registration Date:** 1999-05-25

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 830 -Post Registration

**Date In Location:** 2005-09-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PRL USA HOLDINGS, INC.

**Address:**
PRL USA HOLDINGS, INC.
103 Foulk Road Suite 254
Wilmington, DE 19803
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

wearing apparel, namely, topcoats, raincoats, jackets, suit jackets, suit coats, sport coats, sport jackets, blazers, blouses, shirts, shirt jackets, pants, skirts, dresses, sweaters, tee shirts, hats and scarves

**Basis:** 1(a)

**First Use Date:** 1996-07-00

**First Use in Commerce Date:** 1996-07-00

---

## ADDITIONAL INFORMATION

---

Section 2(f)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2005-09-08 - Section 8 (6-year) and Section 15 Filed

2005-09-08 - TEAS Section 8 & 15 Received

2005-06-10 - Section 8 (6-year) accepted & Section 15 acknowledged

2005-06-10 - Assigned To Paralegal

2005-05-16 - Section 8 (6-year) and Section 15 Filed

2005-05-16 - TEAS Section 8 & 15 Received

1999-05-25 - Registered - Principal Register

1998-06-26 - Extension Of Time To Oppose Received

1998-06-16 - Published for opposition

1998-05-15 - Notice of publication

1998-04-02 - Approved for Pub - Principal Register (Initial exam)

1998-04-02 - Amendment to Use approved

1998-03-27 - Examiner's amendment mailed

1998-02-27 - Communication received from applicant

1998-03-21 - Amendment to use processing complete

1998-02-27 - Amendment to Use filed

1998-02-25 - Final refusal mailed

1997-08-27 - Letter of suspension mailed

1997-08-12 - Communication received from applicant

1997-04-06 - Assigned To Examiner

1996-10-09 - Letter of suspension mailed

1996-04-05 - Non-final action mailed

1996-03-22 - Assigned To Examiner

1996-03-20 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
G. ROXANNE ELINGS (Attorney of record)

G. ROXANNE ELINGS
GREENBERG TRAURIG LLP
200 PARK AVE. MET LIFE BLDG.
NEW YORK, NY 10166