# EXHIBIT A

Continued



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GIORGIO BEVERLY HILLS |
| **Goods and Services** | IC 018. US 003. G & S: HANDBAGS. FIRST USE: 19620306. FIRST USE IN COMMERCE: 19620309 |
| | IC 025. US 039. G & S: WOMEN'S WEARING APPAREL-NAMELY, DRESSES FOR EVENING WEAR AND CASUAL WEAR, SKIRTS, PANTS, SUITS, PANTSUITS, BLOUSES, SHIRTS, TIES, SCARVES, HANDKERCHIEFS, HATS, LINGERIE, SHOES, BOOTS, JACKETS, INCLUDING LEATHER AND SUEDE JACKETS AND FUR JACKETS, COATS INCLUDING LEATHER AND SUEDE COATS, AND FUR COATS, SHAWLS, WRAPS, CAPES, FEATHER BOAS, SWEATERS, GLOVES, MATERNITY WEAR, ROBES AND SWIMSUITS; AND FOR MEN'S WEARING APPAREL-NAMELY, SUITS, SPORT COATS, SLACKS, JACKETS, RAINCOATS, TOPCOATS, ROBES, SWEATERS, SHIRTS, SHOES, BOOTS, TIES, SCARVES, HOSIERY, HATS, BELTS AND GLOVES. FIRST USE: 19620306. FIRST USE IN COMMERCE: 19620309 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 72457070 |
| **Filing Date** | May 10, 1973 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1008097 |
| **Registration Date** | April 1, 1975 |
| **Owner** | (REGISTRANT) GIORGIO, INC. CORPORATION CALIFORNIA 273 N. RODEO DRIVE BEVERLY HILLS CALIFORNIA 90210 |
| | (LAST LISTED OWNER) GIORGIO BEVERLY HILLS, INC. CORPORATION BY CHANGE OF NAME FROM DELAWARE ONE PROCTER & GAMBLE PLAZA CINCINNATI OHIO 45202 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID M. MOYER |
| **Disclaimer** | THE WORDS "BEVERLY HILLS" ARE DISCLAIMED APART FROM THE MARK AS A WHOLE. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050406. |
| **Renewal** | 2ND RENEWAL 20050406 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 15:20:23 ET**

**Serial Number:** 72457070 Assignment Information

**Registration Number:** 1008097

**Mark (words only):** GIORGIO BEVERLY HILLS

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2005-04-06

**Filing Date:** 1973-05-10

**Transformed into a National Application:** No

**Registration Date:** 1975-04-01

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 834 -Post Registration

**Date In Location:** 2005-04-06

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GIORGIO BEVERLY HILLS, INC.

**Address:**
GIORGIO BEVERLY HILLS, INC.
ONE PROCTER & GAMBLE PLAZA
CINCINNATI, OH 45202
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**U.S. Class:** 003 (International Class 018)
**Class Status:** Active

HANDBAGS
**Basis:** 1(a)
**First Use Date:** 1962-03-06
**First Use in Commerce Date:** 1962-03-09

**U.S. Class:** 039 (International Class 025)
**Class Status:** Active
WOMEN'S WEARING APPAREL-NAMELY, DRESSES FOR EVENING WEAR AND CASUAL
WEAR, SKIRTS, PANTS, SUITS, PANTSUITS, BLOUSES, SHIRTS, TIES, SCARVES,
HANDKERCHIEFS, HATS, LINGERIE, SHOES, BOOTS, JACKETS, INCLUDING LEATHER
AND SUEDE JACKETS AND FUR JACKETS, COATS INCLUDING LEATHER AND SUEDE
COATS, AND FUR COATS, SHAWLS, WRAPS, CAPES, FEATHER BOAS, SWEATERS,
GLOVES, MATERNITY WEAR, ROBES AND SWIMSUITS; AND FOR MEN'S WEARING
APPAREL-NAMELY, SUITS, SPORT COATS, SLACKS, JACKETS, RAINCOATS, TOPCOATS,
ROBES, SWEATERS, SHIRTS, SHOES, BOOTS, TIES, SCARVES, HOSIERY, HATS, BELTS AND
GLOVES
**Basis:** 1(a)
**First Use Date:** 1962-03-06
**First Use in Commerce Date:** 1962-03-09

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** THE WORDS "BEVERLY HILLS" ARE DISCLAIMED APART FROM THE MARK
AS A WHOLE.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2005-04-06 - Second renewal 10 year

2005-04-06 - Section 8 (10-year) accepted/ Section 9 granted

2005-04-06 - Assigned To Paralegal

2005-02-14 - Combined Section 8 (10-year)/Section 9 filed

2005-02-14 - TEAS Section 8 & 9 Received

1995-05-10 - First renewal 10 year

1995-03-31 - Section 9 filed/check record for Section 8

1995-03-21 - Section 9 filed/check record for Section 8

1980-12-02 - Section 8 (6-year) accepted & Section 15 acknowledged

## CORRESPONDENCE INFORMATION

**Correspondent**
DAVID M. MOYER (Attorney of record)

DAVID M. MOYER
THE PROCTER & GAMBLE COMPANY
ONE PROCTER & GAMBLE PLAZA
C-2, MAILBOX 11
CINCINNAI, OH 45202

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] **SEARCH OG** [BOTTOM] [HELP]

