# EXHIBIT A

Continued



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ LANGE |
| **Goods and Services** | IC 025. US 022 039. G & S: Women's clothing, namely, jackets, coats, skirts, dresses, pants, tunics, blouses, t-shirts and stretch jeans. FIRST USE: 19971000. FIRST USE IN COMMERCE: 19971000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75816991 |
| **Filing Date** | October 7, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 28, 2000 |
| **Registration Number** | 2360437 |
| **Registration Date** | June 20, 2000 |
| **Owner** | (REGISTRANT) Elizabeth Lange, LLC LTD LIAB CO NEW YORK 1020 Lexington Avenue New York NEW YORK 10021 |
| **Attorney of Record** | Leslie K. Mitchell |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "LIZ LANGE" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 15:55:44 ET

Serial Number: 75816991 Assignment Information

Registration Number: 2360437

Mark (words only): LIZ LANGE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-06-20

Filing Date: 1999-10-07

Transformed into a National Application: No

Registration Date: 2000-06-20

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2006-03-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Elizabeth Lange, LLC

**Address:**
Elizabeth Lange, LLC
1020 Lexington Avenue
New York, NY 10021
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: New York

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

Women's clothing, namely, jackets, coats, skirts, dresses, pants, tunics, blouses, t-shirts and stretch jeans
**Basis:** 1(a)
**First Use Date:** 1997-10-00
**First Use in Commerce Date:** 1997-10-00

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "LIZ LANGE" identifies a living individual whose consent is of record.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-03-22 - Case File In TICRS

2000-06-20 - Registered - Principal Register

2000-03-28 - Published for opposition

2000-02-25 - Notice of publication

2000-02-08 - Approved for Pub - Principal Register (Initial exam)

2000-01-27 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Leslie K. Mitchell (Attorney of record)

LESLIE K. MITCHELL
FITZPATRICK, CELLA, HARPER & SCINTO
30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10112

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ & ME |
| **Goods and Services** | IC 025. US 039. G & S: WEARING APPAREL, NAMELY WOMEN'S SHIRTS, BLOUSES, SKIRTS, BLAZERS, SWEATERS, PANTS, JACKETS, COATS AND SUITS. FIRST USE: 19840630. FIRST USE IN COMMERCE: 19840630 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73613472 |
| **Filing Date** | August 7, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 9, 1986 |
| **Registration Number** | 1431256 |
| **Registration Date** | March 3, 1987 |
| **Owner** | (REGISTRANT) VIRGINIA SPECIALTY STORES, INC. CORPORATION VIRGINIA 10250 Constellation Boulevard Los Angeles CALIFORNIA 900676228 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BREWSTER TAYLOR |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 15:56:05 ET

Serial Number: 73613472 <u>Assignment Information</u>

Registration Number: 1431256

**Mark (words only):** LIZ & ME

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1992-11-09

**Filing Date:** 1986-08-07

**Transformed into a National Application:** No

**Registration Date:** 1987-03-03

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-06-26

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. VIRGINIA SPECIALTY STORES, INC.

**Address:**
VIRGINIA SPECIALTY STORES, INC.
10250 Constellation Boulevard
Los Angeles, CA 900676228
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

WEARING APPAREL, NAMELY WOMEN'S SHIRTS, BLOUSES, SKIRTS, BLAZERS,
SWEATERS, PANTS, JACKETS, COATS AND SUITS
**Basis:** 1(a)
**First Use Date:** 1984-06-30
**First Use in Commerce Date:** 1984-06-30

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-06-26 - Assigned To Paralegal

2006-05-05 - Section 7 amendment filed

2006-05-11 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-05-11 - TEAS Change Of Owner Address Received

2006-05-05 - PAPER RECEIVED

2006-04-25 - TEAS Change Of Correspondence Received

1992-11-09 - Section 8 (6-year) accepted & Section 15 acknowledged

1992-08-13 - Section 8 (6-year) and Section 15 Filed

1987-03-03 - Registered - Principal Register

1986-12-09 - Published for opposition

1986-12-09 - Published for opposition

1986-11-09 - Notice of publication

1986-10-01 - Approved for Pub - Principal Register (Initial exam)

---

## CORRESPONDENCE INFORMATION

**Correspondent**
BREWSTER TAYLOR (Attorney of record)

Jay K. Meadway, Esq.

Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia PA 19103

Phone Number: 215.864.8101
Fax Number: 215.864.9803



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ PHILLIPS |
| **Goods and Services** | IC 025. US 039. G & S: LADIES' OUTERWEAR AND SPORTSWEAR, NAMELY, SKIRTS, COATS, JACKETS AND SUITS. FIRST USE: 19830815. FIRST USE IN COMMERCE: 19830815 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73585553 |
| **Filing Date** | March 3, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 25, 1986 |
| **Registration Number** | 1429324 |
| **Registration Date** | February 17, 1987 |
| **Owner** | (REGISTRANT) ADA OUTERWEAR, LTD. CORPORATION CANADA SUITE 218 9500 MEILLEUR MONTREAL CANADA H2N2B7 |
| **Attorney of Record** | MYRON AMER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**Thank you for your request. Here are the latest results from the TARR web server.**

This page was generated by the TARR system on 2006-07-26 15:56:25 ET

Serial Number: 73585553 Assignment Information

Registration Number: 1429324

Mark (words only): LIZ PHILLIPS

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1993-02-11

Filing Date: 1986-03-03

Transformed into a National Application: No

Registration Date: 1987-02-17

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1993-03-02

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ADA OUTERWEAR, LTD.

Address:
ADA OUTERWEAR, LTD.
SUITE 218 9500 MEILLEUR
MONTREAL H2N2B7
Canada
Legal Entity Type: Corporation
State or Country of Incorporation: Canada

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

LADIES' OUTERWEAR AND SPORTSWEAR, NAMELY, SKIRTS, COATS, JACKETS AND
SUITS
Basis: 1(a)
First Use Date: 1983-08-15
First Use in Commerce Date: 1983-08-15

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1993-02-11 - Section 8 (6-year) accepted & Section 15 acknowledged

1992-11-06 - Section 8 (6-year) and Section 15 Filed

1987-02-17 - Registered - Principal Register

1986-11-25 - Published for opposition

1986-10-26 - Notice of publication

1986-09-17 - Approved for Pub - Principal Register (Initial exam)

1986-09-09 - Examiner's amendment mailed

1986-05-06 - Non-final action mailed

---

## CORRESPONDENCE INFORMATION

Correspondent
MYRON AMER (Attorney of record)

MYRON AMER
BAUER & AMER
LEVER BUILDING, SUITE 310
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501-4477

Domestic Representative
GROMAN & WOLF

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout. Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIZ BAKER |
| **Goods and Services** | IC 025. US 039. G & S: Clothing-Namely, Blouses and Blazers. FIRST USE: 19821119. FIRST USE IN COMMERCE: 19821119 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73411929 |
| **Filing Date** | February 2, 1983 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 7, 1984 |
| **Registration Number** | 1276301 |
| **Registration Date** | May 1, 1984 |
| **Owner** | (REGISTRANT) J. C. PENNEY COMPANY, INC. CORPORATION DELAWARE 14841 N. DALLAS PARKWAY DALLAS TEXAS 10019 |
| | (LAST LISTED OWNER) J.C. PENNEY PRIVIATE BRANDS, INC. CORPORATION DELAWARE LEGAL DEPT A1 MS: 1115 6501 LEGACY DRIVE PLANO TEXAS 750243698 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ALAN S. LANGER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20040507. |
| **Renewal** | 1ST RENEWAL 20040507 |

| Other Data | The name "Liz Baker" shown in the mark is purely fanciful. |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 15:56:47 ET

Serial Number: 73411929 <u>Assignment Information</u>

Registration Number: 1276301

Mark (words only): LIZ BAKER

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-05-07

Filing Date: 1983-02-02

Transformed into a National Application: No

Registration Date: 1984-05-01

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-05-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. J.C. PENNEY PRIVIATE BRANDS, INC.

Address:
J.C. PENNEY PRIVIATE BRANDS, INC.
LEGAL DEPT A1 MS: 1115 6501 LEGACY DRIVE
PLANO, TX 750243698
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

Clothing-Namely, Blouses and Blazers
Basis: 1(a)
First Use Date: 1982-11-19
First Use in Commerce Date: 1982-11-19

---

## ADDITIONAL INFORMATION

---

Name Portrait Consent: The name "Liz Baker" shown in the mark is purely fanciful.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2004-05-07 - First renewal 10 year

2004-05-07 - Section 8 (10-year) accepted/ Section 9 granted

2004-03-18 - Combined Section 8 (10-year)/Section 9 filed

2004-03-18 - TEAS Section 8 & 9 Received

1990-07-28 - Section 8 (6-year) accepted

1990-05-11 - Section 8 (6-year) filed

1984-05-01 - Registered - Principal Register

1984-02-07 - Published for opposition

1983-12-28 - Notice of publication

1983-12-27 - Notice of publication

1983-12-23 - Notice of publication

1983-12-22 - Notice of publication

1983-10-19 - Approved for Pub - Principal Register (Initial exam)

1983-10-18 - Examiner's amendment mailed

1983-09-28 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**

ALAN S. LANGER (Attorney of record)

