# EXHIBIT A

Continued

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | KELLY AND DIANE |
| **Goods and Services** | IC 025. US 022 039. G & S: Women's apparel, namely, Dresses, pants suits, skirt suits, two piece dresses, pants, three piece pant suits. FIRST USE: 20000330. FIRST USE IN COMMERCE: 20000330 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75762364 |
| **Filing Date** | August 2, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 18, 2000 |
| **Registration Number** | 2398751 |
| **Registration Date** | October 24, 2000 |
| **Owner** | (REGISTRANT) MAGGY LONDON INTERNATIONAL, LTD. CORPORATION NEW YORK 530 SEVENTH AVENUE NEW YORK NEW YORK 10018 |
| **Attorney of Record** | Sheldon Silverberg |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:14:53 ET

Serial Number: 75762364 Assignment Information

Registration Number: 2398751

Mark (words only): KELLY AND DIANE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-10-24

Filing Date: 1999-08-02

Transformed into a National Application: No

Registration Date: 2000-10-24

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: L8D -TMEG Law Office 108 - Docket Clerk

Date In Location: 2006-02-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MAGGY LONDON INTERNATIONAL, LTD.

Address:
MAGGY LONDON INTERNATIONAL, LTD.
530 SEVENTH AVENUE
NEW YORK, NY 10018
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

Women's apparel, namely, Dresses, pants suits, skirt suits, two piece dresses, pants, three piece pant suits
Basis: 1(a)
First Use Date: 2000-03-30
First Use in Commerce Date: 2000-03-30

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-01-30 - Case File In TICRS

2000-10-24 - Registered - Principal Register

2000-08-21 - Allowed for Registration - Principal Register (SOU accepted)

2000-08-18 - Examiners Amendment -Written

2000-08-17 - Previous allowance count withdrawn

2000-08-10 - Allowed for Registration - Principal Register (SOU accepted)

2000-08-10 - Assigned To Examiner

2000-08-01 - Statement of use processing complete

2000-05-19 - Amendment to Use filed

2000-04-11 - Notice of allowance - mailed

2000-01-18 - Published for opposition

1999-12-17 - Notice of publication

1999-11-19 - Approved for Pub - Principal Register (Initial exam)

1999-11-17 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Sheldon Silverberg (Attorney of record)

SHELDON SILVERBERG
SILVERBERG STONEHILL & GOLDSMITH P C
111 WEST 40TH STREET
NEW YORK NEW YORK 10018

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*

*Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DIANE'S ESSENTIALS |
| **Goods and Services** | IC 025. US 022 039. G & S: WOMEN'S WEARING APPAREL, NAMELY, BLOUSES, SHIRTS, SKIRTS, PANTS, SWEATERS, CARDIGANS, BLAZERS, JACKETS, COATS, SUITS, BODYSUITS, DRESSES, NIGHTWEAR, LINGERIE, BATHING SUITS, SCARVES, SHAWLS, GLOVES, BELTS; HEADWEAR, NAMELY, HATS, CAPS AND BERETS; FOOTWEAR, NAMELY, SHOES, BOOTS, SANDALS, THONGS, AND ESPADRILLES. FIRST USE: 19990210. FIRST USE IN COMMERCE: 19990210 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75692145 |
| **Filing Date** | April 27, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 4, 2000 |
| **Registration Number** | 2389485 |
| **Registration Date** | September 26, 2000 |
| **Owner** | (REGISTRANT) GMR Fashion Inc. CORPORATION NEW YORK 1441 Broadway, Suite 2308 New York NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Felicia G. Traub |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

**Indicator**    LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:15:18 ET

Serial Number: 75692145 Assignment Information

Registration Number: 2389485

Mark (words only): DIANE'S ESSENTIALS

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-09-26

Filing Date: 1999-04-27

Transformed into a National Application: No

Registration Date: 2000-09-26

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: L8D -TMEG Law Office 108 - Docket Clerk

Date In Location: 2006-02-10

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GMR Fashion Inc.

**Address:**
GMR Fashion Inc.
1441 Broadway, Suite 2308
New York, NY 10018
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

WOMEN'S WEARING APPAREL, NAMELY, BLOUSES, SHIRTS, SKIRTS, PANTS, SWEATERS, CARDIGANS, BLAZERS, JACKETS, COATS, SUITS, BODYSUITS, DRESSES, NIGHTWEAR, LINGERIE, BATHING SUITS, SCARVES, SHAWLS, GLOVES, BELTS; HEADWEAR, NAMELY, HATS, CAPS AND BERETS; FOOTWEAR, NAMELY, SHOES, BOOTS, SANDALS, THONGS, AND ESPADRILLES
Basis: 1(a)
First Use Date: 1999-02-10
First Use in Commerce Date: 1999-02-10

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2006-02-10 - Case File In TICRS

2002-09-09 - PAPER RECEIVED

2000-09-26 - Registered - Principal Register

2000-07-04 - Published for opposition

2000-06-02 - Notice of publication

2000-04-18 - Approved for Pub - Principal Register (Initial exam)

