# EXHIBIT A

Continued

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN LACROIX |
| **Goods and Services** | IC 008. US 023 028 044. G & S: Cutlery, namely, knives, forks, spoons, and nutcrackers, not of precious metal; scissors |

IC 014. US 002 027 028 050. G & S: Horological and chronometric Instruments and apparatus, namely, watches for men and women, watch bands, watch cases, alarm clocks, and clocks; household Items made of precious metals, namely, tea and coffee services, candle stick holders, serving dishes and trays, cruets and cruet stands for oil or vinegar, napkin rings and holders, and tableware services

IC 021. US 002 013 023 029 030 033 040 050. G & S: dishes in general, beverage glassware, drinking glasses; goblets, plates, cups, butter dishes, glass storage jars, tea and coffee services not of precious metals, tea caddies, tea balls and strainers, candle stick holders not of precious metals, butter and cheese covers, bottle openers, corkscrews; works of arts, namely figurines of porcelain, terra cotta or glass; boxes of glass, flasks, bottles sold empty, glass caps for containers and bottles, decanters, glass storage jars, coaster not of paper and not being table linen, trivets, menu card holders, flower pot covers, egg cups, bread baskets, fruit cups, knife rests for the table, serving dishes and trays not of precious metals, dishes and pot covers, flower holders, vases, ice buckets, pepper mills, salt shakers, pepper shakers, cruets and cruet stands for oil or vinegar not precious metals, bowls, cocktail shakers, crumb trays, fitted picnic baskets with dishes, pie servers, napkin rings and holders not of precious metals, refreshing buckets, salad bowls, saucers, soap bowls, sugar bowls, tableware services not of precious metals; toiletry cases, soap cases, powder compacts, powder puffs, perfume sprayers, combs, comb cases, sponges for personal and household use, hair and cosmetic brushes

| | |
|---|---|
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76477151 |
| **Filing Date** | December 19, 2002 |
| **Current Filing Basis** | 44E |
| **Original Filing** | |

| | |
|---|---|
| **Basis** | 44E |
| **Published for Opposition** | August 3, 2004 |
| **Registration Number** | 2896646 |
| **Registration Date** | October 26, 2004 |
| **Owner** | (REGISTRANT) Christian Lacroix CORPORATION FRANCE 73 Rue du Faubourg Saint-Honore 75008, Paris FRANCE |
| **Attorney of Record** | Manuel Valcarcel, Edq. |
| **Prior Registrations** | 1499154 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name CHRISTIAN LACROIX identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:28:10 ET

Serial Number: 76477151 <u>Assignment Information</u>

Registration Number: 2896646

Mark (words only): CHRISTIAN LACROIX

Standard Character claim: No

Current Status: Registered.

Date of Status: 2004-10-26

Filing Date: 2002-12-19

Transformed into a National Application: No

Registration Date: 2004-10-26

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 650 -Publication And Issue Section

Date In Location: 2004-10-26

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Christian Lacroix

Address:
Christian Lacroix
73 Rue du Faubourg Saint-Honore
75008, Paris
France
Legal Entity Type: Corporation
State or Country of Incorporation: France

---

## GOODS AND/OR SERVICES

International Class: 008
Class Status: Active

Cutlery, namely, knives, forks, spoons, and nutcrackers, not of precious metal; scissors
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

International Class: 014
Class Status: Active
Horological and chronometric instruments and apparatus, namely, watches for men and women, watch
bands, watch cases, alarm clocks, and clocks; household items made of precious metals, namely, tea and
coffee services, candle stick holders, serving dishes and trays, cruets and cruet stands for oil or vinegar,
napkin rings and holders, and tableware services
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

International Class: 021
Class Status: Active
dishes in general, beverage glassware, drinking glasses; goblets, plates, cups, butter dishes, glass storage
jars, tea and coffee services not of precious metals, tea caddies, tea balls and strainers, candle stick
holders not of precious metals, butter and cheese covers, bottle openers, corkscrews; works of arts,
namely figurines of porcelain, terra cotta or glass; boxes of glass, flasks, bottles sold empty, glass caps
for containers and bottles, decanters, glass storage jars, coaster not of paper and not being table linen,
trivets, menu card holders, flower pot covers, egg cups, bread baskets, fruit cups, knife rests for the
table, serving dishes and trays not of precious metals, dishes and pot covers, flower holders, vases, ice
buckets, pepper mills, salt shakers, pepper shakers, cruets and cruet stands for oil or vinegar not precious
metals, bowls, cocktail shakers, crumb trays, fitted picnic baskets with dishes, pie servers, napkin rings
and holders not of precious metals, refreshing buckets, salad bowls, saucers, soap bowls, sugar bowls,
tableware services not of precious metals; toiletry cases, soap cases, powder compacts, powder puffs,
perfume sprayers, combs, comb cases, sponges for personal and household use, hair and cosmetic
brushes
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name CHRISTIAN LACROIX identifies a living individual whose
consent is of record.

**Prior Registration Number(s):**
1499154

**Foreign Registration Number:** 95/589413
**Foreign Registration Date:** 1995-09-22
**Country:** France
**Foreign Expiration Date:** 2005-09-22

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-05-19 - Attorney Revoked And/Or Appointed

2005-05-19 - TEAS Revoke/Appoint Attorney Received

2004-11-09 - PAPER RECEIVED

2004-10-26 - Registered - Principal Register

2004-08-03 - Published for opposition

2004-07-14 - Notice of publication

2004-05-17 - Approved for Pub - Principal Register (Initial exam)

2004-04-20 - Reinstated

2004-04-19 - FAX RECEIVED

2004-02-17 - Abandonment - Failure To Respond Or Late Response

2003-07-08 - Non-final action mailed

2003-06-24 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Manuel Valcarcel, Edq. (Attorney of record)

Manuel Valcarcel, Edq.
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami FL 33131

