# EXHIBIT A

Continued

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | REBECCA TAYLOR |
| **Goods and Services** | IC 025. US 022 039. G & S: blouses, skirts, dresses, pants, jackets and coats. FIRST USE: 19970301. FIRST USE IN COMMERCE: 19970301 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75277942 |
| **Filing Date** | April 21, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 4, 1997 |
| **Registration Number** | 2132863 |
| **Registration Date** | January 27, 1998 |
| **Owner** | (REGISTRANT) Taylor, Rebecca INDIVIDUAL NEW ZEALAND 265 West 37th Street New York NEW YORK 10018 |
| | (LAST LISTED OWNER) BUGDAYCAY, ELIZABETH INDIVIDUAL 265 WEST 37TH STREET NEW YORK NEW YORK 10018 |
| | (LAST LISTED OWNER) TAYLOR, REBECCA INDIVIDUAL 265 WEST 37TH STREET NEW YORK NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ANNE C. BAKER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:53:13 ET

Serial Number: 75277942 Assignment Information

Registration Number: 2132863

Mark (words only): REBECCA TAYLOR

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2004-02-27

Filing Date: 1997-04-21

Transformed into a National Application: No

Registration Date: 1998-01-27

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-03-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TAYLOR, REBECCA

Address:
TAYLOR, REBECCA
265 WEST 37TH STREET
NEW YORK, NY 10018
United States
Legal Entity Type: Individual
Country of Citizenship: (NOT AVAILABLE)

2. BUGDAYCAY, ELIZABETH

Address:
BUGDAYCAY, ELIZABETH
265 WEST 37TH STREET

NEW YORK, NY 10018
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** (NOT AVAILABLE)

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
blouses, skirts, dresses, pants, jackets and coats
**Basis:** 1(a)
**First Use Date:** 1997-03-01
**First Use in Commerce Date:** 1997-03-01

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-02-27 - Section 8 (6-year) accepted & Section 15 acknowledged

2003-12-24 - Section 8 (6-year) and Section 15 Filed

2002-09-11 - TEAS Change Of Correspondence Received

1998-01-27 - Registered - Principal Register

1997-11-04 - Published for opposition

1997-10-03 - Notice of publication

1997-09-08 - Approved for Pub - Principal Register (Initial exam)

1997-08-29 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
ANNE C. BAKER (Attorney of record)

ANNE C. BAKER
COWAN, DEBEATS, ABRAHAMS & SHEPPARD LLP

41 MADISON AVENUE, 34TH FLOOR
NEW YORK NY 10010

**Phone Number:** (212) 692-1000
**Fax Number:** (212) 692-1020

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | REBECCA TAYLOR |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry, namely, bracelets, earrings, necklaces, rings, and waistlets. FIRST USE: 20001206. FIRST USE IN COMMERCE: 20001206 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75934977 |
| **Filing Date** | March 3, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 12, 2001 |
| **Registration Number** | 2919208 |
| **Registration Date** | January 18, 2005 |
| **Owner** | (REGISTRANT) BUGDAYCAY, ELIZABETH INDIVIDUAL UNITED STATES 20TH FLOOR 265 WEST 37TH STREET NEW YORK NEW YORK 10018 |
| | (REGISTRANT) TAYLOR, REBECCA INDIVIDUAL NEW ZEALAND 20TH FLOOR 265 WEST 37TH STREET NEW YORK NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Anne C. Baker |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "REBECCA TAYLOR" identifies a living individual whose consent is of record. |
| **Live/Dead** | LIVE |

Indicator

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:53:36 ET

Serial Number: 75934977 Assignment Information

Registration Number: 2919208

Mark (words only): REBECCA TAYLOR

Standard Character claim: No

Current Status: Registered.

Date of Status: 2005-01-18

Filing Date: 2000-03-03

Transformed into a National Application: No

Registration Date: 2005-01-18

Register: Principal

Law Office Assigned: LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2004-12-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TAYLOR, REBECCA

Address:
TAYLOR, REBECCA
20TH FLOOR 265 WEST 37TH STREET
NEW YORK, NY 10018
United States
Legal Entity Type: Individual
Country of Citizenship: New Zealand

2. BUGDAYCAY, ELIZABETH

Address:
BUGDAYCAY, ELIZABETH
20TH FLOOR 265 WEST 37TH STREET

NEW YORK, NY 10018
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Jewelry, namely, bracelets, earrings, necklaces, rings, and waistlets
**Basis:** 1(a)
**First Use Date:** 2000-12-06
**First Use in Commerce Date:** 2000-12-06

