# EXHIBIT A

Continued

**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  BOTTOM  HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status  ASSIGN Status  TDR  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | TOMMY HILFIGER |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: jewelry made of precious and non-precious metals and stones, namely, cuff-links, and bracelets. FIRST USE: 19971116. FIRST USE IN COMMERCE: 19971116 |
| | IC 025. US 022 039. G & S: footwear, namely, shoes, boots, sneakers, sandals and slippers. FIRST USE: 19970115. FIRST USE IN COMMERCE: 19970115 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75977194 |
| **Filing Date** | September 6, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 26, 1997 |
| **Registration Number** | 2162940 |
| **Registration Date** | June 2, 1998 |
| **Owner** | (REGISTRANT) Tommy Hilfiger Licensing, Inc. CORPORATION DELAWARE 262 Chapman Road, Suite 103A University Plaza - Bellevue Building Newark DELAWARE 19702 |
| | (LAST LISTED OWNER) TOMMY HILFIGER LICENSING LLC LTD LIAB CO DELAWARE 601 W. 26TH ST., 6TH FLOOR NEW YORK NEW YORK 10001 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | STEVEN R. GURSKY |

| **Prior Registrations** | 1173410;1398612;1738410;1833391;1940671;1978987;1995802;AND OTHERS |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Other Data** | "TOMMY HILFIGER" is a living individual whose consent to the registration of his name is of record. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 12:29:40 ET

Serial Number: 75977194 Assignment Information

Registration Number: 2162940

Mark (words only): TOMMY HILFIGER

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2003-08-29

Filing Date: 1996-09-06

Transformed into a National Application: No

Registration Date: 1998-06-02

Register: Principal

Law Office Assigned: LAW OFFICE 107

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-09-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOMMY HILFIGER LICENSING LLC

Address:
TOMMY HILFIGER LICENSING LLC
601 W. 26TH ST., 6TH FLOOR
NEW YORK, NY 10001
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: Delaware

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

jewelry made of precious and non-precious metals and stones, namely, cuff-links, and bracelets
**Basis:** 1(a)
**First Use Date:** 1997-11-16
**First Use in Commerce Date:** 1997-11-16

**International Class:** 025
**Class Status:** Active
footwear, namely, shoes, boots, sneakers, sandals and slippers
**Basis:** 1(a)
**First Use Date:** 1997-01-15
**First Use in Commerce Date:** 1997-01-15

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "TOMMY HILFIGER" is a living individual whose consent to the registration of his name is of record.

**Prior Registration Number(s):**
1173410
1398612
1738410
1833391
1940671
1978987
1995802

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-06-28 - Automatic Update Of Assignment Of Ownership

2003-08-29 - Section 8 (6-year) accepted & Section 15 acknowledged

2003-07-10 - Section 8 (6-year) and Section 15 Filed

2003-07-10 - PAPER RECEIVED

1998-06-02 - Registered - Principal Register

1998-04-07 - Allowed for Registration - Principal Register (SOU accepted)

1998-03-19 - Statement of use processing complete

1998-02-06 - Amendment to Use filed

1998-03-19 - Extension 1 granted

1998-02-26 - Extension 1 filed

1998-03-24 - Divisional processing completed

1997-11-18 - Notice of allowance - mailed

1997-08-26 - Published for opposition

1997-07-25 - Notice of publication

1997-05-09 - Approved for Pub - Principal Register (Initial exam)

1997-04-15 - Communication received from applicant

1996-12-11 - Non-final action mailed

1996-12-03 - Assigned To Examiner

1996-11-21 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
STEVEN R. GURSKY (Attorney of record)

STEVEN R. GURSKY
GURSKY & PARTNERS, LLP
1350 BROADWAY - 11TH FLOOR
NEW YORK, NEW YORK 10018

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| Word Mark | TOMMY HILL |
| Goods and Services | IC 025. US 039. G & S: Men's Wearing Apparel-Namely, Sports Shirts and Dress Shirts, Women's Sportswear-Namely, Shirts and Blouses. FIRST USE: 19800227. FIRST USE IN COMMERCE: 19800227 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Design Search Code | |
| Serial Number | 73260455 |
| Filing Date | May 1, 1980 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | July 21, 1981 |
| Registration Number | 1173426 |
| Registration Date | October 13, 1981 |
| Owner | (REGISTRANT) Shaad Enterprises, Ltd. CORPORATION NEW YORK 900 Broadway New York NEW YORK 10003

