# EXHIBIT B

http://www.charlottetarantola.com/

CHARLOTTE TARANTOLA.COM



SPRING 2007

THIS SITE REQUIRES THE FLASH 8 PLAYER. INTERNET EXPLORER 4.0, NETSCAPE 4.0, AND A 800x600 RESOLUTION.
IF YOU DO NOT SEE THE FLASH ANIMATION, CLICK BELOW TO DOWNLOAD THE FLASH 8 PLAYER.
AFTER INSTALL, CLICK THE "REFRESH" BUTTON OF YOUR BROWSER WINDOW TO VIEW SITE.

FLASH PLAYER

back    next

CHARLOTTE TARANTOLA

ABOUT CHARLOTTE
SHOWROOMS
SPRING 2007
RESORT 2006
FALL 2006
SUMMER 2006
PURCHASE ONLINE
PRESS INQUIRY
PRESS
VIDEO

Page 1 of 1

Ronson 00514

3/14/2007

http://www.charlottetarantola.com/

CHARLOTTE TARANTOLA.COM



Ronson 00515

3/14/2007



THIS SITE REQUIRES THE FLASH PLAYER, INTERNET EXPLORER 4.0, NETSCAPE 4.0, AND A 800x600 RESOLUTION.
IF YOU DO NOT SEE THE FLASH ANIMATION, CLICK BELOW TO DOWNLOAD THE FLASH 8 PLAYER.
AFTER INSTALL, CLICK THE "REFRESH" BUTTON OF YOUR BROWSER WINDOW TO VIEW SITE.

FLASH
PLAYER

http://www.charlottetarantola.com/

Ronson 00516

3/14/2007

http://www.charlottetarantola.com/



Ronson 00517

3/14/2007

http://www.charlottetarantola.com/

CHARLOTTE TARANTOLA.COM

Page 1 of 1



Ronson 00518
3/14/2007

http://www.charlottetarantola.com/

CHARLOTTE TARANTOLA.COM



THIS SITE REQUIRES THE FLASH 8 PLAYER. INTERNET EXPLORER 4.0, NETSCAPE 4.0, AND A 800x600 RESOLUTION.
IF YOU DO NOT SEE THE FLASH ANIMATION, CLICK BELOW TO DOWNLOAD THE FLASH 8 PLAYER.
AFTER INSTALL, CLICK THE 'REFRESH' BUTTON OF YOUR BROWSER WINDOW TO VIEW SITE.

FLASH
PLAYER

Ronson 00519

3/14/2007

Page 1 of 1



CHARLOTTE TARANTOLA.COM

http://www.charlottetarantola.com/

THIS SITE REQUIRES THE FLASH 8 PLAYER, INTERNET EXPLORER 4.0, NETSCAPE 4.0, AND A 800x600 RESOLUTION.
IF YOU DO NOT SEE THE FLASH ANIMATION, CLICK BELOW TO DOWNLOAD THE FLASH 8 PLAYER.
AFTER INSTALL, CLICK THE "REFRESH" BUTTON OF YOUR BROWSER WINDOW TO VIEW SITE.

FLASH PLAYER

Email: johni@charlottetarantola.com

Email: danap@charlottetarantola.com

Email: finai@charlottetarantola.com

CHARLOTTE TARANTOLA

ABOUT CHARLOTTE
SHOWROOMS
SPRING 2007
RESORT 2006
FLY GIRLS
FALL/PRE 2006
CLOTHES CARE
PRESS INDUSTRY
PRESS

Ronson 00520

3/14/2007

http://www.charlotte-russe.com/



what's hot! for spring

see the latest trends that are hitting the streets. don't miss out! Go now.

bold spring nights

editor picks

hot picks from today's hot fashion editors! Go now.

http://www.charlotte-russe.com/

Charlotte Russe



bold spring nights

what's hot! for spring
see the latest trends that are hitting the streets. don't miss out! Go now.

editor picks
hot picks from today's hot fashion editors! Go now.

Ronson 00500

3/14/2007

Page 2 of 3