# EXHIBIT B
continued

Editor Picks - Charlotte Russe

http://www.charlotte-russe.com/editor-picks/

What's Hot | Editor Picks | Hot Chic | Wish List | Gift Card | Email Sign-up



tops | bottoms | dresses | accessories | refuge. | blu Chic

# editor picks

Check out our current featured items in the top fashion magazines.



*Seventeen*
March 2007

(Click on a magazine below to view)

Black & White Tunic
$19

flatters a tummy middle!

A black and white top is really cute when worn with skinny black pants

See more from this issue next page →

What's Hot   Editor Picks   Hot Chic   Wish List   Gift Card   Email Sign-up

tops | bottoms | dresses | accessories | refuge. | bleuChic

# editor picks

Check out our current featured items in the top fashion magazines.



Seventeen
March 2007

(Click on a magazine below to view)

Black & White Heart Print Top
$20

See more from this issue
next page →



WHAT'S HOT
SCARF STYLE &
PRINTED TOPS
PAIR UP WITH
BASIC
BLACK BOTTOMS



Store Locator   Career Opportunities   Corporate/Investor Relations   Contact Us   Disclaimer   Log In

©2007 Charlotte Russe Holding, Inc.

http://www.charlotte-russe.com/whats-hot/

Ronson 00503
3/14/2007

http://www.charlotte-russe.com/browse/tops/

Browse - Charlotte Russe

Page 1 of 3

Ronson 00504

3/14/2007

featured item

Belted top
$19.99

looks great with...

see item
see item

tops

What's Hot!   Editor Picks   Hot Chic   Wish List   Gift Card   Email Sign-up

tops   bottoms   dresses   accessories   refuge.   blu Chic

1 2 3 4 5 6 7 view all



Browse - Charlotte Russe

featured item

Clean front pants
$29.99

looks great with...

see item
see item

bottoms

What's Hot!  Editor Picks  Hot Chic  Wish List  Gift Card  Email Sign-up

tops  bottoms  dresses  accessories  refuge.  bluChic

1 2 view all

Ronson 00506



Ronson 00507
3/14/2007

Browse - Charlotte Russe

http://www.charlotte-russe.com/browse/browse/dresses/

| Satin halter dress $32.99 | Belted dress $28.99 | Halter dress $34.99 | Halter dress $26.99 |
| Floral dress $28.99 | Printed dress $28.99 | Striped dress $28.99 | Satin halter dress $32.99 |
| Printed dress $28.99 | Halter dress $29.99 | Deep v neck dress $26.99 | Halter dress $29.99 |

Page 2 of 3

Ronson 00508
3/14/2007

Browse - Charlotte Russe



featured item
looks great with...
earring bar
tee hat

accessories



What's Hot   Editor Picks   Hot Chic   Wish List   Gift Card   Email Sign-up

tops   bottoms   dresses   accessories   refuge.   hot Chic

1 2 3 4 5 6 view all

Ronson 00509
3/14/2007

Browse - Charlotte Russe

| | | |
|---|---|---|
| Cotton cap $9.99 | Gingham trucker $8.99 | Heart headband $3.99 |
| Patent headband $3.99 | Woven headband $3.99 | Elastic waist belt $10.99 |
| O Ring belt $8.99 | Sunglasses $7.99 | Sunglasses $7.99 |
| | | O Ring belt $8.99 |
| | | Patent headband $3.99 |
| | | Sunglasses $7.99 |

http://www.charlotte-russe.com/browse/accessories/

Page 2 of 3

Ronson 00510

3/14/2007

# Charlotte Russe Holdings, Inc.

Charlotte Russe stores deliver style in clothing and accessories, providing an exciting, fashionable assortment of merchandise that compliments virtually every facet of our customers' lifestyle. The stores provide fashion and lifestyle needs of young, fashion-conscious women in their teens and early twenties, offering trend right apparel and accessories at value prices. Read more about Charlotte Russe Holding, Inc.

Copyright © 2005 Charlotte Russe Holding, Inc. All Rights Reserved. Privacy Policy

charlotte-russe.com

# Charlotte Russe Holdings, Inc.

charlotte-russe.com

## Company Story

The market created the demand; Charlotte Russe answered the need. In 1975, a clothing retailer dedicated to affordable women's clothing was founded, and its first store was opened in Carlsbad, California. Focused on women ranging from teens to early twenties, the store offered value-priced merchandise that followed understandable fashion trends. During the subsequent 20 years, the Company grew into a 35-store regional chain concentrated in Southern California generating $70 million of annual sales.

