# EXHIBIT D

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,416,273

Registered Dec. 26, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE RUSSE

CHARLOTTE RUSSE MERCHANDISING, INC. (CALI-
FORNIA CORPORATION)
4645 MORENA BOULEVARD
SAN DIEGO, CA 92117

FOR: CLOTHING, NAMELY DRESSES, PANTS,
SHORTS, SKIRTS, BLOUSES, JUMPERS, OVERALLS,
KNIT AND WOVEN TOPS, SWEATERS, T-SHIRTS,
PAJAMAS, NIGHTGOWNS, ROBES, LOUNGEWEAR,
LINGERIE, SLIPS, UNDERGARMENTS, PANTIES,
CASUAL AND DRESSY SHOES, SANDALS, BOOTS,
SWEATPANTS, SWEATSHIRTS, SWEATSUITS,
TIGHTS, LEGGINGS, AND SOCKS; PERFORMANCE
WEAR, NAMELY JERSEYS, BICYCLE PANTS AND
GYMNASTIC SUITS; SPORTSWEAR, NAMELY

PANTS AND SHIRTS, SWIMWEAR, SWIMSUIT
COVER-UPS AND LEOTARDS, TIGHTS, SOCKS,
SHORTS; OUTERWEAR, NAMELY JACKETS,
VESTS, COATS, SHELLS; AND HEADGEAR, NAME-
LY HATS, CAPS, HEADBANDS, VISORS, AND
BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2–26–1991; IN COMMERCE 2–26–1991.

OWNER OF U.S. REG. NO. 1,485,692.

THE NAME DOES NOT IDENTIFY A LIVING IN-
DIVIDUAL.

SN 75–539,417, FILED 8–19–1998.

AMOS T. MATTHEWS, JR., EXAMINING ATTOR-
NEY

Int. Cl.: 26

Prior U.S. Cls.: 37, 39, 40, 42, and 50

**United States Patent and Trademark Office**

Reg. No. 2,416,270

Registered Dec. 26, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE RUSSE

CHARLOTTE RUSSE MERCHANDISING, INC. (CALIFORNIA CORPORATION)
4645 MORENA BOULEVARD
SAN DIEGO, CA 92117

FOR: HAIR ORNAMENTS, NAMELY, CLIPS, PINS, RIBBONS, BARRETTES, BANDS, AND SCRUNCHIES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 8–4–1995; IN COMMERCE 8–4–1995.
OWNER OF U.S. REG. NO. 1,485,692.
THE NAME DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SN 75–539,156, FILED 8–19–1998.

AMOS T. MATTHEWS, JR., EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

## United States Patent and Trademark Office

Reg. No. 2,416,269
Registered Dec. 26, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE RUSSE

CHARLOTTE RUSSE MERCHANDISING, INC. (CALIFORNIA CORPORATION)
4645 MORENA BOULEVARD
SAN DIEGO, CA 92117

FOR: COSTUME JEWELRY, NAMELY BRACELETS FOR WRISTS AND ANKLES, BELLY CHAINS, EARRINGS, BODY JEWELRY, BROACHES, NECKLACES, PENDANTS, PINS, RINGS, WATCH BANDS AND STRAPS, AND WRISTWATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1–4–1995; IN COMMERCE 1–4–1995.

OWNER OF U.S. REG. NO. 1,485,692.

THE NAME DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SN 75–539,043, FILED 8–19–1998.

AMOS T. MATTHEWS, JR., EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,416,268

## United States Patent and Trademark Office

Registered Dec. 26, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE RUSSE

CHARLOTTE RUSSE MERCHANDISING, INC. (CALI-
FORNIA CORPORATION)
4645 MORENA BOULEVARD
SAN DIEGO, CA 92117

FOR: HANDBAGS, CARRY-ON BAGS,
BACKPACKS, CHANGE PURSES, COSMETICS
CASES SOLD EMPTY, PURSES, TRAVEL BAGS,
AND WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3,
22 AND 41).

FIRST USE 2–26–1991; IN COMMERCE 2–26–1991.

