UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMA ACCESSORIES, INC.
                  Plaintiff,

v.

EMINENT, INC., et al.
                  Defendants.

No. 07 CIV 3219 (LTS) (DCF)

STIPULATION AND
PROPSED ORDER FOR
SUBSTITUTION OF
COUNSEL

IT IS HEREBY STIPULATED and that Robert J. Grand of Dreier LLP, shall replace Garvey Schubert Barer and Bartel & Evans, LLP as counsel of record for defendant Eminent, Inc. On the effective date of this Order, the firms of Garvey Schubert Barer and Bartel and Evans, LLP are hereby released and discharged of any further responsibility in the matter.

**Bartel & Evans, LLP**
4695 MacArthur Court, Suite 310,
Newport Beach, CA 92660
(949) 752.-700

_____
Marvin Bartel

_____
Morgan Evans

**Dreier LLP**
499 Park Avenue
New York, NY 10022
(212) 328-6100

_____
Robert J. Grand

**Garvey Schubert Barer**
100 Wall Street, 20th Floor
New York, NY 10005-3708
(212) 431-8700

_____
Roberto Carrillo, Esq. (RC0721)

**Eminent, Inc.**
16000 Canary Ave.
La Mirada, CA, 90638

_____
Michael Karanikolas, CEO

SO ORDERED:

_____
Honorable Laura T. Swain, U.S.D.J.

**Notices**
1:07-cv-03219-LTS-DCF GMA Accessories, Inc. v. Bop, LLC et al
CASREF, ECF

# U.S. District Court

## United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Goodman, Andrew on 4/7/2008 at 3:12 PM EDT and filed on 4/7/2008

**Case Name:**     GMA Accessories, Inc. v. Bop, LLC et al
**Case Number:**   1:07-cv-3219
**Filer:**         Eminent, Inc.
**Document Number:** 165

**Docket Text:**
**NOTICE of Substitution of Attorney. Old Attorney: Garvey Schubert Barer, New Attorney: Dreier LLP, Address: Dreier LLP, 499 Park Avenue, New York, New York, USA 10022, 212-328-6100. Document filed by Eminent, Inc.. (Goodman, Andrew)**


**1:07-cv-3219 Notice has been electronically mailed to:**

Andrew Thomas Sweeney     Andrew.Sweeney@Bozlaw.com

Crystal Sarah Ann Scott     crystal.scott@bozlaw.com

Ira Stephen Sacks     isacks@dreierllp.com

Jeffrey Ross Wang     jwang@fklaw.com

John Peter Bostany     John@Bozlaw.com

Marvin Ivan Bartel     mbartel@bartelevans.com

Morgan R. Evans     mevans@bartelevans.com

Noel W. Hauser     nohauser@verizon.net

Robert Jason Grand     rgrand@dreierllp.com

Robert Joel Lack     rlack@fklaw.com

Roberto Clemente Carrillo     rcarrillo@gsblaw.com

Ronald Ira Paltrowitz     ron.paltrowitz@bozlaw.com

Safia Anisa Anand     sanand@dreierllp.com

**1:07-cv-3219 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/7/2008] [FileNumber=4452623-0]
[9619966e1a294d2ce51d1637a5f35e887db7b7563c341942143e885d51d0a418a624
28b12e9c88763767c444bcf48f839c6b65eaf98dc0e21e445990b9f1f3c5]]