UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GMA ACCESSORIES, INC.,

                      Plaintiff,   :   07 Civ. 3219 (LTS)(DCF)

            - against -   :   ECF Case

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,   :   **DECLARATION OF**
LISA KLINE, INC., GIRLSHOP, INC.,   :   **JEFFREY R. WANG**
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

                    Defendants.   :
-----------------------------------------------------------------x

      I, JEFFREY R. WANG, declare as follows:

      1.    I am a member of the bar of this Court and am associated with Friedman Kaplan Seiler & Adelman LLP, counsel in this action for Bop, LLC ("Bop"). I submit this declaration in opposition to GMA Accessories, Inc.'s motion for contempt against Bop.

      2.    Attached hereto as Exhibit A is a true and correct copy of a letter, dated July 7, 2006, from John Bostany, Esq. to Bop, LLC, as well as a true and correct copy of a letter, dated July 27, 2006, from Adrian Garver, Copyright/Trademark Agent for Amazon.com, Inc. (Bop's parent company), in response to Mr. Bostany's July 7, 2006 letter.

      3.    Attached hereto as Exhibit B are true and correct copies of trademark registrations in the United States Patent and Trademark Office, for the following trademarks: Charlotte Russe (U.S. Registration No. 2,416,273); Charlotte

601408.1

Sting (U.S. Registration Nos. 2,232,708 & 2,234,946); Charlotte Ford (U.S. Registration No. 1,098,854); and Charlotte Checkers (U.S. Registration No. 2,090,707).

4. Attached hereto as Exhibit C is a true and correct copy of a decision of the United States Patent and Trademark Office, Trademark Trial and Appeal Board ("TTAB"), denying summary judgment to GMA Accessories, Inc., in *GMA Accessories, Inc. v. Sanei Charlotte Ronson, LLC*, Nos. 91167353, 91168148, 91172117 (TTAB Nov. 6, 2006).

5. Attached hereto as Exhibit D is a true and correct copy of the Consent Judgment as to Belmondo, which was filed in the above-captioned action on June 12, 2007. The document is Document 30 on the Court's docket sheet.

6. Attached hereto as Exhibit E is a true and correct copy of an April 10, 2008 printout of the home page of Belmondo's website, www.girldujour.com, as well as a printout of the "customer service" page indicating Belmondo's relationship to the www.girldujour.com website.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 11, 2008

_____
Jeffrey R. Wang