# Exhibit B

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,416,273
Registered Dec. 26, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE RUSSE

CHARLOTTE RUSSE MERCHANDISING, INC. (CALI-
FORNIA CORPORATION)
4645 MORENA BOULEVARD
SAN DIEGO, CA 92117

FOR: CLOTHING, NAMELY DRESSES, PANTS,
SHORTS, SKIRTS, BLOUSES, JUMPERS, OVERALLS,
KNIT AND WOVEN TOPS, SWEATERS, T-SHIRTS,
PAJAMAS, NIGHTGOWNS, ROBES, LOUNGEWEAR,
LINGERIE, SLIPS, UNDERGARMENTS, PANTIES,
CASUAL AND DRESSY SHOES, SANDALS, BOOTS,
SWEATPANTS, SWEATSHIRTS, SWEATSUITS,
TIGHTS, LEGGINGS, AND SOCKS; PERFORMANCE
WEAR, NAMELY JERSEYS, BICYCLE PANTS AND
GYMNASTIC SUITS; SPORTSWEAR, NAMELY

PANTS AND SHIRTS, SWIMWEAR, SWIMSUIT
COVER-UPS AND LEOTARDS, TIGHTS, SOCKS,
SHORTS; OUTERWEAR, NAMELY JACKETS,
VESTS, COATS, SHELLS; AND HEADGEAR, NAME-
LY HATS, CAPS, HEADBANDS, VISORS, AND
BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2–26–1991; IN COMMERCE 2–26–1991.

OWNER OF U.S. REG. NO. 1,485,692.

THE NAME DOES NOT IDENTIFY A LIVING IN-
DIVIDUAL.

SN 75–539,417, FILED 8–19–1998.

AMOS T. MATTHEWS, JR., EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,232,708

Registered Mar. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE STING

WNBA ENTERPRISES, LLC (DELAWARE LIM-
ITED LIABILITY COMPANY)
450 HARMON MEADOW BOULEVARD
SECAUCUS, NJ 07094

FOR: CLOTHINGS, NAMELY, HOSIERY,
FOOTWEAR, T-SHIRTS, SWEATSHIRTS,
SWEATPANTS, PANTS, TANK TOPS, JERSEYS,
SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY
SHIRTS, SWEATERS, BELTS, TIES, NIGHT-
SHIRTS, HATS, WARM-UP SUITS, JACKETS,
PARKAS, COATS, CLOTH BIBS, HEAD BANDS,
WRIST BANDS, APRONS, BOXER SHIRTS,
SLACKS, CAPS, EAR MUFFS AND GLOVES,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1997; IN COMMERCE
6-0-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CHARLOTTE", APART FROM
THE MARK AS SHOWN.

SN 75-212,066, FILED 12-11-1996.

RUDY R. SINGLETON, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,234,946

Registered Mar. 23, 1999

## TRADEMARK
## PRINCIPAL REGISTER



WNBA ENTERPRISES, LLC (DELAWARE LIM-
ITED LIABILITY COMPANY)
450 HARMON MEADOW BOULEVARD
SECAUCUS, NJ 07094

FOR: CLOTHING, NAMELY, HOSIERY,
FOOTWEAR, T-SHIRTS, SWEATSHIRTS,
SWEATPANTS, PANTS, TANK TOPS, JERSEYS,
SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY
SHIRTS, SWEATERS, BELTS, TIES, NIGHT-
SHIRTS, HATS, WARM-UP SUITS, JACKETS,
PARKAS, COATS, CLOTH BIBS, HEAD BANDS,
WRIST BANDS, APRONS, BOXER SHIRTS,

SLACKS, CAPS, EAR MUFFS AND GLOVES,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6–0–1997; IN COMMERCE
6–0–1997.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CHARLOTTE", APART FROM
THE MARK AS SHOWN.

SN 75–232,271, FILED 1–28–1997.

RUDY R. SINGLETON, EXAMINING ATTOR-
NEY

Int. Cls.: 6, 16, 21, 25 and 28

Prior U.S. Cls.: 2, 5, 12, 13, 14, 22, 23, 25, 29, 30, 33, 37, 38, 39, 40 and 50

Reg. No. 2,090,707

## United States Patent and Trademark Office

Registered Aug. 26, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE CHECKERS

CHARLOTTE PROFESSIONAL SPORTS TEAMS, INC. (NORTH CAROLINA CORPORATION)
2700 EAST INDEPENDENCE BOULEVARD
CHARLOTTE, NC 28205

FOR: METAL KEY CHAINS; METAL NOVELTY LICENSE PLATES , IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
FIRST USE 10–31–1993; IN COMMERCE 10–31–1993.
FOR: DECALS; PENS; PENCILS; TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10–31–1993; IN COMMERCE 10–31–1993.
FOR: BOTTLE OPENERS; COFFEE MUGS; BEER MUGS; DRINKING STEINS; SHOT GLASSES; DRINKING GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).
FIRST USE 10–31–1993; IN COMMERCE 10–31–1993.

FOR: SHIRTS; T-SHIRTS; SWEATSHIRTS; JERSEYS; SWEATERS; HATS; JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10–31–1993; IN COMMERCE 10–31–1993.
FOR: HOCKEY PUCKS; HOCKEY STICKS; GOALIE STICKS; STUFFED TOY ANIMALS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).
FIRST USE 10–31–1993; IN COMMERCE 10–31–1993.
OWNER OF U.S. REG. NOS. 1,856,428 AND 1,860,549.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHARLOTTE", APART FROM THE MARK AS SHOWN.

SER. NO. 75–075,833, FILED 3–20–1996.

JENNIFER RICHARD, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,098,854
Registered Aug. 8, 1978

## TRADEMARK
### Principal Register

# CHARLOTTE FORD

Don Sophisticates, Inc. (New York corporation)
530 7th Ave.
New York, N.Y.  10011

For: WOMEN'S APPAREL—NAMELY, SWEAT-ERS, SCARVES, PANTS, BLOUSES, SKIRTS, JACK-ETS, B L A Z E R S, HANDKERCHIEFS, DRESSES, SWEATER COATS AND SUITS—in CLASS 25 (U.S. CL. 39).

First use Sept. 8, 1976; in commerce Sept. 8, 1976.

"Charlotte Ford" is a living individual whose consent is of record.

Ser. No. 112,112, filed Jan. 12, 1977.

PAUL F. GAST, Examiner