# Exhibit E

**girldujour.com** | sale | what's new | what's hot | customer service | view shoppin

**SHOP BY BRAND**

**LIVE LOVE SH**

- A Common Thread
- AG Adriano Goldschmeid
- Alice & Trixie
- Alisha Levine
- Ann Ferriday
- Arleen C. Boots
- B-Charming Bracelets
- B-Low The Belt
- Bailey 44
- BCBG
- Betsey Johnson
- Black Halo
- Bridget Sandals
- Carolina K
- Charlotte Ronson
- Citrine by the Stones
- Commando
- Debra Evans Haviainas
- Design History
- Dittos
- Dream Society
- E.Vil
- Eugenia Kim Hats
- Felix Ray
- Fourtys
- Gold Hawk
- Goldenbleu
- Graham&Spencer
- Gypsy
- Handbags&Totes
- Harkam
- Havaianas
- Hudson Jeans
- Ingwa Malero
- J Brand
- Jano by Anja Flint
- Joes Jeans
- Johnson Shorts
- Joyaan
- Joystick
- Juicy Accessories
- Juicy Couture
- Juicy Swim
- Juicy Terry
- Julie Brown

- Julie Haus
- Julien Joyce by Mandalay
- Kablan
- Kooba
- La Rok
- Laundry
- Lauren Moshi
- Lia Kes
- Lotta
- LOVE from Ya-Ya
- Mackage
- Mara Hoffman
- Mella Flipflops
- Mimi&Coco
- Minnie Rose
- Motif 56 Belts
- Moyna Evening Bags
- Mystique
- Nanette Lepore
- Nieves Lavi
- Nikka
- Olivia Furs
- Peoples Liberation
- Prairie
- Primp
- Q by Douie
- Raven Denim
- Red Engine
- Rory Becca
- Sabina Handbags
- Sharon Segal Tees
- Siwy Jeans
- Soia&Kyo
- Solana Ponchos
- Solomay
- Susana Monaco
- T-Bags
- T-Luxury
- Tart
- Toast Handbags
- Tory Burch
- Tracy Reese
- Trina Turk
- Trunk
- Twill Twenty Two
- Tylie Bags
- Velvet
- Vince
- Walter

## girldujour.com

| sale | what's new | what's hot | customer service | view shopping |

**SHOP BY BRAND**

- A Common Thread
- AG Adriano Goldschmeid
- Alice & Trixie
- Alisha Levine
- Ann Ferriday
- Arleen C. Boots
- B-Charming Bracelets
- B-Low The Belt
- Bailey 44
- BCBG
- Betsey Johnson
- Black Halo
- Bridget Sandals
- Carolina K
- Charlotte Ronson
- Citrine by the Stones
- Commando
- Debra Evans Haviainas
- Design History
- Dittos
- Dream Society
- E.Vil
- Eugenia Kim Hats
- Felix Ray
- Fourtys
- Gold Hawk
- Goldenbleu
- Graham&Spencer
- Gypsy
- Handbags&Totes
- Harkam
- Havaianas
- Hudson Jeans
- Ingwa Malero
- J Brand
- Jano by Anja Flint
- Joes Jeans
- Johnson Shorts
- Joyaan
- Joystick
- Juicy Accessories
- Juicy Couture
- Juicy Swim
- Juicy Terry
- Julie Brown

**How to contact us.**

email us at sales@girldujour.com. If you are emailing about an order, kindly include all of the information from your order(date ordered, order number, name, and item(s) ordered.

GirlduJour is comprised of our website and our retail stores Gamine located in New York City and Belmondo in Shrewsbury N.J.
Feel free to call us at our retail stores (732)-747-1233
Special orders are through GirlduJour's buyer at 732-747-1233.

**What is the return policy?**

Returns and exchanges are accepted on items that HAVE NOT BEEN WORN, ALTERED OR WASHED, with ALL tags attached. You may exchange or return merchandise by mail within 21 days of receipt of purchase. Sale Items are final sales and can not be returned so please shop carefully. Please follow the return/exchange instructions on the invoice included with your package. PLEASE NOTE: We do not refund shipping and handling charges.

**How do I make a return or exchange?**

Simply follow the instructions on the invoice included with your package. Pack and securely seal the merchandise in the original package if possible. Include the completed form with your return/exchange, and send insured to the above address. (We recommend that you insure the return packages to girldujour.com This will provide you with recourse on your package, as we cannot accept responsibility for packages that we do not ship ourselves).

- Julie Haus
- Julien Joyce by Mandalay
- Kablan
- Kooba
- La Rok
- Laundry
- Lauren Moshi
- Lia Kes
- Lotta
- LOVE from Ya-Ya
- Mackage
- Mara Hoffman
- Mella Flipflops
- Mimi&Coco
- Minnie Rose
- Motif 56 Belts
- Moyna Evening Bags
- Mystique
- Nanette Lepore
- Nieves Lavi
- Nikka
- Olivia Furs
- Peoples Liberation
- Prairie
- Primp
- Q by Douie
- Raven Denim
- Red Engine
- Rory Becca
- Sabina Handbags
- Sharon Segal Tees
- Siwy Jeans
- Soia&Kyo
- Solana Ponchos
- Solomay
- Susana Monaco
- T-Bags
- T-Luxury
- Tart
- Toast Handbags
- Tory Burch
- Tracy Reese
- Trina Turk
- Trunk
- Twill Twenty Two
- Tylie Bags
- Velvet
- Vince
- Walter