UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMA ACCESSORIES, INC.
          Plaintiff,

v.

EMINENT, INC., et al.
          Defendants.

No. 07 CIV 3219 (LTS) (DCF)

STIPULATION AND
PROPSED ORDER FOR
SUBSTITUTION OF
COUNSEL

IT IS HEREBY STIPULATED and that Robert J. Grand of Dreier LLP, shall replace Garvey Schubert Barer and Bartel & Evans, LLP as counsel of record for defendant Eminent, Inc. On the effective date of this Order, the firms of Garvey Schubert Barer and Bartel and Evans, LLP are hereby released and discharged of any further responsibility in the matter.

**Bartel & Evans, LLP**
4695 MacArthur Court, Suite 310,
Newport Beach, CA 92660
(949) 752.-700

_____
Marvin Bartel

_____
Morgan Evans

**Dreier LLP**
499 Park Avenue
New York, NY 10022
(212) 328-6100

_____
Robert J. Grand

Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, NY 10005-3708
(212) 431-8700

_____
Roberto Carrillo, Esq. (RC0721)

Eminent, Inc.
16000 Canary Ave.
La Mirada, CA, 90638

_____
Michael Karanikolas, CEO

SO ORDERED:

_____
Honorable Laura T. Swain, U.S.D.J.

**Debra Freeman**
**United States Magistrate Judge**
**Southern District of New York**