```
                    CORPORATION SERVICE COMPANY
07CV3219(LTS)
                       AFFIDAVIT OF SERVICE

STATE OF NEW YORK
U.S. DISTRICT   COURT, SOUTHERN DISTRICT      INDEX # 07CV3219 (LTD)
------------------------------------------------------------------


GMA ACCESSORIES, INC,
                                                       PLAINTIFF

            VS.

CHARLOTTE SOLNICKI, ET AL                              DEFENDANT


------------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY              ss:
```

Minard Carkner being duly sworn, deposes and says that he is over the age of eighteen (18) years; That on the 4TH day of April, 2008 at 2:35 pm he served the annexed Summons and Third Amended Complaint, Index # 07CV3219(LTS) ,endorsed thereto on Electric Wonderland, Inc. the defendant in this action, by delivering to and leaving with Carol Vogt an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00.  That said service was made pursuant to Section 306 of the Business Corporation  Law of the State of New York.

Deponent further says that he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

                                          _____
                                                Minard Carkner


Sworn to before me this
9th day of April, 2008

_____
Johanna A. Burkhartt, Notary Public
rzm