CORPORATION SERVICE COMPANY

07CV3219(LTS)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
U.S. DISTRICT COURT, SOUTHERN DISTRICT       INDEX # 07CV3219 (LTD)
------------------------------------------------------------------

GMA ACCESSORIES, INC,
                                                      PLAINTIFF

            VS.

CHARLOTTE SOLNICKI, ET AL                             DEFENDANT

------------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                ss:

Minard Carkner being duly sworn, deposes and says that he is
over the age of eighteen (18) years; That on the 4TH day of April,
2008 at 2:35 pm he served the annexed Summons and Third Amended
Complaint, Index # 07CV3219(LTS) ,endorsed thereto on Tierney Direct,
LLC the defendant in this action, by delivering to and leaving with
Carol Vogt an employee of the Office of the Secretary of the State of
New York in the City of Albany, New York, two (2) copies thereof, and
at the time of making said service, deponent paid the said Secretary of
State of New York a fee of $40.00.  That said service was made pursuant
to Section 306 of the Business Corporation Law of the State of New
York.

Deponent further says that he knew the person so served as
aforesaid in the Office of the Secretary of the State
of New York to be duly authorized by law to accept such service
on behalf of the named defendant.

                                          _____
                                                Minard Carkner

Sworn to before me this
9th day of April, 2008.

_____
Johanna A. Burkhartt, Notary Public
rzm

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

GMA ACCESSORIES, INC.

V.

CHARLOTTE SOLNICKI, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV3219 (LTS)

TO: (Name and address of Defendant)

CHARLOTTE SOLNICKI - 498 7th Ave, 24th FL, NY, NY 10018
CHARLOTTE B, LLC - 160 Greentree Rd, #101, Dover, DE 19901
ELECTRIC WONDERLAND, INC. - 498 7th Ave, 24th FL, NY, NY 10018
GOSI ENTERPRISES, LTD. - 73 Middleneck Rd, Great Neck, NY 11021
TIERNEY DIRECT LLC - 115 Saint Mark's Place, NY, NY 10009
JONATHAN SOLNICKI - 498 7th Ave, 24th FL, NY, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 0 2 2008

DATE

C. Lapsley
(By) DEPUTY CLERK