AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE CHARLOTTE SOLNICKI |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/7/08 affixing, 4/14/08 mailing ||
| NAME OF SERVER (PRINT) William B. Waters | TITLE ||

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): After efforts to serve the person in charge of the office of the partnership within the state, service was made by affixing a copy of the summons and 3rd Amended complaint to the door of 498 7th Avenue, 24th FL, N.Y.C. (the address for the "showroom" set forth on the Charlotte Solnicki website attached), and by mailing a copy each to Jonathan Solnicki and Melina Solnicki at the office for said partnership within the state.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL $0 | SERVICES $0 | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/15/08
Date

Signature of Server: W. B. Wa...

Address of Server: 40 Wall St, 61st FL NY NY 10005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GMA ACCESSORIES, INC.

V.

CHARLOTTE SOLNICKI, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV3219 (LTS)

TO: (Name and address of Defendant)

CHARLOTTE SOLNICKI - 498 7th Ave, 24th FL, NY, NY 10018
CHARLOTTE B, LLC - 160 Greentree Rd, #101, Dover, DE 19901
ELECTRIC WONDERLAND, INC. - 498 7th Ave, 24th FL, NY, NY 10018
GOSI ENTERPRISES, LTD. - 73 Middleneck Rd, Great Neck, NY 11021
TIERNEY DIRECT LLC - 115 Saint Mark's Place, NY, NY 10009
JONATHAN SOLNICKI - 498 7th Ave, 24th FL, NY, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 0 2 2008

CLERK                                      DATE

_C. Lapsley_
(By) DEPUTY CLERK