

## Contact Us

info@charlottesolnicki.com

**Showroom BA - Argentina**

*Leandra Montagna*
Ph. 15 5248 1565
Nextel. 54*335*3443

Martin Lezica 3098 – B1642GJB
San Isidro – Buenos Aires - Argentina

**Showroom New York**

*Porsha Summerville*
Ph. 212 643 4810
     646 619 6830

498 7th. Avenue 24th. floor NY
NY 10018

**Corporate Office Argentina**

Ph. (5411) 5219 3447 / 8 / 9
Alsina 1237 - 2º A
Capital Federal – Argentina

**Corporate Office USA**

Ph. 212 561 5513 / 5148 / 5284
Fax. 212 656 1805

**Showroom Greece**

Rakas Ltd
28 Sorou str.
Athens 151 25, Greece

Zoe Laspa
RAKAS Ltd

T.+30 210 6100615
F.+30 210 6100411

