# EXHIBIT B

## Jennifer Daddio

**From:** Robert Grand
**Sent:** Thursday, February 07, 2008 12:32 PM
**To:** 'crystal.scott@bozlaw.com'
**Cc:** Ira S. Sacks; Jennifer Daddio; 'john@bozlaw.com'; 'Robert Carrillo'
**Subject:** RE: GMA v. Eminent, et al.

Crystal,

As a follow up, I have just learned that a representative from Wink NYC is available on Friday, February 15. Let me know if that date is good for you. After that, he will not be available until the week of Febuary 25, but is available any day that week. Please be advised though, that we have noticed the depositions of the GMA witnesses for that week as well.

Rob


**Robert J. Grand**
**Partner**

# DREIER<sup>LLP</sup>

**499 Park Avenue**
**New York, NY 10022**
**Office (212) 328-6100**
**Fax      (212) 652-3801**
www.dreierllp.com

-----Original Message-----
**From:** Robert Grand
**Sent:** Thursday, February 07, 2008 12:28 PM
**To:** 'crystal.scott@bozlaw.com'
**Cc:** Ira S. Sacks; Jennifer Daddio; 'john@bozlaw.com'; 'Robert Carrillo'
**Subject:** GMA v. Eminent, et al.

Crystal,

I still have not heard back from you regarding Mr. Tierney's deposition. If you recall, his deposition was tentatively scheduled for tomorrow and you indicated that you would need about 1 1/2 hours to complete it. I suggested that we start at 9:00 am because Mr. Tierney is unavailable tomorrow after noon. You said that you could not guarantee that you'd be finished by then and asked me for another date. I told you yesterday that Mr. Tierney is available on February 12. Please let me know if that date works for you.

A representative from Lisa Kline is available on February 20 in Los Angeles. Please let me know if we can confirm that date and location as well.

I am awaiting a response from Intermix as to their witness's availability on March 11, and am awaiting available dates from Singer and Wink NYC.

Rob

**Robert J. Grand**
**Partner**

4/11/2008

**DREIER**<sup>LLP</sup>

499 Park Avenue
New York, NY 10022
Office (212) 328-6100
Fax     (212) 652-3801
www.dreierllp.com

4/11/2008