# EXHIBIT E

# DREIER LLP

### ATTORNEYS AT LAW

The Gursky Group

**Mary Grieco**
Direct 212 652 3776
mgrieco@dreierllp.com

March 12, 2008

**_BY ELECTRONIC MAIL_**
Ronald I. Paltrowitz
The Bostany Law Firm
40 Wall Street - 61st Floor
New York, NY 10005

Re:   *Sanei Charlotte Ronson LLC v. GMA Accessories, Inc.*
      *GMA Accessories, Inc. v. Eminent, Inc. et al.*

Dear Ron,

We write to confirm the agreements or failure to reach agreements on the outstanding issues in the afore-mentioned cases.

*Sanei Charlotte Ronson* Case

### 1. INTERROGATORIES to GMA:

We could not reach an agreement as to the following interrogatory responses and we will bring them to the Judge's attention: 1, 3, 4, 5, 6, 12 and 13.

You said that you will check as to Interrogatory Nos. 9, 10 and 11 and get back to us. If you do not get back to us before the conference on Friday, or if you cannot agree to our proposals in this regard by Friday, we will bring these up with Judge Freeman.

### 2. DOCUMENT REQUESTS to GMA:

We could not reach an agreement as to the following interrogatory responses and we will bring them to the Judge's attention: 6 and 7.

You agreed that you will produce documents in response to Request No. 8.

In response to Request No. 17, you agreed that you will get possible dates for someone from our office to inspect GMA's showroom and find out if that person can take photos of the goods. Again, if we do not hear from you before the conference with Judge Freeman, we will bring this issue up during the conference so it can be resolved then.

{00337375.DOC;}

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

Ronald I. Paltrowitz, Esq.
March 12, 2008
Page 2 of 3

In response to Request No. 33, you stated that the letters between GMA's counsel and Charlotte Russe's counsel are the agreements to which you refer. You would not agree to give us the specific bates stamp numbers for the TTAB and PTO files you refer to in your response.

In response to Request Nos. 37, 38 and 44, you agreed that you will produce any responsive documents or indicate that there are none.

3.  **REQUESTS FOR ADMISSIONS to GMA**:  You agreed that you need to respond to our requests for admissions as set forth in our February 15, 2008 letter. We await your responses. If we do not receive the responses, or if we cannot reach agreement before the conference, we will bring these up with Judge Freeman for resolution.

4.  **CHART**:  You stated that you do not believe that it is your burden to fill in the chart we sent you. We mentioned that from the sales documents we have seen, we cannot tell if the sales orders are for CHARLOTTE products, Capelli products or some other product and you stated that if we cannot tell, you will not be able to tell. You stated that it is for a witness to answer. We told you that we will bring this up with the Judge.

5.  **DOCUMENTS**:  You stated that some of the 37,000 pages of documents are stored electronically at your offices and the rest are stored electronically with an outside vendor or on CDs. You said that you would find out how much it would cost to scan all the electronically stored documents onto a disc (without printing them out) and/or simply copy the CDs (again without printing the documents out). We await your response, and we expect that you will have this information in time for the conference with Judge Freeman as we intend to raise this issue.

6.  **SUPPLEMENTAL RULE 26 DISCLOSURES**:  We informed you that you still need to provide us with a Supplemental Rule 26 Disclosure and that your letter was inadequate as per Judge Freeman's March 5, 2008 order. We will bring this up with the Judge as well.

7.  **REFUND OF $200**. You refused to refund this sum that we paid for copies of documents that were not produced. We will bring this up with Judge Freeman.

*Eminent* Case

With respect to Eminent, you confirmed that:

1.  You will not take the depositions of the retailer defendants until the Charlotte B deposition is completed, and that you do not believe the deposition is complete. You agreed, however, to let us know if the dates we proposed for those depositions are acceptable or to provide alternate dates for those depositions; and

{00337375.DOC;}

Ronald I. Paltrowitz, Esq.
March 12, 2008
Page 3 of 3


      2.   The GMA witnesses you identified in your March 12 letter to Ira Sacks, Mr. Altirs and Mr. Maloof, are both 30(b)(6) witnesses who can testify as to the list of subjects contained in the Notice of 30(b)(6) Deposition, dated February 1, 2008.


Sincerely,

Mary L. Grieco


cc:  Lisa T. Simpson, Esq. (via Electronic Mail)


{00337375.DOC;}