# EXHIBIT G

## Jennifer Daddio

| | |
|---|---|
| **From:** | Ira S. Sacks |
| **Sent:** | Monday, March 31, 2008 12:05 PM |
| **To:** | 'John P. Bostany (john@bozlaw.com)' |
| **Cc:** | 'Ronald I. Paltrowitz Esq. (ron.paltrowitz@Bozlaw.com)' |
| **Subject:** | RE: Depositions |
| **Importance:** | High |

John,

The Saks 30(b)(6) designee is Stephanie Salierno and she is available on April 30 in NY.

My best,

Ira

Ira S. Sacks
**DREIER** LLP
499 Park Avenue
16th floor
New York, NY 10022
212 652 3730 (direct)
212 328 6100 (general)
212 328 6101 (fax)
isacks@dreierllp.com
www.dreierllp.com

PRIVILEGED AND CONFIDENTIAL


-----Original Message-----
**From:** Ira S. Sacks
**Sent:** Monday, March 31, 2008 10:33 AM
**To:** John P. Bostany (john@bozlaw.com)
**Cc:** Ronald I. Paltrowitz Esq. (ron.paltrowitz@Bozlaw.com)
**Subject:** Depositions
**Importance:** High

John

I still have not heard back from you on revised proposed dates for Aaron Nir and the other issues I raised in my email regarding the Sanei subpoena. I also have not heard from you confirming the dates and giving me the subject breakdowns for your 2 30(b)(6) designees.

As to depositions of the Retailer Defendants, Mr. Bryson will be the designee for Lisa Kline and

4/11/2008

is located in LA.  We suggest 4/14.  Mr. Werther will be the designee for Wink and we suggest 4/16 in NY.  And we suggest 4/17 for Mr. Tierney in NY.  I will let you know when I have proposed dates and/or names for Intermix, Saks and Singer.

My best,

Ira

Ira S. Sacks
**DREIER** LLP
499 Park Avenue
16th floor
New York, NY 10022
212 652 3730 (direct)
212 328 6100 (general)
212 328 6101 (fax)
isacks@dreierllp.com
www.dreierllp.com

PRIVILEGED AND CONFIDENTIAL