# EXHIBIT H

## Jennifer Daddio

| | |
|---|---|
| **From:** | Ira S. Sacks |
| **Sent:** | Wednesday, April 02, 2008 10:47 AM |
| **To:** | 'John P. Bostany (john@bozlaw.com)' |
| **Cc:** | 'Ronald I. Paltrowitz Esq. (ron.paltrowitz@Bozlaw.com)'; crystal.scott@bozlaw.com |
| **Subject:** | Depositions and Other open issues |
| **Importance:** | High |

John,

Judge Freeman's reference to 4/22 reminded me that you still have not responded to the following open issues, all of which have been raised with you previously and and several occasions. Many of them are **urgent** given the discovery cutoff in *Eminent* and the requests on some of the items go back for almost 2 weeks:

- I still have not heard back from you on revised proposed dates for Aaron Nir and the other issues I raised in my March 19 email regarding the Sanei subpoena.
- I also have not heard from you confirming the dates and giving me the subject breakdowns for your two 30(b)(6) designees. I now need to do those on April 23 and 25, not 23 and 24.
- As to depositions of the Retailer Defendants, Mr. Bryson will be the designee for Lisa Kline and is located in LA. We suggest 4/14. Mr. Werther will be the designee for Wink and we suggest 4/16 in NY. And we suggest 4/17 for Mr. Tierney in NY. The Saks 30(b)(6) designee is Stephanie Salierno and she is available on April 30 in NY. I will let you know when I have proposed dates and/or names for Intermix and Singer.
- We are still waiting for you to confirm that Request Nos. 37, 28 and 44 in the Ronson Document Requests, which were served on December 12, 2007, are included within your current document production.
- We would like to visit the GMA Showroom to inspect the products and take photos sometime soon. We propose the following dates: April 3 or 4, or any day the following week (April 7-12). Please let us know which day you prefer.
- Now that you have filed your counterclaim and are seeking damages against Sanei, please supplement your Rule 26(a) disclosures by setting forth the amount of damages you are seeking.
- The file wrapper for Serial Number 75/403,210 for CHARLOTTE in class 25 is not available on the USPTO website. Please provide us with a copy of this file wrapper.

**Please do not continue to ignore these items and please do not make me bother Judge Freeman with them.**

My best,

Ira

PRIVILEGED AND CONFIDENTIAL

-----Original Message-----
**From:** Ira S. Sacks

4/11/2008

**Sent:** Monday, March 31, 2008 10:33 AM
**To:** John P. Bostany (john@bozlaw.com)
**Cc:** Ronald I. Paltrowitz Esq. (ron.paltrowitz@Bozlaw.com)
**Subject:** Depositions
**Importance:** High

John

I still have not heard back from you on revised proposed dates for Aaron Nir and the other issues I raised in my email regarding the Sanei subpoena. I also have not heard from you confirming the dates and giving me the subject breakdowns for your 2 30(b)(6) designees.

As to depositions of the Retailer Defendants, Mr. Bryson will be the designee for Lisa Kline and is located in LA. We suggest 4/14. Mr. Werther will be the designee for Wink and we suggest 4/16 in NY. And we suggest 4/17 for Mr. Tierney in NY. I will let you know when I have proposed dates and/or names for Intermix, Saks and Singer.

My best,

Ira

Ira S. Sacks
**DREIER LLP**
499 Park Avenue
16th floor
New York, NY 10022
212 652 3730 (direct)
212 328 6100 (general)
212 328 6101 (fax)
isacks@dreierllp.com
www.dreierllp.com

PRIVILEGED AND CONFIDENTIAL

4/11/2008