# Exhibit J

## Jennifer Daddio

| | |
|---|---|
| **From:** | Ira S. Sacks |
| **Sent:** | Monday, April 07, 2008 8:44 AM |
| **To:** | Ronald I. Paltrowitz Esq. (ron.paltrowitz@Bozlaw.com) |
| **Cc:** | John P. Bostany (john@bozlaw.com) |
| **Subject:** | Depositions |
| **Importance:** | High |

We have the following proposed dates for witnesses. Most of them are unconfirmed. Please confirm the dates:

April 23 and 24 or 25 -- Which GMA witness will be on which date? And are both designated on all our 30(b)(6) categories?

April 18 -- Aaron Nir in <u>both</u> cases

April 14 -- Bryson in LA (Lisa Kline)

April 16 -- Werther (Wink)

April 17 -- Tierney

April 30 -- Salierno (Saks)

May 1 -- Singer

I am still waiting for a date from Intermix.

My best,

Ira

Ira S. Sacks
Dreier LLP
499 Park Avenue
New York, NY 10022
212 652 3730 (direct)
212 328 6100 (general)
212 328 6101 (fax)
isacks@dreierllp.com
www.dreierllp.com

PRIVILEGED AND CONFIDENTIAL