# EXHIBIT K

## Jennifer Daddio

| | |
|---|---|
| **From:** | Ira S. Sacks |
| **Sent:** | Thursday, April 10, 2008 9:38 AM |
| **To:** | 'John P. Bostany (john@bozlaw.com)' |
| **Cc:** | 'Ronald I. Paltrowitz Esq. (ron.paltrowitz@Bozlaw.com)'; crystal.scott@bozlaw.com |
| **Subject:** | RE: A few things |
| **Importance:** | High |

John,

If the dates for the depositions next week are not confirmed today, I will release the witnesses to attend to urgent business needs. Also, I believe (but i am waiting for confirmation) that Ms. Sloane (Intermix) is available on 4/22.

My best,

Ira

PRIVILEGED AND CONFIDENTIAL

-----Original Message-----
| | |
|---|---|
| **From:** | Ira S. Sacks |
| **Sent:** | Wednesday, April 09, 2008 10:32 AM |
| **To:** | John P. Bostany (john@bozlaw.com) |
| **Cc:** | Ronald I. Paltrowitz Esq. (ron.paltrowitz@Bozlaw.com) |
| **Subject:** | A few things |
| **Importance:** | High |

John,

A few things:

As we agreed, I have a CD with 669 jpegs available for you to pick up on payment of 5 cents per image ($33.45).

Thanks for your heads up about the conference before Judge Sweet. It is odd that he called you, defendant's counsel. You did not happen to call chambers again without us on the call, did you?

If you do not confirm the deposition dates, we will lose them. We have the following proposed dates for witnesses:

April 23 and 24 or 25 -- Which GMA witness will be on which date? And are both designated on all our 30 (b)(6) categories?

April 18 -- Aaron Nir in both cases.

April 14 -- Bryson in LA (Lisa Kline)

April 16 -- Werther (Wink)

April 17 -- Tierney

1

April 30 -- Salierno (Saks)

May 1 -- Singer.

My best,

Ira

Ira S. Sacks
**DREIER** LLP

499 Park Avenue
16th floor
New York, NY 10022
212 652 3730 (direct)
212 328 6100 (general)
212 328 6101 (fax)
isacks@dreierllp.com
www.dreierllp.com

PRIVILEGED AND CONFIDENTIAL