# EXHIBIT L

## Jennifer Daddio

**From:** Ira S. Sacks
**Sent:** Thursday, April 10, 2008 5:18 PM
**To:** 'john@bozlaw.com'
**Cc:** ron.paltrowitz@bozlaw.com; crystal.scott@bozlaw.com
**Subject:** RE: discovery

He never advised me of any such thing. Do you really want to cancel the depositions?

My best,

Ira

PRIVILEGED AND CONFIDENTIAL

> -----Original Message-----
> **From:** John P. Bostany [mailto:john@bozlaw.com]
> **Sent:** Thursday, April 10, 2008 5:07 PM
> **To:** Ira S. Sacks
> **Cc:** ron.paltrowitz@bozlaw.com; crystal.scott@bozlaw.com
> **Subject:** discovery
>
> Ira
> I am not in....Ron is handling the remaining discovery issues and has advised you in writing that he would like to see the documents among other things, you owe us before doing the depositions, please cooperate with Ron as much as possible
> Thanks
> John
>
> The Bostany Law Firm
>
> **From:** Ira S. Sacks [mailto:isacks@dreierllp.com]
> **Sent:** Thursday, April 10, 2008 9:38 AM
> **To:** john@bozlaw.com
> **Cc:** ron.paltrowitz@bozlaw.com; crystal.scott@bozlaw.com
> **Subject:** RE: A few things
> **Importance:** High
>
>
> John,
>
> If the dates for the depositions next week are not confirmed today, I will release the witnesses to attend to urgent business needs. Also, I believe (but i am waiting for confirmation) that Ms. Sloane (Intermix) is available on 4/22.
>
> My best,
>
> Ira

PRIVILEGED AND CONFIDENTIAL

-----Original Message-----
**From:** Ira S. Sacks
**Sent:** Wednesday, April 09, 2008 10:32 AM
**To:** John P. Bostany (john@bozlaw.com)
**Cc:** Ronald I. Paltrowitz Esq. (ron.paltrowitz@Bozlaw.com)
**Subject:** A few things
**Importance:** High

John,

A few things:

As we agreed, I have a CD with 669 jpegs available for you to pick up on payment of 5 cents per image ($33.45).

Thanks for your heads up about the conference before Judge Sweet. It is odd that he called you, defendant's counsel. You did not happen to call chambers again without us on the call, did you?

If you do not confirm the deposition dates, we will lose them. We have the following proposed dates for witnesses:
April 23 and 24 or 25 -- Which GMA witness will be on which date? And are both designated on all our 30(b)(6) categories?

April 18 -- Aaron Nir in both cases.
April 14 -- Bryson in LA (Lisa Kline)
April 16 -- Werther (Wink)
April 17 -- Tierney
April 30 -- Salierno (Saks)
May 1 -- Singer.

My best,

Ira

Ira S. Sacks
**DREIER LLP**
499 Park Avenue
16th floor
New York, NY 10022
212 652 3730 (direct)
212 328 6100 (general)
212 328 6101 (fax)
isacks@dreierllp.com
www.dreierllp.com

PRIVILEGED AND CONFIDENTIAL

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.