# EXHIBIT N

**Safia Anand**

---

**From:** Ira S. Sacks
**Sent:** Wednesday, March 19, 2008 11:41 AM
**To:** John P. Bostany (john@bozlaw.com)
**Cc:** Ronald I. Paltrowitz Esq. (ron.paltrowitz@Bozlaw.com); Lisa T. Simpson (lsimpson@orrick.com)
**Subject:** Sanei deposition

John,

Aaron Nir, the witness from Sanei, is not available on March 31. Let me know what dates after April 7 work for you.

Also, Mr. Nir will only appear as a witness once, for use in both cases. Neither the retailers nor Sanei will object to your use of the deposition in both cases. Let me know if you agree or if we need to trouble Judge Freeman with this.

Finally, documents responsive to your subpoena of Sanei in the Eminent case have been and are being produced by Sanei in the Sanei case and are being tendered in repsonse to your subpoena in the Eminent case.

My best,

Ira

Ira S. Sacks
DREIER LLP
499 Park Avenue
16th floor
New York, NY 10022
212 652 3730 (direct)
212 328 6100 (general)
212 328 6101 (fax)
isacks@dreierllp.com
www.dreierllp.com

PRIVILEGED AND CONFIDENTIAL

1