# EXHIBIT O

**Safia Anand**

| | |
|---|---|
| **From:** | Ira S. Sacks |
| **Sent:** | Tuesday, April 15, 2008 8:15 AM |
| **To:** | Ronald I. Paltrowitz Esq. (ron.paltrowitz@Bozlaw.com) |
| **Cc:** | John P. Bostany (john@bozlaw.com) |
| **Subject:** | Discovery |

Ron,

Although I am traveling, there are the following open discovery issues as to which a response is urgently needed:

Since Friday, I have told you and John that the full set of Sanei invoices and orders -- not just a sampling -- would be available yesterday (Monday) for inspection and copying or for copying if you want the full set without inspection. I asked you or John to call Safia in my absence.

I need confirmation that you are still planning on taking Mr. Nir on April 18 and in both cases. I have been asking for that since April 3 and 4. It is unfair for you to leave the witness hanging.

With respect to the GMA witnesses, are they on April 23 and 24 or April 23 and 25; which GMA witness will be on which date; and are both designated on all our 30(b)(6) categories?

I also need confirmation that you are taking Salierno (Saks) on April 30 and Singer on May 1.

My best,

Ira

Ira S. Sacks
DREIER LLP
499 Park Avenue
16th floor
New York, NY 10022
212 652 3730 (direct)
212 328 6100 (general)
212 328 6101 (fax)
isacks@dreierllp.com
www.dreierllp.com

PRIVILEGED AND CONFIDENTIAL

1