UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMA ACCESSORIES, INC.,

Plaintiff,

v.

CHARLOTTE SOLNICKI, CHARLOTTE B, LLC, EMINENT, INC., SAKS FIFTH AVENUE, INC., INTERMIX, INC., WINK NYC, INC., LISA KLINE, INC., GIRLSHOP, INC., SHOWROOM SEVEN STUDIOS, INC., ELECTRIC WONDERLAND, INC., SHOWROOM SEVEN INT'L, SHOWROOM SEVEN, JONATHAN SINGER, GOSI ENTERPRISES, LTD., LEWIS TIERNEY, TIERNEY DIRECT LLC and JONATHAN SOLNICKI,

Defendants.

07 CV 3219 (LTS)(DCF)

**NOTICE OF MOTION**
**FOR SANCTIONS**

PLEASE TAKE NOTICE, that Defendants Eminent, Inc., Saks Fifth Avenue, Inc., Intermix, Inc., Wink NYC, Inc., Lisa Kline, Inc., Jonathan Singer, and Lewis Tierney (collectively, the "Retailer Defendants"), upon filing of the accompanying memorandum of law, the Declaration of Robert J. Grand, dated April 18, 2008, and the exhibits attached thereto, will move this Court before the Honorable Debra C. Freeman, United States Magistrate Judge, United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court directs, for

an Order pursuant to Federal Rule of Civil Procedure Rule 37, 28 U.S.C. § 1927 and the inherent power of the Court, imposing sanctions on the Bostany Law Firm and John Bostany.

Dated: New York, New York
April 18, 2008

DREIER LLP

_/s/ Ira S. Sacks________

Ira S. Sacks
Robert J. Grand
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for the Retailer Defendants*