UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GMA ACCESSORIES, INC.,

                        Plaintiff,    :  07 Civ. 3219 (LTS) (DCF)

              - against -    :  ECF Case

EMINENT, INC., SAKS FIFTH AVENUE, INC.,  :  **NOTICE OF APPEARANCE**
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

                      Defendants.
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that I, Robert D. Kaplan, hereby appear as counsel for Bop, LLC, and request that I hereinafter be served with all papers. I certify that I am admitted to practice in this Court.

Dated: New York, New York
         April 21, 2008

                                       FRIEDMAN KAPLAN SEILER &
                                       ADELMAN LLP

                                       /s/ Robert D. Kaplan
                                       Robert D. Kaplan
                                       Robert J. Lack
                                       Jeffrey R. Wang
                                       1633 Broadway
                                       New York, NY 10019-6708
                                       (212) 833-1100

                                       Attorneys for Bop, LLC