UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GMA ACCESSORIES, INC.

                        Plaintiff,

- against -                                   Civil Action No.: 07CV3219 (LTS)

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

                        Defendants.
--------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon filing of the Declaration of Ronald I. Paltrowitz, dated March 24, 2008, and the exhibits annexed thereto, and the Memorandum of Law, dated March 24, 2008, the undersigned will move this Court, before the Honorable Laura T. Swain, U.S.D.J., at such time and place as the Court may direct for an Order pursuant to Federal Rule of Civil Procedure 11 imposing sanctions on the Dreier Law Firm and Ira S. Sacks, Esq. and Robert J. Grand, Esq.

Dated: New York, New York
       March 24, 2008

                                                      The Bostany Law Firm
                                                      Attorneys for Plaintiff

                                                      By: _____
                                                         Ronald I. Paltrowitz (RP-2746)
                                                     40 Wall Street, 61st Floor
                                                     New York, New York 10005
                                                     (212) 530-4400