Ira S. Sacks
Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100
*Attorneys for Defendant/Counterclaim*
*Plaintiff Wink NYC, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────x
GMA ACCESSORIES, INC.

               Plaintiff,

        -against-

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP. INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

               Defendants.
───────────────────────────────x
WINK NYC, INC.

               Counterclaim Plaintiff,

        -against-

GMA ACCESSORIES, INC.,

               Counterclaim Defendant.
───────────────────────────────x

Civil Action No.:
07 CV 3219 (LTS)

**DISCLOSURES PURSUANT TO**
**RULE (26)(a)**

      Defendant Wink NYC, Inc. ("Wink") provides the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

      **A.**    **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

      The following individuals are likely to have discoverable information that Wink may use

to support its claims and defenses. Wink's response is based on information presently available to it, and it reserves the right to supplement this list as discovery progresses:

>Ilse Werther
>Sara Mattler
>Wink NYC Inc.
>Ms. Werther and Ms. Mattler can be contacted via their counsel, Dreier LLP.
>
>Subjects of information: purchase and sale of Charlotte Solnicki branded products.

B.   **CATEGORIES OF DOCUMENTS**

At the present time, there are no documents that Wink can identify that it may use to support its claims and defenses other than (i) invoices, purchase orders and the like and (ii) those already requested by Plaintiff which will be produced subject to Wink's responses and objections. Moreover, documents relating to and comprising GMA's trademark filings and usage, most of which are within the possession of GMA, also will be used to support Wink's claims and defenses. Wink reserves the right to supplement this list as discovery progresses.

C.   **COMPUTATION OF DAMAGES**

This section is inapplicable.

D.  **INSURANCE AGREEMENTS**

There are no applicable insurance policies.

Dated: November 27, 2007
      New York, New York        DREIER LLP

                                  By:   /s/ Ira S. Sacks
                                        Ira S. Sacks
                                        Robert J. Grand
                                        499 Park Avenue
                                        New York, New York 10022
                                        (212) 328-6100
                                        *Attorneys for Defendant/Counterclaim*
                                        *Plaintiff Wink NYC, Inc.*