Ira S. Sacks
Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100
*Attorneys for Gosi Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
GMA ACCESSORIES, INC.,                                       :
:
                      Plaintiff,                           :
:
   v.                                                        :
:
CHARLOTTE SOLNICKI, CHARLOTTE B, LLC,                        :
EMINENT, INC., SAKS FIFTH AVENUE, INC.,                      :
INTERMIX, INC., WINK NYC, INC.,                              :   07 CV 3219 (LTS)(DCF)
LISA KLINE, INC., GIRLSHOP, INC.,                            :
SHOWROOM SEVEN STUDIOS, INC.,                                :
ELECTRIC WONDERLAND, INC.,                                   :
SHOWROOM SEVEN INT'L,                                        :   **Rule 7.1 Statement**
SHOWROOM SEVEN, JONATHAN SINGER,                             :
GOSI ENTERPRISES, LTD., LEWIS TIERNEY,                       :
TIERNEY DIRECT LLC and                                       :
JONATHAN SOLNICKI,                                           :
:
                      Defendants.                          :
:
-------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned

counsel for Defendant/Counterclaim Plaintiff Gosi Enterprises Ltd. (a private non-governmental party) certifies that it has no parents, subsidiaries or affiliates which are publicly held.

Dated: New York, New York
April 23, 2008

DREIER LLP

By: /s/ Ira S. Sacks
Ira S. Sacks
Robert J. Grand
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Defendant/Counterclaim Plaintiff Gosi Enterprises Ltd.*