Ira S. Sacks
Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100
*Attorneys for Tierney Direct LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :

GMA ACCESSORIES, INC.,                      :

                          Plaintiff,         :

     v.                                            :

CHARLOTTE SOLNICKI, CHARLOTTE B, LLC, :
EMINENT, INC., SAKS FIFTH AVENUE, INC.,  :
INTERMIX, INC., WINK NYC, INC.,           :   07 CV 3219 (LTS)(DCF)
LISA KLINE, INC., GIRLSHOP, INC.,          :
SHOWROOM SEVEN STUDIOS, INC.,         :
ELECTRIC WONDERLAND, INC.,             :
SHOWROOM SEVEN INT'L,                   :   **Rule 7.1 Statement**
SHOWROOM SEVEN, JONATHAN SINGER,  :
GOSI ENTERPRISES, LTD., LEWIS TIERNEY, :
TIERNEY DIRECT LLC and                  :
JONATHAN SOLNICKI,                      :
                                                       :

                        Defendants.    :
                                                       :
-------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned

counsel for Defendant/Counterclaim Plaintiff Tierney Direct LLC (a private non-governmental party) certifies that it has no parents, subsidiaries or affiliates which are publicly held.

Dated: New York, New York
April 23, 2008

DREIER LLP

By: /s/ Ira S. Sacks
Ira S. Sacks
Robert J. Grand
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Defendant/Counterclaim Plaintiff Tierney Direct LLC*