# LAW OFFICES OF KARIM H. KAMAL

630 Fifth Avenue, Suite 3163
New York, New York 10111
(212) 586-0510
(917) 587-8116 Mobile
(212) 262-9586 - Fax

**KARIM H. KAMAL**
E-mail: khklaw@verizon.net

April 14, 2008

<u>Via Facsimile (212) 805-4258</u>

Honorable Debra C. Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: GMA Accessories, Inc. v Eminent, Inc., et. al,
SDNY Case No.: 06 CV 7596**

Dear Hon. Freeman:

Pursuant to our telephone conference with Mr. John Bostany this past Friday, April 11, 2008, and pursuant to your request to provide specific dates, be advised that my clients Porsche Summerville and Karen Ericson are available for deposition May 22 & 23, 2008. Documents in response to plaintiff's subpoena will be available for plaintiff to photocopy on or before May 15, 2008.

Thank you for your time and attention in this matter.

Respectfully submitted,

*[signature]*

Karim H. Kamal (KK-2279)

cc: John Bostany (via facsimile 212-530-4488)

SO ORDERED:   DATE: 4/15/08

*[signature]*

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

*Handwritten note:* Based on the Court's understanding as to when the witnesses are available for deposition, Karen Ericson is directed to appear for deposition on May 22, 2008, at a time and location to be agreed by counsel, and Porsche Summerville is directed to appear for deposition on May 23, 2008, at a time and location to be agreed by counsel. Documents responsive to plaintiff's subpoena are to be produced on or before May 15, 2008. Plaintiff's application for contempt is denied without prejudice in light of this order. The witnesses are cautioned that a failure to appear as directed may result in sanctions.