UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

- against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., TIERNEY DIRECT
LLC and JONATHAN SOLNICKI,

                Defendants.
------------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS) (DF)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon filing of the Declaration of John P. Bostany, dated April 24, 2008, and the exhibits annexed thereto, the Declaration of Ronald I. Paltrowitz, dated March 24, 2008 (docket entry 197); the Memorandum of Law dated November 13, 2007 (docket entry 115); the accompanying Memorandum of Law, dated April 24, 2008, and upon all prior pleadings and proceedings heretofore had herein, the undersigned will move this Court, at such time and place as the Court may direct for an Order pursuant to 28 U.S.C. §1927 imposing sanctions on the DREIER Law Firm and its partner IRA S. SACKS for multiplying the proceedings in this case, vexatiously and unreasonably.

Dated: New York, New York
      April 24, 2008

                                        The Bostany Law Firm
                                        Attorneys for Plaintiff

                                        By:    John P. Bostany (JB 1986)
                                                40 Wall Street, 61st Floor
                                                New York, New York 10005
                                                (212) 530-4400