# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

January 14, 2008

Robert J. Grand, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022

    Re:   *GMA v. Eminent*

Dear Mr. Grand:

    We are amending Responses 10-12 of our January 4 interrogatory responses to include an agreement with Wright Medical.

    With regard to inspection of documents, you may inspect on most days. Please let us know at least one week in advance when you plan to inspect.

                                    Sincerely,

                                    Crystal S. A. Scott

cc: Robert Carillo, Esq.

P. 01

TRANSACTION REPORT

JAN-14-2008 MON 01:42 PM

TX (MEMORY)

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | | DEPT | FILE |
|---|------|----------|----------|----------|-----|-----------|---|------|------|
| 1 | JAN-14 | 01:41 PM | 912123286101 | 0:00:21 | 1 | SG3 | OK | | 462 |
| | | | TOTAL | 0:00:21 | 1 | | | | |

# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

January 14, 2008

Robert J. Grand, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022

Re:   *GMA v. Eminent*

Dear Mr. Grand:

We are amending Responses 10-12 of our January 4 interrogatory responses to include an agreement with Wright Medical.

With regard to inspection of documents, you may inspect on most days. Please let us know at least one week in advance when you plan to inspect.

Sincerely,

Crystal S. A. Scott