## William Waters

| | |
|---|---|
| From: | William Waters [william.waters@bozlaw.com] |
| Sent: | Friday, February 01, 2008 1:31 PM |
| To: | 'Jennifer Daddio' |
| Cc: | 'Mary Grieco'; 'john@bozlaw.com'; 'crystal.scott@bozlaw.com' |
| Subject: | GMA v. Eminent, Sanei v. GMA |
| Attachments: | Ltr.Grand (Discovery)1.14.08.doc.pdf |

Dear Jennifer,

I am not an attorney, but I wanted to let you know that Crystal is not in today. Here is a January 14 letter from Crystal to Mr. Grand from your office that I think answers your question about GMA's production of documents. They can be inspected at 245 Secaucus Road in Secaucus, New Jersey, but please note that GMA is producing these documents for both of the above cases.

William Waters
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005
P: (212) 530-4411
F: (212) 530-4488
william.waters@Bozlaw.com

2/6/2008