### Crystal S. A. Scott

| | |
|---|---|
| From: | Crystal S. A. Scott [crystal.scott@bozlaw.com] |
| Sent: | Tuesday, February 05, 2008 5:36 PM |
| To: | 'Jennifer Daddio' |
| Cc: | 'Ira S. Sacks'; 'Robert Grand'; 'Safia Anand'; 'Mary Grieco'; 'john@bozlaw.com'; 'william.waters@bozlaw.com' |
| Subject: | RE: GMA v. Eminent, Sanei v. GMA |

Jennifer,

If you recall, we invited you to not only inspect our documents but also to let us know a week in advance when you plan to inspect in a letter I wrote to Robert Grand dated January 14. I find it hard to believe that no one in your office saw that letter before February 1st as you wrote in your email to Mr. Waters. A copy of both the letter and the confirmation of your receipt on January 14 are attached here for your review.

We were courteous and gracious enough to follow up with you and other attorneys at your firm. We wrote to Mr. Grand, you and Ms. Greico and we called Ms. Greico earlier this afternoon. It is our practice to effectively communicate with our staff and we ask that you do the same since there are about seven of you working on these cases and you do not seem to be communicating with each other. We will not engage in double production of documents as it is costly and inefficient. We will provide the same documents to be inspected in both the *Eminent* and *Sanei* cases. Therefore, we suggest that you coordinate with your office to inspect documents when Ms. Greico or anyone else working on *Sanei* inspects.

Crystal S. A. Scott, Esq.
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005
T: 212-530-4410
F: 212-530-4488
E: crystal.scott@bozlaw.com