# THE BOSTANY LAW FIRM

40 WALL STREET
61ST FLOOR
NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

February 6, 2008

VIA TELECOPIER

Robert J. Grand, Esq.
Jennifer Daddio, Esq.
Mary L. Greico, Esq.
Ira S. Sacks, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022

Re:    *GMA v. Eminent; Sanei v. GMA*

Dear Counsel:

As we have been trying to explain to you, you may inspect GMA's sales orders at its place of business in Secaucus, NJ at 245 Secaucus Road. As I stated in my January 14 letter, please give us at least 1 week notice of the date and time you intend to inspect and we will accommodate you.

We have approximately 2,000 pages of documents that are not sales orders here at 40 Wall Street, which you may inspect pursuant to this same procedure. Alternatively, we can have documents copied for you upon advance payment of $0.15 per copy.

Please note that if anyone from your firm wishes to confer about the GMA document production, all interested attorneys must be on this conference. Plaintiff should not have to pay for multiple conferences with various attorneys from your firm regarding its document production.

Sincerely,

Crystal S. A. Scott

cc: Robert Carillo, Esq