**From:** Ira S. Sacks [mailto:isacks@dreierllp.com]
**Sent:** Thursday, March 13, 2008 11:27 AM
**To:** john@bozlaw.com
**Cc:** ron.paltrowitz@bozlaw.com; erin@bozlaw.com
**Subject:** RE: copying GMA docs

Agreed. I have put in the check requisition.

My best,

Ira

PRIVILEGED AND CONFIDENTIAL


-----Original Message-----
**From:** John P. Bostany [mailto:john@bozlaw.com]
**Sent:** Thursday, March 13, 2008 11:20 AM
**To:** Ira S. Sacks
**Cc:** ron.paltrowitz@bozlaw.com; erin@bozlaw.com
**Subject:** RE: copying GMA docs

Ira

I am not sure where everything is right now, but YES we will make sure all sales orders are on the discs, and it will be roughly 35,000 docs because 2000 pages were not sales orders and were already delivered to you.

John

The Bostany Law Firm

**From:** Ira S. Sacks [mailto:isacks@dreierllp.com]
**Sent:** Thursday, March 13, 2008 11:21 AM
**To:** john@bozlaw.com
**Cc:** ron.paltrowitz@bozlaw.com; erin@bozlaw.com
**Subject:** RE: copying GMA docs

John,

Just to be clear, you will be providing us discs of documents not only on your office computers, but also at Acro and/or the warehouse and otherwise -- that is, the full roughly 37,000 pages.

My best,

Ira

PRIVILEGED AND CONFIDENTIAL

-----Original Message-----
**From:** John P. Bostany [mailto:john@bozlaw.com]
**Sent:** Thursday, March 13, 2008 10:59 AM
**To:** Ira S. Sacks
**Cc:** ron.paltrowitz@bozlaw.com; erin@bozlaw.com
**Subject:** copying GMA docs

Ira

I am glad that we were able to resolve the copying cost debacle in good faith just now.  I am having my staff rename documents on our computers and obtain the necessary equipment to burn to discs for you.  In exchange for this accommodation you are sending us a check for $1700, which is a fraction of what it would have cost you to have your vendor copy and bate stamp the raw materials as they are kept at the warehouse.   I believe that what we have encompasses CHARLOTTE sales for the years 2000-2007 and I will obtain and include whatever documents GMA has left over from 1994 thru 2000.

John

---

**From:** Ira S. Sacks [mailto:isacks@dreierllp.com]
**Sent:** Thursday, March 13, 2008 10:20 AM
**To:** john@bozlaw.com
**Cc:** Robert Grand; ron.paltrowitz@bozlaw.com
**Subject:** RE: $200

That sounds fair.

My best,

Ira

PRIVILEGED AND CONFIDENTIAL

-----Original Message-----
**From:** John P. Bostany [mailto:john@bozlaw.com]
**Sent:** Thursday, March 13, 2008 10:13 AM
**To:** Ira S. Sacks
**Cc:** Robert Grand; ron.paltrowitz@bozlaw.com
**Subject:** $200

Ira

We will put your $200 toward this cost in order to dispense with your argument that you should get the approx. 2000 pages of docs delivered to you already free.

John