# Erin Ehrlich

| | |
|---|---|
| From: | Minuteman Press [mmpsec@carroll.com] |
| Sent: | Tuesday, March 11, 2008 2:46 PM |
| To: | erin@bozlaw.com |
| Subject: | Price for 35,000 copies |

Hi Erin,

For 35,000 copies, it will be $0.16 per page (glasswork) plus $0.05 per page for # inc.

Thanks.

Tal