# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

March 14, 2008

Ira S. Sacks, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022

    RE:    *GMA . Eminent; Sanei . GMA*

Dear Mr. Saks:

Pursuant to your promise to pay $1,700.00, here are the discs with the following bates stamped documents.

| | |
|---|---|
| GMA Documents 509-651 | GMA Documents 659-1140 |
| GMA Documents 1264-4601 | GMA Documents 4604-6606 |
| GMA Documents 6610-10584 | GMA Documents 10586-10755 |
| GMA Documents 10757-11081 | GMA Documents 10940-11535 |
| GMA Documents 11556-15937 | GMA Documents 15974-17522 |
| GMA Documents 17579-17703 | GMA Documents 20213-26156 |
| GMA Documents 32859-34661 | GMA Documents 34887-38334 |

Sincerely,

Charen Kim
Production Manager

Cc: Robert Carillo, Esq.