# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

February 26, 2008

Robert J. Grand, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022

Re:     *GMA v. Eminent;  Sanei v. GMA*

Dear Mr. Grand:

Enclosed are the additional documents which you have not received yet.  You should have 1675 documents from us.

GMA Documents 0100-0483
GMA Documents 0488-0508
GMA Documents 0652-0658
GMA Documents 11538-11553
GMA Documents 26157-26370

GMA Documents 32220-32643
GMA Documents 32657-32858
GMA Documents 34662-34886
GMA Documents 38335-38372
GMA Documents 38373-38516

Sincerely,

Dana Melissinos
Production Manager

cc: Robert Carillo, Esq.