United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



TTABVUE. Trademark Trial and Appeal Board Inquiry System     v1.4

## Opposition

**Number:** 91171219  **Filing Date:** 01/24/2005
**Status:** Terminated  **Status Date:** 04/14/2007
**Interlocutory Attorney:** DAVID M MERMELSTEIN

**Defendant**

**Name:** GC Trademarks LLC
**Correspondence:** Lawrence E. Apolzon
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017
**Serial #:** 78285710     Application File
**Application Status:** Abandoned - After Inter-Partes Decision
**Mark:** GOOD CHARLOTTE

**Plaintiff**

**Name:** GMA ACCESSORIES, INC
**Correspondence:** JULIE YOO
THE BOSTANY LAW FIRM
40 WALL STREET - 61ST FLOOR
NEW YORK, NY 10005
julie.yoo@bozlaw.com
**Granted To Date:** 10/26/2004

**Prosecution History**

| # | Date | History Text | Due Date |
|---|---|---|---|
| 12 | 04/14/2007 | TERMINATED | |
| 11 | 04/14/2007 | BOARD'S DECISION: SUSTAINED | |
| 10 | 01/17/2007 | P'S MOTION TO STRIKE | |
| 9 | 01/17/2007 | CHANGE OF CORRESPONDENCE ADDRESS | |
| 8 | 11/15/2006 | TRIAL DATES RESET | |
| 7 | 08/30/2006 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | |
| 6 | 08/24/2006 | P'S MOTION TO COMPEL DISCOVERY | |
| 5 | 07/10/2006 | D'S MOTION TO DIVIDE | |
| 4 | 07/10/2006 | ANSWER | |
| 3 | 06/05/2006 | PENDING, INSTITUTED | |
| 2 | 06/05/2006 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | 07/15/2006 |
| 1 | 01/24/2005 | FILED AND FEE | |

Results as of 04/24/2008 01:43 PM     **Search:**

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |