Ira S. Sacks
Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100
*Attorneys for Retailer Defendants.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
GMA ACCESSORIES, INC.

           Plaintiff,

    -against-

EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP. INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SINGER, LEWIS TIERNEY and
JONATHAN SOLNICKI,

           Defendants.
_____x

Civil Action No.
07 CV 3219 (LTS)(DCF)

**SECOND AMENDED
DISCLOSURES PURSUANT TO
RULE (26)(a) FOR
RETAILER DEFENDANTS**

    Defendants Saks Fifth Avenue, Inc. ("Saks"), Intermix, Inc. ("Intermix"), Wink NYC, Inc. ("Wink"), Lisa Kline, Inc. ("Kline"), Jonathan Singer and Lewis Tierney (collectively, the "Retailer Defendants") hereby provide the following amended initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. To the extent not amended herein, the prior initial disclosures remain in full force and effect.

    A.    **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

    The following individuals are likely to have discoverable information that the Retailer Defendants may use to support their claims and defenses:

        **Wink**: Stephen Werther

        **Saks**: Stephanie Salierno

**Kline**: Robert Bryson

B. **CATEGORIES OF DOCUMENTS**

The Retailer Defendants may use the product pages of the www.capellinewyork.com website to support their claims and defenses. These product pages have been produced by Sanei Charlotte Ronson in Sanei Charlotte Ronson v. GMA Accessories, 07 CV 9578 (CM)(DCF), and are bates stamped CR000397-000471.

Dated: March 31, 2008
New York, New York

                        DREIER LLP

                        By: s/ Ira S. Sacks
                            Ira S. Sacks
                            Robert J. Grand
                            499 Park Avenue
                            New York, New York 10022
                            (212) 328-6100
                            *Attorneys for Retailer Defendants*