UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

        Plaintiff,

  - against -

CHARLOTTE SOLNICKI, et. al.

        Defendants.
------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS) (DF)

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

Daniel A. Levy, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746. It is respectfully submitted that with due diligence Plaintiff could not serve Defendant CHARLOTTE SOLNICKI, a partnership, via Subdivisions (a) and/or (b) of CPLR § 310, as the partners of CHARLOTTE SOLNICKI, believed to be Jonathan Solnicki, Melina Solnicki and Jessica Solnicki are not in the state and Porscha Summerville, the person in charge of the NY office could not be located. In addition to the mailings set forth in the April 15, 2008 Affidavit of Service (Docket entry 184), copies of the SUMMONS and THIRD AMENDED COMPLAINT were also mailed to the last known residences of partners Jonathan Solnicki and Melina Solnicki on April 28, 2008:

    108 West 15th Street　　　　　　　　　　　Martin Lezica 3098 – B1642GJB
    Apt. 6C　　　　　　　and　　　　　　　　San Isidro – Buenos Aires, Argentina
    New York, NY 10011-6714

and the place of business at:

    Alsina 1237 - 2° A
    Capital Federal, Argentina

In addition, copies of the SUMMONS and THIRD AMENDED COMPLAINT were also sent via electronic mail on April 28, 2008 to the last known email addresses of Jonathan Solnicki and Melina Solnicki used in a prior Affidavit of Service (Docket entry 136):

    jonathan@charlottesolnicki.com
    melina@charlottesolnicki.com

                                                    Daniel Levy