UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

               Plaintiff,

    - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., TIERNEY DIRECT
LLC and JONATHAN SOLNICKI,

               Defendants.
------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS) (DF)

**REQUEST FOR CERTIFICATE OF DEFAULT**

    I represent the plaintiff in this case and respectfully ask that the default of defendant ELECTRIC WONDERLAND, INC. be noted pursuant to Fed.R.Civ.P. 55(a). According to the docket entries this defendant was served with the Summons and Third Amended Complaint on April 4, 2008 and the time within which this defendant should have answered or otherwise moved with respect to the pleading has expired and no extension of time to answer has been granted or requested.

Dated: New York, New York
       April 28, 2008

                               THE BOSTANY LAW FIRM

                               By: _____
                               John P. Bostany
                               Attorney for Plaintiff
                               40 Wall Street
                               New York, New York 10005
                               (212) 530-4400