UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

        Plaintiff,

 - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., TIERNEY DIRECT
LLC and JONATHAN SOLNICKI,

        Defendants.
-----------------------------------------------------X

Civil Action No.: 07CV3219 (LTS) (DF)

**CERTIFICATE OF DEFAULT**

I, James M. Parkison, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the defendant ELECTRIC WONDERLAND, INC. was served with a copy of a Summons and Third Amended Complaint on April 4, 2008. I further certify that the docket entries indicate that this defendant has not appeared, has not filed an answer or otherwise moved with respect to the Third Amended Complaint herein.

The default of defendant ELECTRIC WONDERLAND, INC. is hereby noted.

Dated: New York, New York
      April ____, 2008

_____      _____
Clerk                                                   Deputy Clerk