# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

December 12, 2007

Robert J. Grand, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022

Re:   *GMA v. BOP, LLC, et. al*
      Docket No.: 07 CV 3219 (LTS)

Dear Mr. Grand:

Thank you for your December 11, 2007 letter responding to mine of December 10, 2007.

We will accommodate your request to postpone the WINK deposition to January 7, 2008, the INTERMIX deposition to "mid January" (we will select January 15, 2008 unless you indicate otherwise), and the LISA KLINE deposition to "sometime in January" (please provide a date). We accept your invitation to proceed with LEWIS TIERNEY on December 17, 2007 assuming his document production is complete by then.

Sincerely,

Crystal S. A. Scott

cc: Robert Carillo, Esq.