UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GMA ACCESSORIES, INC., -----------------------------:
                                                    :
                    Plaintiff,                      :
        v.                                          :
                                                    :
EMINENT, INC., SAKS FIFTH AVENUE, INC.,             :
INTERMIX, INC., WINK NYC, INC.,                     :        07 CV 3219 (LTS)(DCF)
LISA KLINE, INC., GIRLSHOP, INC.,                   :
SHOWROOM SEVEN STUDIOS, INC.,                       :        STIPULATION
JONATHAN SINGER, LEWIS TIERNEY and                  :
JONATHAN SOLNICKI,                                  :
                                                    :
                    Defendants,                     :
-----------------------------------------------------:x

        It is hereby stipulated and agreed by and between the undersigned parties hereto that the appearance dates

for the July 25, November 20, and November 23, 2007, Notices of Depositions are modified as follows:

        LEWIS TIERNEY          February 8, 2008        10:00AM
        LISA KLINE, INC.       February 20, 2008       2:00PM
        INTERMIX, INC.         March 11, 2008          10:00AM

Dated: New York, New York
       February 5, 2008


_____              _____
Robert J. Grand                          Robert Carrillo, Esq.
Dreier LLP                               Garvey Schubert Barer
499 Park Avenue                          100 Wall Street, 20th Floor
New York, New York 10022                 New York, New York 10005
Attorneys for Defendants Saks Fifth Avenue, Inc.   Attorney for Defendant,
Intermix, Inc., Wink NYC, Inc.,          Eminent, Inc.
Lisa Kline, Inc., Jonathan Singer and Lewis Tierney


_____
Crystal S. A. Scott
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005
Attorney for Plaintiff GMA Accessories, Inc.