UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

                 Plaintiff,

       - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., TIERNEY DIRECT
LLC and JONATHAN SOLNICKI,

                 Defendants.
-----------------------------------------------------X

Civil Action No.:  07CV3219 (LTS) (DF)

**REQUEST FOR CERTIFICATE OF
DEFAULT**

       I represent the plaintiff in this case and respectfully ask that the default of defendant

CHARLOTTE B, LLC be noted pursuant to Fed.R.Civ.P. 55(a).  According to the docket entries

this defendant was served with the Summons and Third Amended Complaint on April 10, 2008

and the time within which this defendant should have answered or otherwise moved with respect

to the pleading has expired and no extension of time to answer has been granted or requested.

Dated: New York, New York
      May 1, 2008

                      THE BOSTANY LAW FIRM

                      By: _____

                      Ronald I. Paltrowitz
                      Attorney for Plaintiff
                      40 Wall Street
                      New York, New York 10005
                      (212) 530-4400