UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

               Plaintiff,

    - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., TIERNEY DIRECT
LLC and JONATHAN SOLNICKI,

               Defendants.
-------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS) (DF)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that**,** upon filing of the Declaration of John P. Bostany dated May 5, 2008, the Declaration of Daniel Levy, dated May 5, 2008, the Affidavit of Rick Hamilton dated April 28, 2008, the Memorandum of Law dated May 5, 2008, and the exhibits annexed thereto, and upon all prior pleadings and proceedings heretofore had herein, the undersigned will move this Court, at such time and place as the Court may direct for an Order (1) permitting substituted service upon Jonathan Solnicki via fax and email pursuant to Fed R.Civ. P 4 (f)(3); or in the alternative, (2) extending the May 31, 2008 deadline for which to serve Jonathan Solnicki, which was set in this Court's March 20, 2008 Order.

Dated: New York, New York
       May 5, 2008

                                           The Bostany Law Firm
                                           Attorneys for Plaintiff

                                           _____
                                           By:    John P. Bostany (JB 1986)
                                                     40 Wall Street, 61st Floor
                                                     New York, New York 10005
                                                     (212) 530-4400