


info@charlottesolnicki.com

| | |
|---|---|
| **Showroom BA - Argentina** | **Corporate Office USA** |
| *Leandra Montagna* | Ph. 212 561 5513 / 5148 / 5284 |
| Ph. 15 5248 1565 | Fax. 212 656 1805 |
| Nextel. 54*335*3443 | |
| | **Showroom Greece** |
| Martin Lezica 3098 – B1642GJB | |
| San Isidro – Buenos Aires - Argentina | Rakas Ltd |
| | 28 Sorou str. |
| **Showroom New York** | Athens 151 25, Greece |
| *Porsha Summerville* | Zoe Laspa |
| Ph. 212 643 4810 | RAKAS Ltd |
|     646 619 6830 | |
| | T.+30 210 6100615 |
| 498 7th. Avenue 24th. floor NY | F.+30 210 6100411 |
| NY 10018 | |
| **Corporate Office Argentina** | |
| Ph. (5411) 5219 3447 / 8 / 9 | |
| Alsina 1237 - 2º A | |
| Capital Federal – Argentina | |



