UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
GMA ACCESSORIES, INC.,                                       :
                                                             :
                        Plaintiff,                           :
                                                             :
            v.                                               :
                                                             :
EMINENT, INC., SAKS FIFTH AVENUE, INC.,                      :
INTERMIX, INC., WINK NYC, INC.,                              :        07 CV 3219 (LTS)(MCF)
LISA KLINE, INC., GIRLSHOP, INC.,                            :
SHOWROOM SEVEN STUDIOS, INC.,                                :        **AFFIRMATION OF**
JONATHAN SINGER, LEWIS TIERNEY and                           :        **SERVICE**
JONATHAN SOLNICKI,                                           :
                                                             :
                        Defendants,                          :
                                                             :
------------------------------------------------------------ x

        Jennifer T. Daddio, an attorney duly admitted to practice before the Courts of

the State of New York, affirms under penalties of perjury, as follows:

        I am not a party to this action, am over the age of eighteen (18) and reside in

Astoria, New York.

        On the 28th day of February, 2008, I served a copy of the Motion to Withdraw

as Attorneys of Record by electronic mail and Federal Express Overnight upon:

                        Jonathan Solnicki
                        Charlotte B LLC
                        Alsina 1237 - 2° A
                        Capital Federal - Argentina
                        jonathan@charlottesolnicki.com
                        melina@charlottesolnicki.com

Dated: February 28, 2008
       New York, New York

                                        _____
                                        Jennifer T. Daddio