UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC.<br>vs.<br>CHARLOTTE SOLNICKI, ET AL., | Cause No. 07-CV-3219<br>AFFIDAVIT OF RICK HAMILTON |

State Of Washington, County of King

The undersigned, being first duly sworn on oath, deposes and says:

That I'm now, and at all times herein mentioned, a citizen of the United States and resident of the State of Washington, over the age of eighteen, not a party to nor interested in the above entitled action, and competent to be a witness therein.

That I'm Director of Operations for Process Forwarding International contracted by the United States Department of Justice to act as Central Authority in accordance with the Hague Convention on the service abroad of judicial and extra judicial documents in civil and commercial matters (Hague Service Convention) and responsible to oversea the service of process to and from other member nations including Argentina.

That I received a Summons and Third Amended Complaint in the above title matter with instructions to have them served upon defendant Jonathan Solnicki at his address in Argentina.

That I have completed the request for process service form prescribed by the Hague Service Convention and will forward this form with the aforementioned documents to the Ministry of Foreign Affairs-Argentina being designated by their government to receive process service requests from overseas in accordance with the Hague Service Convention, attached hereto is a copy of the request for service I've prepared.

That it's my belief a process service sent to the Argentine authorities in accordance with the Hague Service Convention may take a year or longer to complete and I know of no protocol prescribed by the Hague Service Convention to compel the foreign authorities to expedite a process service.

_____
Rick Hamilton

Subscribed and sworn before me on April 28 2008

_____
Robin Hamilton, a Notary Public in the State of Washington, residing at Seattle

PFI Misc International #102412

Affidavit of Rick Hamilton

Process Forwarding International
Tracking # 8039385

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTRY OF FOREIGN AFFAIRS-ARGENTINA<br>INTERNATIONAL TRADE AND WORSHIP<br>ESMERALDA 1212<br>C1007ABR<br>BUENOS AIRES,   ARGENTINA |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;

(identity and address)

**JONATHAN SOLNICKI**
**MARTIN LEZICA**
**3098 AC B1642GJB**
**SAN ISIDRO**
**BUENOS AIRES**
**ARGENTINA**

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:

**SUMMONS IN A CIVIL ACTION; THIRD AMENDED COMPLAINT (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Apr 28 2008

Signature and/or stamp

**PFI** | PROCESS FORWARDING INTERNATIONAL

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

## (article 5, fourth paragraph)

Name and address of the requesting authority:  **Rick Hamilton**
**633 Yesler Way**
**Seattle, WA 98104**
**United States of America**

Particulars of the parties:

**GMA ACCESSORIES, INC.**                    VS.    **CHARLOTTE SOLNICKI, ET AL.,**

## JUDICIAL DOCUMENT*

Nature of the document:

To give notice to the Defendants of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:

Plaintiff is seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*

Defendants have twenty days from receipt of the Summons to answer to the claim, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*

Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

TRACKING #: 8039385



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
        the  (date) _____
        at  (place, street, number) _____
                                   _____

    in one of the following methods authorized by article 5:

        ☐ (a) in accordance with the provisions of sub-paragraph (a)
            of the first paragraph of article 5 of the Convention.*

        ☐ (b) in accordance with the following particular method:*
            _____
            _____

        ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

    The documents referred to in the request have been delivered to:
        (identity and description of person)
        _____
        _____

        relationship to the addressee family, business, or other
        _____

2) that the document has not been served, by reason of the following facts:*
    _____
    _____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:

_____
_____    Done at _____, the _____
_____
    Signature and/or stamp

In appropriate cases, documents establishing
the service:
_____
_____    _____
_____
_____



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate