

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

                       Plaintiff,

- against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., LEWIS TIERNEY,
TIERNEY DIRECT LLC and
JONATHAN SOLNICKI,

                       Defendants.
------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS)

CONSENT JUDGMENT as to TIERNEY
DIRECT LLC and LEWIS TIERNEY

WHEREAS, plaintiff has brought an action against TIERNEY DIRECT LLC and LEWIS TIERNEY (hereinafter "TIERNEY Defendants") seeking a permanent injunction and damages for the claims contained in the third amended complaint; on consent and for good cause shown,

IT IS hereby ORDERED, ADJUDGED and DECREED that TIERNEY DIRECT LLC, its owners, agents, employees, and all those acting in concert or active participation with the TIERNEY Defendants are hereby permanently enjoined from the use of the word mark CHARLOTTE or any marks similar thereto or substantially indistinguishable therefrom, including CHARLOTTE SOLNICKI, in connection with the sale, purchase, transfer, marketing, advertising or distribution of any goods listed in any active federally-registered trademarks for the trademark "CHARLOTTE" owned by GMA.

All other claims as to the TIERNEY defendants are dismissed with prejudice on consent.

    The Clerk is directed to enter Judgment as to TIERNEY DIRECT LLC and LEWIS TIERNEY accordingly, there being no just reason for delay.

Dated: New York, New York
       April 30, 2008

                                    _/s/ John P. Bostany_
                                    John P. Bostany
                                    The Bostany Law Firm
                                    40 Wall Street, 61st Floor
                                    New York, New York 10005
                                    Attorneys for Plaintiff GMA Accessories, Inc.

Consented to:

_/s/ Lewis Tierney_   5/1/08
Lewis Tierney
(personally and for Tierney Direct LLC)

SO ORDERED:

_/s/ Laura Taylor Swain_   5/2/08
Hon. Laura Taylor Swain
United States District Judge