UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GMA ACCESSORIES, INC.,

         Plaintiff,   07 Civ. 3219 (LTS)(DF)

  -against-           **MEMORANDUM
                  AND ORDER**

EMINENT, INC., et al.,

         Defendants.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

  Currently before the Court is a motion by plaintiff GMA Accessories, Inc. ("GMA") to hold defendant BOP LLC ("BOP") and non-party Sanei Charlotte Ronson LLC ("Ronson") in contempt of a consent injunction that was incorporated into an Order and Judgment issued by the Court (Swain, J.) on October 18, 2007 (Dkt. 79). In connection with this Court's consideration of GMA's motion, the parties are directed to submit to the Court, no later than May 14, 2008, photocopy exemplars of each of the following:

  1. The "CHARLOTTE" mark, as that mark commonly appears on labels, hang-tags, or elsewhere on women's clothing and related merchandise sold or marketed by GMA;

  2. The "CHARLOTTE RONSON" mark, as that mark commonly appears on labels, hang-tags, or elsewhere on women's clothing and related merchandise sold or marketed by Ronson; and

  3. The "CHARLOTTE SOLNICKI" mark, (a) as that mark has commonly appeared on labels, hang-tags, or elsewhere on women's clothing and related merchandise sold or marketed by the business enterprise known as, or associated with the name, "Charlotte Solnicki,"

and (b) as that mark has previously appeared on BOP's website in connection with "Charlotte Solnicki" merchandise.

Dated: New York, New York
      May 9, 2008

                                      SO ORDERED

                                      DEBRA FREEMAN
                                      United States Magistrate Judge

Copies to:

Hon. Laura Taylor Swain, U.S.D.J.

John P. Bostany, Esq.
The Bostany Law Firm
40 Wall Street, 61st floor
New York, NY 10005
fax: (212) 530-4488

Robert D. Kaplan, Esq.
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019
fax: (212) 373-7975

Ira S. Sacks, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022
fax: (212) 328-6101