*Susan, T*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                  Plaintiff,

    - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., LEWIS TIERNEY,
TIERNEY DIRECT LLC and
JONATHAN SOLNICKI,

                  Defendants.
-------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS)

CONSENT JUDGMENT as to
CERTAIN RETAIL DEFENDANTS

    WHEREAS, Plaintiff has brought an action against EMINENT, INC., SAKS FIFTH

AVENUE, INC., INTERMIX, INC., WINK NYC, INC. and LISA KLINE, INC. (the "Settling

Retail Defendants", and collectively with Plaintiff, the "Parties"), seeking a permanent injunction

and damages for the claims contained in the third amended complaint; and

    WHEREAS, the Parties have entered into a Settlement Agreement to resolve their

differences,

    On consent and for good cause shown,

    IT IS hereby ORDERED, ADJUDGED and DECREED that EMINENT, INC., SAKS

FIFTH AVENUE, INC., INTERMIX, INC., WINK NYC, INC. and LISA KLINE, INC., and

each of its owners, agents, employees, and all those acting in concert or active participation with

them are hereby permanently enjoined from the use of CHARLOTTE as a stand alone trademark

or CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display,

transfer, marketing, advertising or distribution of any products or services listed in any currently-

active federally-registered trademarks for the trademark "CHARLOTTE" owned by GMA.

All other claims by or against the Settling Retail Defendants are dismissed with prejudice

on consent.

The Clerk is directed to enter Judgment as to EMINENT, INC., SAKS FIFTH AVENUE,

INC., INTERMIX, INC., WINK NYC, INC. and LISA KLINE, INC. accordingly, there being no

just reason for delay.

Dated: New York, New York
      May 8, 2008


John P. Bostany
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005
212 530-4400
Attorneys for Plaintiff GMA Accessories, Inc.

Ira S, Sacks
Dreier LLP
499 Park Ave.
New York, New York 10022
212 328 6100
Attorneys for the Settling Retail
Defendants


SO ORDERED:


Hon. Laura Taylor Swain   5/12/08
United States District Judge