**Dan Levy**

| | |
|---|---|
| From: | Ira S. Sacks [isacks@dreierllp.com] |
| Sent: | Friday, May 09, 2008 2:33 PM |
| To: | Dan Levy; Kaplan, Robert D.; lsimpson@orrick.com; Jennifer Daddio; Mary Grieco; rlack@fklaw.com |
| Cc: | John Bostany; Ron Paltrowitz |
| Subject: | RE: 5/9 Order |

No.

My best,

Ira

PRIVILEGED AND CONFIDENTIAL


-----Original Message-----
From: Dan Levy [mailto:dan.levy@bozlaw.com]
Sent: Friday, May 09, 2008 2:30 PM
To: Kaplan, Robert D.; Ira S. Sacks; lsimpson@orrick.com; Jennifer Daddio; Mary Grieco; rlack@fklaw.com
Cc: John Bostany; Ron Paltrowitz
Subject: 5/9 Order

Here is an Order from Judge Freeman.

Please send us your proposed exemplars by Monday, May 12, if possible, so that we may hopefully stipulate to a joint submission.


Thanks,

**Daniel Levy, Esq.**
The Bostany Law Firm
40 Wall Street - 61st Floor
New York, NY 10005
p: 212-530-4400
f: 212-530-4488


This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.