UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

- against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., TIERNEY DIRECT
LLC and JONATHAN SOLNICKI,

                Defendants.
------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAY 3 0 2008

Civil Action No.: 07CV3219 (LTS)

NOTICE OF DISMISSAL OF JONATHAN SOLNICKI

      Please take notice, that pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff hereby dismisses as to defendant Jonathan Solnicki as it appears that the real party in interest with respect to the supply of infringing merchandise is defendant CHARLOTTE SOLNICKI and/or defendant CHARLOTTE B LLC.

Dated:   New York, New York
           May 28, 2008

SO ORDERED.

/s/ Laura Taylor Swain  5/29/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

The Bostany Law Firm
Attorneys for Plaintiff
By: /s/ John P. Bostany
John P. Bostany (JB 1986)
40 Wall Street
New York, New York 10005
Tel: (212) 530-4400