AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

Southern                                    DISTRICT OF                                    New York

| GMA Accesories, Inc. | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| CHARLOTTE SOLNICKI, et. al. | Case Number:[1]  07CV3219 (LTS) |

TO:
   SHOWROOM SEVEN

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All emails sent to or received from anyone associated with CHARLOTTE SOLNICKI, including but not limited to Jonathan Solnicki, Melina Solnicki and Jessica Solnicki; all handwritten notes, phone numbers and addresses for anyone associated with CHARLOTTE SOLNICKI; the book from the tradeshow in May referred to by Porscha.

| PLACE  The Bostany Law Firm, 40 Wall Street, 61st Floor, NY, NY 10005 | DATE AND TIME  6/20/2008 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _[signature]_  Atty for GMA | 5/23/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John P. Bostany, 40 Wall Street, NY, NY 10005
212 530 4400

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.