UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GMA ACCESSORIES, INC.

               Plaintiff,

       Civil Action No.:  07CV3219 (LTS) (DF)

     - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., and TIERNEY
DIRECT LLC.

**REQUEST FOR CERTIFICATE OF
DEFAULT**

             Defendants.
-------------------------------------------------------X

     I represent the plaintiff in this case and respectfully ask that the default of defendant

CHARLOTTE SOLNICKI be noted pursuant to Fed.R.Civ.P. 55(a).  According to the docket

entries this defendant was served with the Summons and Third Amended Complaint and the time

within which this defendant should have answered or otherwise moved with respect to the

pleading has expired and no extension of time to answer has been granted or requested.

Dated: New York, New York
       June 2, 2008

THE BOSTANY LAW FIRM

By:_____
     John P. Bostany
     Attorney for Plaintiff
     40 Wall Street
     New York, New York 10005
     (212) 530-4400