UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

               Plaintiff,

               Civil Action No.:  07CV3219 (LTS) (DF)

   - against -

CHARLOTTE SOLNICKI,              **CERTIFICATE OF  DEFAULT**
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., and TIERNEY
DIRECT LLC.
               Defendants.
-----------------------------------------------------X

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of

New York, do hereby certify that the docket entries in the above-entitled action indicate that the

defendant CHARLOTTE SOLNICKI was served with a copy of a Summons and Third Amended

Complaint and that the time to answer has expired.  I further certify that the docket entries

indicate that this defendant has not appeared, has not filed an answer, or otherwise moved with

respect to the Third Amended Complaint herein.


The default of defendant CHARLOTTE SOLNICKI is hereby noted.

Dated: New York, New York
      June _____, 2008


J. Michael McMahon


_____      _____
Clerk                            Deputy Clerk