UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GMA,

               Plaintiff,

  -v-

BOP, LLC, et al.

              Defendant(s).
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 3219 (LTS)(DCF)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement* (Principals to participate as required by Magistrate Judge)

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: <u>Enforcement of Agreement to a Consent Judgment Between Parties</u>

    All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              June 4, 2008

                                        LAURA TAYLOR SWAIN
                                        United States District Judge