Ira S. Sacks
Robert J. Grand
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

GMA ACCESSORIES, INC.,

    Plaintiff,

 v.

CHARLOTTE SOLNICKI, CHARLOTTE B, LLC,
EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., TIERNEY DIRECT, LLC
and JONATHAN SOLNICKI,
    Defendants.
-------------------------------------------------------x

07 CV 3219 (LTS) (DF)

STIPULATION AND
CONSENT FOR
SUBSTITUTION OF
COUNSEL

  IT IS HEREBY STIPULATED, CONSENTED AND AGREED that Amster, Rothstein & Ebenstein LLP may be substituted as counsel for defendants, Jonathan Singer and Gosi Enterprises, Ltd. in the place and stead of Dreier LLP in the above-captioned action.

Dated: New York, New York
   May __, 2008

        Jonathan Singer

        By: _____
          Jonathan Singer, Individually

Gosi Enterprises, Ltd.

By: _____
    Jonathan Singer, Owner

DREIER LLP

By: _____
    Ira S. Sacks
    Robert J. Grand
    499 Park Avenue
    New York, New York 10022

*Outgoing Attorneys for Defendants
Jonathan Singer and Gosi Enterprises, Ltd.*

AMSTER, ROTHSTEIN & EBENSTEIN LLP

By: _____ 5/8/08
    Chester Rothstein, Esq.
    90 Park Avenue
    New York, NY 10016

*Incoming Attorneys for Defendants
Jonathan Singer and Gosi Enterprises, Ltd.*

SO ORDERED:    DATE: 6/5/08

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

2