UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GMA ACCESSORIES, INC.,                              :
                                                    :
                           Plaintiff,               :
             v.                                     :    07 CV 3219 (LTS)(DCF)
                                                    :
CHARLOTTE SOLNICKI, CHARLOTTE B, LLC, :
EMINENT, INC., SAKS FIFTH AVENUE, INC.,   :    **NOTICE OF MOTION**
INTERMIX, INC., WINK NYC, INC.,           :    **TO MODIFY INJUNCTION**
LISA KLINE, INC., GIRLSHOP, INC.,         :
SHOWROOM SEVEN STUDIOS, INC.,             :
ELECTRIC WONDERLAND, INC.,                :
SHOWROOM SEVEN INT'L,                     :
SHOWROOM SEVEN, JONATHAN SINGER,          :
GOSI ENTERPRISES, LTD., LEWIS TIERNEY,    :
TIERNEY DIRECT LLC and                    :
JONATHAN SOLNICKI,                        :
                           Defendants.    :
------------------------------------------------------------x

        PLEASE TAKE NOTICE, that party-in-interest Sanei Charlotte Ronson, LLC, upon

filing of the accompanying Declaration of Ira S. Sacks, dated June 10, 2008, and the exhibits

attached thereto, will move this Court before the Honorable Laura T. Swain, United States

District Judge, United States Courthouse, 500 Pearl Street, New York, New York, at such time as

the Court directs, for an Order modifying the injunction entered into against Bop LLC on

October 18, 2007.

Dated: New York, New York
       June 11, 2008

                                   DREIER LLP


                                    _/s/ Ira S. Sacks_____
                                   Ira S. Sacks
                                   Robert J. Grand
                                   499 Park Avenue
                                   New York, New York 10022
                                   (212) 328-6100
                                   *Attorneys for Party-in-Interest*
                                   *Sanei Charlotte Ronson, LLC*