

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED  OCT 1 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GMA ACCESSORIES, INC.

        Plaintiff,

**ORDER and JUDGMENT as to BOP, LLC**

Civil Action No.: 07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

        Defendants.
----------------------------------------X

WHEREAS, plaintiff has accepted the offer of Judgment pursuant to Rule 68 as to BOP, LLC, (hereinafter "BOP") and for good cause shown,

IT IS hereby ORDERED, ADJUDGED and DECREED that a $15,000 judgment be entered in favor of the plaintiff GMA Accessories, Inc. and against defendant BOP, LLC and, it is

FURTHER ORDERED and ADJUDGED that BOP is permanently enjoined from using the mark CHARLOTTE or any marks similar to or substantially indistinguishable therefrom, including the mark CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of unauthorized clothing or related merchandise.

The Clerk is directed to enter Judgment as to BOP accordingly, there being no just reason for delay.

Dated: New York, New York
        October 18, 2007

SO ORDERED:
Hon. Laura Taylor Swain
United States District Judge