Ira S. Sacks
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100
*Attorneys for Party-in-Interest*
*Sanei Charlotte Ronson, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| GMA ACCESSORIES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 07 CV 3219 (LTS)(DCF) |
| | : | |
| CHARLOTTE SOLNICKI, CHARLOTTE B, LLC, | : | |
| EMINENT, INC., SAKS FIFTH AVENUE, INC., | : | |
| INTERMIX, INC., WINK NYC, INC., | : | |
| LISA KLINE, INC., GIRLSHOP, INC., | : | **[PROPOSED MODIFIED]** |
| SHOWROOM SEVEN STUDIOS, INC., | : | ORDER and JUDGMENT as to |
| ELECTRIC WONDERLAND, INC., | : | BOP, LLC |
| SHOWROOM SEVEN INT'L, | : | |
| SHOWROOM SEVEN, JONATHAN SINGER, | : | |
| GOSI ENTERPRISES, LTD., LEWIS TIERNEY, | : | |
| TIERNEY DIRECT LLC and | : | |
| JONATHAN SOLNICKI, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------x

WHEREAS, plaintiff has accepted the offer of Judgment pursuant to Rule 68 as to BOP, LLC, (hereinafter "BOP") and for good cause shown,

IT IS hereby ORDERED, ADJUDGED and DECREED that a $15,000 judgment be entered in favor of the plaintiff GMA Accessories, Inc. and against defendant BOP, LLC; and it is

FURTHER ORDERED and ADJUDGED that BOP is permanently enjoined from using

the mark CHARLOTTE or any marks similar to or substantially indistinguishable therefrom, including the mark CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of unauthorized clothing or related merchandise; and it is

FURTHER ORDERED and ADJUDGED that, the foregoing notwithstanding, BOP is permitted to sell, purchase, offer for sale, display, transfer, market, advertise and distribute, merchandise using the CHARLOTTE RONSON marks going forward.

The Clerk is directed to enter Judgment as to BOP accordingly, there being no just reason for delay.

Dated: New York, New York
      June __, 2008

SO ORDERED:_____
Hon. Laura Taylor Swain
United States District