UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
GMA ACCESSORIES, INC.,                                                  :
                                                                        :
                                    Plaintiff,        :   07 Civ. 3219 (LTS)(DCF)
                                                                        :
                - against -                                           :   ECF Case
                                                                        :
CHARLOTTE SOLNICKI, CHARLOTTE B, LLC,                                   :
EMINENT, INC., SAKS FIFTH AVENUE, INC.,                                 :   **DECLARATION OF**
INTERMIX, INC., WINK NYC, INC., LISA KLINE,                             :   **ROBERT J. LACK**
INC., GIRLSHOP, INC., SHOWROOM SEVEN                                    :
STUDIOS, INC., ELECTRIC WONDERLAND, INC.,                               :
SHOWROOM SEVEN INT'L, SHOWROOM SEVEN,                                   :
JONATHAN SINGER, GOSI ENTERPRISES, LTD.,                                :
LEWIS TIERNEY, TIERNEY DIRECT LLC and                                   :
JONATHAN SOLNICKI,                                                      :
                                                                        :
                                   Defendants.       :
------------------------------------------------------------------------x

       ROBERT J. LACK, under penalty of perjury, declares:

       1.     I am a member of the bar of this Court and a member of Friedman Kaplan Seiler & Adelman LLP, counsel in this action for Bop, LLC ("Bop"). I submit this declaration in connection with the motion of Sanei Charlotte Ronson LLC ("Sanei") (Document 231) to modify the Court's Judgment and Order (the "Judgment") dated October 18, 2007 (Document 79).

       2.     Sanei's motion is intended to make explicit that, going forward, Bop will have the right to sell merchandise using the CHARLOTTE RONSON mark. Bop does not oppose the motion. However, given the recent dispute between Bop and GMA Accessories, Inc. (which has today been settled) concerning whether the Judgment, in its current form, prohibits Bop from selling merchandise using the CHARLOTTE

621415.2

RONSON mark, Bop does not want its failure to oppose the motion to be construed as an admission or acknowledgment that the Judgment in its current form does prohibit such sales.

3.   Accordingly, I am submitting this declaration so that the record will reflect that Bop has not made any admission or acknowledgment with respect to the effect of the Judgment, as currently written, on Bop's right to sell merchandise using the CHARLOTTE RONSON mark.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2008.

s/ Robert J. Lack<br>
Robert J. Lack