UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,              **CONSENT ORDER**

                                        Civil Action No.: 07CV3219 (LTS)

    - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., TIERNEY DIRECT
LLC and JONATHAN SOLNICKI,

                Defendants.
-----------------------------------------------------X

WHEREAS, pursuant to a settlement agreement dated June 9, 2008, GMA has authorized BOP LLC to sell CHARLOTTE RONSON merchandise from June 9, 2008 forward,

UPON motion of the manufacturer of CHARLOTTE RONSON merchandise and consent of the plaintiff herein, it is

ORDERED that the injunction dated October 18, 2007 is modified to the extent that from this day forward it shall not be a contempt of court for BOP LLC to sell, purchase, offer for sale, display, transfer, market, advertise and distribute merchandise using the CHARLOTTE RONSON marks.

Dated: New York, New York
        June ____, 2007

                        SO ORDERED: _____
                                   Hon. Laura Taylor Swain, U.S.D.J.