UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

               Plaintiff,

- against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., TIERNEY DIRECT
LLC and JONATHAN SOLNICKI,

               Defendants.
-------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS) (DF)

**CONSENT ORDER**

It is hereby ORDERED, on application of counsel for the undersigned defendants, that the counterclaims of defendants GOSI ENTERPRISES, LTD and JONATHAN SINGER along with their affirmative defense of trademark misuse are hereby dismissed with prejudice.

Dated: June 11, 2008

_____
Chester Rothstein
Amster Rothstein and Ebenstein LLP
90 Park Avenue
New York, New York 10016
Attorneys for Defendants GOSI
ENTERPRISES LTD and Jonathan Singer

_____
John P. Bostany
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005
Attorney for Plaintiff GMA Accessories, Inc.

This order resolves Docket Entry # 113.

SO ORDERED: _____ 6/19/08
Hon. Laura Taylor Swain, U.S.D.J.

398235.1         -i-