

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

GMA ACCESSORIES, INC.,

                 Plaintiff,

   - against -

CHARLOTTE SOLNICKI, CHARLOTTE B, LLC,
EMINENT, INC., SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC., LISA KLINE,
INC., GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM SEVEN,
JONATHAN SINGER, GOSI ENTERPRISES, LTD.,
LEWIS TIERNEY, TIERNEY DIRECT LLC and
JONATHAN SOLNICKI,

                 Defendants.
-------------------------------------------------------x

07 Civ. 3219 (LTS) (DCF)

ECF Case

**STIPULATION AND ORDER**

WHEREAS, GMA Accessories, Inc. ("GMA") and Bop, LLC ("Bop") have resolved the issues with respect to Bop raised in the Report and Recommendation of the Honorable Debra C. Freeman, dated May 29, 2008 (Document 223), by way of a lump sum payment of $65,000,

621419.2

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for GMA and Bop, subject to the approval of the Court, that the Court need not take any action with respect to said Report and Recommendation.

Dated: New York, New York
       June 12, 2008

| THE BOSTANY LAW FIRM | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
|---|---|
| By: *[signature]* <br> John P. Bostany <br> 40 Wall Street <br> New York, NY 10005 <br> (212) 530-4400 | By: *[signature]* <br> Robert J. Lack <br> 1633 Broadway <br> New York, NY 10019-6708 <br> (212) 833-1100 |
| *Attorneys for GMA Accessories, Inc.* | *Attorneys for Bop, LLC* |

In light of the foregoing, the Clerk of Court is requested to terminate docket item 159.
SO ORDERED: and the undersigned will take no further action with respect to the Report and Recommendation (Document 223).

Dated: New York, New York
       June 19, 2008

*[signature]*
U.S.D.J.

621419.2                                                         2