UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

GMA ACCESSORIES, INC.

                       Plaintiff,

    - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., LEWIS TIERNEY,
TIERNEY DIRECT LLC and
JONATHAN SOLNICKI,

                       Defendants.

-----------------------------------------------------X

Civil Action No.: 07CV3219 (LTS)

CONSENT JUDGMENT as to GOSI
ENTERPRISES, LTD. and JONATHAN
SINGER

WHEREAS, plaintiff has brought an action against GOSI ENTERPRISES, LTD. and

JONATHAN SINGER (hereinafter "GOSI Defendants") seeking a permanent injunction and

damages for the claims contained in the third amended complaint, namely that Gosi, a clothing

retailer of third party products offered for sale and sold third party clothing goods under the

trademark CHARLOTTE SOLNICKI; and

WHEREAS, GMA and Gosi desire to settle the controversies between them, including

but not limited to this Action, without any admissions of liability or infringement, on consent and

for good cause shown,

IT IS hereby ORDERED, ADJUDGED and DECREED that GOSI ENTERPRISES,

LTD., its owners, agents, employees, and all those acting in concert or active participation with

the GOSI Defendants are hereby permanently enjoined from the use of the word mark

398235.1

CHARLOTTE or any marks similar thereto or substantially indistinguishable therefrom, including CHARLOTTE SOLNICKI, in connection with the sale, purchase, transfer, marketing, advertising or distribution of any goods listed in any active federally-registered trademarks for the trademark "CHARLOTTE" owned by GMA.

Gosi Defendants shall pay GMA ten thousand dollars ($10,000), by check made payable to "GMA Accessories, Inc." within five (5) business days after receipt by Gosi's counsel from counsel for GMA of notice that this Consent Judgment has been entered by the Court.

All other claims as to the Gosi Defendants are dismissed with prejudice on consent, with each party to bear its own fees and costs.

The Clerk is directed to enter Judgment as to GOSI ENTERPRISES, LTD. and JONATHAN SINGER accordingly, there being no just reason for delay.

Dated: New York, New York
        June    , 2008

Consented to:

Jonathan Singer
(personally and for Gosi Enterprises, Ltd.)

SO ORDERED:

The Bostany Law Firm by
John P. Bostany for plaintiff

6/24/08
Hon. Laura Taylor Swain
United States District Judge