UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

  - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., TIERNEY DIRECT
LLC and JONATHAN SOLNICKI,

                Defendants.
-------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS) (DF)

**REQUEST FOR CERTIFICATE OF DEFAULT**

I represent the plaintiff in this case and respectfully ask that the default of defendant SHOWROOM SEVEN be noted pursuant to Fed.R.Civ.P. 55(a). According to the docket entries this defendant was served with the Summons and Third Amended Complaint on April 7, 2008 and the time within which this defendant should have answered or otherwise moved with respect to the pleading has expired and no extension of time to answer has been granted or requested.

Dated: New York, New York
       June 30, 2008

THE BOSTANY LAW FIRM

By: _____
John P. Bostany
Attorney for Plaintiff
40 Wall Street
New York, New York 10005
(212) 530-4400