# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

```
USDC SDNY    ONE GATEWAY CENTER
DOCUMENT     NEWARK, NJ 07102
ELECTRONICALLY FILED
DOC #:
DATE FILED:  JUL 0 7 2008
```

July 2, 2008

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   GMA v. BOP, LLC, et. al.
      Docket No.: 07 CV 3219 (LTS) (DF)

Your Honor:

I respectfully ask that SHOWROOM SEVEN and SHOWROOM SEVEN INT'L be included with those defendants that your Honor granted us leave to move for default judgment against in the June 30th Order.

These defendants are believed to be unincorporated and owned by Jean Marc Flack and Karen Ericson who do business under these names. Mr. Flack and Ms. Ericson were both deposed pursuant to subpoenae which were enforced by prior court orders. Copies of Certificates of their Default are respectfully annexed.

*The request is denied, without prejudice to renewal upon compliance with paragraph 2C of the undersigned's individual practice rules (which requires that a copy of the letter requesting permission to seek a default judgment be provided to the party against which the judgment is sought).*

Respectfully,

John P. Bostany

JPB/ck
Enclosures

CC:   Karim H. Kamal, Esq.

SO ORDERED.

*/s/ Laura Taylor Swain  7/7/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE