UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

                Civil Action No.: 07CV3219 (LTS)

- against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L,
SHOWROOM SEVEN,

                **AFFIDAVIT OF SERVICE**

              Defendants.
-------------------------------------------------------X

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK  )

       Daniel A. Levy, being sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and works at 40 Wall Street, New York, NY 10005. On July 8, 2008, deponent personally served the June 30, 2008 ORDER concerning CHARLOTTE SOLNICKI regarding default judgment upon:

| Party | Address |
|---|---|
| CHARLOTTE SOLNICKI | Alsina 1237 - 2º A<br>Capital Federal, Argentina |

by depositing the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                     Daniel A. Levy

Sworn to before me this
8th day of July, 2008

_____
Notary Public
HARRY C. BATCHELDER, JR.
Notary Public, State of New York
No. 02BA4996798
Qualified in Kings County
Cert. Filed in New York County
Commission Expires May 26, 20__