UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                    Plaintiff,

                                                    Civil Action No.:  07CV3219 (LTS)

        - against -

CHARLOTTE SOLNICKI,                          **AFFIDAVIT OF SERVICE**
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L,
SHOWROOM SEVEN,

                    Defendants.
-------------------------------------------------------X


STATE OF NEW YORK            )
                             )    ss.:
COUNTY OF NEW YORK           )


        Daniel A. Levy, being sworn, deposes and says: deponent is not a party to the
action, is over 18 years of age and works at 40 Wall Street, New York, NY  10005.  On July 8,
2008, deponent personally served the June 30, 2008 ORDER concerning ELECTRIC
WONDERLAND, INC. regarding default judgment upon:

Party                                               Address


ELECTRIC WONDERLAND, INC.                           263 11th Avenue
                                                    New York, NY 10001
                                                    and an additional copy to:
                                                    498 7th Avenue – 24th Floor
                                                    New York, NY 10018


by depositing the same enclosed in a post-paid, properly addressed wrapper, in an official
depository under the exclusive care and custody of the United States Postal Service within the
State of New York.

                                                    _____
                                                    Daniel A. Levy

Sworn to before me this
8th day of July, 2008

_____
        Notary Public

HARRY C. BATCHELDER, JR.
Notary Public, State of New York
No. 02BA4996798
Qualified in Kings County
Cert. Filed in New York County
Commission Expires May 26, 2012