

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE | |
|---|---|---|
| SERVICE OF:<br>EFFECTED (1) BY ME:<br>TITLE: | ORDER<br>OUT OF STATE Ontry Patten<br>PROCESS SERVER | DATE: 7/9/08 at 3:15 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[x] Served personally upon the defendant:

CHARLOTTE B, LLC C/O SECRETARY OF STATE   -- Accepted by Karen Charbonneau, Authorized Agent

Place where served:

Delaware Secretary of State, 401 Federal St., Dover, DE 19901

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: _F_  AGE: _54_  HEIGHT: _5'7"_  WEIGHT: _160 lbs_  SKIN: _W_  HAIR: _Blonde_  OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____     SERVICES $ _____     TOTAL $ _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _7_/_9_/20_08_     _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    DAN LEVY, ESQ
PLAINTIFF:   GMA ACCESSORIES, INC
DEFENDANT:   CHARLOTTE SOLNICKI, ET AL
VENUE:       SOUTHERN DISTRICT COURT
DOCKET:      07 CIV 3219 (LTS)(DCF)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.