UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,                Civil Action No.: 07CV3219 (LTS) (DF)
   - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,                    **NOTICE OF MOTION**
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L, and
SHOWROOM SEVEN

                Defendants.
-----------------------------------------------------X

      **PLEASE TAKE NOTICE** upon the Declaration of John P. Bostany dated August 4, 2008, and the exhibits annexed thereto, the undersigned hereby moves this Honorable Court, at 500 Pearl Street, New York, New York for an Order (1) pursuant to Rule 45(e) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") compelling PORSCHA SUMMERVILLE and SHOWROOM SEVEN to supply documents under penalty of contempt called for in Subpoenae dated November 27, 2007 and May 23, 2008; (ii) for fees associated with the April 10 motion in accordance with Rule 37(a)(4)(A); (iii) for sanctions consisting of the additional fees associated with the violation of the Court's April 15, 2008 Order in accordance with Rule 37(b)(2); and (iv) for such other relief as this court deems just and proper.

Dated: New York, New York
       August 4, 2008

                                            By: _____
                                                 John P. Bostany (JB 1986)
                                                 The Bostany Law Firm
                                                 Attorneys for Plaintiff
                                                 40 Wall Street, 61st Floor
                                                 New York, New York 10005
                                                 (212) 530-4400