

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SANEI CHARLOTTE RONSON LLC,

    Plaintiff,

- against -

GMA ACCESSORIES, INC.,

    Defendants.
----------------------------------------------------------X
----------------------------------------------------------X
GMA ACCESSORIES, INC.,

    Plaintiff,

- against -

EMINENT, INC., et. al.,

    Defendants.
----------------------------------------------------------X

STIPULATION & ORDER

Civil Action No.: 07CV9578 (CM)

STIPULATION & ORDER

Civil Action No. 07CV3219 (LTS) only

It is hereby stipulated and agreed by and between attorney for defendant GMA Accessories, Inc., Civil Action No.: 07CV9578 (CM), and attorney for non-party Jean Marc Flack, that the subpoena dated January 24, 2008 is modified to the extent that the appearance date and time shall be postponed to March 18, 2008 at 10:00 AM.

It is hereby stipulated and agreed by and between attorney for plaintiff GMA Accessories, Inc., Civil Action No.: 07CV3219 (LTS), and attorney for non-party Porsha Summerville, that the subpoena dated January 28, 2008 is modified to the extent that the appearance date and time shall be postponed to March 20, 2008 at 10:00 AM.

Dated: February 15, 2008

_____
By Karim H. Kamal
Attorney for Non-Party Jean-Marc Flack &
Non-Party Porsha Summerville
1270 Avenue of the Americas, Suite 2115
New York, NY 10020

_____
Attorney for GMA Accessories, Inc.
The Bostony Law Firm
John P. Bostony

SO ORDERED,

_____ 8/13/08