Page 1

```
 1
 2
 3            UNITED STATES DISTRICT COURT
 4            SOUTHERN DISTRICT OF NEW YORK
 5     ------------------------------------------
       GMA ACCESSORIES INC.,
 6
                          Plaintiff,
 7
 8          against         Civil Action No.:
 9     07CV3219 (LTS)
10
11     CHARLOTTE SOLNICKI, CHARLOTTE B, LLC, EMINENT,
       INC., SAKS FIFTH AVENUE, INC., INTERMIX, INC.,
12     WINK NYC INC., LISA KLINE, INC., GIRLSHOP,
       INC., SHOWROOM SEVEN STUDIOS, INC., ELECTRIC
13     WONDERLAND, INC., SHOWROOM SEVEN INT'L,
       SHOWROOM SEVEN, JONATHAN SINGER, GOSI
14     ENTERPRISES, LTD., TIERNEY DIRECT, LLC, and
       JONATHAN SOLNICKI,
15
16                        Defendants.
       ------------------------------------------
17
18
19
20         DEPOSITION OF PORSHA SUMMERVILLE
21                Friday, May 23, 2008
22                    10:45 a.m.
23    Reported by:
24    Mary Goff, Professional Reporter
25    JOB NO. 203325AMG
```

Page 18

1               Summerville
2  meetings and what locations?  Just give me the
3  top five.
4       A    Showroom Seven, trade show.  That's
5  it.
6       Q    How many meetings at Showroom Seven?
7       A    I can't count.
8       Q    When was the last meeting you had
9  with her at Showroom Seven?
10      A    I don't remember.  It's been
11 awhile.
12      Q    Who was the last individual out of
13 those three that you met with?
14      A    The last individual I saw?  I saw
15 Jessica and Melina a couple of weeks ago at a
16 trade show.  They were showing with another
17 showroom.
18      Q    Which one?
19      A    I don't know.
20      Q    How do you know they were showing
21 with another showroom?
22      A    Because their name was in the book,
23 and I saw them in the lunchroom.
24      Q    What was the name of the organizer
25 of the show?

Page 19

```
 1                    Summerville
 2      A    The Coteri show.  It was at Pier
 3  92.
 4      Q    And when was that?
 5      A    A few weeks ago.  Maybe three.
 6      Q    And do you know who runs the Coteri
 7  show?
 8      A    No.
 9      Q    Do you still have the book?
10      A    No.
11      Q    Did you talk to them in the
12  lunchroom?
13      A    I said, Hello.
14      Q    Anything else you said besides the
15  word "hello"?
16      A    "How are you doing?"
17      Q    Okay.  Now, you are oath.  And you
18  said, Hello.  How are you?  And that was the
19  extent of the words that you exchanged with
20  those two individuals; is that your testimony?
21      A    Well, actually, I only saw Melina
22  in the lunchroom.  I saw Jessica leaving the
23  show, like, three days later.
24      Q    All right.  So you didn't even speak
25  to Jessica?
```

Page 70

1                  Summerville
2    vendor?
3        A    I have no idea.  It could be a
4    typo.
5        Q    It could be a typo, right?  Here's a
6    few more.  This whole group, 759, 765, they
7    also have 225 West 35th Street for Charlotte.
8        A    Okay.
9        Q    Do you see that?  Do you think they
10   all might be typos?
11       A    Possibly.
12       Q    All right.  Now, do you know if
13   these goods were, in fact, shipped on November
14   30, as some of these orders seem to indicate
15   what is going to happen, November 30, 2007?
16       A    Do I know that they were shipped;
17   is that the question?
18       Q    Yes, ma'am.
19       A    I'm not sure if they were shipped.
20       Q    Well, how would you find that out?
21       A    Well, I could call to confirm or I
22   could request a shipping -- shipping
23   confirmation or a tracking number or an
24   invoice.
25       Q    Did you turn over all the E-mails

```
 1                  Summerville
 2    that you had with these people, the E-mail
 3    communications you have had with Melina
 4    Solnicki, Jonathan Solnicki, or any of the --
 5    the Charlotte people to your attorney,
 6    Mr. Kamal?
 7         A    Did I personally turn them over?
 8         Q    Yes.
 9         A    I personally did not turn them
10    over.
11         Q    Did you believe that you were
12    directed to do that?
13         A    Would I believe I was directed to
14    do that?  I don't know.  I was never directed
15    to do that.  But as you know, my E-mail is
16    owned by my company.  So therefore, I'm sure
17    my company may have or could have --
18         Q    Have you deleted --
19         A    -- that's a possibility.
20         Q    -- have you deleted of them?
21         A    No.
22         Q    Have you spoken to Jonathan
23    Solnicki, Melina Solnicki, or anyone else from
24    the Charlotte Solnicki group about this
25    lawsuit?
```

Page 84

1                    Summerville
2         Do you receive a lot of E-mails from
3    customers, Ms. Summerville?
4         A    Yes.
5         Q    And do they ever place orders with
6    you for Charlotte goods via E-mail?
7         A    I don't quite remember.  Probably.
8    I'm sure there were a few.
9         Q    Just a few?
10        A    I don't remember.
11        Q    So it's possible you got hundreds of
12   E-mails from customers over the years talking
13   to you about Charlotte, placing Charlotte
14   orders, asking for returns, credits, all kinds
15   of things; is that not true?
16        A    Yes.
17        Q    Now, here's one such order -- or I'm
18   sorry -- one such E-mail, 1454.  What's going
19   on there, Ms. Summerville?
20        A    It looks like I sent her links for
21   three designers, and she E-mailed over her
22   credit card information.
23        Q    For the purchase of Charlotte goods?
24        A    Not necessarily.
25        Q    I see.  Okay.  Thank you.  Now,

