# Law Office of Karim H. Kamal

1270 Avenue of the Americas
Suite 2115
New York, New York 10020
(212) 586-0510
(212) 262-9586 - Fax

KARIM H. KAMAL
E-mail: khklaw@verizon.net

July 8, 2008

<u>VIA U.S. MAIL & FACSIMILE (212) 530-4488</u>

John P. Bostony
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005

Re: GMA Accessories, Inc. v. Eminent, Inc. et al.

Dear Mr. Bostony:

    Be advised that I no longer represent Electric Wonderland, Inc., and their related companies, in the above referenced matter. Please be guided accordingly.

Thank you for your time and attention in this matter.

Very truly yours,

*[signature]*

Karim H. Kamal

cc: Hon. Debra Freeman