## LAW OFFICES OF KARIM H. KAMAL

630 Fifth Avenue, Suite 3163
New York, New York 10111
(212) 586-0510
(917) 587-8116 Mobile
(212) 262-9586 - Fax

KARIM H. KAMAL
E-mail: khklaw@verizon.net

April 14, 2008

*Via Facsimile (212) 805-4258*

Honorable Debra C. Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **GMA Accessories, Inc. v Eminent, Inc., et. al,**
    SDNY Case No.: 06 CV 7596

Dear Hon. Freeman:

    Pursuant to our telephone conference with Mr. John Bostany this past Friday, April 11, 2008, and pursuant to your request to provide specific dates, be advised that my clients Porsche Summerville and Karen Ericson are available for deposition May 22 & 23, 2008. Documents in response to plaintiff's subpoena will be available for plaintiff to photocopy on or before May 15, 2008.

    Thank you for your time and attention in this matter.

Respectfully submitted,

*[signature]*

Karim H. Kamal (KK-2279)

cc: John Bostany (via facsimile 212-530-4488)