UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

  - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., and TIERNEY
DIRECT LLC.
                Defendants.
-----------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS) (DF)

**CERTIFICATE OF DEFAULT**

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the defendant CHARLOTTE SOLNICKI was served with a copy of a Summons and Third Amended Complaint and that the time to answer has expired. I further certify that the docket entries indicate that this defendant has not appeared, has not filed an answer, or otherwise moved with respect to the Third Amended Complaint herein.

The default of defendant CHARLOTTE SOLNICKI is hereby noted.

Dated: New York, New York
       June ___, 2008

J. Michael McMahon
Clerk

Deputy Clerk