UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GMA ACCESSORIES, INC.,

        Plaintiff,

-v-                                              No. 07 Civ. 3219 (LTS)(DCF)

CHARLOTTE SOLNICKI et al.,

        Defendants.                               <u>ORDER</u>

------------------------------------------------------------x

        This matter having been commenced by the filing of a Third Amended Complaint ("Complaint") on April 2, 2008, and **Defendant Charlotte Solnicki** having failed to interpose a timely answer to the Complaint or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment, and the Court having determined that an investigation of the factual basis of the allegations of the complaint herein pursuant to Fed. R. Civ. P. 55(b)(2) is appropriate, it is hereby

        ORDERED, that the plaintiff may make a motion for a default judgment against **Defendant Charlotte Solnicki**; and it is further

        ORDERED, that the plaintiff's motion shall be accompanied by evidence, in admissible form, that **Defendant Charlotte Solnicki** is a legal entity, of the type of legal entity that **Defendant Charlotte Solnicki** is, and evidence that **Defendant Charlotte Solnicki** has been served with the summons and Complaint in accordance with all applicable laws; and it is further

        ORDERED, that the plaintiff's motion shall be accompanied by evidence, in admissible form, of such facts as it would have proffered to meet its burden of proof on its direct case had a trial been held in this action; and it is further

        ORDERED, that such motion for default judgment shall be served on **Defendant Charlotte Solnicki** and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

        ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

DEFPROVE.FRM    Version 1/29/01

ORDERED, that plaintiff shall serve a copy of this Order on **Defendant Charlotte Solnicki** and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
      June 30, 2008

                                                                LAURA TAYLOR SWAIN
                                                                United States District Judge

DEFPROVE.FRM    Version 1/29/01