UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

                 Plaintiff,

      Civil Action No.: 07CV3219 (LTS)

- against -

CHARLOTTE SOLNICKI,              **DECLARATION OF SERVICE**
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L,
SHOWROOM SEVEN,

                Defendants.
------------------------------------------------------X

    Daniel A. Levy, an attorney, declares under penalty of perjury: declarant is not a party to the action, is over 18 years of age and works at 40 Wall Street, New York, NY 10005. On August 4, 2008, declarant personally served the within Notice of Motion, Affidavit of John P. Bostany dated August 4, 2008 and supporting exhibits upon:

| Attorney | Address | Party |
|---|---|---|
|  | 263 11th Avenue<br>New York, NY 10001 | SHOWROOM SEVEN |
|  | 263 11th Avenue<br>New York, NY 10001 | PORSCHA SUMMERVILLE |
| Karim Kamal, Esq. | 1270 Avenue of Americas<br>Suite 2115<br>New York, New York 10020 | PORSCHA SUMMERVILLE |

by depositing the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                    _____
                                                    Daniel A. Levy