UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

               Plaintiff,

  - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L,
SHOWROOM SEVEN,

               Defendants.
-------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS) (DF)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** upon the the Declaration of John P. Bostany dated August 8, 2008, and the exhibits annexed thereto, Memorandum of Law dated August 8, 2008, and upon all prior pleadings and proceedings heretofore had hearing, the undersigned hereby moves this Honorable Court, before Hon. Laura Taylor Swain, United States District Judge, at 500 Pearl Street, New York, New York for an Order pursuant to Rule 60 of the Federal Rules of Civil Procedure modifying the August 29, 2007 Memorandum Order, by (1) including "Showroom Seven", and "Showroom Seven Int'l," on line three of the first page of the Order before the defined term ("Showroom 7") and (2) directing that judgment be entered as to liability in favor of plaintiff and against Showroom Seven Studios, Inc., Showroom Seven, and Showroom Seven, Int'l.

Dated: New York, New York
      August 8, 2008

                                 Respectfully submitted,

                    By: _____
                                John P. Bostany
                                THE BOSTANY LAW FIRM
                                Attorneys for Plaintiff
                                40 Wall Street, 61st Floor
                                New York, New York 10005