# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: SHOWROOM SEVEN STUDIOS, INC.

Selected Entity Status Information

**Current Entity Name:** SHOWROOM SEVEN STUDIOS, INC.
**Initial DOS Filing Date:** SEPTEMBER 28, 1994
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** INACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SHOWROOM SEVEN STUDIOS, INC.
ATTN MARIA CASO
498 7TH AVE 24TH FL
NEW YORK, NEW YORK, 10018

**Chairman or Chief Executive Officer**
MARIA CASO
498 7TH AVE
24TH FL
NEW YORK, NEW YORK, 10018

**Principal Executive Office**
SHOWROOM SEVEN STUDIOS, INC.
ATTN MARIA CASO
498 7TH AVE 24TH FL
NEW YORK, NEW YORK, 10018

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search