ORIGINAL

```
                                                              1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------------ x
     GMA ACCESSORIES, INC.,
 4
                           Plaintiff,   Index No.
 5                                      07CV3219 (LTS)
                                                (DCF)
 6        -against-
 7   EMINENT, INC., SAKS FIFTH AVENUE,
     INTERMIX, INC., WINK NYC, INC., LISA KLINE,
 8   INC., GIRLSHOP, INC., SHOWROOM SEVEN STUDIOS,
     INC., JONATHAN SINGER, LEWIS TIERNEY
 9   and JONATHAN SOLNICKI,
10                         Defendants.
11   ------------------------------------------------ x
12
13        DEPOSITION of the non-party witness, MARIA
14   CASO, taken by the Plaintiff, pursuant to notice,
15   held at the offices of The Bostany Law Firm, 40
16   Wall Street, New York, New York  10005, on
17   November 28, 2007, at 2:13 p.m., before a Notary
18   Public of the State of New York.
19
20
21
22   ************************************************
23        BARRISTER REPORTING SERVICE, INC.
                   120 Broadway
24          New York, New York 10271
                  212-732-8066
25
```

8

```
 1                    M. CASO
 2   together.
 3   Q     When you say you moved into that
 4   place, what is the address of that place?
 5   A     498 7th Avenue.
 6   Q     When you say you were going into
 7   business with someone, who is that, what are
 8   their names?
 9   A     Karen Erickson and Jean Marc.
10   Q     How do you spell that?
11   A     I can't tell you.  I think it's
12   E-R-I-C-K-S-O-N.
13   Q     And the other name?
14   A     Jean Marc, J-E-A-N  M-A-R-C.  I don't
15   recall his last name.
16   Q     Now, when you say, "we incorporated",
17   what does that mean?
18   A     What does that mean?  That the three
19   of us started Showroom Seven Studios.
20   Q     Did you have titles?
21   A     I don't remember what my title was,
22   but -- it was so long ago that I don't
23   remember.
24   Q     When was it?
25   A     I think that we started it, maybe, ten
```

```
                                                              25
     1                       M. CASO
     2   Q       Have you ever seen this?  I am going
     3   to give you a copy of an order dated
     4   August 29, 2007.
     5              MR. KAMAL:  Are you going to
     6         mark that?
     7              MR. BOSTANY:  That is your copy
     8         you can keep that.
     9              MR. KAMAL:  Are you going to
    10         mark it as an exhibit?
    11              MR. BOSTANY:  I am giving that
    12         to her and you.
    13   A       I have never seen this.
    14   Q       What does it say there next to
    15   "memorandum order"?
    16   A       "Memorandum order.  Granting default
    17   judgment motions and injunction".
    18              MR. CARRILLO:  I am sorry to
    19         interrupt, but that is not an exhibit.
    20              MR. BOSTANY:  I have no further
    21         questions.  Have a good afternoon.
    22              MR. KAMAL:  Are you going to
    23         mark this?
    24              THE WITNESS:  What happened?
    25              MR. BOSTANY:  We are off the
```

```
                                                      26
1                M. CASO
2      record.
3           (Whereupon, a discussion was
4      held off the record.)
5           MR. BOSTANY:  We are back on
6      the record for Mr. Carrillo to
7      cross-examine.
8           I am also representing that the
9      document that I gave to the witness is
10     docket number 61 on the docket sheet.
11     All Counsel have access to it.  It is
12     Judge Swain's order, which has been
13     frequently distributed and is now in
14     the possession of the witness.
15          Mr. Carrillo, do you have any
16     questions?
17          MR. CARRILLO:  Yes, yes.
18     First, I would like to mark that as
19     Exhibit 1, the document, that
20     Mr. Bostany just made representations
21     about.
22          MR. BOSTANY:  Sir, that is not
23     my document.  It is the witness'.
24          MR. CARRILLO:  Fine.  I am
25     using it now.  I am going to mark it
```