# 7 SHOWROOM SEVEN

I hereby authorize Showroom7 International to charge my credit card in the amount of $ 1,464.00 +  f/f
+ 3% processing fee  43.72
Total: 1,507.72
for (designer) Charlotti
for Invoice/PO# 149274

Credit Card Type:        ___ American Express

    X Visa/MasterCard

    ___ Discover

Card #: 426633000795 2051    Expiration Date: 11/06

VC Code: 665    (Amex: 4 digits on front of card, Visa/MC: 3 digits on back of card)

Name of Business: Madday

Cardholder's Name: Colleen Jones

Address: 5362 Jamisann

CC CA 90230

Telephone: 310-745-0100

Contact Name: Colleen

Signature: [signature]

Ph. 212-643-4810 x 133    Fax 212-971-6066

498 7th Avenue 24th floor   TEL: (212) 643-4810   FAX: (212) 971-6066

#7193 P.004/005    DEC.06.2005 13:53

SS 02269

**mason's**

CHASE ORDER

owroomseven.com

ew York, NY 10018

5066

Corp. Office,
4201 N. Shiloh Dr.
Fayetteville, AR 72703

Ph. 479 - 444 - 6138
Fx. 479 - 587 - 0900

masons on the creeks
5204 Village Pkwy
Rogers AR 72758
479 - 464 - 0541

masons on the square
15 S. Block St.
Fayetteville, AR 72701
Ph. 479 - 571 - 0100

OUR P.O. 137074
YOUR P.O.

CHARLOTTE    DATE: 2/15/06

Bill To: Mason's
STREET & NO.
CITY    STATE    ZIP

Ship To:
STREET & NO.
CITY    STATE    ZIP

ENTERED 3/3

DEPT.    BUYER    SALESMAN    START SHIP 3/15    COMPLETE 3/20    CANCEL 3/20    TERMS CC    HOW SHIP    DATE

EX FACTORY ☒    IN STORE ☐

| STYLE No. | GROUP | DESCRIPTION | COLOR | A / B 2 / C 36 / D 26 | XS / 4 / 38 / 27 | S / 6 / 40 / 28 | M / 8 / 42 / 29 | L / 10 / 44 / 30 | XL / 12 / 46 / 31 | QTY. | UNIT PRICE | PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | gauze beachpant | rust | | 1 | 2 | 2 | 1 | | 6 | 33 | 198 |
| | | | coral | | 1 | 2 | 2 | 1 | | | 33 | 198 |
| | | | benetton | | 1 | 2 | 2 | 1 | | | | 198 |
| | | | turquoise | | 1 | 2 | 2 | 1 | | | | 198 |
| | | | army | | 1 | 2 | 2 | 1 | | | | 198 |
| | | | sand | | 1 | 2 | 2 | 1 | | | | 198 |
| | | | black | | 1 | 2 | 2 | 1 | | | | 198 |
| | | gauze bermuda short | rust | | 1 | 2 | 2 | 1 | | | 30 | 180 |
| | | | grape | | 1 | 2 | 2 | 1 | | | | 180 |
| | | gauze capri pant | black | | 1 | 2 | 2 | 1 | | | 33 | 198 |
| | | | benetton | | 1 | 2 | 2 | 1 | | | | 198 |
| | | | sand | | 1 | 2 | 2 | 1 | | | | 198 |

emanuel@aol.com ← color swatches

TELEPHONE NO.
FAX NO.

UNITS TOTAL
TOTAL DOLLARS

AUTHORIZED SIGNATURE

IMPORTANT
Inspect merchandise upon receipt.
Discrepancies must be reported 3 days of receipt of goods.
2% interest per month will be charged on past due bills. No part of this order may be cancelled at any time. This is a legal and binding contract.

