MAY. 2. 2007  9:30AM    Corporation Service Company ALB          NO. 0792   P. 2

CORPORATION SERVICE COMPANY

864417

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

INDEX #07 Cv 3219

-----------------------------------------------------------

GMA ACCESSORIES, INC,         PLAINTIFF

           VS.

BOP, LLC,           DEFENDANT

-----------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY           ss:

Minard Carkner being duly sworn, deposes and says that she is
over the age of eighteen (18) years; That on the 24th
day of April, 2007 at 10:20 am she served the annexed Summons In
A Civil Case And Complaint, Index# 07 Cv 3219, filed 04/20/2007,
endorsed thereto on SHOWROOM SEVEN STUDIOS, INC
the defendant in this action, by delivering to and leaving with
Carol Vogt an employee of the Office of the Secretary of
the State of New York in the City of Albany, New York, two
(2) copies thereof, and at the time of making said service,
deponent paid the said Secretary of State of New York a fee of
$40.00. That said service was made pursuant to Section 306
of the Business Corporation Law of the State of New
York.

Deponent further says that she/he knew the person so served as
aforesaid in the Office of the Secretary of the State
of New York to be duly authorized by law to accept such service
on behalf of the named defendant.

_____
Minard Carkner

Sworn to before me this
1st day of May, 2007.

_____
Johanna A. Burkhartt, Notary Public

ID# 01BU6150209
Commission Expires
July 24, 2010

MAY. 2. 2007 9:30AM    Corporation Service Company ALB              NO. 0792   P. 3

State of New York - Department of State
Receipt for Service

Receipt #: 200704260041                    Cash #: 200704260011
Date of Service: 04/24/2007                Fee Paid: $40 - DRAWDOWN
Service Company: 45 CORPORATION SERVICE COMPANY - 45

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS
CORPORATION LAW

Party Served: SHOWROOM SEVEN STUDIOS, INC.

Plaintiff/Petitioner:
    GMA ACCESSORIES, INC.

Service of Process Address:
SHOWROOM SEVEN STUDIOS, INC.
ATTN MARIA CASO
498 7TH AVE 24TH FL
NEW YORK, NY 10018

Secretary of State
By CAROL VOGT