UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

                          Plaintiff,                           **AFFIDAVIT OF SERVICE**

                                                               Civil Action No.:  07CV3219 (LTS)

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

                          Defendants.
------------------------------------------------------X

STATE OF NEW YORK          )
                           )    ss.:
COUNTY OF NEW YORK         )

                Alan Marin, being sworn, deposes and says: deponent is not a party to the
action, is over 18 years of age and works at 67 Vestry St., New York, NY 10013-1734.  On
August 30, 2007, deponent personally served the INJUNCTION and JUDGMENT dated August
29, 2007 with NOTICE of ENTRY upon:

Party                              Address


Showroom Seven Studios, Inc.       498 7th Avenue
                                   24th Floor
                                   New York, NY 10018

by delivering a copy by hand at said address to a female secretary, approximately 35-40 years old
and approximately 5'8" tall.

                                             _Alan Marin_

Sworn to before me this
11th day of September, 2007

        Notary Public

SAMAPTI RAHMAN
Notary Public, State of New York
No. 01RA6155050
Qualified in Queens County
Commission Expires Oct. 23, 2011