UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

              Plaintiff,

   - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L,
SHOWROOM SEVEN,

              Defendants.
-------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS)

**CERTIFICATE OF DEFAULT**

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the defendant SHOWROOM SEVEN INT'L was served with a copy of a Summons and Third Amended Complaint on April 7, 2008. I further certify that the docket entries indicate that this defendant has not appeared, has not filed an answer or otherwise moved with respect to the Third Amended Complaint herein.

The default of defendant SHOWROOM SEVEN INT'L is hereby noted.

Dated: New York, New York
        ~~June~~ July 1, 2008

J. Michael McMahon

_____         _____
Clerk                                                         Deputy Clerk