# THE BOSTANY LAW FIRM

40 WALL STREET
61ST FLOOR
NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400
FAX: 212-530-4488



NEW JERSEY OFFICE
ONE GATEWAY CENTER
NEWARK, NJ 07102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 2 2008

August 8, 2008

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *GMA v. Charlotte Solnicki, et. al.*
Docket No.: 07 CV 3219 (LTS) (DF)

Your Honor:

I respectfully advise that there are no remaining defendants in this case that are not in default. In order to fulfill certain requirements imposed by recent court orders as to the defaulting parties, we are in the process of seeking enforcement of prior orders and subpoena's. We are also preparing a request to obtain discovery from foreign individuals believed to be residing in Argentina, although Porscha Summerville advised that Charlotte Solnicki is operating out of another New York showroom that she did not name. We are investigating the least burdensome way to obtain the necessary discovery.

With respect to the Showroom Seven entities, we today filed a motion to have them regarded as one operation subject to the August 29, 2007 Order granting default judgment. In the event that motion is granted, we will submit the same damages proofs against all Showroom Seven entities.

However, we would like to respectfully confirm that plaintiff does not have an obligation at this time to exchange or file pre-trial materials as set forth in the August 23, 2007 pre-trial scheduling order or to appear at the August 15, 2008 pre-trial conference. Of course, I will attend any conference at any time that the Court directs concerning any of the remaining matters in the case.

The conference is adjourned to December 19, 2008, at 10:30AM and the related pre-trial requirements are suspended pending further order of the Court.

Respectfully,

John P. Bostany

SO ORDERED.

8/11/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE