AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

GMA Accessories, Inc.

   Plaintiff,

v.

CHARLOTTE SOLNICKI et al.,

   Defendants

**APPEARANCE**

Case Number: 07 Civ. 3219 (LTS)(DCF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Electric Wonderland, inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/15/2008 | *(signature)* |
| Date | Signature |
| | Jeffrey Sonnabend — JS1243 |
| | Print Name — Bar Number |
| | SonnabendLaw, 600 Prospect Avenue |
| | Address |
| | Brooklyn — NY — 11215-6012 |
| | City — State — Zip Code |
| | (718) 832-8810 — (718) 832-2767 |
| | Phone Number — Fax Number |