**LAW**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: ___
DATE FILED: AUG 1 8 2008

Jeffrey Sonnabend
Attorney at Law

600 Prospect Avenue
Brooklyn, NY 11215

718.832.8810

JSonnabend@SonnabendLaw.com

August 15, 2008

**MEMO ENDORSED**

<u>Via Facsimile</u>

Hon. Laura Taylor Swain
United States District Court for the Southern District of New York
500 Pearl St.
Room 755
New York, NY 10007

      Re:    GMA Accessories, Inc. v. Solnicki et al. 07 Civ. 3219 (LTS)(DCF)

Dear Judge Swain:

      I have recently been engaged by Defendant Electric Wonderland, Inc. in the above referenced case. I understand that default has been entered against my client and that the Court ordered on June 30, 2008 that Plaintiff submit support for entry of default judgment against my client under Fed. R. Civ. P. 55(b)(2).

      My client fully intends to answer the complaint in the present action and/or move for relief under Fed. R. Civ. P. 12(b). I have not yet had an opportunity to familiarize myself with the case file. Additionally, I will be on vacation this coming week, beginning August 18 and returning August 25.

      I therefore request that the Court terminate any proceedings under Fed. R. Civ. P. 55(b)(2) in connection with Defendant Electric Wonderland, Inc. and permit my client to answer and/or move under Fed. R. Civ. P. 12(b) by August 29, 2008.

      Thank you for the Court's attention to this matter.

Sincerely,

Jeffrey Sonnabend (JS1243)
Attorney for Defendant Electric Wonderland, Inc.

cc:    Andrew Thomas Sweeney

*[Handwritten endorsement:]* The request to extend the time to answer is denied without prejudice to Defendant's ability to renew the application [on] a standalone basis or in conjunction with opposition to a default judgment motion with a proffer concerning the reasons for its delay and whether it has a [~~first~~] meritorious defense. SO ORDERED. 8/15/08

LAURA TAYLOR SWAIN, U.S.D.J.