UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

              Plaintiff,

    - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L,
SHOWROOM SEVEN,

              Defendants.
-------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS)

**DECLARATION OF SERVICE**

       Daniel A. Levy declares under penalty of perjury: Declarant is not a party to the action, is over 18 years of age, and works at 40 Wall Street, New York, NY 10005. On August 25, 2008, Declarant personally served the Order dated August 19, 2008 upon:

| Attorney | Address | Party |
|---|---|---|
|  | 263 11th Ave<br>New York, NY 10011 | SHOWROOM SEVEN |
|  | 263 11th Ave<br>New York, NY 10011 | SHOWROOM SEVEN INT'L |
| Karim Kamal, Esq. | 1270 Avenue of Americas<br>Suite 2115<br>New York, New York 10020 | SHOWROOM SEVEN STUDIOS, INC., KAREN ERICKSON, and JEAN-MARC FLACK |

by depositing the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                           Daniel A. Levy