UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

               Plaintiff,             Civil Action No.: 07CV3219 (LTS) (DF)

  - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,                        NOTICE OF MOTION
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L, and
SHOWROOM SEVEN

               Defendants.
-------------------------------------------------------X

**PLEASE TAKE NOTICE** upon the Declaration of John P. Bostany dated August 4, 2008, the exhibits annexed thereto, and the Memorandum of Law dated August 25, 2008, the undersigned hereby moves this Honorable Court, before Hon Deborah Freeman, United States Magistrate Judge, at 500 Pearl Street, New York, New York for an Order compelling PORSCHA SUMMERVILLE to comply with the Subpoena dated November 27, 2007 and for such other relief as this court deems just and proper.

Dated: New York, New York
       August 25, 2008

                                          By:  _____
                                                John P. Bostany (JB/1986)
                                                The Bostany Law Firm
                                                Attorneys for Plaintiff
                                                40 Wall Street, 61st Floor
                                                New York, New York 10005
                                                (212) 530-4400