UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

    - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L,
SHOWROOM SEVEN,

                Defendants.
-------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS)

**DECLARATION OF SERVICE**

        Daniel A. Levy declares under penalty of perjury: Declarant is not a party to the action, is over 18 years of age, and works at 40 Wall Street, New York, NY 10005. On August 25, 2008, Declarant personally served the within Notice of Motion, dated August 25, 2008, Affidavit of John P. Bostany dated August 4, 2008 and supporting exhibits, and Memorandum of Law, dated August 25, 2008 upon:

| Attorney | Address | Party |
|---|---|---|
|  | 263 11th Avenue<br>New York, NY 10001 | SHOWROOM SEVEN |
|  | 263 11th Avenue<br>New York, NY 10001 | PORSCHA SUMMERVILLE |
| Karim Kamal, Esq. | 1270 Avenue of Americas<br>Suite 2115<br>New York, New York 10020 | PORSCHA SUMMERVILLE, KAREN ERICSON, JEAN-MARC FLACK, and SHOWROOM SEVEN STUDIOS, INC. |

by depositing the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                Daniel A. Levy