UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GMA ACCESSORIES, INC.

                  Plaintiff,

- against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L, and
SHOWROOM SEVEN

                  Defendants.
---------------------------------------------------------X

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

Civil Action No.: 07CV3219 (LTS)(DF)

     **PLEASE TAKE NOTICE** upon the Declaration of John P. Bostany, dated August 27, 2008, and the exhibits annexed thereto, the Declaration of Charen Kim, dated August 27, 2008, and the exhibits annexed thereto, the Declaration of Daniel A. Levy dated August 27, 2008 and the exhibits annexed thereto, the Declaration of William Maloof, dated June 18, 2007 and the exhibits annexed thereto, the Memorandum of Law dated August 27, 2008, and upon all prior pleadings and proceedings heretofore had herein, the undersigned hereby moves this Honorable Court, before Hon. Laura Taylor Swain, U.S.D.J., at 500 Pearl Street, New York, New York for an Order (1) granting plaintiff Default Judgment as to SHOWROOM SEVEN, ELECTRIC WONDERLAND, INC. and CHARLOTTE B, LLC; (2) issuing a permanent injunction; (3) awarding damages and treble damages; (4) awarding interest and attorneys fees; and for such other relief as this court deems just and proper.

Dated: New York, New York
       August 27, 2008

                                                    By: _____
                                                        John P. Bostany (JB 1986)
                                                        The Bostany Law Firm
                                                        Attorneys for Plaintiff
                                                        40 Wall Street, 61st Floor
                                                        New York, New York 10005
                                                        (212) 530-4400