Karen Ericson

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE No. 07 CV 3219 (LTS)
- - - - - - - - - - - - - - - - - - - - - - -x
GMA ACCESORIES, INC.,

      Plaintiff,

  -against-

CHARLOTTE SOLNICKI, CHARLOTTE B, LLC, EMINENT, INC., SAKS FIFTH AVENUE, INC., INTERMIX, INC., WINK NYC INC., LISA KLINE, INC., GIRLSHOP, INC., SHOWROOM SEVEN STUDIOS, INC., ELECTRIC WONDERLAND, INC., SHOWROOM SEVEN INT'L, SHOWROOM SEVEN, JONATHAN SINGER, GOSI ENTERPRISES, LTD., TIERNEY DIRECT, LLC, and JONATHAN SOLNICKI, CHARLOTTE SOLNICKI, et al.,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - -x

COPY

   DEPOSITION OF KAREN ERICSON
     New York, New York
      May 22, 2008

REPORTED BY:
DANIELLE GRANT
JOB NO. 203307

```
                                                          Page 6
 1                      KAREN ERICSON
 2          A     10001.
 3          Q     How long have you been at that
 4    address?
 5          A     Since April.
 6          Q     Of this year?
 7          A     Um-hmm.
 8          Q     What address was Showroom Seven
 9    before that?
10          A     498 Seventh Avenue.
11          Q     City and zip code?
12          A     New York City, New York, 10018.
13          Q     How long was Showroom Seven at that
14    address?
15          A     Twelve years, maybe, I'm not sure.
16          Q     What is your position?
17          A     I'm a manager.
18          Q     Do you know who the president is or
19    the vice president?
20          A     John Mark.
21          Q     John Mark Flack?
22          A     Yes.
23          Q     What is his title?
24          A     President.
25          Q     Do you know who the vice president
```

```
 1                      KAREN ERICSON
 2   is?
 3           A    No.
 4           Q    Are there any other officers besides
 5   him that you know of?
 6           A    Mandy Ericson.
 7           Q    Is she related to you?
 8           A    My daughter.
 9           Q    What's her position?
10           A    I'm not sure.
11           Q    Any other officers besides those
12   two?
13           A    I'm don't think so.
14           Q    Were you ever an officer?
15           A    Yes.
16           Q    When did you cease being an officer?
17           A    I don't remember.
18           Q    Within the last five years?
19           A    Yeah, I would think so.
20           Q    Before or after 2004?
21           A    I don't remember.
22           Q    Before or after 2002?
23           A    I don't remember.
24           Q    What why did you cease being an
25   officer?
```

1                KAREN ERICSON
2        A    My mom was sick and I was going to
3    go back to Michigan to help take care of her.
4        Q    What position did you have before
5    you ceased being --
6        A    Vice president.
7        Q    How long were you vice president?
8        A    I'm not good with that kind of
9    stuff, I don't remember.
10       Q    Were there any other officers
11   besides the three individuals you named?
12       A    I don't remember.
13       Q    At any time?
14       A    I don't remember.
15       Q    When did Mandy become vice
16   president?
17       A    When I was going to go take care of
18   my mother.
19       Q    I'm going to show you the subpoena?
20            MR. BOSTANY:  We can mark as
21        Exhibit A, please.
22            (Document was marked as Ericson
23            Exhibit A for identification, as of
24            this date.)
25       Q    That is a subpoena signed by United

```
 1                    KAREN ERICSON
 2   invoices.
 3        Q    Meaning, that there are --
 4        A    Random.
 5        Q    Random holes, that you did not get
 6   copies of the invoices?
 7        A    Correct.
 8        Q    Isn't it possible that the spaces
 9   you see on the spreadsheet that are blank is
10   merchandise that Charlotte Solnicki never, in
11   fact, shipped to the store?
12        A    You don't really know, could be,
13   maybe.
14        Q    And then how would your company be
15   paid?
16        A    We get paid a commission on each
17   sale.
18        Q    What commission, what percentage?
19        A    I'm not exactly sure.
20        Q    Who knows that?
21        A    Probably the accounting department.
22        Q    How are you paid?  Is it by bank
23   transfer, check, something else?
24        A    We would -- you know, I'm not sure.
25   Sometimes people give us checks, sometimes they
```

```
 1                KAREN ERICSON
 2   does it go in one account?
 3        A    No, all goes into one account.
 4        Q    On this exhibit, it says here under
 5   percentage commission, a bunch of percentages.
 6   For example, on the first page, the first line
 7   says percentage commission 12 percent, and on all
 8   the other lines, it's 15th percent.  Do you see
 9   that?
10        A    I believe 15 percent was a mistake
11   and it should be 12 percent, but I'm not sure.
12        Q    Is it possible 12 percent was a
13   mistake and it should be 15 percent?
14        A    No.  I think it was 12 percent, but
15   I'm not entirely sure.
16        Q    That means you get 12 percent of the
17   invoice amount?
18        A    That's what we're supposed to get.
19        Q    Why are you so sure it's 12 percent
20   not 15?
21        A    I said I wasn't sure, but I believe
22   it's 12 percent, but I'm not sure.
23        Q    Why?
24        A    I'm not sure.
25        Q    Why do you believe it's 12 percent?
```

Page 58

```
 1                    KAREN ERICSON
 2    default judgement being entered against Showroom
 3    Seven?
 4         A    I never knew there was one.
 5         Q    Did you ever see a copy of the Third
 6    Amended Complaint?
 7         A    No.
 8         Q    I'm going to show you a summons
 9    April 2, 2008, and a Third Amended Complaint
10    dated April 1, 2008 and ask you if you have ever
11    seen that document that was served upon Electric
12    Wonderland Inc. via the Secretary of State, that
13    Electric Wonderland Inc. never answered, and that
14    Electric Wonderland Inc. is in default of, have
15    your seen those documents?
16         A    I don't know.
17         Q    Do you have anything to do with
18    Electric Wonderland?
19         A    Electric Wonderland is just a
20    corporation.
21         Q    Are you an officer of that
22    corporation?
23         A    No.
24         Q    Okay.
25              MR. BOSTANY:  Let the record
```

```
 1                    KAREN ERICSON
 2           reflect that the witness is leafing
 3           through the Third Amended Complaint and
 4           Summons.
 5       Q    Those are yours to keep, I'm not
 6   taking them back, I'm not marking them.  Your
 7   attorney has already written to me several times
 8   indicating he is aware that Electric Wonderland
 9   Inc. is in default, and I don't know if he's
10   informed you, but now I have.
11           MR. BOSTANY:  Let the record
12           reflect the witness is conferring with
13           her counsel and that's against the rules.
14           You must only do that during a break,
15           please.
16       Q    If you had to estimate the amount of
17   profit, the aggregate amount of profit your
18   company made on the sales -- let me ask you
19   this -- withdrawn.
20           When these customers came into
21   your premises?
22       A    Say again, sorry.  When what
23   customers?
24       Q    Withdrawn.
25           You testified earlier that the
```