

SHOWROOM SEVEN NY
Porsha summerville
Ph. 212 643 4810 /
646 619 6830
Fax. 212 971 6066
porsha@showroomseven.com
498 7th avenue 24th floor NY
NY 10018

SHOWROOM BA
Natalia Lista
Tel. (5411) 4735-4223 / 4230
Moviles: 15-6395-4147 / 4148
Radios: 54*335*3443 / 4782
ventas@bashowroom.com.ar
Martin Lezica 3098 - B1642GJB
San Isidro - Buenos Aires
Argentina

CORPORATE OFFICE USA
Ph. 212 561 5513 / 5148 / 5284
Fax. 212 656 1805

CORPORATE OFFICE ARGENTINA
(005411) 5219 3447 / 8 / 9
Alsina 1237 2A

info@charlottesolnicki.com
www.charlottesolnicki.com

HOME - COLLECTION - PRESS - CELEBRITIES - CAMPAIGN - STORES - NEXT SHOWS - CONTACT    << Back