```
                                                          Page 1
 1
 2
 3            UNITED STATES DISTRICT COURT
 4            SOUTHERN DISTRICT OF NEW YORK
 5   ------------------------------------------
     GMA ACCESSORIES INC.,
 6
                         Plaintiff,
 7
 8          against        Civil Action No.:
 9   07CV3219 (LTS)
10
11   CHARLOTTE SOLNICKI, CHARLOTTE B, LLC, EMINENT,
     INC., SAKS FIFTH AVENUE, INC., INTERMIX, INC.,
12   WINK NYC INC., LISA KLINE, INC., GIRLSHOP,
     INC., SHOWROOM SEVEN STUDIOS, INC., ELECTRIC
13   WONDERLAND, INC., SHOWROOM SEVEN INT'L,
     SHOWROOM SEVEN, JONATHAN SINGER, GOSI
14   ENTERPRISES, LTD., TIERNEY DIRECT, LLC, and
     JONATHAN SOLNICKI,
15
16                       Defendants.
     ------------------------------------------
17
18
19
20         DEPOSITION OF PORSHA SUMMERVILLE
21              Friday, May 23, 2008
22                   10:45 a.m.
23   Reported by:
24   Mary Goff, Professional Reporter
25   JOB NO. 203325AMG
```

Porsha Summerville

Page 44

1                 Summerville
2  that contain the word "Charlotte"?
3     A    Yes.
4     Q    And who does it say the owner is?
5     A    GMA Accessories, Incorporated.
6     Q    And what is it for?
7     A    For clothing, footwear, and
8  headgear; namely, hats, scarves, gloves, and
9  socks, and class.
10    Q    What class?
11    A    25.
12    Q    Now, were you selling -- withdrawn.
13         Was the Charlotte and/or Charlotte
14 Solnicki clothing being sold by -- or
15 advertising -- at least advertised and
16 displayed by Showroom Seven?
17    A    Yes, Charlotte Solnicki was sold by
18 Showroom Seven.
19    Q    Now, you -- you said before -- and I
20 moved to strike it as argumentative -- that
21 you weren't appreciative of the fact that I
22 was using the name Charlotte. You wanted me
23 to use the name Charlotte Solnicki concerning
24 the goods that you were selling. Is that --
25 was that the point that you were trying to

Porsha Summerville

Page 92

Summerville

2  Q   When was the last time you got an
3  E-mail from him?
4  A   I don't remember.
5  Q   Hum. What's your title in the
6  company, Showroom Seven?
7  A   Account executive.
8  Q   Hum. That's pretty high up in the
9  chain. Wouldn't you say that's true?
10 A   No.
11 Q   How many people are in the company
12 above you?
13 A   Just my boss.
14 Q   Just one person above you and you're
15 not high up in the chain; is that your
16 testimony?
17 A   Yes.
18 Q   How many people in the company
19 altogether?
20 A   I'm not sure.
21 Q   And who is the one person above you
22 that you referred to as your boss?
23 A   Jean-Marc and Karen. Two.
24 Q   Are there more than ten people in
25 the entire Showroom Seven company?

Page 118

1              Summerville

2  that for a second.  I want to direct you --

3  you to a portion.  Do you see this is an

4  E-mail to you from Sarah at Platform which, I

5  guess, as you testified, is affiliated with

6  Wink.  And they're -- they're asking you in

7  capital letters, I need the RA.  And it seems

8  like -- they say here, Georgina will not apply

9  the credit to an open PO until she gets the RA

10 from you.  Do you see that?  Do you see that,

11 Ms. Summerville?

12       A    I do see it, yes.

13       Q    Thank you.  You didn't realize you

14 were such an important person, did you?

15       A    Who knew?

16       Q    Now, do you recall receiving this

17 E-mail?

18       A    No.  As I stated earlier, I -- I

19 receive thousands of E-mails, so I don't

20 really remember the E-mail.  But --

21       Q    All right.

22       A    -- obviously I responded, so --

23       Q    During the period that you were

24 working at Showroom Seven, if someone was

25 interested in Charlotte Solnicki merchandise

Page 119

1           Summerville
2    and they showed up at the showroom, would --
3    they be referred to you?
4        A    Ah, yes.
5        Q    Do you remember meeting with two
6    women several months ago regarding Charlotte
7    Solnicki merchandise, one of which handed you
8    a subpoena for this deposition?
9        A    She didn't meet with me regarding
10   Charlotte.  She met with me for an overview
11   of the showroom.  But yes, I remember those
12   two women that gave me the subpoena.
13       Q    Were they nice women?
14       A    They were okay.  They were -- they
15   could have been more on their toes a little
16   bit, but it was clever.
17       Q    Really?  They were a little sloppy
18   in their work?
19       A    Yeah.  They could have did their
20   research a little more.  But I mean --
21       Q    What could they --
22       A    -- it was clever.  It was cute.  It
23   was surprising.
24       Q    To have a subpoena execution team
25   consisting of two women, you mean?