SHIP TO AND BILL TO:
Lisa Kline, Inc.
7207 Melrose Avenue
Los Angeles, CA  90

888- lisa kline
po@lisakline.com
www.lisakline.com



| | |
|---|---|
| PO# | CHAR060530WR-N |
| ORDER DATE | 3/6/2006 |
| X-FACTORY | 4/30/2006 |
| IN-STORE DATE | 5/15/2006 |
| CANCEL DATE | 5/30/2006 |

| | VENDOR |
|---|---|
| CHAR | CHARLOTTE - SHOWROOM SEVEN |
| CONTACT | RACHEL - SPRING |
| EMAIL | RACHEL@SHOWROOMSEVEN.COM |
| PHONE | 212-643-4810 |
| FAX | 212-971-6066 |
| VENDOR ADDRESS | 498 7TH AVENUE 24TH FLOOR NEW YORK, NY 10018 |

| BUYER USE ONLY | |
|---|---|
| BUYER | RACHAEL ROBBINS |
| LOCATION | WR |
| ORDER TYPE | N |
| TERMS | NET 30 |
| VENDOR TYPE | REGULAR |

PAGE 1 OF 2

TOTAL QUANTITIES TO SHIP

| STYLE | COLOR | DESCRIPTION | | | | | | QTY | DEPT | COST | RETAIL | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHF6405 | BLACK | SNAIL DRESS | D | 2 | 3 | 2 | 2 | 9 | DRESS | #### | 124.00 | $ 468.00 |
| | EMERALD | | D | 2 | 3 | 2 | 2 | 9 | DRESS | #### | 124.00 | $ 468.00 |
| | SALMON | | D | 2 | 2 | 2 | 1 | 7 | DRESS | #### | 124.00 | $ 364.00 |
| | CHOCOLATE | | D | 2 | 3 | 2 | 2 | 9 | DRESS | #### | 124.00 | $ 468.00 |
| | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | - | $ - |
| | | | TOTAL UNITS: | | | | | 34 | TOTAL COST: | | $ | 1,768.00 |

ENTERED  4S

NOTES:

MERCHANDISE MUST BE SHIPPED ONLY ACCORDING TO "TOTAL QUANTITIES TO SHIP."  FOR ALL STORES, MERCHANDISE MUST BE SHIPPED AS ONE ORDER AND MUST BE BILLED ON ONE INVOICE TO OUR CORPORATE OFFICE AT 7207 MELROSE AVENUE, LOS ANGELES, CA 90046. ABSOLUTELY NO COD SHIPMENTS WILL BE ACCEPTED.  F.O.B. LISA KLINE WAREHOUSE.  ANY LATE OR UNAPPROVED SHIPMENTS WILL BE REFUSED.  ANY DAMAGED GOODS WILL BE RETURNED AT THE MANUFACTURER'S EXPENSE.  ANY INQUIRIES REGARDING THIS PURCHASE ORDER SHOULD BE DIRECTED TO OUR COPORATE OFFICE AT 888-LISAKLINE OR EMAIL US AT PO@LISAKLINE.COM.

SIGNATURE:_____

BUYING OFFICE ONLY
PROCESSING DATE   DATA   INITIAL
CHKBOOK
VENDOR FWD
MATRIX

SS 01123

**SHIP TO AND BILL TO:**
Lisa Kline, Inc.
7207 Melrose Avenue
Los Angeles, CA 90

888- lisa kline
po@lisakline.com
www.lisakline.com

# lisa kline
## lisa kline men
los angeles

| | |
|---|---|
| PO# | CHAR060730WR-N |
| ORDER DATE | 3/30/2006 |
| X-FACTORY | 7/1/2006 |
| IN-STORE DATE | 7/15/2006 |
| CANCEL DATE | 7/30/2006 |

**VENDOR**

| | |
|---|---|
| CHAR | CHARLOTTE |
| CONTACT | RACHEL SPRING |
| EMAIL | RACHEL@SHOWROOMSEVEN.COM |
| PHONE | 212-643-4810  X 130 |
| FAX | 212-971-6066 |
| VENDOR ADDRESS | 498 7TH AVE. 24TH FLOOR NEW YORK, NY |

