UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GMA ACCESSORIES, INC.

      Plaintiff,

                Civil Action No.:  07CV3219 (LTS) (DF)

  - against -

CHARLOTTE SOLNICKI,      **CERTIFICATE OF  DEFAULT**
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., TIERNEY DIRECT
LLC and JONATHAN SOLNICKI,

      Defendants.
--------------------------------------------------------X

I, James M. Parkison, Clerk of the United States District Court for the Southern District of New

York, do hereby certify that the docket entries in the above-entitled action indicate that the

defendant ELECTRIC WONDERLAND, INC. was served with a copy of a Summons and Third

Amended Complaint on April 4, 2008.  I further certify that the docket entries indicate that this

defendant has not appeared, has not filed an answer or otherwise moved with respect to the Third

Amended Complaint herein.

The default of defendant ELECTRIC WONDERLAND, INC. is hereby noted.

Dated: New York, New York
   April 30, 2008

             J. Michael McMahon
               CLERK

_____  By: _____
Clerk             Deputy Clerk