```
 S. DEPARTMENT OF STATE
 ION OF CORPORATIONS                                    ALBANY, NY  12231-0001

                              FILING  RECEIPT
===============================================================================
   ITY NAME : ELECTRIC WONDERLAND, INC.


DOCUMENT TYPE : ASSUMED NAME CERTIFICATE


SERVICE COMPANY :     +++  NO SERVICE COMPANY  +++              CODE:

===============================================================================
FILED: 11/29/2002         CASH#: 982790            FILM#: C324437-2

PRINCIPAL LOCATION
------------------

498 SEVENTH AVENUE
24TH FLOOR
NEW YORK
NY    10018
```



```
COMMENT:


ASSUMED NAME
------------
SHOWROOM SEVEN INTERNATIONAL

===============================================================================
    FILER                          * FEES   :  125.00   PAYMENTS:  125.00
    -----                          * ----                --------
                                   * FILING :   25.00   CASH    :
                                   * COUNTY :  100.00   CHECK   :00125.00
                                   * COPIES :    0.00   C CARD  :
   ELECTRIC WONDERLAND INC.        * MISC   :
   498 SEVENTH AVE. 24TH/FL        * HANDLE :     .00
                                   *                   REFUND:
   NEW YORK              NY 10018  *                   ------
===============================================================================
                    DO3HD104                          DOS-281 (8/98)
```