UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

- against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L, and
SHOWROOM SEVEN

                Defendants.
-----------------------------------------------------X

Civil Action No.: 07CV3219 (LTS) (DF)

**DECLARATION OF
CHAREN KIM**

**CHAREN KIM** hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a paralegal in The Bostany Law Firm and I respectfully submit this declaration outlining CHARLOTTE Advertisements.

## Advertisements

2. I have reviewed the magazines, newspapers, store advertisements, as well as other advertisements exchanged with defense counsel.

3. Annexed as Exhibit 1 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on pages 74 and 75 in a 2004 December issue of a Bloomingdales catalog.

4. Annexed as Exhibit 2 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared in a 2004 Dillard's catalog.

5. Annexed as Exhibit 3 is a color copy of the cover page and advertisement featuring

GMA's original CHARLOTTE clothing that appeared in a 2004 Bloomingdales catalog.

6. Annexed as Exhibit 4 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE hair accessories that appeared in a 2003 Fall issue of a Lord & Taylor catalog.

7. Annexed as Exhibit 5 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE hair accessories that appeared in a 2003 Spring issue of a Lord & Taylor catalog.

8. Annexed as Exhibit 6 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE hair accessories that appeared in the Spring 2000 issue of a Lord & Taylor catalog.

9. Annexed as Exhibit 7 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE hair accessories that appeared on pages 4 and 9 of the Spring 1999 issue of a Lord & Taylor catalog.

10. Annexed as Exhibit 8 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE hair accessories that appeared on pages 3 and 7 of a 1999 Lord & Taylor catalog.

11. Annexed as Exhibit 9 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE hair accessories that appeared in a 1999 Lord & Taylor catalog.

12. Annexed as Exhibit 10 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE hair accessories that appeared in a Fall 1999 issue of a Lord & Taylor catalog.

13. Annexed as Exhibit 11 is a color copy of the cover page and advertisement featuring CHARLOTTE found on the February 10, 2007 issue of Home Textiles magazine.

14. Annexed as Exhibit 12 is a color copy of the cover page and advertisement featuring CHARLOTTE found on the July 31, 2006 issue of Home Textiles magazine.

15. Annexed as Exhibit 13 is a color copy of the printout featuring GMA's original CHARLOTTE clothing that appeared on Carson Pirie Scott's website on October 30, 2006.

16. Annexed as Exhibit 14 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 26 of the 2006 issue of Body magazine.

17. Annexed as Exhibit 15 is a color copy of the printout featuring GMA's original CHARLOTTE clothing and footwear that appeared on Dillard's website.

18. Annexed as Exhibit 16 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on pages 58 and 59 of the July/August 2006 issue of Lingerie Americas.

19. Annexed as Exhibit 17 is a color copy of the printout featuring GMA's original CHARLOTTE clothing that appeared on the Bon-Ton website on October 30, 2006.

20. Annexed as Exhibit 18 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 18 of the July 24, 2006 issue of Women's Wear Daily newspaper.

21. Annexed as Exhibit 19 is a color copy of Bloomingdales' advertisement featuring GMA's original CHARLOTTE footwear that appeared on page A13 of the May 18, 2005 issue of The New York Times newspaper.

22. Annexed as Exhibit 20 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 11 of a October 2006 issue of a Boston Store catalog.

23. Annexed as Exhibit 21 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 10 of a May 2006 issue of a Boston Store catalog.

24. Annexed as Exhibit 22 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 8 of a May 2006 issue of a Boston Store catalog.

25. Annexed as Exhibit 23 is a color copy of the cover page featuring GMA's original CHARLOTTE clothing that appeared on the cover of a May 2006 issue of a Boston Store catalog.

26. Annexed as Exhibit 24 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 6 of a May 2006 issue of a Boston Store catalog.

27. Annexed as Exhibit 25 is a copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 6 of an April 2006 issue of a Bergner's store advertisement.

28. Annexed as Exhibit 26 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 32 of a March 2006 issue of a Carson Pirie Scott catalog.

29. Annexed as Exhibit 27 is a color copy the photo which depicts a display of GMA's original CHARLOTTE accessories taken on October 31, 2007 at GMA CHARLOTTE's Showroom.

30. Annexed as Exhibit 28 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 11 of a February 2006 issue of a Younkers store catalog.

31. Annexed as Exhibit 29 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 11 of a December 2005 issue of a Carson Pirie Scott store advertisement.

32. Annexed as Exhibit 30 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 75 of a December 2005 issue of a Dillard's Christmas advertisement.

33. Annexed as Exhibit 31 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared in a December 2005 issue of a Dillard's catalog.

34. Annexed as Exhibit 32 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE clothing that appeared on page 8 of a 2005 issue Bed Bath & Beyond catalog.

35. Annexed as Exhibit 33 is a color copy of the cover page and advertisement featuring GMA's original CHARLOTTE jewelry that appeared in the February 8, 2005 issue of the Woman's World weekly magazine.

36. Annexed as Exhibit 34 is a color copy of the photo which depicts a display featuring GMA's CHARLOTTE original footwear found at Century 21 Department Store in 2007.

37. Annexed as Exhibit 35 is a color copy of the photo which depicts a display featuring GMA'S CHARLOTTE original clothing found at Century 21 Department Store in 2007.

38. Annexed as Exhibit 36 is a copy of the photo which depicts a display featuring CHARLOTTE original accessories found at Century 21 Department Store in 2007.

39. Annexed as Exhibit 37 is a copy of a recent printout of CHARLOTTE's website located at http://www.charlotte-ny.com.

Accordingly, it is respectfully submitted that the CHARLOTTE mark has been extensively advertised.

Dated: New York, New York
August 27, 2008

_____
Charen Kim