



**Legale, 12.00**
Reindeer-pattern toe socks in red/white acrylic. One size, imported. #7401.



**Hot Sox, 9.50**
3-D Santa Claus socks in black or pine cotton/spandex. One size, imported, #7402.



**Charlotte, 12.00**
Leopard-pattern slipper socks in black/natural polyester, with bottom treads. One size, imported. #7405.



**Legale, 12.00**
Puffy animal slipper socks in acrylic. Choose Monkey, Elephant or Bear. One size, imported. #7404.



**Sutton Studio, 4.50 pair**
Or 3/12.00. Peek-A-Boo Bear cotton/nylon in grey or black. One size, imported. #740

74   the ultimate gift guide



the ultimate gift
# holiday socks

**Hue, 8.00**
Snowflake slipper socks in ivory, black, denim or aubergine acrylic, with bottom treads. One size, imported. #7501.

**Charlotte, 12.00**
Camel faux-fur slipper socks in black/natural polyester, with bottom treads. One size, imported. #7502.

**DKNY, 10.00**
City slipper socks in deep purple, black, blue or cabernet red acrylic/polyester/nylon chenille, with bottom treads. One size, imported. #7504

**Hot Sox, 9.00**
Dreidel trouser socks in charcoal, black or navy cotton/spandex. One size, imported. #7503.

23 stores/1.800.555.shop/bloomingdales.com

d319 Socks

75