nd the perfect

leather jacket
toasty sweater
sensational scarf
sensible shirt
holly jolly hat
flashy mouse
heavenly scent
shower radio
cashmere socks
cuddly teddy
crystal decanter
gold & diamonds
holiday music
handy hairdryer
right-for-him robe
riveting race track
tempting tea set
plush & comfy pjs
party pool table
cool golf gadget
popcorn maker
fab foot bubbler
heated throw
everything your
heart desires &
your list requires



e ultimate, everything-you-could-possibly-ever-wish-for-or-want

# holiday gift guide

find yourself at

# Dillard's

WWW.DILLARDS.COM





(Left): 3-D Santa bootie from Charlotte. (7705) $8. (Top): Christmas tree. (7674) $6. Whimsical reindeer. (7673) $6. Santa turncuff. (7670) $6. 3-D slipper sock Christmas tree from Charlotte. (7706) $8. Snowman patchwork. (7672) $6. Dancing Santa. (7671) $6. Santa toe socks. (7675) $15. All one size and imported. From Legale unless noted. All of acrylic or acrylic blends.

Luxury footwear from Hue: Wool blend stripe socks in black or bright multi. (7657) $7. Cashmere blend socks in black, graphite or camel. (7656) $8. Both imported. From Gold Toe: Angora blend snowflake socks in red, black, gray heather. (7655) $7. Cable-knit socks in black, gray heather or ivory. (7654) $7. Both USA. All crew length and one size.

## Stifle your shivers with whimsical



Left, from Hue: Floral slipper socks in black or apple red. (7663) $8. Chunky knit bootie socks in apple red, black or turquoise. (7664) $8. Plaid slipper socks in apple red or black. (7665) $8. Right, Homey knit socks from Gold Toe: "Salsa" knit socks in black or turquoise. (7662) $7. Slipper knot socks in black or red. (7661) $7. All acrylic. One size. Imported.