



4.50 "Santa Socks" for women by Urban Sole. Black, grey or white cotton/nylon/spandex. Imported. One size. #1201.



8.50 "Rainbow Slipper Socks" for women by Legale. Colorful stripes in acrylic/nylon/spandex. Imported. One size. #1202.



4.50 "Hanukkah Socks" for women by Urban Sole. Grey, white or black cotton/nylon/spandex. Imported. One size. #1203



10.00 DKNY "Faux Fur Slipper Socks" for women. Red, black, green or white cotton/nylon/spandex. Imported. One size. #1204.



8.00 "Folk Socks" for women by Hue. Fanciful stripes in acrylic. Imported. One size. #1205.



12.00 "Snowflake Slipper Socks" for women by Charlotte. Black or blue polyester. S,M Imported. #1206.



11.00 "Toe Socks" for women by Hot Sox. Green, red or black acrylic/spandex. Imported. One size. #1207. D319 Socks.



14.00 "Striped Bootie Socks" for women by Hot Sox. Red acrylic/nylon. Imported. One size. #1208.



15.00 "Santa & His Reindeer Toe Socks" for women by Legale. Red polyester/cotton/nylon spandex. Imported. One size. #1209.