



In the *thick* of it

A  Hair now! Crocheted,
mohair head scarf
in black, by Charlotte, $12

our own Italian mélange
accessories.
B  Scarf, 29.99
C  Hat, 24.99

E  So fluffy! Mohair tote in black from A. Brod, 29.99

D  Kenneth Cole fringed chunky muffler, $40

F  Family ties. Mittens on a string
in brights and more! by Cybrrr,
19.99

G  Kenneth Cole
chunky poncho in pink or
black, $70

Items on this page not
available by phone.



**Warm ups**
A. Marvin Richards. jacket in burgundy, black, white or leopard-print rabbit fur. XS S ML 199.99
B. Our own muffler from Italy in wine, black or brown melange and solids. rabbit fur 49.99
C. Our own hat from Italy in wine, black or brown rabbit fur. 39.99
D. Fownes leather gloves with rabbit fur trim in black or brown. 39.99
E. Pom pom girl. Pony tail holders with rabbit fur. Black, burgundy or brown. from Charlotte. $6.

(Accessories not available by phone.) Fur products labeled to show country of origin.
All items imported, unless specified. Bulk rate information on page 56.

Fall Fashion 59.