



H. Charlotte. Headwrap in pink sari-print polyester, one size. Dept. 174. $8 (12H-01)

C. Charlotte. Sequined headband in pink, mint or clear. One size. Dept. 174. $8 (26C-01)

H. Charlotte. Cotton headwrap reverses from eyelet to gingham. Pink, blue or white, one size. Dept. 87. $8 (63H-01)

K. Charlotte. Narrow headwraps with sequined florals in fuchsia, orange and other brights. Each $10