


**A** Rich beadwork rests in your hair on a metal headband from Charlotte. Dept. 174. **8.00**†

A surprising mix of sterling silver and pink-dyed cultured freshwater pearls from our Fifth Avenue Collection. Dept. 485.
**E** Triple-row necklace on cord with sterling silver clasp, 17" long, **30.00** (4E-05)
**F** Earrings for pierced ears, 1" long, **20.00** (4F-05)



Frosted amethyst-tone crystal rose petals by Robert Rose. Dept. 93.
**B** Silvertone snake chain necklace, adjusts from 13" to 15", **20.00** (4B-05)
**C** Ear clips, ⅞" across, **15.00** (4C-05)



**G** Organza wrap, a sheer delight from Collection XIIX. Double-faced organza with floating flowers, 22x80", in pink, white or black polyester. Imported. Dept. 833. **40.00** (4G-05)



**H** Tiny beaded frame handbag with tuck-in shoulder strap and beaded fringe. From La Regale. White, pink or light blue. 3x3½". Dept. 511. **24.99** (4H-05)



**J** The beautiful illusion of gently strewn beads on a headwrap from Charlotte. Dept. 174. **10.00**†

**D** Sandal from Nina in silver, ivory, pink or, not shown, black satin, sizes 6 to 10M. Dept. 579. Reg. 72.00, **49.99**\* (4D-05)

\*Price reductions will be taken at the register.

†Sorry, not available through telephone order.

4



**Curves ahead, an unforgettable statement from Laundry**
**A** Shaped to fit myriad occasions, today's little black dress. Sleek matte jersey with a great back view and jewel neck front in polyester-spandex, sizes 4 to 16. American made. Dept.159. **160.00** (9A-05)

**The art of all-occasion perfection expressed by BCBG Max Azria**
**B** A graphic bouquet enhances a fluid black dress that's destined for fond memories. Polyester jersey in sizes 2 to 14. American made. Dept. 769. **150.00** (9B-05)

**C** Rhinestones go to your head... a black adjustable headwrap from Charlotte. Dept. 174. **6.00** (9C-05)

**D** Sleek black leather slide by Enzo Angiolini. Sizes 6 to 10M. Dept. 576. **76.00** (9D-05)