



Pearls in the pink. Carolee glass pearl necklace, 40.00

Silk gauze and satin. Lauren by Ralph Lauren scarf, 42.00

A-rose-is-a-rose. Charlotte lapel pins, each, 10.00

Treasure trove. Exclusively for You pouch bag, 29.99

## With Soft, Feminine Gifts

25% off* Exclusively for You jewelry box, reg. 94.00, 70.50

Twice as nice. Exclusively for You belted chiffon robe 29.99; double-layered chiffon chemise 21.99

Plus...
A free padded hanger with your purchase.

Once around. Laura Ashley teacup-motif silk neckerchief, 25.00

3

# Her Love Affair with Hair: Brilliant Beauties



Serenade in blue. Page-D rhinestone mini barrettes, clips and bobbie pins, 10.00 to 16.00

Ah, romance. Floral bobbie pins and barrettes by Charlotte, 8.00 to 10.00

Spring frost. From A. Brod, bobbie pins and mini barrettes, 5.00 to 15.00

Nature's creatures. By Charlotte, silvertone hair accessories, 6.00 to 12.00

Sparkle plenty. Liz Claiborne mini adornments, 8.00 to 12.00

Pretty-in-pink ice. 1928 bobbie pins, mini clips, combs and hairbands, 12.00 to 38.00

Sorry, merchandise on these two pages not available through mail or telephone order.

7