





From 1928, the coil necklace and earrings sparkle in the look of black diamonds and jet. Dept. 522.
**C** Necklace, 14", **36.00** (10C-22)
**D** Hematite-plated French wire pierced earrings, **16.50** (10D-22)

**E** The finishing touch at the top, jet-look hair jewelry from Charlotte. Sorry, not available through telephone order. Dept. 174. Each, **6.00** to **10.00**

**Papell Boutique Evening**
**Silvery riches on silk**
A slipdress drifts to the floor with embroidered bouquets of glistening flowers. Imported. **159.99**
**A** Misses 4 to 14. Dept. 324. (10A-22)
**B** Petites 2 to 12. Dept. 254. (10B-22)

**Brilliante**
**Empire reigns as a classic**
Top-to-toe stretch bugle-beaded black mesh over fuchsia polyester. Imported. **148.00**
**F** Misses S,M,L,XL. Dept. 324. (10F-22)
**G** Petites S,M,L. Dept. 254. (10G-22)