

Reed Business Information.

Saturday, February 10, 2007

# HomeTextiles Today

**THE BUSINESS AND FASHION NEWSPAPER OF THE HOME TEXTILES INDUSTRY** | Vol. 28, No. 6 | $8.00

# Building the new global platform

Hint: There's no one formula.
But as suppliers adapt to a shrinking world,
retailers are still challenging them
to deliver more for less. page 11