Case 1:07-cv-03219-LTS-DCF    Document 266-13    Filed 08/27/2008    Page 1 of 2

Monday, July 31, 2006

# HomeTextiles

THE BUSINESS AND FASHION NEWSPAPER OF THE HOME TEXTILES INDUSTRY | Vol. 27, No. 34 | $8.0

ADVERTISEMENT



DREAMING IN CULTURE

