

wedding & gift registry     corporate gifts

YOUR REWARDS    SALES & EVENTS    VIEW OUR ADVERTISING    CUSTOMER ASSISTANCE    EBILLS    STORE LOCATOR    EMAIL SIGN-UP

LADIES   MEN'S   KIDS   ACCESSORIES   FRAGRANCE & COSMETICS   INTIMATE APPAREL   JEWELRY   SHOES   H

CATALOG: Shop by Catalog Page: Page 13

**PRODUCT DETAIL:**

VIEW SHC

BACK TO



Click on image to enlarge

sale 39.99
MicroCozy robes by Charlotte® and Jasmine Rose Intimates.
Slip out of the hustle & bustle and into softness. Choose from wrap or zip-front styles in prints or solids. Polyester. Imported. Sizes S-XL. Similar styles in sizes 1X-3X. Prints available in wrap styles only. Orig. $68-$82.

Sale price effective from 10/29/2006 to 11/5/2006

ADD TO LIST

To order by phone, call 1-800-374-3000.
We are not responsible for any typographical errors.

earn YOUR REWARDS!    SIGN ME UP for email    pay your bills online with ebills!    visit our CURRENT SALES & EVEN

©2006, The Bon-Ton Stores, Inc. | Career Opportunities | Community Involvement | Credit Services | FAQ | Policies | Site Map & Dir

http://www.bonton.com/carsons/ecatalog/ItemDetail.asp?ItemID=30424&FlashPage=13     10/30/2006