

# BODY

2006 edition

## guide to intimate apparel companies

## Concepts NYC
### Intimates

*Sex and the City*

*Merci*

Lingerie * Sleepwear * Loungewear * Daywear * Foundation
Junior * Contemporary * Missy * Full Figure

Corporate Headquaters
45 West 36 Street 4Th Floor
New York, NY 10018
Tel: 212-244-1134
Fax: 212-244-1136
Sales@conceptsnyc.com