# Dillard's The Style of Your Life.

Home | Shop Online | Wedding & Gift Registries | Catalogs | Travel | Salon & Spa | Store Locator | My Dillard's
Women | Men | Juniors | Children | Shoes | Jewelry & Accessories | Cosmetics | Home & Entertainment | Furniture | Gifts

SEARCH "charlotte sleepwear"

Shop By Category    Children    show all 24 results »

Children



Charlotte Leopard Shawl-Collar Wrap Robe    Charlotte Frog Shawl-Collar Wrap Robe    Charlotte Monkey Shawl-Collar Wrap Robe    Charlotte Westie Shawl-Collar Wrap Robe

join our email list  enter email address

Investor Relations | Careers | Gift Cards | Recalls | Policies | Privacy | FAQ | Contact Us | Site Map | Shipping Policy

# Dillard's — The Style of Your Life.

My Shopper ID | Shopping Bag | Order Status | Credit Card Services

Home | Shop Online | Wedding & Gift Registries | Catalogs | Travel | Salon & Spa | Store Locator | My Dillard's

Women | Men | Juniors | Children | Shoes | Jewelry & Accessories | Cosmetics | Home & Entertainment | Furniture | Gifts

[ "charlotte pajamas" ] [SEARCH]

Shop By Category

Children

show all 7 results »

Charlotte Leopard Men's Pajamas    Charlotte Leopard Men's Pajamas    Charlotte "Glamour Girl" Pajamas    Charlotte "Pampered Princess" Pajamas

# Dillard's The Style of Your Life.

My Shopper ID | Shopping Bag | Order Status | Credit Card Services

Home | Shop Online | Wedding & Gift Registries | Catalogs | Travel | Salon & Spa | Store Locator | My Dillard's
Women | Men | Juniors | Children | Shoes | Jewelry & Accessories | Cosmetics | Home & Entertainment | Furniture | Gifts

[SEARCH] "charlotte slippers" ⊗                                  show all 5 results »

**Shop By Category**
Children

Children






Charlotte Leopard-Print Slippers | Charlotte Leopard-Print Slippers | Charlotte Chamois Thong Slippers | Charlotte Chamois Thong Slippers

# Dillard's The Style of Your Life.

My Shopper ID | Shopping Bag | Order Status | Credit Card Services

Home | Shop Online | Wedding & Gift Registries | Catalogs | Travel | Salon & Spa | Store Locator | My Dillard's
Women | Men | Juniors | Children | Shoes | Jewelry & Accessories | Cosmetics | Home & Entertainment | Furniture | Gifts

[ ] [SEARCH] "charlotte scuffs" ⊗    show all 5 results »

Shop By Category    Children

Children



Charlotte Faux-Fur Scuffs    Charlotte Faux-Fur Scuffs    Charlotte Monkey Scuffs    Charlotte Frog Scuffs