

# LINGERIE
## AMERICAS

  

July/August
2006

▸ **Sunday 30**
▸ Monday 31
▸ Tuesday 1



New York

www.lingerie-americas.com
info@lingerie-americas.com

# Charlotte

O26



US Offices
Capelli New York
1 East 33rd Street, 9th Floor
New York, NY 10016, USA
Contact: David Rothstein
Tel: 212-684-3344
Fax: 212-684-5456
info@capellinewyork.com
www.capellinewyork.com

**Product Categories:**
Loungewear, Sleepwear.
**Positioning:**
Bridge, Better.
**US retail price by product category:**
Sleepwear: $ 20- $ 48
Robes: $ 40- $ 125
**Collections:**
Charlotte is Capelli New York's women's wear brand offering quality fashion. The collection includes coordinating sleepwear, robes, slippers and gift sets in petite, missy and women's sizes in addition to a variety of separates. Charlotte products are sold at leading department and specialty stores.

*Personal notes* ................................................................

