# BON·TON

LADIES   MEN'S   KIDS   ACCESSORIES   FRAGRANCE & COSMETICS   INTIMATE APPAREL   JEWELRY   SHOES   HO

[VIEW YOUR BAG]   [VIEW SH

ONLINE BUYS: Shop by Category: MicroCozy Robe by Charlotte®

**Categories**

daywear
foundations
loungewear
sleepwear & robes


Click on image to enlarge

MicroCozy Robe by Charlotte®
Regular Price *$78.00*
Today's Price *$39.99*

Save on this incredibly soft robe with chevron textured weave. 48" length, with shawl collar and 2 onseam pockets. Misses' sizes S-XL. Polyester. Imported.

Featured: Grace Green

Color

Select Color...


Paradise Purple


Pink


Travolta Turq

Please contact our internet/shopping service at 1-800-233-7626 for any questions or concerns.

HOME   LOCATIONS   CUSTOMER SERVICE   SPECIAL EVENTS   SALE CATALOGS   ONLINE BUYS   THE REGISTRY   GIFT CARDS   CRE

CONTACT US   PRIVACY POLICY   INVESTOR RELATIONS   OUR COMMUNITY   CAREER OPPORTUNITIES   LOGISTICS   E-M