

# 39.99 SPOIL YOURSELF IN SUPER SOFT ROBES



**what's HOT!**
Who doesn't love being pampered? These robes will make you feel oh-so-spa-cial.

**slip into cozy**
A-C. Super Soft MicroCozy robes by Jasmine Rose Intimates and Charlotte®. Lightweight, velvety zip-front and wrap looks in solids and prints. Imported. Sizes S-XL. Reg. $68, **sale 39.99**. Similar styles in sizes 1X-3X. Reg. $72, **sale 44.99**. Prints available in wrap styles only. (D.42)

Also, **save 30%** on other robes and sleepwear for her. Reg. $18-$72, **sale 12.60-50.40**.

We foresee a wonderful partnership!  SUBJECT TO CREDIT APPROVAL.  11