

# Boston Store

## summer sale

### OUR HOTTEST SALE OF THE SEASON!

**STARTS WEDNESDAY, MAY 31**
WITH 5-DAY BONUS BUYS!

LOOK INSIDE FOR
**EXTRA 20%** SAVINGS!

**EARN DOUBLE** YOUR REWARDS POINTS
WEDNESDAY, MAY 31 – SATURDAY, JUNE 3

## wednesday, may 31 through sunday, june 4

# bonus buys
## 5 DAYS ONLY!

**bonus**
# 50% off
**Ladies' summer sleepwear and robes.** In fun prints, colors and styles. Sizes S-XL. Similar styles in sizes PS-PXL, 1X-3X. Reg. $32-$68, **bonus $16-$34.** Shown: French Dressing capri set. Reg. $36, **bonus $18.**



**bonus**
# 19.97
**Cuddly Chic robes by Charlotte®.** Amazingly soft and comfortable, you'll want two at this price! Sizes S-XL. Reg. $56. (D 42)



10