# Boston Store

# three day sale

STARTS THURSDAY, MAY 11

**MOM'S DAY** IS ALMOST HERE...
SAVE ON **GIFTS** GALORE
THROUGHOUT THE STORE!

sale **19.99**
**Double-row diamond-accent bracelet.**
Set in 18K gold-over-silver. While supplies last!
Orig. $100. Photo enlarged to show detail. (D.73)

PLUS, LOOK INSIDE FOR
**EXTRA SAVINGS** COUPONS!



**hot** for spring

A soft spot for comfort. Get wrapped up in our ultra-soft and cozy Cuddly Chic robes.

# sweet SOMETHINGS
## TO BOOST HER BASICS

sale **29.99**
**A. Cuddly Chic robes by Charlotte®.** Mom will fall in love with this super-soft style in an assortment of fresh colors and prints. Polyester. Imported. Sizes S-XL. Reg. $56. (D.42)

**25% off**
**B,C. Jockey® intimates for her.** Bras, daywear and sleepwear in great styles including Classics, No Panty Line Promise®, Elance® and more. Imported. Reg. $6-$38, **sale 4.50-28.50.**
**B.** Mother-of-Pearl Embroidery classic underwire bra in jewel jade. Reg. $29, **sale 21.75.** Matching hi-cut briefs. Reg. $14, **sale 10.50.** Both are nylon/spandex.
**C.** No Panty Line Promise® lace-trimmed cami top in salmon rose. Reg. $24, **sale $18.** Matching bikini. Reg. 8.50, **sale 6.37.** Both are Tactel® nylon/Lycra® spandex. Jockey National Line Sale ends Sunday, May 14, 2006. (D.35,36)

8    Use your **EXTRA SAVINGS COUPONS**