
# Boston Store

LOOK INSIDE FOR
EXTRA SAVINGS
COUPONS!

MOTHER'S DAY
IS SUNDAY, MAY 14

# mom's storewide sale

STARTS SUNDAY, MAY 7

hot for spring...
**the cuddly chic robe**
sale **29.99**
The Cuddly Chic Robe by Charlotte®
in classy floral yellow. Also in other
assorted colors and prints. Polyester.
Imported. Sizes S-XL. Reg. $56. (D.42)

**open an account**
with us and take an
**extra 20% off**



**three days only!**
**sunday, may 7 – tuesday, may 9:** sign up for & use your boston store card
to take an extra 20% off almost everything in the store!

Take an extra 15% off fine jewelry; an extra 10% off home store, furniture, mattresses, area rugs, furniture accessories, electronics,
Tech Trek and The Sharper Image. Extra savings are available on almost all regular and sale price merchandise; offer good
the first day you use your card only. Some exclusions apply; subject to credit approval.