Case 1:07-cv-03219-LTS-DCF    Document 266-25    Filed 08/27/2008    Page 1 of 2



# 12 hour SALE

**PREVIEW DAY**
FRIDAY, MAY 5
SHOP MOST STORES
**10 AM – 10 PM**

**SATURDAY, MAY 6**
SHOP MOST STORES
**9 AM – 9 PM**
SEE BACK COVER FOR STORE HOURS.



sale **39.99**
**.25 ct. t.w. genuine diamond pendant by Hannah Rose.** Set in platinum-over-silver. Also in 18K gold-over-silver. Orig. $120. Ct. t.w. = carat total weight. All diamond weights are approximate. Photo has been enlarged to show details. (D.73)

# TAKE RELAXING TO A NEW comfort LEVEL



**hot** for spring

**25% off**
**C,D. Hue® sleepwear separates.**
Mix-and-match tops and bottoms in a variety of prints and colors. Sizes S-XL, 1X-3X.
Reg. $20-$33, **sale $15-24.75.** (D.40)

**sale 34.99**
**A. Cuddly Chic Robes by Charlotte®.** Feel flirty with super-soft styles in an assortment of fresh colors and prints. Sizes S-XL. Reg. $56. (D.42)

**19.98** incredible value
**B. Dream Café shorty PJs.** Amazingly comfortable in a cute selection of prints and solids. Sizes S-XL, 1X-3X. Orig. $40. Also available: Incredible Value shorty PJs by Chanteuse. Orig. $40, **sale 19.98.** Never on sale for less! (D.40)

6 | Our **GIFT CARDS** come in a range of dollar amounts. What a quick pick!