

CUSTOMER
## appreciation days

SHOP OUR **preview day**,
THURSDAY, APRIL 6,
use your Bergner's card and



# save an extra 25%

### on regular and sale price merchandise.

Save 20% on accessories, intimate apparel, footwear, ladies' and men's suits and outerwear and men's tailored clothing; save 15% on home store and luggage; save 10% on small electrics, health & wellness, furniture, furniture accessories, mattresses and area rugs.

Subject to credit approval. Customary exclusions apply; see inside for details.

EARN **triple** your rewards points

# THE CUDDLY CHIC ROBE BY CHARLOTTE

## only 27.99

Choose from a great assortment of solids and prints. Reg. $56, sale 34.99, **only 27.99 on Preview Day with your Customer Appreciation Day discount!** (D.42) Available while supplies last.

