

*Carson Pirie Scott*

YOUR HOMETOWN PARTNER

BRING IN YOUR DONATIONS
AND RECEIVE A
**20% OFF COUPON**
FOR EACH ITEM DONATED

USE YOUR COUPONS ON
**REGULAR & SALE PRICE**
MERCHANDISE. SEE PAGE 2.

# goodwill sale

## STARTS WITH YOUR PREVIEW DAY — WEDNESDAY, MARCH 15

**EARN DOUBLE**
YOUR REWARDS POINTS
MARCH 15 — MARCH 19

# GET THE BEST IN REST AND SAVE BIG ON sleepwear

## 25% off
**Karen Neuburger® sleepwear.**
Classic pajamas, sleepshirts and gowns in pretty prints, including florals and pink stripes from the Never Neverland collection. Imported. Sizes S-XL. Similar styles in sizes PS-PXL, 1X-3X. Reg. $42-$68, **sale 31.50-$51.** (D.120)



## 25% off
**Hue® sleepwear separates.** Unwind in fun pajamas. Imported. Sizes S-XL. Reg. $20-$30, **sale $15-22.50.** Shown: V-neck top in sweetheart. Reg. $20, **sale $15.** Pants in cherry storm. Reg. $30, **sale 22.50.** Items shown are cotton/polyester. (D.40)

**Also, save 25%** on other great Ladies' sleepwear and robes. Reg. $22-$78, **sale 16.50-58.50.**



*hot for spring*

## sale 12.99
**Karen Neuburger® tip-toe tonal socks.**
In peach, lime, peri, lemon or lilac. Polyester/spandex. Imported. Reg. $15. (D.120)

## sale 34.99
**The Cuddly Robe by Charlotte®.** Wrap styles that are super soft and lightweight in a great assortment of prints and colors. Polyester. Imported. Sizes S-XL. Reg. $56. (D.42)