

GMA 34775