# Younkers

## valentine's day sale

### NOW THROUGH TUESDAY, FEBRUARY 14

*roses are red. violets are blue. nothing is sweeter than* **the perfect gift from you!**

**sale 19.99**
Diamond-accent bracelet. Add some twinkle to her eyes with a classic look that says "I love you." In 18K gold-over-silver. Orig. $100. (D.73)

WHILE SUPPLIES LAST!
Photo has been enlarged to show details.

**open an account with us and take an** 
**extra 20% off**



**three days only!**
**sunday, february 12 – tuesday, february 14:** sign up for and use your younkers card to take an extra 20% off almost everything in the store!

Take an extra 15% off fine jewelry; an extra 10% off home store, furniture, mattresses, area rugs, furniture accessories, electronics, Tech Trek and The Sharper Image. Extra savings are available on almost all regular and sale price merchandise; offer good the first day you use your card only. Some exclusions apply; subject to credit approval.



**25% off**
**A. Entire stock of boudoir lingerie by Cinema Etoile®.** Choose from a variety of enchanting styles and colors. Imported. Sizes S-XL. The collection: Reg. $12-$50, **sale $9-37.50.** Shown: Ruffled charmeuse baby doll in pink. Polyester. Reg. $26, **sale 19.50.** (D.38)

**sale 34.99**
**C. The Cuddly Robe by Charlotte®.** She's never felt softness like this! Short and sweet styles provide just the right amount of warmth and comfort. In puffy hearts. Also in other assorted prints and colors. Polyester. Imported. Sizes S-XL. Reg. $56. (D.42)

SHE'LL BE **irresistible** IN THESE VALENTINE'S FAVORITES

**25% off**
**B. Intima Bella Donna™ knit sleepwear.** Soft, delicate knit meets lace side details, completing this beautiful ensemble. Polyester/rayon/spandex. Imported. Sizes S-XL. The collection: Reg. $42-$48, **sale 31.50-$36.** Shown: Gown in pale pink/ivory. Reg. $44, **sale $33.** Matching robe. Reg. $48, **sale $36.** (D.40)

And, you can add a fun gift card tin for only 1.50