# Carson Pirie Scott

# three day sale

**THURSDAY, DECEMBER 15 – SATURDAY, DECEMBER 17**

LOOK INSIDE FOR **EXTRA SAVINGS COUPONS!**

**MOST STORES OPEN
THURSDAY 8 AM-11 PM, FRIDAY 8 AM-MIDNIGHT
AND SATURDAY 6 AM-MIDNIGHT!**
See back cover for store hours.

**sale 49.99**
Diamond-accent necklace. Save on this beautiful diamond-accent necklace set in 18K gold-over-silver. Orig. $150.
Available while supplies last. Photo enlarged to show detail. (D73)

