





E. Pink **panné pajamas** with sheer flounce sleeves. Polyester. From Laura Dare. 7-14. Made in USA of imported fabric. (5262) $32.

F. Folding **butterfly chair** in a plush leopard print. From Idea Nuova Inc. (5269) $36.
Faux leopard **fur blanket** with "Princess" appliqué. Reverses to solid fabric. From Idea Nuova Inc. Imported. (5266) $30. Furry pink **leopard slippers** from Charlotte Kids. XS-XL. (5265) $14.

G. Pink leopard-print **fleece robe** from Charlotte Kids. Polyester. XS-XL. Imported. (5264) $25.

H. Shaggy fur **bowler bag** from Confetti. (5270) $20.

# tickled pink









J. Flokati **blanket throw** of pink polyester from Idea Nuova Inc. (5268) $30.

K. Die-cut "Princess" **crown pillow** in pink with maribou trim. From Idea Nuova Inc. Imported. (5267) $20.

L. Pink **leopard-print pajamas** of flame-retardant polyester flannel. From Charlotte Kids. XS-XL. (5263) $25.

*Discover Christmas* 1.800.345.5273 • www.dillards.com