









E. Two plush poodles hook together to keep this soft fleece **poodle print throw** neatly rolled up until she's ready to use it. From Charlotte Kids. (3731) $12.

F. **Poodle print pillow** with front pocket and plush poodle. Of polyester fleece. From Charlotte Kids. (3732) $20.

G. **Poodle playset** includes a screen-appliquéd top, check pant with furry trim, and matching check beret. Of cotton/spandex. (3733) $28. H. **Poodle pant set** features a button-back top of plush polyester pile with embroidered appliqué, cotton houndstooth pant and pile beret. (3734) $28. Both from Starting Out for 12-18-24 months. Imported.

Ooh la la! Santa's newest helper isn't an elf at all–it's a pink poodle!

A. **Poodle print pajamas** from Charlotte Kids include a long-sleeve ribbed knit top over a satin print pull-on pant. Of polyester in iced pink. XS-XL. (3730) $26. Furry **overnight bag** in pink or purple. From Confetti. (3867) $20.
B. Embroidered **poodle robe** with front tie. Of the softest polyester chamois in iced pink. From Charlotte Kids. XS-XL. (3728) $26. Matching **poodle slippers** with gripper bottoms. Polyester/nylon. S-XL. (3729) $12.

C. A Dillard's exclusive. **Olivia the bear** sings "You're the One That I Want" as her head sways and her mouth moves. From Amerigift. 12" high seated. (3735) $25.

D. Dillard's exclusive hand-painted porcelain **poodle tea set** in a picnic basket. From Astor Lane. (3736) $20.

*c'est magnifique*

*Christmas @ Dillard's* www.dillards.com and 1-800-345-5273