



**BRAUN® SILK ÉPIL®
SOFT PERFECTION**
SoftLift™ System captures
even short hairs for weeks
of smooth skin. Gentle
starter head and carrying
case included. #3240.
**59.99**

**ULTRA MOISTURIZING
GEL LINED SOCKS OR GLOVES**
Herbal and Vitamin E
infused gel for deep
penetrating treatment.
**19.99**
YOUR CHOICE

**"SOFT & SILKY"
BATH ROBE**
Also available in white.
S/M and LG/XLG.
**29.99**

**SOFT STEP SCALE**
1.3" LCD display. Rubberized
non-slip foot pad. 330 lb. capacity.
**39.99**

ⓔxclusive
**VANITY BENCH**
24½" W x 16" D x 19½" H.
Some assembly required.
**59.99**

**"ADVANCE" BODY FAT SCALE**
Readout in 0.2 lb. increments for
weight and 0.1% increments for body
fat. Lithium battery included.
**59.99**

**25% OFF
YANKEE CANDLE®
FRAGRANCE OF THE MONTH***
*"Lilac Blossoms".
22 oz. Jar (Reg 20.99)
**15.74**

**HOMEDICS® SHIATSU
SEAT TOPPER MASSAGER**
Traveling shiatsu massages up
and down the back. Programmable
touch pad control. #SBM-200.
**99.99**