# Woman's World

**THE WOMAN'S WEEKLY**

*God Bless America*

$1.49 — Feb 8, 2005

**Natural flu cures!** Get better in half the time!

**Save a life!** Breakthrough new trick!

...n't remember where ...u put your keys? ...w *grape juice* can help!

...hopping cart ...akeovers! ...prising switches: Get **THINNER** and **HEALTHIER**!

Hot new ways to **Win cash & prizes!**

## WALK OFF 18 lbs by spring!

✓ Easy indoor walk-out!
✓ Trick to burn 59% more calories!
✓ Stay-warm winter walking secrets

Shannon lost 53 lbs!

...gic words that ward off stress!



Mint-Chocolate Chip ...ke

**Twice as good!**

**Save time & energy!** Yummy slow-cooker suppers

...amper ...ourself! ...eap, easy tricks to ...n your bath into a spa

**Pretty houseplants *no one* can kill!**



## ttest trends
## p chic way!

son's hottest accessories don't cost a fortune! You can rdrobe a trendy new look with any of these 6 inexpensive they're so affordable, treat yourself to a few!

### tiful lies!
### $10!



d on all kinds essories this n, spring-like gs, and can look trendy, Micki Turner.

nd tote bag: $9.97, 32) Jacket: T.J 2-3000). Butterfly n (877-878-0700). s: $10, Stephan & 8). Top: T.J. Maxx .com). Pants: Gap acelet: M. Haskell (212-764-3332).

### Flower pins
### Just $5.50!


Nicole Kidman

This season's freshest flowers won't be in the garden—they'll be on clothes! "A floral pin adds instant individuality to a shirt or sweater," advises Turner. Delicate fabrics like chiffon give a natural look; leather and yarn flowers are more bold.

Silk flower pin: $5.50, Charlotte by Capelli New York (212-684-3944). Sweater set: Rafaella (212-403-0300). Earrings: M. Haskell (212-764-3332).

### Ribbon belt
### $10 or less!

"Wearing ribbon belts over sweaters and jackets is very hot right now," says Turner. "And because you can find all kinds of inexpensive ribbon at fabric and trimmings stores, you can buy a few different colors and styles to experiment with!"


Jessica Simpson

Snakeskin-print ribbon: $9.99, Daytona Trimmings (212-354-1713). Sweater: Joseph A. (212-764-5111). Pants: Gap (www.gap.com). Earrings: Yochi (888-666-6420). Necklace: Stephan & Co. (212-481-3888).

**Tip!** Look for ribbons with plush, embossed patterns—they'll look even more like a fancy belt!

### Sparkly jeweled brooches
### Around $10!

"Easily update a jacket with a cluster of fancy brooches," says Turner. "This look is a lasting trend, making bargain brooches an even better value since you'll wear them for years!"


Carmen Electra

and starburst pin: 332) Jacket: T.J rrings: Yochi

### Romantic lace!
### $38 or less!

This spring, you'll find lace on almost everything! Why? "Lace is lightweight, so it's perfect for warmer weather, and it's just so feminine!" says Turner. "A poncho like this is great—you can even dress it up for evening."


Kristin Davis



Vintage mauve lace poncho: $70, Helen Welsh (646-674-0071). Sweater: T.J. Maxx (www.tjmaxx.com). Pants: Gap (www.gap.com). Earrings and necklace: Yochi (888-666-6420).

### Handbag charms
### As little as $4!

This designer-inspired look instantly alters any purse! "Buy charms at accessory stores, or create your own by hooking a pretty key chain to the zipper," says Turner. Try whimsical charms like these, or pearl ones for a grown-up feel.

Heart charm: $30, and Welsh (646-674-0071 charm: $3.99, Accesso Handbag: $38, MX (8 Lerner Catalo

ke. Photos: Titus Kana; John Barrett/Globe Photos; James e Lucier/Film Magic; Gregory Pace/Film Magic.