

GMA 34778