

GMA  34780