

GMA  38771



GMA  38772



Left: CU-1681 CNYON BROWN, CU-1681 SANDSUDE. Right: CU-1681 WHITE, CU-1732 GREY.

GMA 38773



Left: CU-1732 TAN; CU-1732 WHITE. Right: CU-1751 COOL CM, CU-1751 NATURAL CM.

GMA 38774



GMA 38775