

GMA  38776



GMA 38777



GMA 38778



GMA 38779



GMA 38780