

GMA 38781



GMA 38782





GMA 38784



GMA 38785