

GMA 38786



Left: FSH-828 BLACK, FSH 828 BLUE. Right: FSH-828 RED, FSH 828 WHITE.

GMA 38787





Left: LC-9695 BLACK, LC-9695 BROWN, Right: LC-9695 WHITE, LC-9737 BROWN.

GMA 38789



GMA 38790