GMA 38791



GMA 38792

## charlotte

about charlotte
collections
store locator
as seen in
favorite links
contact charlotte

join our mailing list

Arizona

Buffalo Exchange
730 E. Missouri
Phoenix, AZ 85014
Phone (602) 532-0144
http://www.buffaloexchange.com/

Buffalo Exchange
227 W. University
Tempe, AZ 85281
Phone (480) 968-2557
http://www.buffaloexchange.com/

Buffalo Exchange
2001 E. Speedway
Tucson, AZ 85719
Phone (520) 795-0508
http://www.buffaloexchange.com/

Buffalo Exchange
6170 E. Speedway
Tucson, AZ 85712
Phone (520) 885-8392
http://www.buffaloexchange.com/

National Massage Club
14838 N. Frank Lloyd Wright Blvd.
Scottsdale, AZ 85260
Phone (480) 860-2582

GMA 38793



GMA 38794



GMA 38795



GMA 38796