Case 1:07-cv-03219-LTS-DCF    Document 266-43    Filed 08/27/2008    Page 1 of 2



GMA 38797



GMA 38798