



GMA 38800