

GMA  38801





GMA  38803



GMA  38804



GMA  38805





charlotte

join our mailing list

about charlotte

collections

store locator

as seen in

favorite links

Charlotte Corporate Contact

info@charlotte-ny.com
(212) 684 3344

1 East 33rd Street
9th Floor
New York, New York 10016

GMA  38807