UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

  - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L, and
SHOWROOM SEVEN

                Defendants.
------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS) (DF)

**DECLARATION OF
DANIEL A. LEVY**

      **DANIEL A. LEVY** hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I work at The Bostany Law Firm and I respectfully submit this declaration in support of the plaintiff's Motion for Default Judgment.

2. Attached as **Exhibit A** are examples of CHARLOTTE merchandise, which were photographed at the GMA Accessories, Inc. showroom in July of 2008.

Dated: New York, New York
      August 27, 2008

                                          Daniel A. Levy

1