



Case 1:07-cv-03219-LTS-DCF    Document 267-2    Filed 08/27/2008    Page 2 of 3

