charl tte





