CHARLOTTE

charlotte