

Case 1:07-cv-03219-LTS-DCF    Document 267-10    Filed 08/27/2008    Page 1 of 2

