UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
GMA ACCESSORIES, INC.,

    Plaintiff,

v.

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC
WONDERLAND,
INC., SHOWROOM SEVEN INT'L,
SHOWROOM SEVEN,

    Defendant.
-----------------------------------------------------------x

07CV3219 (LTS) (DF)

DECLARATION OF KAREN
ERICKSON

1.     I am Karen Erickson. I am a Manager of Electric Wonderland, Inc. ("Electric Wonderland"). Electric Wonderland operates in part under the assumed name "Showroom Seven International".

2.      In or about November, 2007, I was subpoenaed by Plaintiff for testimony in the present case. I was deposed on or about May 22, 2008, during which time I was asked questions and provided answers regarding Electric Wonderland. My deposition lasted approximately five to six hours.

I swear under penalty of perjury that the foregoing statements are true and correct except for those made upon information and belief, which I believe to be true and correct.

_____
Karen Erickson
Manager, Electric Wonderland Inc. d/b/a
Showroom Seven Limited

Date: 9/12/2008