# Exhibit 1

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

Sanei Charlotte Ronson LLC,

V.

GMA Accessories, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07CV9578 (CM)

TO: Jean-Marc Flack

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The Bostany Law Firm, 40 Wall Street, 61st Floor<br>New York, NY 10005 | 2/13/2008 1:00 pm |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Crystal S A. Scott  Attorney for Defendant | 1/24/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Crystal S. A. Scott, The Bostany Law Firm, 40 Wall Street, New York, NY 10005 (212) 530-4400

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit 2

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

GMA Accesories, Inc.
V.
Eminent, Inc., et. al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07CV3219 (LTS)

TO:    Jean Marc Flack

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Banking records, evidence of receipts, and bank accounts pertaining to the business of Showroom Seven and/or Showroom Seven Sudios, Inc. and/or any company doing business with the term "Showroom Seven" in it in connection with the word CHARLOTTE, or any mark similar thereto, including CHARLOTTE SOLNICKI.

| PLACE    The Bostany Law Firm, 40 Wall Street, 61st Floor, New York, NY 10005 | DATE AND TIME  4/11/2008 2:00 pm |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *[signature]*, Attorney for Plaintiff | DATE  3/18/2008 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
The Bostany Law Firm, 60 Wall Street, 61st Floor, NY, NY 10005 (212) 530-4400

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

₳AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

GMA Accesories, Inc.      SUBPOENA IN A CIVIL CASE
V.

Eminent, Inc., et. al.      Case Number:[1] 07CV3219 (LTS)

TO: Karen Ericson

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The Bostany Law Firm, 40 Wall St, 61st Floor<br>New York, NY 10005 | 12/20/2007 10:00 am |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

1) Sales and Purchase orders and invoices concerning CHARLOTTE or any mark similar thereto, including CHARLOTTE SOLNICKI; 2) communications of any type concerning this lawsuit or the mark CHARLOTTE; and 3) papers showing the organizational structure of any entitiy in which you are affiliated that operates out of 498 7th Ave.

| PLACE | DATE AND TIME |
|---|---|
| The Bostany Law Firm, 40 Wall St, 61st Floor<br>New York, NY 10005 | 12/20/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *John F. Keenan* U.S.D.J. | 11/29/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Hon. John F. Keenan USDJ, 500 Pearl Street, NY NY 10007

#212-805-0220

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

Issued by the
# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

GMA Accesories, Inc.
V.
Eminent, Inc., et. al.

SUBPOENA IN A CIVIL CASE

Case Number:[1] 07CV3219 (LTS)

TO: Karen Ericson

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The Bostany Law Firm, 40 Wall St, 61st Floor New York, NY 10005 | 12/20/2007 10:00 am |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

1) Sales and Purchase orders and invoices concerning CHARLOTTE or any mark similar thereto, including CHARLOTTE SOLNICKI; 2) communications of any type concerning this lawsuit or the mark CHARLOTTE; and 3) papers showing the organizational structure of any entity in which you are affiliated that operates out of 498 7th Ave.

| PLACE | DATE AND TIME |
|---|---|
| The Bostany Law Firm, 40 Wall St, 61st Floor New York, NY 10005 | 12/20/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE
*John F. Keenan U.S.D.J.* | 11/29/07

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Hon. John F. Keenan USDJ, 500 Pearl Street, NY NY 10007
#212-805-0220
805-4250

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit 3

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS                          ALBANY, NY  12231-0001

                              FILING   RECEIPT
===============================================================================
F    ITY NAME : ELECTRIC WONDERLAND, INC.


DOCUMENT TYPE : ASSUMED NAME CERTIFICATE


SERVICE COMPANY :        +++ NO SERVICE COMPANY +++              CODE:

===============================================================================
FILED: 11/29/2002           CASH#: 982790            FILM#: C324437-2

PRINCIPAL LOCATION
------------------

498 SEVENTH AVENUE
24TH FLOOR
NEW YORK
NY     10018
```

COMMENT:

ASSUMED NAME
------------
SHOWROOM SEVEN INTERNATIONAL

```
===============================================================================
   FILER                              * FEES   :   125.00  PAYMENTS:   125.00
   -----                              * ----
                                      * FILING :    25.00  CASH     :
                                      * COUNTY :   100.00  CHECK    :00125.00
                                      * COPIES :     0.00  C CARD   :
   ELECTRIC WONDERLAND INC.           * MISC   :
   498 SEVENTH AVE. 24TH/FL           * HANDLE :      .00
                                      *                   REFUND:
   NEW YORK              NY  10018    *                   ------
===============================================================================
                         DO3HD104                          DOS-281 (8/98)
```