```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-8-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GMA ACCESSORIES, INC.,

                              Plaintiff,                    07 Civ. 3219(PKC)

     -against-                                ORDER

BOP, LLC, et al.

                              Defendant.
----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        The above action has been reassigned to the undersigned. It appears that the action has been pending for over two years and the last docket entry is more than a year ago. In advance of the case management conference, counsel for the remaining parties to this action should meet and confer and fax a joint letter to Chambers 48 hours before the conference setting forth the following:

        1.    A brief statement of the nature of the case, the parties that remain in the case and/or the principal defenses thereto;

        2.    A list of all existing deadlines, due dates and/or cut-off dates;

        3.    A brief description of any motions which have been made and decided and a confirmation that there are no pending motions;

        4.    A brief description of the discovery already completed;

        5.    A listing of the discovery remaining and any scheduled dates therefore;

        6.    An identification of any discovery remaining which is necessary for the parties' to engage in meaningful settlement negotiations;

        7.    A statement of the dates and participants of all prior settlement discussions and whether any offer or demand was made but providing none of the

terms of any offer or demand (all responses to Item 7 are protected under Rule 408, Fed.R.Evid.);

    8.    Estimated length of trial and whether a jury has been demanded; and

    9.    Any other information that you believe may assist me in advancing your case to trial or settlement.

The parties are directed to (1) consult the undersigned's Individual Practices (available on the Court's website) and (2) complete a case management plan (see court website under the undersigned's name for a model plan) before the case management conference. The case management conference will be held on June _15_, 2009 at _10:30_ am in Courtroom 12C.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 5, 2009