UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-10

-----------------------------------------------------------X
GMA ACCESSORIES, INC.

    Plaintiff,

 - against -

ELECTRIC WONDERLAND, INC., et. al.

    Defendants.
-----------------------------------------------------------X

Civil Action No.: 07CV3219 (PKC)(DF)

~~STIPULATION~~ ORDER

Based upon the application of ~~IT IS hereby STIPULATED and agreed by and between counsel for plaintiff and defendant Electric Wonderland, Inc., Plaintiff deletes~~ the word "dilution" (is deleted) from paragraph 92 of the Third Amended Complaint.

Dated: New York, New York
   ~~April 27, 2010~~

SO ORDERED
[signature], USDJ
4-28-10

Jeffrey Sonnabend
Sonnabend Law
Attorney for Electric Wonderland, Inc.
600 Prospect Avenue
Brooklyn, New York 11215

Conor F. Donnelly
The Bostany Law Firm
Attorney for Plaintiff
40 Wall Street, 61st Floor
New York, NY 10005