OCT - 6 2010

# THE BOSTANY LAW FIRM

MEMO ENDORSED

40 WALL STREET
61ST FLOOR
NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

October 6, 2010

DOC #: _____
DATE FILED: 10/12/10

Hon. Debra C. Freeman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *GMA Accessories, Inc.* v. *Electric Wonderland, Inc. et. al.*
      Docket No.: 07-CV-3219 (PKC) (DF)

Your Honor:

On September 14 Judge Castel granted Plaintiff's motion for default judgment as to Charlotte B, LLC ("Charlotte B"). As your Honor may recall, Electric Wonderland, Inc. ("Wonderland") produced in discovery invoices and a spreadsheet showing that it invoiced close to $5,000,000 of Charlotte merchandise. Charlotte B is a supplier directly upstream from Wonderland. Last week, we asked Wonderland whether it would agree to produce records showing transfer of funds to Charlotte B. See copy of email annexed.

Today, counsel advised that it would not voluntarily comply. We therefore ask that Wonderland be directed to produce bank records, credit card records, books of account and other records which show the transfers of funds to and from Charlotte B or anyone on its behalf.

*The application for additional discovery from Electric Wonderland is denied, in accordance with the Court's prior order, dated April 2, 2010. (Dkt. 348.)*

Respectfully,

John P. Bostany

SO ORDERED:   DATE: 10/9/10

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

cc: Jeffery Sonnabend, Esq.