```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 10-26-10    │
└─────────────────────────┘
```

# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

# MEMO ENDORSED

October 25, 2010

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

                *Re:*    *GMA v. Charlotte Solnicki, et al.*
                      Docket No.: 07 CV 3219 (PKC) (DF)

Your Honor:

    Plaintiff respectfully requests permission to serve a renewed Motion for Default Judgment upon CHARLOTTE B, LLC at its last known New York and Argentina addresses in accordance with Rule 5(C). Annexed hereto are portions of a factor agreement showing the New York address. On February 28, 2008, CHARLOTTE B, LLC was served with a motion to withdraw as counsel at an address in Argentina and email addresses of two of its members. Docket # 136. In the October 19, 2010 Order, the Court added that notice be meaningful. We plan to also email the motion to Jonathan Solnicki at the address contained in Docket # 136.

    I respectfully ask that service to the above mentioned New York address, Argentina address and email address, be deemed good and sufficient service of the Motion for Default Judgment upon CHARLOTTE B, LLC which we are preparing to file in accordance with the Court's prior Orders.

                                                  Respectfully,

                                                  John P. Bostany

Enclosures
cc:    Ira Sacks, Esq. (by email)
       Robert Grand, Esq. (by email)
       Jeffrey Sonnabend, Esq. (by fax)

---

**Handwritten endorsement (Judge Castel):**

Plaintiff is free to serve and file a motion for a default judgment on Charlotte B, LLC. The Court cannot give an advisory opinion on the adequacy of service based upon Mr. Bostany's letter. Plaintiff will be required to prove that service of the motion was in compliance with Rule 5, Fed. R. Civ. P.

SO ORDERED
/s/ P. Kevin Castel, USDJ
10-26-10