AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

GMA Accesories, Inc.
V.
Charlotte Solnicki, et.al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07CV3219 (PKC)(DF)

TO:  BERGEN SHIPPERS

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
RECORDS SHOWING TRANSFER OF FUNDS TO CHARLOTTE B, CHARLOTTE SOLNICKI OR ANYONE ON THEIR BEHALF WITH RESPECT TO CHARLOTTE SOLNICKI MERCHANDISE, INCLUDING BUT NOT LIMITED TO CREDIT CARD, PAY PAL OR BANK RECORDS, BOOKS OF ACCOUNT, LEDGERS, ACCOUNTING RECORDS.

| PLACE THE BOSTANY LAW FIRM, 40 WALL STREET, 61st Floor, NY, NY 10005 | DATE AND TIME 11/9/2010 11:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Plaintiff | 10/13/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Conor F. Donnelly, Esq.
The Bostany Law Firm, 40 Wall Street, NY, NY 10005 (212) 530-4400

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.