UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

                    Plaintiff,

  - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L, and
SHOWROOM SEVEN

                  Defendants.
-------------------------------------------------------X

**NOTICE OF MOTION**
**for DEFAULT JUDGMENT as to**
**CHARLOTTE B, LLC**

Civil Action No.:  07CV3219 (PKC)

      **PLEASE TAKE NOTICE** upon the Order of this Court dated October 18, 2010 granting plaintiff permission to renew its motion for default judgment; the default entered on May 2, 2008 by the Clerk of this Court pursuant to Fed.R.Civ.P. 55(a) as to CHARLOTTE B, LLC; the Third Amended Complaint filed on April 2, 2008; the Declaration of Conor F. Donnelly, dated November 9, 2010; the Memorandum of Law dated November 9, 2010 and all prior filings and proceedings heretofore had herein, the undersigned hereby moves this Honorable Court, before Hon. P. Kevin Castel, U.S.D.J., at 500 Pearl Street, New York, New York, pursuant to Fed.R.Civ.P. 55(b)(2), Local Civil Rule 55.2(b) and the Individual Practice Rules of Judge Castel, for Default Judgment as to CHARLOTTE B, LLC in the amount of $11,569,983.42 and a permanent injunction together with interest and costs and for such other relief as this court deems just and proper.

Dated: New York, New York
       November 9, 2010

                                              By: _____
                                                  Conor F. Donnelly (CD 5056)
                                                  The Bostany Law Firm
                                                   Attorneys for Plaintiff
                                                   40 Wall Street, 61st Floor
                                                   New York, New York 10005
                                                   (212) 530-4400