UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

                          Plaintiff,

        - against -

CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L, and
SHOWROOM SEVEN

                         Defendants.
-----------------------------------------------------X

Civil Action No.:  07CV3219 (LTS) (DF)

**NOTICE OF DISMISSAL OF**
**CHARLOTTE SOLNICKI**

      Please take notice, that pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff hereby

dismisses as to defendant CHARLOTTE SOLNICKI.

Dated:    New York, New York
           December 7, 2010

                         The Bostany Law Firm
                         Attorneys for Plaintiff

                         By:_____
                         Conor F. Donnelly
                         40 Wall Street
                         New York, New York 10005
                         Tel:  (212) 530-4400