UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

                Plaintiff,

- against -

CHARLOTTE B, LLC,
GIRLSHOP, INC., SHOWROOM SEVEN
STUDIOS, INC., ELECTRIC WONDERLAND,
INC., SHOWROOM SEVEN INT'L, and
SHOWROOM SEVEN

                Defendants.
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-9-10

Civil Action No.: 07CV3219 (LTS) (DF)

**NOTICE OF DISMISSAL OF
CHARLOTTE SOLNICKI**

      Please take notice, that pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff hereby dismisses as to defendant CHARLOTTE SOLNICKI.

Dated:    New York, New York
            December 7, 2010

                                          The Bostany Law Firm
                                          Attorneys for Plaintiff

                                          By: _____
                                          Conor F. Donnelly
                                          40 Wall Street
                                          New York, New York 10005
                                          Tel: (212) 530-4400