UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

              Plaintiff,

- against -

ELECTRIC WONDERLAND, INC..
CHARLOTTE B, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.

              Defendants.
-------------------------------------------------------X

Civil Action No.: 07CV3219 (PKC) (DF)

**NOTICE OF SETTLEMENT**

ECF CASE

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 77.1(a), annexed is a true copy of a Judgment, which will be presented for signature on May 30, 2011 to Hon. P. Kevin Castel, U.S.D.J., at the Courthouse located at 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
        May 24, 2011

Respectfully submitted,

**BOSTANY LAW FIRM PLLC**

By: John P. Bostany (JB-1986)
*Attorneys for Plaintiff*
75 Wall Street
New York, New York 10005
212-530-4400
john@bozlaw.com