UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.
                Plaintiff,

        Civil Action No.:  07CV3219 (PKC)

  - against -

ELECTRIC WONDERLAND, INC.,         **JUDGMENT as to CHARLOTTE B, LLC**
CHARLOTTE B, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.

        ECF CASE

               Defendants.
-----------------------------------------------------X

      UPON, the motion for default judgment against CHARLOTTE B, LLC; Declaration of Conor F. Donnelly with exhibits, dated November 9, 2010; the Memoranda of Law dated November 9, 2010 and May 11, 2011; and all prior pleadings and proceedings heretofore had herein; and

      WHEREAS, statutory damages in the amount of $200,000 have been assessed pursuant to 17 U.S.C. 1117(c)(2) in an Order dated May 23, 2011, it is

      ORDERED, ADJUDGED and DECREED that CHARLOTTE B, LLC, shall pay statutory damages in the amount of $200,000 to Plaintiff GMA Accessories, Inc; and it is further

- 1 -

ORDERED, ADJUDGED, and DECREED that CHARLOTTE B, LLC, its owners, agents, members, employees, and all those acting in concert or active participation with them, who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined from using the word CHARLOTTE, or any marks similar to or substantially indistinguishable therefrom, including the mark CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of unauthorized clothing and related merchandise.

The Clerk is directed to enter Judgment as to CHARLOTTE B, LLC accordingly, there being no just reason for delay.

Dated:  New York, New York
        _____, 2011

**S O   O R D E R E D**

_____
Hon. P. Kevin Castel
United States District Judge