UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-25-11
```

-----------------------------------------X

GMA ACCESSORIES, INC.

    Plaintiff,

 - against -

BOP, et al.

    Defendants.

-----------------------------------------X

**ORDER**

Civil Action No.: 07CV3219 (PKC) (DF)

 WHEREAS, certain parties have been terminated from this case, as reflected on the docket, and for good cause shown, it is

 ORDERED that the new caption shall be:

-----------------------------------------X

GMA ACCESSORIES, INC.

    Plaintiff,

 - against -

ELECTRIC WONDERLAND, INC.,
CHARLOTTE B, LLC, GIRLSHOP, INC.,
and SHOWROOM SEVEN STUDIOS, INC.

    Defendants.

-----------------------------------------X

Civil Action No.: 07CV3219 (PKC) (DF)

Dated: New York, New York
   May 24, 2011

SO ORDERED:

_____
Hon. P. Kevin Castel
United States District Judge