USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7-5-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GMA ACCESSORIES, INC.,

                    Plaintiff,

          -against-

ELECTRIC WONDERLAND, INC.,
CHARLOTTE B, LLC, GIRLSHOP, INC., and
SHOWROOM SEVEN STUDIOS, INC.,

                    Defendants.
------------------------------------------------------------x

07 Civ. 3219 (PKC)(DCF)

CORRECTION TO
MEMORANDUM
AND ORDER

P. KEVIN CASTEL, District Judge:

        In my Memorandum and Order dated February 8, 2011, the fourth sentence in the first full paragraph on page six states: "The deposition testimony cited in the Donnelly Declaration is ambiguous on the subject of whether GMA actually 'sold' Charlotte-marked goods." This sentence contains a typographical error, and is amended to read as follows: The deposition testimony cited in the Donnelly Declaration is ambiguous on the subject of whether Electric Wonderland actually "sold" Charlotte-marked goods.

        SO ORDERED.

                                                  P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       July 5, 2011