[ Logout ] **Please logout when you are done to release system resources allocated for you.**

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [ TDR ] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GIORGIO BEVERLY HILLS |
| **Translations** | THE ENGLISH TRANSLATION OF THE WORD "GIORGIO" IS "GEORGE." |
| **Goods and Services** | IC 014. US 028. G & S: COSTUME AND FINE JEWELRY. FIRST USE: 19740121. FIRST USE IN COMMERCE: 19740121 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.05.01 - Horses<br>24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon<br>24.01.03 - Shields or crests with letters, numerals, punctuation or inscriptions contained therein or superimposed thereon<br>24.11.02 - Crowns open at the top |
| **Serial Number** | 73011950 |
| **Filing Date** | January 28, 1974 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1050608 |
| **Registration Date** | October 19, 1976 |
| **Owner** | (REGISTRANT) GIORGIO, INC. CORPORATION CALIFORNIA 273 N. RODEO DRIVE BEVERLY HILLS CALIFORNIA 90210<br><br>(LAST LISTED OWNER) GIORGIO BEVERLY HILLS, INC. CORPORATION BY CHANGE OF NAME FROM DELAWARE 2400 BROADWAY SANTA MONICA CALIFORNIA 90404 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DIANNA S ICENHOWER |
| **Disclaimer** | THE WORDS "BEVERLY HILLS" ARE DISCLAIMED APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19961114 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:20:39 ET

Serial Number: 73011950 Assignment Information

Registration Number: 1050608

Mark



(words only): GIORGIO BEVERLY HILLS

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 1996-11-14

Filing Date: 1974-01-28

Transformed into a National Application: No

Registration Date: 1976-10-19

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1997-01-02

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GIORGIO BEVERLY HILLS, INC.

Address:
GIORGIO BEVERLY HILLS, INC.
2400 BROADWAY

SANTA MONICA, CA 90404
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
COSTUME AND FINE JEWELRY
**Basis:** 1(a)
**First Use Date:** 1974-01-21
**First Use in Commerce Date:** 1974-01-21

## ADDITIONAL INFORMATION

**Disclaimer:** THE WORDS "BEVERLY HILLS" ARE DISCLAIMED APART FROM THE MARK AS SHOWN.

**Translation:** THE ENGLISH TRANSLATION OF THE WORD "GIORGIO" IS "GEORGE."

**Design Search Code(s):**
03.05.01 - Horses
24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon
24.01.03 - Shields or crests with letters, numerals, punctuation or inscriptions contained therein or superimposed thereon
24.11.02 - Crowns open at the top

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1996-11-14 - First renewal 10 year

1996-10-10 - Section 9 filed/check record for Section 8

1982-03-02 - Section 8 (6-year) accepted & Section 15 acknowledged

## CORRESPONDENCE INFORMATION

**Correspondent**
DIANNA S ICENHOWER (Attorney of record)

DIANNA S ICENHOWER
THE PROCTER & GAMBLE COMPANY

ONE PROCTER & GAMBLE PLAZA
CINCINNATI OH 45202

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GIANI-GIORGIO |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Horological Instruments, namely watches. FIRST USE: 20000507. FIRST USE IN COMMERCE: 20000507 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76139534 |
| **Filing Date** | October 2, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 7, 2002 |
| **Registration Number** | 2600385 |
| **Registration Date** | July 30, 2002 |
| **Owner** | (REGISTRANT) Giani-Giorgio (Montres) Ltd. CORPORATION HONG KONG 15th Floor Kowloon Centre 29-39 Ashley Road Kowloon HONG KONG |
| **Attorney of Record** | Julianne B. Bochinski |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 15:21:04 ET**

**Serial Number:** 76139534 Assignment Information

**Registration Number:** 2600385

**Mark (words only):** GIANI-GIORGIO

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-07-30

**Filing Date:** 2000-10-02

**Transformed into a National Application:** No

**Registration Date:** 2002-07-30

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-08-12

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Giani-Giorgio (Montres) Ltd.

**Address:**
Giani-Giorgio (Montres) Ltd.
15th Floor Kowloon Centre29-39 Ashley Road
Kowloon
Hong Kong
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Hong Kong

---

### GOODS AND/OR SERVICES

---

**International Class:** 014
**Class Status:** Active

Horological Instruments, namely watches
**Basis:** 1(a)
**First Use Date:** 2000-05-07
**First Use in Commerce Date:** 2000-05-07

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2002-07-30 - Registered - Principal Register

2002-05-07 - Published for opposition

2002-04-17 - Notice of publication

2001-10-19 - Approved for Pub - Principal Register (Initial exam)

2001-10-01 - Communication received from applicant

2001-08-20 - Communication received from applicant

2001-08-20 - Communication received from applicant

2001-03-29 - Non-final action mailed

2001-03-22 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Julianne B. Bochinski (Attorney of record)

JULIANNE B. BOCHINSKI
AMERICAN TRADEMARK CO
PO BOX 2723
WESTPORT CT 06880

**Domestic Representative**
Julianne B. Bochinski

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] SEARCH OG [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