ALAN S. LANGER
.C.PENNEY CORPORATION, INC.
LEGAL DEPT. A1 MS:1115
6501 LEGACY DRIVE
PLANO TX 75024-3698

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout. Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# kate spade NEW YORK

| | |
|---|---|
| **Word Mark** | KATE SPADE NEW YORK |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry and watches. FIRST USE: 20040730. FIRST USE IN COMMERCE: 20040730 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78633006 |
| **Filing Date** | May 19, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 21, 2006 |
| **Registration Number** | 3092920 |
| **Registration Date** | May 16, 2006 |
| **Owner** | (REGISTRANT) Kate Spade LLC LTD LIAB CO DELAWARE 6th Floor 48 W. 25th Street New York NEW YORK 11001 |
| **Attorney of Record** | David C. Althoff |
| **Prior Registrations** | 2446491;2537318;2613247;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "New York" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "KATE SPADE" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:01:01 ET

Serial Number: 78633006 <u>Assignment Information</u>

Registration Number: 3092920

Mark

# kate spade NEW YORK

(words only): KATE SPADE NEW YORK

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-05-16

**Filing Date:** 2005-05-19

**Transformed into a National Application:** No

**Registration Date:** 2006-05-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-05-16

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Kate Spade LLC

**Address:**
Kate Spade LLC
6th Floor 48 W. 25th Street

New York, NY 11001
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware
**Phone Number:** 212-739-6577
**Fax Number:** 212-206-8015

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Jewelry and watches
**Basis:** 1(a)
**First Use Date:** 2004-07-30
**First Use in Commerce Date:** 2004-07-30

---

## ADDITIONAL INFORMATION

**Disclaimer:** "New York"

**Name Portrait Consent:** The name "KATE SPADE" identifies a living individual whose consent is of record.

**Prior Registration Number(s):**
2446491
2466491
2537318
2613247

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-05-16 - Registered - Principal Register

2006-02-21 - Published for opposition

2006-02-01 - Notice of publication

2006-01-12 - Law Office Publication Review Completed

2006-01-06 - Assigned To LIE

2006-01-05 - Approved for Pub - Principal Register (Initial exam)

2006-01-04 - Amendment From Applicant Entered

2005-12-09 - Communication received from applicant

2005-12-09 - PAPER RECEIVED

2005-11-02 - Attorney Revoked And/Or Appointed

2005-11-02 - TEAS Revoke/Appoint Attorney Received

2005-10-18 - Non-final action mailed

2005-10-17 - Non-Final Action Written

2005-10-14 - Assigned To Examiner

2005-05-27 - New Application Entered In Tram

---

## CORRESPONDENCE INFORMATION

**Correspondent**
David C. Althoff (Attorney of record)

David C. Althoff
Kate Spade LLC
48 West 25th Street
New York NY 10010

**Phone Number:** 212-739-6577
**Fax Number:** 212-206-8015

---

Trademark Electronic Search System (TESS)                                Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | KATE SPADE |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, dresses, skirts, pants, tops, shirts, T-shirts, blouses, sweaters, suits, sport coats, blazers, vests, sleepwear, pajamas, bathrobes, beach coverups, footwear, shoes, socks, caps, hats, bandannas, scarves, coats, jackets, rainwear and gloves. FIRST USE: 19970100. FIRST USE IN COMMERCE: 19970100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75250157 |
| **Filing Date** | February 28, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 21, 1997 |
| **Registration Number** | 2578942 |
| **Registration Date** | June 11, 2002 |
| **Owner** | (REGISTRANT) Kate Spade, LLC LTD LIAB CO NEW YORK 48 West 25th Street New York NEW YORK 10001 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JOHN F WILK |
| **Prior Registrations** | 2064708;2068911;2073406 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| Other Data | The mark identifies a particular living individual whose consent is of record. |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:01:21 ET

Serial Number: 75250157 Assignment Information

Registration Number: 2578942

Mark (words only): KATE SPADE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-06-11

Filing Date: 1997-02-28

Transformed into a National Application: No

Registration Date: 2002-06-11

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-06-25

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Kate Spade, LLC

**Address:**
Kate Spade, LLC
48 West 25th Street
New York, NY 10001
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** New York

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

Clothing, namely, dresses, skirts, pants, tops, shirts, T-shirts, blouses, sweaters, suits, sport coats, blazers, vests, sleepwear, pajamas, bathrobes, beach coverups, footwear, shoes, socks, caps, hats, bandannas, scarves, coats, jackets, rainwear and gloves

**Basis:** 1(a)
**First Use Date:** 1997-01-00
**First Use in Commerce Date:** 1997-01-00

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The mark identifies a particular living individual whose consent is of record.