2000-03-15 - Communication received from applicant

1999-09-16 - Non-final action mailed

1999-09-15 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
Felicia G. Traub (Attorney of record)

FELICIA G. TRAUB
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036-6799



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| Word Mark | DIANE PETERSON |
| Goods and Services | IC 025. US 022 039. G & S: Women's apparel, namely, skirts, blouses, sweaters, pants, shorts, T-shirts, dresses, jackets, coats, vests and robes. FIRST USE: 19981200. FIRST USE IN COMMERCE: 19981200 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Design Search Code | |
| Serial Number | 75529568 |
| Filing Date | August 3, 1998 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | June 8, 1999 |
| Registration Number | 2371620 |
| Registration Date | July 25, 2000 |
| Owner | (REGISTRANT) Winston Apparel Co., Ltd. CORPORATION NEW YORK 520 Eighth Avenue New York NEW YORK 10018 |
| Attorney of Record | MARTIN W SCHIFFMILLER |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Other Data | The name "DIANE PETERSON" does not identify any particular living individual. |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Latest Status Info

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:15:39 ET

Serial Number: 75529568 <u>Assignment Information</u>

Registration Number: 2371620

Mark (words only): DIANE PETERSON

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-07-25

Filing Date: 1998-08-03

Transformed into a National Application: No

Registration Date: 2000-07-25

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 40S -Scanning On Demand

Date In Location: 2006-03-02

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Winston Apparel Co., Ltd.

Address:
Winston Apparel Co., Ltd.
520 Eighth Avenue
New York, NY 10018
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

Women's apparel, namely, skirts, blouses, sweaters, pants, shorts, T-shirts, dresses, jackets, coats, vests and robes
Basis: 1(a)
First Use Date: 1998-12-00
First Use in Commerce Date: 1998-12-00

## ADDITIONAL INFORMATION

Name Portrait Consent: The name "DIANE PETERSON" does not identify any particular living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-03-02 - Case File In TICRS

2000-07-25 - Registered - Principal Register

2000-05-17 - Allowed for Registration - Principal Register (SOU accepted)

2000-05-12 - Assigned To Examiner

2000-02-29 - Statement of use processing complete

2000-02-29 - Amendment to Use filed

1999-08-31 - Notice of allowance - mailed

1999-06-08 - Published for opposition

1999-05-07 - Notice of publication

1999-02-11 - Approved for Pub - Principal Register (Initial exam)

1999-02-11 - Assigned To Examiner

1999-02-09 - Examiner's amendment mailed

1999-02-08 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

Correspondent
MARTIN W SCHIFFMILLER (Attorney of record)

MARTIN W SCHIFFMILLER
KIRSCHSTEIN OTTINGER ISRAEL ET AL
489 5TH AVE
NEW YORK NY 10017-6105

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DIANE DALIS |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing and textile articles, namely, swimwear, bathrobes, caps, jerseys, socks, shirts, short-sleeved shirts, suits, sport jackets, tunics, underwear, scarves, dresses, kerchiefs, ties, vests, raincoats, bras, skirts, coats, pants, pull-overs, pajamas, robes, slips, blouses, sweaters, tee-shirts, shorts, sweat-shirts, sweat-pants and jackets |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75326039 |
| **Filing Date** | July 17, 1997 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Published for Opposition** | August 17, 1999 |
| **Registration Number** | 2290791 |
| **Registration Date** | November 9, 1999 |
| **Owner** | (REGISTRANT) COMPAGNIE DES VOSGES BUSINESS ORGANIZATION FRANCE Centre d'Activites de Sainte-Marguerite 88100 Saint-Die FRANCE |
| **Attorney of Record** | GARY M COHEN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "DIANE DALIS" is a purely fanciful name and not that of a living individual. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the <u>TARR web server</u>.

This page was generated by the TARR system on 2006-07-26 16:16:03 ET

Serial Number: 75326039 <u>Assignment Information</u>

Registration Number: 2290791

Mark (words only): DIANE DALIS

Standard Character claim: No

Current Status: Registered.

Date of Status: 1999-11-09

Filing Date: 1997-07-17

Transformed into a National Application: No

Registration Date: 1999-11-09

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 650 -Publication And Issue Section

Date In Location: 1999-11-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. COMPAGNIE DES VOSGES

Address:
COMPAGNIE DES VOSGES
Centre d'Activites de Sainte-Marguerite
88100 Saint-Die
France
Legal Entity Type: BUSINESS ORGANIZATION
State or Country Where Organized: France

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

clothing and textile articles, namely, swimwear, bathrobes, caps, jerseys, socks, shirts, short-sleeved shirts, suits, sport jackets, tunics, underwear, scarves, dresses, kerchiefs, ties, vests, raincoats, bras, skirts, coats, pants, pull-overs, pajamas, robes, slips, blouses, sweaters, tee-shirts, shorts, sweat-shirts, sweat-pants and jackets

**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "DIANE DALIS" is a purely fanciful name and not that of a living individual.