**Phone Number:** 305-579-0812
**Fax Number:** 305-961-5812

**Domestic Representative**
Manuel Valcarcel, Esq.
**Phone Number:** 305-579-0812
**Fax Number:** 305-961-5812



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

**Word Mark**     CHRISTIAN LACROIX

**Translations**  THE ENGLISH TRANSLATION OF THE WORD "LACROIX" IN THE MARK IS "THE CROSS".

**Goods and Services**   IC 014. US 027 028. G & S: JEWELRY; COSTUME JEWELRY [ ; PRECIOUS STONES; WATCHES FOR MEN AND WOMEN; WRISTLETS; MINIATURE CLOCKS; ALARM CLOCKS AND PARTS THEREOF; DIALS FOR WATCHES; JEWELRY CASES MADE OF GOLD OR SILVER OR COATED THEREWITH ]

IC 025. US 039. G & S: CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN, NAMELY, [ ANORAKS, APRONS, ] ASCOTS, BABUSHKAS, BANDANAS, BATHROBES, BLAZERS, BLOUSES, BLOUSONS, BODY SUITS, BOLEROS, BOOTS, BOXER SHORTS, BRASSIERES, [ BRIEFS, BABY BUNTINGS, ] CAFTANS, CAMISOLES, CAPES, CAPS, CARDIGANS, CHEMISES, CLOGS, [ CLOTH DIAPERS, ] FUR COATS, OVER COATS, SPORT COATS, SUIT COATS, TOP COATS, CORSELETS, CULOTTES, DRESSES, [ EAR MUFFS, GALOSHES, GARTER BELTS, ] GIRDLES, GLOVES, [ NIGHT GOWNS, ] HALTER TOPS, HATS, HEAD BANDS, HOSIERY, JACKETS, JEANS, [ JOGGING SUITS, ] JUMPERS, JUMP SUITS, KERCHIEFS, [ KIMONOS, ] LEGGINGS, LEOTARDS, LOUNGEWEAR, MITTENS, MOCCASINS, MUFFLERS, NECKERCHIEFS, NECKTIES, NECKWEAR, [ NEGLIGEES, NIGHT SHIRTS, ] OVERALLS, OVERCOATS, [ OVERSHOES, PAJAMAS, ] PANTIES, PANTS, PANTSUITS, PANTY HOSE, PARKAS, [ PEDAL PUSHERS, ] PEIGNOIRS, [ PINAFORES, ] PLAYSUITS, POCKET SQUARES, PONCHOS, PULLOVERS, RAINCOATS, SANDALS, SCARVES, SHAWLS, KNIT SHIRTS, UNDERSHIRTS, [ ATHLETIC SHOES, GYM SHORTS, ] SWEAT SHORTS, SKI SUITS, SLACKS, SNOW SUITS, SOCKS, SPORT COATS, SPORT SHIRTS, ] STOCKINGS, STOLES, BATHING SUITS, SUITS, SUSPENDERS, SWEAT SHIRTS, SWEATERS, T-SHIRTS, TROUSERS, TUXEDOS, UNDERPANTS, VESTS, VESTED SUITS [ , AND WARM-UP SUITS ]

IC 009. US 026. G & S: SPECTACLES, NAMELY, [ OPHTHALMIC EYEGLASSES, ] SUNGLASSES, ANTI-GLARE GLASSES, SPORT GLASSES, SPECTACLE CASES, [ MONOCLES, BINOCULARS, LORGNETTES, ] SPECTACLE FRAMES [ , LORGNETTE FRAMES, CONTACT LENSES, AND CONTACT LENS CASES ]

(CANCELLED) IC 024. US 042. G & S: BATH LINEN; BED LINEN; TABLE LINEN; COMFORTERS; BEDSPREADS; PILLOW CASES; DISH CLOTHS; DUVETS; MATTRESS COVERS; TEXTILE NAPKINS; PLACEMATS; POT HOLDERS, QUILTS, BEDDING SHEETS; TABLECLOTHS NOT MADE OF PAPER; WASH CLOTHS; HANDKERCHIEFS, BED AND TABLE COVERS AND FABRICS USED FOR CURTAINS, CLOTHING, UPHOLSTERY, AND AS DECORATIONS PER SE PLACED

ON WALLS AND FLOORS

IC 018. US 003 041. G & S: HANDBAGS, [ TRUNKS; VALISES; TRAVELING BAGS SOLD EMPTY; LUGGAGE; ATTACHE-CASES; TRAVELING TOILETRY CASES SOLD EMPTY; MAKE-UP CASES SOLD EMPTY; CASES AND BOXES FOR JEWELRY AND WATCHES SOLD EMPTY; ] WALLETS; PURSES [ ; UMBRELLAS; PARASOLS; WALKING STICKS; WHIPS; AND SADDLERY ]

IC 003. US 051. G & S: SOAPS; PERFUMERY; COSMETICS, NAMELY, [ MAKE-UP AND MAKE-UP REMOVING PREPARATIONS, AFTER SHAVE LOTION, BABY OIL, BLUSHER, ] COLD CREAM, [ EYE MAKE-UP, EYE SHADOW, EYEBROW PENCIL, EYELINER, LIP GLOSS, LIPSTICK, MASCARA, NAIL POLISH, ROUGE, ] SKIN MOISTURIZER [ , VANISHING CREAM; HAIR LOTIONS, AND DENTIFRICES ]

| | |
|---|---|
| Mark Drawing Code | (1) TYPED DRAWING |
| Design Search Code | |
| Serial Number | 73662116 |
| Filing Date | May 21, 1987 |
| Current Filing Basis | 44E |
| Original Filing Basis | 44D |
| Published for Opposition | May 17, 1988 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 1499154 |
| Registration Date | August 9, 1988 |
| Owner | (REGISTRANT) SOCIETE CHRISTIAN LACROIX COMPANY FRANCE 73, RUE DU FAUBOURG SAINT-HONORE 75008 PARIS FRANCE |
| Attorney of Record | Manuel Valcarcel, Edq. |
| Priority Date | February 23, 1987 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. PARTIAL SECT 8 (6-YR). |
| Other Data | THE NAME "CHRISTIAN LACROIX" IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD. |
| Live/Dead Indicator | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSER DIET    SEARCH OG    TOP    HELP

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-26 16:28:30 ET

Serial Number: 73662116 <u>Assignment Information</u>

Registration Number: 1499154

Mark (words only): CHRISTIAN LACROIX

Standard Character claim: No

Current Status: A partial Section 8 affidavit has been accepted.