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "REBECCA TAYLOR" identifies a living individual whose consent is of record.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-01-18 - Registered - Principal Register

2004-11-22 - Law Office Registration Review Completed

2004-11-08 - Allowed for Registration - Principal Register (SOU accepted)

2004-10-19 - Examiner's Amendment Entered

2004-10-18 - Examiner's amendment mailed

2004-10-17 - SU-Examiner's Amendment Written

2004-10-06 - Previous allowance count withdrawn

2004-09-27 - Assigned To LIE

2004-09-22 - Allowed for Registration - Principal Register (SOU accepted)

2004-09-22 - Assigned To Examiner

2004-09-01 - Statement of use processing complete

2004-09-01 - Amendment to Use filed

2004-09-03 - PAPER RECEIVED

2004-07-15 - Case File In TICRS

2004-03-03 - FAX RECEIVED

2004-03-03 - Extension 5 granted

2004-03-03 - Extension 5 filed

2003-09-23 - Extension 4 granted

2003-08-27 - Extension 4 filed

2003-08-29 - PAPER RECEIVED

2003-09-03 - FAX RECEIVED

2003-06-03 - Extension 3 granted

2003-03-03 - Extension 3 filed

2002-09-30 - Extension 2 granted

2002-09-03 - Extension 2 filed

2002-09-03 - PAPER RECEIVED

2002-03-26 - Extension 1 granted

2002-03-04 - Extension 1 filed

2002-03-04 - PAPER RECEIVED

2001-09-04 - Notice of allowance - mailed

2001-06-12 - Published for opposition

2001-05-30 - Notice of publication

2001-03-11 - Approved for Pub - Principal Register (Initial exam)

2001-01-24 - Communication received from applicant

2000-08-17 - Non-final action mailed

2000-08-03 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Anne C. Baker (Attorney of record)

ANNE C. BAKER
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 MADISON AVE 34TH FL
NEW YORK NY 10010

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | CATHERINE REBECCA |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, dresses, skirts, pants, and shorts. FIRST USE: 19891201. FIRST USE IN COMMERCE: 19891201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75527741 |
| **Filing Date** | July 30, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 6, 1999 |
| **Registration Number** | 2281397 |
| **Registration Date** | September 28, 1999 |
| **Owner** | (REGISTRANT) NSR, Inc. CORPORATION TEXAS 1 Long Timbers Lane Houston TEXAS 77024 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Other Data** | The name in the mark does not identify a particular individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-26 16:53:58 ET

Serial Number: 75527741 <u>Assignment Information</u>

Registration Number: 2281397

Mark (words only): CATHERINE REBECCA

Standard Character claim: No

Current Status: A Section 8 affidavit has been accepted.

Date of Status: 2005-10-31

Filing Date: 1998-07-30

Transformed into a National Application: No

Registration Date: 1999-09-28

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: L40 -TMEG Law Office 104

Date In Location: 2006-02-14

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. NSR, Inc.

Address:
NSR, Inc.
1 Long Timbers Lane
Houston, TX 77024
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Texas

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

Clothing, namely, dresses, skirts, pants, and shorts
Basis: 1(a)
First Use Date: 1989-12-01
First Use in Commerce Date: 1989-12-01

## ADDITIONAL INFORMATION

Name Portrait Consent: The name in the mark does not identify a particular individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-02-13 - Case File In TICRS

2005-10-31 - Section 8 (6-year) accepted

2005-08-03 - Section 8 (6-year) filed

2005-08-03 - TEAS Section 8 Received

1999-09-28 - Registered - Principal Register

1999-07-06 - Published for opposition

1999-06-04 - Notice of publication

1999-03-01 - Approved for Pub - Principal Register (Initial exam)

1999-02-25 - Assigned To Examiner

1999-02-24 - Examiner's amendment mailed

1999-02-10 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

Correspondent
NSR, INC.
1 LONG TIMBERS LANE
HOUSTON, TX 77024



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | REBECCA MALONE |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: JEWELRY. FIRST USE: 19970000. FIRST USE IN COMMERCE: 19970000 |
| | IC 025. US 022 039. G & S: WOMEN'S CLOTHING APPAREL; NAMELY, BLOUSES, PANTS, SHIRTS, SWEATERS, JACKETS, KNIT TOPS AND HANDBAGS. FIRST USE: 19970000. FIRST USE IN COMMERCE: 19970000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75882619 |
| **Filing Date** | December 28, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 26, 2002 |
| **Registration Number** | 2821443 |
| **Registration Date** | March 9, 2004 |
| **Owner** | (REGISTRANT) Specialty Retailers, Inc. CORPORATION TEXAS 10201 Main Street Houston TEXAS 77025 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | MICHAEL G SAENZ |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Other Data**    The name shown in the mark does not identify a living individual.