(LAST LISTED OWNER) TOMMY HILFIGER LICENSING LLC LTD LIAB CO DELAWARE 601 W. 26TH ST., 6TH FLOOR NEW YORK NEW YORK 10001 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | MARY L. GRIECO |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 8 (6-YR). SECTION 8(10-YR) 20011213. |

| Renewal | 1ST RENEWAL 20011213 |
| Other Data | "Tommy Hill" is a fictitious name and not the name of any living individual. |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2006-07-27 12:30:01 ET

Serial Number: 73260455 <u>Assignment Information</u>

Registration Number: 1173426

Mark (words only): TOMMY HILL

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2001-12-13

Filing Date: 1980-05-01

Transformed into a National Application: No

Registration Date: 1981-10-13

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-01-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. TOMMY HILFIGER LICENSING LLC

Address:
TOMMY HILFIGER LICENSING LLC
601 W. 26TH ST., 6TH FLOOR
NEW YORK, NY 10001
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: Delaware

---

## GOODS AND/OR SERVICES

---

International Class: 025
Class Status: Active

Men's Wearing Apparel-Namely, Sports Shirts and Dress Shirts, Women's Sportswear-Namely, Shirts and Blouses
**Basis:** 1(a)
**First Use Date:** 1980-02-27
**First Use in Commerce Date:** 1980-02-27

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "Tommy Hill" is a fictitious name and not the name of any living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-06-28 - Automatic Update Of Assignment Of Ownership

2001-12-13 - First renewal 10 year

2001-12-13 - Section 8 (10-year) accepted/ Section 9 granted

2001-09-25 - Combined Section 8 (10-year)/Section 9 filed

1990-01-08 - Cancellation terminated for Proceeding

1987-03-31 - Section 8 (6-year) accepted

1986-11-07 - Section 8 (6-year) and Section 15 Filed

1986-08-14 - Cancellation Instituted No. 999999

1981-10-13 - Registered - Principal Register

1981-07-21 - Published for opposition

## CORRESPONDENCE INFORMATION

**Correspondent**
MARY L. GRIECO (Attorney of record)

MARY L. GRIECO
GURSKY & EDERER, LLP
1350 BROADWAY, 11TH FLOOR
NEW YORK, NY 10018



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | TOMMY GIRL |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing for women and children, namely, T-shirts, sweatshirts and caps. FIRST USE: 19960901. FIRST USE IN COMMERCE: 19960901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75441515 |
| **Filing Date** | February 24, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 6, 1999 |
| **Registration Number** | 2499263 |
| **Registration Date** | October 23, 2001 |
| **Owner** | (REGISTRANT) Tommy Hilfiger Licensing, Inc. CORPORATION DELAWARE 913 N. Market Street Wilmington DELAWARE 19801 |
| | (LAST LISTED OWNER) TOMMY HILFIGER LICENSING LLC LTD LIAB CO DELAWARE 601 W. 26TH ST., 6TH FLOOR NEW YORK NEW YORK 10001 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Steven R. Gursky |
| **Prior Registrations** | 2124016;2162940;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GIRL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Live/Dead
Indicator**          LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 12:30:19 ET

Serial Number: 75441515 Assignment Information

Registration Number: 2499283

Mark (words only): TOMMY GIRL

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-10-23

Filing Date: 1998-02-24

Transformed into a National Application: No

Registration Date: 2001-10-23

Register: Principal

Law Office Assigned: LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-10-31

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOMMY HILFIGER LICENSING LLC

**Address:**
TOMMY HILFIGER LICENSING LLC
601 W. 26TH ST., 6TH FLOOR
NEW YORK, NY 10001
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

---

Clothing for women and children, namely, T-shirts, sweatshirts and caps
Basis: 1(a)
First Use Date: 1996-09-01
First Use in Commerce Date: 1996-09-01

---

## ADDITIONAL INFORMATION

Disclaimer: "GIRL"

Prior Registration Number(s):
2124016
2162940

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-06-28 - Automatic Update Of Assignment Of Ownership

2001-10-23 - Registered - Principal Register

1999-04-23 - Extension Of Time To Oppose Received

1999-04-06 - Published for opposition

1999-03-05 - Notice of publication

1998-12-28 - Approved for Pub - Principal Register (Initial exam)

1998-12-28 - Assigned To Examiner

1998-11-20 - Communication received from applicant

1998-10-09 - Non-final action mailed

1998-09-26 - Assigned To Examiner

1998-09-21 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

Correspondent
Steven R. Gursky (Attorney of record)