In September 1996, Saunders Karp & Megrue, a private equity investment firm, and Bernie Zeichner acquired Charlotte Russe from its founders with the intention of pursuing an accelerated national store expansion program. The new owners believed that a significant opportunity existed to leverage the strength of the Charlotte Russe concept and its new store economics by further penetrating existing markets and expanding the chain to other regions of the country. A total of 29 new stores were opened during the first two years under the new management team.

In the ten years since the ownership change, Charlotte Russe Holding, Inc. has more than quadrupled its store count, rising to more than 360 Charlotte Russe stores as of the end of July 2006. Through consistent execution and strong market positioning, the Company strives to continue to deliver significant revenue and operating profit growth.

## Our Philosophy

Through fashion content, merchandise mix and exciting store layouts, design and merchandise presentation, Charlotte Russe projects the fashion attitudes and trends that appeal to a broad range of customers.

### Charlotte Russe

Charlotte Russe stores deliver style in clothing and accessories, providing an exciting, fashionable assortment of merchandise that compliments virtually every facet of our customers' lifestyle. The stores provide fashion and lifestyle needs of young, fashion-conscious women in their teens and early twenties, offering trend right apparel and accessories at value prices.

With stores targeted at 6500 - 7000 square feet, Charlotte Russe takes full advantage of its size by offering a much broader assortment of merchandise than other competitors in our category. In addition to a wide selection of apparel, Charlotte Russe also offers a full range of accessories and footwear. Our accessory assortments enable customers to easily compliment their apparel selections.

Copyright © 2005 Charlotte Russe Holding, Inc. All Rights Reserved. Privacy Policy

Ronson 00512

Charlotte Russe Holding, Inc. Investor Relations

- Overview
- Stock Quote
- Stock Chart
- Fundamentals
- Press Releases
- EPS Estimates
- Analyst Coverage
- Financial Reports
- SEC Filings
- Audio Archives
- FAQ's
- Notices
- Event Calendar
- E-Mail Alerts
- Info Requests
- How to Invest in CHIC
- Code of Ethics

Charlotte Russe Holding, Inc. (ticker: CHIC, exchange: NASDAQ Stock Exchange (O)) News Release -
2/13/07

Charlotte Russe to Present at the Roth Capital Partners 19th Annual OC Conference

SAN DIEGO, Feb 13, 2007 /PRNewswire-FirstCall via COMTEX News Network/ -- Charlotte Russe Holding, Inc. (Nasdaq: CHIC), announced today that Mark A. Hoffman, President and Chief Executive Officer, and Daniel T. Carter, Executive Vice President and Chief Financial Officer, will be presenting at the Roth Capital Partners 19th Annual OC Conference on Tuesday, February 20, 2007 at 12:30 p.m. Pacific Time at the Ritz Carlton hotel in Laguna Niguel, California.

(Logo: http://www.newscom.com/cgi-bin/prnh/20030602/CHICLOGO )

The presentation will also be available via live webcast. A link to the webcast will be available on the Investor Relations section of the Company's website located at www.charlotte-russe.com. The webcast replay will be available approximately one hour after the webcast presentation ends and will be accessible for 30 days following the conference.

Charlotte Russe Holding, Inc. is a growing mall-based specialty retailer of fashionable, value-priced apparel and accessories targeting young women in their teens and twenties. At January 1, 2007 the Company operated 391 stores in 43 states and Puerto Rico. The Company expects to open at least 50 new stores in fiscal 2007. For more information about the Company, please visit www.charlotte-russe.com.

SOURCE Charlotte Russe Holding, Inc.

Daniel T. Carter, Chief Financial Officer of Charlotte Russe Holding, Inc., +1-858-490-2430

http://www.charlotte-russe.com

COMTEX

News provided by COMTEX. User agreement applies

http://www.corporate-ir.net/ireye/ir_site.zhtml?ticker=CHIC&script=410&layout=11&item_id=962625   3/14/2007

Ronson 00513

Page 1 of 1