OWNER OF U.S. REG. NO. 1,485,692.

THE NAME DOES NOT IDENTIFY A LIVING IN-
DIVIDUAL.

SN 75–539,040, FILED 8–19–1998.

AMOS T. MATTHEWS, JR., EXAMINING ATTOR-
NEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,414,477
Registered Dec. 19, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## CHARLOTTE RUSSE

CHARLOTTE RUSSE MERCHANDISING, INC. (CALI-
FORNIA CORPORATION)
4645 MORENA BOULEVARD
SAN DIEGO, CA 92117

FOR: RETAIL STORE SERVICES SPECIALIZING
IN WOMEN'S APPAREL AND ACCESSORIES, IN
CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 9–4–1975; IN COMMERCE 9–4–1975.

OWNER OF U.S. REG. NO. 1,485,692.

THE NAME DOES NOT IDENTIFY A LIVING IN-
DIVIDUAL.

SN 75–539,155, FILED 8–19–1998.

AMOS T. MATTHEWS, JR., EXAMINING ATTOR-
NEY

Int. Cl.: 42

Prior U.S. Cl.: 101

## United States Patent and Trademark Office

Reg. No. 1,485,692
Registered Apr. 19, 1988

### SERVICE MARK
### PRINCIPAL REGISTER

*Charlotte Russe*

LAWRENCE MERCHANDISING CORPORA-
TION (CALIFORNIA CORPORATION)
5015 SHOREHAM PLACE
SAN DIEGO, CA 92122

FOR: RETAIL STORE SERVICES IN THE
FIELD OF WOMEN'S CLOTHING AND AC-
CESSORIES, IN CLASS 42 (U.S. CL. 101).

FIRST USE 9-4-1975; IN COMMERCE
9-4-1975.

SER. NO. 662,755, FILED 5-26-1987.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,451,427
Registered May 15, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE RUSSE

CHARLOTTE RUSSE MERCHANDISING, INC
  (CALIFORNIA CORPORATION)
4645 MORENA BOULEVARD
SAN DIEGO, CA 92117

FOR: COSMETICS, NAMELY, LIPSTICKS AND
LIP GLOSSES, LIP LINER, FACE POWDER, FOUN-
DATION, CONCEALER, BRONZER, EYE SHADOW,
MASCARA, EYEBROW PENCIL AND EYELINER;
SOAPS, PERFUMES, AND BODY AND FACE CARE
PRODUCTS, NAMELY, FACE AND BODY LO-
TIONS, BODY OILS, BODY POWDER, FACE AND
BODY SCRUBS, FACE AND BODY CREAMS, AS-
TRINGENTS FOR COSMETIC PURPOSES AND

FACIAL AND BODY MASKS, IN CLASS 3 (U.S.
CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-10-1989; IN COMMERCE 8-10-1989.

OWNER OF U.S. REG. NO. 1,485,692.

"CHARLOTTE RUSSE" DOES NOT IDENTIFY A
LIVING INDIVIDUAL.

SN 75-539,045, FILED 8-19-1998.

KARLA PERKINS, EXAMINING ATTORNEY

# EXHIBIT E



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE |
| **Goods and Services** | (ABANDONED) IC 025. US 022 039. G & S: Clothing, Footwear and Headgear, namely hats, scarves, gloves, sunglasses, and socks. FIRST USE: 19961100. FIRST USE IN COMMERCE: 19961100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75403210 |
| **Filing Date** | December 10, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) GMA Accessories, Inc. CORPORATION NEW YORK 1 East 33rd Street, 9th Floor New York NEW YORK 10016 |
| **Attorney of Record** | JOHN P BOSTANY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | February 15, 1999 |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-09 11:11:19 ET

**Serial Number:** 75403210 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** CHARLOTTE

**Standard Character claim:** No

**Current Status:** Abandoned: A petition to revive has been denied.

**Date of Status:** 2001-12-18

**Filing Date:** 1997-12-10

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-12-19

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. GMA Accessories, Inc.