Page 91

```
 1                    Summerville
 2    E-mails.
 3        Q    I'm going to show you a document
 4    marked SS1458.  Is this an E-mail dated
 5    February 2, 2007 from Mike Bibulich to you?
 6        A    Yes.
 7        Q    And what is going on there?  What
 8    does Mike Bibulich want from you?
 9        A    Should I read the E-mail or --
10        Q    All right.  Why don't we do this --
11    is he with any particular company, Mike
12    Bibulich, or is he just an individual writing
13    to you?
14        A    Michael works at Charlotte
15    Solnicki.
16        Q    Oh.  And now, is he writing to you
17    from New York City?
18        A    I don't know where he was when he
19    wrote this.
20        Q    How many times have you gotten
21    E-mails from this individual?
22        A    Quite often.
23        Q    And have you spoken to him on the
24    phone as well?
25        A    Yes.
```

```
                                                      Page 110
 1                  Summerville
 2   do it?
 3        A    Oh, your question was earlier --
 4   you asked me how did I give them the orders.
 5   And I said I would them via fax directly to
 6   Charlotte Solnicki in Argentina.
 7        Q    With respect to the orders?
 8        A    Yes.
 9        Q    Any other way that you transmit
10   anything at all -- not just orders, but
11   anything at all -- to them?  Have you ever
12   E-mailed them things?
13        A    Yes.
14        Q    Have you ever sent them things by
15   Fed-Ex?
16        A    Not that I remember.
17        Q    But it's possible?
18        A    Maybe.
19        Q    Have you ever sent them things by
20   mail?
21        A    No, not that I remember.  Possibly.
22   I don't remember.
23        Q    Now, the boxes I examined contained
24   dividers in them like this, SS1725, Charlotte,
25   and then a letter -- a letter, I guess.  This
```

Page 118

1        Summerville
2   that for a second. I want to direct you --
3   you to a portion. Do you see this is an
4   E-mail to you from Sarah at Platform which, I
5   guess, as you testified, is affiliated with
6   Wink. And they're -- they're asking you in
7   capital letters, I need the RA. And it seems
8   like -- they say here, Georgina will not apply
9   the credit to an open PO until she gets the RA
10  from you. Do you see that? Do you see that,
11  Ms. Summerville?
12      A    I do see it, yes.
13      Q    Thank you. You didn't realize you
14  were such an important person, did you?
15      A    Who knew?
16      Q    Now, do you recall receiving this
17  E-mail?
18      A    No. As I stated earlier, I -- I
19  receive thousands of E-mails, so I don't
20  really remember the E-mail. But --
21      Q    All right.
22      A    -- obviously I responded, so --
23      Q    During the period that you were
24  working at Showroom Seven, if someone was
25  interested in Charlotte Solnicki merchandise

1              Summerville
2   and they showed up at the showroom, would --
3   they be referred to you?
4       A    Ah, yes.
5       Q    Do you remember meeting with two
6   women several months ago regarding Charlotte
7   Solnicki merchandise, one of which handed you
8   a subpoena for this deposition?
9       A    She didn't meet with me regarding
10  Charlotte.  She met with me for an overview
11  of the showroom.  But yes, I remember those
12  two women that gave me the subpoena.
13      Q    Were they nice women?
14      A    They were okay.  They were -- they
15  could have been more on their toes a little
16  bit, but it was clever.
17      Q    Really?  They were a little sloppy
18  in their work?
19      A    Yeah.  They could have did their
20  research a little more.  But I mean --
21      Q    What could they --
22      A    -- it was clever.  It was cute.  It
23  was surprising.
24      Q    To have a subpoena execution team
25  consisting of two women, you mean?

1          Summerville

2   responsible fashion.  So that's something we
3   don't have to call the court for right now.  I
4   don't think it's exigent, unless, of course,
5   you leave Showroom Seven tomorrow and by the
6   time the court orders you to produce your
7   number, you have vanished into the sunset.  I
8   hope that doesn't happen.  And if that does,
9   Mr. Kamal would have been successful in
10  preventing the exchange of that number.
11       Q    (BY MR. BOSTANY) Where are you from
12  originally?
13       A    Philadelphia.
14       Q    Family still down there?
15       A    Yes.
16       Q    Same last name, Summerville?
17       A    Ah, some of them, yes.
18       Q    What we're going to have to do,
19  since there's a lot of stuff here that we're
20  going to need to go through is adjourn pending
21  the receipt of those E-mails.  Because as you
22  can see, the first subpoena signed by Judge
23  Keenan ordered the exchange of documents
24  concerning communications.  I now know there
25  were quite a few E-mails, and I think that I

1           Summerville
2  would like to talk to the witness about them.
3  So --
4           MR. KAMAL:  So you need her to be
5  reproduced?
6           MR. BOSTANY:  Yes.  Let's get the
7  E-mails first.  I can't think.  I guess that's
8  it for now.  Thank you.