SS 02271

*Grand total $6267*  *32/0 = 1880.10*

**VEN INTERNATIONAL**

```
SHOWROOM 7
498 SEVENTH AVE-24TH FLOOR
NEW YORK, NY 10018
212-643-4810
88580000581002
          Sale
ID: 88580000581002
12/15/05                    18:20:57
Batch #: 0401

AMEX
3715744439610297M    Exp: 11/07
Appr Code: 228533    Invoice#: 149418
Total:                  $ 1880.10

(I agree to pay above total amount
according to card issuer agreement
Merchant agreement if credit voucher)

--------------------------------

Merchant Copy
THANK YOU!
```

*ENTERED 12/14*  *POSTED*  *Charge $83130*

| | |
|---|---|
| OUR P.O. | № 149419 |
| YOUR P.O. | |

DESIGNER: CHARLOTTE    SEASON:

BLUES
St Chandler Blvd, Ste 5
AZ  ZIP 85226

SHIP TO
ADDRESS: —same—
CITY  STATE  ZIP
COUNTRY

38-7494    FAX NO. 480-629-8905
E-MAIL: evonfig@gmail.com

| SALES REP. | START SHIP | COMPLETE | EX FACTORY | CANCEL | N. 30 | COD/CC | Deposit Balance Proforma | PROFORMA |
|---|---|---|---|---|---|---|---|---|
| Rachel | 2/15 | 2/28 | X | 3/01 | | CC 35% | | |

|  | XS | S | M | L | XL |
|---|---|---|---|---|---|
| US | 2 | 4 | 6 | 8 | 10 | 12 |
| UK | .8 | 10 | 12 | 14 | 16 | 18 |
| FR | 36 | 38 | 40 | 42 | 44 | 46 |
| ITL | 40 | 42 | 44 | 46 | 48 | 50 |
| JPN | 5 | 7 | 9 | 11 | 13 | 17 |

SHIPPING NOTE: FOR ALL DELIVERIES THAT FALL ON A WEEKEND AND/OR HOLIDAY, WE RESERVE THE RIGHT TO SHIP THE FOLLOWING TUESDAY. 248

| DESCRIPTION | COLOR | XS | S | M | L | XL | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| ant w/ ♡ | Blue | | 1 | | 1 | | | 33 | 99 |
| CHS6435 safari shorts | army | | 1 | 1 | 1 | | 3 | 34 | 102 |
| | chocolate | | 1 | 1 | 1 | | 3 | | 102 |
| CHS6224 diagonal dress | fuschia | 1 | 1 | 1 | 1 | | 4 | 60 | 240 |
| | salmon | 1 | 1 | 1 | 1 | | 4 | | 240 |
| MOV4013 short shorts | black | | 1 | 1 | 1 | | 3 | 28 | 84 |
| MOV107A racer back tank | black | 1 | 2 | | | | 3 | 35 | 105 |
| flamenco dress | yellow/lilac / baby lilac | 1 | 1 | 1 | 1 | | 4 | 55 | 220 |
| | black/coral/cream | 1 | 1 | 1 | 1 | | 4 | 55 | 220 |
| star look top | army | 1 | 1 | 1 | 1 | | 4 | 85 | 340 |
| | black | 1 | 1 | 1 | 1 | | 4 | 85 | 340 |
| | white | 1 | 1 | 1 | 1 | | 4 | 85 | 340 |
| | coral | | | | | | 4 | 85 | 340 |

TOTAL $2,772    35% DEPOSIT    TOTAL UNITS 48    TOTAL DOLLARS    + balance

CREDIT CARD NO. 3715 744439 61029  277?
CREDIT CARD TYPE  Amex    V.CODE 214    EXP. DATE 11/07
AUTHORIZED SIGNATURE

**IMPORTANT:** INSPECT MERCHANDISE UPON RECEIPT. DISCREPANCIES MUST BE REPORTED 3 DAYS OF RECEIPT OF GOODS. 2% INTEREST PER MONTH WILL BE CHARGED ON PAST DUE BILLS. NO PART OF THIS ORDER MAY BE CANCELED AT ANY TIME. THIS IS A LEGAL AND BINDING CONTRACT.

SS 02288

# SHOWROOM SEVEN INTERNATIONAL

pg 1/2

SHOWROOMSEVEN.COM
7th Avenue, 24th Floor, New York, NY 10018
212-643-4810 Fax: 212-971-6066

OUR P.O. Nº 149418
YOUR P.O.