**BUYER USE ONLY**

| | |
|---|---|
| BUYER | LISA KLINE |
| LOCATION | WR |
| ORDER TYPE | N |
| TERMS | NET 30 |
| VENDOR TYPE | REGULAR |

PAGE 1 OF 6

**TOTAL QUANTITIES TO SHIP**

| STYLE | COLOR | DESCRIPTION | | | | | | | | | QTY | DEPT | COST | RETAIL | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | A | | | | | | | | | | | | |
| | | | B | | | | | | | | | | | | |
| | | | C | 0 | 2 | 4 | 6 | 8 | | | p/sm/l | | | | |
| | | | D | os | xs | s | m | l | xl | xxl | | | | | |
| | | | E | 1 | 2 | 3 | 4 | | | | | | | | |
| | | | F | | | | | | | | | | | | |
| CHF6213 | BLACK | VELOUR BEACH CATSUIT | D | | 1 | 3 | 2 | 1 | | | 7 | PANTS | 60.00 | 143.00 | $ 420.00 |
| | CHOCOLATE | | D | | 1 | 3 | 2 | 1 | | | 7 | PANTS | 60.00 | 143.00 | $ 420.00 |
| | | | | | | | | | | | - | | | | $ - |
| CHF6235 | BENETTON GR | VELOUR CROSS PANT | D | | 2 | 6 | 6 | 2 | 1 | | 17 | PANTS | 42.00 | 100.00 | $ 714.00 |
| | BLACK | | D | | 2 | 6 | 6 | 2 | 1 | | 17 | PANTS | 42.00 | 100.00 | $ 714.00 |
| | SAND | | D | | 2 | 4 | 4 | 2 | 1 | | 13 | PANTS | 42.00 | 100.00 | $ 546.00 |
| | WHITE | | D | | 2 | 6 | 6 | 2 | 1 | | 17 | PANTS | 42.00 | 100.00 | $ 714.00 |
| | BLUE MARINE | | D | | 2 | 4 | 4 | 2 | 1 | | 13 | PANTS | 42.00 | 100.00 | $ 546.00 |

ENTERED 7/5

TOTAL UNITS: 91    TOTAL COST: $ 4,074.00

**NOTES:**

MERCHANDISE MUST BE SHIPPED ONLY ACCORDING TO "TOTAL QUANTITIES TO SHIP."  FOR ALL STORES, MERCHANDISE MUST BE SHIPPED AS ONE ORDER AND MUST BE BILLED ON ONE INVOICE TO OUR CORPORATE OFFICE AT 7207 MELROSE AVENUE, LOS ANGELES, CA 90046. ABSOLUTELY NO COD SHIPMENTS WILL BE ACCEPTED.  F.O.B. LISA KLINE WAREHOUSE.  ANY LATE OR UNAPPROVED SHIPMENTS WILL BE REFUSED.  ANY DAMAGED GOODS WILL BE RETURNED AT THE MANUFACTURER'S EXPENSE.  ANY INQUIRIES REGARDING THIS PURCHASE ORDER SHOULD BE DIRECTED TO OUR COPORATE OFFICE AT 888-LISAKLINE OR EMAIL US AT PO@LISAKLINE.COM.

SIGNATURE:_____

**BUYING OFFICE ONLY**

| PROCESSING DATE | DATA | INITIAL |
|---|---|---|
| CHKBOOK | | |
| VENDOR FWD | | |
| MATRIX | | |

SS 01055

**The Lollipop Guild**
5 River Road
Wilton, CT 06897
203-834-7900 fax 834-7940

#10106
Date 10/1/06

ENTERED 11/6

Terms: Net 30 Days
Ship groups & runs complete

Vendor: Charlotte Showroom 7
Phone: 212.643.4810  Fax: 212.971.6066
Rep: Rachel

| | XS | S | M | L | XL | | | | | start ship |
|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | 1/30 |
| B | | | | | | | | | | |
| C | | | | | | | | | | complete |
| D | | | | | | | | | | 2/28/3/05 X |
| E | | | | | | | | | | |

| style # | color | Description | | | | | | | | | | Quan | Cost | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 911 | chocolate | Mery long dress (racerback) | A | 1 | 1 | 1 | | | | | | 3 | 65 | 195 |
| 900 | chocolate | tropical dress halter | A | 1 | 1 | 1 | 1 | | | | | 4 | 65 | 260 |
| | fuschia | " " | A | 1 | 1 | 1 | | | | | | 3 | 65 | 195 |
| | navy | Mery Mini dress racerback | A | 1 | 1 | 1 | | | | | | 3 | 55 | 165 |
| | fuschia | | A | 1 | 1 | 1 | | | | | | 3 | 55 | 165 |
| | black | | A | 1 | 1 | 1 | 1 | | | | | 4 | 55 | 220 |
| 566 | | madonna dress (brafriendly) blk/red/fuschia/orange | A | 1 | 1 | 1 | | | | | | 3 | 65 | 165 / 195 |
| 515 | | cure mini dress (racerback) blk/yellow/fuschia | A | 1 | 1 | 1 | | | | | | 3 | 55 | 165 |

WH 560
$1530

TOTAL

SS 01056

## CHARLOTTE B.
### SOLNICKI- BAREGMAN
Tel. 212.561.5513 - Fax 212 656 1805
Checks payable to: Charlotte B
Send to: Diamond Brokers - ATTN: Adam
155/04 145TH AVE, Jamaica, NY 11434

POSTED

| | |
|---|---|
| INVOICE: | 2424 |
| DATE: | 16-May-05 |
| PO #: | 143530 |
| PO date: | 9-Jan-05 |