## GIORGIO VISCONTI

| | |
|---|---|
| **Word Mark** | GIORGIO VISCONTI |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry and custom jewelry; necklaces, bracelets, earrings, rings, brooches, cuff-links, tie-pins, money-clips; goods in precious metals, their alloys or coated therewith and goods made of precious stones or semi-precious stones namely ashtrays ornamental boxes, pens, bibelots centerpieces statuettes vases, cups, and animal or plant shaped bibelots, centerpieces, statuettes, vases, cups; clocks, table clocks and watches |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 75849717 |
| **Filing Date** | November 16, 1999 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | December 4, 2001 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2542196 |
| **Registration Date** | February 26, 2002 |
| **Owner** | (REGISTRANT) GIORGIO VISCONTI S.P.A. CORPORATION ITALY VIA CAMURATI 47 VALENZA (ALESSANDRIA) ITALY |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marvin Petry |
| **Priority Date** | June 9, 1999 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name shown in the mark does identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:21:19 ET

Serial Number: 75849717 Assignment Information

Registration Number: 2542196

Mark


# GIORGIO VISCONTI


(words only): GIORGIO VISCONTI

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-02-26

Filing Date: 1999-11-16

Transformed into a National Application: No

Registration Date: 2002-02-26

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2005-04-14

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GIORGIO VISCONTI S.P.A.

Address:
GIORGIO VISCONTI S.P.A.
VIA CAMURATI 47

VALENZA (ALESSANDRIA)
Italy
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Italy

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Jewelry and custom jewelry; necklaces, bracelets, earrings, rings, brooches, cuff-links, tie-pins, money-clips; goods in precious metals, their alloys or coated therewith and goods made of precious stones or semi-precious stones namely ashtrays ornamental boxes, pens, bibelots centerpieces statuettes vases, cups, and animal or plant shaped bibelots, centerpieces, statuettes, vases, cups; clocks, table clocks and watches
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name shown in the mark does identify a particular living individual.

**Foreign Application Number:** AL99C000083
**Foreign Registration Number:** 793946
**Foreign Registration Date:** 1999-11-23
**Country:** Italy
**Foreign Filing Date:** 1999-06-09
**Foreign Expiration Date:** 2009-06-09

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-02-01 - Section 7 correction issued

2004-11-17 - Section 7 amendment filed

2004-11-17 - PAPER RECEIVED

2003-10-08 - Section 7 correction issued

2003-07-03 - Section 7 amendment filed

2003-07-03 - PAPER RECEIVED

2002-02-26 - Registered - Principal Register

2001-12-04 - Published for opposition

2001-11-14 - Notice of publication

2001-05-09 - Approved for Pub - Principal Register (Initial exam)

2000-10-25 - Letter of suspension mailed

2000-09-26 - Communication received from applicant

2000-04-07 - Non-final action mailed

2000-03-31 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Marvin Petry (Attorney of record)

MARVIN PETRY
LARSON & TAYLOR
1199 NORTH FAIRFAX STREET
SUITE 900
ALEXANDRIA, VIRGINIA 22314

**Domestic Representative**
Larson & Taylor



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GIORGIO |
| **Goods and Services** | IC 014. US 027. G & S: WATCHES. FIRST USE: 19800301. FIRST USE IN COMMERCE: 19800301 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73597337 |
| **Filing Date** | May 7, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 18, 1986 |
| **Registration Number** | 1428310 |
| **Registration Date** | February 10, 1987 |
| **Owner** | (REGISTRANT) GIORGIO, INC. CORPORATION CALIFORNIA SUITE 501 9595 WILSHIRE BOULEVARD BEVERLY HILLS CALIFORNIA 90210 |
| | (LAST LISTED OWNER) GIORGIO BEVERLY HILLS, INC. CORPORATION BY CHANGE OF NAME FROM DELAWARE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | I. MORLEY DRUCKER |
| **Prior Registrations** | 0996754;1008097;1009632;1014444;1018803;1050608;1275259;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 15:21:34 ET**

**Serial Number:** 73597337 Assignment Information

**Registration Number:** 1428310

**Mark (words only):** GIORGIO

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1993-02-27

**Filing Date:** 1986-05-07

**Transformed into a National Application:** No

**Registration Date:** 1987-02-10

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1993-03-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GIORGIO BEVERLY HILLS, INC.

**Address:**
GIORGIO BEVERLY HILLS, INC.
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
WATCHES
**Basis:** 1(a)
**First Use Date:** 1980-03-01

**First Use In Commerce Date:** 1980-03-01

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
996754
1008097
1009632
1014444
1018803
1050608
1275259

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1993-02-27 - Section 8 (6-year) accepted & Section 15 acknowledged

1992-11-23 - Section 8 (6-year) and Section 15 Filed

1987-02-10 - Registered - Principal Register

1986-11-18 - Published for opposition

1986-10-19 - Notice of publication

1986-06-26 - Approved for Pub - Principal Register (Initial exam)