**Prior Registration Number(s):**
2064708
2068911
2073406

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2002-09-20 - TEAS Change Of Correspondence Received

2002-06-11 - Registered - Principal Register

2002-05-13 - PAPER RECEIVED

2001-11-21 - Allowed for Registration - Principal Register (SOU accepted)

2001-03-08 - Letter of suspension mailed

2001-03-02 - Assigned To Examiner

2001-02-21 - Statement of use processing complete

2001-01-13 - Amendment to Use filed

2000-08-31 - Extension 5 granted

2000-07-13 - Extension 5 filed

2000-03-14 - Extension 4 granted

2000-01-13 - Extension 4 filed

1999-08-11 - Extension 3 granted

1999-07-13 - Extension 3 filed

1999-02-03 - Extension 2 granted

1999-01-13 - Extension 2 filed

1998-07-30 - Extension 1 granted

1998-07-13 - Extension 1 filed

1998-01-13 - Notice of allowance - mailed

1997-10-21 - Published for opposition

1997-09-19 - Notice of publication

1997-08-21 - Approved for Pub - Principal Register (Initial exam)

1997-08-19 - Examiner's amendment mailed

1997-08-11 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
JOHN F WILK (Attorney of record)

Barbara Kolsun
Kate Spade, LLC
6th Floor
48 W. 25th Street
New York NY 10010
**Phone Number: 212 739-6577**
**Fax Number: 212 206-8015**

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | KATE LANDRY |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: JEWELRY. FIRST USE: 20040301. FIRST USE IN COMMERCE: 20040301 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76429985 |
| **Filing Date** | July 8, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 15, 2003 |
| **Registration Number** | 2977007 |
| **Registration Date** | July 26, 2005 |
| **Owner** | (REGISTRANT) Dillard's Inc. CORPORATION DELAWARE 1600 Cantrell Road P.O. Box 486 Little Rock ARKANSAS 72203 |
| **Attorney of Record** | SIMOR L. MOSKOWITZ |
| **Prior Registrations** | 2086397 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "KATE LANDRY" does not identify any particular living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:01:50 ET

Serial Number: 76429985 Assignment Information

Registration Number: 2977007

Mark (words only): KATE LANDRY

Standard Character claim: No

Current Status: Registered.

Date of Status: 2005-07-26

Filing Date: 2002-07-08

Transformed into a National Application: No

Registration Date: 2005-07-26

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2005-06-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Dillard's Inc.

Address:
Dillard's Inc.
1600 Cantrell Road P.O. Box 486
Little Rock, AR 72203
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

JEWELRY
Basis: 1(a)
First Use Date: 2004-03-01
First Use in Commerce Date: 2004-03-01

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name "KATE LANDRY" does not identify any particular living individual.

**Prior Registration Number(s):**
2086397

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2005-07-26 - Registered - Principal Register

2005-04-11 - Law Office Registration Review Completed

2005-04-01 - Assigned To LIE

2005-03-24 - Allowed for Registration - Principal Register (SOU accepted)

2005-03-24 - Statement of use processing complete

2005-02-07 - Amendment to Use filed

2005-02-07 - PAPER RECEIVED

2005-01-31 - Extension 3 granted

2005-01-06 - Extension 3 filed

2005-01-06 - PAPER RECEIVED

2004-07-08 - Extension 2 granted

2004-07-08 - Extension 2 filed

2004-07-23 - Case File In TICRS

2004-07-08 - PAPER RECEIVED

2003-11-26 - Extension 1 granted

2003-11-26 - Extension 1 filed

2003-11-26 - PAPER RECEIVED

2003-07-08 - Notice of allowance - mailed

2003-04-15 - Published for opposition

2003-03-26 - Notice of publication

2003-02-23 - Approved for Pub - Principal Register (Initial exam)

2003-01-28 - Previous allowance count withdrawn

2002-12-04 - Approved for Pub - Principal Register (Initial exam)

2002-11-27 - Examiner's amendment mailed

2002-11-19 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
SIMOR L. MOSKOWITZ (Attorney of record)

SIMOR L. MOSKOWITZ
JACOBSON HOLMAN PLLC
THE JENIFER BUILDING
400 SEVENTH STREET, N.W.
WASHINGTON, D.C. 20004-2201
**Phone Number:** (202) 638-6666
**Fax Number:** (202) 393-5350

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | KATE LANDRY |
| **Goods and Services** | IC 025. US 022 039. G & S: women's clothing, namely, blazers, pants, skirts, blouses, dresses, vests, tank tops, and knit shirts. FIRST USE: 19960115. FIRST USE IN COMMERCE: 19960115 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75011072 |
| **Filing Date** | October 26, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 3, 1996 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2086397 |
| **Registration Date** | August 5, 1997 |
| **Owner** | (REGISTRANT) Mercantile Stores Company, Inc. CORPORATION DELAWARE 9450 Seward Road Fairfield OHIO 45014 |
| | (LAST LISTED OWNER) DILLARD'S, INC. CORPORATION DELAWARE 1600 CANTRELL ROAD LITTLE ROCK ARKANSAS 72202 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | SIMOR L. MOSKOWITZ |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | "KATE LANDRY" is not the name of any living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2006-07-26 16:02:14 ET**

**Serial Number:** 75011072 <u>Assignment Information</u>

**Registration Number:** 2086397

**Mark (words only):** KATE LANDRY

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2005-07-15

**Filing Date:** 1995-10-26

**Transformed into a National Application:** No

**Registration Date:** 1997-08-05

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-04-12

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. DILLARD'S, INC.