**Foreign Registration Number:** 1618883
**Foreign Registration Date:** 1989-11-27
**Country:** France
**Foreign Expiration Date:** 1999-11-27

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1999-11-09 - Registered - Principal Register

1999-08-17 - Published for opposition

1999-07-16 - Notice of publication

1999-05-06 - Approved for Pub - Principal Register (Initial exam)

1999-04-28 - Examiner's amendment mailed

1998-12-21 - Non-final action mailed

1998-12-21 - Previous allowance count withdrawn

1998-11-10 - Published for opposition

1998-10-09 - Notice of publication

1998-08-18 - Approved for Pub - Principal Register (Initial exam)

1998-07-30 - Communication received from applicant

1998-04-15 - Non-final action mailed

1998-04-10 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
GARY M COHEN (Attorney of record)

GARY M COHEN
STRAFFORD BLDG NUMBER 3
125 STRAFFORD AVE STE 300
WAYNE PA 19087-3318


**Domestic Representative**
Gary M. Cohen

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | MAX AND DIANE |
| **Goods and Services** | IC 025. US 039. G & S: WEARING APPAREL, NAMELY, TOPS, BOTTOMS, DRESSES, AND SWEATERS. FIRST USE: 19850500. FIRST USE IN COMMERCE: 19850500 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73647239 |
| **Filing Date** | March 2, 1987 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 23, 1987 |
| **Registration Number** | 1457584 |
| **Registration Date** | September 15, 1987 |
| **Owner** | (REGISTRANT) TRANS FASHION INDUSTRIES, INC. CORPORATION NEW YORK 500 SEVENTH AVENUE NEW YORK NEW YORK 10018 |
| **Attorney of Record** | ALAN H. LEVINE |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:16:27 ET

Serial Number: 73647239 Assignment Information

Registration Number: 1457584

Mark (words only): MAX AND DIANE

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1993-04-15

Filing Date: 1987-03-02

Transformed into a National Application: No

Registration Date: 1987-09-15

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact
the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1993-04-29

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TRANS FASHION INDUSTRIES, INC.

Address:
TRANS FASHION INDUSTRIES, INC.
500 SEVENTH AVENUE
NEW YORK, NY 10018
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

WEARING APPAREL, NAMELY, TOPS, BOTTOMS, DRESSES, AND SWEATERS
Basis: 1(a)
First Use Date: 1985-05-00
First Use in Commerce Date: 1985-05-00

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

1993-04-15 - Section 8 (6-year) accepted & Section 15 acknowledged

1993-01-13 - Section 8 (6-year) and Section 15 Filed

1987-09-15 - Registered - Principal Register

1987-06-23 - Published for opposition

1987-06-23 - Published for opposition

1987-05-22 - Notice of publication

1987-04-27 - Approved for Pub - Principal Register (Initial exam)

1987-04-15 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
ALAN H. LEVINE (Attorney of record)

ALAN H. LEVINE
FIDDLER, LEVINE & MANDELBAUM
350 FIFTH AVENUE, SUITE 7814
NEW YORK, N.Y. 10118

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DIANE LILLI |
| **Goods and Services** | IC 025. US 039. G & S: BLOUSES, SHIRTS, SKIRTS, DRESSES AND PANTS. FIRST USE: 19850520. FIRST USE IN COMMERCE: 19850520 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73557397 |
| **Filing Date** | September 9, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 8, 1986 |
| **Registration Number** | 1411387 |
| **Registration Date** | September 30, 1986 |
| **Owner** | (REGISTRANT) MISS EILEEN IV, INC. CORPORATION NEW YORK 1410 BROADWAY NEW YORK NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | TAMMI L. BLANK-ECKER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | THE NAME "DIANE LILLI" IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:16:47 ET

Serial Number: 73557397 Assignment Information

Registration Number: 1411387

Mark (words only): DIANE LILLI

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1992-06-16

Filing Date: 1985-09-09

Transformed into a National Application: No

Registration Date: 1986-09-30

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1992-06-23

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MISS EILEEN IV, INC.

Address:
MISS EILEEN IV, INC.
1410 BROADWAY
NEW YORK, NY 10018
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

BLOUSES, SHIRTS, SKIRTS, DRESSES AND PANTS
Basis: 1(a)
First Use Date: 1985-05-20
First Use in Commerce Date: 1985-05-20

## ADDITIONAL INFORMATION

Name Portrait Consent: THE NAME "DIANE LILLI" IS THE NAME OF A LIVING INDIVIDUAL
WHOSE CONSENT IS OF RECORD.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1992-06-16 - Section 8 (6-year) accepted & Section 15 acknowledged