Date of Status: 1995-01-25

Filing Date: 1987-05-21

Transformed into a National Application: No

Registration Date: 1988-08-09

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 1995-05-08

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. SOCIETE CHRISTIAN LACROIX

Address:
SOCIETE CHRISTIAN LACROIX
73, RUE DU FAUBOURG SAINT-HONORE
75008 PARIS
France
Legal Entity Type: Company
State or Country Where Organized: France

---

### GOODS AND/OR SERVICES

International Class: 003
Class Status: Active

SOAPS; PERFUMERY; COSMETICS, NAMELY, COLD CREAM, SKIN MOISTURIZER
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

International Class: 009
Class Status: Active
SPECTACLES, NAMELY, SUNGLASSES, ANTI-GLARE GLASSES, SPORT GLASSES,
SPECTACLE CASES, SPECTACLE FRAMES
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

International Class: 014
Class Status: Active
JEWELRY; COSTUME JEWELRY
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

International Class: 018
Class Status: Active
HANDBAGS, WALLETS; PURSES
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

International Class: 024
Class Status: Section 8 - Cancelled
BATH LINEN; BED LINEN; TABLE LINEN; COMFORTERS; BEDSPREADS; PILLOW CASES;
DISH CLOTHS; DUVETS; MATTRESS COVERS; TEXTILE NAPKINS; PLACEMATS; POT
HOLDERS, QUILTS, BEDDING SHEETS; TABLECLOTHS NOT MADE OF PAPER; WASH
CLOTHS; HANDKERCHIEFS, BED AND TABLE COVERS AND FABRICS USED FOR
CURTAINS, CLOTHING, UPHOLSTERY, AND AS DECORATIONS PER SE PLACED ON
WALLS AND FLOORS
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

International Class: 025
Class Status: Active
CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN, NAMELY, ASCOTS, BABUSHKAS,
BANDANAS, BATHING SUITS, BATHROBES, BLAZERS, BLOUSES, BLOUSONS, BODY
SUITS, BOLEROS, BOOTS, BOXER SHORTS, BRASSIERES, CAFTANS, CAMISOLES, CAPES,
CAPS, CARDIGANS, CHEMISES, CLOGS, FUR COATS, OVER COATS, SPORT COATS, SUIT
COATS, TOP COATS, CORSELETS, CULOTTES, DRESSES, GIRDLES, GLOVES, HALTER
TOPS, HATS, HEAD BANDS, HOSIERY, JACKETS, JEANS, JUMPERS, JUMP SUITS,
KERCHIEFS, LEGGINGS, LEOTARDS, LOUNGEWEAR, MITTENS, MOCCASINS, MUFFLERS,
NECKERCHIEFS, NECKTIES, NECKWEAR, OVERALLS, OVERCOATS, PANTIES, PANTS,
PANTSUITS, PANTY HOSE, PARKAS, PEIGNOIRS, PLAYSUITS, POCKET SQUARES,
PONCHOS, PULLOVERS, RAINCOATS, SANDALS, SCARVES, SHAWLS, KNIT SHIRTS,

UNDERSHIRTS, STOCKINGS, STOLES, BATHING SUITS, SUITS, SUSPENDERS, SWEAT
SHIRTS, SWEATERS, T-SHIRTS, TROUSERS, TUXEDOS, UNDERPANTS, VESTS, VESTED
SUITS
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

Name Portrait Consent: THE NAME "CHRISTIAN LACROIX" IN THE MARK IDENTIFIES A
LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

Translation: THE ENGLISH TRANSLATION OF THE WORD "LACROIX" IN THE MARK IS
"THE CROSS".

Foreign Application Number: 840482
Foreign Registration Number: 1399703
Foreign Registration Date: 1987-02-23
Country: France
Foreign Filing Date: 1987-02-23
Foreign Expiration Date: 1997-02-23

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-05-19 - Attorney Revoked And/Or Appointed

2005-05-19 - TEAS Revoke/Appoint Attorney Received

2004-11-09 - PAPER RECEIVED

2003-02-07 - TEAS Change Of Correspondence Received

1995-01-25 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1995-01-25 - Post Registration action correction

1994-08-05 - Section 8 (6-year) and Section 15 Filed

1988-08-09 - Registered - Principal Register

1988-05-17 - Published for opposition

1988-04-15 - Notice of publication

1988-02-23 - Approved for Pub - Principal Register (Initial exam)

1987-12-24 - Communication received from applicant

1987-09-23 - Non-final action mailed

1987-08-06 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Manuel Valcarcel, Edq. (Attorney of record)

Manuel Valcarcel, Edq.
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami FL 33131

**Phone Number:** 305-579-0812
**Fax Number:** 305-961-5812

**Domestic Representative**
Manuel Valcarcel, Esq.
**Phone Number:** 305-579-0812
**Fax Number:** 305-961-5812

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*



## CHRISTIAN BERNARD.

| | |
|---|---|
| **Word Mark** | CHRISTIAN BERNARD |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY WATCHES AND JEWELERY |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.17.25 - Biohazard symbol; Degree sign; Equal sign; Greater than symbol (mathematical); Handicapped symbol; Hazardous materials symbol; Less than symbol (mathematical); Peace symbol; Pound sign (#); Recycling symbol; Yin Yang symbol |
| **Serial Number** | 75693278 |
| **Filing Date** | April 28, 1999 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | June 13, 2000 |
| **Registration Number** | 2382735 |
| **Registration Date** | September 5, 2000 |
| **Owner** | (REGISTRANT) CHRISTIAN BERNARD DIFFUSION JOINT STOCK COMPANY FRANCE 1/3 rue Lulli 75002 Paris FRANCE |
| **Attorney of Record** | Herbert H. Finn |
| **Priority Date** | January 6, 1999 |
| **Prior Registrations** | 1297462 |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The applicant states that the mark is wholly fanciful and does not identify any living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Latest Status Info

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:28:50 ET

Serial Number: 75693278 Assignment Information

Registration Number: 2382735

Mark



CHRISTIAN BERNARD

(words only): CHRISTIAN BERNARD

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-09-05

Filing Date: 1999-04-28

Transformed into a National Application: No

Registration Date: 2000-09-05

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: MID -TMO Law Office 110 - Docket Clerk

Date In Location: 2006-02-14

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHRISTIAN BERNARD DIFFUSION

Address:
CHRISTIAN BERNARD DIFFUSION
1/3 rue Lulli

75002 Paris
France
**Legal Entity Type:** Joint Stock Company
**State or Country Where Organized:** France

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY WATCHES AND
JEWELERY
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The applicant states that the mark is wholly fanciful and does not identify any living individual.