**Live/Dead**
**Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | ●BUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:54:49 ET

Serial Number: 75882619 Assignment Information

Registration Number: 2821443

Mark (words only): REBECCA MALONE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2004-03-09

Filing Date: 1999-12-28

Transformed into a National Application: No

Registration Date: 2004-03-09

Register: Principal

Law Office Assigned: LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-03-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Specialty Retailers, Inc.

**Address:**
Specialty Retailers, Inc.
10201 Main Street
Houston, TX 77025
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Texas

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

JEWELRY
Basis: 1(a)
First Use Date: 1997-00-00
First Use in Commerce Date: 1997-00-00

International Class: 025
Class Status: Active
WOMEN'S CLOTHING APPAREL; NAMELY, BLOUSES, PANTS, SHIRTS, SWEATERS,
JACKETS, KNIT TOPS AND HANDBAGS
Basis: 1(a)
First Use Date: 1997-00-00
First Use in Commerce Date: 1997-00-00

---

## ADDITIONAL INFORMATION

Name Portrait Consent: The name shown in the mark does not identify a living individual.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-03-08 - TEAS Change Of Correspondence Received

2004-08-17 - TEAS Change Of Correspondence Received

2004-03-09 - Registered - Principal Register

2004-01-07 - Allowed for Registration - Principal Register (SOU accepted)

2003-06-10 - Statement of use processing complete

2003-07-10 - Assigned To Examiner

2003-06-10 - Amendment to Use filed

2003-06-10 - TEAS Statement of Use Received

2003-02-18 - Notice of allowance - mailed

2002-11-26 - Published for opposition

2002-11-06 - Notice of publication

2002-09-20 - Approved for Pub - Principal Register (Initial exam)

2002-09-19 - Assigned To Examiner

2002-09-18 - Assigned To Examiner

2002-09-16 - Reinstated

2001-07-23 - Petition To Revive-Received

2001-03-06 - Abandonment - Failure To Respond Or Late Response

2000-10-26 - Unresponsive/Duplicate Paper Received

2000-06-12 - Non-final action mailed

2000-06-07 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
MICHAEL G SAENZ (Attorney of record)

Anthony L. Rahhal
McAfee & Taft
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City OK 73102
**Phone Number:** (405) 235-9621
**Fax Number:** (405) 235-0439



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# rebecca v.

| | |
|---|---|
| **Word Mark** | REBECCA V. |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: SUNGLASSES. FIRST USE: 20000522. FIRST USE IN COMMERCE: 20000522 |
| | IC 018. US 001 002 003 022 041. G & S: BAGS, NAMELY, TOTE BAGS AND COSMETIC BAGS SOLD EMPTY. FIRST USE: 20000522. FIRST USE IN COMMERCE: 20000522 |
| | IC 024. US 042 050. G & S: BEACH TOWELS. FIRST USE: 20000522. FIRST USE IN COMMERCE: 20000522 |
| | IC 025. US 022 039. G & S: HEADWEAR; FOOTWEAR; AND CLOTHING, NAMELY, WOMEN'S AND GIRL'S SWIMWEAR, SHIRTS, TOPS, SKIRTS, DRESSES, PANTS, SHORTS, SWIMSUITS, JACKETS, SWIMSUIT COVER-UPS AND TOPS, SWEATSHIRTS, GYM SUITS, AND EXERCISE/AEROBIC TOPS AND BOTTOMS. FIRST USE: 20000428. FIRST USE IN COMMERCE: 20000428 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 76059552 |
| **Filing Date** | May 31, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 3, 2002 |

| | |
|---|---|
| Registration Number | 2653238 |
| Registration Date | November 26, 2002 |
| Owner | (REGISTRANT) LUNADA BAY CORPORATION, THE CORPORATION CALIFORNIA 2419 East Winston Road Anaheim CALIFORNIA 92806 |
| Attorney of Record | Diane M. Reed |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:55:05 ET

Serial Number: 76059552 Assignment Information

Registration Number: 2653238

Mark

# rebecca v.

(words only): REBECCA V.