Steven R. Gursky
GURSKY & EDERER P

1350 BROADWAY FL 11
NEW YORK NY 10018-7702



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | TOMMY SPORT |
| **Goods and Services** | IC 025. US 022 039. G & S: Housemark for a full line of apparel, footwear and headwear. FIRST USE: 19970831. FIRST USE IN COMMERCE: 19970831 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76125594 |
| **Filing Date** | September 11, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 31, 2002 |
| **Registration Number** | 2923577 |
| **Registration Date** | February 1, 2005 |
| **Owner** | (REGISTRANT) Tommy Hilfiger Licensing, Inc. CORPORATION DELAWARE University Plaza-Bellevue Building 262 CHapman Road, Suite 103 A Newark DELAWARE 19702 |
| | (LAST LISTED OWNER) TOMMY HILFIGER LICENSING LLC LTD LIAB CO DELAWARE 601 W. 26TH ST., 6TH FLOOR NEW YORK NEW YORK 10001 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Steven R. Gursky |
| **Prior Registrations** | 2389024;2475142;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPORT" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |

**Register**          PRINCIPAL

**Live/Dead**
**Indicator**         LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2006-07-27 12:30:36 ET

Serial Number: 76125594 Assignment Information

Registration Number: 2923577

Mark (words only): TOMMY SPORT

Standard Character claim: No

Current Status: Registered.

Date of Status: 2005-02-01

Filing Date: 2000-09-11

Transformed into a National Application: No

Registration Date: 2005-02-01

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2004-12-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOMMY HILFIGER LICENSING LLC

Address:
TOMMY HILFIGER LICENSING LLC
601 W. 26TH ST., 6TH FLOOR
NEW YORK, NY 10001
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

Housemark for a full line of apparel, footwear and headwear
Basis: 1(a)
First Use Date: 1997-08-31
First Use in Commerce Date: 1997-08-31

---

## ADDITIONAL INFORMATION

---

Disclaimer: "SPORT"

Prior Registration Number(s):
2389024
2475142

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2006-06-28 - Automatic Update Of Assignment Of Ownership

2005-02-01 - Registered - Principal Register

2004-12-01 - Law Office Registration Review Completed

2004-11-22 - Assigned To LIE

2004-11-13 - Allowed for Registration - Principal Register (SOU accepted)

2004-11-01 - Statement of use processing complete

2004-10-07 - Amendment to Use filed

2004-10-07 - PAPER RECEIVED

2004-10-04 - Extension 3 granted

2004-09-24 - Extension 3 filed

2004-09-24 - TEAS Extension Received

2004-04-26 - Assigned To Examiner

2004-04-12 - Extension 2 granted

2004-03-25 - Extension 2 filed

2004-04-07 - Case File In TICRS

2004-04-07 - Case File In TICRS

2004-03-29 - PAPER RECEIVED

2003-11-05 - Extension 1 granted

2003-09-25 - Extension 1 filed

2003-09-29 - PAPER RECEIVED

2003-03-25 - Notice of allowance - mailed

2002-12-31 - Published for opposition

2002-12-11 - Notice of publication

2002-10-23 - Approved for Pub - Principal Register (Initial exam)

2002-09-16 - Communication received from applicant

2002-09-16 - PAPER RECEIVED

2002-03-13 - Non-final action mailed

2001-10-24 - Communication received from applicant

2001-04-26 - Non-final action mailed

2001-04-05 - Assigned To Examiner

2001-03-02 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Steven R. Gursky (Attorney of record)

STEVEN R. GURSKY
GURSKY & EDERER, P.C.
1350 BROADWAY, 11TH FLOOR
NEW YORK, NY 10018

---

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | TOMMY BAHAMA |
| **Goods and Services** | IC 025. US 039. G & S: men's, women's, boys', and girls' clothing; namely, knit and woven shirts; knit and woven pants, shorts, and jeans; sweaters, jackets, vests, coats, rainwear, belts, hats, gloves, socks, scarves, ties, ascots, and neckerchiefs. FIRST USE: 19930301. FIRST USE IN COMMERCE: 19930301 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74303789 |
| **Filing Date** | August 13, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 12, 1993 |
| **Registration Number** | 1802812 |
| **Registration Date** | November 2, 1993 |
| **Owner** | (REGISTRANT) VIEWPOINT INTERNATIONAL, INC. CORPORATION DELAWARE 1071 Avenue of the Americas, 11th Floor New York NEW YORK 10018 |
| | (LAST LISTED OWNER) TOMMY BAHAMA GROUP, INC. CORPORATION DELAWARE 1071 6TH AVE. 11TH FLOOR NEW YORK NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | MARY MARGARET HEATON |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040108. |
| **Renewal** | 1ST RENEWAL 20040108 |
| **Other Data** | "TOMMY BAHAMA" does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 12:30:55 ET