**Address:**
GMA Accessories, Inc.
1 East 33rd Street, 9th Floor
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Abandoned

Clothing, Footwear and Headgear, namely hats, scarves, gloves, sunglasses, and socks
**Basis:** 1(a)
**First Use Date:** 1996-11-00
**First Use in Commerce Date:** 1996-11-00

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2001-10-01 - Petition To Revive-Denied

2000-09-19 - Petition To Revive-Received

1999-05-12 - Abandonment - Failure To Respond Or Late Response

1999-05-12 - Assigned To Examiner

1998-08-12 - Non-final action mailed

1998-08-07 - Assigned To Examiner

1998-07-31 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOHN P BOSTANY

**Correspondent**
JOHN P BOSTANY
THE BOSTANY LAW FIRM
100 MAIDEN LN STE 1608
NEW YORK NY 10038

---



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BrowseDict | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: sacks and bags, namely, handbags made of textiles and beads. FIRST USE: 19961100. FIRST USE IN COMMERCE: 19961100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75403211 |
| **Filing Date** | December 10, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 20, 1998 |
| **Registration Number** | 2217341 |
| **Registration Date** | January 12, 1999 |
| **Owner** | (REGISTRANT) GMA Accessories, Inc. CORPORATION NEW YORK 1 East 33rd Street, 9th Floor New York NEW YORK 10016 |
| **Attorney of Record** | JOHN P BOSTANY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BrowseDict | SEARCH OG | TOP | HELP |

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-04-09 11:11:34 ET

**Serial Number:** 75403211 Assignment Information        Trademark Document Retrieval

**Registration Number:** 2217341

**Mark (words only):** CHARLOTTE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2005-01-31

**Filing Date:** 1997-12-10

**Transformed into a National Application:** No

**Registration Date:** 1999-01-12

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-07-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GMA Accessories, Inc.

**Address:**
GMA Accessories, Inc.
1 East 33rd Street, 9th Floor
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

### GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active

sacks and bags, namely, handbags made of textiles and beads
**Basis:** 1(a)
**First Use Date:** 1996-11-00
**First Use in Commerce Date:** 1996-11-00

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-07-27 - Case File In TICRS

2005-01-31 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-11-26 - Section 8 (6-year) and Section 15 Filed

2004-11-26 - TEAS Section 8 & 15 Received

2003-03-28 - Section 7 request abandoned

2002-04-30 - Post Registration action mailed - Section 7

2001-07-18 - Section 7 amendment filed

1999-01-12 - Registered - Principal Register

1998-10-20 - Published for opposition

1998-09-18 - Notice of publication

1998-08-11 - Approved for Pub - Principal Register (Initial exam)

1998-07-31 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOHN P BOSTANY

**Correspondent**

JOHN P BOSTANY
THE BOSTANY LAW FIRM
40 Wall Street, 61st Floor
NEW YORK NY 10005



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHARLOTTE |
| **Goods and Services** | IC 026. US 037 039 040 042 050. G & S: HAIR ACCESSORIES, namely, hair clips, scrunchees, ribbons and braids. FIRST USE: 19961100. FIRST USE IN COMMERCE: 19961100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75403212 |
| **Filing Date** | December 10, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 13, 1998 |
| **Registration Number** | 2216405 |
| **Registration Date** | January 5, 1999 |
| **Owner** | (REGISTRANT) GMA Accessories, Inc. CORPORATION NEW YORK 1 East 33rd Street, 9th Floor New York NEW YORK 10016 |
| **Attorney of Record** | JOHN P BOSTANY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the <u>TARR web server</u>.**

**This page was generated by the TARR system on** 2008-04-09 11:11:45 ET

**Serial Number:** 75403212 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2216405

**Mark (words only):** CHARLOTTE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2006-03-09

**Filing Date:** 1997-12-10

**Transformed into a National Application:** No

**Registration Date:** 1999-01-05

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-07-24

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GMA Accessories, Inc.