DATE: 12/13/05    DESIGNER: CHARLOTTE

BILL TO: MOODY BLUES
ADDRESS:
CITY    STATE    ZIP
COUNTRY
TELEPHONE NO.
COUNTRY CODE

SHIP TO:
ADDRESS:
CITY
COUNTRY
FAX NO.
E-MAIL:

Shannon Gatewood
3355 West Chandler Blvd., Ste. 5
Chandler, Arizona 85226 USA
(480) 558-7494 Tel
(480) 629-8905 Fax
shannon@adenimsociety.com
www.shopmoodyblues.com

Charge $1048.50
30% dep

| BUYER | SALES REP. | START SHIP | COMPLETE | FACTORY | CANCEL | EX N.30 | COD/CC | Protorma | PROFORMA |
|---|---|---|---|---|---|---|---|---|---|
| Evon | Raquel | 2/15 | 2/28 | X | 3/01 | | CC | 30% | |

SPECIAL INSTRUCTIONS / POSFO

|    | XS | S | M | L | XL |
|---|---|---|---|---|---|
| US | 2 | 4 | 6 | 8 | 10 | 12 |
| UK | 8 | 10 | 12 | 14 | 16 | 18 |
| FR | 36 | 38 | 40 | 42 | 44 | 46 |
| ITL | 40 | 42 | 44 | 46 | 48 | 50 |
| JPN | 5 | 7 | 9 | 11 | 13 | 17 |

SHIPPING NOTE:
FOR ALL DELIVERIES THAT FALL ON A WEEKEND AND/OR HOLIDAY, WE RESERVE THE RIGHT TO SHIP THE FOLLOWING TUESDAY.

| STYLE NO. | DESCRIPTION | COLOR | XS | S | M | L | XL | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CHS6402 | beach pant | army | 1 | 2 | 2 | 1 | 1 | 7 | 33 | 231 |
| | | chocolate | 1 | 2 | 2 | 1 | 1 | 7 | | 231 |
| | | black | 1 | 2 | 2 | 1 | 1 | 7 | | 231 |
| | | white | 1 | 2 | 2 | 1 | | 6 | | 198 |
| | | sand | 1 | 2 | 2 | 1 | 1 | 7 | | 231 |
| | | baby pink | 1 | 2 | 2 | 1 | 1 | 7 | | 231 |
| | | light green | 1 | 2 | 2 | 1 | 1 | 7 | | 231 |
| CHS6429 | bermuda pant | black | 1 | 2 | 2 | 1 | 1 | 7 | 30 | 210 |
| | | army | 1 | 2 | 2 | 1 | 1 | 7 | | 210 |
| CHS6428 | beach capri | black | 1 | 2 | 2 | 1 | 1 | 7 | 33 | 231 |
| | | white | 1 | 2 | 2 | 1 | | 6 | | 198 |
| | | magenta | 1 | 2 | 2 | 1 | 1 | 7 | | 231 |
| | | caribbean | 1 | 2 | 2 | 1 | 1 | 7 | | 231 |
| CHS6422 | catsuit | army | 1 | 2 | 2 | 1 | 0 | 6 | 50 | 300 |
| | catsuit | black | 1 | 2 | 2 | 1 | 0 | 6 | | 300 |

balance + 30% deposit

TOTAL UNITS
TOTAL DOLLARS: 3,495

IMPORTANT:
INSPECT MERCHANDISE UPON RECEIPT.
DISCREPANCIES MUST BE REPORTED 3 DAYS OF RECEIPT OF GOODS.
2% INTEREST PER MONTH WILL BE CHARGED ON PAST DUE BILLS.
NO PART OF THIS ORDER MAY BE CANCELED AT ANY TIME.
THIS IS A LEGAL AND BINDING CONTRACT.