TERMS: CC

SHIPPED: 13-May

☒ EX FACTORY

| STORE/COMPANY | FAHRENHEIT 451 |
|---|---|
| ADRESS | 105 MAIN ST |
| CITY/STATE | WEST HAMPOTN - NY |
| ZIP CODE | 11978 |
| PHONE | 631-288-5724 |
| FAX | 631-288-7533 |
| CONTACT | |
| EMAIL | |

| Style | Color | 2(xs) | 4(s) | 6(m) | 8(l) | 10(xl) | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| ANGEL TOP | CREAM | 2 | 2 | 0 | 0 | 0 | 4 | 55 | 220 |
| CROCHET KNIT | SOLID GOLD | 1 | 1 | 1 | 0 | 0 | 3 | 90 | 270 |
| MODIGLIANY DRESS | BLACK | 1 | 1 | 0 | 0 | 0 | 2 | 110 | 220 |
| ROMANTIC T-SHIRT | CREAM | 2 | 1 | 1 | 1 | 0 | 5 | 110 | 550 |
| | | | | | | | | delivery | 8.00 |
| | | | | | | | | Total $ | 1,268.00 |

Number of Boxes: 1



PAID

SHOWROOM 7
498 SEVENTH AVE-24TH FLOOR
NEW YORK, NY 10018
212-643-4810
88580000581002

Phone Order

ID: 88580000581002
05/24/05                    16:47:47
Batch #: 0270        AVS Code:   Z

AMEX
************3004M

Appr Code: 264221   Invoice#: 143530
Total:                      $ 2078.00

Customer Copy
THANK YOU!
COME AGAIN!

POSTED 12/3/05

FAXED 12/15

**CHARLOTTE B.**
SOLNICKI- BAREGMAN
Tel. 212 561 5513 - Fax 212 656 1805
Checks payable to: Charlotte B
Send to: Diamond Brokers - ATTN: Adam
155/04 145TH AVE. Jamaica, NY 11434

| STORE/COMPANY | RAGS |
| ADRESS | 1344 BROADWAY |
| CITY/STATE | HEWLETT - NY |
| ZIP CODE | 11557 |
| PHONE | 516-374-1423 |
| FAX | 516-374-5084 |
| CONTACT | |
| EMAIL | |

INVOICE: 3333
DATE: 7-Dec-05
PO #: 147875
PO date: 3-Aug-05

TERMS: CC

SHIPPED: 2-Dec-05

☒ EX FACTORY

| Style | Color | 2(xs) | 4(s) | 6(m) | 8(l) | 10(xl) | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| CAMPANA SKIRT | CHOCOLATE | 1 | 2 | 2 | 1 | 0 | 6 | 60 | 360 |
| BEACH PANT | CHOCOLATE | 0 | 2 | 2 | 1 | 1 | 6 | 48 | 288 |
| BEACH PANT | SAND | 0 | 1 | 2 | 2 | 1 | 6 | 45 | 270 |
| BEACH PANT | CORAL | 0 | 2 | 2 | 1 | 1 | 6 | 45 | 270 |
| BEACH PANT | BLUE MARINE | 0 | 1 | 1 | 1 | 1 | 4 | 45 | 180 |
| BEACH PANT | BLACK | 2 | 2 | 2 | 2 | 0 | 8 | 33 | 264 |
| ODALISCA SKIRT | PINK DIOR | 1 | 1 | 1 | 1 | 0 | 4 | 33 | 132 |
| ODALISCA SKIRT | WHITE | 1 | 1 | 1 | 1 | 0 | 4 | 48 | 192 |
| ODALISCA SKIRT | CARRIBEAN | 1 | 1 | 1 | 1 | 0 | 4 | 48 | 192 |
| ODALISCA SKIRT | NAVY | 1 | 1 | 1 | 1 | 0 | 4 | 48 | 192 |
| TUBE DRESS | CHOCOLATE | 1 | 2 | 2 | 1 | 0 | 6 | 45 | 270 |
| TUBE DRESS | WHITE | 1 | 1 | 1 | 1 | 0 | 4 | 45 | 180 |
| TUBE DRESS | SALMON | 1 | 1 | 1 | 1 | 0 | 4 | 45 | 180 |
| | | | | | | | delivery | | 60.00 |
| | | | | | | | | Total $ | 3,030.00 |

Number of Boxes: 5

SHIP TO

$90.90 - 3% proc fee
3120.90

SHOWROOM 7
498 SEVENTH AVE-24TH FLOOR
NEW YORK, NY 10018
212-643-4810
88580000581002

**Sale**

ID: 88580000581002
12/13/05                18:06:32
Batch #: 0399

MASTERCARD
5424180693154616M       Exp: 11/06

CW2 Code: M

Appr Code: 477818      Invoice#: 003333

Total:                  $ 3120.90

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X_____

Merchant Copy
THANK YOU!
COME AGAIN!

SS 00033

From: "Michael" <michael@charlottesolnicki.com>
Subject:
Date: December 20, 2005 5:00:01 PM EST
To: "'Amber Robinson'" <Amber_Robinson@showroomseven.com>
2 Attachments, 64.0 KB

$90.90 PROCESSING FEE THAT WE NEED TO REFUND THEM
$2448 REVISED INVOICE
$3030 ORIGINAL INVOICE

$3.030 + $90,90 = $3.120,90 – 2.448 = $672,90 **THIS IS WHAT WE HAVE TO REFUND THEM.**

**PLEASE DO THIS REFUND AND LET ME KNOW WHEN IT'S DONE.**

THANKS,
MICHAEL.