---

## CORRESPONDENCE INFORMATION

**Correspondent**
I. MORLEY DRUCKER (Attorney of record)

I. MORLEY DRUCKER
DRUCKER & SOMMERS
9465 WILSHIRE BOULEVARD
SUITE 328
BEVERLY HILLS, CALIFORNIA 90212

---

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GIORGIO ARMANI |
| **Goods and Services** | IC 003. US 051 052. G & S: Cosmetics-Namely, Perfume, Eau-De-Cologne, Aftershave, Body Soap and Shaving Soap. FIRST USE: 19780202. FIRST USE IN COMMERCE: 19780202 |
| | IC 014. US 027 028. G & S: Imitation and Costume Jewelry in the Form of Bracelets, Brooches, Necklaces and Watches. FIRST USE: 19780202. FIRST USE IN COMMERCE: 19780202 |
| | IC 018. US 003. G & S: Bags, Handbags, Wallets, Purses and Umbrellas. FIRST USE: 19780202. FIRST USE IN COMMERCE: 19780202 |
| | IC 024. US 042. G & S: Bed, Table and Bath Linen; Fabrics Made of Natural and Synthetic Fibers, Sold as Such and for Use In Making Fabric Articles of All Types, Except for Wall and Floor Coverings; Handkerchiefs. FIRST USE: 19780202. FIRST USE IN COMMERCE: 19780202 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73158516 |
| **Filing Date** | February 13, 1978 |
| **Current Filing Basis** | 1A;44E |
| **Original Filing Basis** | 1A;44D;44E |
| **Published for Opposition** | March 17, 1981 |
| **Registration Number** | 1156891 |
| **Registration Date** | June 9, 1981 |
| **Owner** | (REGISTRANT) Giorgio Armani S.p.A. JOINT STOCK COMPANY ITALY Via Durini Milan ITALY |
| | (LAST LISTED OWNER) GA MODEFINE S.A. CORPORATION BY ASSIGNMENT |

|                      | SWITZERLAND AVENUE DE FRANCE 90 CH-1004 LAUSANNE SWITZERLAND |
|----------------------|-------------|
| Assignment Recorded  | ASSIGNMENT RECORDED |
| Attorney of Record   | DENISE A LINDENAUER |
| Priority Date        | August 12, 1977 |
| Type of Mark         | TRADEMARK |
| Register             | PRINCIPAL |
| Affidavit Text       | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010905. |
| Renewal              | 1ST RENEWAL 20010905 |
| Live/Dead Indicator  | LIVE |



| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 15:22:00 ET**

**Serial Number:** 73158516 Assignment Information

**Registration Number:** 1156891

**Mark (words only):** GIORGIO ARMANI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2001-09-05

**Filing Date:** 1978-02-13

**Transformed into a National Application:** No

**Registration Date:** 1981-06-09

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-14

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. GA MODEFINE S.A.

**Address:**
GA MODEFINE S.A.
AVENUE DE FRANCE 90
CH-1004 LAUSANNE
Switzerland
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Switzerland

---

## GOODS AND/OR SERVICES

---

**International Class:** 003
**Class Status:** Active

Cosmetics-Namely, Perfume, Eau-De-Cologne, Aftershave, Body Soap and Shaving Soap
**Basis:** 1(a), 44(e)
**First Use Date:** 1978-02-02
**First Use in Commerce Date:** 1978-02-02

**International Class:** 014
**Class Status:** Active
Imitation and Costume Jewelry in the Form of Bracelets, Brooches, Necklaces and Watches
**Basis:** 1(a), 44(e)
**First Use Date:** 1978-02-02
**First Use in Commerce Date:** 1978-02-02

**International Class:** 018
**Class Status:** Active
Bags, Handbags, Wallets, Purses and Umbrellas
**Basis:** 1(a), 44(e)
**First Use Date:** 1978-02-02
**First Use in Commerce Date:** 1978-02-02

**International Class:** 024
**Class Status:** Active
Bed, Table and Bath Linen; Fabrics Made of Natural and Synthetic Fibers, Sold as Such and for Use in Making Fabric Articles of All Types, Except for Wall and Floor Coverings; Handkerchiefs
**Basis:** 1(a), 44(e)
**First Use Date:** 1978-02-02
**First Use in Commerce Date:** 1978-02-02

---

## ADDITIONAL INFORMATION

**Foreign Application Number:** 20,036C/77
**Foreign Registration Number:** 309,221
**Foreign Registration Date:** 1978-04-20
**Country:** Italy
**Foreign Filing Date:** 1977-08-12
**Foreign Expiration Date:** 1997-08-12

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2001-09-05 - First renewal 10 year

2001-09-05 - Section 8 (10-year) accepted/ Section 9 granted

2001-06-07 - Combined Section 8 (10-year)/Section 9 filed

1987-07-07 - Section 8 (6-year) accepted & Section 15 acknowledged

1987-01-27 - Section 8 (6-year) and Section 15 Filed

1981-06-09 - Registered - Principal Register

1981-03-17 - Published for opposition

---

## CORRESPONDENCE INFORMATION

**Correspondent**
DENISE A LINDENAUER (Attorney of record)

DENISE A LINDENAUER
AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVE
NEW YORK NY 10016