**Address:**
DILLARD'S, INC.
1600 CANTRELL ROAD
LITTLE ROCK, AR 72202
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

women's clothing, namely, blazers, pants, skirts, blouses, dresses, vests, tank tops, and knit shirts
Basis: 1(a)
First Use Date: 1996-01-15
First Use in Commerce Date: 1996-01-15

## ADDITIONAL INFORMATION

Name Portrait Consent: "KATE LANDRY" is not the name of any living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-01-12 - Section 7 correction issued

2006-01-06 - Assigned To Paralegal

2005-09-22 - Request for new certificate filed

2005-09-22 - PAPER RECEIVED

2005-07-15 - Section 8 (6-year) accepted & Section 15 acknowledged

2005-07-05 - Response received to Post Registration action - Sections 8 & 15

2005-07-05 - PAPER RECEIVED

2005-01-04 - Post Registration action mailed Section 8 & 15

2004-04-02 - Response received to Post Registration action - Sections 8 & 15

2003-10-02 - Post Registration action mailed Section 8 & 15

2003-06-20 - Section 8 (6-year) and Section 15 Filed

2003-06-20 - PAPER RECEIVED

1997-08-05 - Registered - Principal Register

1997-02-18 - Allowed for Registration - Principal Register (SOU accepted)

1997-02-07 - Statement of use processing complete

1997-02-06 - Amendment to Use filed

1996-11-26 - Notice of allowance - mailed

1996-09-03 - Published for opposition

1996-08-02 - Notice of publication

1996-06-26 - Approved for Pub - Principal Register (Initial exam)

1996-05-13 - Communication received from applicant

1996-04-11 - Non-final action mailed

1996-03-21 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
SIMOR L. MOSKOWITZ (Attorney of record)

SIMOR L. MOSKOWITZ
JACOBSON HOLMAN PLLC
THE JENIFER BUILDING
400 SEVENTH STREET, N.W.
WASHINGTON, DC 20004-2218

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | KATE MACK |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Handbags. FIRST USE: 19960331. FIRST USE IN COMMERCE: 19960925 |
| | IC 025. US 022 039. G & S: Girls' clothing, namely, dresses, skirts, overalls, jumpers, jackets, blouses, t-shirts, vests, sweaters, pants, jeans, shorts, leggings, caps, hats, headbands, swimwear, and sandals. FIRST USE: 19960331. FIRST USE IN COMMERCE: 19960925 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78262922 |
| **Filing Date** | June 16, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 24, 2004 |
| **Registration Number** | 2903269 |
| **Registration Date** | November 16, 2004 |
| **Owner** | (REGISTRANT) Biscotti, Inc. CORPORATION CALIFORNIA 3rd Floor 5601 San Leandro Street Oakland CALIFORNIA 94621 |
| **Attorney of Record** | Jay Begler |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name Kate Mack identifies a living individual whose consent is of record. |
| **Live/Dead** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |    ( *Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | KATE MACK |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Handbags. FIRST USE: 19960331. FIRST USE IN COMMERCE: 19960925 |
| | IC 025. US 022 039. G & S: Girls' clothing, namely, dresses, skirts, overalls, jumpers, jackets, blouses, t-shirts, vests, sweaters, pants, jeans, shorts, leggings, caps, hats, headbands, swimwear, and sandals. FIRST USE: 19960331. FIRST USE IN COMMERCE: 19960925 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78262922 |
| **Filing Date** | June 16, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 24, 2004 |
| **Registration Number** | 2903269 |
| **Registration Date** | November 16, 2004 |
| **Owner** | (REGISTRANT) Biscotti, Inc. CORPORATION CALIFORNIA 3rd Floor 5601 San Leandro Street Oakland CALIFORNIA 94621 |
| **Attorney of Record** | Jay Begler |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name Kate Mack identifies a living individual whose consent is of record. |
| **Live/Dead** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# KATE MILLE

| | |
|---|---|
| **Word Mark** | KATE MILLER |
| **Goods and Services** | IC 025. US 022 039. G & S: SHOES |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 79001566 |
| **Filing Date** | January 16, 2004 |
| **Current Filing Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | June 28, 2005 |
| **Registration Number** | 2998401 |
| **International Registration Number** | 0821205 |
| **Registration Date** | September 20, 2005 |
| **Owner** | (REGISTRANT) WE s.n.c. Marco Crevani & Roberto Ugolini, both Italian citizens PARTNERSHIP ITALY Via Plinio, 52 I-20129 MILANO ITALY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "KATE MILLER" does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 16:02:50 ET

Serial Number: 79001566 Assignment Information

Registration Number: 2998401

**Mark**



(words only): KATE MILLER

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2005-09-20

**Filing Date:** 2004-01-16

**Transformed into a National Application:** No

**Registration Date:** 2005-09-20

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-09-20

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. WE s.n.c.