1992-05-26 - Section 8 (6-year) and Section 15 Filed

1992-05-26 - Response received for Post Registration action

1992-03-09 - Post Registration action mailed Section 8 & 15

1991-10-10 - Section 8 (6-year) and Section 15 Filed

1986-09-30 - Registered - Principal Register

1986-07-08 - Published for opposition

1986-06-08 - Notice of publication

1986-05-09 - Approved for Pub - Principal Register (Initial exam)

1986-03-17 - Non-final action mailed

1985-10-22 - Non-final action mailed

## CORRESPONDENCE INFORMATION

Correspondent
TAMMI L. BLANK-ECKER (Attorney of record)

TAMMI L. BLANK-ECKER
BALLON, STOLL & ITZLER
1450 BROADWAY
NEW YORK, NY 10018-2268

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

![Diane Freis signature]

| | |
|---|---|
| **Word Mark** | DIANE FREIS |
| **Goods and Services** | IC 025. US 039. G & S: WOMEN'S DRESSES, WOMEN'S SUITS IN THE FORM OF SKIRTS AND TOPS; AND WOMEN'S PANTS, LINGERIE. FIRST USE: 19781229. FIRST USE IN COMMERCE: 19781229 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 73502742 |
| **Filing Date** | October 9, 1984 |
| **Current Filing Basis** | 1A;44E |
| **Original Filing Basis** | 1A;44E |
| **Published for Opposition** | June 4, 1985 |
| **Registration Number** | 1354293 |
| **Registration Date** | August 13, 1985 |
| **Owner** | (REGISTRANT) DIANE FREIS LIMITED CORPORATION HONG KONG 10TH FLOOR, CHUNG NAM CENTRE, 414 KWUN TONG ROAD KOWLOON HONG KONG |
| | (LAST LISTED OWNER) Diane Freis INDIVIDUAL UNITED STATES 12th Floor, World Interests Building 8 Tsun Yip Lane Kowloon HONG KONG |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | Richard C. Woodbridge |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050615. |
| **Renewal** | 1ST RENEWAL 20050615 |
| **Other Data** | THE NAME "DIANE FREIS" IS THE NAME OF A PARTICULAR LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 16:17:08 ET

Serial Number: 73502742 Assignment Information

Registration Number: 1354293

Mark



(words only): DIANE FREIS

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2005-06-15

Filing Date: 1984-10-09

Transformed into a National Application: No

Registration Date: 1985-08-13

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2005-06-15

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Diane Freis

**Address:**
Diane Freis
12th Floor, World Interests Building 8 Tsun Yip Lane

Kowloon
Hong Kong
Legal Entity Type: Individual
Country of Citizenship: United States

---

## GOODS AND/OR SERVICES

---

International Class: 025
Class Status: Active
WOMEN'S DRESSES, WOMEN'S SUITS IN THE FORM OF SKIRTS AND TOPS; AND WOMEN'S
PANTS, LINGERIE
Basis: 1(a), 44(e)
First Use Date: 1978-12-29
First Use in Commerce Date: 1978-12-29

---

## ADDITIONAL INFORMATION

---

Name Portrait Consent: THE NAME "DIANE FREIS" IS THE NAME OF A PARTICULAR
LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

Foreign Registration Number: 522
Foreign Registration Date: 1980-10-10
Country: Hong Kong
Foreign Expiration Date: 1987-10-10

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2005-06-15 - First renewal 10 year

2005-06-15 - Section 8 (10-year) accepted/ Section 9 granted

2005-06-15 - Assigned To Paralegal

2005-04-14 - Combined Section 8 (10-year)/Section 9 filed

2005-04-14 - TEAS Section 8 & 9 Received

1991-11-22 - Post Registration action mailed Section 8 & 15

1991-06-21 - Section 8 (6-year) and Section 15 Filed

1991-05-06 - Section 8 (6-year) accepted & Section 15 acknowledged

1991-01-17 - Section 8 (6-year) and Section 15 Filed

1985-08-13 - Registered - Principal Register

1985-06-04 - Published for opposition

1985-05-03 - Notice of publication

1985-03-22 – Approved for Pub - Principal Register (Initial exam)

1985-02-03 - Communication received from applicant

1985-01-16 - Non-final action mailed

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Richard C. Woodbridge (Attorney of record)

Richard C. Woodbridge
Synnestvedt Lechner & Woodbridge LLP
P.O. Box 592
Princeton NJ 08542-0592

**Domestic Representative**
LADAS & PARRY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# gio moretti

| | |
|---|---|
| **Word Mark** | GIO MORETTI |
| **Goods and Services** | (CANCELLED) IC 003. US 051. G & S: [ PERFUME AND COLOGNE ] |
| | IC 025. US 039. G & S: CLOTHING, NAMELY FOOTWEAR, GLOVES, DRESSES, HATS, SHIRTS AND PANTS |
| | IC 018. US 003. G & S: HANDBAGS |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 73576309 |
| **Filing Date** | January 6, 1986 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Published for Opposition** | September 1, 1987 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1466096 |
| **Registration Date** | November 24, 1987 |
| **Owner** | (REGISTRANT) BRONX S.R.L. CORPORATION ITALY VIA DELLA SPIGA 9 MILANO ITALY |
| **Attorney of Record** | MARVIN C. SOFFEN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | PARTIAL SECT 8 (6-YR). |

**Live/Dead Indicator     LIVE**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Latest Status Info

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:26:02 ET

Serial Number: 73576309 Assignment Information

Registration Number: 1466096

Mark

# gio moretti

(words only): GIO MORETTI

Standard Character claim: No

Current Status: A partial Section 8 affidavit has been accepted.