**Design Search Code(s):**
24.17.25 - Biohazard symbol; Degree sign; Equal sign; Greater than symbol (mathematical); Handicapped symbol; Hazardous materials symbol; Less than symbol (mathematical); Peace symbol; Pound sign (#); Recycling symbol; Yin Yang symbol

**Prior Registration Number(s):**
1297462

**Foreign Application Number:** 99/767,787
**Foreign Registration Number:** 99/767787
**Foreign Registration Date:** 1999-01-06
**Country:** France
**Foreign Filing Date:** 1999-01-06
**Foreign Expiration Date:** 2009-01-06

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-02-13 - Case File In TICRS

2002-09-26 - TEAS Change Of Correspondence Received

2000-09-05 - Registered - Principal Register

2000-06-13 - Published for opposition

2000-05-12 - Notice of publication

2000-03-23 - Approved for Pub - Principal Register (Initial exam)

2000-01-31 - Communication received from applicant

1999-09-24 - Non-final action mailed

1999-09-17 - Assigned To Examiner

1999-09-15 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Herbert H. Finn (Attorney of record)

Herbert H. Finn
GREENBERG TRAURIG, P.C.
77 West Wacker Drive, Suite 2500
Chicago IL 60601

**Phone Number:** 312-456-8400
**Fax Number:** 312-456-8435

**Domestic Representative**
LAW OFFICES OF DICK AND HARRIS

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout. Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN BERNARD |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry. FIRST USE: 19740200. FIRST USE IN COMMERCE: 19740200 |
| | IC 042. US 100 101. G & S: Jewelry store services. FIRST USE: 19740200. FIRST USE IN COMMERCE: 19740200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75903908 |
| **Filing Date** | January 27, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 28, 2001 |
| **Registration Number** | 2508879 |
| **Registration Date** | November 20, 2001 |
| **Owner** | (REGISTRANT) Christian Bernard Stores Corporation CORPORATION NEW JERSEY 200 Meadowlands Parkway Secaucus NEW JERSEY 07094 |
| **Attorney of Record** | Stephen E. Feldman |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Other Data** | "Christian Bernard" is not a living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:29:12 ET

Serial Number: 75903908 <u>Assignment Information</u>

Registration Number: 2508879

Mark (words only): CHRISTIAN BERNARD

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-11-20

Filing Date: 2000-01-27

Transformed into a National Application: No

Registration Date: 2001-11-20

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-12-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Christian Bernard Stores Corporation

**Address:**
Christian Bernard Stores Corporation
200 Meadowlands Parkway
Secaucus, NJ 07094
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New Jersey

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

Jewelry
Basis: 1(a)
First Use Date: 1974-02-00
First Use in Commerce Date: 1974-02-00

International Class: 042
Class Status: Active
Jewelry store services
Basis: 1(a)
First Use Date: 1974-02-00
First Use in Commerce Date: 1974-02-00

## ADDITIONAL INFORMATION

Name Portrait Consent: "Christian Bernard" is not a living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2001-11-20 - Registered - Principal Register

2001-08-28 - Published for opposition

2001-08-08 - Notice of publication

2001-04-09 - Approved for Pub - Principal Register (Initial exam)

2001-01-08 - Communication received from applicant

2000-07-14 - Non-final action mailed

2000-06-27 - Assigned To Examiner

2000-06-23 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

Correspondent
Stephen E. Feldman (Attorney of record)

STEPHEN E. FELDMAN
STEPHEN E. FELDMAN PC
12 E 41ST ST
NEW YORK NY 10017-6221



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   ( *Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN TSE |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Designer jewelry made of precious metals and precious stones. FIRST USE: 19950700. FIRST USE IN COMMERCE: 19950700 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75604667 |
| **Filing Date** | December 14, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 25, 2001 |
| **Registration Number** | 2657542 |
| **Registration Date** | December 10, 2002 |
| **Owner** | (REGISTRANT) TSE, CHRISTIAN HOA INDIVIDUAL UNITED STATES 55 WAVERLY DRIVE, SUITE 108 PASADENA CALIFORNIA 91105 |
| **Attorney of Record** | LOUIS J. BOVASSO |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:29:34 ET

Serial Number: 75604667 Assignment Information

Registration Number: 2657542

Mark (words only): CHRISTIAN TSE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-12-10

Filing Date: 1998-12-14

Transformed into a National Application: No

Registration Date: 2002-12-10

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-03-24

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TSE, CHRISTIAN HOA

**Address:**
TSE, CHRISTIAN HOA
55 WAVERLY DRIVE, SUITE 108
PASADENA, CA 91105
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active

Designer jewelry made of precious metals and precious stones
Basis: 1(a)
First Use Date: 1995-07-00
First Use in Commerce Date: 1995-07-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-05-19 - TEAS Change Of Correspondence Received

2002-12-10 - Registered - Principal Register

2002-01-30 - Extension Of Time To Oppose Received

2001-12-25 - Published for opposition

2001-12-05 - Notice of publication

2001-08-28 - Approved for Pub - Principal Register (Initial exam)

2001-07-20 - Communication received from applicant

2001-06-08 - Letter of suspension mailed

2001-06-07 - Assigned To Examiner

2001-06-06 - Reinstated

2000-10-24 - Petition To Revive-Received

2000-10-10 - Abandonment - Failure To Respond Or Late Response

2000-02-29 - Final refusal mailed

1999-11-18 - Communication received from applicant

1999-07-19 - Non-final action mailed

1999-07-06 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
LOUIS J. BOVASSO (Attorney of record)

Louis J. Bovasso, Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica CA 90404

**Phone Number:** 310-586-7700
**Fax Number:** 310-586-7800



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |
|---|---|---|---|---|---|---|---|

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |
|---|---|---|---|

*( Use the "Back" button of the Internet Browser to return to TESS)*  '