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-11-26

Filing Date: 2000-05-31

Transformed into a National Application: No

Registration Date: 2002-11-26

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-01-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LUNADA BAY CORPORATION, THE

Address:
LUNADA BAY CORPORATION, THE
2419 East Winston Road

Anaheim, CA 92806
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
SUNGLASSES
**Basis:** 1(a)
**First Use Date:** 2000-05-22
**First Use in Commerce Date:** 2000-05-22

**International Class:** 018
**Class Status:** Active
BAGS, NAMELY, TOTE BAGS AND COSMETIC BAGS SOLD EMPTY
**Basis:** 1(a)
**First Use Date:** 2000-05-22
**First Use in Commerce Date:** 2000-05-22

**International Class:** 024
**Class Status:** Active
BEACH TOWELS
**Basis:** 1(a)
**First Use Date:** 2000-05-22
**First Use in Commerce Date:** 2000-05-22

**International Class:** 025
**Class Status:** Active
HEADWEAR; FOOTWEAR; AND CLOTHING, NAMELY, WOMEN'S AND GIRL'S SWIMWEAR,
SHIRTS, TOPS, SKIRTS, DRESSES, PANTS, SHORTS, SWIMSUITS, JACKETS, SWIMSUIT
COVER-UPS AND TOPS, SWEATSHIRTS, GYM SUITS, AND EXERCISE/AEROBIC TOPS AND
BOTTOMS
**Basis:** 1(a)
**First Use Date:** 2000-04-28
**First Use in Commerce Date:** 2000-04-28

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2002-11-26 - Registered - Principal Register

2002-09-03 - Published for opposition

2002-08-14 - TEAS Change Of Correspondence Received

2002-08-14 - Notice of publication

2002-06-16 - Approved for Pub - Principal Register (Initial exam)

2002-06-10 - Examiner's amendment mailed

2002-03-11 - Final refusal mailed

2001-07-30 - Communication received from applicant

2001-01-30 - Non-final action mailed

2001-01-24 - Assigned To Examiner

2001-01-13 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Diane M. Reed (Attorney of record)

Diane M. Reed
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine CA 92614

**Phone Number:** 949-760-0404
**Fax Number:** 949-760-9502

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | REBECCA JONES |
| **Goods and Services** | IC 025. US 022 039. G & S: LADIES' AND MEN'S APPAREL, NAMELY, BLOUSES, TOPS, SWEATERS, SHIRTS, SLACKS, DRESSES, JACKETS, VESTS, SUITS. FIRST USE: 20010328. FIRST USE IN COMMERCE: 20010328 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76256738 |
| **Filing Date** | May 14, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 18, 2002 |
| **Registration Number** | 2617542 |
| **Registration Date** | September 10, 2002 |
| **Owner** | (REGISTRANT) Zinn, Jeffery INDIVIDUAL UNITED STATES 1400 Broadway, 28th Floor New York NEW YORK 10018 |
| **Attorney of Record** | Howard N. Aronson |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "REBECCA JONES" does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:55:22 ET

Serial Number: 76256738 Assignment Information

Registration Number: 2617542

Mark (words only): REBECCA JONES

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-09-10

Filing Date: 2001-05-14

Transformed into a National Application: No

Registration Date: 2002-09-10

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-09-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Zinn, Jeffery

**Address:**
Zinn, Jeffery
1400 Broadway, 28th Floor
New York, NY 10018
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

LADIES' AND MEN'S APPAREL, NAMELY, BLOUSES, TOPS, SWEATERS, SHIRTS, SLACKS, DRESSES, JACKETS, VESTS, SUITS
Basis: 1(a)
First Use Date: 2001-03-28
First Use in Commerce Date: 2001-03-28

---

## ADDITIONAL INFORMATION

Name Portrait Consent: The name "REBECCA JONES" does not identify a living individual.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2002-09-10 - Registered - Principal Register

2002-06-18 - Published for opposition

2002-05-29 - Notice of publication

2002-03-05 - Approved for Pub - Principal Register (Initial exam)

2001-12-06 - Communication received from applicant

2001-08-24 - Non-final action mailed

2001-08-14 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Howard N. Aronson (Attorney of record)