Serial Number: 74303789 Assignment Information

Registration Number: 1802812

Mark (words only): TOMMY BAHAMA

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-01-08

Filing Date: 1992-08-13

Transformed into a National Application: No

Registration Date: 1993-11-02

Register: Principal

Law Office Assigned: LAW OFFICE 10

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-01-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOMMY BAHAMA GROUP, INC.

Address:
TOMMY BAHAMA GROUP, INC.
1071 6TH AVE. 11TH FLOOR
NEW YORK, NY 10018
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

men's, women's, boys', and girls' clothing; namely, knit and woven shirts; knit and woven pants, shorts, and jeans; sweaters, jackets, vests, coats, rainwear, belts, hats, gloves, socks, scarves, ties, ascots, and neckerchiefs

**Basis:** 1(a)

**First Use Date:** 1993-03-01

**First Use in Commerce Date:** 1993-03-01

## ADDITIONAL INFORMATION

**Name Portrait Consent:** "TOMMY BAHAMA" does not identify a particular living individual.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-09-28 - TEAS Change Of Correspondence Received

2004-01-08 - First renewal 10 year

2004-01-08 - Section 8 (10-year) accepted/ Section 9 granted

2003-10-27 - Combined Section 8 (10-year)/Section 9 filed

2003-10-27 - TEAS Section 8 & 9 Received

1999-04-05 - Section 8 (6-year) accepted & Section 15 acknowledged

1998-11-18 - Section 8 (6-year) and Section 15 Filed

1993-11-02 - Registered - Principal Register

1993-08-13 - Allowed for Registration - Principal Register (SOU accepted)

1993-08-13 - Assigned To Examiner

1993-08-13 - Assigned To Examiner

1993-08-13 - Assigned To Examiner

1993-08-09 - Statement of use processing complete

1993-06-25 - Amendment to use informal response received

1993-06-25 - Amendment to use held informal - letter mailed

1993-04-28 - Amendment to Use filed

1993-04-06 - Notice of allowance - mailed

1993-01-12 - Published for opposition

1992-12-11 - Notice of publication

1992-11-13 - Approved for Pub - Principal Register (Initial exam)

1992-10-30 - Examiner's amendment mailed

1992-10-16 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
MARY MARGARET HEATON (Attorney of record)

Tiffany Easton
Oxford Industries, Inc.
222 Piedmont Avenue
Atlanta GA 30308

**Phone Number:** 404-653-1462
**Fax Number:** 404-653-1545

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `SEARCH OG` `BOTTOM` `HELP`

`Logout`  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

`TARR Status` `ASSIGN Status` `TDR` `TTAB Status`  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | TOMMY BAHAMA |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Watches. FIRST USE: 19961002. FIRST USE IN COMMERCE: 19961002 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78025536 |
| **Filing Date** | September 12, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 26, 2001 |
| **Registration Number** | 2551210 |
| **Registration Date** | March 19, 2002 |
| **Owner** | (REGISTRANT) Viewpoint International, Inc. CORPORATION DELAWARE 1071 Avenue of the Americas, 11th Floor New York NEW YORK 10018 |
| | (LAST LISTED OWNER) TOMMY BAHAMA GROUP, INC. CORPORATION DELAWARE 1071 6TH AVE. 11TH FLOOR NEW YORK NEW YORK 10018 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Thilo C. Agthe |
| **Prior Registrations** | 1802812;2100290;2112400;2112530;2188359;2273118;2284151;2381910 |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| Register | PRINCIPAL |
| Other Data | The name "TOMMY BAHAMA" does not identify a living individual. |
| Live/Dead Indicator | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

[.HOME | SITE INDEX] SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 12:31:14 ET

Serial Number: 78025536 Assignment Information

Registration Number: 2551210

Mark (words only): TOMMY BAHAMA

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-03-19

Filing Date: 2000-09-12

Transformed into a National Application: No

Registration Date: 2002-03-19

Register: Principal

Law Office Assigned: LAW OFFICE 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-03-26

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOMMY BAHAMA GROUP, INC.