**Address:**
GMA Accessories, Inc.
1 East 33rd Street, 9th Floor
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 026
**Class Status:** Active

HAIR ACCESSORIES, namely, hair clips, scrunchees, ribbons and braids
**Basis:** 1(a)
**First Use Date:** 1996-11-00
**First Use in Commerce Date:** 1996-11-00

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-07-24 - Case File In TICRS

2006-03-09 - Section 8 (6-year) accepted & Section 15 acknowledged

2006-03-09 - Assigned To Paralegal

2004-11-24 - Section 8 (6-year) and Section 15 Filed

2004-11-24 - TEAS Section 8 & 15 Received

1999-01-05 - Registered - Principal Register

1998-10-13 - Published for opposition

1998-09-11 - Notice of publication

1998-08-11 - Approved for Pub - Principal Register (Initial exam)

1998-07-31 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOHN P BOSTANY

**Correspondent**
JOHN P BOSTANY
THE BOSTANY LAW FIRM
61st FLOOR
40 Wall Street

NEW YORK NY 10005-1315

# EXHIBIT F

75403211

# IN THE UNITED STATES PATENT & TRADEMARK OFFICE

Mark: CHARLOTTE

International Class: 22

**TRADEMARK APPLICATION**



To the Commissioner of Patents & Trademarks:

GMA Accessories, Inc., a corporation which was formed under, and exists by virtue

of, the laws of New York State, having a place of business at 1 East 33rd Street, 9th Floor,

New York, N.Y. 10016, has adopted and is using the trademark shown in the accompanying

diagrams in commerce, to identify sacks and bags, namely handbags made of textiles and

beads,  and requests that said mark be registered in the United States Patent & Trademark

Office on the Principal Register established by the Act of July 5, 1946.

The mark is displayed on the goods with tags and labels and in advertisements,

brochures and catalogues.  The mark was first used in connection with there goods in

November of 1996; and was first used in interstate commerce in November of 1996; and is

now used in such commerce.  Three specimens evidencing usage of the mark are annexed

hereto.

The required fee of $245 is annexed hereto in the form of a Firm's check.

Please recognize John P. Bostany, a member of the Bars of New York and New

Jersey, with offices at 100 Maiden Lane, Suite 1608, New York, New York (tel. 212-504-

5620), as our attorney, with power of substitution and revocation to prosecute this

application and to transact all business in connection therewith, and to receive the certification of registration.

The Patent & Trademark Office is requested to direct all communications with respect to this application to John P. Bostany at the above address.

George Altirs declares: that he is the President of the applicant corporation and is authorized to execute this application on behalf of said corporation, that he believes said corporation to be owner of the mark sought to be registered, and that to the best of his knowledge and belief, no other person, firm, corporation or association has the right to use such mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the services of such other person, to cause confusion, or to cause mistake, or to deceive; that the statements made herein of his own knowledge are true and all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both, under sect. 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

Dated: 12-10-97

George Altirs, President
GMA Accessories, Inc.

75403212

# IN THE UNITED STATES PATENT & TRADEMARK OFFICE

DEC 1 0 1997

Mark: CHARLOTTE

International Class: 26

**TRADEMARK APPLICATION**

To the Commissioner of Patents & Trademarks:

GMA Accessories, Inc., a corporation which was formed under, and exists by virtue of, the laws of New York State, having a place of business at 1 East 33rd Street, 9th Floor, New York, N.Y. 10016, has adopted and is using the trademark shown in the accompanying diagrams in commerce, to identify HAIR ACCESSORIES, namely hair clips, scrunchees, ribbons and braids, and requests that said mark be registered in the United States Patent & Trademark Office on the Principal Register established by the Act of July 5, 1946.

The mark is displayed on the goods with tags and labels and in advertisements, brochures and catalogues. The mark was first used in connection with there goods in November of 1996; and was first used in interstate commerce in November of 1996; and is now used in such commerce. Nine specimens evidencing usage of the mark are annexed hereto.

The required fee of $245 is annexed hereto in the form of a Firm's check.