CREDIT CARD NO. 3715 744439 61029
CREDIT CARD TYPE AMEX   V.CODE 214   EXP. DATE 11/07
AUTHORIZED SIGNATURE

SS 02289

30% Dep = $454.50

# PURCHASE ORDER
## SHOWROOM SEVEN INTERNATIONAL
AR 36
ENTERED

WWW.SHOWROOMSEVEN.COM
498 7th Avenue, 24th Floor, New York, NY 10018
212-643-4810 Fax: 212-971-6066

OUR P.O. Nº 149414
YOUR P.O.

DATE: 12/6/05   DESIGNER: CHARLOTTE   SEASON:

BILL TO: USA Head Office/M&K Mariko Int'l
ADDRESS:
CITY: Honolulu   STATE: Hawaii   ZIP:
COUNTRY: USA

SHIP TO: M&K Mariko Int'l
ADDRESS:
CITY: Shibuya-ku   STATE: Tokyo   ZIP:
COUNTRY: Japan

FAX NO.
E-MAIL: pin05@yahoo.co.jp

EX / ETE: 18   FACTORY: X   CANCEL: 2/28   N.30   COD/CC   Deposit Proforma: 30%   PROFORMA: X

[Receipt overlay:]
SHOWROOM 7
498 SEVENTH AVE-24TH FLOOR
NEW YORK, NY 10018
212-643-4810
8858080058100Z
Sale
ID: 8858080058100Z
12/07/05
Batch #: 8394
Invoice#: 149414
17:10:25
$454.50
DINERSCLUB
Appr Code: 368678
Acct Code: **********540M
Total:
Customer Copy
THANK YOU!
COME AGAIN!

| STYLE NO. | | XS 2 8 36 40 5 | S 4 10 38 42 7 | M 6 12 40 44 9 | L 8 14 42 46 11 | XL 10 16 44 48 13 | 12 18 46 50 17 | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CHS6436 | Cargo cropped capri  army green | | | 2 | | | | 3 | 45 | 405 |
| | pastel pink | | | 2 | | | | | | |
| | pastel blue | | | 2 | | | | | | |
| CHS6588 | jean mini skirt  light army green | | 2 | 2 | 2 | | | | 36 | 324 |
| | pastel pink | | 2 | 2 | 2 | | | | | |
| | light mustard yellow | | 2 | 2 | 2 | | | | | |
| CHS6438 | knot bermuda  black | | 2 | 2 | 2 | | | | 38 | 342 |
| | light army green | | 2 | 2 | 2 | | | | | |
| | pastel pink | | 2 | 2 | 2 | | | | | |
| CHS6139 | folk camisole  light army green | | 2 | 2 | 2 | | | | 37 | 444 |
| | pastel pink | | 2 | 2 | 2 | | | | | |
| | pastel blue | | 2 | 2 | 2 | | | | | |
| | black | | 2 | 2 | 2 | | | | | |

30% deposit ($454)
TOTAL UNITS:
TOTAL DOLLARS: 1,515

CREDIT CARD NO.: 3694 623177 5102
CREDIT CARD TYPE: Diners Club   V.CODE:   EXP.DATE: 11/06
AUTHORIZED SIGNATURE: Cecili Matsumoto

IMPORTANT:
INSPECT MERCHANDISE UPON RECEIPT.
DISCREPANCIES MUST BE REPORTED 3 DAYS OF RECEIPT OF GOODS.
2% INTEREST PER MONTH WILL BE CHARGED ON PAST DUE BILLS.
NO PART OF THIS ORDER MAY BE CANCELED AT ANY TIME.
THIS IS A LEGAL AND BINDING CONTRACT.

SS 02296

# PURCHASE ORDER
# SHOWROOM SEVEN INTERNATIONAL

NY – 498 7th Avenue, 24th Floor, New York, NY 10018   www.showroomseven.com
212-643-4810  Fax: 212-971-6066

LA – Cooper Building 860 South Los Angeles Street MEZZ #3 LA, CA 90014
213-316-0112  Fax: 213-316-0121

*Page 1 of 2*
*CC Auth*

OUR P.O.: LA 4513
YOUR P.O.:

DATE: 2.28.07
DESIGNER: Charlotte womens
SEASON: Fall 07'