 

RAGS - 3333.xls (37.5 KB)   Rags Hewlett CM 752.xls (26.5 KB)

SS 00034

From: "Michael" <michael@charlottesolnicki.com>
Subject: **Maddox**
Date: October 23, 2006 2:19:26 PM EDT
To: "'Natalie Harrold'" <natalie@showroomseven.com>
4 Attachments, 81.2 KB

Hi Nat,

I just talked to Coleen at Maddox. Please charge her cc for $214.

Attached is the invoice and the RA.

VISA 4147 2100 0279 0971 exp 11/06

She asked me to charge it ASAP because today other charges will be on her cc.

Please advise.

Thanks,
Michael.



| **YOUR LOGO, Inc.** | Insert a catchy tag line here |
|---|---|
| **Michael Bibulich** | **Charlotte Solnicki** |
| | tel: 212-561-5284 |
| michael@charlottesolnicki.com | fax: 212-656-1805 |
| Add me to your address book... | Want a signature like this? |

MADDOX - 4...xls (42.5 KB)   MADDOX RA....xls (37.5 KB)

SS 02252



```
SHOWROOM 7
498 SEVENTH AVE-24TH FLOOR
NEW YORK, NY 10018
212-643-4810
88580000581002

       Phone Order
ID: 88580000581002
05/09/06                16:41:26
Batch #: 0490        AVS Code:   Z

VISA
4147210002790971M
                        Exp: 11/06
CVV2 Code: M

Appr Code: 037401   Invoice#: 003883
Total:                    $ 275.00


I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X_____


         Merchant Copy
         THANK YOU!
         COME AGAIN!
```

## CHARLOTTE B.
SOLNICKI-BAREGMAN
P: 212 561 5513   F: 212 656 1805

MAKE CHECKS PAYABLE TO: CHARLOTTE B.
SEND TO: BERGEN SHIPPERS - ATT: RON ROMAN
7300 WESTSIDE AVE, NORTH BERGEN, NJ 07047

### ADULTS

| | BILL TO | | SHIP TO | |
|---|---|---|---|---|
| STORE/PERSON | MADDOX | STORE/PERSON | MADDOX | |
| ADRESS | 5362 JANISANN AVE | ADRESS | 5362 JANISANN AVE | |
| CITY | COLVER CITY - CA | CITY | COLVER CITY - CA | |
| STATE/ZIP | 90230 | STATE/ZIP | 90230 | |
| PHONE | 310-745-0100 | PHONE | 310-745-0100 | |
| FAX | 310-745-2221 | FAX | 310-745-2221 | |
| CONTACT | | CONTACT | | |
| EMAIL | lex_maddex@yahoo.com | EMAIL | lex_maddex@yahoo.com | |

| | | INVOICE # | 3883 | PO # | 149275 |
|---|---|---|---|---|---|
| | | DATE | 05-May-06 | PO DATE | 21-Oct-05 |
| | | TERMS | CC | SHIPPED | 26-Apr-06 |
| | | | | √ EX FACTORY | |



| STYLE NUMBER | DESCRIPTION | COLOR | 2/XS | 4/S | 6/M | 8/L | 10/XL | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | BEACH CATSUIT | BLACK | 0 | 2 | 2 | 1 | 0 | 5 | $55.00 | $275.00 |

| | | | | SUBTOTAL | $275.00 |
|---|---|---|---|---|---|
| NUMBER OF BOXES: | 0 | | | DELIVERY | $0.00 |
| | | | | DEPOSIT | $0.00 |
| | | | | GRAND TOTAL | $275.00 |

PAID

SS 02260

**CHARLOTTE B.**
SOLNICKI-BAREGMAN

Tel. 212 561 5513 - Fax 212 656 1805
Checks payable to: Charlotte B
Send to: Diamond Brokers - ATTN: Adam
155/04 145TH AVE, Jamaica, NY 11434

KIDS

POSTED

INVOICE: 3176
DATE: ~~15-Nov-05~~
PO #: ~~145522 (1652)~~ 146549
PO date: 8-Aug-05

TERMS: CC

SHIPPED: 14-Nov-05  ☒ EX FACTORY

| STORE/COMPANY | INFINITY |
| ADRESS | 1116 MADISON AVE. |
| CITY/STATE | NY |
| ZIP CODE | 10028 |
| PHONE | 212-517-4232 |
| FAX | |
| CONTACT | |
| EMAIL | |

| | Color | 0-3 | 3-6 | 6-12 | 12-18 | 18-24 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CARIBBEAN | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 30 | 30 |
| | CORAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 29 | 58 |
| | TURQUOISE | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 1 | 2 | 0 | 2 | 0 | 11 | 40 | 440 |
| RT | TURQ.COMBO | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | 0 | 10 | 28 | 280 |
| | CARIBBEAN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 30 | 30 |

Boxes: 3    delivery  15.00
            Total $   853.00

PAID

Phone Order
ID: 8858000581002      17:24:05
11/28/05       AVS Code: Z
Batch #: 0387

AMEX
37153478154101334    Exp: 08/06
App Code: 126888    Invoice#: 146549
Total:                $ 878.59

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X_____

Merchant Copy
THANK YOU!
COME AGAIN!