**Domestic Representative**
AMSTER ROTHSTEIN & EBENSTEIN

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    BOTTOM    HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status    ASSIGN Status    TDR    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GIORGIO ARMANI |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, pullovers, cardigans, sweaters, trousers, skirts, jackets, blouses, shirts, jeans, sweatpants, shorts, sweatshirts, suits, dresses, overcoats, coats, raincoats, belts, jerseys, neckwear, socks and stockings, tights, vests, waistcoats, jumpers, tracksuits, blousons, gymsuits, knickers, T-shirts, anoraks, loungewear, underwear, beachwear, sleepwear, headwear, hats and caps, scarves, gloves, shoes, sandals, boots and. FIRST USE: 19750100. FIRST USE IN COMMERCE: 19790630 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78143093 |
| **Filing Date** | July 11, 2002 |
| **Current Filing Basis** | 1A;44E |
| **Original Filing Basis** | 1B;44E |
| **Published for Opposition** | October 7, 2003 |
| **Registration Number** | 2890116 |
| **Registration Date** | September 28, 2004 |
| **Owner** | (REGISTRANT) GA Modefine S.A. CORPORATION SWITZERLAND Via Penate 4, CH-6850 Mendrisio SWITZERLAND CH-6850 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Bingham B. Leverich |
| **Prior Registrations** | 1770136;2232089;2363492;AND OTHERS |
| **Type of Mark** | TRADEMARK |

Case 1:07-cv-03219-LTS-DCF    Document 174-6    Filed 04/11/2008    Page 30 of 57

| Register | PRINCIPAL |
|---|---|
| Other Data | The name "GIORGIO ARMANI" identifies a living individual whose consent is of record. |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:22:16 ET

**Serial Number:** 78143093 Assignment Information

**Registration Number:** 2890116

**Mark (words only):** GIORGIO ARMANI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-09-28

**Filing Date:** 2002-07-11

**Transformed into a National Application:** No

**Registration Date:** 2004-09-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-10-06

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. GA Modefine S.A.

**Address:**
GA Modefine S.A.
Via Penate 4, CH-6850
Mendrisio CH-6850
Switzerland
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Switzerland

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active

Clothing, namely, pullovers, cardigans, sweaters, trousers, skirts, jackets, blouses, shirts, jeans, sweatpants, shorts, sweatshirts, suits, dresses, overcoats, coats, raincoats, belts, jerseys, neckwear, socks and stockings, tights, vests, waistcoats, jumpers, tracksuits, blousons, gymsuits, knickers, T-shirts, anoraks, loungewear, underwear, beachwear, sleepwear, headwear, hats and caps, scarves, gloves, shoes, sandals, boots and
**Basis:** 1(a), 44(e)
**First Use Date:** 1975-01-00
**First Use in Commerce Date:** 1979-06-30

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "GIORGIO ARMANI" identifies a living individual whose consent is of record.

**Prior Registration Number(s):**
1770136
2232089
2363492

**Foreign Registration Number:** 359,764
**Foreign Registration Date:** 1988-03-17
**Country:** Switzerland
**Foreign Expiration Date:** 2008-03-17

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-09-28 - Registered - Principal Register

2004-07-12 - Allowed for Registration - Principal Register (SOU accepted)

2004-07-07 - Assigned To Examiner

2004-06-30 - Statement of use processing complete

2004-06-23 - Amendment to Use filed

2004-06-23 - TEAS Statement of Use Received

2004-06-14 - Case File In TICRS

2003-12-30 - Notice of allowance - mailed

2003-10-07 - Published for opposition

2003-09-17 - Notice of publication

2003-05-29 - Approved for Pub - Principal Register (Initial exam)

2003-05-12 - Communication received from applicant

2003-05-01 - Non-final action mailed

2003-04-03 - Communication received from applicant

2002-11-20 - Non-final action mailed

2002-11-13 - Assigned To Examiner

2002-10-30 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Bingham B. Leverich (Attorney of record)

BINGHAM B. LEVERICH
COVINGTON & BURLING
1201 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004-2401

**Phone Number:** 202-662-5188

**Domestic Representative**
Bingham B. Leverich



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

**GIORGIO MORETTO**

| | |
|---|---|
| **Word Mark** | GIORGIO MORETTO |
| **Goods and Services** | IC 025. US 039. G & S: COATS, JACKETS, ALL-WEATHER-COATS, SHIRTS, SWEATERS, WAISTCOATS, SKIRTS, TROUSERS, CLOTHES, BATHING SUITS, BATH GOWNS, SHAWLS, FOULARDS, TIES, BELTS, BOOTS, SHOES, SLIPPERS, GLOVES, HATS, UNDERWEAR, DRESSING GOWNS, SCARVES. FIRST USE: 19730208. FIRST USE IN COMMERCE: 19730208 |
| | IC 018. US 003. G & S: BAGS, NAMELY, HANDBAGS, TOTEBAGS, LUGGAGE, SUITCASES, AND BRIEFCASES. FIRST USE: 19730208. FIRST USE IN COMMERCE: 19730208 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders |
| **Serial Number** | 73589869 |
| **Filing Date** | March 21, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 7, 1986 |
| **Registration Number** | 1422851 |
| **Registration Date** | December 30, 1986 |
| **Owner** | (REGISTRANT) CALZATURIFICIO GIORGIO MORETTO & C. S.A.S. LIMITED LIABILITY PARTNERSHIP ITALY VIA STRADONA, 14 SAMBRUSON (VENEZIA) ITALY |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | HERBERT DUBNO |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | THE NAME "GIORGIO MORETTO" IS THAT OF A LIVE INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

This page was generated by the TARR system on 2006-07-26 15:22:29 ET

**Serial Number:** 73589869 Assignment Information

**Registration Number:** 1422851

**Mark**



**(words only):** GIORGIO MORETTO

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1993-04-02

**Filing Date:** 1986-03-21

**Transformed into a National Application:** No

**Registration Date:** 1986-12-30

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1993-04-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CALZATURIFICIO GIORGIO MORETTO & C. S.A.S.