**Composed Of:**
Marco Crevani & Roberto Ugolini, both Italian citizens
**Address:**

WE s.n.c.
Via Plinio, 52
I-20129 MILANO
Italy
**Legal Entity Type:** Partnership
**State or Country Where Organized:** Italy

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
SHOES
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "KATE MILLER" does not identify a particular living individual.

---

## MADRID PROTOCOL INFORMATION

**International Registration Number:** 0821205
**International Registration Date:** 2004-01-16
**Priority Claimed:** No
**Date of Section 67 Priority Claim:** (DATE NOT AVAILABLE)
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2004-04-21
**International Registration Renewal Date:** 2014-01-16
**Notification of Designation Date:** 2004-04-15
**Date of Automatic Protection:** 2005-10-15
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** Yes

---

## PROSECUTION HISTORY

2006-06-01 - Final Disposition Notice Sent To IB

2006-05-31 - Final Disposition Processed

2006-05-19 - Final Disposition Notice Created, To Be Sent To IB

2005-09-20 - Registered - Principal Register

2005-06-28 - Published for opposition

2005-06-08 - Notice of publication

2005-03-24 - Law Office Publication Review Completed

2005-03-22 - Assigned To LIE

2005-03-15 - Approved for Pub - Principal Register (Initial exam)

2005-02-25 - Amendment From Applicant Entered

2005-02-04 - Communication received from applicant

2005-02-04 - PAPER RECEIVED

2004-10-07 - Refusal Processed By IB

2004-09-03 - Non-final action mailed

2004-08-06 - Assigned To Examiner

2004-04-27 - New Application Entered In Tram

2004-04-21 - Sn Assigned For Sect 66a Appl From IB

## CORRESPONDENCE INFORMATION

**Correspondent**
WE s.n.c.
Via Plinio, 52
I-20129 MILANO ITALY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | KATE LORD |
| **Goods and Services** | IC 025. US 022 039. G & S: Headgear, namely, hats, bucket hats, earbands, and visors. FIRST USE: 20020319. FIRST USE IN COMMERCE: 20020319 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78975257 |
| **Filing Date** | October 15, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 10, 2002 |
| **Registration Number** | 2830925 |
| **Registration Date** | April 6, 2004 |
| **Owner** | (REGISTRANT) Ahead Headgear, Inc. CORPORATION MASSACHUSETTS 270 Samuel Barnet Blvd. New Bedford MASSACHUSETTS 02745 |
| | (LAST LISTED OWNER) AHEAD, INC. CORPORATION MASSACHUSETTS 270 SAMUEL BARNET BOULEVARD NEW BEDFORD MASSACHUSETTS 02745 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan Barbieri Montgomery |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "KATE LORD" IS A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:03:09 ET

Serial Number: 78975257 Assignment Information

Registration Number: 2830925

Mark (words only): KATE LORD

Standard Character claim: No

Current Status: Registered.

Date of Status: 2004-04-06

Filing Date: 2001-10-15

Transformed into a National Application: No

Registration Date: 2004-04-06

Register: Principal

Law Office Assigned: LAW OFFICE 112

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-08-16

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. AHEAD, INC.

**Address:**
AHEAD, INC.
270 SAMUEL BARNET BOULEVARD
NEW BEDFORD, MA 02745
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Massachusetts

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

Headgear, namely, hats, bucket hats, earbands, and visors
Basis: 1(a)
First Use Date: 2002-03-19
First Use in Commerce Date: 2002-03-19

---

## ADDITIONAL INFORMATION

Name Portrait Consent: "KATE LORD" IS A LIVING INDIVIDUAL WHOSE CONSENT IS OF
RECORD.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-08-12 - Post registration action mailed, No response required

2004-05-17 - Section 7 amendment filed

2004-04-06 - Registered - Principal Register

2004-01-30 - Allowed for Registration - Principal Register (SOU accepted)