Date of Status: 1994-03-06

Filing Date: 1986-01-06

Transformed into a National Application: No

Registration Date: 1987-11-24

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1994-03-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. BRONX S.R.L.

Address:
BRONX S.R.L.
VIA DELLA SPIGA 9

MILANO
Italy
Legal Entity Type: Corporation
State or Country of Incorporation: Italy

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Section 8 - Cancelled
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
HANDBAGS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
CLOTHING, NAMELY FOOTWEAR, GLOVES, DRESSES, HATS, SHIRTS AND PANTS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Registration Number:** 326611
**Foreign Registration Date:** 1981-05-26
**Country:** Italy
**Foreign Expiration Date:** 2000-12-22

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1994-03-06 - Partial Section 8 (6-year) accepted

1993-10-29 - Section 8 (6-year) filed

1987-11-24 - Registered - Principal Register

1987-09-01 - Published for opposition

1987-07-31 - Notice of publication

1987-07-09 - Approved for Pub - Principal Register (Initial exam)

1986-12-18 - Final refusal mailed

1986-09-30 - Communication received from applicant

1986-03-28 - Non-final action mailed

1986-03-17 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
MARVIN C. SOFFEN (Attorney of record)

MARVIN C. SOFFEN
OSTROLENK, FABER, GERB & SOFFEN
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8403

**Domestic Representative**
OSTROLENK, FABER, GERB & SOFFEN

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ]

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[ TARR Status ] [ ASSIGN Status ] [ TDR ] [ TTAB Status ] ( *Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GIO CELLINI |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: ANIMAL SKINS AND LEATHER GOODS NAMELY HIDES, TRUNKS, SHOULDER BAGS, TRAVELING BAGS, HANDBAGS, POCKET- WALLETS, PURSES, KNAPSACKS, BRIEFCASES, DOCUMENT CASES, KEY CASES, SUIT CASES, SLIPPER CASES, TIE CASES, UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS, HARNESS STRAPS AND SADDLERY. FIRST USE: 19800100. FIRST USE IN COMMERCE: 19981100<br><br>IC 025. US 022 039. G & S: SHOES, BOOTS, SLIPPERS AND SANDALS. FIRST USE: 19800100. FIRST USE IN COMMERCE: 19981100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75618646 |
| **Filing Date** | January 7, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 11, 2001 |
| **Registration Number** | 2543722 |
| **Registration Date** | March 5, 2002 |
| **Owner** | (REGISTRANT) DI MAURO Srl CORPORATION ITALY Via Padova, 286 20132 MILANO ITALY |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JANE F. COLLEN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

| Other Data | The name in the application does not identify a living individual. |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:26:21 ET

Serial Number: 75618646 Assignment Information

Registration Number: 2543722

Mark (words only): GIO CELLINI

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-03-05

Filing Date: 1999-01-07

Transformed into a National Application: No

Registration Date: 2002-03-05

Register: Principal

Law Office Assigned: LAW OFFICE 107

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-03-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. DI MAURO Srl

Address:
DI MAURO Srl
Via Padova, 286
20132 MILANO
Italy
Legal Entity Type: Corporation
State or Country of Incorporation: Italy

---

## GOODS AND/OR SERVICES

International Class: 018
Class Status: Active

ANIMAL SKINS AND LEATHER GOODS NAMELY HIDES, TRUNKS, SHOULDER BAGS, TRAVELING BAGS, HANDBAGS, POCKET- WALLETS, PURSES, KNAPSACKS, BRIEFCASES, DOCUMENT CASES, KEY CASES, SUIT CASES, SLIPPER CASES, TIE CASES, UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS, HARNESS STRAPS AND SADDLERY

Basis: 1(a)
First Use Date: 1980-01-00
First Use in Commerce Date: 1998-11-00

International Class: 025
Class Status: Active
SHOES, BOOTS, SLIPPERS AND SANDALS
Basis: 1(a)
First Use Date: 1980-01-00
First Use in Commerce Date: 1998-11-00

## ADDITIONAL INFORMATION

Name Portrait Consent: The name in the application does not identify a living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-03-05 - Registered - Principal Register

2001-12-11 - Published for opposition

2001-11-21 - Notice of publication

2001-08-06 - Approved for Pub - Principal Register (Initial exam)