## Typed Drawing

| | |
|---|---|
| **Word Mark** | JOHN CHRISTIAN |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry and watches. FIRST USE: 19980330. FIRST USE IN COMMERCE: 19980330 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75362285 |
| **Filing Date** | September 24, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 25, 1998 |
| **Registration Number** | 2278405 |
| **Registration Date** | September 14, 1999 |
| **Owner** | (REGISTRANT) J. T. WAUGH COMPANY CORPORATION TEXAS 7211 Circle S Road Austin TEXAS 787149107 |
| | (LAST LISTED OWNER) WORLDWIDE JR. WOOD DBA JOHN CHRISTIAN COMPANY LTD LIAB CO TEXAS 900 14101 W. HWY. 290 AUSTIN TEXAS 78737 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Other Data** | The name "JOHN CHRISTIAN" is a combination of Applicant's name and the name of his son and not of a known living individual. |
| **Live/Dead** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:29:58 ET

Serial Number: 75362285 Assignment Information

Registration Number: 2278405

Mark (words only): JOHN CHRISTIAN

Standard Character claim: No

Current Status: A Section 8 affidavit has been accepted.

Date of Status: 2004-12-17

Filing Date: 1997-09-24

Transformed into a National Application: No

Registration Date: 1999-09-14

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2004-12-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. WORLDWIDE JR. WOOD

**Address:**
WORLDWIDE JR. WOOD
900 14101 W. HWY. 290
AUSTIN, TX 78737
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Texas

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active

Jewelry and watches
Basis: 1(a)
First Use Date: 1998-03-30
First Use in Commerce Date: 1998-03-30

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "JOHN CHRISTIAN" is a combination of Applicant's name and the name of his son and not of a known living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-12-17 - Section 8 (6-year) accepted

2004-10-27 - Section 8 (6-year) filed

2004-10-27 - TEAS Section 8 Received

1999-09-14 - Registered - Principal Register

1999-06-25 - Allowed for Registration - Principal Register (SOU accepted)

1999-06-23 - Assigned To Examiner

1999-06-18 - Statement of use processing complete

1999-06-18 - Extension 1 granted

1999-01-22 - Amendment to Use filed

1999-04-28 - Extension 1 filed

1998-11-17 - Notice of allowance - mailed

1998-08-25 - Published for opposition

1998-07-24 - Notice of publication

1998-06-12 - Approved for Pub - Principal Register (Initial exam)

1998-06-04 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
T.C. WAUGH
WORLDWIDE JR. WOOD
DBA JOHN CHRISTIAN COMPANY
900, 14101 W. HWY 290
AUSTIN, TX 78737



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout **Please logout when you are done to release system resources allocated for you.**

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status **( Use the "Back" button of the Internet Browser to return to TESS)**

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN DIOR |
| **Goods and Services** | IC 014. US 027. G & S: HOROLOGICAL INSTRUMENTS, NAMELY; WATCHES. FIRST USE: 19860605. FIRST USE IN COMMERCE: 19860605 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73613717 |
| **Filing Date** | August 8, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 15, 1987 |
| **Registration Number** | 1468222 |
| **Registration Date** | December 8, 1987 |
| **Owner** | (REGISTRANT) CHRISTIAN DIOR, S.A. CORPORATION FRANCE 30 AVENUE MONTAIGNE PARIS FRANCE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | PHILIP H. GOTTFRIED |
| **Prior Registrations** | 0519367;0580207;0954415;1123944;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:30:39 ET

Serial Number: 73613717 Assignment Information

Registration Number: 1468222

Mark (words only): CHRISTIAN DIOR

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 1994-02-12

Filing Date: 1986-08-08

Transformed into a National Application: No

Registration Date: 1987-12-08

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1994-03-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHRISTIAN DIOR, S.A.

Address:
CHRISTIAN DIOR, S.A.
30 AVENUE MONTAIGNE
PARIS
France
Legal Entity Type: Corporation
State or Country of Incorporation: France

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

HOROLOGICAL INSTRUMENTS, NAMELY; WATCHES
Basis: 1(a)
First Use Date: 1986-06-05
First Use in Commerce Date: 1986-06-05

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
519367
580207
954415
1123944

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1994-02-12 - Section 8 (6-year) accepted & Section 15 acknowledged

1993-09-29 - Section 8 (6-year) and Section 15 Filed

1987-12-08 - Registered - Principal Register

1987-09-15 - Published for opposition

1987-08-14 - Notice of publication

1987-07-10 - Approved for Pub - Principal Register (Initial exam)

1987-06-08 - Communication received from applicant

1986-12-19 - Non-final action mailed

1986-10-30 - Non-final action mailed

## CORRESPONDENCE INFORMATION

**Correspondent**
PHILIP H. GOTTFRIED (Attorney of record)

PHILIP H. GOTTFRIED
AMSTER, ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NEW YORK 10016

**Domestic Representative**
AMSTER ROTHSTEIN & EBENSTEIN

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN DIOR |
| **Goods and Services** | IC 014. US 028. G & S: JEWELRY FOR PERSONAL WEAR, NOT INCLUDING WATCHES- NAMELY, TRINKETS, NECKLACES, BRACELETS, FINGER RINGS, EARRINGS, BROOCHES, AND ORNAMENTAL CLIPS MADE IN WHOLE OF, IN PART OF, OR PLATED WITH PRECIOUS METALS. FIRST USE: 19510209. FIRST USE IN COMMERCE: 19510209 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 71619485 |
| **Filing Date** | September 11, 1951 |
| **Current Filing Basis** | 1A;44E |
| **Original Filing Basis** | 1A;44E |
| **Registration Number** | 0580207 |
| **Registration Date** | September 22, 1953 |
| **Owner** | (REGISTRANT) COMPTOIR DE L'INDUSTRIE COTONNIERE, SOCIETE A RESPONSABILITE LIMITEE CORPORATION FRANCE DEPARTMENT OF SEINE 21, RUE POISSONNIERE PARIS FRANCE |
| | (LAST LISTED OWNER) CHRISTIAN DIOR COUTURE, S.A. CORPORATION FRANCE 30, AVENUE MONTAIGNE PARIS 75008 FRANCE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | PHILLIP H GOTTFRIED |
| **Prior Registrations** | 0519367 |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECTION 8(10-YR) 20031216. |
| Renewal | 3RD RENEWAL 20031216 |
| Other Data | THE NAME "CHRISTIAN DIOR", IS THE NAME OF A LIVING PERSON WHOSE CONSENT TO REGISTER HIS NAME AS A TRADE-MARK IS OF RECORD IN THIS CASE. |
| Live/Dead Indicator | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:31:00 ET

Serial Number: 71619485 <u>Assignment Information</u>

Registration Number: 580207

Mark (words only): CHRISTIAN DIOR

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2003-12-16

Filing Date: 1951-09-11

Transformed into a National Application: No

Registration Date: 1953-09-22

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-12-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHRISTIAN DIOR COUTURE, S.A.