HOWARD N. ARONSON
LACKENBACH SIEGEL
PO BOX 416
SCARSDALE NY 10583-0416

**Phone Number:** (914) 723-4300
**Fax Number:** (914) 723-4301

---

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | REBECCA JEWELL |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely bathing suits and swimwear. FIRST USE: 20000601. FIRST USE IN COMMERCE: 20000601 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76298046 |
| **Filing Date** | August 13, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 2, 2002 |
| **Registration Number** | 2585184 |
| **Registration Date** | June 25, 2002 |
| **Owner** | (REGISTRANT) Jewell, Rebecca INDIVIDUAL UNITED STATES 300 California Avenue #23 Santa Monica CALIFORNIA 90403 |
| **Attorney of Record** | Michael E. Jewell |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:55:42 ET

Serial Number: 76298046 Assignment Information

Registration Number: 2585184

Mark (words only): REBECCA JEWELL

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-06-25

Filing Date: 2001-08-13

Transformed into a National Application: No

Registration Date: 2002-06-25

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-07-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Jewell, Rebecca

**Address:**
Jewell, Rebecca
300 California Avenue #23
Santa Monica, CA 90403
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active

Clothing, namely bathing suits and swimwear
Basis: 1(a)
First Use Date: 2000-06-01
First Use in Commerce Date: 2000-06-01

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2002-06-25 - Registered - Principal Register

2002-04-02 - Published for opposition

2002-03-13 - Notice of publication

2001-09-10 - Approved for Pub - Principal Register (Initial exam)

2001-09-05 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Michael E. Jewell (Attorney of record)

MICHAEL E. JEWELL
CADDEN, FULLER, BURKHALTER & MICHAELS, L
2030 MAIN ST STE 1500
IRVINE CA 92614-7293

**Phone Number:** (949) 263-2275
**Fax Number:** (949) 263-2265

---

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  ( *Use the "Back" button of the Internet Browser to return to TESS)*

# REBECCA BEESON

| | |
|---|---|
| **Word Mark** | REBECCA BEESON |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely tops and pants. FIRST USE: 19970801. FIRST USE IN COMMERCE: 19980501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78406074 |
| **Filing Date** | April 21, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 21, 2005 |
| **Registration Number** | 2994668 |
| **Registration Date** | September 13, 2005 |
| **Owner** | (REGISTRANT) Rebecca Beeson Inc. CORPORATION CALIFORNIA 1345 Howard Street San Francisco CALIFORNIA 94103 |
| **Attorney of Record** | Kathryn M. Wheble, |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies REBECCA BEESON, whose consent(s) to register is submitted. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:56:07 ET

Serial Number: 78406074 Assignment Information

Registration Number: 2994668

Mark

# REBECCA BEESON

(words only): REBECCA BEESON

Standard Character claim: Yes

Current Status: Registered.

Date of Status: 2005-09-13

Filing Date: 2004-04-21

Transformed into a National Application: No

Registration Date: 2005-09-13

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2005-09-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Rebecca Beeson Inc.

Address:
Rebecca Beeson Inc.
1345 Howard Street

San Francisco, CA 94103
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Clothing, namely tops and pants
**Basis:** 1(a)
**First Use Date:** 1997-08-01
**First Use in Commerce Date:** 1998-05-01

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark identifies REBECCA BEESON, whose consent(s) to register is submitted.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-09-13 - Registered - Principal Register

2005-06-21 - Published for opposition

2005-06-01 - Notice of publication

2005-03-03 - Law Office Publication Review Completed

2005-03-02 - Assigned To LIE

2005-02-15 - Approved for Pub - Principal Register (Initial exam)

2005-02-14 - Amendment From Applicant Entered

2005-01-27 - Communication received from applicant

2005-01-27 - TEAS Response to Office Action Received

2004-11-14 - Non-final action e-mailed

2004-11-14 - Non-Final Action Written

2004-11-14 - Assigned To Examiner

2004-04-30 - New Application Entered In Tram

## CORRESPONDENCE INFORMATION

**Correspondent**
Kathryn M. Wheble, (Attorney of record)

KATHRYN M. WHEBLE,
COOLEY GODWARD LLP
1 MARITIME PLZ FL 20
SAN FRANCISCO CA 94111-3510

**Phone Number:** (415) 693-2000
**Fax Number:** (415) 951-3699



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 26 04:17:03 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | RGD REBECCA GODSON DESIGN |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry, namely handmade jewelry constructed of gold, silver and other precious metals, in the form of chains, pendants, rings, necklaces and earrings. FIRST USE: 20041201. FIRST USE IN COMMERCE: 20041201 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 78535912 |
| **Filing Date** | December 21, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 1, 2005 |
| **Registration Number** | 3050085 |
| **Registration Date** | January 24, 2006 |
| **Owner** | (REGISTRANT) Godson, Rebecca INDIVIDUAL UNITED STATES c/o E. Hanscom 6994 El Camino Real Suite 204 Carlsbad CALIFORNIA 92009 |
| **Attorney of Record** | Eric Hanscom |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE DESIGN APART FROM THE MARK AS SHOWN |