Address:
TOMMY BAHAMA GROUP, INC.
1071 6TH AVE. 11TH FLOOR
NEW YORK, NY 10018
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=78025536                    7/27/2006

Watches
**Basis:** 1(a)
First Use Date: 1996-10-02
First Use in Commerce Date: 1996-10-02

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "TOMMY BAHAMA" does not identify a living individual.

**Prior Registration Number(s):**
1802812
2100290
2112400
2112530
2188359
2273118
2284151
2381910

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-09-20 - TEAS Change Of Correspondence Received

2004-07-13 - TEAS Change Of Correspondence Received

2002-03-19 - Registered - Principal Register

2001-11-28 - Allowed for Registration - Principal Register (SOU accepted)

2001-11-27 - Statement of use processing complete

2001-11-27 - Extension 1 granted

2001-10-18 - Amendment to Use filed

2001-10-18 - Extension 1 filed

2001-09-18 - Notice of allowance - mailed

2001-06-26 - Published for opposition

2001-06-13 - Notice of publication

2001-03-06 - Approved for Pub - Principal Register (Initial exam)

2001-03-02 - Examiner's amendment mailed

2001-02-27 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Thilo C. Agthe (Attorney of record)

Tiffany Easton
Oxford Industries, Inc.
222 Piedmont Avenue
Atlanta GA 30308

**Phone Number:** 404-653-1462
**Fax Number:** 404-653-1545



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( Use the *"Back"* button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | TOMMY BOY |
| **Goods and Services** | IC 025. US 039. G & S: jackets, wind resistent jackets, sweatshirts, T-shirts and hats. FIRST USE: 19910401. FIRST USE IN COMMERCE: 19910401 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74497980 |
| **Filing Date** | March 7, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 20, 1994 |
| **Registration Number** | 2478731 |
| **Registration Date** | August 21, 2001 |
| **Owner** | (REGISTRANT) Tommy Boy Music, Inc. CORPORATION NEW YORK 902 Broadway New York NEW YORK 10010 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Donna M. DeGrandi |
| **Prior Registrations** | 1279703;1715321 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

http://tess2.uspto.gov/bin/showfield?f=doc&state=ke735a.10.1

7/27/2006

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 12:31:37 ET

Serial Number: 74497980 Assignment Information

Registration Number: 2478731

Mark (words only): TOMMY BOY

Standard Character claim: No

Current Status: Registered.

Date of Status: 2001-08-21

Filing Date: 1994-03-07

Transformed into a National Application: No

Registration Date: 2001-08-21

Register: Principal

Law Office Assigned: LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-09-05

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Tommy Boy Music, Inc.

Address:
Tommy Boy Music, Inc.
902 Broadway
New York, NY 10010
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

## GOODS AND/OR SERVICES

International Class: 025
Class Status: Active

jackets, wind resistent jackets, sweatshirts, T-shirts and hats
Basis: 1(a)
First Use Date: 1991-04-01
First Use in Commerce Date: 1991-04-01

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1279703
1715321

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2001-08-21 - Registered - Principal Register

2001-06-28 - Opposition terminated for Proceeding

2001-06-28 - Opposition dismissed for Proceeding

1995-05-25 - Opposition instituted for Proceeding

1995-01-17 - Extension Of Time To Oppose Received

1994-12-20 - Published for opposition

1994-11-18 - Notice of publication

1994-09-02 - Approved for Pub - Principal Register (Initial exam)

1994-08-29 - Examiner's amendment mailed

1994-08-12 - Assigned To Examiner

1994-08-04 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
Donna M. DeGrandi (Attorney of record)

GEORGES NAHITCHEVANSKY
FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TOMMY-ATO |
| **Goods and Services** | IC 025. US 022 039. G & S: sweatshirts; T-shirts, jeans; shorts; underwear; vests; sleepwear; sweaters; baby cloth bibs. FIRST USE: 19981020. FIRST USE IN COMMERCE: 19981115 |
| | IC 028. US 022 023 038 050. G & S: cloth dolls and doll clothing; board games. FIRST USE: 19981020. FIRST USE IN COMMERCE: 19981115 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.19 - Athletes (men); Golfer; Men, athletes, strongmen; Strongmen 02.01.33 - Men, grotesque; Monsters (not robots); Snowmen; Stick figures 05.11.04 - Tomatoes |
| **Serial Number** | 75493682 |
| **Filing Date** | May 29, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 16, 1999 |
| **Registration Number** | 2563997 |
| **Registration Date** | April 23, 2002 |
| **Owner** | (REGISTRANT) Joalan Enterprises Ltd. CORPORATION CANADA 380 5740 Cambie St. Vancouver, B.C CANADA V5Z 3A6 |
| **Attorney of Record** | ROBERT A JENSEN |

| | |
|---|---|
| **Description of Mark** | The stippling shown in the drawings is a feature of the mark and not intended to indicate color. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 12:31:56 ET