Please recognize John P. Bostany, a member of the Bars of New York and New Jersey, with offices at 100 Maiden Lane, Suite 1608, New York, New York (tel. 212-504-5620), as our attorney, with power of substitution and revocation to prosecute this

application and to transact all business in connection therewith, and to receive the certification of registration.

The Patent & Trademark Office is requested to direct all communications with respect to this application to John P. Bostany at the above address.

George Altirs declares: that he is the President of the applicant corporation and is authorized to execute this application on behalf of said corporation, that he believes said corporation to be owner of the mark sought to be registered, and that to the best of his knowledge and belief, no other person, firm, corporation or association has the right to use such mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the services of such other person, to cause confusion, or to cause mistake, or to deceive; that the statements made herein of his own knowledge are true and all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both, under sect. 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

Dated: _12-10-97_

_____
George Altirs, President
GMA Accessories, Inc.

# EXHIBIT G

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,232,708

Registered Mar. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

# CHARLOTTE STING

WNBA ENTERPRISES, LLC (DELAWARE LIMITED LIABILITY COMPANY)
450 HARMON MEADOW BOULEVARD
SECAUCUS, NJ 07094

FOR: CLOTHINGS, NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHIRTS,

SLACKS, CAPS, EAR MUFFS AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1997; IN COMMERCE 6-0-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHARLOTTE", APART FROM THE MARK AS SHOWN.

SN 75-212,066, FILED 12-11-1996.

RUDY R. SINGLETON, EXAMINING ATTORNEY

Int. Cls.: 16, 25, 28 and 41

Prior U.S. Cls.: 22, 37, 38, 39 and 107

**United States Patent and Trademark Office**

Reg. No. 1,727,518
Registered Oct. 27, 1992

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## UNC CHARLOTTE

UNIVERSITY OF NORTH CAROLINA AT CHARLOTTE, THE (NORTH CAROLINA EDUCATIONAL INSTITUTION)
UNCC STATION
CHARLOTTE, NC 28223

FOR: TEXTBOOKS FOR USE IN COURSES AT THE UNDERGRADUATE AND GRADUATE LEVELS, NOTE PADS, ENVELOPES, STATIONERY, FOLDERS, NOTEBOOKS, DECALS, BALLPOINT PENS, PENCILS, COMMENCEMENT BOOKS FOR UNIVERSITY, VISITORS GUIDE TO THE UNIVERSITY, ATHLETIC PROGRAMS, MEDIA GUIDES, AND POSTERS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

FOR: SWEATSHIRTS, T-SHIRTS, POLO SHIRTS, SHORTS, TRUNKS, HATS, SWEATS, AND JACKETS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

FOR: BASKETBALL BACKBOARDS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES; NAMELY, PROVIDING COURSES AT UNDERGRADUATE AND GRADUATE LEVELS; SPONSORING ATHLETIC EVENTS, ARTISTIC PERFORMANCES, AND CULTURAL AFFAIRS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1988; IN COMMERCE 0-0-1988.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHARLOTTE", APART FROM THE MARK AS SHOWN.

SER. NO. 74-177,519, FILED 6-19-1991.

ERIN FALK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,650,195
Registered July 9, 1991

## TRADEMARK
## PRINCIPAL REGISTER

## CHARLOTTE HORNETS

CHARLOTTE NBA LIMITED PARTNERSHIP (NORTH CAROLINA LIMITED PARTNERSHIP)
2600 FIRST UNION PLAZA
CHARLOTTE, NC 28282

FOR: CLOTHING; NAMELY, TEE SHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 6-15-1987; IN COMMERCE 6-15-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHARLOTTE", APART FROM THE MARK AS SHOWN.

SER. NO. 73-671,252, FILED 7-10-1987.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

## United States Patent and Trademark Office

**Reg. No. 1,098,854**
**Registered Aug. 8, 1978**

## TRADEMARK
### Principal Register

# CHARLOTTE FORD

Don Sophisticates, Inc. (New York corporation)
530 7th Ave.
New York, N.Y. 10011

For: WOMEN'S APPAREL—NAMELY, SWEAT-ERS, SCARVES, PANTS, BLOUSES, SKIRTS, JACK-ETS, B L A Z E R S, HANDKERCHIEFS, DRESSES, SWEATER COATS AND SUITS—in CLASS 25 (U.S. CL. 39).