BILL TO: Blue Genes
ADDRESS: 3400 Around Lenox (R) #214
CITY: Atlanta  STATE: GA  ZIP: 30326
COUNTRY: USA
TELEPHONE NO.: 404-933-9585

SHIP TO: same
FAX NO.: 404-231-9899
E-MAIL: jane@shopbluegenes.com

BUYER | SALES REP.: Porche | START SHIP: 10.1.07 | COMPLETE: 10.30.07 | CANCEL | EX FACTORY | N. 30 | COD/CC | Deposit/Proforma | PROFORMA
X

ENTERED 3/22

| US | XS | S | M | L | XL |
|----|----|----|----|----|----|
| US | 2 | 4 | 6 | 8 | 10 | 12 |
| UK | 8 | 10 | 12 | 14 | 16 | 18 |
| FR | 34 | 36 | 38 | 40 | 42 | 44 |
| ITL | 38 | 40 | 42 | 44 | 46 | 48 |
| JPN | 5 | 7 | 9 | 11 | 13 | 17 |

SHIPPING NOTE: FOR ALL DELIVERIES THAT FALL ON A WEEKEND AND/OR HOLIDAY, WE RESERVE THE RIGHT TO SHIP THE FOLLOWING TUESDAY.

| STYLE NO. | DESCRIPTION | COLOR | XS | S | M | L | XL | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CHSUM7-865 | Agatha Dress | Skin | 2 | 2 | 2 | | | 6 | 65- | 390- |
| ↓ | ↓ | black | 2 | 2 | 2 | | | 6 | 65- | 390- |
| 7l05 | Poseidon top | black | 2 | 2 | 2 | | | 6 | 60- | 360- |
| 6l05 | elotic mini tunic | black | 2 | 2 | 1 | 1 | | 6 | 60- | 360- |
| ChF08 605 | Cameo top | mink | 2 | 2 | 1 | 1 | | 6 | 100- | 600- |
| ↓ | ↓ | black | 2 | 2 | 1 | 1 | | 6 | 100- | 600- |
| ChF08 810 | fur vest | silver | | 2 | 1 | 1 | | 4 | 470- | 1880- |
| ChF08 1005 | Anaconda vest | choc | | 2 | 1 | 1 | | 4 | 175- | 700- |

TOTAL UNITS:
TOTAL DOLLARS: $5280-

CREDIT CARD NO.:
CREDIT CARD TYPE:
V.CODE:  EXP. DATE:
AUTHORIZED SIGNATURE:

IMPORTANT: INSPECT MERCHANDISE UPON RECEIPT. DISCREPANCIES MUST BE REPORTED 2 DAYS OR RECEIPT OF GOODS. 2% INTEREST PER MONTH WILL BE CHARGED ON PAST DUE BILLS. NO PART OF THIS ORDER MAY BE CANCELED AT ANY TIME. THIS IS A LEGAL AND BINDING CONTRACT.

SS 02409

## Receipt

Merchant SHOWROOM 7
498 SEVENTH AVENUE 24TH FLOOR                    212-643-4810
NEW YORK, NY 10018
US

Description:
Submission Date:         02-Jul-2007 13:37:56
Transaction ID:          1481526350
Transaction Status:      Captured/Pending Settlement
Authorization Code:      067734
Card Number:             XXXX2012
Payment Method:          MasterCard
Amount:                  USD 614.00
Invoice:
Customer ID:

BILLING INFORMATION                    SHIPPING INFORMATION

*Bharath* (signature)

SS 02416

# 7 SHOWROOM SEVEN

## CREDIT CARD AUTHORIZATION FORM

Showroom Seven International
498 7th Ave., 24th Floor
New York, NY 10018
P: (212) 643-4810
F: (212) 971-6066

Designer: __Charlotte B._____

Date: __5/30/07_____ Order / invoice #: __LA1645 / 5124 REVISED_____

Thank you for your credit card order. In order for us to complete this transaction, please fill out this authorization form with a signature below and return by fax immediately:

Total order amount: $ __614_____

Store/Customer name: __BHAVANTU__

Name exactly as it appears on the card: __5322 2014 7411 2012__

Credit card type:    ___American Express
                     _X_ Visa/MasterCard
                     ___Discover

Card #: _____

Expiration date: __05/10__

Verification code: __401__ (Amex: 4 digits-front of card; Visa/MC: 3 digits-back of card)

Billing address of card: _____

Billing zip code: _____

Phone: _____

Fax: _____

Name of individual placing order: _____

By signing this form, I am acknowledging and accepting that the above amount will be charged on my card by Showroom Seven Intl., the sales representative for the above vendor.