853.00
+ 25.59
878.59

3% fee

SS 00040

# CHARLOTTE B.
## SOLNICKI-BAREGMAN

Tel. 212 561 5513 - Fax 212 656 1805
Checks payable to: Charlotte B
Send to: Diamond Brokers - ATTN: Adam
155/04 145TH AVE, Jamaica, NY 11434

# POSTED

| | |
|---|---|
| STORE/COMPANY | INFINITY |
| ADRESS | 1116 MADISON AVE. |
| CITY/STATE | NUEVA YORK |
| ZIP CODE | 10028 |
| PHONE | 212-517-4232 |
| FAX | |
| CONTACT | |
| EMAIL | |

| | |
|---|---|
| INVOICE: | 3091 |
| DATE: | 7-Nov-05 |
| PO #: | 146549/146547 |
| PO date: | 8-Aug-05 |

TERMS: CC

SHIPPED: 3-Nov-05   ☒ EX FACTORY

| Style | Color | 0-3 | 3-6 | 6-12 | 12-18 | 18-24 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ODALISCA PANT | WHITE | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 2 | 2 | 1 | | 11 | 30 | 330 |
| ODALISCA PANT | CHOCOLATE | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 2 | 2 | 1 | | 11 | 30 | 330 |
| ODALISCA PANT | ORANGE | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 2 | 2 | 2 | | 12 | 30 | 360 |
| ODALISCA PANT | CARIBBEAN | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 2 | 2 | 1 | | 11 | 30 | 330 |
| ODALISCA PANT | FUSCHIA | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | | 10 | 30 | 300 |
| ODALISCA PANT | BLACK | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 2 | 2 | 1 | | 11 | 30 | 330 |
| SPANISH SKIRT | LAV | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | | 10 | 30 | 300 |
| SPANISH SKIRT | CORAL | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 2 | 2 | 1 | | 11 | 30 | 330 |
| FLAMENCO LONG DRESS | CORAL | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 2 | | 11 | 29 | 319 |
| FLAMENCO LONG DRESS | BLUE COMBO | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 2 | 2 | 1 | | 9 | 29 | 261 |
| FLAMENCO TOP | VIOLET | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 2 | 1 | 1 | | 8 | 30 | 240 |
| FLAMENCO TOP | CORAL | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 2 | 1 | 1 | | 8 | 30 | 240 |
| FLAMENCO TOP | VIOLET | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | | 9 | 30 | 270 |
| PLUMA DRESS | CARIBBEAN | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 2 | 2 | 1 | | 8 | 25 | 200 |
| PLUMA DRESS | VIOLET | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 1 | 1 | | 8 | 25 | 200 |
| CARAMELITO DRESS | WHITE | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 2 | 0 | 1 | | 6 | 30 | 180 |
| CARAMELITO DRESS | | 0 | 0 | 0 | 0 | 0 | | | | | | | | 6 | 32 | 192 |

Number of Boxes: 6

delivery: 50.00

Total $: 3,892.00

---

SHOWROOM 7
498 SEVENTH AVE-24TH FLOOR
NEW YORK, NY 10018
212-643-4810
88580000581002

**Sale**

ID: 88580000581002
11/18/05            15:34:35
Batch #: 0384

AMEX
371534781641013M        Exp: 08/06
Appr Code: 199915    Invoice#: 003091

Total:              $ 3,892.00

PAID

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X_____

Merchant Copy
THANK YOU!
COME AGAIN!

SS 00041

```
SHOWROOM 7
498 SEVENTH AVE-24TH FLOOR
NEW YORK, NY 10018
212-643-4810
88580000581002

        Sale

ID: 88580000581002
12/13/05                  10:03:24
Batch #: 0399

VISA
4798178100000276M
                          Exp: 10/08
CVV2 Code: P
Appr Code: 713130    Invoice#: 003314

Amount:              $ 1366.19

Tax:                     $ 0.00
                    ============
Total:               $ 1366.19

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)


X_____


          Merchant Copy
          THANK YOU!
          COME AGAIN!
```

# CHARLOTTE B.
## SOLNICKI-BAREGMAN
Tel. 212 561 5513 - Fax 212 656 1805
Checks payable to: Charlotte B
Diamond Brokers - ATTN: Adam
155/04 145TH AVE, Jamaica, NY 11434

**POSTED**

| DATE | 5-Dec-05 |
|---|---|
| INVOICE: | 3314 |
| PO #: | 149343 |
| PO date: | 22-Oct-05 |