**Address:**
CALZATURIFICIO GIORGIO MORETTO & C. S.A.S.
VIA STRADONA, 14

SAMBRUSON (VENEZIA)
Italy
**Legal Entity Type:** LIMITED LIABILITY PARTNERSHIP
**State or Country Where Organized:** Italy

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
BAGS, NAMELY, HANDBAGS, TOTEBAGS, LUGGAGE, SUITCASES, AND BRIEFCASES
**Basis:** 1(a)
**First Use Date:** 1973-02-08
**First Use In Commerce Date:** 1973-02-08

**International Class:** 025
**Class Status:** Active
COATS, JACKETS, ALL-WEATHER-COATS, SHIRTS, SWEATERS, WAISTCOATS, SKIRTS, TROUSERS, CLOTHES, BATHING SUITS, BATH GOWNS, SHAWLS, FOULARDS, TIES, BELTS, BOOTS, SHOES, SLIPPERS, GLOVES, HATS, UNDERWEAR, DRESSING GOWNS, SCARVES
**Basis:** 1(a)
**First Use Date:** 1973-02-08
**First Use In Commerce Date:** 1973-02-08

## ADDITIONAL INFORMATION

**Name Portrait Consent:** THE NAME "GIORGIO MORETTO" IS THAT OF A LIVE INDIVIDUAL WHOSE CONSENT IS OF RECORD.

**Design Search Code(s):**
26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1993-04-02 - Section 8 (6-year) accepted & Section 15 acknowledged

1992-12-29 - Section 8 (6-year) and Section 15 Filed

1992-12-16 - Section 8 (6-year) and Section 15 Filed

1986-12-30 - Registered - Principal Register

1986-10-07 - Published for opposition

1986-09-07 - Notice of publication

1986-07-23 - Approved for Pub - Principal Register (Initial exam)

1986-06-17 - Communication received from applicant

1986-05-23 - Non-final action mailed

---

## CORRESPONDENCE INFORMATION

**Correspondent**
HERBERT DUBNO (Attorney of record)

HERBERT DUBNO
THE FIRM OF KARL F. ROSS
5676 RIVERDALE AVENUE
P.O. BOX 900
NEW YORK, NY 10471-0900

**Domestic Representative**
HERBERT DUBNO

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GIORGIO KAUTEN |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: handbags, all-purpose sports bags, tote bags, beach bags, book bags, diaper bags, duffel bags, suitcases and travelling bags |
| | IC 025. US 022 039. G & S: shirts, blouses, vests, skirts, trousers, shorts, jackets, sports jackets, coats, track suits, gloves, foulards (square scarves), underwear, jumpers, T-shirts, sweaters, shoes, belts, hats and caps |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74610905 |
| **Filing Date** | December 14, 1994 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 1B;44D |
| **Published for Opposition** | August 4, 1998 |
| **Registration Number** | 2221039 |
| **Registration Date** | February 2, 1999 |
| **Owner** | (REGISTRANT) PROGETTI KAUTEN SpA COMPANY ITALY Via Milano 39–41 20090 Cesano Boscone ITALY |
| **Attorney of Record** | DAVID B KIRSCHSTEIN |
| **Priority Date** | September 27, 1994 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | The mark identifies a living individual whose consent is of record. |

Case 1:07-cv-03219-LTS-DCF    Document 174-6    Filed 04/11/2008    Page 40 of 57

**Live/Dead
Indicator**       LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2006-07-26 15:22:43 ET**

**Serial Number:** 74610905 <u>Assignment Information</u>

**Registration Number:** 2221039

**Mark (words only):** GIORGIO KAUTEN

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2005-03-08

**Filing Date:** 1994-12-14

**Transformed into a National Application:** No

**Registration Date:** 1999-02-02

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 834 -Post Registration

**Date In Location:** 2005-03-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PROGETTI KAUTEN SpA

**Address:**
PROGETTI KAUTEN SpA
Via Milano 39-41
20090 Cesano Boscone
Italy
**Legal Entity Type:** Company
**State or Country Where Organized:** Italy

---

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active

handbags, all-purpose sports bags, tote bags, beach bags, book bags, diaper bags, duffel bags, suitcases and travelling bags
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

International Class: 025
Class Status: Active
shirts, blouses, vests, skirts, trousers, shorts, jackets, sports jackets, coats, track suits, gloves, foulards (square scarves), underwear, jumpers, T-shirts, sweaters, shoes, belts, hats and caps
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

Name Portrait Consent: The mark identifies a living individual whose consent is of record.