2004-01-28 - Statement of use processing complete

2003-12-02 - Amendment to Use filed

2004-01-28 - Divisional processing completed

2003-12-04 - Divisional request received

2004-01-28 - Extension 2 granted

2003-12-02 - Extension 2 filed

2003-12-04 - PAPER RECEIVED

2003-06-22 - Extension 1 granted

2003-05-27 - Extension 1 filed

2003-05-29 - PAPER RECEIVED

2002-12-03 - Notice of allowance - mailed

2002-09-10 - Published for opposition

2002-08-21 - Notice of publication

2002-06-26 - Approved for Pub - Principal Register (Initial exam)

2002-03-11 - Communication received from applicant

2002-03-11 - PAPER RECEIVED

2002-01-14 - Non-final action mailed

2002-01-04 - Assigned To Examiner

2001-11-19 - Applicant amendment prior to exam entered

2001-11-19 - Communication received from applicant

## CORRESPONDENCE INFORMATION

**Correspondent**
Susan Barbieri Montgomery (Attorney of record)

SUSAN BARBIERI MONTGOMERY
FOLEY HOAG LLP
WORLD TRADE CENTER WEST
155 SEAPORT BOULEVARD
BOSTON, MA 02210-2600
**Phone Number:** (617) 832-1000
**Fax Number:** (617) 832-7000



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | KATE LORD |
| **Goods and Services** | IC 025. US 022 039. G & S: Wearing apparel, namely, pants, shirts, jackets, vests, tops, sweaters, scarves, [ footwear, ] and rain jackets. FIRST USE: 20030100. FIRST USE IN COMMERCE: 20030200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78088400 |
| **Filing Date** | October 15, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 10, 2002 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2925694 |
| **Registration Date** | February 8, 2005 |
| **Owner** | (REGISTRANT) Ahead Headgear, Inc. CORPORATION MASSACHUSETTS 270 Samuel Barnet Blvd. New Bedford MASSACHUSETTS 02745 |
| | (LAST LISTED OWNER) AHEAD, INC. CORPORATION MASSACHUSETTS 270 SAMUEL BARNET BOULEVARD NEW BEDFORD MASSACHUSETTS 02745 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan Barbieri Montgomery |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Other Data** | "KATE LORD" IS A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:03:33 ET

Serial Number: 78088400 Assignment Information

Registration Number: 2925694

Mark (words only): KATE LORD

Standard Character claim: No

Current Status: Registered.

Date of Status: 2005-02-08

Filing Date: 2001-10-15

Transformed into a National Application: No

Registration Date: 2005-02-08

Register: Principal

Law Office Assigned: LAW OFFICE 112

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 833 -Post Registration

Date In Location: 2005-08-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. AHEAD, INC.

Address:
AHEAD, INC.
270 SAMUEL BARNET BOULEVARD
NEW BEDFORD, MA 02745
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Massachusetts

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

Wearing apparel, namely, pants, shirts, jackets, vests, tops, sweaters, scarves, and rain jackets
Basis: 1(a)
First Use Date: 2003-01-00
First Use in Commerce Date: 2003-02-00

## ADDITIONAL INFORMATION

Name Portrait Consent: "KATE LORD" IS A LIVING INDIVIDUAL WHOSE CONSENT IS OF
RECORD.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-10-05 - FAX SENT

2005-06-17 - Section 7 correction issued

2005-02-25 - Section 7 amendment filed

2005-02-25 - PAPER RECEIVED

2005-02-08 - Registered - Principal Register

2004-12-14 - Law Office Registration Review Completed

2004-12-14 - Assigned To LIE

2004-11-29 - Allowed for Registration - Principal Register (SOU accepted)

2004-11-24 - Statement of use processing complete

2004-10-29 - Amendment to Use filed

2004-07-01 - Extension 3 granted

2004-05-28 - Extension 3 filed

2004-10-29 - PAPER RECEIVED

2004-05-28 - Case File In TICRS

2004-05-20 - PAPER RECEIVED

2004-01-28 - Divisional processing completed

2003-12-04 - Divisional request received

2004-01-28 - Extension 2 granted

2003-12-02 - Extension 2 filed

2003-12-04 - PAPER RECEIVED

2003-06-22 - Extension 1 granted

2003-05-27 - Extension 1 filed

2003-05-29 - PAPER RECEIVED

2002-12-03 - Notice of allowance - mailed

2002-09-10 - Published for opposition

2002-08-21 - Notice of publication

2002-06-26 - Approved for Pub - Principal Register (Initial exam)

2002-03-11 - Communication received from applicant

2002-03-11 - PAPER RECEIVED

2002-01-14 - Non-final action mailed

2002-01-04 - Assigned To Examiner

2001-11-19 - Applicant amendment prior to exam entered

2001-11-19 - Communication received from applicant

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Susan Barbieri Montgomery (Attorney of record)