2001-08-02 - Jurisdiction Restored To Examining Attorney

2001-04-03 - Continuation of final refusal mailed

2001-03-06 - Jurisdiction Restored To Examining Attorney

2001-03-06 - Ex parte appeal - Instituted

2000-05-30 - Final refusal mailed

2000-03-28 - Communication received from applicant

1999-09-29 - Non-final action mailed

1999-07-23 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
JANE F. COLLEN (Attorney of record)

JANE F. COLLEN
COLLEN LAW ASSOCIATES, P.C.
THE HOLYOKE-MANHATTAN BUILDING
80 SOUTH HIGHLAND AVENUE
OSSINING, NY 10562

**Domestic Representative**
COLLEN LAW ASSOCIATES, P.C.

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | GIO' |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: perfumes, toilet water, personal and body deodorants, essential oils for personal use, body lotions, shower gel, bubble bath, hair shampoos, hair sprays, hair lotions, bath oils, bath pearls, skin soaps, aftershave lotions, cosmetic pencils, foundation make-up, face powders, talcum powder, rouges, lipsticks, mascaras, skin cleansing creams, skin cleansing lotions, sun screen preparation, nail polish remover, face creams, body creams, hand creams, dentifrices, bath gels, non-medicated salts for the bath and shower, and toilet soaps |
| | IC 025. US 022 039. G & S: pullovers, gloves, cardigans, jerseys, ties, neckerchiefs, sweaters, socks, stockings, tights, trousers, leggings, skirts, jackets, jerkins, shirts, vests, waistcoats, jumpers, track suits, blouses, blousons, jeans, sweat-shirts, sweat pants, gym suits, knickers, pants, shorts, T-shirts, suits and dresses, overcoats, coats, anoraks, raincoats, belts, suspenders, brassieres, corsets, singlets, petticoats, swimming suits, pajamas, nightgowns, dressing gowns, shoes, boots, sandals, slippers, hats and caps, bathrobes, polo shirts, sport shirts |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75226001 |
| **Filing Date** | January 15, 1997 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | June 9, 1998 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2185424 |
| **Registration Date** | September 1, 1998 |
| **Owner** | (REGISTRANT) GA MODEFINE S.A. CORPORATION SWITZERLAND AVENUE DE FRANCE, 90 |

LAUSANNE SWITZERLAND

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | HERBERT DUBNO |
| **Priority Date** | July 18, 1996 |
| **Prior Registrations** | 1682569 |
| **Description of Mark** | The mark is presented without any claim as to special form. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:26:44 ET

Serial Number: 75226001 Assignment Information

Registration Number: 2185424

Mark (words only): GIO'

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2004-12-17

Filing Date: 1997-01-15

Transformed into a National Application: No

Registration Date: 1998-09-01

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 834 -Post Registration

Date In Location: 2004-12-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GA MODEFINE S.A.

**Address:**
GA MODEFINE S.A.
AVENUE DE FRANCE, 90
LAUSANNE
Switzerland
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Switzerland

---

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active

perfumes, toilet water, personal and body deodorants, essential oils for personal use, body lotions, shower gel, bubble bath, hair shampoos, hair sprays, hair lotions, bath oils, bath pearls, skin soaps, aftershave lotions, cosmetic pencils, foundation make-up, face powders, talcum powder, rouges, lipsticks, mascaras, skin cleansing creams, skin cleansing lotions, sun screen preparation, nail polish remover, face creams, body creams, hand creams, dentifrices, bath gels, non-medicated salts for the bath and shower, and toilet soaps
**Basis: 44(e)**
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class: 025**
**Class Status: Active**
pullovers, gloves, cardigans, jerseys, ties, neckerchiefs, sweaters, socks, stockings, tights, trousers, leggings, skirts, jackets, jerkins, shirts, vests, waistcoats, jumpers, track suits, blouses, blousons, jeans, sweat-shirts, sweat pants, gym suits, knickers, pants, shorts, T-shirts, suits and dresses, overcoats, coats, anoraks, raincoats, belts, suspenders, brassieres, corsets, singlets, petticoats, swimming suits, pajamas, nightgowns, dressing gowns, shoes, boots, sandals, slippers, hats and caps, bathrobes, polo shirts, sport shirts
**Basis: 44(e)**
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Description of Mark:** The mark is presented without any claim as to special form.

**Prior Registration Number(s):**
1682569

**Foreign Application Number:** 05372/1996
**Foreign Registration Number:** 435048
**Foreign Registration Date:** 1997-01-14
**Country:** Switzerland
**Foreign Filing Date:** 1996-07-18
**Foreign Expiration Date:** 2006-07-18

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-12-17 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-09-22 - Section 8 (6-year) and Section 15 Filed

2004-09-22 - TEAS Section 8 & 15 Received

1999-09-18 - Section 7 correction issued

1999-05-05 - Request for new certificate filed

1998-09-01 - Registered - Principal Register

1998-06-09 - Published for opposition

1998-05-08 - Notice of publication

1998-04-02 - Approved for Pub - Principal Register (Initial exam)