**Address:**
CHRISTIAN DIOR COUTURE, S.A.
30, AVENUE MONTAIGNE
PARIS 75008
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

U.S. Class: 028 (International Class 014)
Class Status: Active

JEWELRY FOR PERSONAL WEAR, NOT INCLUDING WATCHES-NAMELY, TRINKETS, NECKLACES, BRACELETS, FINGER RINGS, EARRINGS, BROOCHES, AND ORNAMENTAL CLIPS MADE IN WHOLE OF, IN PART OF, OR PLATED WITH PRECIOUS METALS
Basis: 1(a), 44(e)
First Use Date: 1951-02-09
First Use in Commerce Date: 1951-02-09

## ADDITIONAL INFORMATION

Name Portrait Consent: THE NAME "CHRISTIAN DIOR", IS THE NAME OF A LIVING PERSON WHOSE CONSENT TO REGISTER HIS NAME AS A TRADE-MARK IS OF RECORD IN THIS CASE.

Prior Registration Number(s):
519367

Foreign Registration Number: 369998
Foreign Registration Date: 1946-08-14
Country: France

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-12-16 - Third renewal 10 year

2003-12-16 - Section 8 (10-year) accepted/ Section 9 granted

2003-09-17 - Combined Section 8 (10-year)/Section 9 filed

2003-09-17 - TEAS Section 8 & 9 Received

1993-07-20 - Second renewal 10 year

1993-05-21 - Section 9 filed/check record for Section 8

1973-09-22 - First renewal

## CORRESPONDENCE INFORMATION

Correspondent
PHILLIP H GOTTFRIED (Attorney of record)

PHILLIP H GOTTFRIED
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 PARK AVENUE

NEW YORK, NY 10016



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |
|---|---|---|---|---|---|---|---|

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |
|---|---|---|---|---|

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN DIOR |
| **Goods and Services** | IC 014. US 028. G & S: JEWELRY FOR PERSONAL WEAR, NOT INCLUDING WATCHES-NAMELY, TRINKETS, NECKLACES, BRACELETS, FINGER RINGS, EARRINGS, BROOCHES, AND ORNAMENTAL CLIPS MADE IN WHOLE OF, IN PART OF, OR PLATED WITH PRECIOUS METALS |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 71546065 |
| **Filing Date** | January 2, 1948 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Supplemental Register Date** | April 28, 1949 |
| **Registration Number** | 0519367 |
| **Registration Date** | December 27, 1949 |
| **Owner** | (REGISTRANT) SOCIETE A RESPONSABILITE LIMITEE: "COMPTOIR DE L'INDUSTRIE COTONNIERE" CORPORATION FRANCE 21 RUE POISSONNIERE PARIS FRANCE<br><br>(LAST LISTED OWNER) CHRISTIAN DIO COUTURE, S.A. CORPORATION BY CHANGE OF NAME, BY ASSIGNMENT, BY CHANGE OF NAME, BY ASSIGNMENT FRANCE 30, AVENUE MONTAIGNE 75008 PARIS FRANCE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | PHILIP H. GOTTFRIED |
| **Type of Mark** | TRADEMARK |
| **Register** | SUPPLEMENTAL |

| | |
|---|---|
| **Renewal** | 3RD RENEWAL 19991019 |
| **Other Data** | THE TRADE-MARK CONSISTS OF THE NAME "CHRISTIAN DIOR," WHICH IS THE NAME OF A LIVING PERSON WHOSE CONSENT TO REGISTER HIS NAME AS A TRADE-MARK IS OF RECORD IN THIS CASE. |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2006-07-26 16:31:18 ET**

**Serial Number:** 71546065 Assignment Information

**Registration Number:** 519367

**Mark (words only):** CHRISTIAN DIOR

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-10-19

**Filing Date:** 1948-01-02

**Transformed into a National Application:** No

**Registration Date:** 1949-12-27

**Register:** Supplemental

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1999-11-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHRISTIAN DIO COUTURE, S.A.

**Address:**
CHRISTIAN DIO COUTURE, S.A.
30, AVENUE MONTAIGNE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

**U.S. Class:** 028 (International Class 014)
**Class Status:** Active

JEWELRY FOR PERSONAL WEAR, NOT INCLUDING WATCHES-NAMELY, TRINKETS, NECKLACES, BRACELETS, FINGER RINGS, EARRINGS, BROOCHES, AND ORNAMENTAL CLIPS MADE IN WHOLE OF, IN PART OF, OR PLATED WITH PRECIOUS METALS
Basis: 44(e)
First Use Date: (DATE NOT AVAILABLE)
First Use in Commerce Date: (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

Name Portrait Consent: THE TRADE-MARK CONSISTS OF THE NAME "CHRISTIAN DIOR," WHICH IS THE NAME OF A LIVING PERSON WHOSE CONSENT TO REGISTER HIS NAME AS A TRADE-MARK IS OF RECORD IN THIS CASE.