| Description of Mark | The colors brown and black are claimed as a feature of the mark. The color brown appears in the background design element; and the color black appears in all the lettering and wording. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Other Data | I consent to the use of my name, Rebecca Godson. |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   Browse Dict   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-26 16:56:26 ET

Serial Number: 78535912 Assignment Information

Registration Number: 3050085

**Mark**



(words only): RGD REBECCA GODSON DESIGN

Standard Character claim: No

Current Status: Registered.

Date of Status: 2006-01-24

Filing Date: 2004-12-21

Transformed into a National Application: No

Registration Date: 2006-01-24

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2006-01-24

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Godson, Rebecca

**Address:**
Godson, Rebecca
c/o E. Hanscom 6994 El Camino Real Suite 204

Carlsbad, CA 92009
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Jewelry, namely handmade jewelry constructed of gold, silver and other precious metals, in the form of chains, pendants, rings, necklaces and earrings
**Basis:** 1(a)
**First Use Date:** 2004-12-01
**First Use in Commerce Date:** 2004-12-01

---

## ADDITIONAL INFORMATION

**Color(s) Claimed:** The colors brown and black are claimed as a feature of the mark.

**Description of Mark and Any Color Part(s):** The color brown appears in the background design element; and the color black appears in all the lettering and wording.

**Disclaimer:** DESIGN

**Name Portrait Consent:** I consent to the use of my name, Rebecca Godson.

**Design Search Code(s):**
26.11.21 - Rectangles that are completely or partially shaded

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-01-24 - Registered - Principal Register

2005-11-01 - Published for opposition

2005-10-12 - Notice of publication

2005-09-02 - Law Office Publication Review Completed

2005-08-19 - Assigned To LIE

2005-08-12 - Approved for Pub - Principal Register (Initial exam)

2005-08-12 - Teas/Email Correspondence Entered

2005-08-05 - Communication received from applicant

2005-08-05 - TEAS Response to Office Action Received

2005-07-28 - Examiner's Amendment/Priority Action E-Mailed

2005-07-28 - Examiners Amendment And/Or Priority Action - Completed

2005-07-26 - Assigned To Examiner

2005-01-04 - New Application Entered In Tram

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Eric Hanscom (Attorney of record)

ERIC HANSCOM
LAW OFFICES OF ERIC HANSCOM
6994 EL CAMINO REAL, SUITE 204
CARLSBAD, CA 92009

**Phone Number:** (760) 804 1712
**Fax Number:** (760) 494 3014

---

**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | TOMMY |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing for men, women and children, namely, T-shirts, sweatshirts, sweaters, shirts, anoraks, jackets, coats, jeans, shorts, overalls, hats, and caps. FIRST USE: 19871200. FIRST USE IN COMMERCE: 19871200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75407975 |
| **Filing Date** | December 19, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 4, 2000 |
| **Registration Number** | 2389024 |
| **Registration Date** | September 26, 2000 |
| **Owner** | (REGISTRANT) Tommy Hilfiger Licensing, Inc. CORPORATION DELAWARE 913 N. Market Street Wilmington DELAWARE 19801 |
| | (LAST LISTED OWNER) TOMMY HILFIGER LICENSING LLC LTD LIAB CO DELAWARE 601 W. 26TH ST., 6TH FLOOR NEW YORK NEW YORK 10001 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | STEVEN R GURSKY |
| **Prior Registrations** | 1398612;1738410;1812970;1833391;1940671;1978987;1990190;1995802;1998783; 2025974;2103148;2124016;2145523;2159761;2162940;AND OTHERS |
| **Type of Mark** | TRADEMARK |

**Register**          PRINCIPAL

**Live/Dead
Indicator**           LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 12:06:44 ET

Serial Number: 75407975 Assignment Information

Registration Number: 2389024

Mark (words only): TOMMY

Standard Character claim: No

Current Status: Registered.