Serial Number: 75493682 Assignment Information

Registration Number: 2563997

Mark



(words only): TOMMY-ATO

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-04-23

Filing Date: 1998-05-29

Transformed into a National Application: No

Registration Date: 2002-04-23

Register: Principal

Law Office Assigned: LAW OFFICE 112

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-05-06

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Joalan Enterprises Ltd.

Address:
Joalan Enterprises Ltd.
380 5740 Cambie St.

Vancouver, B.C V5Z 3A6
Canada
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Canada

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
sweatshirts; T-shirts, jeans; shorts; underwear; vests; sleepwear; sweaters; baby cloth bibs
**Basis:** 1(a)
**First Use Date:** 1998-10-20
**First Use in Commerce Date:** 1998-11-15

**International Class:** 028
**Class Status:** Active
cloth dolls and doll clothing; board games
**Basis:** 1(a)
**First Use Date:** 1998-10-20
**First Use in Commerce Date:** 1998-11-15

## ADDITIONAL INFORMATION

**Lining and Stippling:** The stippling shown in the drawings is a feature of the mark and not intended to indicate color.

**Design Search Code(s):**
**02.01.19** - Athletes (men); Golfer; Men, athletes, strongmen; Strongmen
**02.01.33** - Men, grotesque; Monsters (not robots); Snowmen; Stick figures
**05.11.04** - Tomatoes

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-04-23 - Registered - Principal Register

2002-02-04 - Allowed for Registration - Principal Register (SOU accepted)

2001-12-21 - Statement of use processing complete

2001-12-21 - Amendment to Use filed

2001-06-26 - Notice of allowance - mailed

2000-09-06 - Assigned To Examiner

1999-12-13 - Extension Of Time To Oppose Received

1999-11-16 - Published for opposition

1999-10-15 - Notice of publication

1999-06-24 - Approved for Pub - Principal Register (Initial exam)

1999-06-02 - Communication received from applicant

1998-12-03 - Non-final action mailed

## CORRESPONDENCE INFORMATION

**Correspondent**
ROBERT A JENSEN (Attorney of record)

ROBERT A JENSEN
JENSEN & PUNTIGAM PS
1020 UNITED AIRLINES BLDG
2033 6TH AVE
SEATTLE WA 98121-2554

**Domestic Representative**
JENSEN & PUNTIGAM PS

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

**TESS HOME** **NEW USER** **STRUCTURED** **FREE FORM** **BROWSE DICT** **SEARCH OG** **BOTTOM** **HELP**

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**TARR Status** **ASSIGN Status** **TDR** **TTAB Status** *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | TOMMY NUTTER |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: nonmedicated toilet preparations and cosmetics, namely, make-up remover, soap, baby shampoo, hair shampoo, perfumes, essential oils for personal use, hair care preparations, shaving preparations, cologne, toilet water; skin preparations, namely, clarifiers, cleansers, cream, emollients, lighteners, lotions, masks, moisturizers, soap, texturizers, toners, and whitening creams; depilatories, dentifrices; and nail preparations, namely, cream, enamel, glitter, hardener, polish base coat, polish top coat, polish remover, polish, and strengthener |
| | IC 025. US 022 039. G & S: clothing for men and women, namely, suits, trousers, jackets, shirts, ties, skirts, shawls, scarves, gloves, socks, pantyhose, stockings, shirts, tops, and bottoms |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75506486 |
| **Filing Date** | June 22, 1998 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 1B;44E |
| **Published for Opposition** | September 14, 1999 |
| **Registration Number** | 2297727 |
| **Registration Date** | December 7, 1999 |
| **Owner** | (REGISTRANT) J&J Crombie Limited COMPANY SCOTLAND Grandholm Mills, Woodside Aberdeen SCOTLAND |
| **Attorney of Record** | THOMAS W BROOKE |
| **Type of Mark** | TRADEMARK |

| Register | PRINCIPAL |
|---|---|
| Other Data | The name "TOMMY NUTTER" does not identify a living individual. |
| Live/Dead Indicator | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 12:32:14 ET

Serial Number: 75506486 Assignment Information

Registration Number: 2297727

Mark (words only): TOMMY NUTTER

Standard Character claim: No

Current Status: Registered.