First use Sept. 8, 1976; in commerce Sept. 8, 1976.

"Charlotte Ford" is a living individual whose consent is of record.

Ser. No. 112,112, filed Jan. 12, 1977.

PAUL F. GAST, Examiner

Int. Cls.: 6, 16, 21, 25 and 28

Prior U.S. Cls.: 2, 5, 12, 13, 14, 22, 23, 25, 29, 30, 33, 37, 38, 39, 40 and 50

Reg. No. 2,090,707

## United States Patent and Trademark Office

Registered Aug. 26, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE CHECKERS

CHARLOTTE PROFESSIONAL SPORTS TEAMS, INC. (NORTH CAROLINA CORPORATION)
2700 EAST INDEPENDENCE BOULEVARD
CHARLOTTE, NC 28205

FOR: METAL KEY CHAINS; METAL NOVELTY LICENSE PLATES , IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
FIRST USE 10–31–1993; IN COMMERCE 10–31–1993.
FOR: DECALS; PENS; PENCILS; TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10–31–1993; IN COMMERCE 10–31–1993.
FOR: BOTTLE OPENERS; COFFEE MUGS; BEER MUGS; DRINKING STEINS; SHOT GLASSES; DRINKING GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).
FIRST USE 10–31–1993; IN COMMERCE 10–31–1993.

FOR: SHIRTS; T-SHIRTS; SWEATSHIRTS; JERSEYS; SWEATERS; HATS; JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10–31–1993; IN COMMERCE 10–31–1993.
FOR: HOCKEY PUCKS; HOCKEY STICKS; GOALIE STICKS; STUFFED TOY ANIMALS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).
FIRST USE 10–31–1993; IN COMMERCE 10–31–1993.
OWNER OF U.S. REG. NOS. 1,856,428 AND 1,860,549.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHARLOTTE", APART FROM THE MARK AS SHOWN.

SER. NO. 75–075,833, FILED 3–20–1996.

JENNIFER RICHARD, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,860,139
Registered Oct. 25, 1994

### SERVICE MARK
### PRINCIPAL REGISTER

# CHARLOTTE
#### SAYVILLE

CHARLOTTE SHOPS, LTD. (NEW YORK COR-
PORATION)
101 MAIN STREET
SAYVILLE, NY 11782

FOR: RETAIL STORE SERVICES IN THE
FIELD OF MEN'S, WOMEN'S AND CHIL-
DREN'S CLOTHING, ACCESSORIES, SHOES
AND GENERAL DRY GOODS, IN CLASS 42
(U.S. CL. 100).

FIRST USE 12–31–1957; IN COMMERCE
12–31–1965.
OWNER OF U.S. REG. NO. 1,345,202.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SAYVILLE", APART FROM
THE MARK AS SHOWN.

SER. NO. 74–449,090, FILED 10–21–1993.

NORA BUCHANAN WILL, EXAMINING AT-
TORNEY

Int. Cl.: 42

Prior U.S. Cl.: 101

## United States Patent and Trademark Office

Reg. No. 1,345,202
Registered June 25, 1985

### SERVICE MARK
### PRINCIPAL REGISTER

# CHARLOTTE
SAYVILLE

CHARLOTTE SHOPS LTD. (NEW YORK COR-
PORATION)
101 MAIN ST.
SAYVILLE, NY 11782

FOR: RETAIL STORE SERVICES IN THE
FIELDS OF WOMEN'S CLOTHING AND
SHOES, IN CLASS 42 (U.S. CL. 101).
FIRST USE 12-31-1957; IN COMMERCE
12-31-1965.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SAYVILLE", APART FROM
THE MARK AS SHOWN.

SER. NO. 438,238, FILED 8-8-1983.