Authorized Signature: _____

SS 02417

# EN INTERNATIONAL

SHOWROOM 7
498 SEVENTH AVE-24TH FLOOR
NEW YORK, NY 10018
212-643-4810
88580000581002

**Phone Order**

ID: 88580000581002
03/12/07   17:03:41
Batch #: 0692   AVS Code: Y

VISA
4428135402248058M   Exp: 11/07
CVV2 Code: M
Appr Code: 21764A   Invoice#: 159437
Total:   $ 887.10

I agree to pay above total amount according to card issuer agreement. (Merchant agreement if credit voucher)

X_____

Merchant Copy
THANK YOU!
COME AGAIN!

---

OUR P.O. № 159437

New York, NY 10018
066

SIGNER: Charlotte Z   3000   SEASON: A/W 2007

way vista Dr.
-y   ZIP 40245

0 6094

YOUR P.O. SHANE

SHIP TO:
ADDRESS:
CITY  STATE
COUNTRY
FAX NO.
E-MAIL:

ES REP. | START SHIP | COMPLETE | EX FACTORY | CANCEL | N. 30 | COD/CC | Deposit Proforma | Balance PROFORMA
| 7/30 | 8/15 | X | 8/30 | | | | |

| | XS | S | M | L | XL |
|---|---|---|---|---|---|
| US | 2 | 4 | 6 | 8 | 10 | 12 |
| UK | 8 | 10 | 12 | 14 | 16 | 18 |
| FR | 36 | 38 | 40 | 42 | 44 | 46 |
| ITL | 40 | 42 | 44 | 46 | 48 | 50 |
| JPN | 5 | 7 | 9 | 11 | 13 | 17 |

SHIPPING NOTE: FOR ALL DELIVERIES THAT FALL ON A WEEKEND AND/OR HOLIDAY, WE RESERVE THE RIGHT TO SHIP THE FOLLOWING TUESDAY.

| N | COLOR | XS | S | M | L | XL | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| ...ress | Navy | | | 1 | 1 | 1 | 3 | $85 | $255 |
| | | | | | | | 3 | $85 | $255 |
| 510 | Aruba dress | | | | | | 3 | $65 | $195 |
| 466 | Pumpkin dress | | | | | | 3 | $70 | $210 |
| 605 | Cameo top | | | | | | 3 | $100 | $300 |
| 605 | Cameo top | | | | | | 3 | $100 | $300 |
| 615 | Pearl dress | | | | | | | $120 | $480 |
| 1325 | Taylor sweater | | | | | | | $98 | $294 |
| 1310 | Cardo sweater Black | | | 1 | 1 | 1 | 3 | $100 | $300 |
| 720 | Ralph sweater Black | | 1 | 1 | 1 | 1 | 4 | $92 | $368 |

30% dep 887.10

TOTAL UNITS | TOTAL DOLLARS 2957 ✓

CREDIT CARD NO. 4428 1354 0224 8058
CREDIT CARD TYPE VISA   V.CODE 715   EXP. DATE 11/07
AUTHORIZED SIGNATURE

IMPORTANT:
INSPECT MERCHANDISE UPON RECEIPT. DISCREPANCIES MUST BE REPORTED 3 DAYS OF RECEIPT OF GOODS. 2% INTEREST PER MONTH WILL BE CHARGED ON PAST DUE BILLS. NO PART OF THIS ORDER MAY BE CANCELED AT ANY TIME. THIS IS A LEGAL AND BINDING CONTRACT.

SS 02427