**TERMS:** CC 30 ly dep
**SHIPPED:** ☒ EX FACTORY  6-Dec-05

| STORE/COMPANY | RUMORS |
|---|---|
| ADDRESS | 7895 CIRANO AVE |
| CITY/STATE | LA JOLLA CA |
| ZIP CODE | 82097 |
| PHONE | 817-957-3885 |
| FAX | |
| CONTACT | |
| EMAIL | RUSTY@RUMORSSUNDIEGO.COM |

| Style | Color | 2 | 4 | 6 | 8 | 10 | 12 | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| DEGRADE DRESS | GREEN COMBO | 2 | 3 | 3 | 2 | 0 | 0 | 8 | 55 | 440 |
| DEGRADE DRESS | BLUE COMBO | 0 | 3 | 3 | 3 | 0 | 0 | 9 | 55 | 495 |
| DEGRADE DRESS | SOLID CORAL | 0 | 3 | 3 | 2 | 0 | 0 | 8 | 55 | 440 |
| ARCO IRIS DRESS | PINK/LILAC/AQUA | 0 | 3 | 3 | 3 | 0 | 0 | 9 | 70 | 630 |
| BEACH TUBE DRESS | CORAL | 0 | 3 | 3 | 3 | 0 | 0 | 9 | 45 | 405 |
| BEACH TUBE DRESS | BABY BLUE | 0 | 3 | 3 | 3 | 0 | 0 | 9 | 45 | 405 |
| BEACH TUBE DRESS | WHITE | 0 | 3 | 3 | 3 | 0 | 0 | 9 | 45 | 405 |
| BEACH TUBE DRESS | LILAC | 0 | 3 | 3 | 3 | 0 | 0 | 9 | 45 | 405 |
| BEACH TUBE DRESS | ENGLISH PINK | 0 | 3 | 3 | 3 | 0 | 0 | 9 | 45 | 405 |
| | | | | | | | | Delivery | 45 | 45 |
| | | | | | | | | Sub Total | | 4075 |
| | | | | | | | | Deposit | | 2748.6 |
| | | | | | | | | Total: | | 1326.4 |

Number of Boxes: 3

39.79 - 3% Processing Fee
1366.19

SS 00271

```
SHOWROOM 7
498 SEVENTH AVE-24TH FLOOR
NEW YORK, NY 10018
212-643-4810
88580000581002

         Sale

ID: 88580000581002
06/17/05                  11:55:58
Batch #: 0286

AMEX
371294675303036M      Exp: 07/07
Appr Code: 104218   Invoice#: 002528
Total:                    $ 825.00

I agree to pay above total amount
according to card issuer agreement
Merchant agreement if credit voucher)

----------------------------------

              Merchant Copy
              THANK YOU!
              COME AGAIN!
```




## CHARLOTTE B.
### SOLNICKI-BAREGMAN

Tel. 212 561 5513 - Fax 212 656 1805
Checks payable to: Charlotte B
Send to: Diamond Brokers - ATTN: Adam
155/04 145TH AVE, Jamaica, NY 11434

| INVOICE: | 2528 |
|---|---|
| DATE: | 1-Jun-05 |
| PO #: | 141703 |
| PO date: | 1-Mar-05 |

**TERMS:** CC

**SHIPPED:** 1-Jan-05  ☒ EX FACTORY

POSTED (stamp)

| STORE/COMPANY | ROYAL STAR |
|---|---|
| ADRESS | 96 LARCHWOOD AVENUE |
| CITY/STATE | NJ |
| ZIP CODE | 07755 |
| PHONE | 732 - 996 - 1621 |
| FAX | 732 - 222 - 3560 |
| CONTACT | |
| EMAIL | |

| Style | Color | 2(xs) | 4(s) | 6(m) | 8(l) | 10(xl) | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| BEACH PANT | TURQUOISE | 0 | 1 | 1 | 1 | 0 | 3 | 30 | 90 |
| BEACH PANT | LIGHT YELLOW | 0 | 1 | 1 | 1 | 0 | 3 | 30 | 90 |
| BEACH PANT | PINK DIOR | 0 | 1 | 1 | 1 | 0 | 3 | 30 | 90 |
| BEACH PANT | APPLE GREEN | 0 | 1 | 1 | 1 | 0 | 3 | 30 | 90 |
| BEACH PANT | WHITE | 0 | 1 | 1 | 1 | 0 | 3 | 30 | 90 |
| BEACH PANT | BLACK | 0 | 1 | 1 | 1 | 0 | 3 | 30 | 90 |
| BEACH PANT | NAVY | 0 | 1 | 1 | 1 | 0 | 3 | 30 | 90 |
| BEACH PANT | CORAL | 0 | 1 | 1 | 1 | 0 | 3 | 30 | 90 |
| BEACH PANT | SAND | 0 | 1 | 1 | 1 | 0 | 3 | 30 | 90 |
| BEACH SKIRT | BABY PINK | 0 | 0 | 1 | 1 | 0 | 2 | 45 | 90 |
| BEACH SKIRT | BABY BLUE | 0 | 0 | 1 | 1 | 0 | 2 | 45 | 90 |
| BEACH SKIRT | WHITE | 0 | 0 | 1 | 1 | 0 | 2 | 45 | 90 |
| STAR LOOK DRESS | BLACK | 0 | 1 | 1 | 1 | 0 | 3 | 95 | 285 |
| STAR LOOK TOP | BLACK/GOLD LUREX | 0 | 1 | 1 | 1 | 0 | 3 | 85 | 255 |