Foreign Application Number: MI94C-008714
Foreign Registration Number: 699266
Foreign Registration Date: 1996-12-24
Country: Italy
Foreign Filing Date: 1994-09-27
Foreign Expiration Date: 2004-09-27

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2005-03-08 - Section 8 (6-year) accepted & Section 15 acknowledged

2005-02-02 - Section 8 (6-year) and Section 15 Filed

2005-02-02 - TEAS Section 8 & 15 Received

1999-02-02 - Registered - Principal Register

1998-12-22 - ITU claim deleted

1998-12-22 - Notice of Allowance canceled

1998-10-27 - Notice of allowance - mailed

1998-08-04 - Published for opposition

1998-07-03 - Notice of publication

1998-06-04 - Approved for Pub - Principal Register (Initial exam)

1998-05-14 - Communication received from applicant

1998-04-10 - Non-final action mailed

1998-04-09 - Assigned To Examiner

1998-03-19 - Communication received from applicant

1998-03-06 - Letter of suspension mailed

1998-03-05 - Assigned To Examiner

1998-02-02 - Communication received from applicant

1998-01-26 - Inquiry as to suspension mailed

1997-02-27 - Letter of suspension mailed

1996-12-20 - Communication received from applicant

1996-07-29 - Inquiry as to suspension mailed

1996-01-25 - Letter of suspension mailed

1995-10-25 - Communication received from applicant

1995-05-22 - Non-final action mailed

1995-05-04 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
DAVID B KIRSCHSTEIN (Attorney of record)

DAVID B KIRSCHSTEIN
489 5TH AVE 17TH FL
NEW YORK NY 10017-6105

**Domestic Representative**
KIRSCHSTEIN, OTTINGER, ISRAEL & SCHIFFMI
LLER

---

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status **( Use the "Back" button of the Internet Browser to return to TESS)**

# GIORGIO FERRARO

| | |
|---|---|
| **Word Mark** | GIORGIO FERRARO |
| **Goods and Services** | IC 025. US 022 039. G & S: Men's, women's and children's clothing, namely, suits, t-shirts, sweatshirts, sweatpants, jerseys, tracksuits, jumpers, jeans, shirts, tank tops, blouses, pants, shorts, skirts, sweaters, pullovers, dresses, vests, cardigans, trousers, beachwear, neckwear, boxer briefs, underwear, sleepwear, slippers, gloves, belts, hats, caps, neckties, socks, stockings, scarves, mufflers, rain wear, jackets, waistcoats, overcoats and coats. FIRST USE: 19950701. FIRST USE IN COMMERCE: 19950701 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78581726 |
| **Filing Date** | March 7, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 6, 2005 |
| **Registration Number** | 3063355 |
| **Registration Date** | February 28, 2006 |
| **Owner** | (REGISTRANT) KIM, Gloria INDIVIDUAL UNITED STATES 12351 Felson Place Cerritos |

CALIFORNIA 90703

| | |
|---|---|
| **Attorney of Record** | Steven Y. Jeau |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "GIORGIO FERRARO" in the mark does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:23:13 ET

Serial Number: 78581726 Assignment Information

Registration Number: 3063355

Mark

# GIORGIO FERRARO

(words only): GIORGIO FERRARO

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-02-28

**Filing Date:** 2005-03-07

**Transformed into a National Application:** No

**Registration Date:** 2006-02-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-02-28

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. KIM, Gloria

**Address:**
KIM, Gloria
12351 Felson Place

Cerritos, CA 90703
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States
**Phone Number:** 310-630-8088
**Fax Number:** 213-947-1122

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Men's, women's and children's clothing, namely, suits, t-shirts, sweatshirts, sweatpants, jerseys, tracksuits, jumpers, jeans, shirts, tank tops, blouses, pants, shorts, skirts, sweaters, pullovers, dresses, vests, cardigans, trousers, beachwear, neckwear, boxer briefs, underwear, sleepwear, slippers, gloves, belts, hats, caps, neckties, socks, stockings, scarves, mufflers, rain wear, jackets, waistcoats, overcoats and coats
**Basis:** 1(a)
**First Use Date:** 1995-07-01
**First Use in Commerce Date:** 1995-07-01

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name "GIORGIO FERRARO" in the mark does not identify a living individual.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2006-02-28 - Registered - Principal Register

2005-12-06 - Published for opposition

2005-11-16 - Notice of publication

2005-10-20 - Law Office Publication Review Completed

2005-10-14 - Assigned To LIE

2005-10-13 - Approved for Pub - Principal Register (Initial exam)

2005-10-13 - Amendment From Applicant Entered

2005-10-03 - Communication received from applicant

2005-10-03 - TEAS Response to Office Action Received

2005-09-27 - Non-final action e-mailed

2005-09-27 - Non-Final Action Written

2005-09-26 - Assigned To Examiner

2005-05-09 - Teas/Email Correspondence Entered

2005-04-28 - Communication received from applicant

2005-04-28 - TEAS Preliminary Amendment Received

2005-03-14 - New Application Entered In Tram

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Steven Y. Jeau (Attorney of record)

STEVEN Y. JEAU
LAW OFFICES OF STEVEN JEAU
3055 WILSHIRE BLVD STE 480
LOS ANGELES, CA 90010-1161

**Phone Number:** 213-383-4656
**Fax Number:** 213-947-1122

Case 1:07-cv-03219-LTS-DCF    Document 174-6    Filed 04/11/2008    Page 49 of 57



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | GIORGIO COSANI |
| **Goods and Services** | IC 025. US 022 039. G & S: Men's clothing, namely, suits, shirts, ties, trousers, socks, belts, and pants. FIRST USE: 19891200. FIRST USE IN COMMERCE: 19891200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78156580 |
| **Filing Date** | August 21, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 22, 2003 |
| **Registration Number** | 2736790 |
| **Registration Date** | July 15, 2003 |
| **Owner** | (REGISTRANT) Kouzouyan, Hovsep INDIVIDUAL SYRIAN ARAB REP 6420 Hollywood Blvd Hollywood CALIFORNIA 90028 |
| **Attorney of Record** | Kevin Steinman |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The likeness (or, "portrait") in the mark does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 15:25:09 ET**