SUSAN BARBIERI MONTGOMERY
FOLEY HOAG LLP
WORLD TRADE CENTER WEST
155 SEAPORT BOULEVARD
BOSTON, MA 02210-2600
**Phone Number:** (617) 832-1000
**Fax Number:** (617) 832-7000



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | KATE O'CONNOR |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, sweaters, leg warmers, ponchos, socks, shrugs, shawls, stockings, scarfs, pants, skirts, shirts, sashes, head scarfs, dresses, tunics, gowns, jumpsuits, jackets, hats gloves, mittens, belts, rope belts and robes. FIRST USE: 20010831. FIRST USE IN COMMERCE: 20010831 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76524281 |
| **Filing Date** | June 13, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 5, 2004 |
| **Registration Number** | 2914228 |
| **Registration Date** | December 28, 2004 |
| **Owner** | (REGISTRANT) O'Connor, Kate INDIVIDUAL UNITED STATES 1104 S. La Cienega Blvd. Los Angeles CALIFORNIA 90035 |
| **Attorney of Record** | Gregg Reed |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP |

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 16:03:53 ET**

**Serial Number:** 76524281 Assignment Information

**Registration Number:** 2914228

**Mark (words only): KATE O'CONNOR**

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-12-28

**Filing Date:** 2003-06-13

**Transformed into a National Application:** No

**Registration Date:** 2004-12-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2004-12-28

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. O'Connor, Kate

**Address:**
O'Connor, Kate
1104 S. La Cienega Blvd.
Los Angeles, CA 90035
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

Clothing, namely, sweaters, leg warmers, ponchos, socks, shrugs, shawls, stockings, scarfs, pants, skirts, shirts, sashes, head scarfs, dresses, tunics, gowns, jumpsuits, jackets, hats gloves, mittens, belts, rope belts and robes
**Basis:** 1(a)
**First Use Date:** 2001-08-31
**First Use in Commerce Date:** 2001-08-31

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-12-28 - Registered - Principal Register

2004-10-05 - Published for opposition

2004-09-15 - Notice of publication

2004-08-07 - Law Office Publication Review Completed

2004-08-07 - Assigned To LIE

2004-07-24 - Approved for Pub - Principal Register (Initial exam)

2004-06-29 - Amendment From Applicant Entered

2004-06-29 - Communication received from applicant

2004-07-02 - PAPER RECEIVED

2003-12-30 - Non-final action mailed

2003-12-29 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Gregg Reed (Attorney of record)

GREGG REED
PROSKAUER ROSE LLP
TRADEMARK FILE ROOM (18-106)
1585 BROADWAY

NEW YORK, NY 10036-8299
**Phone Number:** (212) 969-3938
**Fax Number:** 212.969.2900

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | KATE HILL |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, jackets, dresses, pants, skirts, shirts and shorts. FIRST USE: 20010200. FIRST USE IN COMMERCE: 20010200. |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76074857 |
| **Filing Date** | June 21, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 6, 2001 |
| **Registration Number** | 2521282 |
| **Registration Date** | December 18, 2001 |
| **Owner** | (REGISTRANT) May Department Stores Company, The CORPORATION NEW YORK 611 Olive Street, Suite 1750 St. Louis MISSOURI 63101 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Sarah J. Westover |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The mark "KATE HILL" is a fanciful name and not the name of any individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:04:15 ET

Serial Number: 76074857 <u>Assignment Information</u>

Registration Number: 2521282

Mark (words only): KATE HILL

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-12-18

Filing Date: 2000-06-21

Transformed into a National Application: No

Registration Date: 2001-12-18

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-01-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. May Department Stores Company, The

**Address:**
May Department Stores Company, The
611 Olive Street, Suite 1750
St. Louis, MO 63101
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

---

## GOODS AND/OR SERVICES

---

International Class: 025
Class Status: Active

Clothing, namely, jackets, dresses, pants, skirts, shirts and shorts
Basis: 1(a)
First Use Date: 2001-02-00
First Use in Commerce Date: 2001-02-00

## ADDITIONAL INFORMATION

Name Portrait Consent: The mark "KATE HILL" is a fanciful name and not the name of any individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2001-12-18 - Registered.- Principal Register

2001-06-28 - Allowed for Registration - Principal Register (SOU accepted)

2001-06-15 - Statement of use processing complete

2001-06-15 - Extension 1 granted

2001-06-08 - Amendment to Use filed

2001-06-08 - Extension 1 filed

2001-05-29 - Notice of allowance - mailed

2001-03-06 - Published for opposition

2001-02-21 - Notice of publication

2000-12-22 - Approved for Pub - Principal Register (Initial exam)

2000-12-19 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

Correspondent
Sarah J. Westover (Attorney of record)

SARAH J WESTOVER
THE MAY DEPARTMENT STORES COMPANY
611 OLIVE ST STE 1750
SAINT LOUIS MO 63101-1721