1998-03-24 - Examiner's amendment mailed

1998-03-04 - Examiner's amendment mailed

1998-01-27 - Communication received from applicant

1997-09-02 - Non-final action mailed

1997-08-09 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
HERBERT DUBNO (Attorney of record)

HERBERT DUBNO
THE FIRM OF KARL F ROSS PC
PO BOX 900
RIVERDALE (BRONX) NY 10471-0900

**Domestic Representative**
The Firm of Karl F. Ross, P.C.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | GIO BRASSERO |
| **Goods and Services** | IC 025. US 039. G & S: MEN'S SUITS, SPORT COATS, JACKETS, NECKTIES, WOVEN SPORTSHIRTS, KNITTED SHIRTS AND SWEATERS. FIRST USE: 19871200. FIRST USE IN COMMERCE: 19871200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73821476 |
| **Filing Date** | August 25, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 23, 1990 |
| **Registration Number** | 1592116 |
| **Registration Date** | April 17, 1990 |
| **Owner** | (REGISTRANT) S&K FAMOUS BRANDS, INC. CORPORATION VIRGINIA 11100 WEST BROAD STREET GLEN ALLEN VIRGINIA 23060 |
| **Attorney of Record** | PAMELA C. GAVIN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20001209. |
| **Renewal** | 1ST RENEWAL 20001209 |
| **Other Data** | "GIO BRASSERO" DOES NOT IDENTIFY ANY PARTICULAR LIVING INDIVIDUAL. |
| **Live/Dead Indicator** | LIVE |

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2006-07-26 16:27:07 ET**

**Serial Number:** 73821476 <u>Assignment Information</u>

**Registration Number:** 1592116

**Mark (words only):** GIO BRASSERO

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2000-12-09

**Filing Date:** 1989-08-25

**Transformed into a National Application:** No

**Registration Date:** 1990-04-17

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-07-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. S&K FAMOUS BRANDS, INC.

**Address:**
S&K FAMOUS BRANDS, INC.
11100 WEST BROAD STREET
GLEN ALLEN, VA 23060
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

MEN'S SUITS, SPORT COATS, JACKETS, NECKTIES, WOVEN SPORTSHIRTS, KNITTED
SHIRTS AND SWEATERS
Basis: 1(a)
First Use Date: 1987-12-00
First Use in Commerce Date: 1987-12-00

## ADDITIONAL INFORMATION

Name Portrait Consent: "GIO BRASSERO" DOES NOT IDENTIFY ANY PARTICULAR LIVING
INDIVIDUAL.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2001-06-12 - Response received for Post Registration action

2000-12-14 - Post Registration action mailed - Section 7

2000-04-14 - Section 7 amendment filed

2000-12-09 - First renewal 10 year

2000-12-09 - Section 8 (10-year) accepted/ Section 9 granted

2000-04-14 - Combined Section 8 (10-year)/Section 9 filed

1995-12-29 - Section 8 (6-year) accepted & Section 15 acknowledged

1995-05-10 - Section 8 (6-year) and Section 15 Filed

1990-04-17 - Registered - Principal Register

1990-01-23 - Published for opposition

1989-12-23 - Notice of publication

1989-11-03 - Approved for Pub - Principal Register (Initial exam)

1989-11-01 - Examiner's amendment mailed

1989-10-12 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**

PAMELA C. GAVIN (Attorney of record)

PAMELA C. GAVIN
MCGUIRE, WOODS, BATTLE & BOOTHE LLP
ONE JAMES CENTER
901 EAST CARY STREET
ROCHMOND, VIRGINIA 23219-4030

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## GIO MONACO

| | |
|---|---|
| **Word Mark** | GIO MONACO |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: watches. FIRST USE: 20020205. FIRST USE IN COMMERCE: 20020423 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.11.01 - Crowns closed at the top |
| **Serial Number** | 76416630 |
| **Filing Date** | May 31, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 12, 2003 |
| **Registration Number** | 2829240 |
| **Registration Date** | April 6, 2004 |
| **Owner** | (REGISTRANT) ASCIONE, Pietro INDIVIDUAL ITALY 9, Via Costa Vecchia Loc. Tuori, I-52040 CIVITELLA IN VAL DI CHIANA AREZZO ITALY |
| **Attorney of Record** | ROBERT J. PATCH |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 16:27:26 ET

Serial Number: 76416630 <u>Assignment Information</u>

Registration Number: 2829240

Mark



(words only): GIO MONACO

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-04-06

**Filing Date:** 2002-05-31

**Transformed into a National Application:** No

**Registration Date:** 2004-04-06

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-04-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ASCIONE, Pietro

**Address:**
ASCIONE, Pietro
9, Via Costa Vecchia Loc. Tuori, I-52040 CIVITELLA IN VAL DICHIANA

AREZZO
Italy
**Legal Entity Type:** Individual
**Country of Citizenship:** Italy

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
watches
**Basis:** 1(a)
**First Use Date:** 2002-02-05
**First Use in Commerce Date:** 2002-04-23