Foreign Registration Number: 369998
Foreign Registration Date: 1946-08-14
Country: France

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1999-10-19 - Third renewal 10 year

1999-08-04 - Section 9 filed/check record for Section 8

1990-03-28 - Second renewal 10 year

1990-01-12 - Section 9 filed/check record for Section 8

1969-12-27 - First renewal

---

## CORRESPONDENCE INFORMATION

Correspondent
PHILIP H. GOTTFRIED (Attorney of record)

PHILIP H. GOTTFRIED
AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVE
NEW YORK NY 10016-1301


Domestic Representative
AMSTER, ROTHSTEIN & EBENSTEIN

---

 **United States Patent and Trademark Office**

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

`TESS HOME`  `NEW USER`  `STRUCTURED`  `FREE FORM`  `BROWSE DICT`  `SEARCH OG`  `BOTTOM`  `HELP`

`Logout` **Please logout when you are done to release system resources allocated for you.**

# Record 1 out of 1

`TARR Status`  `ASSIGN Status`  `TDR`  `TTAB Status`  ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHRISTIAN DIOR |
| **Goods and Services** | IC 025. US 039. G & S: BEACH WEAR AND SWIM SUITS FOR MEN AND WOMEN. FIRST USE: 19560100. FIRST USE IN COMMERCE: 19560100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 72004289 |
| **Filing Date** | March 12, 1956 |
| **Current Filing Basis** | 1A;44E |
| **Original Filing Basis** | 1A;44E |
| **Registration Number** | 0639714 |
| **Registration Date** | January 8, 1957 |
| **Owner** | (REGISTRANT) COMPTOIR DE L'INDUSTRIE COTONNIERE, ETABLISSEMENTS BOUSSAC, SOCIETE A RESPONSABILITE LIMITEE CORPORATION FRANCE 21 RUE POISSONNIERE PARIS FRANCE |
| | (LAST LISTED OWNER) CHRISTIAN DIOR COUTURE, S.A. CORPORATION ASSIGNEE OF FRANCE 30, AVENUE MONTAIGNE 75008 PARIS FRANCE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | PHILIP H GOTTFRIED |
| **Prior Registrations** | 0523754 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| Affidavit Text | SECT 15. |
|---|---|
| Renewal | 2ND RENEWAL 19970212 |
| Other Data | "CHRISTIAN DIOR" IS THE NAME OF A LIVING PERSON, CONSENT OF RECORD. |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:31:39 ET

Serial Number: 72004289 Assignment Information

Registration Number: 639714

Mark (words only): CHRISTIAN DIOR

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 1997-02-12

Filing Date: 1956-03-12

Transformed into a National Application: No

Registration Date: 1957-01-08

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1997-03-31

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHRISTIAN DIOR COUTURE, S.A.

Address:
CHRISTIAN DIOR COUTURE, S.A.
30, AVENUE MONTAIGNE
75008 PARIS
France
Legal Entity Type: Corporation
State or Country of Incorporation: France

---

## GOODS AND/OR SERVICES

U.S. Class: 039 (International Class 025)
Class Status: Active

BEACH WEAR AND SWIM SUITS FOR MEN AND WOMEN
Basis: 1(a), 44(e)
First Use Date: 1956-01-00
First Use in Commerce Date: 1956-01-00

---

## ADDITIONAL INFORMATION

Name Portrait Consent: "CHRISTIAN DIOR" IS THE NAME OF A LIVING PERSON, CONSENT
OF RECORD.

Prior Registration Number(s):
523754

Foreign Registration Number: 455505
Foreign Registration Date: 1956-01-27
Country: France

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1997-02-12 - Second renewal 10 year

1997-01-07 - Section 9 filed/check record for Section 8

1977-01-08 - First renewal

---

## CORRESPONDENCE INFORMATION

Correspondent
PHILIP H GOTTFRIED (Attorney of record)

PHILIP H GOTTFRIED
AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVE
NEW YORK NY 10016

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*

# Christian Dior

| | |
|---|---|
| **Word Mark** | CHRISTIAN DIOR |
| **Goods and Services** | IC 025. US 039. G & S: MEN'S AND BOYS' COATS, SUITS, JACKETS, DRESSING GOWNS, [[EVENING CAPES,]] KNITTED SCARVES, [[SWEATERS,]] UNDERWEAR, ANKLETS, SOCKS, STOCKINGS, [[SHOES, SLIPPERS, HATS,]] HANDKERCHIEFS, [[T-SHIRTS, SKI-SUITS, SWIMMING TRUNKS, SWIMMING AND BATHING SUITS,]] PANTS, VESTS, [[OUTER SHIRTS, OUTER SHORTS,]] NECKTIES, BOW TIES, PAJAMAS, [[BEACH COATS,]] BATHROBES [[, GLOVES MADE OF LEATHER, FABRIC AND COMBINATIONS THEREOF; SCARVES AND COLLARS MADE OF FUR]]. FIRST USE: 19470227. FIRST USE IN COMMERCE: 19470227 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 71642018 |
| **Filing Date** | February 10, 1953 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0592225 |
| **Registration Date** | July 6, 1954 |
| **Owner** | (REGISTRANT) COMPTOIR DE L'INDUSTRIE COTONNIERE, ETABLISSEMENTS BOUSSAC, SOCIETE A RESPONSABILITE LIMITEE CORPORATION FRANCE 21 RUE POISSONIERE PARIS FRANCE |
| | (LAST LISTED OWNER) CHRISTIAN DIOR COUTURE, S.A. CORPORATION FRANCE 30 |

|  | |
|---|---|
|  | AVENUE MONTAIGNE 75008 PARIS FRANCE |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 0523754;0541088;0569038 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20040915. |
| **Renewal** | 3RD RENEWAL 20040915 |
| **Other Data** | THE TRADE-MARK CONSISTS OF THE NAME "CHRISTIAN DIOR" WHOSE CONSENT TO REGISTER IS OF RECORD. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:31:57 ET

Serial Number: 71642018 Assignment Information

Registration Number: 592225

Mark

# Christian Dior

(words only): CHRISTIAN DIOR

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-09-15

Filing Date: 1953-02-10

Transformed into a National Application: No

Registration Date: 1954-07-06

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-09-16

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHRISTIAN DIOR COUTURE, S.A.

Address:
CHRISTIAN DIOR COUTURE, S.A.
30 AVENUE MONTAIGNE

75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**U.S. Class:** 039 (International Class 025)
**Class Status:** Active
]
**Basis:** 1(a)
**First Use Date:** 1947-02-27
**First Use in Commerce Date:** 1947-02-27

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** THE TRADE-MARK CONSISTS OF THE NAME "CHRISTIAN DIOR" WHOSE CONSENT TO REGISTER IS OF RECORD.