Date of Status: 2000-09-26

Filing Date: 1997-12-19

Transformed into a National Application: No

Registration Date: 2000-09-26

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: M4D -TMO Law Office 113 - Docket Clerk

Date In Location: 2006-01-24

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOMMY HILFIGER LICENSING LLC

Address:
TOMMY HILFIGER LICENSING LLC
601 W. 26TH ST., 6TH FLOOR
NEW YORK, NY 10001
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

Clothing for men, women and children, namely, T-shirts, sweatshirts, sweaters, shirts, anoraks, jackets, coats, jeans, shorts, overalls, hats, and caps
**Basis:** 1(a)
**First Use Date:** 1987-12-00
**First Use in Commerce Date:** 1987-12-00

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1398612
1738410
1812970
1833391
1940671
1978987
1990190
1995802
1998783
2025974
2103148
2124016
2145523
2159761
2162940

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-06-28 - Automatic Update Of Assignment Of Ownership

2006-01-23 - Case File In TICRS

2000-09-26 - Registered - Principal Register

2000-07-04 - Published for opposition

2000-06-02 - Notice of publication

1999-07-20 - Extension Of Time To Oppose Received

1999-07-06 - Published for opposition

1999-06-04 - Notice of publication

1998-12-29 - Approved for Pub - Principal Register (Initial exam)

1998-10-30 - Letter of suspension mailed

1998-10-26 - Assigned To Examiner

1998-10-14 - Assigned To Examiner

1998-10-13 - Petition To Director - Granted

1998-08-14 - Petition To Director Received

1998-09-04 - Assigned To Examiner

1998-08-20 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
STEVEN R GURSKY (Attorney of record)

STEVEN R GURSKY
GURSKY & EDERER PC
1350 BROADWAY 11TH FL
NEW YORK NY 10018

---

**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout. Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*

*Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | TOMMY |
| **Goods and Services** | IC 025. US 022 039. G & S: FULL LINE OF APPAREL AND HEADWEAR. FIRST USE: 19871201. FIRST USE IN COMMERCE: 19871201 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75829479 |
| **Filing Date** | October 22, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 1, 2000 |
| **Registration Number** | 2475142 |
| **Registration Date** | August 7, 2001 |
| **Owner** | (REGISTRANT) Tommy Hilfiger Licensing, Inc. CORPORATION DELAWARE 913 N. Market Street Wilmington DELAWARE 19801 |
| | (LAST LISTED OWNER) TOMMY HILFIGER LICENSING LLC LTD LIAB CO DELAWARE 601 W. 26TH ST.; 6TH FLOOR NEW YORK NEW YORK 10001 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | STEVEN R GURSKY |
| **Prior Registrations** | 1811592;2162940;2286255;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "TOMMY" identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 12:29:03 ET

Serial Number: 75829479 Assignment Information

Registration Number: 2475142

Mark (words only): TOMMY

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-08-07

Filing Date: 1999-10-22

Transformed into a National Application: No

Registration Date: 2001-08-07

Register: Principal

Law Office Assigned: LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-08-20

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOMMY HILFIGER LICENSING LLC

Address:
TOMMY HILFIGER LICENSING LLC
601 W. 26TH ST., 6TH FLOOR
NEW YORK, NY 10001
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

FULL LINE OF APPAREL AND HEADWEAR
Basis: 1(a)
First Use Date: 1987-12-01
First Use in Commerce Date: 1987-12-01

## ADDITIONAL INFORMATION

Name Portrait Consent: The name "TOMMY" identifies a living individual whose consent is of record.

Prior Registration Number(s):
1811592
2162940
2286255

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-06-28 - Automatic Update Of Assignment Of Ownership

2001-08-07 - Registered - Principal Register

2000-08-31 - Extension Of Time To Oppose Received

2000-08-01 - Published for opposition

2000-06-30 - Notice of publication

2000-05-19 - Approved for Pub - Principal Register (Initial exam)

2000-04-11 - Communication received from applicant

2000-02-01 - Non-final action mailed

1999-12-23 - Assigned To Examiner

1999-12-16 - Assigned To Examiner

1999-11-17 - Petition To Director - Granted

1999-10-22 - Petition To Director Received

## CORRESPONDENCE INFORMATION

Correspondent

STEVEN R GURSKY (Attorney of record)