Date of Status: 1999-12-07

Filing Date: 1998-06-22

Transformed into a National Application: No

Registration Date: 1999-12-07

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2006-06-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. J&J Crombie Limited

**Address:**
J&J Crombie Limited
Grandholm Mills, Woodside
Aberdeen
United Kingdom
**Legal Entity Type:** Company
**State or Country Where Organized:** United Kingdom

---

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active

nonmedicated toilet preparations and cosmetics, namely, make-up remover, soap, baby shampoo, hair shampoo, perfumes, essential oils for personal use, hair care preparations, shaving preparations, cologne, toilet water; skin preparations, namely, clarifiers, cleansers, cream, emollients, lighteners, lotions, masks, moisturizers, soap, texturizers, toners, and whitening creams; depilatories, dentifrices; and nail preparations, namely, cream, enamel, glitter, hardener, polish base coat, polish top coat, polish remover, polish, and strengthener

**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
clothing for men and women, namely, suits, trousers, jackets, shirts, ties, skirts, shawls, scarves, gloves, socks, pantyhose, stockings, shirts, tops, and bottoms

**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name "TOMMY NUTTER" does not identify a living individual.

**Foreign Registration Number:** 1103858
**Foreign Registration Date:** 1978-10-31
**Country:** United Kingdom
**Foreign Expiration Date:** 1999-10-31

**Foreign Registration Number:** 1232575
**Foreign Registration Date:** 1984-12-20
**Country:** United Kingdom
**Foreign Expiration Date:** 2005-12-20

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-06-05 - Case File In TICRS

1999-12-07 - Registered - Principal Register

1999-09-14 - Published for opposition

1999-08-13 - Notice of publication

1999-05-17 - Approved for Pub - Principal Register (Initial exam)

1999-05-10 - ITU claim deleted

1999-05-11 - Examiner's amendment mailed

1999-04-09 - Letter of suspension mailed

1999-03-15 - Communication received from applicant

1998-09-14 - Non-final action mailed

1998-09-10 - Assigned To Examiner

---

## CORRESPONDENCE INFORMATION

**Correspondent**
THOMAS W BROOKE (Attorney of record)

THOMAS W BROOKE
GADSBY & HANNAH LLP
1747 PENNSYLVANIA AVE NW STE 700
WASHINGTON DC 20006

**Domestic Representative**
Gadsby & Hannah LLP

---



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS)*

## TOMMY TUCKER T-SHIRTS



| | |
|---|---|
| **Word Mark** | TOMMY TUCKER T-SHIRTS |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, shirts, jackets, hats, pants. FIRST USE: 19800100. FIRST USE IN COMMERCE: 19800100 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.02 - Men, shadows or silhouettes of men; Silhouettes (men) 02.01.07 - Cowboys; Men, cowboys, and westerners; Westerners 02.09.17 - Humans, including men, women and children, depicted riding horses and other animals |
| **Serial Number** | 78101501 |
| **Filing Date** | January 8, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | November 12, 2002 |
| **Registration Number** | 2683749 |
| **Registration Date** | February 4, 2003 |
| **Owner** | (REGISTRANT) Tommy Tucker T-Shirts, Inc. CORPORATION ARIZONA 930 N. Stone Ave. Tucson ARIZONA 85705 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "T-SHIRTS" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The design portion of the mark consists of a cowboy riding a rabbit. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 12:32:33 ET

Serial Number: 78101501 Assignment Information

Registration Number: 2683749

**Mark**

# TOMMY TUCKER T-SHIRTS



(words only): TOMMY TUCKER T-SHIRTS

Standard Character claim: No

Current Status: Registered.

Date of Status: 2003-02-04

Filing Date: 2002-01-08

Transformed into a National Application: No

Registration Date: 2003-02-04

Register: Principal

Law Office Assigned: LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-03-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Tommy Tucker T-Shirts, Inc.