JEANNETTE M. LOPEZ, EXAMINING ATTOR-
NEY

# EXHIBIT H

03/17/2008 13:59 FAX                    DREIER LLP MAIN FAX              @0002/0003
MAR-17-2008  13:58         JUDGE WOOD                          212 805 7900     P.02/03

# THE BOSTANY LAW FIRM

40 WALL STREET
61ST FLOOR
NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX 212-

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

## MEMO ENDORSED                          March 17, 2008

Hon. Kimba M. Wood
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

R E C E I V E D
MAR 17 2008
CHAMBERS OF KIMBA M. WOOD
U.S.D.J., S.D.N.Y.

Re:     *Sanei Charlotte Ronson LLC, v. GMA Accessories, Inc.,*
        Docket No.: 07 CV 9578 (UA)

Honorable Chief Judge:

As counsel for defendant GMA, we received a copy of Judge McMahon's recusal memorandum in this case (hereinafter the "RONSON matter"). I also represent GMA in the prior pending action *GMA v. Eminent, et al.,* 07cv3219 (LTS) which was assigned to Hon. Laura Taylor Swain (hereinafter the "SOLNICKI case") in April of last year.

Pursuant to Local Civil Rule 1.6, I respectfully advise that the cases are related and ask that this case be referred to Judge Swain at this time. When the RONSON action was filed in October, counsel for the plaintiff, Dreier LLP, did not mark the case related on the civil cover sheet, so Judge Swain was not referred the case initially by the Clerk. Dreier also represents the defendants in the SOLNICKI case.

The RONSON case is derived from the SOLNICKI case insofar as the RONSON complaint alleges that GMA's lawsuit in SOLNICKI has tortuously interfered with RONSON's business based on the unique argument that GMA's lawsuit against the retailers of SOLNICKI has caused RONSON damage because RONSON sells to those same retailers, i.e. the defendants in SOLNICKI are customers of both RONSON and SOLNICKI.

The remainder of the claims and counterclaims of each case are the converse of each other as summarized in pertinent part:



*prefer the case to Judge Swain, so that she can determine whether the cases are related. Knuw*

03/17/2008 13:06 FAX Case 1:07-cv-03219-LTS-DCF Document 174-13 ROBERT M. WOOD FAX Filed 04/11/2008 Page 39 of 39 @0003/0003

MAR-17-2008 13:58 JUDGE WOOD 212 805 7900 P.03/03

Claims in **SOLNICKI**: GMA's registered trademark CHARLOTTE for clothing versus the defendants' use of the unregistered trademark CHARLOTTE SOLNICKI on trendy clothing. **See Exhibit A.**

**Counterclaim in RONSON**: GMA's registered trademark CHARLOTTE for clothing versus RONSON's use of the unregistered mark CHARLOTTE RONSON on trendy clothing. **See Exhibit B.**

**Claims in RONSON:** (a) unsupported claim that GMA was not using its mark in commerce when it renewed it and therefore lost rights to it. **See Exhibit C.**

**Counterclaims in SOLNICKI:** (a) unsupported claim that GMA was not using its mark in commerce when it renewed it and therefore lost rights to it. **See Exhibit D.**

Wherefore, assignment to the same Judge it is respectfully submitted would avoid the unnecessary duplication of judicial effort, and would foster consistency in verdicts.

I also respectfully ask your Honor's assistance with a Stipulation to take non party depositions on March 18 and March 20. At the time of Judge McMahon's recusal, the Clerk was in the process of submitting a joint stipulation for non party depositions on these cases to both Judge McMahon and Judge Swain. On March 13, Judge Swain "so ordered" the part of the order that pertained to the SOLNICKI case, but Judge McMahon did not "so order" the portion of the stipulation that pertained to the RONSON case before her recusal on March 12. Accordingly, I respectfully ask that your Honor endorse that portion of the enclosed Stipulation relating to the RONSON case.

*This is a matter to be dealt with by the new Judge. KMW*

Respectfully,

John P. Bostany

Enclosures

cc: Hon. Laura Taylor Swain, U.S.D.J.
Dreier, LLP

SO ORDERED.
NY,NY
3-17-08

Kimba M. Wood

TOTAL P.03