Number of Boxes: 3

| | delivery | 30.00 |
|---|---|---|
| | Total $ | 1,650.00 |

## CHARLOTTE B.
### SOLNICKI-BAREGMAN

Tel. 212 561 5513 - Fax 212 656 1805
Checks payable to: Charlotte B
Send to: Diamond Brokers - ATTN: Adam
155/04 145TH AVE, Jamaica, NY 11434

| | |
|---|---|
| INVOICE: | 2874 |
| DATE: | 22-Sep-05 |
| PO #: | 141862 |
| PO date: | 4-Mar-05 |

| | |
|---|---|
| TERMS: | CC |

| | |
|---|---|
| SHIPPED: | 20-Sep-05 |

☒ EX FACTORY

| STORE/COMPANY | RED- E |
|---|---|
| ADRESS | 146 NEW YORK RD |
| CITY/STATE | ELMHURST - IL |
| ZIP CODE | 60126 |
| PHONE | 630-834-7333 |
| FAX | 630-834-4453 |
| CONTACT | |
| EMAIL | redestyle@yahoo.com |

| Style | Color | 2(xs) | 4(s) | 6(m) | 8(l) | 10(xl) | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| ALICIA VEST | CHOCOLATE | 0 | 0 | 1 | 1 | 0 | 2 | 220 | 440 |
| | | | | | | | | delivery | 15.00 |
| | | | | | | | | Total $ | 455.00 |

Number of Boxes: 1

Handwritten: 1775— 455— 2220 2296.90 66.90

```
       SHOWROOM 7
   498 SEVENTH AVE-24TH FLOOR
       NEW YORK, NY 10018
         212-643-4810
         88580000581002

          Phone Order

ID: 88580000581002
10/27/05                    17:38:05
Batch #: 0372        AVS Code:  N

MASTERCARD
5140210006799832M        Exp: 03/06
CVV2 Code: M
Appr Code: 041284   Invoice#: 002874
Total:                    $ 2296.90

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X_____

          Merchant Copy
           THANK YOU!
           COME AGAIN!
```

Handwritten: 66-90

SS 00131



```
       SHOWROOM 7
   498 SEVENTH AVE-24TH FLOOR
       NEW YORK, NY 10018
         212-643-4810
         88580000581002
            Sale

ID: 88580000581002
05/03/06                       17:29:37
Batch #: 0486

AMEX
3727139950310000M      Exp: 10/08
Appr Code: 288205   Invoice#: 003875
Total:                   $ 1079.00


I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X_____
```



## CHARLOTTE B.
SOLNICKI-BAREGMAN
P: 212 561 5513  F: 212 656 1805

MAKE CHECKS PAYABLE TO: CHARLOTTE B.
SEND TO: BERGEN SHIPPERS - ATT: RON ROMAN
7300 WESTSIDE AVE., NORTH BERGEN, NJ 07047

### ADULTS

| | | | INVOICE # | 3875 | | PO # | 148317 |
|---|---|---|---|---|---|---|---|
| | | | DATE | 28-Apr-06 | | PO DATE | 3-Nov-05 |
| | | | TERMS | CC | | SHIPPED | 28-Apr-06 |

**BILL TO**

| STORE/PERSON | ROOT |
|---|---|
| ADRESS | 306 EAST MAIN ST |
| CITY | FREDERICKSBURG |
| STATE/ZIP | 78624, TX |
| PHONE | 830 997 1844 |
| FAX | 830 997 1804 |
| CONTACT | CASSELL HEEP |
| EMAIL | |

**SHIP TO** ✓ EX FACTORY

| STORE/PERSON | ROOT |
|---|---|
| ADRESS | 327 EAST MAIN ST |
| CITY | FREDERICKSBURG |
| STATE ZIP | 78624, TX |
| PHONE | 830 997 1844 |
| FAX | 830 997 1804 |
| CONTACT | CASSELL HEEP |
| EMAIL | |

| STYLE NUMBER | DESCRIPTION | COLOR | 2/XS | 4/S | 6/M | 8/L | 10/XL | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CHS6429 | BEACH BERMUDA | CHOCOLATE | 0 | 1 | 2 | 1 | 0 | 4 | $30.00 | $120.00 |
| CHS6429 | BEACH BERMUDA | SAND | 0 | 1 | 2 | 1 | 0 | 4 | $30.00 | $120.00 |
| CHS6429 | BEACH BERMUDA | OLIVE | 0 | 1 | 1 | 1 | 1 | 4 | $30.00 | $120.00 |
| CHS6428 | BEACH CAPRI | WHITE | 0 | 1 | 2 | 1 | 0 | 4 | $33.00 | $132.00 |
| CHS6428 | BEACH CAPRI | BLACK | 0 | 1 | 1 | 1 | 1 | 4 | $33.00 | $132.00 |
| CHS6 500 | BEACH LONG SKIRT | LIGHT GREEN | 0 | 1 | 1 | 1 | 1 | 4 | $55.00 | $220.00 |
| CHS6 500 | BEACH LONG SKIRT | BRIGHT YELLOW | 0 | 1 | 2 | 1 | 0 | 4 | $55.00 | $220.00 |
| | | | | | | | SUBTOTAL | | | $1,064.00 |
| | | | | | | | DELIVERY | | | $15.00 |
| | | | | | | | DEPOSIT | | | $0.00 |
| NUMBER OF BOXES: | 1 | | | | | | GRAND TOTAL | | | $1,079.00 |