**Serial Number:** 78156580 Assignment Information

**Registration Number:** 2736790

**Mark (words only):** GIORGIO COSANI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-07-15

**Filing Date:** 2002-08-21

**Transformed into a National Application:** No

**Registration Date:** 2003-07-15

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-07-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Kouzouyan, Hovsep

**Address:**
Kouzouyan, Hovsep
6420 Hollywood Blvd
Hollywood, CA 90028
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** Syrian Arab Rep

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

Men's clothing, namely, suits, shirts, ties, trousers, socks, belts, and pants
Basis: 1(a)
First Use Date: 1989-12-00
First Use in Commerce Date: 1989-12-00

## ADDITIONAL INFORMATION

Name Portrait Consent: The likeness (or, "portrait") in the mark does not identify a living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-07-15 - Registered - Principal Register

2003-04-22 - Published for opposition

2003-04-02 - Notice of publication

2003-01-22 - Approved for Pub - Principal Register (Initial exam)

2003-01-16 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

Correspondent
Kevin Steinman (Attorney of record)

Kevin Steinman
LADAS & PARRY
5670 Wilshire Boulevard, Suite 2100
Los Angeles CA 90036-5679

Phone Number: (323) 934-2300
Fax Number: (323) 934-0202



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GIORGIO BY GIORGIO COSANI |
| **Goods and Services** | IC 025. US 022 039. G & S: Men's clothing, namely, suits, shirts, ties, trousers, socks, belts, and pants. FIRST USE: 20020100. FIRST USE IN COMMERCE: 20020100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78156577 |
| **Filing Date** | August 21, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 18, 2003 |
| **Registration Number** | 2724391 |
| **Registration Date** | June 10, 2003 |
| **Owner** | (REGISTRANT) KOUZOUYAN, HOVSEP INDIVIDUAL SYRIAN ARAB REP 6420 Hollywood Blvd. Hollywood CALIFORNIA 90028 |
| **Attorney of Record** | Kevin Steinman |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:25:27 ET

Serial Number: 78156577 Assignment Information

Registration Number: 2724391

Mark (words only): GIORGIO BY GIORGIO COSANI

Standard Character claim: No

Current Status: Registered.

Date of Status: 2003-06-10

Filing Date: 2002-08-21

Transformed into a National Application: No

Registration Date: 2003-06-10

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-06-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. KOUZOUYAN, HOVSEP

Address:
KOUZOUYAN, HOVSEP
6420 Hollywood Blvd.
Hollywood, CA 90028
United States
Legal Entity Type: Individual
Country of Citizenship: Syrian Arab Rep

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

Men's clothing, namely, suits, shirts, ties, trousers, socks, belts, and pants
**Basis:** 1(a)
**First Use Date:** 2002-01-00
**First Use in Commerce Date:** 2002-01-00

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-06-10 - Registered - Principal Register

2003-03-18 - Published for opposition

2003-02-26 - Notice of publication

2003-01-22 - Approved for Pub - Principal Register (Initial exam)

2003-01-16 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Kevin Steinman (Attorney of record)

Kevin Steinman
Ladas & Parry
5670 Wilshire Boulevard, Suite 2100
Los Angeles CA 90036-5679

**Phone Number:** (323) 934-2300
**Fax Number:** (323) 934-0202

---



**United States Patent and Trademark Office**

Home│Site Index│Search│FAQ│Glossary│Guides│Contacts│eBusiness│eBiz alerts│News│Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet*

*Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| Word Mark | GIORGIO BISSONI |
| Goods and Services | IC 025. US 022 039. G & S: Clothing, namely men's dress shirts and ties. FIRST USE: 19981001. FIRST USE IN COMMERCE: 19981001 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Design Search Code | |
| Serial Number | 78001135 |
| Filing Date | March 27, 2000 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | August 28, 2001 |
| Registration Number | 2510490 |
| Registration Date | November 20, 2001 |
| Owner | (REGISTRANT) Shapiro, Steven, Rand INDIVIDUAL UNITED STATES 990 Avenue of the Americas New York NEW YORK 10018 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

---

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:25:43 ET

**Serial Number:** 78001135 Assignment Information

**Registration Number:** 2510490

**Mark (words only):** GIORGIO BISSONI

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-11-20

**Filing Date:** 2000-03-27

**Transformed into a National Application:** No

**Registration Date:** 2001-11-20

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-12-04

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Shapiro, Steven, Rand

**Address:**
Shapiro, Steven, Rand
990 Avenue of the Americas
New York, NY 10018
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

Clothing, namely men's dress shirts and ties
Basis: 1(a)
First Use Date: 1998-10-01
First Use in Commerce Date: 1998-10-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2001-11-20 - Registered - Principal Register

2001-08-28 - Published for opposition

2001-08-08 - Notice of publication

2001-05-15 - Approved for Pub - Principal Register (Initial exam)

2000-09-11 - Communication received from applicant

2000-08-31 - Non-final action mailed

2000-08-09 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
STEVEN RAND SHAPIRO
990 AVENUE OF THE AMERICAS
NEW YORK NY 10018-5419