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**24.11.01** - Crowns closed at the top

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-04-06 - Registered - Principal Register

2003-09-24 - Extension Of Time To Oppose Received

2003-08-12 - Published for opposition

2003-07-23 - Notice of publication

2003-06-09 - Approved for Pub - Principal Register (Initial exam)

2003-04-11 - Communication received from applicant

2003-04-11 - PAPER RECEIVED

2002-10-11 - Non-final action mailed

2002-09-20 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
ROBERT J. PATCH (Attorney of record)

ROBERT J. PATCH
C/O YOUNG & THOMPSON
745 SOUTH 23RD STREET
ARLINGTON, VA 22202


**Domestic Representative**
Robert J. Patch



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# RALPH CHRISTIAN

| | |
|---|---|
| **Word Mark** | RALPH CHRISTIAN |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Watches, wrist watches; jewelry watches; mechanical and automatic watches; watch bands; watch straps; watch boxes; watch bracelets; watch cases; watch chains; watch clasps; watch crowns; watch faces; watch pouches; watch straps; watch winders; watch winding buttons; watches containing a game function; watches for outdoor use. FIRST USE: 20050101. FIRST USE IN COMMERCE: 20050111 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78530580 |
| **Filing Date** | December 10, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 11, 2005 |
| **Registration Number** | 3108078 |
| **Registration Date** | June 20, 2006 |
| **Owner** | (REGISTRANT) Timepieces International Inc. CORPORATION UNITED KINGDOM Ground Floor, Kingmaker House Station Road New Barnet, Herts GREAT BRITAIN EN5 1NT |

| | |
|---|---|
| **Attorney of Record** | R. Kent Roberts |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name RALPH CHRISTIAN does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

**|.HOME | SITE INDEX| SEARCH | ⚫BUSINESS | HELP | PRIVACY POLICY**

Case 1:02-cv-03219-LTS-DCF   Document 174-10   Filed 04/11/2008   Page 55 of 57

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 16:27:52 ET**

**Serial Number: 78530580 Assignment Information**

**Registration Number: 3108078**

**Mark**

# RALPH CHRISTIAN

**(words only): RALPH CHRISTIAN**

**Standard Character claim: Yes**

**Current Status: Registered.**

**Date of Status: 2006-06-20**

**Filing Date: 2004-12-10**

**Transformed into a National Application: No**

**Registration Date: 2006-06-20**

**Register: Principal**

**Law Office Assigned: LAW OFFICE 102**

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location: 650 -Publication And Issue Section**

**Date In Location: 2006-05-09**

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Timepieces International Inc.

**Address:**
Timepieces International Inc.
Ground Floor, Kingmaker House Station Road

New Barnet, Herts EN5 1NT
United Kingdom
Legal Entity Type: Corporation
State or Country of Incorporation: United Kingdom

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active
Watches, wrist watches; jewelry watches; mechanical and automatic watches; watch bands; watch
straps; watch boxes; watch bracelets; watch cases; watch chains; watch clasps; watch crowns; watch
faces; watch pouches; watch straps; watch winders; watch winding buttons; watches containing a game
function; watches for outdoor use
Basis: 1(a)
First Use Date: 2005-01-01
First Use in Commerce Date: 2005-01-11

## ADDITIONAL INFORMATION

Name Portrait Consent: The name RALPH CHRISTIAN does not identify a living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-06-20 - Registered - Principal Register

2006-05-05 - Law Office Registration Review Completed

2006-04-28 - Assigned To LIE

2006-04-21 - Allowed for Registration - Principal Register (SOU accepted)

2006-03-17 - Statement of use processing complete

2006-02-24 - Amendment to Use filed

2006-02-24 - PAPER RECEIVED

2006-02-27 - Notice Of Allowance Correction Entered

2006-01-09 - FAX RECEIVED

2006-01-03 - Notice of allowance - mailed

2005-10-11 - Published for opposition

2005-09-21 - Notice of publication

2005-08-06 - Law Office Publication Review Completed

2005-08-05 - Assigned To LIE

2005-07-31 - Approved for Pub - Principal Register (Initial exam)

2005-07-29 - Amendment From Applicant Entered

2005-07-22 - Communication received from applicant

2005-07-22 - PAPER RECEIVED

2005-07-15 - Non-final action e-mailed

2005-07-15 - Non-Final Action Written

2005-07-15 - Assigned To Examiner

2005-01-13 - PAPER RECEIVED

2004-12-22 - New Application Entered In Tram

---

## CORRESPONDENCE INFORMATION

**Correspondent**
R. Kent Roberts (Attorney of record)

R. KENT ROBERTS
HODGSON RUSS LLP
SUITE 2000
ONE M&T PLAZA
BUFFALO, NY 14203-2391
**Phone Number:** 716-848-1510
**Fax Number:** 716-849-4653

**Domestic Representative**
R. Kent Roberts
**Phone Number:** 716-848-1510
**Fax Number:** 716-849-4653

---