**Prior Registration Number(s):**
523754
541088
569038

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2004-09-15 - Third renewal 10 year

2004-09-15 - Section 8 (10-year) accepted/ Section 9 granted

2004-06-30 - Combined Section 8 (10-year)/Section 9 filed

2004-06-30 - TEAS Section 8 & 9 Received

1994-07-26 - Second renewal 10 year

1994-06-13 - Section 9 filed/check record for Section 8

1974-07-06 - First renewal

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**

PHILIP H. GOTTFRIED
AMSTER, ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016

**Domestic Representative**
AMSTER, ROTHSTEIN & EBENSTEIN

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Christian Berg

| | |
|---|---|
| **Word Mark** | CHRISTIAN BERG |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Soaps; perfumery, essential oils, hair lotion; dentifrices |
| | IC 018. US 001 002 003 022 041. G & S: Leather and imitations of leather and goods made of these materials and not included in other classes, namely, briefcases, duffel bags, garment bags for travel, handbags, luggage, purses, rucksacks, shoulder bags, sports bags, suitcases, traveling bags, trunks, and wallets |
| | IC 025. US 022 039. G & S: Clothing, footwear, and headgear, namely, ascots, athletic uniforms, bathing suits, bathrobes, belts, caps, coats, dressing gowns, gloves, hats, hosiery, jackets, jeans, jerseys, jogging suits, lingerie, mittens, neckties, pajamas, pants, pullovers, raincoats, robes, scarves, shirts, shoes, shorts, skirts, sleepwear, slips, sneakers, socks, sport coats, sport shirts, stockings, suits, sweatshirts, sweat suits, sweaters, swimwear, T-shirts, ties, trousers, undershirts, underwear, vests, and wind resistant jackets |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 79002483 |
| **Filing Date** | March 24, 2004 |
| **Current Filing Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | August 30, 2005 |
| **Registration Number** | 3018056 |

| International Registration Number | 0824526 |
| --- | --- |
| Registration Date | November 22, 2005 |
| Owner | (REGISTRANT) Anson's Herrenhaus KG KG FED REP GERMANY Berliner Allee 2 D-40212 Düsseldorf FED REP GERMANY |
| Attorney of Record | William D. Raman |
| Priority Date | December 2, 2003 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Other Data | The name "CHRISTIAN BERG" does not identify a particular living individual. |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:32:16 ET

Serial Number: 79002483 Assignment Information

Registration Number: 3018056

**Mark**

# Christian Berg

(words only): CHRISTIAN BERG

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2005-11-22

**Filing Date:** 2004-03-24

**Transformed into a National Application:** No

**Registration Date:** 2005-11-22

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-11-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Anson's Herrenhaus KG

**Address:**
Anson's Herrenhaus KG
Berliner Allee 2 D-40212 Düsseldorf
Fed Rep Germany
**Legal Entity Type:** KG
**State or Country Where Organized:** Fed Rep Germany

---

## GOODS AND/OR SERVICES

**International Class: 003**
**Class Status: Active**
Soaps; perfumery, essential oils, hair lotion; dentifrices
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class: 018**
**Class Status: Active**
Leather and imitations of leather and goods made of these materials and not included in other classes,
namely, briefcases, duffel bags, garment bags for travel, handbags, luggage, purses, rucksacks, shoulder
bags, sports bags, suitcases, traveling bags, trunks, and wallets
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class: 025**
**Class Status: Active**
Clothing, footwear, and headgear, namely, ascots, athletic uniforms, bathing suits, bathrobes, belts, caps,
coats, dressing gowns, gloves, hats, hosiery, jackets, jeans, jerseys, jogging suits, lingerie, mittens,
neckties, pajamas, pants, pullovers, raincoats, robes, scarves, shirts, shoes, shorts, skirts, sleepwear,
slips, sneakers, socks, sport coats, sport shirts, stockings, suits, sweatshirts, sweat suits, sweaters,
swimwear, T-shirts, ties, trousers, undershirts, underwear, vests, and wind resistant jackets
**Basis:** 66(a)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "CHRISTIAN BERG" does not identify a particular living
individual.

## MADRID PROTOCOL INFORMATION

**International Registration Number:** 0824526
**International Registration Date:** 2004-03-24
**Priority Claimed:** Yes
**Date of Section 67 Priority Claim:** 2003-12-02
**International Registration Status:** Request For Extension Of Protection Processed
**Date of International Registration Status:** 2004-06-10
**International Registration Renewal Date:** 2014-03-24
**Notification of Designation Date:** 2004-06-10
**Date of Automatic Protection:** 2005-12-10
**Date International Registration Cancelled:** (DATE NOT AVAILABLE)
**First Refusal:** Yes

## PROSECUTION HISTORY

2006-07-20 - Final Disposition Notice Sent To IB

2006-07-20 - Final Disposition Processed

2006-07-12 - Final Disposition Notice Created, To Be Sent To IB

2005-11-22 - Registered - Principal Register

2005-11-10 - Notification Of Possible Opposition Created, To Be Sent To IB

2005-08-30 - Published for opposition

2005-08-10 - Notice of publication

2005-05-12 - Law Office Publication Review Completed

2005-05-06 - Assigned To LIE

2005-05-04 - Approved for Pub - Principal Register (Initial exam)

2005-04-15 - Final refusal mailed

2005-04-14 - Final Refusal Written

2005-04-14 - Amendment From Applicant Entered

2005-04-07 - Communication received from applicant

2005-04-07 - PAPER RECEIVED

2005-04-06 - TEAS Change Of Correspondence Received

2004-11-04 - Refusal Processed By IB

2004-10-06 - Non-final action mailed

2004-10-04 - Non-Final Action Written

2004-10-04 - Assigned To Examiner

2004-06-10 - New Application Entered In Tram

2004-06-10 - Sn Assigned For Sect 66a Appl From IB

## CORRESPONDENCE INFORMATION

**Correspondent**
William D. Raman (Attorney of record)

William D. Raman
WONG CABELLO
P.O. Box 685108
Austin TX 78768-5108

Phone Number: (512) 473-2550
Fax Number: (512) 473-2555

**Domestic Representative**
William D. Raman