STEVEN R GURSKY
GURSKY & EDERER PC
1350 BROADWAY 11TH FL
NEW YORK NY 10018

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | TOMMY HILFIGER |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: deodorants and soaps for personal use. FIRST USE: 19951200. FIRST USE IN COMMERCE: 19951200 |
| | IC 018. US 001 002 003 022 041. G & S: articles of leather and imitation leather, namely, wallets, credit card cases, billfolds, umbrellas and travelling bags. FIRST USE: 19941100. FIRST USE IN COMMERCE: 19941100 |
| | IC 025. US 022 039. G & S: bathrobes, tuxedos, pajamas, underpants and undershirts. FIRST USE: 19940600. FIRST USE IN COMMERCE: 19940600 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74134713 |
| **Filing Date** | January 30, 1991 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 8, 1992 |
| **Registration Number** | 1995802 |
| **Registration Date** | August 20, 1996 |
| **Owner** | (REGISTRANT) TOMMY HILFIGER, INC. CORPORATION NEW JERSEY 25 West 39th Street New York NEW YORK 10018 |
| | (LAST LISTED OWNER) TOMMY HILFIGER LICENSING LLC LTD LIAB CO DELAWARE 601 W. 26TH ST., 6TH FLOOR NEW YORK NEW YORK 10001 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | STEVEN R. GURSKY |
| **Prior Registrations** | 1396905;1398612 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | "TOMMY HILFIGER" is a living individual whose consent is of record. |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-27 12:29:22 ET

Serial Number: 74134713 <u>Assignment Information</u>

Registration Number: 1995802

Mark (words only): TOMMY HILFIGER

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2001-09-18

Filing Date: 1991-01-30

Transformed into a National Application: No

Registration Date: 1996-08-20

Register: Principal

Law Office Assigned: LAW OFFICE 107

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 40S -Scanning On Demand

Date In Location: 2006-07-14

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOMMY HILFIGER LICENSING LLC

Address:
TOMMY HILFIGER LICENSING LLC
601 W. 26TH ST., 6TH FLOOR
NEW YORK, NY 10001
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: Delaware

---

## GOODS AND/OR SERVICES

International Class: 003
Class Status: Active

deodorants and soaps for personal use
Basis: 1(a)
First Use Date: 1995-12-00
First Use in Commerce Date: 1995-12-00

International Class: 018
Class Status: Active
articles of leather and imitation leather, namely, wallets, credit card cases, billfolds, umbrellas and travelling bags
Basis: 1(a)
First Use Date: 1994-11-00
First Use in Commerce Date: 1994-11-00

International Class: 025
Class Status: Active
bathrobes, tuxedos, pajamas, underpants and undershirts
Basis: 1(a)
First Use Date: 1994-06-00
First Use in Commerce Date: 1994-06-00

## ADDITIONAL INFORMATION

Name Portrait Consent: "TOMMY HILFIGER" is a living individual whose consent is of record.

Prior Registration Number(s):
1396905
1398612

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-07-14 - Case File In TICRS

2006-06-28 - Automatic Update Of Assignment Of Ownership

2001-09-18 - Section 8 (6-year) accepted & Section 15 acknowledged

2001-08-27 - Section 8 (6-year) and Section 15 Filed

1996-08-20 - Registered - Principal Register

1996-06-25 - Allowed for Registration - Principal Register (SOU accepted)

1996-06-20 - Examiners Amendment -Written

1996-06-14 - Statement of use processing complete

1996-02-29 - Amendment to Use filed

1995-11-20 - Extension 5 granted

1995-09-01 - Extension 5 filed

1995-11-20 - Divisional processing completed

1995-09-01 - Divisional request received

1995-03-31 - Extension 4 granted

1995-02-17 - Extension 4 filed

1994-10-17 - Extension 3 granted

1994-08-30 - Extension 3 filed

1994-04-11 - Extension 2 granted

1994-02-14 - Extension 2 filed

1993-12-08 - Extension 1 granted

1993-08-19 - Extension 1 filed

1993-12-08 - Divisional processing completed

1993-08-19 - Divisional request received

1993-03-02 - Notice of allowance - mailed

1992-12-08 - Published for opposition

1992-11-06 - Notice of publication

1992-08-13 - Approved for Pub - Principal Register (Initial exam)

1992-07-06 - Communication received from applicant

1992-01-15 - Final refusal mailed

1991-08-27 - Communication received from applicant

1991-06-07 - Non-final action mailed

1991-04-24 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
STEVEN R. GURSKY (Attorney of record)

STEVEN R. GURSKY
GURSKY & BLAU
1350 BROADWAY FL 11
NEW YORK NY 10018-7702