**Address:**
Tommy Tucker T-Shirts, Inc.
930 N. Stone Ave.

Tucson, AZ 85705
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Arizona
**Phone Number:** 1-520-325-7782
**Fax Number:** 1-520-670-1149

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
clothing, namely, shirts, jackets, hats, pants
**Basis:** 1(a)
**First Use Date:** 1980-01-00
**First Use in Commerce Date:** 1980-01-00

## ADDITIONAL INFORMATION

**Disclaimer:** "T-SHIRTS"

**Description of Mark:** The design portion of the mark consists of a cowboy riding a rabbit.

**Design Search Code(s):**
**02.01.02** - Men, shadows or silhouettes of men; Silhouettes (men)
**02.01.07** - Cowboys; Men, cowboys, and westerners; Westerners
**02.09.17** - Humans, including men, women and children, depicted riding horses and other animals

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-02-04 - Registered - Principal Register

2002-11-12 - Published for opposition

2002-10-23 - Notice of publication

2002-09-10 - ITU claim deleted

2002-09-09 - Approved for Pub - Principal Register (Initial exam)

2002-04-18 - Non-final action e-mailed

2002-04-16 - Assigned To Examiner

## CORRESPONDENCE INFORMATION

**Correspondent**
Tucker, Thomas, John
930 N. Stone Ave.
Tucson AZ 85705


**Phone Number:** 1-520-325-7782
**Fax Number:** 1-520-670-1149



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jul 27 04:22:54 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TOMMY & OSCAR |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: CALENDARS, COMIC BOOKS AND COMIC MAGAZINES, STATIONERY, NAMELY SKETCH-BOOKS, DIARIES, PENS, PENCILS, RULERS, PHOTOGRAPHIC ALBUMS, ADHESIVES FOR STATIONERY PURPOSES, PLAYING CARDS, GREETING CARDS, PLASTIC WRAPPING FILM NOT FOR COMMERCIAL AND INDUSTRIAL PURPOSES AND PAPER |
| | IC 025. US 022 039. G & S: JACKETS, TROUSERS, JEANS, GLOVES, SOCKS, SWEATERS, CARDIGANS, BELTS, TRACKSUITS, SPORT SHIRTS, POLO SHIRTS, T-SHIRTS, BLOUSES, OVERCOATS, RAIN COATS, HALF COATS, SUITS, SKIRTS, PULLOVERS, HATS AND CAPS; SHOES, BOOTS, SLIPPER AND SANDALS |
| | IC 028. US 022 023 038 050. G & S: TOYS, NAMELY PLUSH TOYS, RUBBER CHARACTER TOYS, MUSICAL TOYS, PLAYING BALLS, TOY BUILDING BLOCKS, TOY SCOOTERS, DOLLS, DOLL'S ROOMS, CLOTHES FOR DOLLS, DOMINOS, BACKGAMMON GAMES, DICE, CHESS GAMES, ACTION SKILL GAMES, BOARD GAMES, HANDHELD UNIT FOR PLAYING ELECTRONIC GAMES; EDUCATIONAL GAMES, NAMELY BOARD GAMES, CARD GAMES AND PARLOR GAMES FOR TEACHING ARITHMETIC, READING SKILLS, LANGUAGES, GEOGRAPHY, SCIENCE, ASTROLOGY, ANATOMY, HISTORY, PHYSICS, RULES OF THE ROAD, AND DRAWING |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.05 - Stars with seven or more points |
| | 24.17.25 - Biohazard symbol; Degree sign; Equal sign; Greater than symbol (mathematical); Handicapped symbol; Hazardous materials symbol; Less than symbol (mathematical); Peace symbol; Pound sign (#); Recycling symbol; Yin Yang symbol |
| | 26.03.02 - Ovals, plain single line; Plain single line ovals |
| **Serial** | 76120315 |

| | |
|---|---|
| **Number** | |
| **Filing Date** | August 31, 2000 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 1B;44D |
| **Published for Opposition** | August 13, 2002 |
| **Registration Number** | 2645168 |
| **Registration Date** | November 5, 2002 |
| **Owner** | (REGISTRANT) RAINBOW- S.R.L. CORPORATION ITALY Via Brecce, 64 LORETO (AN) ITALY |
| **Attorney of Record** | Robert M. Gamson |
| **Priority Date** | June 16, 2000 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-07-27 12:32:49 ET

Serial Number: 76120315 Assignment Information

Registration Number: 2645168

Mark



(words only): TOMMY & OSCAR

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-11-05

Filing Date: 2000-08-31

Transformed into a National Application: No

Registration Date: 2002-11-05

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-01-06

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. RAINBOW- S.R.L.

Address:
RAINBOW- S.R.L.
Via Brecce, 64