162802

CHARLOTTE // SHOWROOM 7

# PURCHASE ORDER (FAXED IN FROM SHOW 3/10)

**TO:** DRESSED
**ADDRESS:** 1253 COAST VILLAGE RD
**CITY, STATE, ZIP:** MONTECITO CA 93108

**SHIP TO:** —
**ADDRESS:** SAME
**CITY, STATE, ZIP:** —

| DATE | DATE REQUIRED | TERMS | HOW SHIPPED | REQ. NO. OR DEPT. | FOR |
|---|---|---|---|---|---|
| 3/10/05 | 7/15 - 8/15x | N30 | | | |

| # | QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|---|
| 2 | STYLE | COLOR              SIZE | $ | |
| 4 | ROMBO JACKET - CHF 121 | g-sand w/ pink   1/s 1/m 1/L | 280. | 840 |
| 6 | ALICIA VELVET - CHF 151 | b-chocolate brown 1/s 1/m 1/L | 220. | 660 |
| 8 | BUBBLE SWEATER - CHF 501 | sand  1/s 1/m 1/L | 100. | 300. |
| 10 | NIGHT JACKET - CHF 115 | a-white wash w/ blk knit | 280. | 840 |
| 12 | | 1/s 1/m 1/L | | |
| 15 | | UNITS 12 | $ | 2640 |

**IMPORTANT**
PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES - PACKAGING, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND ____ COPIES OF YOUR INVOICE WITH ORIGINAL BILL OF LADING.
PURCHASING AGENT: Aimee Ahlers

adams
8131

ORIGINAL

SS 00085

# CHARLOTTE B.
SOLNICKI- BAREGMAN
P: 212 561 5513    F: 212 656 1805

MAKE CHECKS PAYABLE TO: CHARLOTTE B
SEND TO: BERGEN SHIPPERS - ATT: RON ROMAN
7300 WESTSIDE AVE., NORTH BERGEN, NJ 07047

## ADULTS

| INVOICE # | 5138 | PO # | 156546 |
|---|---|---|---|
| DATE | 15-May-07 | PO DATE | 04-APR-07 |
| TERMS | CC | SHIPPED | 10-May-07 |

√ EX FACTORY

### BILL TO
STORE/PERSON: NESSALEE STYLE
ADRESS: 6 DUTCH LANE RD.
CITY: MARLBORO
STATE/ZIP: NJ 07746-
PHONE: 732-431-0008
FAX: 732 431 0008
CONTACT:
EMAIL:

### SHIP TO
STORE/PERSON: NESSALEE STYLE
ADRESS: 6 DUTCH LANE RD.
CITY: MARLBORO
STATE/ZIP: NJ 07746-
PHONE: 732-431-0008
FAX: 732 431 0008
CONTACT:
EMAIL:

| STYLE NUMBER | DESCRIPTION | COLOR | 2/XS | 4/S | 6/M | 8/L | 10/XL | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CHSUM71200 | VICTORIA DRESS | PURPLE | 2 | 2 | 2 | 1 | 0 | 7 | $110.00 | $770.00 |
| CHSUM71260 | OSCAR MINI DRESS | ORANGE | 2 | 2 | 2 | 1 | 0 | 7 | $85.00 | $595.00 |
| | | | | | | | | SUBTOTAL | | $1,365.00 |
| | | | | | | | | DELIVERY | | $18.00 |
| | | | | | | | | DEPOSIT | | $0.00 |
| | | | | | | | | GRAND TOTAL | | $1,383.00 |

NUMBER OF BOXES: 1

**IMPORTANT:** INSPECT MERCHANDISE UPON RECEIPT
DISCREPEANCIES MUST BE REPORTED 3 DAYS OF RECEIPT OF GOODS
2% INTEREST PER MNTH WILL BE CHARGED IN PAST DUE BILLS.
NOPART OF THIS ORDER MAY BE CANCELED AT ANY TIME.
THIS IS A LEGAL AND BINDING CONTRACT

---

SHOWROOM 7
498 SEVENTH AVE-24TH FLOOR
NEW YORK, NY 10018
212-643-4810
88580000581002

**Phone Order**
ID: 88580000581002
05/16/07
Batch #: 0738           17:09:33
                     AVS Code:  Y

VISA
4500660195133218M
CVV2 Code: M        Exp: 08/07
Appr Code: 00581B
Total:              Invoice#: 005138
                    $ 1383.00

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X_____

Merchant Copy
THANK YOU!
COME AGAIN!

SS 02004